[FILED UNDER SEAL]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
FEB 06 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| STATE OF TENNESSEE,<br>*ex rel.* JONATHAN SKRMETTI,<br>ATTORNEY GENERAL and REPORTER,<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* DANIEL CAMERON,<br>ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a<br>SOLAR TITAN USA, *a Tennessee Limited<br>Liability Company*,<br><br>CRAIG KELLEY, RICHARD ATNIP,<br>and SARAH KIRKLAND, *individually<br>and as officers of Solar Titan USA,*<br><br>and<br><br>SOLAR MOSAIC, LLC d/b/a MOSAIC,<br>*a California Limited Liability Company*,<br><br>Defendants,<br><br>and<br><br>SOLAR TITAN CHARTERS, LLC d/b/a<br>TITAN CHARTERS, *a Florida Limited<br>Liability Company*,<br><br>Relief Defendant. | JURY TRIAL DEMANDED<br><br><br><br>CASE NO. _____ |

**PLAINTIFFS' EXHIBITS TO *EX PARTE* TRO MOTION (EX. A - EX. N)**
**(1 OF 2)**

[FILED UNDER SEAL]