# Exhibit C

## Sworn Statement of Shawna Helton

IN RE:                              )
                                    )
INVESTIGATION OF IDEAL HORIZON      )
BENEFITS, d/b/a SOLAR TITAN         )
USA, INC.                           )

_____

                  SWORN STATEMENT VIA ZOOM OF

                      SHAWNA HELTON

                 Monday, October 10, 2022

_____

_____

              **HELEN K. STEPHENS, RPR, LCR**
                   **P.O. BOX 140432**
                  **Nashville, TN  37214**
                    **615-754-0569**
                   **hkstep@comcast.net**

<u>A P P E A R A N C E S</u>

For the State of Tennessee Attorney General's Office:
(Via Zoom)

        Mr. Samuel D. Keen
        Ms. Alicia Daniels-Hill
        Consumer Protection Division
        Office of the Tennessee Attorney General
        P.O. Box 20207
        Nashville, TN  37202
        615-837-5155
        samuel.keen@ag.tn.gov
        alicia.daniels-hill@ag.tn.gov

Case 3:23-cv-00046-DCLC-JEM   Document 10-2   Filed 02/06/23   Page 4 of 198   PageID #: 302

I N D E X

                                                  PAGE

SHAWNA HELTON:

Examination by Mr. Keen                            5

E X H I B I T S

(No Exhibits Introduced.)

3

## STIPULATIONS

The sworn statement of Shawna Helton was taken via Zoom by counsel for the office of the Tennessee Attorney General, on Monday, October 10, 2022, beginning at 10:07 a.m., for all purposes under the Tennessee Rules of Civil Procedure.

It is agreed that Helen K. Stephens, RPR, LCR for the State of Tennessee, may swear the witness, take the sworn statement, and afterwards reduce same to typewritten form. The reading and signing of the completed sworn statement by the witness was not discussed.

All formalities as to caption, certificate, transmission, filing, etc., are waived. All objections except as to the form of the questions are reserved to on or before the hearing.

4

```
1                    *    *    *

2                  SHAWNA HELTON,

3    was called as a witness, and after having been first duly

4    sworn, testified as follows:

5                        MR. KEEN:  All right.  So we are on the

6    record in the matter of In RE:  Investigation of Ideal

7    Horizon Benefits, doing business as Solar Titan USA, LLC,

8    pursuant to the request for information issued to Shawna

9    Helton on August 22, 2022.

10                       Today is Monday October 10, 2022.  It

11   is currently 10:07 a.m.

12   EXAMINATION BY MR. KEEN:

13       Q.          Good morning, Ms. Helton.  My name is Sam

14   Keen.  I'm an Assistant Attorney General at the Tennessee

15   Attorney General's office.  Also with me from the AG's

16   office is my colleague, Alicia Daniels-Hill, who you have

17   met before.  We are here today to take your sworn

18   statement.  You'll see that we have a court reporter on the

19   conference with us this morning.  Her name is Helen

20   Stephens.  Normally, the court reporter would be with us in

21   person, in fact, normally we do these in person, but, of

22   course, we like to be accommodating whenever the witness

23   and our office are a bit of distance apart.  So I

24   appreciate you being on the Zoom call with us.  We also do

25   normally record the Zoom.  Obviously, we are not able to do
```

                                                              5

1  that right now.  Ms. Helen is recording with her voice
2  recorder.  If we are able to record the Zoom later, to
3  start the recording, are you okay with us doing that?
4      A.          Fine.
5      Q.          Now, in order for the court reporter to
6  transcribe your responses, we need to be sure that we are
7  giving verbal responses.  Shaking your head is fine, but if
8  I do ask you a yes-or-no question or if you do say "yes" or
9  "no," please actually say "yes" or "no" in addition to
10  shaking your head.  Does that make sense?
11      A.          Okay.  Yes.
12      Q.          I'm also going to ask that you speak loudly
13  and clearly so that the court reporter can transcribe what
14  we are saying.  I'm going to ask that we try our best to
15  avoid talking over each other.  So I'll wait for you to
16  finish your answer before asking my next question, and,
17  likewise, if you'll just wait for me to finish asking my
18  question before you start the answer, we should be okay.
19          If for some reason Ms. Stephens needs us to
20  repeat what we say, or she might ask us to slow down, then
21  let's just do our best to help her because it's a very
22  difficult job.
23      A.          Absolutely.
24      Q.          Yeah.  It's a very impressive job, too, the
25  way they type all this up and everything so...  But,

                                                        6

anyway, sorry, I won't...

Alicia, might have some questions as well. So I'll stop from time to time and see if there's anything she wants to follow up on. If we do need to take a break, just let me know. And if you do want to take a break, just say, "Hey, Sam, I need to take a break." I'll finish asking my question if we're in the middle of the question, and, then, if you can give your answer to that question, then we will take a break.

A.       Okay.

Q.       We might want to take a break for lunch today.  It's 11:00 a.m. your time; right?

A.       It is.  I'm okay for a couple of hours. Hopefully, we won't take all day, just depending on what you all wanted to cover.

Q.       Yeah.

A.       I will say that I did go through and take some screen shots of messages that I still do have.

Q.       Okay.

A.       As far as email, I had tried to send myself some items and they went in and unsent them.  So, you know, to me, that screams, "Hey, I'm guilty, and I don't want you to have any of this information."  So I don't have a lot of the emails because once I left the company, they blocked me out of having any type of access to that.

7

```
 1          I do have a downloaded version of all of
 2    Salesforce, which is their CRM; however, that costs some
 3    money to get an external drive.  If you all want to send me
 4    funds to buy another drive, I don't care a bit, and to copy
 5    all that information.  You all will need a forensic auditor
 6    to go through that though.  It is a lot of information.
 7                    (The court reporter asked the witness to
 8    move closer to the screen.)
 9    BY MR. KEEN:
10        Q.          Ms. Helton, we will -- in fact, can I ask
11    you, is it okay if I call you Shawna?
12        A.          Yes, that's fine.
13        Q.          All right.  Shawna, we will try our best to
14    organize what we need to do to take care of that later
15    today.  That shouldn't be a problem.  We will just figure
16    out the logistics of that later on.
17        A.          (Witness nods head up and down.)
18        Q.          I appreciate you helping with that.  In
19    terms of the screen shots, would you be able to email those
20    to me, and then I can bring them up on the Zoom itself and
21    then we can sort of go over them together?
22        A.          That's fine.
23        Q.          Okay.  Yeah.  So if you will just shoot me
24    an email of those whenever you can.  Do you want me to wait
25    until you get those emailed?

                                                          8
```

```
 1     A.        That's up to you.
 2     Q.        Yeah, let's wait until those get emailed
 3  before resuming.  So that way, we can be sure that we have
 4  them, or, alternatively, we can do it during a break later
 5  on, if that's better?
 6     A.        Yes, let's do that.
 7     Q.        Okay.  All right.  Let's do that.  Like I
 8  said, we will take a break from time to time as needed.  If
 9  you want to take a break for lunch, that's fine as well.
10  Just let me know.  I'll probably want to take a break for
11  lunch certainly, you know, probably about 1:00, I would
12  imagine, my time at the latest.
13     A.        Okay.
14     Q.        If that's all right with you?
15     A.        That's fine.
16     Q.        Hopefully, we don't go too long today.  We
17  will try to make this as painless as possible.  I
18  appreciate you being available.  If there is anything I ask
19  that you don't understand, just let me know so I can
20  clarify it.
21     A.        Okay.
22     Q.        Well, let me ask you this.  Have you ever
23  given testimony before in any case?
24     A.        No.
25     Q.        Okay.  All right.  Do you understand what it
```

9

```
 1   means to testify under oath?

 2        A.        Yes.

 3        Q.        Okay.  Good.  So you have never, like, given

 4   any testimony either in court or in a deposition before?

 5        A.        Not that I can recollect.  Not really, no.

 6        Q.        Okay.  Well, today, you are testifying for

 7   what's called a sworn statement.  Do you know what that

 8   means?

 9        A.        Basically, it's a sworn affidavit.  It's,

10   basically, my testimony under oath --

11        Q.        Yes, ma'am.

12        A.        -- of what transpired while I was working

13   for Solar Titan.

14        Q.        That is correct.  Shawna, will you tell me a

15   little bit about your background?

16        A.        As far as, are you asking me my background

17   with Solar Titan or my background in general?

18        Q.        Let's start with in general, and then we

19   will move to Solar Titan.  If you don't mind, just sort of

20   tell me where you are from, where you grew up, where you

21   went to school, that sort of stuff?

22        A.        Well, I was adopted when I was about six

23   months old by a wonderful family from Southeastern

24   Kentucky.  So I grew up in a little town called London, a

25   very small, smallish town.  We are getting big.  We just
```

                                                          10

```
  1   got our first Texas Roadhouse, if that tells you anything,
  2   after 30 years or whatever. But, in any case, I have four
  3   children. They range from the age of 20 down to 8. I have
  4   been in sales for 20-plus years. I started out as a
  5   door-to-door vacuum sales rep person. I answered an ad in
  6   the classifieds. My children will never know the pain of
  7   having to go and get the local paper and look for a job
  8   that way. But, in any case, I did that. I got recruited
  9   --
 10             COMPUTER AUDIO: Recording In Progress.
 11             THE WITNESS: The recording started.
 12   BY MR. KEEN:
 13       Q.        Yes, the recording started. Okay.
 14       A.        But I got recruited to go into the world of
 15   vacation ownership, a/k/a timeshare. So I did that off and
 16   on for about 15 years or so. Once I saw that that industry
 17   was dying or the legit, honest way to earn money in that
 18   industry was dying, I shifted over into the world of solar.
 19   So I have been doing solar for four -- probably about four
 20   years now.
 21       Q.        Okay. So were you doing solar before you
 22   worked for Solar Titan?
 23       A.        Yes.
 24       Q.        Okay. What company did you work for then?
 25       A.        So, initially, Craig had, because we knew
                                                            11
```

1  each other from the timeshare industry, was going to work
2  for a gentleman that we both knew from the world of
3  timeshare.  It's a small world, but a big world.  In any
4  case, he said, Oh, my gosh, you can make all kinds of
5  money, you know.  I have been selling for Don now for
6  about, you know, two or three months or whatever.  You can
7  make $10-$15,000 a month.  I was like, Oh, okay.  Well,
8  sign me up.
9           All of the appointments were in the Knoxville,
10  Tennessee area, and I still lived in Kentucky, but driving
11  wasn't anything new or foreign to me so I didn't care.
12  Being a single mother, all I've worried about was being
13  able to take care of and provide for my children.  So I did
14  that for this company.
15           I believe it was -- it was -- I think it was
16  called Solar Choice USA.  Anyways, I only did probably a
17  handful, maybe 10, 12 appointments and I left that company.
18           But, no, Craig was a sales rep for that company.
19  And he -- he was, basically, wanting all the appointments
20  so he didn't -- he didn't want me or Sarah -- that's where
21  the three of us met, Sarah Kirkland and Craig and I.  Now
22  Craig and I had already met, but that's where the three of
23  us kind of got to know each other as a group.
24       Q.       So you and Craig met whenever y'all were
25  doing timeshares?

                                                    12

```
 1      A.          Yes.

 2      Q.          Then you, Craig Kelley, and Sarah Kirkland

 3 worked together at Solar Choice USA?

 4      A.          Yes, all as sales reps.  So all three of us

 5 were sales reps, but the favoritism for the appointments

 6 was all going to Craig.  So Sarah and I weren't getting any

 7 appointments.  So I started looking on Indeed for other

 8 options, and I found a company based out of Richland,

 9 Virginia.  I reached out to them and got an interview and

10 got hired immediately.  So I left the little pack.  I left

11 Solar Choice USA.

12      Q.          This company out of Virginia was another

13 solar company?

14      A.          Yes.

15      Q.          Okay.  What was that company called?

16      A.          Design 1.

17      Q.          Design 1.

18      A.          They call themselves D-1-G, Design 1 Group.

19      Q.          When did you start working there?

20      A.          Probably June or July of 2018, I believe;

21 2018 or 2019.  I can't remember.  It's been -- it's been a

22 minute.

23      Q.          How long did you work there for?

24      A.          I worked there for probably about seven,

25 eight months, maybe nine months.
```

                                                            13

```
 1      Q.        Okay.  And then did Craig Kelley or Sarah
 2  Kirkland work for Design 1?
 3      A.        Well, they wanted me to get Sarah on there.
 4  So, basically, Craig was still taking all the appointments,
 5  and there weren't many with this other little group, at
 6  Solar Choice.  So Sarah had reached out to me and said,
 7  Hey, can you help me get on at Design 1?  I'm not making
 8  any money.  We were all three just living paycheck to
 9  paycheck because of the practices of this -- of that other
10  company.
11            So, in any case, I said, Yeah, that's fine.  I
12  can help you get on there.  So I reached out to my then
13  boss, my sales manager, and I said, Hey, this girl, she's
14  really good, blah-blah-blah-blah-blah.  You need to hire
15  her.  She'd be a great asset.  She can sell.
16            So they went through the hiring process, and she
17  kept wanting all of the material up front.  She wanted to
18  be able to -- she wanted the sales script.  She wanted the
19  online presentation sent to her prior to her coming to
20  training.  She claimed that she needed that extra time to
21  learn all of it.  So I helped her get that.  I didn't get
22  that.  I didn't know -- I didn't know anything about a
23  sales script or anything until I actually got to that
24  training.
25            So, to make a long story short, I was actually on
```

the phone with my boss discussing one of my customers; Sarah was supposed to go to training the following day; and he said, Well, your friend, Sarah, just texted me. And I said, What? He said, Yeah, she just texted me and told me that she took another job. She's no longer interested. I said, Another job doing what? Did she say? Yeah, another job, you know, working for another company making a thousand dollars a week in base, et cetera, et cetera, et cetera.

I was like -- I felt like I was thrown under the bus because here I'm trying to help someone out.

Q.          Uh-huh.

A.          And I didn't really know Sarah really well. But I was, like, well, I mean, she's got to provide for her family. She's got four kids too. I get it, but I still felt played a little bit. But probably, I would say, another two months rolled down, and Craig wanted to meet me for lunch. And I was in Knoxville for an appointment, working for this other company, and he hands me a business card for Solar Titan.

Q.          Okay.

A.          And he says, Well, I started my own company. And I said, Well, good for you. That's great. And he said, I want you to come and sell for me. I said, No, thank you. I'm good. So, during the conversation -- and

1  he took it personal, but I took it personal what he did to

2  me.

3       And the company that Sarah had started working

4  for was Craig and his husband, Michael.  So they

5  double-crossed me to get the information from Design 1, all

6  their training material, their sales script and -- because

7  they knew I wouldn't give it to them.  I don't play like

8  that.  I don't work like that.  I don't -- you know, I

9  wouldn't have given them Design 1's information.

10      Q.     So you think Sarah Kirkland lied about

11  wanting to work for Design 1 to take their sales script and

12  their, I guess, maybe, is it -- would you consider it

13  proprietary information?

14      A.     Absolutely, I would consider it proprietary

15  information.

16      Q.     Okay.  And she did that for the purpose of

17  -- just correct me if I am mistaken about this.  She did

18  that for the purpose of taking that so that this company

19  that she started with Craig Kelley and Michael Atnip, so

20  that they could use that to build their company, Solar

21  Titan USA?

22      A.     Well, perception is reality; right?  I'm not

23  saying that definitely that's what happened.  I'm going to

24  say that is definitely how I felt.

25      Q.     Okay.

                                                    16

1    A.          Because she -- once she got the information
2    -- so, anyways, I asked him point blank during that lunch
3    meeting that he thought he was going to just -- I was just
4    going to drop everything I was doing with this other
5    company and come and work for him.  And I said, So, when
6    Sarah was acting like she was going to come over to Design
7    1, were you -- are you the company that she suddenly
8    couldn't come and work for this -- he was, like, Oh, yeah.
9    But, you know, again, body language tells a thousand
10   things.  That's the way I read his body language.  Is that
11   absolutely that's -- that's what they had intended?  Now,
12   they didn't point blank use that information but -- as far
13   as using it as their own, but I do believe that they used
14   that information in the essence of this is what other
15   successful companies are doing, so we need to model our
16   stuff after that.  So did they use anything, per se?  Not
17   necessarily, no.  But, was it shady?  I feel absolutely,
18   yes.
19   Q.          How long did you work for Design 1?  I think
20   you mentioned this, but I just want to kind of establish a
21   timeline here.
22   A.          Approximately eight or nine months.  So I
23   was hired around -- it was the summer or 20 -- it wasn't
24   '18.  It was the summer of 2019.  Sorry.  And -- yeah,
25   because I worked for Solar Choice the spring of 2019.  So

                                                            17

```
1    it was summer of 2019, probably June, July timeframe until
2    March of 2020.
3         Q.        Then in March of 2020 where did you go?
4         A.        I went to Solar Titan.
5         Q.        Okay.  What made you decide to start working
6    for Solar Titan?
7         A.        I was -- Craig tried to get me to work for
8    him, I would say, for a solid three or four months, and I
9    kept telling him no.  Design 1 -- I'm very loyal.  As long
10   as I feel like the company that I'm working for and
11   representing is doing me right and doing my clients right
12   and doing the right thing, I have no reason to leave.  So
13   -- plus, I didn't like the way he and Sarah did me.  And so
14   I was going to let them do their thing.  They said their
15   company was paying me, you know, a base salary.  I was only
16   working probably, because it's, you know, by appointment
17   only, so I was only working realistically three to four
18   days a week.  And I was on track to make about $80,000 that
19   year.  That's not too bad for a single mom and still can,
20   you know, run and do things with her kids and things like
21   that and still work and make a living.
22        Q.        Uh-huh?
23        A.        So I had no real desire to leave.  Plus, I
24   have the memory of an elephant.  I just don't forget.  When
25   people do me bad or when I feel like I've been done bad or
```

                                                        18

betrayed or double-crossed, I just, you know, have no
desire to work with people like that. Plus, I had worked
with him before in the timeshare industry. And I remember
-- I remember what type, some would call it work ethic,
some would call it -- he was -- he was a slave driver,
absolutely.

When I worked for him before, he expected me --
he would start calling me at 6:00 a.m. in the morning and
expect me to still be working at 11:00 or 12:00 at night,
six, seven days a week. So I remembered all that from
before, and I was, like, No, thank you. I don't really
want to do all that. But every time I would turn him down,
he would up the ante as far as what he offered me.

So finally -- plus, I'm the type that if I am
your friend, I don't want to commit unless I'm really all
in, because I don't want to disappoint you as a friend, and
I don't want to let you down. And he knew that, too. So
he knew that if he could get me to work for him, he would
play the friend card. He was a real narcissist. And
basically I would do anything within my power, as a human
being, to make his dream work for him, which is ultimately
what I did when I left Design 1 and went and worked for
him.

Q.      So when did Craig -- you said you met with
Craig for lunch one day. Do you know what month, year that

19

```
 1   was whenever he first asked you to come work for Solar
 2   Titan?
 3       A.          No.
 4       Q.          But you declined at first, and then he
 5   continued to recruit you over the course of several months?
 6       A.          Yes.
 7       Q.          Okay.
 8       A.          I'd say he started around January.
 9       Q.          Of '20?
10       A.          Yes.  Yeah.  I would say that's whenever he
11   started asking me to come and work for him.
12       Q.          In what capacity did he ask you to come work
13   for him?  What type of role was he offering?
14       A.          Do you want to come and sell?  And, then,
15   you know, Do you want to be my sales manager?  And, then,
16   it was, you know, You could be my director of sales.  And
17   you could be over the sales department and blah, blah,
18   blah, blah, blah.  Yeah, so...
19       Q.          So he just kept saying basically...
20       A.          Sweetened the pot.
21       Q.          Sweetened the pot?  Okay.
22       A.          Yes.
23       Q.          Did you have to apply for a job there?
24       A.          No.
25       Q.          Or interview or anything?
```

                                                              20

```
 1      A.           No.  My experience and my resume spoke for
 2   itself.  He knew.  He knew.  He worked very closely with me
 3   in timeshare.  As far as, he knew my skill set and my level
 4   of leadership skills and management skills and then sales
 5   skills.  I didn't need to apply.
 6      Q.           Yeah.  Sounds like he really wanted you
 7   there.
 8      A.           He did.
 9      Q.           Okay.  Now, we have mentioned a couple of
10   names so far, but I want to clarify who these people are.
11   So, let me ask you, who is Craig Kelley --
12      A.           Craig Kelley --
13      Q.           -- in relation to this investigation?
14      A.           He is the CEO.
15      Q.           The CEO of?
16      A.           Solar Titan USA.
17      Q.           Who is Sarah Kirkland?
18      A.           She, at the time, because I asked and now I
19   have it on text.  I said, So I know and I'm clear about
20   everything, what is, you know, the pecking order?  He had
21   texted me that Craig Kelley was the CEO, Michael Atnip was
22   the CFO, and that Sarah Kirkland was the COO at that point
23   in time.  Then, later, I find out that they made her a
24   partner.
25      Q.           And, then, who is Michael Atnip?
```

                                                                    21

1   A.          Michael Atnip; I believe his legal first

2   name is Richard as well, because I think that's Craig's as

3   well.  But he is Michael -- he is Craig's husband, and he

4   is part owner as well.  Everything was in Michael's name

5   because Craig could not have anything in his name because

6   of Craig's felon -- felony offense.

7       Q.          Tell me about this felony offense.  What are

8   you referring to?

9       A.          Craig told me a long time ago that he --

10  while he lived in Vegas -- he and Michael lived in Vegas --

11  I guess they got into investing in homes or whatever.  In

12  any case, yeah, the Federal Government went after him for

13  wire fraud.  You can look it up.  You all probably already

14  have looked it up.  Yes.  So he couldn't -- he couldn't be

15  around money.  He couldn't deal with banks and money.  That

16  was a part of his probation, or at least that's what he

17  told me.

18      Q.          And so what -- but it sounds like Craig

19  Kelley was a CEO of a company that dealt with money?

20      A.          Absolutely.

21      Q.          And your understanding is that that probably

22  wasn't legal?

23      A.          I didn't know the aspect of his probation,

24  so I didn't know if he was no longer on probation.  I

25  didn't know the extent of what he wasn't supposed to do and

                                                        22

1   what he, you know, was allowed to do.  But what seemed odd

2   to me is whenever he would be on the phone with these

3   banks, these lenders, he would always say his name was

4   Richard Atnip instead of Craig Kelley.

5       Q.          Okay.  Why would he be on the phone with

6   banks or lenders?

7       A.          So 98 percent of the residential market,

8   when they are going for a large home improvement project, a

9   lot of them, you know, american homeowners don't just have

10  15, 25, $35,000 just laying around.  So these solar lenders

11  are out there.  And what they do is they provide financing

12  for these homeowners that if they can't afford to stroke a

13  check for their solar, that they can get 100 percent

14  financing through those lenders.  So that's why he would be

15  on the phone with them.

16      Q.          Okay.  So Solar Titan needed to have

17  business relationships with banks in order to make sure

18  their customers had financing?

19      A.          Yes.

20      Q.          And Craig Kelley would represent that he was

21  somebody other than himself, because he knew that if he

22  represented that he was himself, the banks would not engage

23  in a business relationship with him?

24      A.          Either that, or if he was still under some

25  type of probation, I don't know, then that would break his

                                                          23

```
 1   probation.  That's the only thing that I can think of, of
 2   why he would do that.
 3        Q.         How come Michael Atnip would not be the one
 4   on these phone calls?
 5        A.         He let Craig do it all, because, I guess, he
 6   felt more confident in Craig's ability to talk to these
 7   banks.  So, basically, I think -- "bully" is a strong word.
 8   I think Craig convinced Mike to just let him do it and
 9   handle it so he wouldn't have to worry about anything.
10        Q.         Was Michael Atnip involved in the day-to-day
11   operations of Solar Titan?
12        A.         In the very beginning he was involved in the
13   payroll process.  So he is the one that handled payroll in
14   the very beginning, probably for the first six -- probably
15   actually the first eight, nine, months, maybe a year.  And
16   I will say as long as he was doing it, everything seemed to
17   be on the up-and-up.  It was legit.  If pay was wrong, he
18   would correct it immediately.
19             The few sales reps that I had at that point in
20   time never -- hardly ever had an issue with payment.
21   Again, if it was incorrect, he would correct it.
22        Q.         Do you know why he stopped being involved in
23   the day-to-day operations?
24        A.         I know what I was told.
25        Q.         Okay.  What were you told?
```

                                                              24

```
 1    A.        Craig and Sarah basically said that, yeah,
 2  Michael was too spastic to be involved in everything so
 3  they just convinced him to retire because he didn't
 4  understand how things needed to be done.  They took over
 5  everything.
 6    Q.        So the -- so who -- whenever Michael decided
 7  to retire, who were the two people involved -- I shouldn't
 8  say two -- who were the people involved in the day-to-day
 9  operations of the company?
10    A.        Sarah Kirkland and Craig Kelley.
11    Q.        Okay.  Are there any Solar Titan staff who
12  are not owners who run day-to-day operations?
13    A.        Yes.
14    Q.        Who is that?
15    A.        Stacy Monks.
16              COURT REPORTER:  How do you spell the
17  last name, please?
18              THE WITNESS:  M as in Mary, O as in
19  Oscar, N as in November, K as in kilo, S as in sierra.
20              COURT REPORTER:  Thank you.
21  BY MR. KEEN:
22    Q.        What is Stacy Monks' role in the company?
23    A.        I believe they titled her as the general
24  manager.
25    Q.        Do you know what that role entailed?
                                                          25
```

1    A.          Well, at one point in time, she took over
2    payroll when Michael stopped doing payroll.  Then, now, she
3    basically is their head minion.  So whatever they need done
4    or swept under the rug or fixed or et cetera, et cetera, et
5    cetera, that's what she does.
6    Q.          Do you have any concerns about the work that
7    she does?
8    A.          Absolutely.
9    Q.          Can you explain that a little?
10   A.          Payroll was -- started going downhill from
11   there when she -- she did an okay job with it, but it got
12   too much for her because she was in charge of accounts
13   receivable, accounts payable.
14            It's a pretty big operation, especially when you
15   have four or five different comp plans or pay plans that
16   you are having to juggle every single week.  Because
17   payroll was weekly.  You have an installation department,
18   you have a sales department, you have a marketing
19   department, you have, you know, normal day-to-day staff
20   that's just on, basically, an hourly or salary wage.  Plus
21   you have, you know, the vendors.  You've got those bills to
22   pay.  It's a lot.
23            And so she started hiring girlfriends to do some
24   of that.  And it just -- it just quickly kind of started
25   unraveling, as far as the accuracy of payroll, a lot of

                                                          26

```
 1  things.  But she -- she's really -- she was good at a few
 2  things, but when -- I can't really say -- I'm not a great,
 3  huge multi-tasker.  And I'm not saying if I was in charge
 4  of all of the same things that I wouldn't mess up.  But she
 5  -- I would say she dropped the ball quite a bit --
 6      Q.      Can you give me examples?
 7      A.      -- but still...
 8      Q.      Can you repeat that, because you went in and
 9  out a little bit?
10      A.      On which part?
11      Q.      Just whatever you said right before I --
12      A.      I don't feel that she was competent to do
13  all of the things, and handle all of the things that she
14  was in charge of.  And that's even on the level that I
15  know.  I feel that -- and after talking to several people
16  that I was really not privy or able to talk to when I was
17  working there, I started connecting the dots.  I feel that
18  they started trying to be shady and underhanded pretty
19  early on in the game.  And, so, I feel that she probably
20  had a lot more on her plate than really even what we
21  thought she had on her plate.  Because she -- that was
22  probably part of her job, was keeping different sets of
23  books, doing different things.  I don't know.
24      Q.      I'm sorry.  Can you say that again about the
25  books?
```

27

```
 1      A.          I said keeping different sets of books.  I
 2  heard that there were three sets of books.
 3      Q.          What does that mean, "different sets of
 4  books"?
 5      A.          Accounting.
 6      Q.          And is that not normal?
 7      A.          I don't know.  I don't feel like that's
 8  normal.  I feel that as long as -- why would payroll for
 9  three different departments, or for the different
10  departments, why would that change?  Wouldn't you just need
11  one set of books?  I mean as long as you are doing
12  everything honestly, with integrity, and legally why would
13  you need three sets of books?  I was told by Jason Horton
14  that there are three different -- there were three
15  different spreadsheets for end-of-year payouts, as far as
16  the owners go, and they had my pay listed on there, on one
17  of them, that I made over $2 million.  And I said,
18  Absolutely not.  I wish I would've made over $2 million.  I
19  need to see that payroll sheet, actually, those sheets,
20  because if they said I got paid that, then I need to take
21  them to court.  I have never seen that.  My W-2 never
22  reflected that.
23      Q.          Why would they say you got paid a different
24  amount than what you actually got paid?
25      A.          They were embezzling money.  That's what I
```

                                                            28

1  would assume.

2      Q.        We will get back to all of this in more

3  detail later.  I want to follow up.  What about Dale Roden?

4  Are you familiar with him?

5      A.        Yes.

6      Q.        What does he do for Solar Titan?

7      A.        He is the installation manager, slash, he

8  kind of helps to oversee operations and installations.  So

9  he says -- he claims to have had his own solar company in

10  the past down in Chattanooga, Tennessee.

11      Q.        Do you have any concerns about Dale Roden,

12  the job that he does as installation manager?

13      A.        I do, or I did.

14      Q.        Can you tell me a little bit about that?

15      A.        I feel that Dale is a good old boy, and Dale

16  will tell you anything that you want to hear that sounds

17  good, maybe not with malicious intent or heart, but there

18  was so much going on with installations that I was not made

19  a part of because they didn't want me to know how screwed

20  up installations and surplus was going because that would

21  affect my focus on having my sales team continue to sell,

22  sell, sell.  I'm out here representing a company that is a

23  full-service turnkey operation, and we are going to do you

24  right.  We are going to get you installed in four to six

25  weeks, and we are going to get you to where, you know, you

                                                           29

```
 1    are saving your money et cetera, et cetera, et cetera.  But
 2    they know how I am, as far as, from an integrity
 3    standpoint, and they knew if I knew how bad it was it would
 4    affect me pushing my team as hard as I was pushing them
 5    because I would have been like, Oh, no, we need to get all
 6    of this fixed.  We need to do something about all of this
 7    over here, because I can't have my team out here telling
 8    lies and saying we are going to do this, this, and this and
 9    we are not.  So they didn't want me to know how screwed up
10    operations was.  So a big part of what Dale -- Dale's job
11    consisted of was helping to control the unhappy customers
12    that were calling into the office.
13         Q.        How would he do that?
14         A.        Between he and I, we were talking to a lot
15    of them on the phone.  The difference is, when I would talk
16    to them I would immediately get on the phone with someone
17    over in scheduling, someone in service, someone in
18    installations, and say, Hey, listen, we need to get this
19    customer taken care of as soon as possible because of this,
20    this, or this.  Dale would say things and sometimes he
21    would follow through, but other times he would tell them
22    what they wanted to hear and then he would never follow
23    through.
24         Q.        Can you give an example?
25         A.        I had a client in -- and I can't remember
```

                                                            30

where; I'd have to look it up -- close to -- close to
Chattanooga but not -- they were very rural East and
Southeast Tennessee. It was a combined -- it was a sales
issue that had become an operation issue or an installation
issue. So one of my sales reps had this couple and they
had called me with some questions while they were there. I
had talked to this couple for a while. I was on the road
going somewhere else that they needed me to go at the time.

Long story short, the sales rep undersized their
system, not intentionally, but it happened. Probably two
to three days -- maybe a week later after they had bought,
they called me because they had read the reviews online,
Google, Angie's List, you know, the list goes on. So they
were very uneasy about doing business with Solar Titan in
the first place. I had convinced them that we were a
company of our word and integrity meant everything to us,
so they went ahead and signed. To give them the extra
peace of mind, I had given them my personal cell phone
number. Oh, they used it. She called me. She was very
upset, using colorful language, and said, you know, this
isn't going to offset our bill. We were on the phone with
the power company. The power company said X-Y-Z. We
needed more this, that, and whatever.

Because I had given them my word personally and I
had talked to them, I went out to their house. I made an

31

```
 1    appointment to come out to them.  I apologized to them that
 2    we had undersized them.  I took it on me.  I said, you
 3    know, ultimately, you know, yes, was my sales rep out here,
 4    but, you know, I don't want to blame my sales rep.  It's my
 5    fault.  I was on the phone with you.  I was driving.  I
 6    should have paid more attention to what he was sizing you.
 7    So this is what we are going to do to make it right.  So I
 8    got them more system and more battery.  They were happy.  I
 9    sent them an email, you know, with everything in writing,
10    what I was doing, as far as changing their agreement,
11    changing what they bought and upgrading them for free.
12            I feel that there is no such thing as a perfect
13    company, you know.  And people as understanding consumers
14    you got to know that there's no such thing as a perfect
15    company and everybody is going to screw up and everybody is
16    going to make mistakes.  I look at it from a consumer's
17    point of view as how do you fix that, right, when you do
18    mess up?  Do you take ownership?  Are you accountable?  Is
19    the company accountable for the mistakes that they make,
20    and how do they address the mistakes and how do they fix
21    the mistakes.  That's all I wanted to know as a consumer,
22    so that's how I tried to run my department and the
23    disgruntled customers that I was responsible, you know, for
24    taking care of.
25            So, they were happy, and we went forward with the
                                                              32
```

1  installation.  Well, a few months go by and she calls me
2  back saying they never did come back to finish the
3  installation.  So they got the glass -- it's a technical
4  term.  It's an industry term that "glass on roof" means the
5  panels are up on the roof but nothing else was done.
6          So I went ahead and sent it over to Dale because
7  that's his baby now.  It's out of my control.  And I
8  assured them it would be done, it would be complete.  Well,
9  a month later, they are calling me again.  They never did
10  come out.  They never did do this.  They never did do that.
11  So that's just an example of follow through.
12      Q.          So just to understand, and we will go over
13  some of these industry terms.  You had a customer, she
14  signed up for an install, she financed the install; right?
15      A.          Yes.
16      Q.          And Solar Titan came out, they put the solar
17  panels on their roof, but they didn't actually make the
18  system operational.  Is that what I'm -- is that correct?
19      A.          Yes, that is correct.
20      Q.          Okay.  And then she called you and you said,
21  Okay, I'm going to do what I can to help you out.  And you
22  tried to get Dale to, I guess --
23      A.          To handle it -- (inaudible). -- make sure the
24  team went out there and finished the job.
25      Q.          And he never did?

                                                        33

```
 1    A.          According to them, no.

 2    Q.          Do you know if ever did?

 3    A.          Eventually, yes.

 4    Q.          Okay.

 5    A.          But it was -- well, "yes" and "no."  Now, I
 6  will say this, and it's what I said the first time that I
 7  came out.  These power companies and these inspectors,
 8  because a part of the process is that the system has to be
 9  inspected, it has to be passed, and commissioned to be able
10  to be turned on.  There's hundreds of inspectors.  There's
11  a lot of different power companies.  These solar companies,
12  whether it's Solar Titan, DIG, Pink Energy, whoever, right,
13  they have no control of those inspectors or those power
14  companies; right?  So those entities run off of a timeline
15  on their own.  So even if the company is spotless, has a
16  spotless record, they do everything on their end in the
17  timeframe of which they had promised that customer,
18  ultimately, at the end, it's up to that power company and
19  that inspector of how quickly they get out there and how
20  quickly they pass or, whatever, fail that job, and how
21  quickly they get them commissioned.

22          I will say -- you know, I will say out of all of
23  Solar Titan's shenanigans -- that's a polite word -- way to
24  say what they have gotten themselves into, I would say
25  about 20 percent, 15 to 20 percent of everything in the --
```

34

towards the beginning was not their fault directly, right,
because they were working off somebody else's pipeline --
or timeline.

Now, I will say this: When they started skipping
steps and they started skipping process and they started
jumping the line, so to speak, and they started going over
these inspectors' heads and these power companies, that's
when you piss them off. And when you piss them off, they
are not going to be in a rush to do anything for you.
That's the way I look at it. When you make one inspector
mad, they work on a network, you make them all mad. You
have to go by their rules. You have to go by their
timeframe, not yours. You can't come in and say, "You know
what? I am a multi-millionaire and I'm going to do
whatever the heck I want to do and y'all aren't going to
stop me" kind of attitude. You can't do that because when
you do that, you step on some toes in a bad way. Then,
these inspectors, obviously, know all these power
companies; it's all one big network.

But towards the beginning, I feel that all that
was going on with them, I would say up to 20 percent, was
not their fault in the beginning. It just was those power
companies are slow. Their process was more rigorous. That
State inspector or whatever inspector, County inspector,
whatever inspectors that were in charge of that, was on

35

```
 1  their own timeframe.

 2          But I will say that probably through so many

 3  crappy interactions with Solar Titan, these inspectors got

 4  to where they didn't want to inspect.  They didn't want to

 5  help Solar Titan out.  They didn't want to help make them a

 6  better company because they weren't doing anything on their

 7  end, if that makes sense.

 8       Q.         Uh-huh.

 9       A.         I don't feel like these inspectors just

10  initially had it out for Solar Titan.  I feel Solar Titan

11  crossed lines, and felt that they were above the law, so to

12  speak, and above process that that caught up with them.

13       Q.         I want to open up the floor to Alicia to se

14  if she has any follow-up questions.

15              MS. DANIELS-HILL:  Thanks.  I do have a

16  few follow-up questions.  It's okay if you don't recall

17  this, but going back to Stacy Monks taking over payroll.

18  Do you remember when that was that she would have taken

19  over payroll and Richard would have stopped handling

20  payroll?

21              THE WITNESS:  Alicia, I am 42 years

22  old.  Senility has kicked in with four kids.  I cannot

23  immediately recollect when that happened.  I know that he

24  was over payroll, I would say, for the first six to eight

25  months that I was there, probably, and then she took over
```

36

after that, or they were doing it together.  But as far as
knowing for sure, to give you a specific date, no, I can't.
I don't remember that.  I could probably go back through
text messages, kind of, and roughly guess it, you know,
pretty closely if I did that.

                    MS. DANIELS-HILL:  But it was roughly
six to eight months after you started at Solar Titan?

                    THE WITNESS:  Hold on.  Let me see
here.  Let me pull her up.  You know these iPhones are
great until they are not.  I can't -- I try to scroll up
and it just...  I know that it was definitely all of 2021.

                    MS. DANIELS-HILL:  That Richard was
running --

                    THE WITNESS:  No, that she was doing
payroll.

                    MS. DANIELS-HILL:  Okay.

                    THE WITNESS:  So I feel pretty
confident that it was probably sometime in 2020 that she
started doing payroll, maybe even 2019.  I'm trying to go
back.  Hold on just a second.  Yeah, because -- I'm
guessing.  It was probably all of -- it was pretty much
probably -- (inaudible) was doing payroll as of December of
2020.  So probably --

                    COURT REPORTER:  I'm sorry.  Who did
you say was doing payroll as of December of 2020?

                                                        37

```
 1                 THE WITNESS:  Michael Atnip.
 2                 COURT REPORTER:  Okay.  Thank you.
 3                 MS. DANIELS-HILL:  So did Michael do
 4    payroll for that -- oh, Michael Atnip.  So you are talking
 5    about Richard Atnip?
 6                 THE WITNESS:  Yes, uh-huh.
 7                 MS. DANIELS-HILL:  His full name is
 8    Richard Michael Atnip?
 9                 THE WITNESS:  Yes.
10                 MS. DANIELS-HILL:  Then you had
11    mentioned that she started hiring her friends when she took
12    over payroll?
13                 THE WITNESS:  Yes.
14                 MS. DANIELS-HILL:  Do you remember the
15    names of any of the friends that she hired?
16                 THE WITNESS:  Jessica Rial, R-I-A-L.
17                 MS. DANIELS-HILL:  That's okay if
18    that's the only name you remember right now.  If you
19    remember later, feel free to let us know.  Is Jessica Rial
20    still working at Solar Titan?  Do you know?
21                 THE WITNESS:  Unless she was laid off
22    with this big bunch of people that was laid off, yes, she's
23    still there, from what I understand.  I'm assuming that,
24    yeah, she will be there, because, again, she was not
25    competent at her job either when she was doing payroll.  It
```

38

was always wrong. My sales reps could never get an answer.
They could never get anybody to give them any type of
answers, as far as if their pay was wrong or if it was
short or when they were going to get, you know, get paid
(inaudible).

So, anyways, they moved her over into scheduling,
over, as far as the operations go. So she was in charge of
scheduling installations and service calls, things like
that. And then one of the -- one of the installers, which
was dating my daughter, had a sexual harassment complaint
against her, went to HR and complained on her. And Sarah
Kirkland told HR that, yeah, she wouldn't be handling that,
that Sarah was going to do it. And HR wasn't allowed to
know what happened. So, ultimately, nothing happened to
the woman. Now, when the installer told me what she had
done, I was, like, Well, that's subject to interpretation
if it was a text message. And it wasn't a lewd text
message, but it made him feel uncomfortable nonetheless.

The fact that they were just taking things into
their own hands, and they weren't allowing HR to handle the
items they should have been able to handle. Just all the
way around, they just -- they were protecting who they
needed to protect. And I feel that's because they were
protecting them. They knew a lot. Again that's my
perception. It doesn't mean that that's definitely what

39

1    happened.

2         All I know is, from a sales perspective, if I had

3    someone that wasn't doing their job or wasn't fulfilling

4    their role in the capacity that the company needed them to

5    fulfill it, I didn't protect them.  They were given an

6    opportunity to fix and correct their inefficiencies, and if

7    they didn't do it, we either demoted or we would fire.  So

8    why would it be any different on the operation side,

9    payroll side, the installation side, the service side?

10         MS. DANIELS-HILL:  So Monks and Jessica

11   Rial also worked on getting -- or I guess on the operations

12   portion of installations?

13         THE WITNESS:  Yep.

14         MS. DANIELS-HILL:  And then you had

15   talked about at the time that you were doing your sales you

16   weren't really kept in the know about issues with

17   installation.  You said that that would change how you

18   would push your sales team so they didn't want you to know

19   that.  What type of issues with installations did you

20   become aware of?

21         THE WITNESS:  So, in the beginning, we

22   were doing what's called a complete install.  That means

23   that one crew would go -- one installation crew would go

24   out to that house and do the complete install.  So they

25   would install the panels, they would run the electrical,

                                                              40

they would do everything in one installation. And what
that meant was once they got done with that, the inspector
was called. But it was one complete install.

Well, they decided to split the crews. And what
that means is they stopped doing complete installations.
They spun it to me and to sales that, Oh, your salespeople
are going to start getting paid quicker. So they did --
they split the crew. So they had a panel crew and then
they had an electrical crew. But -- and so me not knowing
a lot at that point in time from the bank side, that was
all for them. It wasn't necessarily for us.

All that had to be done was the glass on the roof
-- so the panels up on the roof -- for the banks to release
the money on the job. So by them splitting the crew, they
could go through and get all this -- the panels on the
roof, but that doesn't mean anything if the electrical is
not done. What I found out later is -- and when I left in
June, in July and August I was still getting phone calls
from homeowners that still had no electrical ran on -- from
their panels, that they were installed in May and June. It
was July and August that their stuff still was not done.
Why? Solar Titan didn't care. Once those panels were
installed, they got paid, and then they -- those customers
got lost in between the cracks.

                    MS. DANIELS-HILL: So how long was it
                                                            41

```
 1   taking for customers to get their panels to become
 2   operational.
 3                   THE WITNESS:  I would say on an average
 4   four to six months, seven months, eight months.
 5                   MS. DANIELS-HILL:  And at the time when
 6   you weren't aware of the installation delays, how long were
 7   you estimating when you were talking to customers or
 8   training your sales reps to talk to customers?  How long
 9   were you telling customers that it would take to install?
10                   THE WITNESS:  Four to six weeks, on
11   average.  Now, once I became privy to this knowledge, and
12   the only way I was getting privy to this knowledge, was
13   people calling, pissed off customers that were wanting to
14   cancel.  So then I had to talk to those customers to try to
15   talk them out of cancelling.  And, then, once I started
16   finding out the pattern and why they were wanting to
17   cancel, I was, like, this is not their fault.  This is our
18   fault.
19                   So, then, I went to Craig and Sarah and I said,
20   Okay, well, then, you know what -- because they gave me
21   this big song and dance of excuses of why it was taking
22   longer.  And I said, Well, I said, We are advertising four
23   to six weeks so we've got to change that.  We've got to
24   change what we are advertising.  If we can't follow
25   through, then we've got to set the expectations to
```

                                                        42

realistic expectations with these homeowners. That way, they don't feel like we are lying to them and we are misleading them and we are ripping them off.

So they did finally take my advice. And on some of the paperwork it has on there that even though your system may be installed within four to six weeks, it can take an additional two to three months to fully, you know, to get you commissioned, you know, with your power company and get you fully turned on.

Because once I was made aware of what was going on and the common complaints and the frustrations of these homeowners, I wanted to get clarification to these homeowners of what the process entailed and that it could take longer and these are the reasons why. Because I'm all about -- because solar is wonderful. I still believe in solar. I just don't believe in Solar Titan USA anymore. It is a wonderful option for a lot of people out there. And I feel that when solar is done right, the homeowner walks away a winner, the company walks away a winner, and, heck, even the power company walks away a winner. Everybody can, it's just got to be done correctly.

MS. DANIELS-HILL: You said they finally let you change the sales pitch to tell people that it might take longer. About how long do you think you guys were telling people that it would be four to six weeks but

43

1    it was actually taking four to six months?

2                    THE WITNESS:  I would say it was

3    probably the last six, maybe eight months that I was there

4    that -- maybe nine months that I realized -- it was

5    probably seven or eight months, yeah, that I realized it

6    was a problem, problem.  Because up until then, I was never

7    in the office.  They had me in all of these different

8    territories all of the time.  My head was not buried in the

9    sand, but I was so busy out in the field that I really

10   didn't know what was going on, as far as from a customer

11   complaint standpoint.  Because I was always -- I was either

12   in Lexington; I was in Louisville; I was in Nashville; I

13   was in Georgia; I was in Alabama.  I was always somewhere

14   that I didn't -- yeah, I didn't realize what a real problem

15   the operations department was having up until probably

16   seven, eight -- the last seven to nine months that I was

17   there.

18                   MS. DANIELS-HILL:  What was your last

19   month that you worked at Solar Titan?

20                   THE WITNESS:  I resigned June 17th.

21                   MS. DANIELS-HILL:  That was of 2022?

22                   THE WITNESS:  Yes.

23                   MS. DANIELS-HILL:  So forgive my lawyer

24   math, but hopefully I do this right.  It was maybe

25   November, December when you guys changed, or when you

                                                          44

convinced them, I should say, to change the pitch to tell
customers that it might take closer to four to six months?

THE WITNESS: No, it was probably not
even then. I was telling them -- because they were still
telling me -- I saw that it was a problem. They were,
like, No, it's getting better. You know it's these power
companies blah, blah, blah, blah, blah. Then once I kept
on getting the calls and the complaint, I was, like,
Listen, we have got to change the paperwork. Once they
buy, we have got to let them know that, hey, it takes a
little bit longer. It can take up to a certain amount of
time. So then they finally -- maybe six months before I
left they changed it. Those are approximate dates,
because, again, my days were very hectic when I was in the
office.

MS. DANIELS-HILL: So you are thinking
it was maybe around the beginning of 2022?

THE WITNESS: Probably. Something like
that.

MS. DANIELS-HILL: And then you said
that -- you were talking about one customer in particular
who had called you complaining that the system had been
undersized. And you being the supervisor of that sales
rep, decided to take some responsibility for that sales rep
undersizing the system. Do you know why that sales rep may

45

1    have accidentally undersigned that system?

2                    THE WITNESS:  Their sizing chart.

3                    MS. DANIELS-HILL:  What do you mean by

4    that?

5                    THE WITNESS:  So they had a sizing

6    chart as -- so basically it's a sizing chart for dummies.

7    So if you use X amount of kilowatt hours a month, you need

8    X amount of size of system.  So that's what they had.  So

9    that's what we had in all of our pitch books.  Then when

10   they found out that Pink Energy, which at the time was

11   PowerHome, this was way back whenever the news channels

12   first started doing their undercover stuff down in Georgia,

13   they got scared and they reissued a new sizing chart.  And

14   I said, Well, if that doesn't scream:  We are guilty, I

15   don't know what does, guys.  Why now, all of a sudden, are

16   you changing these sizing charts?  Which all of the sales

17   reps were up in arms because they were, like, Okay,

18   something is not making sense.  This was toward the end of

19   my -- of me being there because it was all just --

20   everything was coming to an ugly head.  Everybody was,

21   like, Okay, well either we were lying before and we had

22   been under sizing everybody, or the company is getting

23   greedy and now all of a sudden these homeowners need double

24   the size that they needed before.  Something wasn't adding

25   up.  So then once that happened, then they went back and

                                                        46

they did a different chart, and then they changed it again
because they realized that these news channels were coming
from every direction. They were coming from Kentucky.
They were coming for Georgia. But, again, they were only
going after the companies that were being shady. That's
why PowerHome had to rebrand, and now they are out of
business. That's why Solar Titan has just laid off a bunch
of people, and are still saying that it's Generac's fault
and it's this person's fault and it's this company's fault.
It's never their fault.

           MS. DANIELS-HILL: So that sales rep
was using, what, the first or the second sizing chart?

           THE WITNESS: The first.

           MS. DANIELS-HILL: And he was using it
accurately based off of the information he had, but that
information was wrong so that's why it was undersized?

           THE WITNESS: Uh, yes. So I feel that
he was using it pretty accurately. I feel that probably
according to their usage, he could have bumped it up a
little bit, but he did not because it was a payment concern
for them.

      I realized this after I was not driving and I was
sitting and I was looking at their usage and what they had
told them that they used versus the amount of money, you
know, that that system would cost, that they actually

47

1  needed versus the system that they went with.

2          So I went -- that's why I went back to their home

3  and I said, Listen, you know, ultimately it's my fault.  I

4  didn't double-check his numbers.  I was on the road.  This

5  is really what you need.  So this is what we are going to

6  do to make it right.  We are going to go ahead and give you

7  the system that you need, plus upgrade your battery because

8  that's, you know, that's how we do business, or that's how

9  I did business when I was there with people I interacted

10  with.  Unfortunately, I couldn't interact with every single

11  customer that we had.

12          MS. DANIELS-HILL:  Those are the only

13  follow-ups.  Thank you, Shawna.

14  BY MR. KEEN:

15      Q.          I just kind of want to lay a foundation.  I

16  think we -- me and you both know sort of what the goods and

17  services that Solar Titan offered, but I want to sort of

18  establish it for the record.  You mentioned earlier that

19  Solar Titan provided a turnkey system.  Can you explain

20  what that means a little bit?

21      A.          So, yes.  So pretty much across the country

22  solar companies can be divided into two different

23  categories.  Category A are sales and marketing teams.  All

24  they do is go out and acquire the client.  They go out and

25  either doorknock; they canvas neighborhoods.  "Oh, are you

                                                        48

the homeowner, Mr. Keen?  Oh, well, you know, would you
like to save on your solar or on your power bill?"  Then
they, basically, proposition a solar system to you, you buy
it.  So then -- but that's all they do.  They are sales and
marketing teams, and they don't know anything about
actually installing solar.  They are not solar crews.  They
are not, you know, certified to do that.  They are not
trained to do that.

          So they go out and, basically, outsource all of
their installations to solar installers, because not
anybody can install solar.  That creates hassle for the
homeowner, more time, and more money.  So that company --
that solar company (Zoom distortion) type A.  And then
solar company type B, are installers -- they are solar
(Zoom distortion) --

                    COURT REPORTER:  Type B is what?

                    THE WITNESS:  Solar installers.  So
they are the actual crews.  They know how to install.  They
know how to get the panels and run the conduit and do all
of that.  They don't know anything about sales and
marketing.  So they are going out and they are taking the
bids and the jobs from all those company type A's, which
creates more time and money for the homeowner.

          So then you have the all-inclusive or the turnkey
company that handles both the sales and the marketing, as

                                                    49

```
 1  well as having their own solar installers.  That's what's
 2  called "turnkey" or considered "turnkey."  So they can
 3  handle everything quote, unquote, from A to Z.  So they are
 4  not having to outsource anything or subcontract anything.
 5  They handle everything in-house.
 6  BY MR. KEEN:
 7      Q.        So these companies that handle everything
 8  in-house, do they actually manufacture the solar panels?
 9      A.        Oh, no, not that part.
10      Q.        Okay.  How do they get the solar equipment?
11      A.        So there's different ways you can go about
12  it.  You can -- most -- what most companies do is they find
13  a distributor.  They find a solar panel distributor.  The
14  one that Solar Titan uses primarily is CED.  I believe they
15  are among the largest, if not the largest, solar
16  distributor in the nation.  So they get all of their
17  panels, their wiring, their conduit, all of that, from
18  those distributors.
19      Q.        Does CED use one specific type of solar type
20  -- like a brand, or do they --
21      A.        No.
22      Q.        -- distribute multiple types of brand?
23  Okay.
24      A.        They distribute different types.  It's like
25  having -- like having a car lot or, you know, as long as
```

<span style="float:right">50</span>

```
 1    it's not a Mitsubishi lot or it's a Chrysler lot, if it's
 2    just, let's say a -- I'm just -- I'm just going to open up
 3    a car lot that's going to offer all kinds of different
 4    cars, all kinds of different trucks.  It's whatever that I
 5    can get my hands on, but they are going to be brand new
 6    with --
 7         Q.        Like CarMax?
 8         A.        -- full warranties on them.
 9         Q.        Yeah.
10         A.        Yes, kind of like that, but it's whatever.
11    Especially during the pandemic and the start of the
12    pandemic, the supply chain got real crazy.  So it wouldn't
13    necessarily be one type or one brand of panel, as long as
14    they fell under what's called different tier levels.  As
15    long as they were tier 1 or high grade panels.  So that
16    could be a Hyundai panel, that could be a Mission panel.
17    That could be a Jinko panel.  That could be a Keenso panel.
18    It's just whatever they could get ahold of.
19         Q.        How much did they -- the equipment -- I
20    guess what I am trying to get at is how did Solar Titan
21    determine, ultimately, what its margins were?  So I want to
22    get an idea of how they would understand what the cost of
23    the equipment was, and, then, how they would price that for
24    the customer in order to get at, sort of, a bottom line
25    margin?
```

1    A.         Well, I learned this after I left the
2  company.  It's basically called a red line.  So they would
3  put together, basically, the cost of their equipment,
4  average size system -- let's say that's an 8 kilowatt
5  system, that means it's 8,000 watts.  They would price out
6  their panels by the watt, how much -- how much product,
7  wire, whatever, does it take to do an 8 kilowatt system?
8  How much are we going to pay this install crew to install
9  an 8 kilowatt system?  Then you add all those numbers up
10 and· you divide it by 8,000, 8,000 watts.  That's where you
11 get the price per watt, what you need it to be at just to
12 meet your cost.  Then, anything above and beyond that is
13 profit.
14    Q.         So whenever Solar Titan would purchase
15 inventory, did they do it on a per-watt basis to determine
16 the cost of that inventory?
17    A.         In the very beginning, probably.  But then
18 the bigger that they got, they were able to buy in bulk.
19 Once you are able to buy in bulk, you drive down the cost
20 per watt because you get stuff cheaper; it's like about
21 anything.  So your price per watt goes down.
22    Q.         Okay.
23    A.         Your profit margin goes up.
24    Q.         And, then, whenever they would sell the
25 inventory to the customer, they would determine the price

                                                  52

of the system based on their per-wattage calculation?

A.      Yes.

Q.      Okay.  How did Solar Titan keep its inventory?

A.      They had warehouses.

Q.      Okay.  Where were these warehouses?

A.      Knoxville, so, over on Outlet Drive they had some warehouses.  That's where our office was, in the beginning.  They had another one, I can't remember the name of the road, but it is also in Knoxville, Tennessee.  Then they had a warehouse down in Macon, Georgia.  They shut that warehouse down shortly after one of their installers drilled into a live breaker box on a customer's house and electrocuted herself.  I was told that they fired that (Zoom distortion) and crew and they shut down that warehouse.  And those installers, or the Knoxville crew, was sent down to Macon to get all of the material and bring it back.  Then they have -- I believe they have one up in Richmond, Kentucky as well.

Q.      So whenever a customer buys a package, Solar Titan isn't going out and purchasing directly from the manufacturer or the distributor; they already have what's needed to install there?

A.      Most of the time, yes.

Q.      Okay.

53

```
 1     A.          Basically, they pre-bought it.
 2     Q.          What type of margins was Solar Titan seeing,
 3  let's say, in your last six months that you were there?  Do
 4  you know like on average, say, on a 8 kilowatt system, what
 5  type of margin would that ultimately get for Solar Titan?
 6     A.          Well, I can't say for sure because they
 7  would never let me look at the books.  So I don't know -- I
 8  can't tell you for certain, Sam, that, "Oh, yeah, they are
 9  at this percentage."  I will tell you that they were
10  selling at between 550, I believe, and 575, $5.75 per watt
11  --
12     Q.          Uh-huh.
13     A.          -- which was asinine.  It's crazy.
14     Q.          Why do you say that?
15     A.          Because after realizing -- because I have
16  talked to -- I talked to Mosaic, which was Solar Titan's
17  primary lender.  I have also looked into costs of running a
18  solar company.  I thought about doing, you know, solar the
19  right way.  So I looked into the cost behind it, and how
20  much and that sort of thing.  And they had a lot of
21  overhead, unnecessarily, with, you know, a lot of warehouse
22  space they didn't need, et cetera, et cetera, et cetera.
23  But I feel that at $4.00 a watt, $4.25, $4.50 you are still
24  very profitable.  So anything over and above that was --
25  yeah, they were probably -- I would guess they were
                                                          54
```

probably at $2.00 a watt in profit.  So if you figure $2.00
a watt in profit, we were selling about a million to a
million and-a-half a week.  So our best month was $12
million.  I think we ended up netting about 10.5 million in
March.  So if you figure 10.5 million in March, an
8 kilowatt system being at 5 -- we will just call it $5.15
a watt is 41.2.  So $40,000 would be the average sales
price -- we will just call it that -- divided by $40,000,
that means that they did 262 -- 263 times 8,000 watts gives
us 2,104,000 watts, times $2.00 a watt.  Yeah, they
probably netted $4.2 million in profit, guessing.  But,
again, they wouldn't let me look at books.  They didn't
want me to see that.

     Q.          So in March 2022, you said they probably did
$4.2 million in profit?

     A.          At least.

     Q.          But it sounds like they were having
difficulty getting the installs done.  It sounds like they
had a lot of money.  Why would they have difficulty getting
the installs done?

     A.          Because they were spending it as quick as
they were -- as we were making it for them.

     Q.          Who was?

     A.          I don't -- between Sarah, Craig, and Mike.
I feel that they were probably drawing profits weekly.

                                                        55

```
 1   Now, this, again, is my perception because, I agree with

 2   you, why on earth should a company this large and this

 3   successful be having these kind of issues?

 4           My sales reps were never paid on time.  My sales

 5   reps were never paid what they were supposed to be paid.

 6   They kept cutting commissions.  So last year, so June,

 7   July, August of last year, I had a major revolt in our

 8   Kentucky market.  I lost five or six, seven different reps

 9   and managers because they felt that Solar Titan was getting

10   greedy.  And the commission at that point in time was 2 to

11   3 percent, which means the average sales rep was only

12   making 4- to $500 a sale.

13           So you are telling me that we are charging

14   30-, $40,000, and the average commission is 3- to $400.

15   That's not -- by the time tax and insurance is taken out,

16   that's not enough for gas for the week.  And you are going

17   to want me, as a sales rep, to run 1,000 miles a week and

18   you are not even going to pay me?  And $400 is complete

19   commission.  They were only paying half up front.

20           So, yeah, a lot of shady, shady things were going

21   on.  But, no, I feel that the owners were definitely taking

22   weekly their cut.

23       Q.         So even if they weren't --

24       A.         And --

25       Q.         -- making payroll, they would make sure --

                                                            56
```

```
 1    A.          They were getting paid, absolutely.  I mean,
 2  how else are you going to fund yachts and Teslas and homes,
 3  lake homes for your family members and this family member
 4  and that family member?  And I'm not hating.  I -- if
 5  everybody was getting paid and these homeowners were
 6  getting their installations done on time and correctly, I'd
 7  say, "You know what?  Let them buy whatever they want to
 8  buy.  They are doing everything the right way."  But when
 9  people aren't getting paid and these homeowners are getting
10  screwed and they are getting double-billed for months and
11  crap may be on the roof, but, yet nobody has come out to
12  finish the job, but yet you can afford a Tesla every single
13  month and you can afford to go out and buy these yachts.
14  They are not even yachts.  They are called super yachts.
15  They had so many yachts that, yeah, they started another
16  company from the money they were drawing off Solar Titan.
17  And, you know, that's when I have a problem.  You can
18  afford to do all these things, but you can't afford to pay
19  people and you can't afford to do these homeowners that
20  have already bought from you, you've already got their
21  money, there is a problem with that.
22    Q.          What was the name of the company you said
23  they started from the money --
24    A.          I believe they called it Titan Tours or
25  Titan Yacht Tours or something.  I don't know.  It was down
```
                                                            57

1    in Destin.

2         Q.         But it sounds like you are under the

3    impression they were using Solar Titan money to fund

4    operations for this company?

5         A.         Well, they were using their profits weekly,

6    which aren't real profits.  That's not real net profit

7    because you are still -- it's not real profit whenever the

8    company is not -- when the customer base is not fully

9    installed and those sales reps are not fully paid out.

10   That's not net profit, in my eyes, because you should be

11   reinvesting that weekly profit back into the completion of

12   these jobs and paying my, you know, your sales reps and

13   paying your installers and paying, you know, those people

14   your office staff.  That's how I would do it if it were me

15   anyways.

16        Q.         So just to go back to you were -- your job

17   at Solar Titan, was it director of sales?  Is that correct?

18        A.         In the beginning it was.

19        Q.         Okay.

20        A.         I was the VP of sales and training.

21        Q.         Okay.  What's the difference between the

22   director of sales and the VP of sales?

23        A.         Title.

24        Q.         Okay.

25        A.         I was still -- I was -- you know, I have

                                                          58

```
 1  saying:  You can call me the janitor as long as my paycheck
 2  is there every Friday.  I don't really care.  But I was in
 3  charge of basically -- I was in charge of the numbers, the
 4  sales numbers, but I was also in charge of the training and
 5  development, morale, et cetera, et cetera, et cetera.
 6          So if there was a territory that was
 7  underperforming, it was my job to go out and make sure that
 8  they were performing again.  Yeah, so...
 9      Q.       So part of your job was training the
10  salespeople?
11      A.       Well, yes and no.  So we had hired a
12  trainer, and he's kind of taken over my responsibilities
13  since I left.  But he was my -- he was my head trainer.  I
14  had promoted him to the director of training.  So I had a
15  training department that would train the new hires.  So if
16  we recruited you saying you were to come in to the office
17  and do a training, I didn't do that part.
18      Q.       Who was the gentleman who --
19      A.       The John (Zoom distortion.)
20               COURT REPORTER:  Who?  I'm sorry.
21               MR. KEEN:  John Carroll.
22               THE WITNESS:  Yes.
23               MR. KEEN:  That's C-A-R-R-O-L-L.
24               THE WITNESS:  Yeah.
25  BY MR. KEEN:
```

59

1    Q.        Did you get any training from anybody
2  whenever you started working for Solar Titan?
3    A.        I went on a ride with Craig.  So he was --
4  it was in the very beginning.  He had nobody.  It was him
5  and Jason that were out selling.  So I did -- I did a ride
6  with Craig to kind of just see what, you know, what he was
7  pitching, his sales process, and then I just I went out and
8  did my thing.  And I created a process.  I created,
9  basically, the way we were going to train people.
10   Q.        Okay.
11   A.        To -- (Zoom distortion.)
12   Q.        Okay.  What was the process that you
13 created?
14   A.        Basically, you go in, you make a friend, you
15 find out what's important to them, as far as why are they
16 looking at solar, how long they have been looking at going
17 solar, and why they haven't done it yet.  You find out what
18 their average power bill is.  You show them the position
19 of, basically, why it's better to go solar and own your own
20 power versus rent it.  Then you give them a couple of
21 options, as far as different size systems to create a
22 different kind of offset.  Then, you know, ask them to buy
23 it.
24   Q.        And, of course, we already went over this,
25 but one of the big problems was the size systems that you

                                                        60

1  would recommend were based on faulty numbers.  Am I saying

2  that right?

3      A.          I was given the sizing chart.  I had no

4  reason, at that point in time, to question it.  So, yeah.

5      Q.          Who gave you that --

6      A.          (Zoom distortion.)

7      Q.          -- sizing chart?  I'm sorry.

8      A.          Craig and Sarah.

9      Q.          Do you know who developed it?

10     A.          From what I understand -- no.  But from what

11 I understand, Sarah was in charge of that part.

12     Q.          Does Sarah have any special training or

13 certification that would help her be able to make a sizing

14 chart?

15     A.          I was told that she went through the

16 certification process to become NABCEP certified.  That's

17 N-A-B-C-E-P.

18     Q.          Tell me a little bit about what NABCEP

19 certified means.

20     A.          So it's the national accreditation for

21 something solar.  So, basically, it's the highest

22 certification that a solar installer could have or should

23 have on the national level.  It's a lot of -- it's a lot of

24 classroom hours or online hours and studying.

25     Q.          So with all that studying is it -- are you

                                                        61

1  studying how, like, solar power is generated, how much

2  power is generated with certain systems, and how much it

3  takes to operate certain size houses?

4       A.       I would assume so.

5       Q.       Okay.

6       A.       But they never offered to put me through

7  that.  So my job -- I had one job, was to produce.

8       Q.       Did you rely on the accuracy of the sizing

9  chart because of this special certification --

10      A.       Yeah.

11      Q.       -- that Sarah Kirkland had?

12      A.       (Witness nods head up and down.)

13      Q.       So we talked a little bit about how Solar

14  Titan gets its inventory.  We talked a little bit about,

15  you know, the types of margins that it makes from these

16  sales.  I want to talk a little bit about the actual sales

17  themselves, and just sort of understand how that process

18  works.

19           So, if you would walk me through from the time

20  Solar Titan first contacts a customer until the time the

21  customer agrees to purchase a system from Solar Titan.

22  Could you sort of do that for me?  Let's start with how

23  would a customer -- how would Solar Titan get in touch with

24  a prospective customer?

25      A.       Different ways.  So they were running ads on

                                                        62

YouTube, social media.  Facebook was a big one.  So, basically, they are called funnels.  If you're -- if any of you are on social media and you go scrolling and you see all these adds, right, come up.  Let's say there was an ad that said, "Hey, the government is giving money away to go solar, and you could cut your power bill in half or you could never have a power bill again.  Are you interested?"  And you click on that ad and then you fill out your information.  "Oh, my name is Sam Keen.  I live at 1101 Oak Street, Nashville, Tennessee.  I own my own home.  My average power bill is $200 a month.  Here is my email address and my phone number."  So then once you hit "send" it goes into, basically, Solar Titan's pipeline and one of their marketers call you.  "Hey, I just barely -- I barely hit the send button.  Oh, well, would you like us to come out and give you a free consultation?"  You say, "Yeah, sure, that will work."

Then they book you an appointment.  Then they are supposed to call you a day before that appointment to confirm that you are going to be there.  "Hey, I need you and your wife there.  Don't forget to have, you know, your most recent power bill, you know.  And, is Wednesday at 1:00 still good for you?  Oh, yeah.  All right.  Awesome."

Then, a sales rep goes to that 1:00 on Wednesday, knocks on the door, says, "Hey, we are with Solar Titan

63

```
 1   USA.  You had booked an appointment.  Oh, yeah, come on
 2   in."  That's how that goes.  Then, they talk to you, they
 3   look at your power bill, they do their presentation with
 4   you, and then they show you -- they size you a couple of
 5   systems according to what you and your wife say that you
 6   want out of solar.
 7          And then, you know, if and when you say yes, they
 8   sign you up that day.  So they go through all the
 9   paperwork.  They qualify you for financing.  You sign all
10   of the bank information.  They send you, basically, digital
11   copies of that via email.  And then you sign some paperwork
12   from Solar Titan, you shake hands, they take pictures of
13   your house.  And then they say, "Hey, somebody, you know,
14   from the office is going to call you in three to five days
15   and we are going to get you started and we are going to get
16   you installed."  That's how that works.
17       Q.       So there's a lot to break down there.  I
18   want to start with the install agreement.  That is a paper
19   that's signed between the customer and Solar Titan.  Is
20   that right?
21       A.       Yes.
22       Q.       Okay.  And just tell me, what are the
23   general terms of the install agreement?
24       A.       So they went digital on the installation
25   agreement.  I didn't like that, that they went digital on
```

                                                              64

that.  A lot of people, including myself, I'm old school.
I want a paper.  I want something that i can physically
read.  I want something that I can physically hold in my
hand.  They went digital because they say that it costs
less.  I know why they went digital, or I feel I know why
they went digital because out of site out of mind.  If
people don't have a paper copy of it, it's harder to read
your agreement and the contractual terms of your agreement,
especially if you've got somebody that's older.  That's my
personal opinion.

        So, basically, it states, you know, on the front
side of the agreement, it's got the homeowners' name --
names, the physical address of where the solar is going,
their phone numbers, their email addresses, what they're
buying, what size system they're buying, as far as PV,
which is the solar -- the panel part, and then it's got
whether or not they are going with the battery.  It's also
got, you know, notes on there if there's an HOA, because
there's a different, extra process to go through because
the company has to get the HOA approval of that solar.  And
then it's got, basically, any special notes that that
customer -- anything extra that that customer is getting,
whatever.  It's got the cost of that system, and then it's
got a place for that homeowner to sign.
        Q.        If it was digital, how did the homeowner

                                                        65

```
 1  sign?
 2      A.          They signed on the sales rep's iPad or
 3  tablet.
 4      Q.          About how long were these contracts?
 5      A.          It's just -- it's basically -- it was one
 6  legal page.
 7      Q.          Uh-huh.
 8      A.          On the front side, and then all the
 9  contractual terms or the legal terms was on the back.  When
10  there were physical copies, it was a carbon copy, so the
11  front side was what they were buying, and the back side
12  (Zoom distortion) -- were the terms and conditions.
13      Q.          The terms and conditions, do you know how
14  many terms and conditions there were?
15      A.          A lot.
16      Q.          Do you know what font size they were?
17      A.          Let me see if I've still got one.  Probably,
18  I would say an eight, maybe, possibly.
19      Q.          Eight point font for the terms and
20  conditions?
21      A.          Maybe smaller.  Maybe a little bit larger.
22  I might actually have a copy here.  I do.  So this is an
23  example.  This is actually somebody that I signed up.  So
24  this is what the front side looks like.  That is what the
25  back side looks like.
                                                          66
```

```
 1    Q.          Just explain, sort of, what does the back
 2  side look like?  How would you describe it?
 3    A.          It's got everything that legally they had to
 4  have on there to be compliant with the lenders.  Though
 5  they got a -- the first paragraph is a 10-year workmanship
 6  warranty, 5-year roof warranty.  Basically it's a 5-year
 7  limited roofing penetration warranty.  So, basically,
 8  anywhere that Solar Titan had to penetrate to install the
 9  system on the rafters.  They warrantied against any type of
10  leaking or issues.  Then it's got the regulation Z
11  disclosure.  So the first monthly payment on the loan is
12  due approximately 60 days after the installation.
13  Basically --
14    Q.          What does that -- let's go back to that real
15  quick.  I'm sorry.  I don't mean to interrupt.  Sixty days
16  after installation is whenever the first payment is due,
17  according to that contract?
18    A.          Yes.
19    Q.          What does "installation" mean?
20    A.          Panels on the -- panels on the roof.
21    Q.          So it doesn't necessarily mean actually
22  working?
23    A.          Nope.
24    Q.          We have already talked about a situation
25  where the customer did have panels on the roof, but didn't
                                                            67
```

```
 1   have an operational system?
 2        A.        Correct.
 3        Q.        Is there any term on the back that talks
 4   about posting reviews online?
 5        A.        Yes.  Hold on just a second.  I know that at
 6   one point in time -- yes, they could not post any negative
 7   reviews.
 8        Q.        Even if they weren't satisfied?
 9        A.        Yep.  I'm pretty sure.
10        Q.        Okay.
11        A.        That's what they -- that's what they had --
12   because I had several homeowners that I had to talk to and
13   to try to make happy that they were not happy about that.
14   Oh, yes, (BEGIN READING) So the buyers agree that Ideal
15   Horizon Benefits, LLC/Solar Titan USA may utilize
16   photographs on, you know, promotional -- social media and
17   promotional (Zoom distortion) Buyer agrees not to use any
18   form of social media to express their opinion or -- yeah --
19   opinion that could be portrayed as negative in the eye of
20   the public towards or about Ideal Horizon Benefits.
21   Breaching acceptance of this clause by buyer can and will
22   be monetary compensation benefits to Ideal Horizon
23   Benefits, LLC/Solar Titan USA.  Buyer clearly understands
24   that standard solar systems do not include a battery backup
25   or generator unless specifically added (Zoom distortion) in
                                                         68
```

1    detail notes (END READING).

2         Q.        Is there a notice on the back about what if
3    the buyer wants to cancel the agreement?  Does it say --

4         A.        Yes.

5         Q.        Okay.  What does that notice say?

6         A.        Let's see here.  Horizon Benefits/Solar
7    Titan USA following the receipt of this request within the
8    agreed timeframe -- let's see -- so...  I'm looking for the
9    three-day clause.

10        Q.        That's fine.  Just so -- so you mentioned a
11   three-day clause.  What is your understanding about what
12   the buyer's right to cancel is?

13        A.        So three days -- so they had three business
14   days after they buy to cancel for whatever reason that they
15   want to with no penalties.

16        Q.        Okay.  Did customers ever try to cancel?

17        A.        Yes.

18        Q.        Okay.  What would Solar Titan do if a
19   customer reached out to them wanting to cancel?

20        A.        Within those three days.

21        Q.        Yes.

22        A.        So, basically, we had a process that I would
23   try to reach out to that customer and try to save that
24   customer from cancelling within their three days.  So let's
25   say you called, Sam, and you wanted to cancel your solar,

                                                             69

1  and you called today.  So today is Monday.  So you would

2  have Tuesday, Wednesday, Thursday at midnight to cancel.

3  Correct?  So if you bought today, then you cancelled within

4  those three days.

5          So, basically, I would get a form, "Hey, Mr. Keen

6  is wanting to cancel his solar.  You can call him and find

7  out why and try to get him to keep it."

8          Well, if I am out in the field and I don't know

9  about your cancellation until I come back into the office

10  next week, your three days has already expired.  So I'm

11  still going to call you and say, "Hey, Mr. Keen, this is

12  Shawna with Solar Titan USA.  I understand that we were out

13  in your home last week and you initially signed up to go

14  solar."  You say, "Yes, but I cancelled.  I have already

15  done it."  Okay.  All I do is, basically, process out your

16  cancellation, do a quick exit survey with you, find out why

17  you wanted to cancel so that we can get better on our

18  processes in the future.  So you would talk to me and you

19  would tell me why you cancelled, why you signed up, and

20  then I would try to save you.  If it was a money issue, I

21  would drop the price; I would do something to try to keep

22  you to where you wanted to keep it sold.  If I could not

23  get you to want to keep it, I would go ahead and sign off

24  that you wanted to cancel.  I would send that to my

25  assistant and they would push you on through to finance so

70

finance could release you of your obligation with that
sold. If you said, "You know what, Shawna, if you could do
X-Y and Z, yes, I will keep it. If you can lower the
price, lower my payments..." And then we would, basically,
send out a new installation agreement with your new price,
whatever, and then go on from there.

Q.        Was there ever -- were there ever situations
where a customer wanted to cancel but for some reason they
didn't get cancelled?

A.        Absolutely.

Q.        Okay. Can you tell me --

A.        So this goes back to my resignation email.
So, like I said, I was in charge of -- they had me doing
everything, all the time. So I was everywhere and nowhere
all at the same time, all the time. So if I was out in the
field I would get backed up on these cancellations. Why?
Because, A, it's just a numbers game. With sales, you sell
so much, there's a certain percentage that's going to want
to cancel. That is what it is. But it increased with the
-- the cancellations increased the higher the price per
watt, meaning it was less affordable for more people. And,
B, the amount of negative reviews online that these
consumers were getting wise and they were googling Solar
Titan and they were realizing what a shady company it was.
So the cancellations just kept increasing.

71

1     So, anyways, there towards the end of my
2  employment with the company, Craig kept telling me, Shawna,
3  you're 90 cancellations behind.  And I'm, like, 90?  I
4  can't be 90 behind.  Tory (phonetic) which at the time was
5  my assistant, and Heidi (phonetic) told me that I was only
6  30 behind.  Thirty and ninety, that's a big difference in
7  how many cancellations I'm behind.
8     But I had noticed whenever I would come back in
9  the office, my completed cancellation forms that I had
10  already processed and let people out of their agreements
11  were showing back up on my desk.  And I would send them
12  back to Tory.  Tory was, like, We have already processed
13  these.  So this was going on.  Then he tells me that I'm so
14  behind.  I'm, like, No, I'm not 90 behind.  Yes you are.
15  You are 90 behind.  Oh, okay.  Well, Sarah Dorismar, and I
16  don't know if you all interviewed her, but if you have not,
17  you really do need to subpoena her.  But she was over the
18  finance department at the time.  She resigned as well
19  because of all the shenanigans that was going on there.
20     But it was one of her last days and we were
21  trying to transition her responsibilities over to someone
22  else, and so that the sales department would have a process
23  that would, you know, work in between, you know, all of
24  that.  So it was me; my two assistants, which was Tory and
25  Heidi; my director of sales that I had promoted, Sam; my
                                                    72

director of training, which was John Carroll; and, Sarah
Dorismar. We called her Sarah D. We went into a meeting
together and I said to Sarah before we had started talking,
I said, Sarah, I know I'm 90 behind. I'll get them caught
up as soon as I can, you know. She's, like, 90 behind on
what? I said, The cancellations. She goes, No, you're
not. You're not 90 behind. I said, Well, that's what
Craig said. Craig said I was 90 behind. She goes, Oh, no,
that's Craig list. You have a list and Craig has a list.
You are only 30 behind. And I said, Well, Craig keeps
telling me I'm 90 behind. She said, Oh, that's because
they don't let us let people out and release them of their
Mosaic loans. I said, What do you mean we're not allowed
to do that? She said, Because they tell us that it will
mess up cash flow and they can't afford to do that. So we
are only allowed to release four people a week. She said,
As it stands, and, she said, I told Sarah K and Craig, If
we are only allowed to let four people out a week, if we
don't get any more cancellations, it will be November
before everybody is released and is cancelled. I said,
Doesn't that affect their credit? She goes, Yeah, it does.

So even if you cancel legitimately within your
three business days, they would hold you. Mosaic would not
release you, because once it passes a specific point on the
lending side, then Mosaic goes ahead and partially funds

73

1 that sale so that you can go ahead and order that equipment

2 and that material. So what would happen is, they don't

3 wait that three business days before they go ahead and push

4 that sale ahead in the financing world.

5 So they hired a girl, and I'm pretty sure she's

6 still there, that the morning after you sign up, they are

7 going ahead and pushing that forward and getting funded for

8 that deal.

9 Q. Doesn't the lender --

10 A. But I need --

11 Q. -- see -- I'm sorry. Can I just -- doesn't

12 the lender see that the contract was just signed yesterday?

13 A. I don't know. Possibly, but it's always

14 about the money, and when it's not about the money, it's

15 about the money, you know. But they just assume that that

16 customer -- we are pushing right ahead with those deals.

17 Here's the problem: It's not the lender's fault, it's the

18 company's fault because if you cancelled within your three

19 days and I went ahead and released you -- let's say I've

20 got a solar company called Bob's Solar, and you bought

21 today, and I went ahead and pushed you through to where I

22 could go ahead and get funded for part of that so I could

23 go ahead and buy your equipment, right? And you cancelled

24 within those three days, all I'd have to do is let Mosaic

25 know, "Hey, Mr. Keen cancelled." So what would happen is

74

the next week they would claw back that money.

Not a big problem, right, if I am doing everything on the up and up? Yeah, that hurts because we gotta get paid for it, next week you take it back, but that releases you of your contract with Bob's Solar and Mosaic; right? That just means that we get that money that we were advanced taken back the next week out of whatever sales that we've got next week that's funded, if that makes sense.

Q.     Uh-huh.

A.     The reason they didn't want that is because they were in so deep they had to have that money coming in every single week to make payroll.

Q.     It sounds like what you are explaining is a situation where they are spending money they shouldn't be spending?

A.     Yes.

Q.     Is that -- okay.  So whenever Sarah Dorisman said it gives them cash flow problems, is that -- is that what she meant?

A.     Yes.

Q.     Okay.  So their -- so -- just so I am understanding you correctly, the customer signs up for an install and signs up for financing.  And we will talk about that later.  And, normally, the company should wait the

75

```
 1    three days before submitting the financing to Mosaic or
 2    whoever the lender is, but Solar Titan was pushing the
 3    financing through, sounds like --
 4         A.        Immediately.
 5         Q.        -- immediately?
 6         A.        Yes.
 7         Q.        No matter what?
 8         A.        Yep.
 9         Q.        Then that money would get deposited into
10    Solar Titan's account and then, let's say, the customer
11    cancels within their three days, then Mosaic is able to
12    call back, meaning go back into the account and withdraw
13    the money; right?
14         A.        As long as Solar Titan releases that
15    customer, yes.
16         Q.        Okay.
17         A.        If they don't, then Mosaic won't do that.
18    So that customer continues to get billed.  So what happens,
19    and what has happened to a lot of these homeowners, is if
20    you signed up for the ACH, which is the automatic
21    withdrawal for your payment, right, to get the lower
22    interest rate, and you said, you know what, screw Solar
23    Titan.  I cancelled my agreement within the time.  I
24    cancelled it out so I'm going to shut that account down and
25    you are not going to draw money out of my account anymore;
```

                                                           76

right?  You can do that.  So then guess what?  It reports
against you negatively on your credit bureaus.  So now your
credit score is negatively impacted.

So Solar Titan had this thing.  They were, like,
Well, you know, eventually if they keep paying on it,
eventually Mosaic refunds them the money.  So they felt --
they didn't feel like they were doing anything wrong.  But
what happens if you have got a little old person, or a
young person, and they are on a fixed income and it's a
lower income?  They can't afford for $150, $250, or
whatever, to be taken out every single month for a service,
and pay a power bill.

So if they were paying on it, it's causing them
financial hardship.  If they are not paying on it, it
affects their credit score negatively.  So even if they are
refunded that money for the past six, eight months, nine
months that it took for Solar Titan to finally get around
to cancelling my crap, if I said, screw you, I'm not paying
for you, it's affecting my credit score anywhere between 50
points, a hundred points, whatever.  Credit Bureaus don't
automatically go back and fix that.  You are screwed.  Now
you can't buy anything.  Now you can't go buy a house.  You
can't go refinance.  You can't go buy a vehicle if you need
to.  They don't care.  They didn't care.

But, no, they had set me up to be the fall guy on

77

```
 1    the Mosaic.  And I explicitly detailed that in my
 2    resignation.  Why else would you continue to tell me I'm 90
 3    behind when I know I'm not and you know I'm not?  That way,
 4    if Mosaic -- if anything legal came down to it, well, you
 5    know what, we trusted our VP of sales to do that.  She got
 6    how many behind?  Oh, my gosh.  We didn't know that.
 7         Q.        But it sounds like they did know that?
 8         A.        Oh, yeah.  They were in charge of that, not
 9    me.  I was only the figurehead.  I was never in charge of
10    changing a comp plan or a commission rate or when my sales
11    reps were getting paid or when they were not getting paid,
12    the rate that they were getting paid at.
13         Q.        Did they -- it sounds like, too, they even
14    instructed -- I don't know.  Did they instruct you or did
15    they instruct Sarah Dorismar not to cancel?
16         A.        Sarah Dorismar.  I wasn't in charge.  I
17    would cancel them out on paper and I would send in my part
18    of the process.  They were told on their end, financing, to
19    not cancel them out until they told them they could.
20         Q.        Who told them that?
21         A.        Sarah and Craig.
22         Q.        Now, you mentioned that they went digital.
23    If they -- if a consumer signed an install agreement, was
24    it emailed to them?
25         A.        Yes.
```

                                                              78

```
 1     Q.          Okay.  Were there ever situations where the
 2   customer didn't have an email address?
 3     A.          I'm sure, yes.
 4     Q.          Okay.  What happened in those situations?
 5     A.          What I would -- if I was brought up on that,
 6   I would say, Listen, you need to fill out all paperwork,
 7   real paperwork, and give them a copy.
 8     Q.          Okay.
 9     A.          But, you know, for the purposes of, like,
10   Mosaic and things, I would say, Well, you might want to
11   create for them an e-mail address, set it up on their
12   phone, that way they can get the email that way.  Because I
13   was still -- because most of the time if somebody didn't
14   have an email address it's because they were older in age.
15   And I would recommend all physical paperwork at that point
16   in time, plus set them up an e-mail.
17     Q.          I guess this applies to both physical copies
18   and to the digital copies, but I think especially with the
19   digital copies, how realistic is it to actually expect the
20   customer to read the contract, read all of it before they
21   sign it?  Was that -- or was it more like the sales rep
22   would explain the contract, you know, to sort of speed up
23   the process?
24     A.          If we were -- if you had someone that maybe
25   had done contracts before, attorneys, doctors, that sort of
```

79

```
 1   thing, they would read all of their paperwork before
 2   signing.  The average homeowner would go ahead and sign
 3   first.  I would sum up the installation agreement, as far
 4   as everything that they were signing before they signed.
 5   And, then, you know, let them know that they would get a
 6   copy of everything that they did sign, and any questions
 7   that they had, that they were more than welcome to ask me
 8   before signing.
 9        Q.        Did Solar Titan ever offer any promotions to
10   try to get a deal closed?
11        A.        Yes.
12        Q.        Okay.  Can you tell me a little bit about
13   that?
14        A.        At one point in time they offered $2,500
15   cash back.
16        Q.        Okay.  How did that work?
17        A.        So, basically, upon the panels getting
18   installed on your roof, after that, approximately five to
19   six weeks after you would be mailed a check in the amount
20   of $2,500.  Then you could do whatever you want with that.
21   A lot of sales rep spun it around to where, Oh, well, you
22   can use it towards your payments or whatever.  They were
23   able to use it however they wanted.
24        Q.        Just sort of like a rebate check?
25        A.        Uh-huh.
```

80

```
 1      Q.           And this came directly from the company or
 2   from the manufacturers?
 3      A.           No, the company.
 4      Q.           Was there ever a situation where somebody
 5   was offered the $2,500 promotion but they didn't get it?
 6      A.           Yes.  So they would have to call in, and
 7   sometimes I got those calls.  Obviously, if we tracked back
 8   and they never did get it, I made sure that that check was
 9   cut -- or written and cut and sent out to them.
10      Q.           Did anybody ever receive a check that didn't
11   clear?
12      A.           Yes.
13      Q.           Can you tell me a little bit about that?
14      A.           I did not deal with that customer directly.
15   So it was one of my sales managers, his customer, that said
16   that he finally did get his check and it did not clear.  It
17   bounced.
18      Q.           You don't know how that ended up getting
19   resolved or if it did?
20      A.           (Shakes head side to side.)  I said, They
21   need to call the office and they need to let them know that
22   it did not clear.
23      Q.           What about -- you mentioned earlier
24   something about how Solar Titan would advertise that the
25   government is giving away money for solar systems?
```

                                                           81

```
 1    A.        Tax credits, yes.

 2    Q.             Tax credits.  Okay.  Can you tell me a

 3  little bit about that?

 4    A.            I wasn't in charge of the marketing in the

 5  advertising part.  I would only get feedback from the

 6  homeowners that said, A, I watched your ad on YouTube and

 7  it said this, or I watched your ad on Facebook and it said

 8  this.  So if they had -- basically if they had that and

 9  they could retrieve it... But, yes, some of the verbiage

10  in those (Zoom distorting) could be misleading.

11                    COURT REPORTER:  I'm sorry.  You broke

12  up a little bit on that.  You said some of the verbiage on

13  those --

14                    THE WITNESS:  Could be misleading.

15  Could be interpreted the wrong way.

16                    COURT REPORTER:  Thank you.

17  BY MR. KEEN:

18    Q.            What do you mean by that?  Why do you think

19  they were misleading?

20    A.            They could be perceived as misleading

21  because, yes, technically, the government, you know, your

22  system would qualify for that tax credit.  That doesn't

23  mean everyone would qualify.  If you are not working and

24  you are not paying anything in to the IRS, do you think the

25  IRS is going to give you any money back?  Probably not.
```

                                                                82

```
 1   Technically, it's a nonrefundable tax credit, meaning they
 2   are not just going to cut you a check for X amount of
 3   dollars; right?  You have to have the liability.
 4         So the advertising you know it -- I see both
 5   sides to the coin.  You can't explain 150 percent of
 6   everything on these ads, but at the same time maybe the
 7   verbiage could have been, you know, portrayed a little bit
 8   differently.  That way, people wouldn't automatically
 9   assume that they are going to get 26 percent or they are
10   going to get this or they are going to get that back.
11         Q.       Were the sales reps trained on how the tax
12   credit actually worked?
13         A.       Yes.
14         Q.       Okay.  So were they able to explain to
15   customers, you know, whether or not they were eligible?
16         A.       Yes and no.  So we were very detailed
17   oriented when we are training these sales reps.  You can
18   never say 100 percent you are going to get money back
19   because you are not a trained CPA.  You don't work for H&R
20   Block.  Our shirts do not say Jackson Hewitt on them;
21   right?  We are not tax professionals.
22         So the way I basically dumbed it down for the
23   sales reps is that when you are talking to these people and
24   you are finding out about them and whether or not they are
25   still working or if they are retired -- if they are retired
```

                                                                83

1  and all they are getting is social security, don't even
2  bring up the tax credit.  They are not going to qualify for
3  the tax credit.  You are not going to say, "Oh, you qualify
4  for this.  The government is going to give you this back."
5  You don't even talk about it.  If they ask about it, then
6  at that point in time you can say, "Absolutely, there is a
7  tax credit, but if you don't work and you are not paying
8  any taxes in, the government is not going to allow you to
9  claim those tax credits.  But, don't worry, we are going to
10 go ahead and discount your system."  And, basically, I
11 would sell that system for less money just because I knew
12 that they would not qualify for the tax credit.
13      Q.        Now, a lot of the advertisements I saw said
14 something along the lines that you were definitely going to
15 save 50 to 90 percent on your electric bill.  Is that --
16 was that something that they had advertised the whole time?
17      A.        I'm not for sure.  You could save anywhere
18 up to 50 to 90 percent, depending.  That depends on a lot
19 of things.  That depends on the size system that you go
20 with, that depends on whether or not you live in a
21 netmetered state or not.  Tennessee is not netmeter.  They
22 are probably never going to be netmeter.  And netmetered
23 means that any type of over production that your system
24 creates, your power company buys back.  TVA doesn't really
25 do that.  I think they have somewhat of a netmetering

84

program right now, but it's like two or three cents per
watt.  So that's, more or less, wholesale.  So they are
going to buy it from you wholesale and they are going to
turn around and sell it to you on the grid or off the grid
for retail.  So that's why customers in the state of
Tennessee have to have a battery.

But, depending on -- you know, a lot of factors
determine on -- on savings and offset.  You know, I know
customers in Kentucky that are absolutely saving probably
on an average of anywhere between 80 to 85 percent on an
annual basis.  They got in when it was good.  They got in
when it was retail for retail, full netmetered.  So
whatever you overproduce and send back into the grid, that
power company is giving you one for one, which is pretty
nice.  They are very happy with their systems.

Then, I know of people down in Tennessee that
absolutely were not happy until they got a battery, because
they were giving all their overproduction back into the
grid for free.  So that part, really, it depends on the
homeowner.  It also depends on their usage too.  So a lot
of people -- Solar Titan had to change their verbiage on
their paperwork.

And it was on my recommendation, along with
Dale's recommendation, that a lot of people -- a big
misconception about going solar is once you go solar all

85

1    your electric is free.  They start leaving on every light
2    in the house.  They decide to put in a pool in the
3    backyard.  They moved in their grandkids.  Let's say one of
4    their kids goes through an unexpected divorce and they move
5    in their grown daughter and her four kids.  Now, all of a
6    sudden, they are not saving anything and they are pissed
7    off and they are mad.  And they think, Well, you know what,
8    Bob Solar told me I was going to save X amount of dollars
9    and it ain't changed.  Well, when you go back and you pull
10   usage from the last 12 months versus this 12 months, well,
11   that's because you are using triple the amount of electric
12   that you were using last year.
13          So as long as those homeowners -- you know if
14   these homeowners are using the same amount on an annual
15   basis as they were on average that they were using the
16   prior 12 months, then it's not the homeowner's fault.
17   Then, it's probably the solar company.  They either
18   undersized them, or it's a small possibility that the power
19   company is not crediting them enough if they are in a
20   netmetered situation.  But that's all a part of problem
21   solving that a turnkey, complete solar company would do in
22   order to make sure their customer is getting the offsets
23   that they were promised, or they are finding out the legit
24   reason why they are not.
25          Q.      I want to give Alicia the chance to ask

86

1  follow-ups on the questions that I just asked.  And then,

2  after that, do you think maybe we could take a 30,

3  45-minute break for lunch?

4      A.          Yeah.  That's fine.

5                  MR. KEEN:  Is that okay?  Okay.  All

6  right.

7                  MS. DANIELS-HILL:  So I do have a few

8  questions.  You mentioned that when you first started with

9  Solar Titan, for you to learn what a sales pitch looked

10 like you followed Jason and Craig to their --

11                 THE WITNESS:  Well I, followed -- I

12 went on a ride with Craig, and then I just -- I went on

13 sales presentations on my own to try and create the process

14 that I would be training and teaching and duplicating with

15 the sales team.  I did go on a ride with Jason because he

16 was not selling.  So I needed to know why he wasn't selling

17 to help him out.  But as far as in the beginning, no, I

18 just rode out with Craig.

19                 MS. DANIELS-HILL:  So when you rode out

20 with Craig, you are talking about Craig Kelley, the other

21 owner?

22                 THE WITNESS:  Yes.

23                 MS. DANIELS-HILL:  When you saw him

24 sell, when you decided to start creating your own sales

25 pitch, did you change anything from what Craig's sales

                                                        87

1  pitch looked like to what you decided a sales pitch should
2  look like?
3              THE WITNESS:  Yeah.  I didn't use
4  anything he used.
5              MS. DANIELS-HILL:  Why is that?
6              THE WITNESS:  He uses -- he applies a
7  lot of pressure, and I just -- I wasn't really impressed
8  with the way he sold.  I didn't like it.  He was, you know
9  -- I'm not -- it just was not my style and I didn't feel
10  like it was a style that could be duplicated and
11  replicated.
12              MS. DANIELS-HILL:  Did you have
13  concerns with how he was selling to customers?
14              THE WITNESS:  Not necessarily.  He
15  wasn't lying to the customer.  It's just he wasn't -- he's
16  not a real warm and fuzzy type of person.  He is not a real
17  people person.  So I just -- he goes in and goes straight
18  for the jugular vein pretty much.  He goes in and goes for
19  the kill immediately.  That just wasn't my style.
20              MS. DANIELS-HILL:  When you did the
21  ride-along with Jason, do you know who trained Jason before
22  you --
23              THE WITNESS:  Craig.  Craig Kelley
24  trained Jason, and Craig was very proud of that.  He rode
25  around with me for three months, he said.  And he said, I

                                                          88

1    trained him.

2                    MS. DANIELS-HILL:  What is Jason's last

3    name?

4                    THE WITNESS:  Horton.

5                    MS. DANIELS-HILL:  Then I wanted to

6    talk a little bit about the agreement that Sam went over

7    with you and you looked through.  Did the sales rep usually

8    go over the front and then all the terms and conditions on

9    the back with the customer?

10                   THE WITNESS:  Just the front.

11                   MS. DANIELS-HILL:  Then you had also

12   talked about the language on the back that said that the

13   finance payments would start 60 days after installation.

14                   THE WITNESS:  Approximately, yes.

15   That's what it says.

16                   MS. DANIELS-HILL:  You said

17   installation means panels on the roof?

18                   THE WITNESS:  Correct.

19                   MS. DANIELS-HILL:  So that means not

20   necessarily working?

21                   THE WITNESS:  Yes.

22                   MS. DANIELS-HILL:  Did customers

23   realize that panels on the roof did not mean that they were

24   actually working?

25                   THE WITNESS:  No.  So even on the front

                                                          89

1 side of the agreement, down here at the bottom, it says,

2 (BEGIN READING) If financed, homeowner agrees to confirm

3 with the finance company of the installation being complete

4 on the day panels are installed (END READING).

5         So that all was okay when, in the beginning, they

6 were doing complete installs, Alicia, which means that they

7 were doing the panels and they were doing the electrical,

8 which meant a quicker turnaround for everything to be done.

9 That means that what we were promising, as far as

10 expectations on the front end, were 9 1/2 times out of 10

11 correct. Because it was a complete install from the very

12 beginning, which meant a quicker turnaround time for

13 inspections and commissioning.

14         So that meant that before their first bill was

15 ever due, their systems were most of the time already

16 commissioned. If not, they were really close to it. And

17 if they called and said, "Hey, I got my first bill. It's

18 not commissioned yet" -- if I got those calls we would go

19 ahead and send them out, basically, a check in the form of

20 a month's payment.

21         MS. DANIELS-HILL: You said that was at

22 first, but then you testified before that then they changed

23 the installation so it was taking longer.

24         THE WITNESS: Yes.

25         MS. DANIELS-HILL: And you talked a

90

little bit about customers being double-billed, which was a
particular problem when they were trying to cancel their
contract, because they were getting a finance bill and
their full power bill. Is that a correct characterization?

THE WITNESS: So, double bills can mean
two things. So either their system was not up and
commissioned yet because they were not being installed all
the way in the beginning like they should have been. So
the financing -- the payments started before the system was
ever commissioned, meaning they would get two bills. One,
from the power company, a full bill, and then, obviously, a
full bill from the finance company for the solar. So
that's example 1 of being double-billed. Example 2 would
be if I cancelled within my three business days and because
you all don't have your crap together and you're not
cancelling me out, I'm still going to get bills from both.

MS. DANIELS-HILL: So were most
customers understanding that if their panels were on and
operational, their electric bill would be significantly
reduced?

THE WITNESS: Depending on the size of
the system they went with, yes.

MS. DANIELS-HILL: Sam mentioned that
in advertisements it was 50 to 90 percent, is what the
advisements said that customers would save?

91

```
 1              THE WITNESS:  Fifty to ninety percent
 2   offset, yes.  But the wording on that needed to be changed.
 3   It needed to be, instead of (Zoom distortion) it needed to
 4   be offset of consumption.  Because these solar companies,
 5   whether it's Solar Titan or whoever, does not have any type
 6   of control over the fees and the taxes on their power bills
 7   alone; right?  Consumption, yes.  So what they are using
 8   and consuming, they do have control over, but the taxes and
 9   fees, they don't.
10              So we came together as a senior leadership team
11   that, Hey, listen, the verbiage needs to be changed.  It
12   needs to be you are going to offset up to 50 to 90 percent
13   of your usage or your consumption on an annual basis, not
14   necessarily the bill.  Now, obviously, common sense says
15   that the less usage, the less you can be taxed on; right?
16   It's kind of like a cell phone bill; the only thing you can
17   be taxed on is your actual usage.  You can't be taxed on
18   crap you are not using.  So that's the same thing with
19   solar.
20              MS. DANIELS-HILL:  So, to your
21   knowledge, it would not be accurate to say that every
22   customer would likely have a 50 to 90 percent savings
23   because you guys could not account for what the utility
24   company was actually charging in fees.
25              THE WITNESS:  To word it like that, no,
                                                        92
```

```
 1   it would not be good to do that.

 2                  MS. DANIELS-HILL:  Then we talked a

 3   little bit about the tax credit.  I was curious because you

 4   mentioned not every customer would be eligible for the tax

 5   credit.

 6                  THE WITNESS:  No, not every customer

 7   would be eligible for the tax credit.

 8                  MS. DANIELS-HILL:  Did sales reps

 9   usually tell customers the amount that they would be

10   charged minus the tax credit, if it were applied to their

11   total charges?

12                  THE WITNESS:  The sales reps were

13   instructed to show both sides of that.  So the gross

14   amount, the amount that the system itself qualified for as

15   a tax credit, and then the net cost of that solar system if

16   the tax credits -- or once the tax credits were applied.

17                  MS. DANIELS-HILL:  Did they do that

18   even if customers were not necessarily going to be eligible

19   for the tax credit?

20                  THE WITNESS:  I was not in every single

21   house, Alicia, so I can't say whether or not they did or

22   did not.  I know that a best practice that I had, that I

23   tried to train the reps or the managers that I went out on

24   rides with when I was out in the field, that if you already

25   know that that person or that couple is not going to
```

93

1   qualify for the tax credits, don't even write them up.  You
2   show the gross cost and then that's it.
3                   MS. DANIELS-HILL:  Was it a part of the
4   sales representative sales pitch in the pitch book?
5                   THE WITNESS:  I don't believe in the
6   pitch book it was a part of the sales pitch.  It was the
7   system itself qualifies for this tax credit.  So if you are
8   working, if you file taxes, then you can talk to your tax
9   representative about what you can claim.  So it's a
10  one-time tax credit that you -- it will rollover for up to
11  five years.  So whatever you don't use this year, you can
12  use it next year, so on and so forth.  Most homeowners that
13  can claim the tax credit, usually are able to claim all of
14  the tax credit within the first two years; however, not
15  everybody is going to qualify for that.
16                  MS. DANIELS-HILL:  So part of why I ask
17  that is because I was actually curious when the last time
18  you may have seen a sales pitch book.  So did you actually
19  create the sales pitch book?
20                  THE WITNESS:  I did not create the
21  pitch book.  I wrote the pitch.  I wrote the Anyway Money
22  Pitch and the -- and the closing sequence, yes.
23                  MS. DANIELS-HILL:  Who actually wrote
24  up the book from, like, how you framed the pitch?  Who
25  actually created the book that was given to sales reps?  Do
                                                            94

1   you know?

2               THE WITNESS:  John Carroll and my

3   then-assistant, Tory.

4               MS. DANIELS-HILL:  So would you be

5   surprised to learn if the sales pitch book did actually

6   have every sales rep break down the total amount absent the

7   -- or I guess with the sales tax credit subtracted from it?

8   It sounds like you didn't create it.  Would you be

9   surprised to learn that that was actually what's in the --

10            THE WITNESS:  No, that wasn't a part of

11   the process, but it's all in the verbiage.  So we were not

12   -- I was not misleading in that verbiage of the tax

13   credits.  I said, Listen, this system is X number of

14   dollars; right?  So the federal government, you know, has

15   given, basically, a one-time tax credit for, you know,

16   solar systems.  So when was the last time, you know, the

17   federal government ever offered to give us anything back

18   that we have paid in; right?  Probably never, and they are

19   probably never going to do it again.

20        But at the time it was 26 percent.  They bumped

21   it back up to 30; right?  But it's a 26 percent federal tax

22   credit that your system qualifies for because the systems

23   do qualify for it.  Doesn't mean the individuals qualify

24   for it.  But, again, in training, these sales reps were

25   told not everybody is going to qualify for this, so you

                                            95

1  cannot tell them that they are qualifying for it. They

2  have to go to a CPA to see if they qualify for it.

3       If I was doing the training or if I was doing a

4  follow-up training with reps, I would tell people -- the

5  reps -- to not even mention the tax credit if these people

6  were not working and qualifying for tax credits. If they

7  were not paying any taxes in, they should not even mention

8  the tax credit. Why? Because those people wouldn't get

9  it.

10            MS. DANIELS-HILL: So that was when you

11  were training. But you didn't actually train the sales

12  reps. It was John Carroll; right?

13            THE WITNESS: Yes.

14            MS. DANIELS-HILL: All right. So would

15  you be surprised --

16            THE WITNESS: I (Zoom distortion) them

17  to training.

18            COURT REPORTER: You what? I'm sorry.

19  Could you repeat that?

20            THE WITNESS: I said that's the way

21  that I positioned it to the trainers to train that part of

22  the sales pitch.

23            MS. DANIELS-HILL: But did you --

24            THE WITNESS: So don't even go over tax

25  credits if those people are on a fixed income and all they

96

1  are drawing is social security.  They are not going to --
2  they are not going to qualify for that tax credit.  So why
3  create for that homeowner a false sense of, A, hope, that
4  they are going to get something they are not going to get;
5  and, B, it would be also setting up a sales objection
6  because somebody is going to say, "Well, if I don't get
7  that tax credit, I'm not going to buy."  So I'm not even
8  going to mention that tax credit to you because I already
9  know you are not going to qualify for it.  I'm just going
10 to make sure that your payment is going to be something
11 that you can afford and that you are going to be able to
12 do, even without that tax credit, if that makes sense.
13           MS. DANIELS-HILL:  So this is what you
14 suggested that the trainers say to sales reps, but you
15 don't have any way of knowing whether or not that is
16 actually how John Carroll trained the sales reps?
17           THE WITNESS:  Correct.  Now if -- all
18 of their trainings were supposed to be recorded so that I
19 could retrieve those, and I could look over them for
20 training opportunities for my trainers.  But I had a
21 million other things that I was doing, so I rarely ever got
22 the opportunity to actually pull a training -- a past
23 training video to see if that was actually what they were
24 doing.
25           I do know that when I was getting the feedback
                                                        97

```
 1  out in the field from customers or whatever, that I would
 2  then do, basically, a follow-up training with the sales
 3  reps that, Hey, this is what you need to do.  This is what
 4  you need to say, not this.
 5               MS. DANIELS-HILL:  So were customers in
 6  the field telling you that their understanding was
 7  different, that they were going to qualify for the tax
 8  credit, but didn't.
 9               THE WITNESS:  Not all of them, but a
10  few of them, yes.
11               MS. DANIELS-HILL:  Okay.  It's
12  interesting, though, you said they were recorded.  Were
13  those recordings saved somewhere?
14               THE WITNESS:  I'm sure they were
15  supposed to have been, but, you know, there's a lot of
16  things that Solar Titan was supposed to do that they didn't
17  do.
18               MS. DANIELS-HILL:  Your understanding
19  was that each training session was supposed to be recorded?
20               THE WITNESS:  Yes.
21               MS. DANIELS-HILL:  I think those are my
22  only questions.  Sorry I've delayed your lunch break.
23               MR. KEEN:  Thank you, Alicia.  Let's
24  see here.  Shawna, how long do you want to take a break
25  for?  Do you want to say 1:30 or 2:30 your time?  Is that
                                                          98
```

1  okay?

2                    THE WITNESS:  That's fine.

3                    MR. KEEN:  So it's 12:45 right now.

4  I'm going to stay on.  I'm just going to turn my camera off

5  and put myself on mute; but, Shawna, if you do leave the

6  meeting, you should just be able to click the link and you

7  should join right back in.

8                    THE WITNESS:  Yeah.

9                    MR. KEEN:  All right.  I will see y'all

10 back at 1:30.

11                    (WHEREUPON, a luncheon recess was taken

12 at this time.)

13 BY MR. KEEN:

14     Q.        We are back on the record for the sworn

15 statement of Shawna Helton in the matter of In Re:

16 Investigation of Ideal Horizon Benefits, LLC, doing

17 business as Solar Titan USA, LLC.  Ms. Helton, you --

18 Shawna -- I'm sorry.  I try not to be so formal.  You

19 understand that you are still under oath?

20     A.        Yes.

21     Q.        Great.  So when we left off, we talked about

22 how the sales agreements are done and how those are signed,

23 but you mentioned this earlier about how a lot of

24 customers, I think you said 98 percent of customers, use

25 financing to pay for the solar installation.  So I want to

                                                          99

1  talk a little bit about how that is done.

2          My understanding is that the customer signs up

3  for financing contemporaneously, at the same time, they

4  sign up for the install itself.  Is that right?

5      A.          Yes.

6      Q.          You mentioned a company called Solar Mosaic.

7  I understand that's one of the financing companies that

8  Solar Titan customers used?

9      A.          It's Mosaic.  It's not Solar Mosaic, but,

10  yes.

11      Q.          Oh, just Mosaic?

12      A.          Uh-huh.

13      Q.          Do they use any other companies besides

14  Mosaic?

15      A.          They use Sunlight Financial.  They used a

16  company called GoodLeap.  It used to be Loan Pal.  They

17  used them at one point in time.  They used a company called

18  Dividend.  But Mosaic is their primary.

19      Q.          Can you tell me a little bit about how the

20  customer gets signed up with financing?  So, like, y'all go

21  to a home, a sale is made, the customer signs the install

22  agreement, and then tell me how they get -- how they make

23  --

24      A.          So at the same time they are signing the

25  install agreement, they are filling out a loan application.

                                                    100

1     Q.        Okay.

2     A.        And then at that point in time, the sales

3 rep gets on the financing portal.

4     Q.        Uh-huh.

5     A.        And uses the information that they got from

6 the loan application to apply for financing in that

7 homeowner's name, there in front of the homeowner.

8     Q.        This is all digital as well; right?

9     A.        Yes.

10    Q.        Okay.  And is it on the iPad, the same thing

11 that they sign, the tablet, the same thing that they use to

12 sign the install agreement?

13    A.        Yes.

14    Q.        Okay.  The loan application -- I guess how

15 does the customer -- does the customer decide which company

16 to try to get financing with or is that just kind of --

17    A.        No, the customer does not decide.  It's

18 whatever lender that Solar Titan had available to them.  So

19 Mosaic, they preferred Mosaic.  As far as the preferred

20 lender of choice, Mosaic stips the least amount.  What

21 "stips" means is basically -- Sunlight stipped really

22 heavily on homeownership proof, income proof, that sort of

23 thing.  And Mosaic did not do that as heavily, so we were

24 always instructed to use Mosaic first to try to get

25 approval.

101

```
 1    Q.          What does "stipped" mean?
 2    A.          Stipulations.
 3    Q.          Okay.
 4    A.          They will run their initial credit check and
 5  then if they want verification that that homeowner is
 6  making X amount of dollars a year, they may ask for proof
 7  of income, paycheck stub, W-2, things like that.  If they
 8  do a quick run through they may want proof of title, so
 9  proof of homeownership, so whether that's, you know, taxes
10  for a previous year, deed, stuff like that.  It's just
11  basically -- stip is the abbreviation for stipulation.
12    Q.          It's like an industry term that's used to
13  describe the amount of background check that goes into
14  verifying a homeowner's creditworthiness?
15    A.          Yes.
16    Q.          Okay.  Now, you said Mosaic did the least
17  amount of stip, which, I guess, means maybe they weren't as
18  rigorous about confirming information?
19    A.          If -- as long as the customer's credit score
20  was a certain level and they didn't have any red flags on
21  their algorithms on their side of it, then, no, they did
22  not stip as heavily.  But Sunlight did because Sunlight
23  wasn't an actual -- they were just a broker.  So Sunlight
24  -- a lot of times you are financed through a third party.
25  Sunlight just -- it was, basically, the hub and then they
                                                        102
```

1    kind of brokered you out to whatever finance company.  So
2    that's why they stipped heavy, is because different finance
3    companies that they were selling these loans to required
4    more information, whereas Mosaic funded their own.
5        Q.         Okay.  So Mosaic was an actual lender.
6    Sunlight was just a broker?
7        A.         Yes.
8        Q.         What type of lenders did Sunlight use?
9        A.         Credit unions, different banks.  That's
10   pretty much all I kind of knew, and all I was privy to
11   know.
12       Q.         So Mosaic really, it sounds like, as long as
13   you had a certain credit score Mosaic didn't really do much
14   income verification?
15       A.         Correct, up to a certain amount of, you
16   know, loan.
17       Q.         Okay.  Do you know what that amount was,
18   what their threshold was?
19       A.         Not on what they required stipulations for,
20   no.  They would do a loan up to like a hundred and -- I
21   think at one point in time it was a hundred thousand.
22       Q.         A hundred thousand principal?
23       A.         Yes.
24       Q.         Okay.  And so let's go back to sort of -- so
25   the customer uses the sales rep's tablet to put their

                                                          103

```
 1   information into the loan portal and see if they qualify
 2   for a loan.  The preference was Mosaic.  So once they found
 3   out -- and I assume that's -- is that more or less an
 4   instantaneous thing, like, whether or not they qualify --
 5        A.        Yes.
 6        Q.        -- they just -- okay.  And they get a
 7   return...  Okay.
 8        A.        Yes.
 9        Q.        So once the homeowner qualifies, what are
10   the next steps?
11        A.        The sales rep puts in the size of the
12   system, the amount, all of that kind of thing, and then
13   loan docs are generated.  To the pre-approval goes straight
14   to the homeowners's email address, the homeowner opens up
15   the email, clicks the hyperlink inside the email to
16   basically proceed with the loan process.
17        Q.        Okay.
18        A.        And then loan docs are generated immediately
19   online.  So the homeowner is directed to, basically, create
20   a user name and password on the Mosaic portal.  That way
21   they can log in, they can check on payments, they can make
22   payments, they can pay it off, they can get a copy of
23   everything that they signed.  So, basically, you know, it's
24   just their online portal to get any information and make
25   payments and that sort of thing that they want in the
                                                        104
```

future.  So then they sign everything via DocuSign and then
an e-mail copy is sent to their email address, as well as
it's on their online portal with Mosaic and they can check
that at any point in time.

Q.          What if the customer doesn't have an e-mail
address?

A.          So if a customer doesn't have an e-mail
address, the sales rep would help that customer create an
e-mail address.  Obviously, they would write down that
email address for them, their password, put it on their
actual phone.  That way they can access that email.  But
9 1/2 times out of 10 that homeowner had an e-mail address.

Now, if a customer didn't want to create an
e-mail, then the alternative if they still wanted the solar
was Mosaic would have to send them the hard copy for them
to sign through snail mail and send that back, obviously.
So it was a longer process.

Q.          Right.  Okay.  So the homeowner goes to the
portal, gets approved, loan docs are generated, they sign
those, they send those back.  Then the loan company, let's
just say Mosaic just for ease and convenience, so Mosaic
then, I understand they don't actually send money to the
consumer who got the loan.  They send money to Solar Titan.
Is that right?

A.          Yes.

                                                    105

```
 1     Q.        Okay.  How much money is sent to Solar Titan
 2  just for them signing the loan?
 3     A.        Nothing until the bill of lading has been
 4  approved.  So that's where I was talking about as long as
 5  that customer signs or cancels within that three business
 6  days, the loan is normally just cancelled out.  Now,
 7  homeowners that are wise, they will go ahead and call
 8  directly to Mosaic to cancel directly with them.  Mosaic is
 9  supposed to go ahead and let them out within that three
10  business days.  But if they have been pushed forward with
11  the bill of lading, it gets a little more complicated
12  because then the -- Solar Titan has to release them.
13          Once a bill of lading has taken place, I believe
14  the way I have been told, and the way I understand it now,
15  is 50 percent of that deal is funded up front.  So the CED
16  would get 25 percent, basically, for that project, because
17  the whole idea of the money being funded up front is so
18  that the solar installer can buy the product.  But where
19  Solar Titan was buying their stuff in bulk, CED was
20  probably giving them that 25 percent, and then Solar Titan
21  was taking 25 percent up front.  So 50 percent of the deal
22  would be funded up front.
23     Q.        Okay.  But Solar Titan, having already
24  purchased the inventory in bulk, they basically just
25  assigned 25 percent of the loan to CED?
                                                        106
```

A.          That's the way it was supposed to go.  The way that they were working it out with CED, who knows?

Q.          Tell me, you used the term called bill of lading.  What does that mean?

A.          It's an invoice terminology that I'm still trying to figure out.  Basically, the bill of lading, which means that they have ordered the panels and the product needed to fulfill that order.

Q.          Is it --

A.          So -- go ahead.

Q.          Is it just like a representation to the -- from the seller to the lender that the product has been ordered?

A.          Yes.

Q.          Okay.  Is there a time when that -- when that first representation, that bill of lading, is there a time when that is supposed to occur?

A.          I guess I would say within the first week to two weeks after it is purchased.  So normally the way they should do it is after their right to rescind or their right to cancel has lapsed, then at that point in time they could push that forward at any point in time that they wanted to, to go ahead and get funded so that they could buy or front the cost of the installation.

Q.          But they were pushing bills of lading?

107

```
 1      A.          Immediately.
 2      Q.          You touched on this a little bit earlier,
 3  but you said they had hired a woman to come in at like 7:00
 4  in the morning?
 5      A.          Yes.  When she was working from the office,
 6  she would come in as early as 7:00 in the morning.
 7      Q.          And her --
 8      A.          -- to go ahead and run everything from the
 9  day before.
10      Q.          Okay.  Her role was to take install
11  agreements that were signed the day before and do what?
12      A.          And push them through.  Go ahead and push
13  them through, as far as the financing goes.  Push them in⁺
14  bill of lading approved.
15      Q.          Did this woman also work on the weekends?
16      A.          From what I understand she worked from home
17  as well, so, yes, she was working all the time.
18      Q.          Why did they hire someone to come in and
19  push these bills of lading through?
20      A.          So they could go ahead and get funded up to
21  50 percent of that deal.
22      Q.          I mean, to me, it don't seem like a big deal
23  to wait three days.
24      A.          Me either.  I would wait.  I would rather
25  wait.  I don't want to get money and then have to have that
                                                          108
```

money taken back out of my account, would you?

Q.       I would not.  That's why -- that's why I
don't understand.  Seems like a bad business decision, but
it also seems like they were very persistent --

A.       They were robbing Peter to pay Paul every
single week.

Q.       What do you mean by that?

A.       Well, they were taking money from these
deals before they were even out of cancellation to go ahead
and pay for installs that should have been taken place from
before, if that makes sense.

Q.       Uh-huh.

A.       Because they got greedy.

Q.       So you think that they were using money from
new installs, meaning people that had just signed up, they
were using that money to fund installs that should have
been completed a long time ago?

A.       Yes.  What I mean by "fund" is everything
from payroll to sales reps to installers to lease payments.
I mean, the building that they are in right now, Craig
boasted to me that used to be Whirlpool's executive office,
and he said their rent was something astronomical, close to
$100,000 a month.  That's ridiculous.

Q.       Yeah.

A.       That's absolutely ridiculous.  And, you

109

1  know, that on top of just all of the other overhead that
2  was unneeded and unnecessary.  And then they -- then that's
3  why I feel that they were truly taking profits weekly that
4  weren't net profits, that was gross profits, and they were
5  drawing that, as far as their pay, weekly.
6          Because when he would tell me what payroll was
7  for sales, I was, like, There's no way payroll for sales
8  was a million a month or whatever.  Because I know when I
9  was getting paid, I know what my sales reps were not
10  getting paid, and I knew what my trainers were making.
11  There's no way that sales payroll was a million or a
12  million and-a-half or whatever a month.
13          They were taking their profits from, basically,
14  an override, probably, from what sales was making and at
15  the end of the day, up until I left, sales was the only
16  department that wasn't super struggling.  So in March --
17  March timeframe, February/March, that's whenever I started
18  really learning about how far behind sales payroll was and
19  how wrong they were doing my sales reps.
20          So when I brought it to their attention and I
21  told the sales reps that whatever we needed to do as a
22  company we would do to make it right and everybody would
23  get paid everything that they were owed, well, they didn't
24  want to do that.  They changed the payroll.  They changed
25  the comp plan, the sales compensation plan, without the

110

1    sales reps even knowing it.  That's against the law.  I

2    mean (Zoom distortion) --

3        Q.        So, let's see here.  What was the initial

4    compensation?  Let's start with that and then let's talk

5    about when it ·got changed and what it got changed to.

6        A.        It's changed so many times, Sam, it's not --

7    it's not funny.  When I first got there it was 5 percent.

8    And then it was, Oh, no, we can't pay a 5 percent.  That's

9    too much.  It's going to go to 4 percent.  And then from 4

10   percent to 3 percent, and then it went from 3 percent to 2

11   percent.  I didn't know about that.  That was last year.

12           So then whenever I lost all these people in

13   Kentucky, and they were saying Solar Titan was just getting

14   greedy and they were screwing everybody, including the

15   customer, that's when I had a heart-to-heart with Craig.

16   And I said, Listen.  I said, When 85 percent of my sales

17   reps can't pay a light bill, I have a freaking problem with

18   that.  And I said, If you don't have a problem with that,

19   Craig, maybe I'm working for the wrong company.  I need to

20   rethink working for you because I can't lay my head down at

21   night knowing my sales reps are struggling to pay a hundred

22   dollar light bill and put gas in their car to go run these

23   appointments that are making these people super mega

24   fucking rich.  Pardon my French.

25       Q.        That's okay.

                                                        111

```
 1    A.          I got really mad.

 2    Q.          No, I understand.  That would make me mad

 3 too.

 4    A.          So they changed it back to the 5 percent,

 5 and it was 5 percent off of 82 percent of the sales.  So,

 6 basically, they took off, I think, 17 or 18 percent for

 7 overhead costs.  That's understandable.  Then they changed

 8 it sometime in January of this year.  I didn't know about

 9 it.  My head trainer, John Carroll, didn't know about it.

10 That's why John Carroll came to me sometime in the

11 February/March timeframe and said, Why did you change the

12 comp plan for these sales reps and not tell me?  I said, I

13 don't know what you are talking about.  I didn't change

14 nothing.  I also illustrated this in my resignation email

15 as well.

16          Long story short, they changed it to where these

17 sales reps were not getting paid -- before, it was two

18 weeks after they sold it they would get the first 50

19 percent with their paycheck, to two weeks after glass on

20 the roof, which was the installation, they would get their

21 final 50 percent.  That's the way it was supposed to be.

22 They changed it to where they weren't getting their first

23 50 percent until after the glass was on the roof, and then

24 their final 50 percent wouldn't come until after the

25 electrical was done, something crazy like that.  That means
```

                                                            112

```
 1   that these sales reps were selling for two, three, four

 2   months, and they weren't getting any money from anything

 3   they were selling, because Solar Titan was so far freaking

 4   behind on their installations.

 5        Q.      So they would sell one --

 6        A.          That's why -- technically, the way it should

 7   work, Sam, if you were a sales rep for Solar Titan, you

 8   sold today, okay?  I'm going to pull up a calendar.  If you

 9   sold today on the 10th, that customer has three business

10   days, so the 11th, 12th, and the 13th.  So it wouldn't even

11   come out of rescission until the 14th; right?

12        Q.      Uh-huh.

13        A.          So you would get paid probably two weeks

14   after that.  So the 28th, at the latest, of this month you

15   would get the first 50 percent of that sale.  Then after

16   glass was on the roof, which was typically pretty fast

17   because Solar Titan wants to get paid; right?  You get paid

18   two to three weeks -- two weeks, usually, after glass was

19   on the roof.

20            So, technically, as long as you are selling two

21   to three a week, within 90 days you've got a full pipeline

22   and you were getting paid for pretty much, at least, a

23   couple of deals a week.

24        Q.      Right.

25        A.          You should be getting paid at least $1,500

                                                          113
```

```
 1    to $2,500 a week within that first 90 days because your
 2    pipeline fills up.
 3         Q.        Uh-huh.
 4         A.        But the way they were doing it, no.  It was
 5    taking two, three, four months before these people were
 6    getting paid anything.
 7         Q.        If somebody --
 8         A.        So once I found that out; right?
 9         Q.        Uh-huh.
10         A.        So that was in the February/March timeframe.
11    I confronted Sarah and Craig about who changed the -- who
12    changed the comp plan?  They were wondering why Georgia
13    wasn't selling and why all these Georgia sales reps weren't
14    selling anything.  Well, I want to know how many freaking
15    installations they were doing in Georgia?  None.  You want
16    us to go and sell, but you are not going to complete
17    anything.
18              Again, that's why I say, they were using today's
19    sales for last month's bills.  They were constantly playing
20    catch-up because they had gotten so far behind the eight
21    ball because they were taking money that they should have
22    never taken, doing stupid crap that they should've never
23    been doing with that money.
24         Q.        If a sales rep quit before they got either
25    their initial commission or the second half of their
                                                            114
```

commission, would they --

 A.   Solar Titan wouldn't pay them.

 Q.   Okay.

 A.   I'm owed probably, roughly, $200,000 right now.

 Q.   Of unpaid commission?

 A.   Yes.

 Q.   And your understanding is that other salespeople who were paid on commission also are probably owed commission?

 A.   It's not probably; they are.

 Q.   Okay.

 A.   And he was mad at me towards the end because he was, like, you know, They should've given you an immediate two-week notice and they should've done this. I said, Craig, I said, Look at the comp plan. Look at your offer letter. It's -- pardon my language -- I said, It's shitty, but when you do crappy things to people you are going to get crappy behavior. They have been trying to draw out and bleed out their pipeline and get paid what's theirs because, guess what? It's theirs. He says, Well, no. Our attorneys say that the commission isn't earned until the job is complete. I said, No, that is not true. You know it, and I know it. I said, My commission is earned when I drive 2 1/2 hours away from my hometown; I

```
 1    sit in a house full of cats and cat piss from where that
 2    homeowner hasn't changed the litter box in six months,
 3    because I have been there, and I do a three- or
 4    four-hour-long presentation, because it takes forever for
 5    them to understand what we are doing, or maybe to say
 6    "yes"; you get them to say "yes"; you get all your
 7    paperwork signed; you drive 3 1/2 hours back.  That's when
 8    I've earned my commission, not six months later when you
 9    finally decide you are going to install it.
10         Q.        You --
11         A.        It was the way for them to keep the money.
12    That's all it is.
13         Q.        You mentioned that they get 50 percent once
14    the bill of lading is pushed.  How do they get the rest of
15    the money?
16         A.        Once the glass is on the roof.  Once the
17    panels are up on the roof.
18         Q.        Is that referred to as a "milestone"?
19         A.        Yes.
20         Q.        So it sounds like there are two milestones:
21    The first is getting the customer to sign --
22         A.        Yep.
23         Q.        -- and then the second --
24         A.        M1 and M2.
25         Q.        Okay.
```

                                                        116

```
1    A.          Yeah.  M1 is bill of lading proof, and M2

2  is, from what I understand, is once the glass is -- the

3  panels are up on the roof.

4    Q.          Did there used to be three milestones?

5    A.          Possibly, but I'm not for sure.  Again, I

6  was not allowed on that side.  I was never educated on that

7  side of the business.  I was -- I was told my lane was

8  sales.

9    Q.          Let's talk about that a little bit because

10 it seems -- I would think my vice president of sales would

11 need to know how every aspect of the business works?

12   A.          You would think that.

13   Q.          Well, tell me, it sounds like --

14   A.          They told me enough -- go ahead.

15   Q.          I was going to say, it sounds like they

16 tried to keep you sort of away from a lot of their -- how

17 they did business?

18   A.          Yes.

19   Q.          And why do you think that is?

20   A.          Because I would not have approved of 95

21 percent of what they were doing, and then I would have

22 challenged them the way I was challenging them at the end.

23 I am all about numbers; I am all about production; I am all

24 about sales, because I'm a salesperson at heart; and, I'm

25 all about my money, but what I am more so about is a team
```

                                                      117

1  that I have helped recruit; I've helped to train, develop,
2  coach; and I have been out in the field with them; and I
3  have been on rides with them; and I have been all over
4  God's country with them on appointments that didn't show up
5  at the door, on appointments that should have never been
6  appointments, abandoned homes, you know, nobody there,
7  houses covered in trees.  And these sales reps are driving
8  anywhere between 800 miles a week to 12-, 1300 miles a week
9  in their car, waiting and waiting and waiting for their
10 commission checks.

11          But, you know, when I used to be a sales rep,
12 because I have been in sales for a long time, I vowed that
13 I would never forget what it feels like to be a sales rep
14 and what it feels like to not have anything and be waiting
15 on that money.  And I vowed I would never forget what it
16 feels like to have been lied to because I used to be a
17 sales rep.  And I just -- I never wanted to be that.  I
18 never wanted to be a boss like that, and I never wanted to
19 represent a company like that.  In the beginning, they were
20 not like that.

21          And whenever I would go out on a sales
22 presentation as the VP of sales, because occasionally I
23 would have old homeowners that bought from me that only
24 wanted their referrals to go to me.  Why?  Because they
25 knew that I would treat them right and I would get them

                                                    118

```
 1  done as soon as possible.  I wouldn't take that commission
 2  as the VP of sales.  I would, basically, spiff that
 3  commission out as a prize to a sales rep or a manager.
 4          Towards the end, Craig said to me, he said, I
 5  don't know why you keep giving away your commission.  I
 6  wouldn't (Zoom distortion) do that if I were you.  I said,
 7  Why wouldn't I?  He goes, Well, that's your money.  I said,
 8  You know what?  Perception is reality, Craig.  These people
 9  have to have hope, and they have to feel like their
10  leadership has their back, and that their leadership is
11  looking out for them.  Because the happier your sales reps
12  are, the more bought-in that they are to you as a leader or
13  to you as a manager, the more they are going to do for that
14  company, the more they are going to do for themselves.
15          So that's why I would spiff out my commissions to
16  my sales reps, is because, A, I believe that when you care
17  more about the people in front of you, the money will come.
18  It just will.  God knows what I need to provide for my kids
19  and what I need to provide for my family and I trust in
20  Him, that He is going to make sure I can do that.  I was
21  just trying -- you know, I always tried to look out for
22  them.  They weren't making a salary.  They weren't -- they
23  didn't have a company car that they didn't have to worry
24  about gas.  All of these people did.  I didn't have to
25  worry about that.
```

119

1    Q.        Well I can certainly appreciate that.  You

2    know, I find it -- so -- let me ask this real quick.

3    Mosaic, were they the only ones that were doing, basically,

4    fully funding sales when glass was on the roof or were all

5    the -- was that kind of how --

6    A.        I think that is a -- I think that's a

7    generalized way that solar lenders do it.

8    Q.        I wonder why that is, because it seems like

9    if that's the standard for getting a project fully funded,

10   then the installer might not be motivated to complete the

11   install, meaning get the system operational.  Was that an

12   issue at Solar Titan --

13   A.        Well, I know that -- I would agree with you

14   on that.  So the way that Mosaic started doing things

15   towards the end is they were doing spot checks.  That if

16   these homeowners were not fully up and operational within

17   180 days, they would clawback 100 percent of the money.

18   Q.        Oh, wow.  Within 180 days of the contract or

19   within 180 days of panels on the roof?

20   A.        (Zoom distortion) 180 days -- I'm not for

21   sure which one.

22   Q.        Okay.

23   A.        But within 180 days they were clawing back

24   100 percent of the money.  Dividend, which was another

25   company that Solar Titan got approved with, I think, in the

                                                          120

end, ended up dropping Solar Titan, again, because just of their practices. Solar Titan was not a company that they wanted to associate themselves with.

Q.      Did -- how did Mosaic confirm that systems were operational?

A.      They were contacting the homeowner.

Q.      Was there any requirement that Solar Titan make certain representations to the lenders in order to get the next round of funding?

A.      I believe, in the beginning, it was the installation agreement had to be uploaded.

Q.      Okay. What about --

A.      (Zoom distortion.)

Q.      Did Solar Titan ever have to, like, take pictures of the inverter and send it to Mosaic --

A.      Yes.

Q.      -- in order to -- okay. Can you tell me about that?

A.      I only know that they had to take pictures of the front of the house, with the mailbox in it to confirm the home, the address of the home being installed. I know at one point in time they were taking pictures of both glass on the roof and the inverter.

Q.      Who was in charge of sending those pictures to Mosaic?

121

1    A.        That would be the finance department, which

2    was Sarah Dorismar, Samantha Blaine, and whoever else that

3    they had in that -- in that group.

4    Q.        You may not know this, and that's perfectly

5    fine.  Were you ever aware of a time when pictures of

6    another house were sent to Mosaic, and they were basically

7    giving the impression that these pictures were associated

8    with the house -- a different house?

9    A.        I had heard a rumor of that, but I do not

10   know that to be true.  I wouldn't doubt it.

11   Q.        What about the permitting process?  Can you

12   tell me a little bit about who was -- I mean, I know that

13   Dale Roden was --

14   A.        He oversaw that, but Jessica Powers did a

15   lot of that whenever I was there.  So she was over Kentucky

16   at one point in time.  There was basically a permitting

17   department for each state, you know, somebody else in that

18   department.

19   Q.        I'll follow up on that a little bit later.

20   I want to go back to the financing a little bit.  The

21   interest rate, was it always sort of a set interest rate,

22   or did the interest rate vary from customer to customer?

23   A.        So -- and this was something else that Solar

24   Titan lied to me about.  So they had a 6.99 interest rate

25   -- no, I'm sorry, not 6.99.  I apologize.  They had a 5.99,

                                                        122

and then a 4.99, but we were instructed to use the 5.99
because the 4.99 doubled in the dealer fee. So the 5.99,
as long as the customer -- oh, I'm sorry. It wasn't 5.99.
It was 6.29. What am I thinking? It's been a while since
I had to do their financing. I think it was 6.29 and then
it went to 4.99 and then, I think, later on they introduced
a 5.99. I can't remember. But it was a higher rate that
they got -- (Zoom distortion) -- basically, as long as the
customer chose to do ACH, they got it at whatever the lower
advertised rate was. I believe it was 6.29.

    Q.        Okay.

    A.        And then the sales manager, in order to get
the payment down to where it needed to be, could authorize
that sales rep to run a -- run it on 4.99 instead.

    Q.        Okay. What about the loan term? Was it
always the same for every customer or different for each
customer or different for each lender?

    A.        Well, it's whatever -- the standard was 20
to 25 years.

    Q.        Each lender, more or less, did 20 to 25
years?

    A.        Yes.

    Q.        Did -- were consumers aware because, you
know, 20 to 25 years at about 5 to 6 percent interest, you
are essentially going to be doubling the principal during

123

1   that time?

2       A.          Uh-huh.

3       Q.          Were homeowners aware that that's how the

4   financing ultimately -- how much that would cost them?

5       A.          It was in their paperwork, so when they were

6   going through and signing, the Truth in Lending is fully

7   disclosed.  The way that I trained reps to go over that

8   with customers is, you know, you got a 6.29, or whatever

9   that interest rate is, you know, just like anything, just

10  like when you signed up -- when you signed a mortgage on

11  your house, even if you got a 3 percent interest, through

12  the life of the loan, 30 years, you never pay anything

13  extra, you are going to pay almost double for that home;

14  correct?  Yep.  Would that change your mind about owning

15  your own home?  Well, no.  Okay.

16          If you take the full term to pay this note off,

17  and you pay nothing extra, you will pay almost double for

18  your system.  So, one extra payment a quarter is only four

19  extra payments a year over the life of the note, if you can

20  do that consistently, you cut your term almost in half and

21  you cut your effective interest rate almost in half.  But,

22  again, you have to do that in order to get it, otherwise,

23  you will pay this.  Is that still better than what you are

24  going to pay over the life of paying a power company?

25  That's how I positioned it to people.  So they were fully

                                                        124

aware that, yeah, if you take forever to pay it off, it's
the same thing with buying a car or buying a house. You
finance anything, you take the full term to pay it off,
unless you've got a zero percent interest or a 1 percent
interest, you are going to pay -- you are going to pay some
interest.

Q.        Did customers ever pay just cash, like just
out of their own --

A.        Yes.

Q.        Okay. How did that process work?

A.        So if a customer was adamant about paying in
cash we had special financing terms with Mosaic that they
could do zero percent interest and zero payments.
Basically, it was deferred interest and deferred payments
for 12 months.

Q.        Okay.

A.        Right. The way that that worked is, A, it
gives you 12 months to leave your money in the bank, let it
grow or, you know, have time to move your money around. If
you do not pay it off within those 12 months, that interest
goes back to day one of the note, and it's compounded. So
then the payments go up to something crazy, the interest
rate goes up to 28, 29 percent. It's ugly. You don't want
to do that. So that was the route that some homeowners
went with. The other route was, Hey, listen, I'm a good

                                                    125

old boy or a good old gal and I don't believe in financing

anything.  I'm just going to give you a check.  So the way

that that would work is 50 percent was due up front, and

then 50 percent was due when the install crew came out and

put panels on your roof.

Q.          How did Solar Titan go about collecting

those self-pay customers?

A.          So if the sales rep was in Knoxville, they

could either drop that payment off to the office -- but we

had a process to where the sales manager was to collect

that money from the sales rep and they were to go to the US

Bank, a branch near them, and they were supposed to deposit

that into an account that Solar Titan instructed us to do

so.

Q.          Do you know if this account was a Solar

Titan account?

A.          I don't know.  It was led to us to believe

that it was.

Q.          Did you ever -- did you ever see the name on

the account?

A.          No.  I wasn't allowed to see that.

Q.          Whenever -- if you did get a check, a

self-paid check, was there any pressure put on you to

deposit that quickly?

A.          Yes, within 24 hours of it being written.

126

```
1    Q.       Is there a reason for that?

2    A.       Well, the same reason they pushed Samantha

3    to get Mosaic processed within 24 hours.  They needed the

4    money.

5    Q.       Because I would think --

6    A.       Well, for them, for the check payments, it

7    was to make sure the check would clear, supposedly.

8    Q.       Yeah, but I would still think that they

9    would want to hold on to that check for three days before

10   they --

11   A.       Well, you would think so, yes.  But they

12   don't do everything that they should be doing or else they

13   wouldn't -- you wouldn't be investigating them right now.

14                MR. KEEN:  All right.  Well, Alicia, do

15   you have any questions about the lending stuff?

16                MS. DANIELS-HILL:  Yes.  I have a few

17   questions.  Let me go back a little bit.  So you had

18   mentioned that Mosaic was given preference in applying or

19   helping customers apply for financing with fewer

20   stipulations.  What about Dividend and GreenLeaf?  Did they

21   have fewer stipulations than Sunlight as well?

22                THE WITNESS:  Dividend had more

23   stipulations on the back end, with more checks and balances

24   for the installer, to make sure that the installer was

25   actually doing what they should be doing for that
```

127

```
 1   homeowner.  Because as long as the installer is doing
 2   everything they should be doing, that means better loan
 3   performance for that loan company; right?
 4          Because if you buy a solar system from me,
 5   Alicia, and it's doing everything that I'm telling you it's
 6   going to do, and you are installed when I tell you it's
 7   going to be installed, you are going to be happier on the
 8   norm; correct?  Which means, guess what?  You are going to
 9   pay your loan on time every single month.  That's better
10   loan performance.
11          So Dividend, because of all of the shadiness,
12   right, had more checks and balances for the installer, not
13   for the homeowner.  So Solar Titan did not like that
14   process, so they didn't want to go through Dividend.
15                  MS. DANIELS-HILL:  What about
16   GreenLeaf?
17                  THE WITNESS:  GreenLeaf?  You mean
18   GreenSky?  I'm not for sure who they -- I don't know if
19   they were going through GreenSky or not.  All I know is
20   Mosaic had the least amount of stipulations for the
21   installer; right?  So they were funded quickly, they were
22   funded more up front than these other lenders.  That's why
23   Mosaic was given preferential -- or that's why we were
24   instructed to go through Mosaic first.  I believe, and I'm
25   not for sure, but I believe Dividend was pulled off the
```
                                                            128

table altogether.  I think Dividend pulled out.  They
didn't want the negative press.

               MS. DANIELS-HILL:  That's fair.  They
also probably got tired of cancellations.

               THE WITNESS:  Yeah.

               MS. DANIELS-HILL:  The commission that
you were talking about that sellers were supposed to get,
you said it was 5 percent, then changed to 4 percent, 3
percent, and 2 percent.  When we are talking about these
percentages, are we talking about a commission based off of
the total a customer would pay for the install?

               THE WITNESS:  Hold on just a second;
okay?

               MS. DANIELS-HILL:  Sure.

               (There was a brief interruption and
discussion held off the record.)

               THE WITNESS:  Sorry.  I'm in
Indianapolis waiting on a closing, a real estate closing.
So we are camping out at a hotel.  So I apologize for that.
It was supposed to happen Friday and it did not happen
Friday.  Because I had told Sam, initially, that we were
supposed to close then and that's why I could not do this
call on Friday.  And, then, they pushed the closing out to
tomorrow.  So, in any case, you know, the Golden Rule:
He who holds all the gold makes all the rules so...

                                       129

```
 1          So, yes, the commission for the sales rep was a
 2    commission based upon whatever the sales price was.
 3                    MS. DANIELS-HILL:  Then you said that
 4    eventually Solar Titan changed sales rep commission to be
 5    the other half of it wasn't paid until the system was
 6    operational?
 7                    THE WITNESS:  It was something like
 8    that.  It was 50 percent after glass on the roof, and then
 9    the other 50 percent after the electrical was done and
10    inspected.  So that's pretty much almost at commission
11    time, but a little bit before.  But that timeframe, because
12    they were so far behind on their schedule, my sales reps
13    would have never gotten paid.  And that's exactly what was
14    happening.  They were not getting paid.
15                    MS. DANIELS-HILL:  I just wanted to
16    clarify that Solar Titan was getting paid by finance
17    companies as soon as --
18                    THE WITNESS:  Oh, yeah.
19                    MS. DANIELS-HILL:  -- the panels were
20    on the roof?
21                    THE WITNESS:  They were.
22                    MS. DANIELS-HILL:  So did they ever
23    explain why they would delay paying a sales rep if they
24    have already been fully funded when panels were on the
25    roof?
```

                                                        130

THE WITNESS: They denied it. They
denied ever changing it, Alicia, but I know that they did
it. They changed it because the verbiage in the offer
letter -- because when I first confronted them when he
changed it their response was, literally, Well, I thought
you knew. You were there. You were there when we changed
it. I said, No, I wasn't. I wasn't there when we changed
it. And Craig so, Oh, yeah, that's right. You were sick
in January. You were really sick. But John Carroll was
there. He knows -- he knows when it was changed. I said,
No, John Carroll is the one that came to me and was mad
that it was changed and I didn't tell him. Neither one of
us knew. So then, Oh, no, somebody knew. They knew. He
knew. No, we didn't.

Then later on that afternoon I came back into
their office and I challenged them again. So it went from,
Well, we told you all to Well, we don't know who changed
it. They changed it because the verbiage was a
technicality -- it was a technical term that only somebody
that was familiar with Mosaic's banking terms --
terminology could -- would have known to put that in an
offer letter. And, those two, Craig especially has bragged
several times: Nobody dare do anything in this office
without -- he would say -- without my approval. This is my
company and I'm going to run it how I want it run, and

131

1  nothing gets done without my say-so or Sarah's.  So, yeah,
2  they changed it, absolutely 100 percent.  And --
3              MS. DANIELS-HILL:  Then -- Oh, sorry.
4  Go ahead.
5              THE WITNESS:  It's not a coincidence
6  that everybody -- these people that they would put in
7  charge of sales payroll would end up quitting.  They could
8  never keep sales payroll.  She or he would always quit.  Do
9  you know why?  I had a really good guesstimate of why,
10 because every week they would go over payroll to approve
11 payroll, and they would say, Oh, no, don't pay them on
12 this, this week.  We can't afford that.  You can't pay this
13 person on this, this week.  These people that were in
14 charge of payroll got tired of it.  They got tired of
15 having to lie to these sales reps every single week when
16 they would want to know why they weren't getting paid on
17 these deals.  They would keep quitting.
18              MS. DANIELS-HILL:  So who was it --
19              THE WITNESS:  They would rather -- I'm
20 sorry?
21              MS. DANIELS-HILL:  Who was it that was
22 saying that they didn't have enough money to pay -- like
23 would stop payroll from actually paying --
24              THE WITNESS:  Sarah and Craig.  They
25 ran everything, but they ran everything into the ground.

                                                    132

So someone that I know that's still working there just X'

out all of the salary, base pay for all of the sales

managers and all of the trainers out in the field.  They

had the election to either go back to sales rep, which is

100 percent commission, which, by the way, they are not

even still paying commissions that they owe, or they can

quit.

　　　　Then I was told by a solar installer that he was

just called and laid off a couple of weeks ago, saying that

they are doing a massive reduction.  They can't afford to

pay people.  But, you know what?  You play stupid games you

win stupid prizes.  If they would have just done people

right, and what I mean by people, their customers and their

employees, they would be one of the biggest solar companies

-- up and coming solar companies in the nation, but, no --

or at least in the southeast.  They don't know how to do

people right.  Greed, power, and control.

　　　　But when their own nephew is sitting

with me in Alabama, literally the same week I resigned, he

resigned.  He resigned before I did.  He sat down in my

office and we were talking -- or not my office, but our

office in Huntsville, and he was crying, a 30-year-old man.

He said, I can't look at these other sales reps and these

customers in the eye, and I can't lie to them.  He said,

First I thought my uncles were doing something great.  The

133

```
 1   more I look into it, they are not.  He said, Mike and Craig
 2   have struggled all their lives, and they finally struck it
 3   big.
 4           It's kind of like the guy or the girl that wins
 5   the lottery after never having money before and they don't
 6   really know how to manage that money.  They don't really
 7   know how to invest that money, so they go out and they buy
 8   a $4 million house.  Why?  Because they have the cash to do
 9   it.  They buy the Lamborghini.  They buy the yacht.  But
10   they don't think about how much money in taxes and
11   insurance it's going to take to maintain that home and that
12   yacht and that Lamborghini.  So they are broke within a
13   year.  They have to sell everything and they have no money.
14   Why?  Because they spent it as quickly as they bought --
15   they got it.  But, he said, That's what they do.
16           They were buying a lake front -- part of the lake
17   down in Huntsville, Alabama, they bought a big, huge -- and
18   this is according to their nephew.  They bought a house,
19   and it was a million-dollar home but it wasn't the kind of
20   home they wanted so they were going to bulldoze that
21   million-dollar home to build another million-dollar home.
22   Now, you tell me how that's smart.  But yet they can't pay
23   their people.  They can't get these installs done
24   correctly.  That's what I have an issue with.  That's what
25   I had an issue with.
```

                                                        134

1    But, you know, they had cut my pay a couple of

2    different times, and I had to argue with them on cutting my

3    pay prematurely.  But yet you want me to still do all the

4    work; you want me to produce all of the results; you want

5    me to get all these managers up and trained out in the

6    field and all these sales reps; and you want your 20-plus

7    percentage, as far as your closing percent, but yet you

8    can't pay people?  You can't install these jobs correctly

9    and on time?  So where is all the money going?

10                    MR. KEEN:  That's the same question we

11    have?

12                    MS. DANIELS-HILL:  I did have another

13    question.  You mentioned that the loan terms are about 25

14    years.  What is the life span of the solar systems.  How

15    long do these solar panels last for, usually?

16                    THE WITNESS:  So most of the solar

17    panels that we were using whenever I was there, had a

18    25-year production guarantee.  So that means they were

19    guaranteed to produce at least 85 percent of the power that

20    they are producing right now, 25 years from now.  But in

21    all reality, the panels themselves have a 40 to 50-year

22    life span.  So there are systems that are fully operational

23    out in California, out in Nevada, out in Arizona that have

24    been in production for well over 35, 40-plus years that are

25    still cranking out power today.

135

1           So the system itself, there are no moving parts.
2     So, unlike a vehicle that has a motor, that has a'
3     transmission, that has brakepads that are to wear out,
4     there are no moving parts on a solar system.  So the panels
5     themselves have a really long lifeline.  The inverters have
6     about a 20-year life span.  They have up to a 12-year
7     warranty.  They have a 10-year manufacturer warranty that
8     you can buy an extra three to four years, whatever, for an
9     additional fee.  The batteries have the least amount of
10    life span; so they have about a 15 to 18-year life span.
11    They have a 10-year warranty.
12                MS. DANIELS-HILL:  What company is
13    offering the 25-year warranty on the panels themselves?
14                THE WITNESS:  It's not a warranty.
15    It's a production guarantee.  There is a difference.  As
16    far as a warranty, most panels carry a 10-year warranty, a
17    manufacturer warranty.  It's kind of like most cars only
18    have three to five-year warranty, right, or a hundred and
19    some thousand miles, whichever one comes first.  Okay.  So
20    they had -- most panels had a 10-year warranty, but a
21    25-year production guarantee.
22          The Hyundai panel had a 20 or 25-year warranty
23    and so did Qcell -- or not warranty, but production
24    guarantee.  That just means that they are guaranteed to
25    produce at least 80, 85 percent of the solar -- or the

                                                         136

power that they are producing now. It's -- I think the
terminology is some kind of degradation something or other.
So they are only estimated to degradate about 10 to 15
percent over 25 years. It's pretty strong, as far as panel
goes.

        MS. DANIELS-HILL: So what's the
difference between a guarantee and a warranty? If the
panels don't actually work for 25 years, what does the
customer do if the guarantee is not accurate?

        THE WITNESS: So as far as the
guarantee, from what I understand, if they are producing
anything less than that 85 percent in that 25 years, the
panel manufacturer will replace those panels for that
homeowner. As far as warranty, it's anything that
manufacturally can go wrong with that panel. It's kind of
like a car, anything that manufacturally goes wrong with
your car. If you buy a Kia, under their warranty within
that 10 years or 100,000 mile warranty, you know, they
would replace whatever part is faulty in that vehicle
that's covered under that warranty.

        So any act of God, i.e., hurricanes, tornados,
tsunamis, whatever, right, hail, a hailstorm, anything that
your homeowner's insurance would cover would also cover
those panels as well, that system.

        MS. DANIELS-HILL: I want to just kind

137

1  of get a good glimpse of what your weeks looked like
2  because you have described doing quite a lot.  You have
3  described going on ride-alongs, helping managers improve
4  sales percentages, completing saves, even responding to
5  unhappy customers, and you were trying to make that right,
6  which that is quite a lot.  Will you talk about your week
7  normally, and what that looked like, including how many
8  days you were actually able to make it into the office each
9  week?

10          THE WITNESS:  Technically, I was
11  supposed to be in the office every day, but if numbers were
12  down, I would be in the office on Monday and Tuesday, and
13  then I would be out in the field Wednesday through Friday
14  or Wednesday through Saturday, whatever was necessary.  So
15  I lived in London, Kentucky, so that's about an hour and 48
16  minutes, to be exact, to get from my house to Solar Titan's
17  parking lot in West Knoxville.  So I would leave my house
18  by 6:00, 6:30 in the morning, at latest, to be there by
19  8:30, 8:45, whatever.  And I would work a full eight, nine
20  hours, and then I would leave and go home.  That's normally
21  the way I was supposed to work.

22          If I was out in the field, I will be out in
23  Huntsville; I would be in Georgia, I would be in Nashville,
24  or I would be in Lexington or Louisville, however long I
25  needed to be.  Now, if it was Lexington, I would just leave

138

from my house.  I would not check into a hotel.  But if I was anywhere else, I would be checking into a room.  And then I would be gone from anywhere between two to three days to a week at a time.  And I would be away from my kids.

While I was out in the field, I would try to do -- I would try to handle customers that were unhappy.  I would just call them over the phone.  I would try to do cancels remotely over the phone.  But I would do ride-alongs with these sales reps and managers.  I would host what we called good-to-greats, which was, basically, training sessions, little follow-up training sessions.  We had satellite offices in every territory that we had.  So I would go into those satellite offices and make sure that they were stocked up with the supplies that they needed, basically three-packs (phonetic), training materials, pens, whatever that they needed.

MS. DANIELS-HILL:  So when you talk about being in the field versus going in the office Monday and Tuesday, towards the end of your employment were you so max'd out from trying to address so many issues, that you were typically going to have to be in the field?

THE WITNESS:  Yes.  And, actually, right before I left, probably a week, two weeks before I left, Craig was waiting for me to pull into the parking

139

lot.  He met me out in the parking lot, and he was beside
himself.  He was -- he was saying, Oh, my gosh.  You know
these lenders -- and he would always sugarcoat it as it's
somebody else's fault, not their fault.  They are getting
really tight on this or that.  We are going to need you out
in the field all the time.  You are going to have to do
what you were doing when we first started in order to get
this company where it needs to be.  The company cannot
operate under a 20 percent close.

      I had just let him know that my dad's cancer was
back and that he was diagnosed with -- well, the cancer had
spread to his spinal cord and his (inaudible).  And I was
told there in front of Sarah and him that Sarah's dad had
battled some type of illness or disease, and he said, Yeah,
well, Sarah's dad had the same thing.  I said, Oh, my gosh,
Sarah, I'm so sorry.  How is he doing now?  She goes, He
didn't make it.  He died.  I didn't know that.
I said, Wow, I'm so sorry.  And Craig said to me very cold,
he said, Yeah, but Sarah knew what she needed to do to make
this company run so she was here every single day, even
though her dad was dying.  Basically, implying, screw my
dad, screw what I needed to do, that I will do everything
that I have to do for that company.  Sarah just looked
down.  She didn't even want to make eye contact with me
because she knew he was lying, and she knew that was way

                                                           140

cross the line.

So that, in combination with everything else that they were doing, why am I going to bust my ass for a company that could care less whether or not their sales reps eat, whether or not their installers eat? All they care about is whether or not they can make the yacht payment. I'm good. I don't need that. I was already getting five to six days (Zoom distortion) --

COURT REPORTER: I'm sorry. Could you repeat that? You were already getting five to six days?

THE WITNESS: Yeah, I was.

COURT REPORTER: I'm sorry. I didn't hear what you said after five to six days.

THE WITNESS: I don't know. I don't know what I said. I already was giving five to six days.

COURT REPORTER: Oh, giving. Okay.

THE WITNESS: For a company that could care less whether or not the sales reps were getting paid right and on time, and whether or not the installers were getting paid right and on time, and whether or not these homeowners were getting what we were even promising them out in the field. All they cared about was whether or not they got paid. That's it. They didn't even want to pay for -- these managers and these trainers out in the field, they didn't want to pay their gas. You want me to do 10 to

141

```
 1   12 rides a week with these sales reps, but yet you don't
 2   want to give me gas money when it's $3.00 a gallon and
 3   $4.00 a gallon for gas?
 4           But you know what their consolation prize was?
 5   Fifty dollars a week.  Everybody got $50 a week to go
 6   towards gas.  You know what I told them?  I said, You know
 7   what?  That's really hypocritical to come from two owners
 8   that drive Teslas and they drive less than 10 minutes to
 9   work every day.  When was the last time either one of you
10   all had to pay for gas?  So you can forget how much money
11   it takes to run a thousand miles a week in your car at
12   $3.50, $4.00 a gallon of gas.  A lot of freaking money.
13   Well, we are giving them each $50 a week.  That's enough.
14   No, it's not.  That's not even enough for one tank of gas
15   now.  Now an average tank of gas is $80 to $100 a tank, at
16   regular unleaded, not counting the wear-and-tear on my
17   tires, on my brakes, and my oil changes that I have to do.
18   But that, in combination with not getting paid and not
19   getting paid on time, equals a very pissed off, unhappy
20   sales or upper management.  That's what that equates to,
21   very piss-poor morale.
22           When I told them what would help morale, pay
23   everybody -- pay everybody up-to-date what you owe them.
24   Since you all say that you all didn't change the pay plan
25   and you don't know who changed the pay plan, then you know
```

                                                            142

what?  Change it back.  Fix it.  Fix all of their pay.  You
will see an immediate upswing in morale.  But their
philosophy and their thought process as a sales rep is, why
should I sell anything else for you when you don't even pay
me what I am already owed?  Why am I going to allow you to
go further in debt with me and owe me even more money than
what you owe me right now?  You know why they all didn't
quit?  They were holding on hoping, A, it would get better,
and, B, they knew if they quit Solar Titan wouldn't pay
them anything, nothing.

          The day before I left, I got an e-mail.  I was
cc'd in on an email to payroll from a sales rep in Atlanta,
Georgia.  And the gist of the email was, please help me to
understand why my ADP statement says I'm only going to get
$58 in my account tomorrow.  You promised me I had two
deals coming.  It's my little girl's fifth birthday party
this week, and I promised my wife I would help her with her
birthday party.  Why am I not getting paid?  She quit soon
after that.  She got tired of (inaudible.)

          MS. DANIELS-HILL:  Did you need to take
a little bit of a break?  I was going to tell Sam that was
my last question, but if you need a five-minute break or
so, just let me know.

          THE WITNESS:  I'm good.

          MS. DANIELS-HILL:  Okay.

                                              143

BY MR. KEEN:

Q.        Thank you.  And I completely appreciate that a lot of this is difficult to talk about.  These folks, in my opinion, hurt a lot of people, not just Tennessee consumers, but their employees as well.  It's really disappointing that it has gotten so far, but hopefully we can -- you know we will do what we can to try and make things right.  But I do appreciate you talking about this stuff with us.

        I want to talk a little bit about the permitting.  We don't need to get into the details.  My understanding is that, and just correct me if I am wrong here, a customer signs up for a job, the first step into making sure the install actually happens is getting a permit with the local utility company that the customer lives in.  Is that right?

A.        Yes.  So different -- different cities, states, that sort of thing have different codes, different permit laws.  Some require a lot of permits, some don't require any.  So it just depends on where.

Q.        Then once you get proper permits, then the install process starts.  And then once that finishes, more or less, you apply to have the system inspected and then --

A.        Correct.

Q.        -- if that gets inspected and passed, then you can flip the system on and it becomes operational?

144

```
 1      A.          You can tell the power company that, Hey, we
 2   passed inspection.  Here it is.  And then, yes, they flip
 3   it on.
 4      Q.          Now, the power companies themselves don't do
 5   the inspection.  That's usually the local Building and
 6   Codes or State Fire Marshal's office?
 7      A.          Normally they are inspectors.  Sometimes the
 8   power company has their own kind of inspection, too, but
 9   most just rely on the inspector.
10      Q.          In order to get the first initial permits,
11   though, in order to start building, my understanding is
12   that Solar Titan needs to submit a drawing to Building and
13   Codes showing how the system is going to be set up.  Is
14   that correct?
15      A.          Most of the time, yes.
16      Q.          Okay.
17      A.          Depending on where it is going.  So Sarah's
18   son was in charge of that.
19      Q.          Okay.  That was going to be my question.
20   Who was in charge of doing the drawings?  You said Sarah's
21   son?
22      A.          Yep.
23      Q.          Is his name Matt Kirkland?
24      A.          Yep.
25      Q.          What are Matt Kirkland's qualification for
```

145

```
 1  doing these drawings?

 2       A.          She put him in charge.

 3       Q.          Is he an engineer?

 4       A.          Not to my knowledge, no.

 5       Q.          Does he -- how old is he?  Do you know?

 6       A.          Very young; about 21, 22, maybe 23.

 7       Q.          Has he gone to college?

 8       A.          Yes.  So he does have a degree.  In what, I

 9  don't know.  But, no, he is not an engineer because Dale

10  Roden signs off on their drawings.

11       Q.          His name is Anthony Roden?

12       A.          Yes.

13       Q.          What are his qualifications?

14       A.          He is NABCEP certified on the installer

15  side.

16       Q.          Okay.

17       A.          He had to take a test with NABCEP.  Yeah.  I

18  don't believe he is an engineer.  I think he used to be --

19  he claims he used to have been an electrician, but I don't

20  know.  So many people have lied about so many different

21  things, I don't know what to believe and what not to

22  believe.  I can tell you what was told.  That's it.

23       Q.          But these drawings -- have you seen these

24  drawings before that they submit?

25       A.          Yes, occasionally.

                                                      146
```

```
 1    Q.        Did you ever look at, you know, on the front
 2    where it says, engineered by, and it has the name of the
 3    person?
 4    A.        (Witness nods head up and down.)
 5    Q.        Did you ever sort of say, Hey --
 6    A.        By Solar Titan.  It would only say, By Solar
 7    Titan.  It wouldn't say, By Matt Kirkland.
 8    Q.        Okay.
 9    A.        But he was the one doing it.
10    Q.        What software did they use to do the
11    drawings?
12    A.        I believe they used a company's software
13    called Aurora.  So, yeah.
14    Q.        Were there ever any -- once the install
15    started, are the installers -- do they -- do the people
16    actually doing the install, do they have any special
17    certification or qualifications?
18    A.        No.
19    Q.        Are they supposed to be overseen by somebody
20    with any special certification or qualifications?
21    A.        In the very beginning, they had people that
22    had been trained in solar installations that were training
23    these guys.  So a few of them, a handful of them, were
24    trained properly.  But, again, at one point in time Solar
25    Titan had a great training process.  They had an actual
```

147

mock, you know, installation, inverter, battery, all that

kind of thing actually set up in the warehouse for the

installers to go through training. And then they stopped

doing that.

They started doing on-the-job training. That's

when we started getting the really crappy reviews on

Google. So, again, sales was having to rebuttal and handle

a lot of these crappy installs because either they were

affecting the people that were doing the presentations

because these people, these customers, were googling our

reviews, or we were having to deal with the pissed off

customers on the phone, one of the two.

So I recommended, via text message that Solar

Titan buy a short-sell house, you know, a foreclosed home,

something that they could get relatively cheap, $60-

$80,000. They could put a news roof on it, make sure

electrical is up to code, and then they could install these

-- they could train these installers on a mock installation

and they could go through drills and they could learn how

to do these things before they are actually up on a real

customer's roof.

I was called immediately after that text and I

was told to stay in my lane, that on-the-job training was

best, and they didn't need any specific training. Not two

months after that, there was an installer down in Georgia

                                                    148

1   that drilled into a live breaker box and electrocuted

2   herself.

3       Q.          I assume she was getting on-the-job training

4   when she did that?

5       A.          Uh-huh.  Oh, we fired her immediately.  She

6   was told.  How many times was she told?  Twice.  That's it?

7   So she had been on the job three days?

8       Q.          And they had her --

9       A.          She was told twice --

10      Q.          -- drilling into breaker boxes?

11      A.          Uh-huh.

12      Q.          They had her drilling into breaker boxes

13  whenever --

14      A.          Oh, yeah, she was on a live install in a

15  customer's house and electrocuted herself.

16      Q.          She wasn't an electrician herself?  She was

17  just -- what was she?  Do you know?  Did she have any

18  qualifications?

19      A.          No.  She was a brand new installer.

20      Q.          Now, I understand that an electrician is

21  supposed to be pulling the permits, but is an electrician

22  actually supposed to be --

23      A.          No, they don't have to be present.  No, they

24  don't have to be.

25      Q.          Okay.

                                                    149

1      A.        The way I would do it, if it were me, I
2  would have an electrician or a journeyman that is
3  overseeing that new crew until they were fully trained on
4  how to do what they needed to do, before I ever let that
5  new crew on their own.
6          So given the fact that maybe an electrician
7  couldn't be at every single install, at least in the
8  beginning if you are going to do on-the-job training, you
9  hire an electrician or a journeyman to go through that
10 process with that install crew until they know exactly what
11 the heck they are supposed to be doing, and they are
12 trained properly by an electrician or a journeyman on what
13 needs to be done, and then spot checks after that.  That's
14 the way I would do it.  But that's -- and that's the way I
15 suggested, but they didn't want to do it my way.
16     Q.        This young lady that drilled into the
17 breaker box, is she okay now?  Do you know?
18     A.        They told me she was, but then they also
19 told a lot of lies.  I did hear that they fired her
20 immediately.  They fired that entire crew.  So you tell me
21 how that's legal.
22     Q.        Are you aware of any other injuries that
23 happened to workers?
24     A.        A homeowner -- after I left the company, a
25 homeowner that bought, when I was doing a ride-along with a

                                                    150

rep up in Lexington -- this was out in Frankfort, Kentucky.
But probably back in August, he still wasn't fully
installed and he was complaining about the process.  And he
said that it was pouring the rain and he had told those
installers, Listen, you don't want to get up on my roof.
It's raining.  It's wet.  You are going to fall.  They
said, Oh, no, we are going to go ahead and get it done.
Because that's the way those installers were told.  It
doesnt matter if it's raining; you are going to get on that
roof and you're going to complete that install.  Why?  So
they could get paid.  But that homeowner said that one of
the guys fell off the roof.  And had he not been there to
help catch his fall and help break his fall, he would've
got hurt.  That's one example.

      And I only got the feedback the homeowners gave
me or that either leaked through the pipeline of the
installers just talking or a homeowner actually telling me
what happened.

    Q.      Do you know -- you may not know this.  But
in order to get worker's comp insurance, I would think the
company would need to make certain representations to the
insurance company about the level of training they give
their employees.  Do you know anything about that?

    A.      No.

    Q.      Okay.  What about customers?  Did they ever

151

1  have issues with the installs that damaged their homes?

2     A.          Absolutely.

3     Q.          Can you give me one or two examples?

4     A.          I got feedback that they were -- everything

5  from the conduit not being run properly to leaking to being

6  told by other installers that were coming back to fix the

7  jobs that they were doing in the first place, that they

8  were doing them all wrong, and they don't know what they

9  were doing.  I mean, these are installers that are talking

10 crap about other installers of the same company.  So, yeah.

11 I got that occasionally.

12    Q.          Did the inspectors ever raise any issues

13 about the quality of the installer's work with Solar Titan

14    A.          I'm sure they did.  I wasn't privy to those

15 conversations so I don't know.  I will tell you this.  One

16 homeowner had reached out to me several times.  (Zoom

17 distortion) -- Georgia install --

18                COURT REPORTER:  I just got:  Had

19 reached out to you several times.

20                THE WITNESS:  What now?

21                COURT REPORTER:  I got:  One homeowner

22 had reached out to me several times.

23                THE WITNESS:  Yes.  It was a Georgia

24 installation.  It was a Georgia homeowner and I had only

25 gotten -- he had gotten my information from the sales rep

                                                      152

1    that sold him in the first place, that that guy left the

2    company, and because this homeowner had so much

3    difficulties and problems, that sales rep gave that

4    homeowner my phone number, my personal number.

5         So this homeowner began texting me, and over the

6    course of some time, finally we got the inspector to go

7    back out there, or he was supposed to go back out there and

8    he didn't show up.  So I had contacted the homeowner.  The

9    homeowner said, Oh, well, it looks like -- and Solar Titan

10   had tried to get that situation fixed.  Long story short,

11   the homeowner wanted me to show up when the -- I wanted to

12   be out there when the inspector was out there because I

13   wanted to see if Solar Titan was doing everything that they

14   should be doing on the installation side and on the

15   inspection side.  So Sarah Kirkland did not want me there,

16   so she purposefully called that inspector and said, Hey,

17   put it out until next week.  Because I was in Georgia for

18   the remainder of that week.  She didn't want me meeting the

19   inspector.

20       Q.        Okay.  How come?

21       A.        I don't know.  I can guess why.

22       Q.        Why do you guess --

23       A.        I feel that that inspector would have

24   enlightened me on a lot of things that Solar Titan was

25   doing or not doing that they should or should not have been

                                                        153

```
 1   doing.  And, yes, then I would question and challenge their
 2   practices and their processes.
 3       Q.      So --
 4       A.      You know the left hand should know what the
 5   right hand was doing.  They didn't want the left hand
 6   knowing what the right hand was doing.
 7       Q.      Did the installers have to have any certain
 8   qualifications or background before being hired?
 9       A.      I don't know.  I wasn't a part of that
10   process.
11       Q.      Do you know how they were hired and
12   recruited?
13       A.      LinkedIn -- or not LinkedIn, but Indeed.
14       Q.      Were there any --
15       A.      No previous electrical work was, you know,
16   needed.  It was helpful.  Guys with roofing backgrounds was
17   helpful.  But, no, no special qualifications that I know of
18   were needed.
19       Q.      When did Solar Titan become aware of the
20   issues with Generac?
21       A.      When they let me know about it was probably
22   about seven, eight months ago.
23       Q.      Okay.
24       A.      Well, seven, eight months prior to me
25   leaving.  So probably January, February, March maybe.
```

154

Probably about February or March.

    Q.         Of this year, 2022?

    A.         Yes.

    Q.         What were some of those --

    A.         Maybe --

    Q.         -- issues?

    A.         I don't know.  Basically when we first started installing batteries they were installing usually in the garage, but they couldn't pass inspection because inspectors were saying that they were a fire hazard.  So then they started installing all of these batteries outside.  Well, if the temperature drops below 40 degrees, that battery goes into standby mode and does not -- it doesn't do anything.  It doesn't work.

         And so these people that are still producing in the winter are not storing any power.  They are not able to pull back off their battery.  Their battery basically goes into a stagnant mode, which means people are still getting really high bills, power bills in the winter because their battery is not operating.  But -- and I don't know that Solar Titan didn't know that, but they started putting them outside because that's the only way that they could pass inspection.  Otherwise, you had to build some kind of fireproof wall or something for these batteries if they are going to go inside.  Again I don't know if Solar Titan was

155

1  trying to do the right thing or they were not trying to do

2  the right thing.  I don't know what Generac had told them

3  prior to and not told them.  I was not a part -- I was not

4  -- I was not a part of any of those conversations.  I

5  wasn't invited in to be a part of those conversations.

6      Q.        Did Solar Titan ever sell a Generac battery

7  even though they were aware the battery wouldn't work under

8  40 degrees?

9      A.        Yes.

10     Q.        Do you know if they told the customer about

11 that?

12     A.        No, they did not.

13               COURT REPORTER:  Did you say, "No, the[y]

14 did not" or "No, I do not know"?

15               THE WITNESS:  No, they did not -- they

16 did not tell them.

17               COURT REPORTER:  Okay.  Thank you.

18 BY MR. KEEN:

19     Q.        Did Solar Titan have Generac inventory in

20 these warehouses?

21     A.        Yes.

22     Q.        Do you know if -- after the battery issue

23 came up, do you know if they continued to sell their

24 inventory?

25     A.        Absolutely.  But I was told that they were

                                                        156

1   fixing it.  And I was told that they were crediting these

2   homeowners for the issues or the concerns that they were

3   having with the Generac batteries.  Now, once it was made

4   known-known, that there was no hiding it anymore, they

5   started switching over -- or they wanted to switch over to

6   the SolarEdge battery.  That was towards the end.  But, no,

7   I think they knew.  They knew for a while and they

8   continued to push Generac.

9       Q.       Even when they wanted to switch over to the

10  SolarEdge, I imagine they still had Generac inventory,

11  though, right?

12       A.       More than likely.  But I didn't have access

13  to these warehouses, so I don't know what they had in

14  inventory and what they didn't.  They didn't give me access

15  like that.

16       Q.       What about the Generac safety shutoff

17  switch, the SnapRS, or whatever it's called?  Do you know

18  about that issue?

19       A.       Nope.

20       Q.       You don't know about it?

21       A.       I don't know the technicalities of it, no.

22       Q.       Okay.  That's fine.  I was just -- do you

23  know -- you are aware that there is an issue with the

24  safety shutoff switch?

25       A.       I knew there was issues with Generac.  They

157

1  -- well, I knew that they claimed that they had issues with
2  Generac. Again, I parallel an employer/employee
3  relationship a lot with that of a romantic relationship or
4  a marriage. You know when you catch your spouse in a
5  little lie, it goes back and you start thinking, well, what
6  else are they lying about? But until that, you trust that
7  spouse that everything they are telling you is on the up
8  and up; everything that they are doing is on the up and up.
9  So I didn't really question anything because I didn't know
10  anything was going wrong with Generac. So I don't know
11  that Generac -- and truth be told, it's probably both
12  sides. They are probably both in the wrong. Generac
13  probably led them to believe something little bitty was
14  going on, where maybe something big was going on that
15  Generac didn't want to lose the money that was coming in
16  from Solar Titan. Because we were selling a heck of a lot
17  of Generac. We were selling a heck of a lot of business.
18      I mean, when you talk about whenever I first
19  started there they were barely maybe doing $200,000 a month
20  to, from the time I started in March to December of 2020,
21  we did $11 million in sales, net sales. And in the year
22  2021 we did $47 million in net sales. So Generac was
23  getting paid. So did Generac want to necessarily tell
24  Solar Titan all of what was going on? I don't know. I
25  wasn't ever privy to those conversations and those memos.

                                                        158

1    I'm going to say that they are probably both at fault.

2        Q.          Are you aware of any time where an install

3    began on a customer's house without the permits being

4    pulled?

5        A.          Yes.

6        Q.          Was that a regular thing or...

7        A.          I don't know.  Again, greed, power, and

8    control, but mostly greed.  A veterinarian went solar on

9    his veterinarian hospital in Richmond, Kentucky.  I wrote

10   that contract.  I sold that contract for that veterinarian,

11   and it was a cash sale.  And it was a 50 KW system.  And

12   the girls in permitting and on the operations side said

13   that Craig immediately, the day after I sold it, that he

14   put -- he told them to have an install crew the day after

15   to install it without permits being pulled.  Because he

16   wanted -- he wanted that sale cashed out.  It was over

17   100-and-some thousand dollars.

18       Q.          So even before the three-day period expired,

19   he wanted to get people out there to start the install?

20       A.          Yes.

21       Q.          Are you aware of any situation where permits

22   were fudged, I guess, for lack of a better word, to sort of

23   --

24       A.          I would not be surprised.

25       Q.          How were sales tracked?  How did Solar Titan

                                                           159

1  keep up with them?

2      A.          Through their CRM Salesforce.  Before that,

3  they had MarketSharp.

4      Q.          So they used -- when did they use

5  MarketSharp and then when did they start using Salesforce?

6      A.          I introduced them to MarketSharp because

7  that's what the company that I was with before had used.  I

8  felt, on the sales side, as a sales rep, it was pretty

9  user-friendly.  So we used MarketSharp pretty much from the

10  time that I was -- I started in March, so probably the

11  April, May timeframe, to pretty much all through 2020.

12  That's what they used was MarketSharp, and then sometime in

13  2021 they switched over to Salesforce.

14      Q.          These are CRM softwares, or, just for the

15  record, customer relations management software.  Is that

16  right?

17      A.          Yes.

18      Q.          What did -- what did these softwares allow

19  Solar Titan to do?

20      A.          Track the sale from, basically, the

21  marketing through to installation.

22      Q.          Track each customer sale?  So, like, for

23  each individual customer?

24      A.          What now?

25      Q.          So it could track the sale for each

160

```
 1   individual customer?
 2       A.          Yes.
 3       Q.          And so did -- so let's just talk about
 4   Salesforce for now.  In Salesforce does it have -- is each
 5   customer separated into different files?
 6       A.          What now?  Sam, could you repeat the
 7   question?
 8       Q.          In Salesforce is each customer -- do they
 9   have their own separate file?
10       A.          Yes.
11       Q.          In Salesforce can you search these files by
12   name?
13       A.          Yes.
14       Q.          What about address?
15       A.          Yes.
16       Q.          So, for example, if I wanted to see every
17   single sale that happened in Tennessee, I could use
18   Salesforce to identify those?
19       A.          Uh, yes.
20       Q.          And then what if I wanted to pull off the
21   documents from all those files?  What would I need to do?
22       A.          You'd have to go into that resource or that
23   customer's name, click on it, and basically pull up files.
24   I think there probably should be uploaded pictures of
25   contracts, pictures of the install permits, things like
```

                                                              161

```
 1   that, that they pulled.

 2        Q.         So you would basically have to go customer

 3   by customer?

 4        A.         I'm sure -- yes.  I'm sure there is another

 5   way to do it.  I am not -- when God was handing out gifts,

 6   he did not give me the gift of IT or computer technology.

 7   I'm sure there is a way to do it, but I just -- yeah, I did

 8   it by the homeowner, by the name.

 9        Q.         What about MarketSharp?  Did you do the

10   same?  Could you search each customer file?

11        A.         Yes.

12        Q.         And MarketSharp had more or less the same

13   capabilities as Salesforce?

14        A.         Yes, but probably not as detailed.

15        Q.         What made Salesforce more detailed?

16        A.         I didn't like Salesforce.  I, personally,

17   thought it was a waste of money.  But that was Stacy Monks'

18   idea to go to Salesforce.  Oh, we can do this, this, and

19   this, and this, and this, and it can do this, this, and

20   this.  And I was, like, Well, shoot, if it can do all those

21   things then we don't need a sales rep, we don't need any

22   back office management, we don't need anything.  Salesforce

23   can just do it all.  But it's supposed to be able to pretty

24   much track every opportunity from A to Z, but I don't know.

25        Q.         What if a customer called in to complain?
```

162

1  Would that get tracked in Salesforce?

2      A.          Supposedly it was.  Basically every call was
3  supposed to be logged-in, every outbound call and every
4  inbound call.

5      Q.          So if I went to go make a call, before I
6  made the call I would click on Salesforce, Hey, I'm making
7  a call?  Would I put in notes whenever I made that call?

8      A.          Yeah, uh-huh.

9      Q.          And the same thing whenever I got an inbound
10 call I would put in notes?

11     A.          Yes.  Hey, Mr. Jones called in today on 11
12 -- 10-10-2022.  He is mad that, you know, he did not
13 receive, you know, X-Y or Z yet.  So I, you know, contacted
14 whatever department to see why he hadn't received X-Y or Z.
15 They said that it's on its way now, and informed the
16 customer of that.  End of call.  So, basically, whatever
17 happened during that call.

18     Q.          Okay.  Gotcha.  The calls themselves, were
19 they recorded?

20     A.          No.  I tried to get them to pay for that.
21 They wanted to pay for stupid crap.  They didn't want to
22 pay for things that really could have helped them at the
23 end of the day.  Because, A, it's a good checks and
24 balances system.  It keeps the homeowners honest, but it
25 also keeps your sales reps, not necessarily your sales

                                                        163

1    reps, but your back office personnel honest.  Because I can

2    say that you said whatever that you said or I said whatever

3    I said, but if that call is not recorded, then it's your

4    word against my word.

5        Q.      If a customer called in to, you know, raise

6    an issue, would that -- would the person handling that

7    phone call, would they use Salesforce to create maybe a

8    ticket or something like a --

9        A.      Supposedly.

10        Q.      Okay.

11        A.      Not necessarily -- yes.  So you could tag

12    somebody.  It's kind of like social media.  You could tag

13    -- like, if you were working in permitting or you were

14    working in a specific department that needed to resolve

15    that issue with that customer, I could tag you in the

16    notes.  So @samkeen please handle Mrs. Jones' rebate.  It's

17    taking longer than normal to process her out.  She needs X

18    number of dollars mailed to her ASAP.  Please let me know

19    once you have done this.

20        Then, when I opened up -- when you open up

21    Salesforce, you can see everything you have been tagged in,

22    Sam, to do whatever, you know, you need to do.

23        Q.      Okay.  So it creates --

24        A.      As far as formal tickets, no.  They might

25    have that now.  They did not have that when I was there.

164

```
 1  There was some kind of process, and that was just tagging
 2  someone.  You know how many tags I was tagged in on and how
 3  often I was actually able to log into Salesforce to
 4  actually look at that crap?  Yeah.
 5      Q.          So are you --
 6      A.          It was the most popular, but the least
 7  popular at the same time.
 8      Q.          So if you get tagged on an issue and then
 9  you resolve it, is there a way to untag yourself, for lack
10  of a better phrase?
11      A.          No.  What you can do -- so what I would do
12  in that case is I would say, Hey, you know -- I would tag
13  the people that originally tagged me.  It's ridiculous.
14  But I would say:  Okay @soandsodaleroden, @stacymonks, I
15  talked to this customer regarding the issues that you told
16  me they had.  This is how we resolved it.
17      Q.          Okay.  All of that automatically got saved
18  to the customer file?
19      A.          Yes.  Now, it was supposed to.  But,
20  however, these conversations (Zoom distortion) --
21              COURT REPORTER:  She's breaking up.
22              MR. KEEN:  Hold on.  Hold on.  You went
23  out for a long time there.  Let's go back.
24              COURT REPORTER:  I got, "however, these
25  conversations..."
```

165

BY MR. KEEN:

Q.        Yes.

A.        Somehow, in the notes, these people, including myself, were making notes in these customer files that were somehow disappearing.  So, again, that was with Salesforce, that you are a million dollars deep into this software, and it can't retain these notes on these customers that have spent thousands of dollars?  That's what I would be pissed off about.  I'd be calling Salesforce up and I'd be saying, "Listen, people, you're at a -- why are all the notes that we're creating and making, you know, disappearing?"  Then, if they said, "Well, no, they are not" then it's -- if it wasn't one thing it was another.  But supposedly the notes were getting lost and they weren't saving to the customer files.  I don't know. I just -- that was -- so most of the time if I had something super hardcore urgency that needed to be done for a customer, I would email or I would call or I would text the specific person in that department that needed to do it.

Q.        Gotcha.

A.        That way people couldn't say, "Well, I didn't see it in the notes so I couldn't do it."

Q.        Every time even, like, a prospective customer called and said, Hey, I saw your ad on Facebook,

166

```
 1    would a file for that prospective customer get made in
 2    Salesforce?
 3         A.        Yes.
 4         Q.        Okay.
 5         A.        Yes.
 6         Q.        So even if that customer talked and said,
 7    "Well, you know what?  You know, not for me, no thanks"
 8    they would still have a file?
 9         A.        Yep.
10         Q.        And it would be --
11         A.        They would have a file.  Yep.  It would be a
12    demo, no sale.  That's the way it would be coded.  So,
13    basically, we went out, we did a presentation for you, you
14    said thanks, but no thanks.  See you later.
15         Q.        Is there a way to search in Salesforce,
16    like, this was a demo, no sale; this was a sale; that sort
17    of thing?
18         A.        (Witness nods head up and down.)  That's why
19    if you can get me a hard drive, a big one, I can have my
20    friend basically copy my hard -- my external hard drive
21    that I had downloaded.  The reason I had that downloaded
22    for me was to cover me after I left.  Because if they are
23    willing to lie on each other and they are willing to lie on
24    everybody -- Craig Kelley would roll his own mother under
25    the buss if it meant he got to save some money or make some
```
                                                            167

```
 1  money.
 2       Q.         Just a quick follow-up --
 3       A.         So --
 4       Q.         You mentioned Craig's mother.  I'm reminded
 5  you mentioned Michael Atnip's nephew, or, I guess, Craig
 6  and Michael's nephew.  His name was -- is it Justin or
 7  Jonathan?
 8       A.         Yes, Justin.
 9       Q.         What was his role in the company?
10       A.         He was just a -- he was a sales rep.
11       Q.         Okay.  But it sounds like they were doing
12  him just as dirty as they were doing other sales reps?
13       A.         They weren't doing him dirty, but he saw h'
14  they were doing everybody else:  Not paying them, not doing
15  these installs right.  Because these sales reps, they would
16  talk to each other.  Because if I am working for this
17  company and I'm brand new and I see that, hey, the math
18  ain't mathing, I'm going to call you on the down low and
19  say, "Hey, listen, how long have you been here, Sam?  Have
20  you had problems with pay?  Have you had problems with
21  commission?  It sounds like they are not doing what they
22  should be doing.  What's going on?"  And then, you know,
23  you are going to tell me.  Most people -- these sales reps
24  are going to talk amongst themselves.
25       Q.         Yeah.  Speaking of the math not mathing, who
                                                         168
```

```
 1   did Solar Titan use to audit their financials?

 2        A.        Stacy, from what I understand.

 3        Q.        Stacy Monks?

 4        A.        Uh-huh.

 5        Q.        Is she like a CPA or something?

 6        A.        Nope.

 7        Q.        But they -- so Solar Titan didn't use, like,

 8   a third --

 9        A.        They might have.  I don't know.

10        Q.        Did anyone ever say to you, "Hey, we are

11   being audited next month.  Let's make sure everything is in

12   order"?

13        A.        No.

14                  MR. KEEN:  All right.  Alicia, did you

15   have any questions about any of that stuff?

16                  MS. DANIELS-HILL:  So was there any

17   person that was regularly tagged in Salesforce if a

18   customer was calling to complain?

19                  THE WITNESS:  I was tagged a lot.  Dale

20   was tagged a lot.  John Carroll was tagged a lot.  If it

21   escalated, Sarah Kirkland was tagged, but mostly it was

22   myself, Dale Roden, and John Carroll.

23        Q.        And you can pull up everything that someone

24   has been tagged for?  You can just look at the tags --

25        A.        You should be able to, yes.

                                                   169
```

```
 1                    MS. DANIELS-HILL:  That was my only
 2      follow-up question, Sam.  Thank you.
 3      BY MR. KEEN:
 4          Q.        You mentioned earlier that Craig said
 5      something along the lines of:  This is my company.  I'm
 6      going to run it however I want to?
 7          A.        Yes.
 8          Q.        Was that his general management approach to
 9      everything:  His way or the highway?
10          A.        Yep.
11          Q.        Why do you think he was so reluctant to
12      listen to, you know, the people that worked for him?
13          A.        He would listen sometimes.  It just would
14      depend.  But at the end of the day, ultimately it was
15      whatever he and Sarah wanted to do.  So they pretended to
16      be a democracy, but really they were communists.  They
17      were...
18          Q.        Dictators?
19          A.        Yep.
20          Q.        Now, whenever Michael was more involved in
21      doing payroll, it sounds like things were generally pretty
22      okay.  Is that a fair representation?
23          A.        Yes.
24          Q.        When did you notice things -- like what were
25      some of the initial red flags that were like, Oh, hey,
                                                           170
```

1  something has gone...

2      A.         Well, the payroll last year, whenever I kept

3  getting the constant feedback that, Our reps aren't making

4  anything, Shawna.  This was coming from my sales managers

5  out in the field.  My reps aren't making anything.  My

6  sales rep sold X number of hundreds of thousands of dollars

7  last month.  He's not gotten paid anything, blah, blah,

8  blah, blah, blah.  That's whenever I realized that the

9  commission had gone down to like 2 percent.  So that's

10  whenever I raised immortal hell about that, and we got that

11  changed back to the 5 percent.  And then everything seemed

12  to be okay after that.  Then it was just nose to the

13  grindstone, sell, sell, sell, sell, sell.

14      Then probably this year when I started hearing

15  things was probably about the end of January, the beginning

16  of February about how people were not getting paid.  Then

17  when I would talk to Craig about it, Craig said, Listen,

18  you've got other things to worry about.  They don't need to

19  be bothering you with that.  They just need to email

20  payroll.

21      So, then, I instructed my sales reps and my

22  managers to just email payroll.  Then, after a month or so,

23  they would come back to me saying, Payroll is not answering

24  me.  Payroll is not answering me.  So then I started

25  saying, Hey, cc me in on these emails.  So I would get cc'd

                                                        171

1  on the email and then I wouldn't hear anything.  I just

2  figured that payroll resolved whatever issue that they had.

3  But then when I started getting cc'd on continuous emails

4  about the same commissions, then I started wondering what

5  the heck was going on.  That was about February, March

6  timeframe, March, April, and then, yeah...  I addressed it.

7  Payroll said that they would go back and do an audit.

8        I was reprimanded very heavily that I made a

9  video that went out to all of my sales team to let them

10  know if payroll did owe them anything -- if the company did

11  owe them anything, all the monies owed would be paid.  And

12  then that's whenever they were supposed to pay people what

13  they were owed.  Then they didn't want to pay people what

14  they were owed because the new comp plans, they weren't

15  going to be paid until that ridiculous timeframe.  So I

16  emailed -- I did not email.  I texted Sarah and Craig

17  basically my recommendation, which was to pay everybody

18  totally up to date what they were owed.  I said, Will you

19  lose some money?  Yeah, you will probably lose some money.

20  But at the end of the day you are going to save all of

21  these sales reps from leaving.  You are going to save them

22  from just not selling on purpose because now they are mad

23  and they are bitter because you are not paying them.

24        So then that's when they changed it to the 25

25  percent up front and the 75 percent after.  You know, 25

                                                        172

percent on the front end, so after it went out of
rescission, and then 75 percent after glass was on the
roof, two to three weeks.  But these sales reps, according
to the people that I still know are working there, are
still having problems getting paid.

Q.          Was turnover an issue, you know, in that
last year, year and-a-half?

A.          When they weren't paying crap, yes, turnover
was an issue last year.  But, I mean, that's a loaded
question when it comes to sales because, Sam, anytime with
sales, yeah, it's going to be a high turnover.  You are
going to have people that, oh, they want to make all this
money, and then when it comes down to it, sales isn't for
them.  They don't, you know, have a reason.  That's not
necessarily Solar Titan's fault.

           Being a sales rep and going into strangers' homes
and talking and stuff like that, that's not right for
everybody.  There's going to be some people that just you
know -- it's a numbers game.  They are not going to like
it.  It's not going to be for them.  Some people don't like
living off commission, you know.  It's not reliable enough.
It's not consistent enough.  It's not safe enough for some
people.

Q.          Do you remember when you saw the first news
story about Solar Titan?

                                                      173

```
 1        A.        Yes.

 2        Q.        When was that?

 3        A.        That was about the March, April timeframe, I

 4   believe.

 5        Q.        So just like a month or two before you

 6   finally said:  I've had enough; I'm going to quit?

 7        A.        Yes.

 8        Q.        Now, I have a copy of your resignation

 9   email, but I'm going to share it on the screen here.  And

10   just, you know, we don't have to go over all of it, but you

11   can see this here; right?  Can you see that?

12        A.        Uh-huh.

13        Q.        You know, I don't think we need to read all

14   of it.  I think you have confirmed with me before that this

15   is, in fact, your resignation email.  You talk about how

16   the sales comp plan would mysteriously change?

17        A.        Uh-huh.

18        Q.        You talk about customers cancelling their

19   contract within three days, but those cancellations not

20   being processed and how --

21        A.        Yep.

22        Q.        -- Craig and Sarah ordered them only to do

23   four, right, was it in a week or a month?  Remind me again.

24        A.        A week.

25        Q.        Okay.  You talked about the installer in
```

Macon who electrocuted herself?

A.         Uh-huh.

Q.         Which is horrible.  Then, of course, you
talk about becoming aware of the investigation by the
Attorney General's offices.  So, basically, it sounds like
there was a lot going on.  And I'll stop sharing this.
(Referring to screen-sharing.)  But was there any one thing
in particular that made you just say, Hey, look, enough is
enough.  I need to get out of here?

A.         It was -- it was a combination of
everything, you know.  It was not getting better.  It was
getting worse.  And the fact that they didn't care who they
had to step on.  They didn't care who they had to bulldoze
over.  They didn't care who they had to lie on, cheat on,
or cheat in order to save their ass.

           But I was in Huntsville and I had talked to --
that was when I had talked to their nephew.  And I think,
specifically, it's Michael's nephew, Michael Atnip's
nephew, and knowing that my sales reps were still not
getting paid, Craig and Sarah still demanded that my
management teams do these 10, 12 ride-alongs with these
reps every single week, but yet failed to give them any
type of gas card, failed to reimburse them for any gas they
were doing.  I was down there in my Jeep Rubicon and not my
company car, which was a Tesla, because Huntsville had one

                                                        175

supercharger, one.  And the average commute to one of these

sales presentations was an hour and-a-half one way, rural

Alabama.  So I couldn't even trust that the Tesla would

have enough battery to get to and from these presentations,

these ride-alongs that I was instructed to do.  Because I'm

not ever going to ask my -- my sales reps or my managers to

do anything that I haven't done a thousand times or

anything that I wouldn't be willing and able to do with

them.

　　　　So I took my daughter's Jeep down there.  And

when I had just gotten an email from Stacy and everybody

had gotten an e-mail that the company credit cards could no

longer be used for anything without pre-approval.  So if

you bought anything on your company credit card, whether

that's gas, a hotel stay, whatever, you had to pay for it

out of your own pocket, and, then, basically, ask to be

reimbursed.

　　　　First of all, I never abused my company credit

card.  I only used it for the gas that I was using for

work.  I was only using it for the hotel stays for my

managers and my reps that we were putting -- that we were

asking to go out of town for, for the company purposes.  I

would only use it for spiffs that I had already gotten

approved.  So I wasn't out buying myself stuff and going on

vacations and doing that sort of thing on their money.  I

                                              176

would never do that.  I'm not that -- I'm not wired that way.  I'm not built that way.

So I asked him, I said, Craig, I need to use the company card for gas.  I'm going on this appointment.  It's an hour and-a-half away.  Why aren't you in the Tesla?  I explained to him why I was not in the Tesla.  He said, Well, I'm not in charge of that.  Sarah is in charge of that.  You will have to find out from them on whether or not you can use it.  I thought this was your company and nothing happens with or without your say, right, or without your say?  He said, My job is to sit -- basically babysit you and John Carroll till this company gets above 20 percent closing, and then you will be happy every Friday; implying that I would be happy every payday.  I said, So what you are telling me, then, is I can't use the company credit card to put gas in a vehicle of which you want me to drive an hour and-a-half away to help a brand new sales rep get a sale -- get a sale for you, for your company?  You don't want me to use the company credit card for that?  He said, No, you have to get permission.  I said, Okay.

So it was piss-pouring the rain; I flipped a U-turn, because I was on my way to go to this presentation an hour and-a-half away with this brand new sales rep.  I filled up my gas tank with my card.  I went back to the hotel room, and that's when I made -- basically, yeah, he

177

```
 1    doesn't care about anything other than his money.  He could
 2    have overridden that decision.  Yeah.  Because he told me,
 3    Do whatever you've gotta do to get these numbers up.  But,
 4    no, you can't use the company card to put gas in a car that
 5    you are going and -- you are running all over God's
 6    creation to make my company and me money.  You're away from
 7    your kids all week.
 8         Q.        So, at the same time they are doing this
 9    penny-pinching, it sounds like they were also doing some
10    pretty big spending on their own?
11         A.        Absolutely.  That's why they were not paying
12    these sales reps.  That's why they are not doing the things
13    they should be doing.  But that's not necessarily the str
14    that broke the camel's back, but that in combination with
15    every single thing else that they were doing.  And, oh, by
16    the way, that evening I get a phone call from one of my
17    managers because he had had a $100,000 sale from about
18    4 1/2, 5 months prior that, basically, he got screwed out
19    of his commission.
20              I just got tired of it.  Then, the next morning,
21    I get that email from -- I get cc'd in on that email from
22    my sales rep that said, Please don't tell me this is true.
23    I'm only getting $58 in my account.  My little girl's fifth
24    birthday -- yeah, I was done.  I was done.
25         Q.        Yeah, I especially imagine the $58 for the
                                                          178
```

sales rep --

    A.           Broke my heart.

    Q.           Yeah.  And the contrast between the lifestyle that they were living?

    A.           Yeah.  I don't have a problem with whatever you want to buy, as long as you are fulfilling the commitment to the people that I had looked at in the eyeballs and said, Hey, we are a good company.  We are on the up and up.  We are going to pay you what we tell you we are going to pay you, and we are going to pay you when we tell you we are going to pay you.  And, oh, yeah, by the way, we are going to do these customers right.  We install these great systems and we are going to help them out. That's what I have a problem with, is when you can't meet the obligations to your current customers and your employees, but yet you can do everything else for you and your family that you want to do.  I have a real issue with that.

    Q.           You mentioned that they purchased a four million dollar house in Knoxville.  Did you ever go to this house?

    A.           No.  I was never invited to that house.  No. That was probably Jason that told you about that, not me.

    Q.           Okay.

    A.           So when I first started, they had -- they

179

1  had bought the house on -- oh, shoot; I can't remember the
2  name of it.  But, anyways, it was a split-level home.  It
3  was a nice house.  It wasn't anything extravagant.  It
4  definitely was not a one million dollar home.  It wasn't
5  even a five hundred thousand dollar home.  I was invited to
6  their first upgrade after that, which was off of Limerick
7  Lane.  And that was about a nine hundred and some thousand
8  dollar home.  So it was almost -- basically a million
9  dollar home.  But, no, they bought another house after
10  that, that I was never invited to.
11      Q.       But you know --
12      A.       That was probably the --
13      Q.       I'm sorry?  Say that again.
14      A.       I said that probably was the four million
15  dollar home.
16      Q.       You also mentioned that they had purchased
17  some yachts?
18      A.       Yes.
19      Q.       Do you know anything more about that, other
20  than they purchased them?  You know, like the types --
21      A.       No.  I was invited to go out with them on
22  the first yacht that they bought.  I was not invited again
23  after that.  I think Jason was invited, I guess, to them
24  buying their second yacht.  Then they bought a home in
25  Destin as well.  So, but, yeah, as far as from what Craig

                                                    180

said to me, they were buying yachts and then they decided
to open up, basically, a daily rental, you know, deep sea
fishing, that sort of thing. Because you can -- you can
rent those. You can rent the boat for the day or whatever.
He tried to tell me that he was going to do a contest for
these sales reps that whatever team won, they could go out
on his yacht for three or four days. But, yet the yacht
was only at capacity for six people, but, yet my average
team was eight people deep plus a spouse. So you couldn't
even come follow through on your stinking promise for that.
But I said, you know what? I'm not comfortable in rolling
out this wonderful spiff whenever these people are owed
thousands of dollars. It's not going to sit well with them
that, oh, the company is not going to pay you what they owe
you, but if you win -- so if you sell, sell, sell some
more, they are going to let you go out on one of their
yachts for two or three days. Me, as a sales rep, would
be, like, screw that yacht. I want my money.

Q.        That seems like a slap in the face?

A.        Yeah, it was.

Q.        What about planes?

A.        Yeah, they had a private jet.

Q.        It's like an actual jet, not, like, a
propeller plain?

A.        I was told it was a jet.

181

```
 1     Q.        Okay.  Have you seen it?
 2     A.        I was told, basically, in the beginning that
 3  even though I wasn't allowed to travel, he said, Well, you
 4  know I -- you know we love you like family, you and your
 5  girls, so anytime the girls want to go down with Jaden
 6  (phonetic) and spend time on the boats, the yachts, they
 7  can you know -- they can use the jet.  They will fly them
 8  down there.
 9     Q.        Who is Jaden?
10     A.        My kids -- their son.
11     Q.        Oh, okay.
12     A.        But my kids wouldn't want to leave and go
13  somewhere without me.  So, no, I have never been on the
14  jet.
15     Q.        So Richard --
16     A.        And that's okay.
17     Q.        Richard and Craig have a son together.  How
18  old is Jaden?
19     A.        Sixteen or seventeen now.
20     Q.        Oh, okay.  Okay.  So did they do, what is
21  it, surrogacy?  Is that what it's called?
22     A.        Yes.
23     Q.        You mentioned that there are some company
24  cars, some Teslas.  Can you tell me a little bit about
25  that?  How many?  What type?
                                                       182
```

1      A.          I've lost count.  So Sarah has a Model S.
2  Craig had -- or Craig has a Model S.  And then Michael had
3  a Model X.  And then they decided to leave one Model X down
4  at the house down in Destin.  Whoever was using the house
5  down in Destin, they could have a Tesla to use.  And then I
6  had a Model S that they were letting me use.  Then they
7  bought me a Model Y to use and they gave the Model S that I
8  was using to Dale Roden.  Then they were basically giving
9  their -- I think they bought their son a Model 3.  Then the
10  son didn't like that, so I think he wanted a regular car.
11  He just wanted to be a regular kid.  But they were giving
12  Model S's and Model X's to their family.  Basically they
13  wanted to let their family know they finally made it.  They
14  were buying them homes in Knoxville.  They were moving
15  everybody to Knoxville.  They were buying property down in
16  Alabama.  They wanted everybody, I guess, all their family
17  -- they were more or less, Hey, we finally made it.  Here,
18  we are going to rub it in your face to their family.
19      Q.          Were they purchasing these Teslas out of
20  their own pocket or are they purchasing them as a business
21  expense?
22      A.          I would say that they were writing it all
23  off as a business expense, but I don't know.
24      Q.          Are you aware of any other major purchases
25  that we should know about that either Sarah, Craig,

                                                    183

```
 1  Michael, or the company --

 2       A.        I mean, Sarah bought -- Sarah bought a --

 3  she bought a million dollar home on the lake, too.

 4       Q.        In Knoxville?

 5       A.        Yeah.  That's when that whole shenanigans,

 6  you know, took place when they said that they were going to

 7  buy me a house, and then it turns out I had to buy Sarah's

 8  house and then they were going to buy it at a certain

 9  amount and then they were going to sell it to me at a

10  certain amount more and then -- yeah.  Then when I said, No

11  thank you, on that, they got -- he got real mad at me.

12  Because I didn't feel $3,400 a month in rent was fair, and

13  they were overpricing her home in the first place.

14            This is what I think happened.  I think initially

15  when he offered, Hey, listen, I know you are going through

16  a divorce and you can't buy a house on your own right now.

17  So what we are going to do is we are going to buy you a

18  house, and then once your divorce is final, you can buy it

19  from us.  But it will be, basically, a land contract or a

20  lease-to-own or something until you can put it in your

21  name.  Oh, great, your budget is $600,000.  Oh, okay.

22            So I started looking at houses.  And he said, The

23  only stipulation is you gotta wait till -- I guess he had a

24  brother that was going through real estate school so he

25  wanted to make sure that he had his real estate license.

                                                    184
```

He wanted him to get the commission. That's fine.

So me and my oldest daughter were looking at houses on realtor.com, and I would send Craig a few of those listings. He's, like, Oh, yeah, that's nice. Then he comes in one day and he goes: Well, this is what we are going to do about the house. Sarah's house is for sale. So we are going to buy Sarah's house at $599,000 and then you're going to turn around and buy it from us for $630,000. And you're going to pay $3,400 a month in rent. And I said, Uh, okay. Does any of that money go towards the principal balance of the house or my down payment? No. It's just rent. Hmm, well, I'm going to have to think about that. Oh, it's such a great buy. It's such a beautiful house. It's, you know, blah, blah, blah, blah, blah, blah, blah, blah. No matter whether you buy it or not, me and Michael are going to buy it. It's a great investment.

So my daughter and I went out to go look at the house. It wasn't worth $600,000, not when I was going to have to totally update the entire interior of the home from the ceilings to the floors. It wasn't a bad home. It just wasn't worth $630,000. It wasn't even worth 599. So what I think happened is when she wasn't getting what she wanted out of it on the market, he saw "a sucker" tattooed across my forehead.

1      But all that is shiny is not gold, ladies and
2  gentlemen.  So I told him, I appreciate the offer, Craig,
3  but, you know, I'm not going to do it.  We weren't even
4  going to buy that house.  This is how you repay me?  I
5  mean, it was just ridiculous.  But, yeah, I may have been
6  born at night, but it wasn't last night.  So just -- so,
7  yeah.
8               MR. KEEN:  Alicia, did you have any
9  follow-up on any of that stuff?
10              MS. DANIELS-HILL:  How long did you
11 know Craig before coming to Solar Titan?
12              THE WITNESS:  I met Craig probably in
13 2015.
14              MS. DANIELS-HILL:  When you met him,
15 would he have been able to afford the houses, the yacht,
16 the plane, anything like that?
17              THE WITNESS:  Hell no.  No.
18              MS. DANIELS-HILL:  What about Richard?
19 Would he have been able to afford all that?
20              THE WITNESS:  No.  This was while he
21 was -- this was fresh after, I believe, his conviction.  So
22 they lost everything.  That's what he told me anyways, and,
23 not initially upon us meeting, but later.
24              MS. DANIELS-HILL:  That was my only
25 follow-up.

                                                        186

BY MR. KEEN:

     Q.          Whenever you were there, was Solar Titan on
the TVA Green Connect Program?

     A.          I'm not for sure.

     Q.          Okay.  Are you familiar with that?

     A.          The GCP?  Not really, no.

     Q.          Did anybody ever talk about getting kicked
off that program?

     A.          I do know that at one point in time we were
on the preferred solar installers.  We were on the TVA
website.  That's how we got -- I actually got a call one
day randomly when I was in the office -- this was back in
2021 -- and, Hey, me and my wife, you know, we've moved
here recently.  We saw, you know, Solar Titan on the TVA
website.  We'd like you to come out and give us a quote.
So I did and they went solar.  Then, obviously, they were
not on the website anymore.  So I didn't realize we were
kicked off of it.  I just -- yeah.  Of course, they are not
going to tell me that.

     Q.          Do you have any concerns about -- let me ask
you this.  Have they made any major sales?  Have they sold
anything that they have bought with their money?  Do you
know if they sold a boat or any real estate or anything
like that recently?

     A.          I don't know.  Rumor has it that they had to

                                                          187

1 go sell their boats and something else down in Florida to
2 be able to make payroll. But I don't know. I don't know
3 that to be true, because that was after I left. I
4 call-blocked them. I didn't want to ever talk to them
5 again. Oh, I'm sure he's tried to call me and --
6         Q.        Craig Kelley?
7         A.        Oh, I'm sure, yes. To cuss me out or
8 whatever. When I left, I didn't just burn that bridge, I
9 poured kerosene over that bridge and I lit a match. I
10 didn't want to ever talk to them again.
11         Q.        I know you talked about this a little bit,
12 but did Craig, whenever you first met him in 2015, did he
13 explain that he was on probation? Did you know that he --
14         A.        No, I did not.
15         Q.        Okay.
16         A.        So, yeah, that didn't take place until I had
17 known him for a while.
18         Q.        When did you find out about that?
19         A.        I would say a year later.
20         Q.        Okay.
21         A.        He kind of opened up a little bit to me, but
22 not really. And it was none of my business at that point
23 in time. He made himself out to be the victim, as he is
24 making himself out to be the victim now. It's all
25 Generac's fault. When I left, it was all my fault. He was

                                                      188

1  telling people that I single-handedly destroyed their
2  company.  He was having John Carroll tell everybody that.
3  John Carroll was telling everybody I was making millions of
4  dollars a year.  He had to get that information somewhere.
5  He got it from them.  But, yeah, I can pull my W-2.  I've
6  never made close to a million dollars a year, let alone two
7  million a year.

8      Q.        If we ask for their payroll records, do you
9  think that that's what they would tell us?  We haven't
10 asked for their payroll records yet, but I just wonder, do
11 you think that they would fudge the numbers a little bit or
12 --

13     A.        I was told that -- and everything that -- I
14 don't know, as far as what Jason Horton says, but Jason
15 says that they have three different spreadsheets of numbers
16 of payroll and end-of-year profits that, you know,
17 everybody got.  And he said my name was on there and that I
18 had, on their records on their spreadsheets, that I had
19 made millions.  I was, like, Well, I never did.  So I'm
20 wondering if they've opened up an account in my name
21 somewhere and they funneled money in my name.  I don't
22 know.  I don't know what they have done.  I don't know what
23 they haven't done.  I wouldn't be surprised if you don't
24 get different numbers than what they have really paid
25 people, myself included.  I'm pretty sure the -- (Zoom

                                                        189

1 distortion) I didn't get any of my PTO.  I didn't get my

 2 vacation time paid out, nothing, when I left.

 3      Q.      But you have concerns about whether or not

 4 they would be forthcoming about their financial state?

 5      A.      Absolutely.  They are not going to be.  They

 6 have not been forthcoming with anything else.  Why would

 7 they start now?

 8      Q.      Have they made any changes to the office,

 9 like, physical changes to the Whirlpool office location?

10      A.      Yes.

11      Q.      Can you tell me a little bit about that?

12      A.      Well, I know that there's a -- there's key

13 codes.  There's, basically, combination locks on every door

14 to get to them.  I, personally, have my own theory.  My

15 theory is they've pissed off so many people, they are

16 afraid somebody is going to come in there and shoot up the

17 place.  It's either that and they are afraid for their

18 lives -- they've had so many death threats -- or they've

19 got so much to hide that they don't want anybody being able

20 to access them.

21      Q.      Have they hired security guards?

22      A.      Yes.  They told me in the beginning that was

23 for insurance purposes.  Bullshit.  Bullshit.

24      Q.      Yeah.  Seems a little bit dramatic if you

25 are you know --

                                                    190

```
 1    A.          Yes.
 2    Q.          -- a home improvement solar power company to
 3 hire security guards.
 4    A.          Why would you need armed guards?  Why would
 5 you need armed guards?
 6    Q.          Do you still talk to anybody at all from
 7 Solar Titan?
 8    A.          I -- no, not on their (Zoom distortion) --
 9    Q.          Definitely not, like, Sarah Kirkland or
10 Craig Kelley?
11    A.          No.  I call-blocked them.
12    Q.          Okay.
13    A.          So even if they tried to call or text me,
14 no.  I don't have anything to say to them.
15    Q.          If a customer -- you know, obviously there
16 is probably hundreds of customers still out there that
17 don't have a fully operational system.  What would you
18 recommend to a customer if they were out there and they
19 needed, basically, to get across that finish line?  How do
20 you think that they could do that?
21    A.          So the few customers that have been in
22 contact with me, I have contacted Dale Roden via text
23 message, and I have basically created a text message thread
24 with that customer and Dale Roden and said, This is your
25 contact.  This is who you need to get your system completed
                                                        191
```

```
 1   and done.
 2        Q.          That reminds me, you were going to email me
 3   some text messages.  I think you said you have text
 4   messages between you and Craig where he talks about that --
 5   what his role is in the company.  Is that correct?
 6        A.          Yes.
 7        Q.          All right.
 8        A.          I've got those.  Yes, I can email those to
 9   you.
10        Q.          Okay.  Yeah, we don't need to go over them
11   right now.  But if you just email me those, and then if I
12   have any questions about them, I'll give you a call.  Is it
13   602?  Is that the best number to reach you at or is it 606
14        A.          606-312-6075.
15        Q.          Okay.  All right.  And then on the CRM, on
16   the Salesforce stuff -- is it just Salesforce or is it
17   MarketSharp as well?
18        A.          On what?
19        Q.          You said you have their CRM?
20        A.          No, I don't have MarketSharp.
21        Q.          Just Salesforce?
22        A.          Yes.
23        Q.          Okay.  All right.  I will talk with my boss
24   about maybe we can mail you -- would that work if we mailed
25   you a hard drive?
```

192

```
 1    A.        Yes.
 2    Q.        Okay.  All right.  We will work out the
 3 logistics of that.
 4              MR. KEEN:  Alicia, any questions on
 5 your end?
 6              MS. DANIELS-HILL:  Sorry.  Trying to
 7 find my mute button.  No.  I just wanted to thank you,
 8 Shawna, for taking the time.  We did not expect it to go
 9 all day, so I apologize it has gone so long, but we
10 definitely appreciate you taking the time to talk to us.
11              MR. KEEN:  Yes.  Is there anything that
12 we didn't go over that you think we should go over before
13 we break?
14              THE WITNESS:  No, I don't think so.  I
15 think that's about it.
16              MR. KEEN:  Well, again, you know, just
17 to reiterate -- Alicia -- we do appreciate you talking with
18 us today.  We will be in touch in terms of scheduling to
19 try to figure out the logistics for the CRM stuff and
20 getting those text messages.  If there is anything -- if
21 you have any questions or anything, obviously, feel free to
22 reach out to us anytime.  But if -- Helen, is there
23 anything you need from us?  I guess let's just go off the
24 record.
25              COURT REPORTER:  Okay.  The time I have
```
193

1  is 4:03.  We are off the record.

2  END OF THE SWORN STATEMENT.

194

```
                        REPORTER'S CERTIFICATE

STATE OF TENNESSEE            )

COUNTY OF WILSON              )


      I, HELEN K. STEPHENS, Licensed, Registered

Professional Reporter for the State of Tennessee, hereby

certify that I reported the foregoing sworn statement of

SHAWNA HELTON, via Zoom, by machine shorthand to the best

of my skills and abilities, and thereafter reduced the same

to typewritten form.

      I further certify that I am not related to any of the

parties named herein, nor to their counsel, and have no

interest, financial or otherwise, in the outcome of these

proceedings.

      I further certify that in order for this document to
be considered a true and correct copy, it must bear my
original signature and that any unauthorized reproduction
in whole or in part and/or transfer of this document is not
authorized, will not be considered authentic, and will be
in violation of TCA 39-14-104, Theft of Services.

            Dated:      October 31, 2022


                              _____
                              HELEN K. STEPHENS, RPR, LCR
                              Licensed, Registered Professional
                              Reporter, for the State of
                              Tennessee
                              License Expires:  6/30/24
```

195