# Exhibit E

## Sworn Statement of Sarah Dorismar

# In The Matter Of:

*In Re: Investigation of Ideal Horizon Benefits,*
*d/b/a Solar Titan USA, Inc.*

---

*Sworn Statement of Sarah Dorismar*
*August 27, 2022*

---

*Christina A. Meza, LCR, RPR, CCR*
*Licensed Court Reporter*

Original File 2022-08-27 Sarah Dorismar.txt
**Min-U-Script® with Word Index**

1

```
IN RE:                        )
                              )
INVESTIGATION OF IDEAL HORIZON )
BENEFITS, d/b/a SOLAR TITAN   )
USA, INC.                     )
```

-------------------------------------------------------

SWORN STATEMENT OF

SARAH DORISMAR

Saturday, August 27, 2022

-------------------------------------------------------

APPEARANCES:

For the State of Tennessee Attorney General's Office:

        Mr. Samuel D, Keen
        Ms. Alicia Daniels-Hill
        Ms. Emily Knight
        Consumer Protection Division
        Office of the Tennessee Attorney General
        P.O. Box 20207
        Nashville, TN  37202
        615-837-5155
        samuel.keen@ag.tn.gov
        alicia.daniels-hill@ag.tn.gov


Transcribed By:
Christina A. Meza, LCR, RPR, CCR

1           The sworn statement of Sarah Dorismar

2    was taken by counsel for the Office of the Tennessee

3    Attorney General by Zoom video conference on Saturday,

4    August 27, 2022, for all purposes allowed under the

5    Tennessee Rules of Civil Procedure.

6           The reading and signing of the

7    completed sworn statement by the witness was not

8    discussed.

9    ----------------------------------------------------------

10                        INDEX

                                                    PAGE

11   SARAH DORISMAR:

12       Examination by Ms. Daniels-Hill .............    4

13

14                       EXHIBITS

15                   (NONE OFFERED.)

16

17

18

19

20

21

22

23

24

25

1          MS. DANIELS-HILL:  We are on the

2   record in the matter of in re Investigation of Ideal

3   Horizon Benefits doing business as Solar Titan USA

4   pursuant to a request for information issued

5   to Sarah -- and I'm going to say your name as Dorismar;

6   is that right?

7          THE WITNESS:  Yes.

8          MS. DANIELS-HILL:  -- issued on

9   August 22nd, 2022.  Good morning, Ms. Dorismar.  Would

10  you state your name for the record.

11          THE WITNESS:  Sarah Dorismar.

12          MS. DANIELS-HILL:  Will you spell your

13  last name?

14          THE WITNESS:  It's D-O-R-I-S-M-A-R.

15          MS. DANIELS-HILL:  Thank you.  My name

16  is Alicia Daniels-Hill.  I'm a legal assistant with the

17  Tennessee Attorney General's office, and I have with me

18  on the line Samuel Keen, assistant attorney general at

19  the Tennessee Attorney General's office; and Emily

20  Knight.  She is the administrative secretary for our

21  office and a registered notary in the state of

22  Tennessee.  Do you have any objections to Ms. Knight

23  swearing you in?

24          THE WITNESS:  No.

25          MS. DANIELS-HILL:  Thank you.

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1      Ms. Knight, will you swear her in.

2      MS. KNIGHT:  Absolutely.  Good

3  morning, Ms. Dorismar.

4      MS. DORISMAR:  Good morning.

5      (Oath administered by

6      Ms. Emily Knight.)

7      SARAH DORISMAR,

8  called as a witness, having been duly sworn, was

9  examined and testified as follows:

10      EXAMINATION

11  BY MS. DANIELS-HILL:

12  Q.      And, Ms. Dorismar, we talked about this

13  earlier, that Ms. Knight will not be staying as a

14  part of the Zoom call -- for the entirety of the

15  Zoom call, but you understand that you will remain

16  under oath for the remainder of this call?

17  A.      Yes.

18  Q.      Okay.  Ms. Dorismar, do you understand

19  what being under oath means?

20  A.      Yes.

21  Q.      So you understand that you're providing

22  this testimony under penalty of perjury?

23  A.      Uh-huh.  (Witness moves head up and

24  down.)

25  Q.      And also your responses to this

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 7 of 100   PageID #: 865

```
 1   recording may need to be transcribed by a court
 2   reporter later.
 3   A.          Okay.
 4   Q.          For that reason, we'll make sure that
 5   you're only going to be giving verbal responses.
 6   You can nod your head, but also please say yes or
 7   no, for example.  Is that something that you can do
 8   today?
 9   A.          Yes.
10   Q.          And then I'll do my best to pause after
11   you've responded to make sure we're not talking over
12   one another on the recording.
13   A.          Sorry.  Sorry.  You saw my son getting
14   in the car.
15   Q.          No problem.  But do you -- would you be
16   able to also make a pause after someone has asked a
17   question just to make sure that when we --
18   A.          Yeah.
19   Q.          -- throughout the recording that --
20   we're not talking over each other on accident?
21   A.          Yeah.
22   Q.          So I imagine we'll probably take a few
23   breaks today, depending on how long this proceeding
24   goes.  If you need a break, do you mind letting me
25   know?
```

```
1   A.          Yes.  That will be good.  Uh-huh.  Do
2   you know how long it's going to be, just because it
3   is a Saturday, and -- I mean, I don't know how much
4   information I would be able to share that is
5   beneficial, but ...
6   Q.          So I was going to say it's hard to tell
7   how long this will go because it's really going to
8   depend on how long it takes us to get the
9   information that we were hoping to get from the
10  sworn statement, but what I will say is we will not
11  be delaying or trying to take up most of your
12  Saturday.  If the information comes out quickly,
13  then we'll end as soon as we've gotten the
14  information.
15  A.          Okay.
16  Q.          If there are any questions that I ask
17  that you don't understand, will you let me know so I
18  can clarify?
19  A.          Yes.
20  Q.          The same with Mr. Keen.  He may also
21  have questions.  Will you ask him to clarify if
22  there's a question that he asks that you don't
23  understand?
24  A.          Yeah.
25  Q.          And then finally I just wanted to kind
```

1  of go over what a sworn -- what giving a sworn

2  statement is for the purposes of a request for

3  information, because they are a little bit different

4  than civil court proceedings and civil depositions.

5  This is a tool that our office has and allows us to

6  get information to determine whether there's a

7  violation of the Consumer Protection Code.

8  A.          Uh-huh.

9  Q.          And that means that with that comes

10  certain authority.  Generally for all the questions

11  that we ask, as long as it relates to what we're

12  investigating, this would be something that you

13  would not be allowed to withhold information for

14  unless you have attorney-client privilege.

15          To my knowledge, you had not told us if you

16  had been represented by counsel.  Are you currently

17  represented by counsel?

18  A.          No.

19  Q.          So if you had, then I just wouldn't ask

20  questions about your conversations with your

21  attorney because that would be privileged.

22          So that now that we've gotten past some of

23  the ground rules, let's talk a little bit about your

24  background.

25  A.          Uh-huh.

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1  Q.          These are questions that we typically
2  ask for every sworn statement.  Have you ever
3  testified in a trial or a deposition before?
4  A.          No.
5  Q.          And will you tell me --
6  A.          Oh, actually -- sorry -- yes.  Several
7  years ago I did testify on a custody hearing.
8  Q.          Do you remember who the parties were in
9  that custody hearing?
10 A.          The father was Michael Brewer.
11 Q.          Were you the other party?
12 A.          No.  I was a witness to -- they were
13 moving their children to Haiti.  They were moving
14 their children to Haiti, and because I had lived
15 there for several years, they just wanted me to give
16 testimony on what it was like to have family there.
17 Q.          You said that was a couple of years ago.
18 So in 2020 or --
19 A.          No.  Like 2011-ish maybe.  I can't
20 remember exactly the dates.
21 Q.          And who was the mother in that case?
22 A.          I actually can't remember her name.
23 Q.          Do you remember what court you were
24 testifying in?
25 A.          In Blunt County.

```
 1   Q.          In what state?
 2   A.          Tennessee.
 3   Q.          Just in case there's more than one of
 4   those, I just wanted to clarify.  Have you actually
 5   resided in any other states than Tennessee?
 6   A.          No, other than when I lived in Haiti,
 7   but that's not another state.
 8   Q.          How long did you live in Haiti?
 9   A.          Four years.
10   Q.          Do you remember what years those were?
11   A.          I moved in 2010 and then back in 2014.
12   Q.          And where are you currently residing?
13   A.          In Townsend, Tennessee.
14   Q.          And what do you currently do?
15   A.          I am working at BlackBerry Farm in the
16   registration -- not registration -- the reservation
17   department.
18   Q.          How long have you been working for
19   BlackBerry Farm?
20   A.          Since June 24th.
21   Q.          What were you doing before June 24th?
22   A.          I was with Solar Titan.
23   Q.          And what was your position at Solar
24   Titan?
25   A.          My last position was finance and admin
```

1    manager.

2    Q.          You said the last position.  What was

3    your position before that?

4    A.          I was hired in as just a regular admin

5    for the operations team, and then after several

6    months, I was promoted to the last position that I

7    had.

8    Q.          So you were the finance and admin

9    manager from what time period?

10   A.          I do believe it was December of last

11   year until when I left in I believe it was June.

12   Q.          Do you remember what your last day was

13   with Solar Titan?

14   A.          I started at BlackBerry June 24th.  So

15   it was possibly a few days before then because I

16   pretty much did my two-week notice and then started

17   at BlackBerry.

18   Q.          And how did you find out about the admin

19   position at Solar Titan when you started?

20   A.          I'm sorry.  Can you repeat the question.

21   Q.          How did you find out about the admin

22   position at Solar Titan when you started?

23   A.          So a friend of mine that was working

24   there posted on Facebook that they were hiring, and

25   I just contacted and applied.

1   Q.      Who was the friend that posted?

2   A.      His name was Russell Williams.

3   Q.      Was he currently working at Solar Titan?

4   A.      Yes.

5   Q.      What was your start date with Solar

6   Titan?

7   A.      September 28th.  So this year would have

8   been two years.  So I believe that would be 2020.

9   Q.      And did you have to apply for the

10   position?

11   A.      Yes.  I came in for -- I don't believe

12   there was a formal application at the time just

13   because they were starting up, but I did come in --

14   I sent in my resume and then I came in for an

15   interview and was hired at the interview.

16   Q.      Do you recall who interviewed you?

17   A.      Sarah Kirkland.

18   Q.      Was there anyone else in that interview

19   or --

20   A.      No.

21   Q.      -- just you and Ms. Kirkland?

22   A.      Uh-huh.

23   Q.      And how long after the interview was the

24   process for actually getting on board?

25   A.      So I was hired then, and I had -- I

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 14 of 100   PageID #: 872

1   think it was -- I think it was like a Tuesday maybe.

2   I'm not really sure.  It's been two years.  But the

3   next week I do believe is when I started, and then I

4   had already planned a vacation with my family, so I

5   worked a week and then took a vacation and then came

6   back.  So it could have been two weeks really.

7   Q.          Do you remember what your first week was

8   like?  Were you in training for that whole week or

9   anything like that?

10  A.          Yeah.  I went -- I pretty much followed

11  the two other admins that were currently working

12  just to kind of get more knowledge of the business

13  and, like, their processes and stuff.  But what they

14  actually hired me to do was something that they --

15  the two that had already been there -- they've never

16  handled the finances.  So when I started, Sarah and

17  Craig, who are owners -- they handled working with

18  the finance companies and different things like

19  that.

20              So because they were growing, they hired me

21  to kind of take those roles on from them.  So there

22  wasn't technically a finance department.  So there

23  wasn't any policies and procedures and things like

24  that.  So they allowed me to create that -- those

25  policies and things, and as we grew, that department

1    grew.  All the departments grew really.

2    Q.        So you said Sarah and who else was

3    handling the finances?

4    A.        Craig Kelley.

5    Q.        And did you do any training under them

6    since they were the ones that were handling it?

7    A.        With Sarah, yes.

8    Q.        And then what exactly did Craig Kelley

9    do?

10   A.        So I didn't really have a lot of

11   training with Craig.  I'm not a hundred percent sure

12   what he did, but I do know that if things weren't

13   done fast enough, I would be getting phone calls.

14   Q.        So how did you know that Craig had also

15   been handling the financing with the finance

16   companies?

17   A.        Sarah just told me.  So, like, she

18   handled a portion and then he handled -- so there's

19   pre -- pre-installation processes with the financing

20   companies and then there's post installation process

21   for the finance companies.  So I don't know how they

22   split it up.  I just know that they both worked on

23   those processes.  And then when I came along, they

24   taught me both of those processes and that took it

25   off of their plates.

1    Q.          I forgot to ask you this earlier.  You

2    said you initially followed two other admin staff.

3    What were their names?

4    A.          So Russell Williams and then Lakea

5    Helton.

6    Q.          You said they were doing different work

7    than you would be doing?

8    A.          Right.

9    Q.          So when you were working on the -- I

10   guess the finance -- or working with the finance

11   companies, did you use any specific systems for

12   that?

13   A.          So each one of the finance companies had

14   their own portal and required documentation that we

15   had to submit to them.  So we just -- that's what we

16   worked with.

17   Q.          You learned the portals for the

18   different financing companies?

19   A.          Uh-huh, yeah.

20   Q.          Who was it that taught you that -- was

21   that Sarah Kirkland as well?

22   A.          Yeah.

23               MS. DANIELS-HILL:  Before I get too

24   much further in, I want to stop and make sure that

25   Mr. Keen doesn't have any questions.

1          (No audible response.)

2    BY MS. DANIELS-HILL:

3    Q.          Would you kind of go over some of your

4    job responsibilities when you first started?

5    A.          Yeah.  So as I was stating, there were

6    pre-installation requirements.  So at the time we

7    were working with Mosaic and Sunlight were the two

8    financing companies, and then obviously there were

9    cash buyers that we required 50 percent down and

10   then 50 percent at installation.

11          So Mosaic required that we submitted the

12   installation agreement that showed what size system

13   that they bought and different things like that.  So we

14   submitted that document, and then they reviewed it and

15   the other -- also with the actual loan documents that

16   the customers signed at the time of the purchase just

17   to make sure that everything matched.  And then once

18   they finished reviewing it, they moved forward and we

19   had to put in the bill of lading information, so the

20   cost of the materials.  And then once all of that was

21   reviewed and accepted, then Mosaic gave us the clear to

22   move forward with installation.

23          And the same thing with Sunlight.  They had

24   different requirements of documents that they -- pretty

25   much the same thing.  So once all of their processes

1    were approved, we were clear to move forward.

2            And then that's when I gave the file to

3    either Russell or Lakea, depending on the state that

4    the client was in, and they would work with the utility

5    companies and the permitting authorities for those

6    states to get all the required things processed there.

7            And then because -- I don't know -- because

8    I was good at multitasking, they also gave me the

9    responsibilities for scheduling the crews.  So at the

10   time I think we only had three crews, so it wasn't that

11   difficult to -- once finance was cleared and it went

12   through permitting and it came back to me for

13   scheduling for installation, then I scheduled the crews

14   to go out and called the customers to verify the dates

15   that we had available for us to come out and schedule

16   and install the system.

17           And then once everything was finished, then

18   I would -- it would still be with me because financing

19   companies had the requirements for post installation.

20   So they had to -- we had to submit the engineering

21   plans and also pictures of the install to show the

22   finance companies that we completed the project.  And

23   then that was the second milestone.

24           And once that was complete, it went back to

25   the permitting department to where they pulled --

1    they -- from where they pulled the permits, they

2    contacted the inspectors for that area and let them

3    know that we finished the project and for it to get

4    inspected.  So there was a certain amount of time that

5    we had to get the inspection done and then uploaded the

6    passed inspection to the finance company for the last

7    milestone and then the project would be completed.

8    Q.          All right.  So that's quite a lot.  So

9    I'm --

10   A.          Sorry.

11   Q.          It's a little bit more detail in each

12   part, but I didn't want to interrupt you because

13   it's actually helpful to see the entire order of how

14   things are typically done at Solar Titan.  So you

15   said that for pre-installation you would upload the

16   install agreement from the customer?  The customer

17   signed?

18   A.          Right.  So when the sales rep goes out,

19   they have the documentation that we need as the

20   company and also the documentation for the finance

21   companies.  So while they're there, the finance

22   companies emailed them the loan documents that they

23   signed through their email, and then we have the

24   installation agreement which is our contract with

25   them that they sign.

1        So the sales rep would upload all of the

2   required documents into our portal, and then I would

3   take it from that and upload it into the finance

4   portal.

5   Q.        And how would you get the install

6   agreement from the customer if the sales rep is

7   collecting it probably at the time of sale?  How are

8   they providing that information to the office?

9   A.        So they would download all of the

10  documents.  So they would scan them in or take a

11  pictures of the documents and upload it into our

12  system, and then once a week, sometimes once every

13  two weeks, they would bring in the hard copies of

14  all the documents and we would file it away in the

15  customer's file.

16  Q.        And so then you would have the access to

17  upload it on the portal for Mosaic or Sunlight?

18  A.        Yes.

19  Q.        And then how long after the sales rep is

20  making the sale is that information being uploaded

21  on the portal for either Mosaic or Sunlight?

22  A.        Usually the next morning.  So every

23  morning we come in and we upload the information of

24  all the sales that happened the day before.

25  Q.        Okay.  So what happens after the upload?

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 21 of 100   PageID #: 879

1    You said that Mosaic reviewed the documents and the

2    loan documents.  When does Solar -- or Mosaic or

3    Sunlight actually pay Solar Titan?

4    A.          So there is -- when I first started, it

5    was three different amounts and three different

6    payments at each milestone.  So there was a

7    percentage at the first, at the second milestone,

8    and the last.  I think it was like 10 or 15 percent

9    at the third milestone.

10          But as they grew and they got more business

11    and in turn got the finance companies more business,

12    they changed it to a two-payment time, and I believe --

13    I can't -- I don't know -- they didn't always share how

14    much the percent of when each payment happened, but I

15    believe it was -- when I was leaving, it was either

16    60/40 or 70/30.

17          So at the first milestone, we received

18    60 percent of the amount, and then when we uploaded the

19    installation, we received the last 40.  But then if we

20    didn't reach the third milestone in the time frame that

21    they gave, they retracted a hundred percent of the

22    funds until we uploaded that passed inspection.

23    Q.          I was going to say, so when you -- or

24    when Solar Titan had the three milestones, what was

25    the first, the second, and the third milestone?

1  A.          Like the percentage of how much money

2  they gave?

3  Q.          No.  Like what was required for them to

4  actually pay out?

5  A.          So the first -- the first milestone --

6  it's called bill of lading approved.  So it's when

7  they reviewed and accepted all of the documentation

8  and they -- Mosaic actually does a welcome call that

9  they reach out to the customer and just say, hey, we

10  were notified you are wanting to do this.  This is

11  your loan agreement.  This is your interest, like

12  all of the financial things.  And they agree to it,

13  and so it gets to bill of lading approved and they

14  let us know that we can move forward.  That's

15  milestone one.

16          Milestone two is when we upload the

17  pictures of installation and tell them that

18  installation was completed.  That's milestone two.  And

19  then milestone three, which is the last one -- and it's

20  called -- oh, goodness -- PTO, which it's permission to

21  operate is when we upload the passed final inspection,

22  and that's the three different milestones for both

23  Mosaic and Sunlight.

24  Q.          So for the first one, you said it was

25  the bill of lading?

1  A.          Uh-huh.  So that's because they request

2  the -- so they request the contract between us and

3  the customer, and then the amount for the actual

4  system.  So they have to approve that amount.  I

5  don't -- sometimes they would even kick it back if

6  it was saying it was too much -- I don't know if it

7  was too much or if something wasn't put in the

8  system correctly, like if there was a battery or no

9  battery.  So everything just had to be completely

10  correct before they would approve it.

11  Q.          And the second one is after the install,

12  but then you have a third one that sounds like it

13  was after the system was turned on.  So when the

14  system was installed, it wasn't necessarily

15  operational at the time of install?

16  A.          Correct.  Because you have to get a

17  passed inspection from the state to be able to turn

18  it on.

19  Q.          And so then that third milestone was

20  after it was actually turned on?

21  A.          Yes.

22  Q.          Do you remember when they switched from

23  three milestones to two milestones?

24  A.          They still have three milestones.  It's

25  just the payments switched to where they used to

1    hold the last 10 percent until we uploaded the third

2    milestone, and then -- but they are still required

3    to hit all three milestones.

4            So where before I think they wouldn't have

5    released that last amount of money until it happens,

6    and now that they have received all of the money at the

7    first two, if -- I believe it's 120 days they have from

8    milestone two to reach milestone three, and if they

9    don't reach it within 120 days they retract a hundred

10    percent of the funds until the third milestone was

11    reached.  And that happened quite often.

12    Q.        So when did Mosaic decide to switch and

13    stop holding the 10 percent until the third

14    milestone is complete?

15    A.        I wasn't given that information, so I

16    don't know exactly when that happened.

17    Q.        How did you know that it changed then?

18    A.        It was in conversation I believe, but

19    they didn't tell me, like, the exact time that it

20    happened.  So when I did find out that that changed,

21    I don't know how long it had been.  So, like, the

22    finances and things like when money was coming in

23    and out was never something that was shared with

24    people in the company.

25    Q.        Do you remember when you actually found

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 25 of 100   PageID #: 883

1　out, like when someone told you that they --

2　A.　　No.

3　Q.　　-- were changing it?  Okay.  Do you know

4　the reason that it may have been changed?

5　A.　　Just because of bringing in more

6　customers for them, and they're making more money

7　because we're making more money and that's just one

8　of their perks, I guess.

9　Q.　　And I want to make sure that I don't

10　miss anything.  So when they were holding the

11　10 percent, the first milestone would have paid how

12　much percentage of the contract?

13　A.　　Again, they didn't share that

14　information.

15　Q.　　So you don't know if it was maybe the

16　same 60/40 or like a variation of 60/40 or 70/40?

17　A.　　I can imagine so that it was probably

18　70/20 and then 10 and some variation of that.

19　Q.　　I'm looking through to make sure I

20　didn't miss anything there.  So it sounds like you

21　didn't have access to the accounts or know about the

22　accounts that the finance companies were paying

23　their financing into?

24　A.　　At the beginning no, but towards the end

25　I did see -- because when there was a lot of what

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 26 of 100   PageID #: 884

1  they called clawbacks was when we didn't reach the

2  milestone.  They would claw back a hundred percent

3  of the money.  So when there was a million dollars

4  or $4 million taken out of the bank account, they

5  came to me a lot and were like -- well, Craig came

6  to me a lot and was upset that that much money was

7  taken out.  And I just had to reaffirm to him that,

8  yes, I am the finance manager and, yes, it is my job

9  to put in the passed inspections to where we don't

10  have these clawbacks, but I was not the manager over

11  the permitting department to where they actually

12  pulled the permits, called for an inspection and got

13  the inspections, and then I was not over the crews

14  that actually installed the systems correctly --

15  that they would get passed inspections the first

16  time and not have to go out four or five times.

17            So, like, if you want to be upset with

18  someone, go to those managers.  So, like, if I had a

19  passed inspection, I'm going to be uploading it into

20  the portal, but I can't upload something that I don't

21  have.  So ...

22  Q.        Just to be sure that we're being clear,

23  when you're talking about the term "clawbacks,"

24  you're talking about when essentially the finance

25  company, either Mosaic or Sunlight, passed that 120

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1    day hits, they take the money back out of Solar

2    Titan's account?

3    A.        Yes.  So I don't think anybody would

4    like $4 million taken out of their account no matter

5    how much was in it.

6    Q.        So this was happening with multiple

7    contracts if they're taking that much out?

8    A.        Yes.

9    Q.        Do you know how many contracts that was

10    happening with at a time?

11    A.        At least -- monthly there was money

12    taken out of the accounts.  So -- and that kind of

13    opens another door to the different types of

14    clawbacks.  So -- and cancellations.  So -- and it's

15    something that I fought for from the day that I

16    understood the process and knew what was happening

17    with -- in regards to the finances with not only our

18    customers, but customers that signed up and then

19    ended up wanting to cancel later on down the

20    process.  So we have a three-day grace period.  You

21    sign the contract and then you have three days to

22    cancel that we would let you out of the contract.

23            And that's the same thing with the finance

24    company.  They gave you the three-day grace period

25    before -- and then there wouldn't be any penalty or

1    anything to be let out of the contract.

2            But because they wanted us to put the

3    information into the system the day after the contract

4    was signed, we met the bill of lading approved most of

5    the time before that three days was over.  So we

6    received money on that account.  But, say we received

7    the money on day two, day three you call in and want to

8    cancel, we're legally obligated for you -- to let you

9    out of the contract, but because we had already reached

10   that first milestone and they paid us money, their

11   cancellation process takes longer.

12           So sometimes they will actually get billed

13   for their first payment before their contract is

14   finished.  Yes, Mosaic is wonderful about anything

15   coming out of their account is reimbursed to them, but

16   we had to deal with a lot of customers that were mad

17   that they had bills coming out and they didn't even

18   purchase the system.  So we just had to explain to them

19   that that was Mosaic's process and it did take quite a

20   long time.

21           So I tried to have them hold us three days

22   from putting in any documentation into the portals so

23   if anyone canceled within those three days, then we

24   wouldn't have received money and it wouldn't have taken

25   longer for the cancellation process to happen.  And as

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 29 of 100   PageID #: 887

1    I said, September would have been two years, and I

2    don't think they do that still.

3            So it's -- they always said it was a cash

4    flow issue, it was a cash flow issue, but I tried to

5    explain to them after we get past that first initial

6    three days, then the cash flow is going to be coming in

7    every single day.  So it's like we can -- on the

8    grander scheme of things we can take those three days

9    of not receiving money in for new sales because there's

10   still going to be money coming in for completed deals,

11   but just bite the bullet and hold those three days to

12   where, one, if someone cancels, it's not a strenuous

13   process.

14           Two, we're not getting -- because there was

15   one time that Craig got really upset.  He said there

16   was a million dollars in cancellations taken out of our

17   account and he didn't believe that there was actually a

18   million dollars worth of customers that wanted to

19   cancel within the month.  And I was like, but there

20   was, because I had been told and I told my team this is

21   the process of if they're outside of their three days,

22   we don't cancel, and they were aware of that.  We were

23   told they were aware of that at purchase.

24           So I told him -- I said if they were within

25   their three days we canceled.  If they called in

1  outside of their three days, we tried to save the

2  contract, save the deal, but there was a process of

3  what they would have to do to cancel outside of that

4  three days.

5          So I said there would never be money coming

6  into our accounts if we just held the three days to --

7  where you wouldn't see this big number of amount coming

8  out of the account if these customers were canceling

9  within their legal time frame.  So you see a million

10 dollars coming out of the account, but they're legally

11 able to cancel.  So I'm sorry.  You know, I don't know

12 what else to say other than we shouldn't be receiving

13 any money until after the three days to begin with, but

14 that was always a losing battle.

15          So -- and it even turned out to where he --

16 because it was so much, he didn't believe that either,

17 one, that they were truly within their three days or,

18 two, the sales manager was actually reaching out to

19 them to try to save them.  So the process was they

20 called in, they wanted to cancel, we notified sales,

21 and they were supposed to reach out to them and try to

22 save the deal.

23          And if they were able to save the deal,

24 we -- you know, we might have given them another

25 kilowatt.  We might have updated their battery at no

1   charge.  We might have paid for two payments, whatever

2   it might have been to try to save the deal.  That would

3   have been on a form that was sent back to us that we

4   just updated their account.  Right?

5          If they weren't able to save it and they

6   were within their three days, they would said us a form

7   back that says that they tried to offer this, the

8   customer didn't accept it, cancel out the loan, if they

9   were within their three days.

10         Well, the sales manager was extremely busy

11  all the time, out in the field doing trainings, this,

12  that, and whatever, and just didn't have the time --

13  because of all the requirements that Craig had on her

14  wasn't able to get to these customers as quickly as we

15  needed and as quickly as they were wanting to happen,

16  but they -- and I even asked, "Can someone else do

17  these calls?"  "No.  Shawna is the only one that's

18  allowed to do these calls because she can handle them."

19         Then it's like 45 calls deep and then

20  they're way past their three days but we haven't

21  received the form to cancel it, so they still have a

22  active loan through Mosaic.

23         And I would bring this to their attention

24  over and over again that they're legally within their

25  three days, but we haven't canceled them because we

1　haven't got the form from sales back.  Well -- and then

2　it turned into -- and then I finally just said, "If I

3　don't get the forms back, I'm canceling them," because

4　I wouldn't want an open loan on something that I wasn't

5　moving forward with when I was legally within my rights

6　to cancel.

7　　　　　And then happened the million dollar

8　clawback, and Craig was very upset and didn't believe

9　that we had that many.  So he said that moving forward

10　we get the cancellation.  We give it to sales.  Once we

11　get it back -- we get it from sales, we give it to him

12　for him to give the final approval.  And most of the

13　time it sat on his desk for weeks, and we never even

14　received a final approval.

15　　　　　And then -- so I went to Sarah K. about it

16　because she's more reasonable, and she said, "Well,

17　whether or not you get it back from him, do at least

18　four a week.  Do the process for the cancellation at

19　least four a week from his list."  I'm like, Okay.

20　　　　　And then I told her.  I said, We are

21　getting -- because we were penalized if we canceled the

22　loan out after the third day.  It was like $500

23　cancellation penalty on us.  So I'm like we're not

24　getting any money for these accounts.  So if you would

25　just let me, one, hold the documents to be uploaded to

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 33 of 100   PageID #: 891

1   where we're not even worrying about so-called cash
2   flow, there wouldn't be cash flow to worry about
3   because we never received anything.  That would solve
4   all of our problems, but obviously you-all aren't
5   wanting to do that.  But if they cancel within their
6   three days, whether or not Shawna or anyone else that
7   you're giving authority to call these customers calls
8   them or not, let me cancel them, because if I cancel
9   them within the third day we're not getting penalized
10  the $500.
11          And then fast-forward to us now having 90
12  cancellations in queue for Shawna to call and/or Craig
13  to approve.  They are past their three days.  There's
14  still an active loan because we haven't been given
15  authority to cancel them out, and it's just like I'm
16  just doing what I'm told.  I was canceling them out,
17  and then I was told not to do any more because he
18  didn't believe that a million dollars' worth of
19  cancellation actually happened.  So -- all right.
20  You're the boss.  You're the owner.  I'm going to do
21  what you told me to do.  Right?
22          So we're 90 deep, and she's telling me to
23  cancel out three a week.  Well, because I had now been
24  given access to when things come in and when things
25  come out because of all the different types of

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 34 of 100   PageID #: 892

1  clawbacks, whether it be cancellations or not meeting

2  the 120 days, I was noticing that when we canceled, not

3  only were we charged the $500 fee, but we were being

4  charged interest for every month that the loan was open

5  and then canceled.  So if it was four or five months

6  later after they canceled and we actually got around to

7  canceling it, we were charged four or five months of

8  interest, plus the cancellation fee.

9           So I went to Sarah K. again.  I was like

10  that is an extreme amount of money that we're as a

11  company being charged when they're not bringing us --

12  those are all just money being thrown away.  I don't

13  understand why you-all are okay with just throwing this

14  much money away when it's this many customers.  Like,

15  it would be one thing if it was one or two a month, but

16  it's not.  It's like three to four a week that are

17  canceling.  So add that up and the volume that they

18  were selling, that's a lot of money.

19           And she said, "I understand."  She said,

20  "But we just need to do four a week until we can get

21  this done."  I told her -- I said with 90 -- I divided

22  it up, and I think it was like 10 months.  I said,

23  "Just with the 90 that we have -- if I only did four a

24  week, it is going to take us 10 months to clear up this

25  list, and that's a lot of cancellation fees and that's

1   a lot of interest fees."  I said, "That's just the list
2   of what I have now, not including all of the customers
3   from today forward that are going to be canceling.  So
4   I don't know when we're ever going to get this cleared
5   up because of this so-called cash flow issue."
6               And I was like I don't understand why the
7   company is looking at money that's come in from
8   potential -- from canceled customers as cash to use.
9   It's not cash to use.  None of it is.  Because in all
10  reality, if you look to -- if the finance company can
11  claw back at milestone three -- if we haven't uploaded
12  the last document for milestone three, Mosaic had the
13  right to claw back a hundred percent of the funds.  So,
14  in my mind, it isn't cash flow until I've uploaded that
15  passed final, but I wasn't the accountant.  I wasn't
16  over the bank accounts.
17              So then she changed it to eight.  She said
18  I could change it to eight.  But she agreed with me
19  that she didn't handle her personal finances that way,
20  that she felt the same way that I felt, but Craig I'm
21  assuming is a bigger owner in the company and he made
22  the decision to where we only did -- did it the way
23  that he wanted.
24              So it wasn't until after I left that Sarah
25  called me, and she was like -- she tried to play it off

1   that she didn't understand that the customers that were

2   on the 90 list were within their three days, and I very

3   kindly was like, um, actually, you did know because we

4   always -- we referred to cancellations as cancellations

5   that were within the three days, and we referred to

6   refusals as customers that wanted to cancel outside of

7   their three days.  And I said anytime that I ever spoke

8   to you or Craig or anyone in the company about the

9   cancellation list, I referred to it as the cancellation

10  list.  Because we had a cancellation list and we had a

11  refusal list.  So there were policies and procedures in

12  place for both of those lists of customers on how we

13  processed reaching out to them, what the process was

14  for cancellation versus the process for contacting

15  customers that were technically a refusal, because

16  outside of the three days, they didn't allow them to

17  cancel their loan.

18          So she was like, oh, well, I don't da, da,

19  da, da.  I don't know.  But I told Sam -- which is the

20  lead in the finance department.  She said, "I told her

21  to cancel all of the ones that are on that list moving

22  forward."  I was like, well, glad that you finally

23  decided to do that.  And she said I told her to do

24  however many it was a week to get --

25                  (Technical disruption.)

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 37 of 100   PageID #: 895

```
 1    BY MS. DANIELS-HILL:

 2    Q.          For the record, I had to switch the

 3    host.  So I had asked Ms. Dorismar to take one pause

 4    from her testimony.  It took me less than a minute

 5    or so to switch the host and resume the recording.

 6    Go on, Ms. Dorismar.

 7    A.          They did say that she -- Sarah Kirkland

 8    had requested for Sam -- Samantha Blaine to have one

 9    of the admins in the finance department to cancel --

10    I don't know the exact number, but she said to make

11    sure all of the cancellations that were legally

12    within their three days to be canceled out within,

13    like, two weeks because -- just to process them all.

14                So that is what I was told.  I'm assuming

15    that that happened, but, hopefully, moving forward,

16    that if a customer cancels within their three days,

17    they're just canceling them out.  I don't know if

18    that's -- I don't know if they just did that to clear

19    up the big issue with the 90-plus or they were doing it

20    to save face because Shawna quit and she blasted them

21    for a lot of the things that she found out about or

22    knew about to all of their sales reps, and they just

23    wanted to save face so they did that.  I'm not sure.

24    But I am glad for the customers that were on that list

25    that their stuff is finally finished and canceled.
```

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 38 of 100   PageID #: 896

1          MR. KEEN:  A quick question, Alicia,

2    if that's okay.

3          You said Craig was a bigger owner and

4    that's sort of why he called the shots.  Am I

5    understanding that correctly?

6          THE WITNESS:  From my knowledge, I do

7    believe that him and his partner Michael -- I'm

8    assuming because it's the two of them -- there's three

9    owners.  It's Michael, Craig, and Sarah.  I'm assuming

10   because Michael and Craig are married that they have a

11   bigger stake in the business.  So that would mean that

12   he could call the shots more so than Sarah.  I'm not

13   saying that in every case he does, but I do believe

14   that since they have two parts of ownership versus her

15   one, that he has that more authority to do so.

16         MR. KEEN:  What was Craig's official

17   position or did he have one?

18         THE WITNESS:  Owner.  He tried to keep

19   very behind the scenes.  He worked more on the sales

20   side of things and Sarah handled more of the operation

21   side of things, but as it just fell finances was

22   something that he looked at closely as well so he

23   was -- he had a lot of pull in the policies and

24   procedures with the finance department, as well as

25   Sarah.

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1           MR. KEEN:  But it was Craig who was

2  saying, hey, I don't care if these people canceled

3  during their three days, if they haven't -- if the sale

4  hasn't tried to be saved, we're not going to actually

5  cancel them out?

6           THE WITNESS:  He wanted to follow --

7  so the process was to try to reach out, and I don't

8  know if he just didn't believe if Shawna was reaching

9  out, but he didn't want to cancel out the loan until we

10  tried to save it.  And because of how busy she was, she

11  wasn't able to save it in a timely manner for -- so it

12  extended way past the time that we should have canceled

13  those loans out.  Sometimes months.

14           MR. KEEN:  A quick question about the

15  clawbacks, was there ever a time when Mosaic or

16  Sunlight or any other finance company did a clawback

17  and there wasn't enough money in the Solar Titan

18  account to cover the clawback?

19           THE WITNESS:  I have no idea.  I never

20  had access to the banks.

21           Just letting you know that my children

22  and my husband are in the car, but they're going to be

23  very quiet.

24  BY MS. DANIELS-HILL:

25  Q.        So you had said that they had been

1  essentially concerned about the money being pulled

2  out of the account for cash flow reasons.  And as

3  you articulated quite well, that you didn't consider

4  that to be money that they could spend anyway.

5  A.          Right.

6  Q.          Do you know whether that money was being

7  spent somehow for Solar Titan even though it

8  probably should have been held?

9  A.          So, again, I wasn't on the accounting

10  team.  I wasn't given access to the bank.  So I know

11  that there -- you know, the cash in and the cash

12  out, cash flow-type things, making payroll, paying

13  for supplies and different things like that, buying

14  vehicles for the company -- so I couldn't say how

15  they split up the money.

16          Like, if it came in and it got past a

17  certain milestone if they moved it to a different

18  account, I'm not sure.  That's how I would do it

19  because if the money comes in and they're still legally

20  within their three days, I'm not going to touch that

21  money -- me.  But, again, I don't know how the

22  accounting was, and I don't know -- you know, obviously

23  Sarah and Craig were owners.  They had access to it.  I

24  don't know how their pay was set up as if they were

25  getting paid each month or if they just had a

1  free-for-all to the business accounts.  That, I don't
2  know, and I don't want to speculate.
3         But I do know that they were -- because
4  they constantly said cash flow, that they were using
5  that money -- any money that was in the account, they
6  were using the money to further the business.  But
7  then -- because you wouldn't get upset that we
8  processed X amount of cancellations, and it ended up
9  being a million dollars worth if you weren't using that
10 money.  Because if you weren't using the money when it
11 came out, it wouldn't hurt.  You know, you wouldn't
12 feel it.
13        So the fact that he got as upset as he did
14 at the fact that a million dollars in cancellations
15 came out, then that made me assume that they were using
16 the money to, you know, do the different things that
17 comes with running the business.
18 Q.        You said you did ultimately get access
19 to the accounts?
20 A.        No.  I got access to the dashboard on
21 the portals from Mosaic and Sunlight to see -- it
22 will say deposit made, this much money; and then
23 clawbacks, this much money.  So I didn't have --
24 ever have access to the accounts.  I just saw in the
25 portal what was given or taken from those finance

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1    companies.

2    Q.        Thank you.  That makes a lot more sense.

3              So generally then when you were looking

4    into those accounts -- or not into the accounts.  I'm

5    sorry -- into the portal, was there a portion in the

6    portal that was attached to those bank accounts?

7    A.        Say that -- say the message again.  I'm

8    sorry.

9    Q.        The way I'm envisioning the portal is

10   that it would probably have a page that talks about

11   their transactions into and out of that bank

12   account.  What information about the bank account

13   then would be in that portal?  Like an account

14   number?  How is it showing up as a clawback?

15   A.        No.  So all it showed me was -- I mean,

16   it could have been different because of the level

17   that I had access to, but all I saw was say, for

18   example, today's date, amount in, and then I could

19   click on it and it would show me from what customers

20   and, like, what types of payments they were.  So

21   whether it was milestone one payment, milestone two

22   payment, or milestone three payment.  That's all I

23   could see.

24             And then, like, if there was ever a

25   clawback, it would say today's date and then -- okay.

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 43 of 100   PageID #: 901

1   So say, for example, today there was a deposit and a

2   clawback, it would show all the deposits that were

3   coming in and then it would show all the clawbacks.

4           So if, for example, there was a $5,000

5   deposit today, but there was an adjustment of 3,000, so

6   in turn we were only getting $2,000 because there was

7   $3,000 in clawbacks, and so it split up what -- what

8   the milestones were for the deposits.  So if it was

9   milestone one, two, or three.  And then for the

10  adjustments or clawbacks, it would say clawback

11  cancellation or clawback milestone three because we

12  hadn't reached that claw -- that level yet.  So they

13  were pulling a hundred percent of those funds back or

14  the 60 percent from the cancellation.

15          So that's all I saw.  It didn't show me

16  anything -- it didn't show me what account it was going

17  into.  It didn't show me the balance of anything other

18  than this was what was happening that day and why.

19  Q.          Okay.  And then you mentioned Solar

20  Titan purchasing vehicles for the company?

21  A.          Yes.

22  Q.          How many vehicles?

23  A.          So for the crews, we had different

24  trucks that we used.  And obviously as we grew, I --

25  I think it was 10 or more crews by the time I left.

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 44 of 100   PageID #: 902

1    And then obviously -- we also had service techs.

2              So we had our crews that needed trucks and

3    trailers, and then they were -- we were in four

4    different states when I left.  It was Georgia,

5    Florida -- no -- sorry -- Georgia, Alabama, Tennessee,

6    and Kentucky.  And they were talking about expanding

7    into Florida before I left, but it hadn't happened

8    before I left the company.

9              So we had all the different vehicles, and

10   there were different -- they opened up a warehouse in

11   Kentucky.  We had our main warehouse in New York --

12   sorry -- Knoxville.  Not New York.  Knoxville.  And

13   then they opened one in Georgia, but I believe I heard

14   they closed it down because -- I don't know if there

15   was just too many issues down there with the staff that

16   they had hired, but I don't know if it's still there or

17   not.

18             But -- and then they bought smaller

19   vehicles like different cars.  I can't remember the

20   brand, but they bought cars for the service techs

21   because they didn't need as big -- they didn't need a

22   truck or trailer.  So they just bought smaller cars so

23   where they could go to the different client's houses if

24   there was issues with the system to go out and fix

25   those.

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 45 of 100   PageID #: 903

```
 1   Q.           I have 21 seconds before I'm kicked out,
 2   just to let everyone on the call know, so I'm
 3   probably going to be kicked out.  So I don't know if
 4   we want to take a break or --
 5   A.           That's fine.
 6   Q.           -- and then come back.
 7                MR. KEEN:  We can take a break.  Do
 8   you need to drive home or are you going to be going
 9   anywhere?
10                THE WITNESS:  We will be driving
11   possibly back home, yes.
12                MR. KEEN:  And whenever we do that, if
13   we're not done, then we can just take a break while
14   you-all drive home, and then, hopefully, you can join
15   us back again.
16                THE WITNESS:  So do you want to say a
17   certain time?  Maybe in 45 minutes or is that too long
18   of a break?
19                MR. KEEN:  I don't think that's too
20   long of a break, if that's how long it's going to take
21   you-all to get home.  I just want to be accommodating
22   to you.
23                THE WITNESS:  Forty-five minutes would
24   be wonderful.
25                MR. KEEN:  All right.  Then that is
```

1    what we'll do.  I'm just going to stop my video and

2    stop the recording, and then -- I'm not going to leave

3    the meeting, but if you need to leave the meeting and

4    rejoin, that's perfectly fine.

5                    THE WITNESS:  Okay.

6                    MR. KEEN:  I'm stopping the recording

7    now.

8                        (Pause in recording.)

9    BY MS. DANIELS-HILL:

10   Q.          Before we took the break because of my

11   tech issues, we were talking about some of the cars

12   that Solar Titan has.  I think you had mentioned

13   that there were cars for the service techs.

14   A.          Yes.  So we -- they had bought trucks

15   and trailers and cars for the crews and the service

16   techs.

17   Q.          You said you don't remember the make or

18   the model?

19   A.          Huh-uh.  I believe they were Kia Souls

20   for the service techs, but I don't want to go under

21   oath saying that, but they were smaller cars just

22   for two people.

23   Q.          Were there any other vehicles that the

24   company purchased for the company other than the --

25   I think you said that they also had trucks for the

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 47 of 100   PageID #: 905

1   installer?

2   A.          So I don't know if they were purchased

3   by the company or if they were purchased by Craig,

4   but I do know that Shawna had a Tesla that the

5   company gave her to use, and then Dale Roden, who

6   was another manager, was given a Tesla as well.  So

7   I don't know if they were personally Craig's or if

8   they were actually for the company, but when Shawna

9   resigned, she obviously gave the Tesla back.

10  Q.          So you don't think Shawna or Dale

11  purchased their Tesla?

12  A.          No.

13  Q.          They were using it for their work?

14  A.          Yes.

15  Q.          And then was there any other property

16  that Solar Titan purchased?  You mentioned the

17  building in Knoxville.  Is there only one building

18  in Knoxville?

19  A.          No.  There is the main headquarters

20  which is where all the offices are in Knoxville and

21  then the warehouse.  And so I don't believe any of

22  the outlying warehouses were purchased.  I think

23  they were just under a lease agreement.

24  Q.          And the warehouse in Kentucky -- that

25  was also under lease?

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 48 of 100   PageID #: 906

1  A.          That, I don't know.  Like, I know that

2  we were using the facility.  Whether or not it was

3  ours or theirs or if it was leased, I don't know

4  that.

5  Q.          Do you remember the address for the

6  Kentucky warehouse?

7  A.          I was never told that information, no.

8  Q.          Did you maybe overhear or were you ever

9  told the city that it might be in?

10 A.          Possibly Lexington.

11 Q.          And the warehouse in Tennessee, where

12 was that located?

13 A.          That was I think it's -- I know it's on

14 Yellow Pine Drive.  The number -- address -- I

15 couldn't remember, but it is in -- on Yellow Pine

16 Drive in Knoxville.

17 Q.          Was that close to where the offices are?

18 A.          Yeah.  Probably about a 10- or 15-minute

19 drive.

20 Q.          Was there any other property that Solar

21 Titan purchased or that may have been purchased by

22 Solar Titan or Craig?

23 A.          Not -- for the business, not that I know

24 of.  I know they were looking possibly into buying

25 land to build, but I think when they found the

1  larger office space, that might have been tabled for

2  a while.

3          Because they were originally -- when I

4  first started, there was three different buildings that

5  we were in.  We were in -- and it was all on the same

6  street.  So the operations and warehouse was in the one

7  building, and then sales and marketing were across the

8  street in another.  And -- and then as we grew, they

9  opened a third building for HR and accounting, and then

10  we grew again and moved us to where the warehouse is

11  now on Yellow Pine.  And then they turned the

12  operations building into the sales offices.

13          And so it was -- before we all moved

14  together, there was the Yellow Pine which was

15  operations and the warehouse, and then there was a

16  building on Lovell -- the buildings on Lovell Road were

17  for the call center.  One was for the call center.  One

18  was for HR, and then one was -- one was for HR and

19  recruiting and then the other one was for accounting.

20  So there were five total.

21          And then when they found the one on North

22  Peters, they combined all of the offices together into

23  the one building on North Peters except for the

24  warehouse.  They continued to have the warehouse there,

25  but all of the different departments were under one

1    roof.

2    Q.          And it was mentioned there might be a

3    plane that was used for the business.  Do you know

4    anything about that?

5    A.          Nope.  I mean, I heard talk of it, but

6    there's rumors, so I don't know if it was true.

7    Q.          To your knowledge, there was no, like,

8    outings for the company using a plane, anything like

9    that?

10   A.          Other than just rumor, no.  But, like,

11   confirmed that I knew that they took a trip, but

12   there was rumors that there was a private plane that

13   they would take vacations on when they would go to

14   their home in Florida, but, again, that was just

15   office gossip.

16   Q.          And then I wanted to follow back up on

17   some of the other things that you described with

18   respect to the cancellations.

19   A.          Uh-huh.

20   Q.          So you mentioned that they have a

21   different process for refusals than cancellations.

22   A.          Uh-huh.

23   Q.          What was the process not internally for

24   cancellations, because you described that, but how

25   would a consumer be required to cancel their

1    contract in the three days typically?

2    A.          So they required a written notice.  So

3    whether it was through email or a letter that was

4    sent that had to be postmarked within the three

5    days.  So a customer couldn't just call in and say I

6    want to cancel my contract.  We would inform them

7    that they are within their three-day period, could

8    you please send an email to this address -- this

9    email address or letter via mail, and it was also

10   stated on the back of the contract as well.

11              So they had it in written -- that it needed

12   to be in written format to cancel, and all of the

13   information was on the back of the contract.  And then

14   if they called in, we shared that information as well.

15   Q.          When a customer was told on the back of

16   their contracts how to cancel, were they only given

17   one option -- like one email address option to

18   check?

19   A.          Yes.

20   Q.          And then who had access to that email

21   account usually?

22   A.          I had access to it, and then Sam --

23   Samantha Blaine -- she had access to it.  And then I

24   do believe Sarah and Craig also had access to it.

25   So it was a general -- it was -- I believe it was

1    like info@SolarTitan.com.

2    Q.          And there's not another email

3    info@IdealHorizon or anything like that?

4    A.          Huh-uh.  (Witness moves head from side

5    to side.)

6    Q.          Who actually was checking that account

7    regularly to pull the cancellation notices?

8    A.          Samantha and -- Samantha was and then

9    one of the other admins in the team.

10   Q.          Who was the other admin that was also

11   checking?

12   A.          Her name was Kimberly Shell.

13   Q.          So then how would you know about the

14   cancellations?  Like -- I know she was pulling the

15   emails.  How did that information get to you for you

16   to try to process the cancellation?

17   A.          Yeah.  So once I had been promoted, I

18   wasn't the one -- I wasn't the person that was

19   handling the cancellations.  So I had trained

20   Samantha and Kimberly.  So the process was to --

21   well, it kind of evolved over time.  So the first

22   process when we received a call and then informed

23   them we needed an email and we received that email,

24   there was a shared spreadsheet that was between us

25   and the sales department that they had access to.

1        So we would add their name, date of

2  purchase, amount of purchase, and reason for canceling

3  on the spreadsheet.  They would create the cancellation

4  form that had all of that information and give it to

5  the sales manager.  And so they were coordinating the

6  schedules between when she could call them and reach

7  out to them and updating us when that was complete.

8  Then they would send us the cancellation form to

9  either -- that it was a save or that it was cancel -- a

10  true cancel.

11        And then one of the assistants for the

12  sales side had left the company, and because there was

13  a lot of delay in when we informed them and to when we

14  got it back, I decided that we needed to revamp that

15  process to where we notified -- like, we created the

16  cancel documents and we notified the sales team instead

17  of having that middleman -- the assistant do it or the

18  admin in the sales department do it, just because by

19  the time it got to them and to the manager and back to

20  them and back to us, it was very delayed.

21        So I just thought it would be easier to cut

22  out that middle person and go directly to the people

23  reaching out to the customers.  So towards the end

24  there was a gentleman named Sam VanHooser that -- he

25  was promoted to -- I don't know if it was regional

1 manager.  I don't know.  There were so many different

2 positions and promotions and stuff on the sales side, I

3 can't keep up with it.

4    So he was finally given authority to help

5 with the cancellations because -- I don't know if it

6 was because of me saying the amount is ridiculous.

7 Like she either needs to be given specific days a week

8 to be able to reach these people and, like, that's all

9 she's able to do.  Like, you guys have stretched her

10 way too thin, so we need to have a better process

11 because in the long run it's hurting the business

12 because we're having to pay all these fees and interest

13 charges.

14    So they gave him the authority to do that,

15 and so I had a meeting with Sarah K. and that's when I

16 told her it's going to take us 10 months to get all of

17 these completed if we're just doing four a week,

18 whether or not they had been approved by Craig.  We

19 have to do something better.

20    So -- and I was like but 90 of them haven't

21 even been reached out to.  So that is a bigger issue --

22 that just creates more problems that we're not even

23 trying to reach out and they've been on our list at

24 that time since last year, and we haven't even reached

25 out to them yet.  And so she wanted me to have a

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 55 of 100   PageID #: 913

1    meeting with Shawna and John Carroll and Sam VanHooser

2    to kind of go over a better process.  So I shared with

3    them that we were 90 deep and that we needed to get

4    these called to where we could get them approved by

5    Craig, because that's just slowing down the process.

6            So we had the meeting.  I shared with them

7    that it's so important, and I even shared with them my

8    opinion on we shouldn't even be updating -- we

9    shouldn't be uploading documents into the finance

10   portal until after the third day.  They agreed, but,

11   again, none of us had the authority to make that

12   decision.  I said but with what we're able to do and

13   the process that we're given, this process needs to be

14   better because we don't need to ever get 90 behind, no

15   matter how -- I mean, I get it everybody is busy, but

16   if this is the process and these are our customers --

17   well, they're not customers -- to be ethical, like, we

18   need to have a better process.

19           So whether it be, Shawna, you have to have

20   two days a week that is strictly for this or you need

21   to give it to someone else to do -- like, this is

22   unacceptable that we've allowed this to get this large.

23           So they said that they were going to split

24   it up.  Shawna would take 30, John would take 30, and

25   then Sam would take 30 of the people on the list and

1    hit them -- like, call each person at least twice if

2    they can't get ahold of them, or if they speak to them,

3    to try to save the deal.

4              My opinion was the ones that were from

5    2021, like, I would be furious if I thought in December

6    I canceled something and it's now May and you're just

7    now trying to reach out to me to save it.  Like, don't

8    even call that person.  Right?  Because they are under

9    the impression that they've already canceled, so why

10   are you reaching out?  But we had to do what we had to

11   do because that's the process they told us we had to

12   follow.

13             So they reached out to them.  I asked

14   them -- I said if you-all could be amazing and

15   wonderful -- I think it was a Wednesday that we had

16   that meeting.  I said if you can hit these and get them

17   to me by Friday, that we can -- it can't be ammo for

18   Craig any longer that it's your fault that these aren't

19   done, because right now he can say, well, Shawna hasn't

20   even reached out to them for me to approve them.

21   Right?  So he had some on his list that she's reached

22   out to to approve, and she had 90 on her list that

23   wasn't even touched yet.  So I was like if you can get

24   these called and give them back to me, it's all in his

25   court now and he can't say it's Shawna's fault.  He

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 57 of 100   PageID #: 915

1    can't say it's sales' fault.  It's his fault because he

2    made the policy that he has to approve even though

3    she's already tried to save and even though they're

4    already outside their three days.  And they were like

5    of course, absolutely, and they did get them all back

6    to me by Friday and I believe some on Monday.

7            So they were all in his court.  All of them

8    were processed, and Sam VanHooser when he brought --

9    was brought onto that role, we -- moving forward from

10   all of those 90 being completed and on Craig's side --

11   moving forward all of the new cancellations that came

12   in were given day of to Sam and were expected to be

13   given back to us the next day or that day if possible

14   so it wouldn't ever build up again.  So that was not

15   his only job, but that was a very important part.

16           So if we only had two or three -- that's

17   what I explained to them.  If we only had two or three

18   cancels a day and you handle those and it's fresher and

19   it might be -- they might have had cold feet or they

20   might have had whatever reason and you can just call

21   them and share with them why did you want it in the

22   first place?  Right?  And whatever cold feet that they

23   might have they might change their mind or, you know,

24   whatever.  Or they just might be, you know what,

25   financially it's just not a good time for us right now,

1  and we let them out of the contract.  Right?

2             So it's a lot easier to save a deal that is

3  just a few days old versus a few months old.  So -- and

4  they all agreed and for a while up until Sam quit

5  because he quit shortly after that because he -- I

6  don't know -- I believe he said work and home life

7  balance since he had the promotion was just too much,

8  and he resigned.  And then it just started building up

9  again.

10            But because we were so -- we had such a

11  long list, and at the time Sarah was only saying four a

12  week, she did -- after -- once I got them all

13  completed, she said, "Don't wait until Craig approves

14  them.  Do the oldest first, like 8 to 10 a week."  And

15  I was like, "Okay, we'll do that."  I was like it's

16  going to take us -- it was going to take us 10 months

17  before.  It's going to take us five months now, but --

18            And we had several conversations because

19  Mosaic was really weird how they handled their

20  clawbacks.  They were very strict a lot of the times

21  when it came to the 120 days to get to the final

22  milestone, but it was strange because sometimes it was

23  like the day of 120 they would claw back that money,

24  and then sometimes they wouldn't even claw back that

25  money until a month after the date.  So, like,

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 59 of 100   PageID #: 917

1    sometimes we would go and nothing would happen, and

2    other times it would be like $4,000 -- $4 million would

3    come out of the account, and it's just like there

4    wasn't any rhyme or reason.

5              And the same things with the cancellation

6    processes.  They had -- once they had released the

7    money to us, they had a longer process to verify all

8    the things to take that money back from -- from the

9    first milestone for cancellations.  So where we would

10   process and share with them that this customer or these

11   three customers were wanting to cancel, we notified

12   them on this date, but then it would be months before

13   they would ever process it.  And -- I wouldn't say

14   process it -- before it finalized their process to

15   where it actually came out of our account.

16             So I had several conversations with Sarah

17   Kirkland that I don't understand why he's wanting us to

18   spread it all out like one a day or two a day or two a

19   week or whatever it might be when sometimes it seems

20   like Mosaic just holds 30 cancellations and then just

21   takes them out all at once when it could have been from

22   three months before that they're finally processing it

23   and taking the money out.

24             So I'm like if there's no rhyme or reason

25   as to why or why they take the money back from those

1 milestones, then us believing that spreading them out
2 over time is going to have anything to -- you know, any
3 assistance for us or their money flow or cash flow
4 argument. Right? She said -- she agreed with me and
5 she understood, but she obviously had to go with what
6 Craig was saying.
7 So that's what we did, but, as I shared
8 with you, I was told after I left that they processed
9 all of the 90 cancels within like a month. So there
10 shouldn't be a backlog any longer, which I'm very
11 grateful for the customers' sake.
12 Q. Who told you that?
13 A. Who told me what?
14 Q. When you left, who told you that they
15 had caught all those up and canceled them?
16 A. Sarah Kirkland actually called me
17 because -- well, Sam told me at first because her
18 and I are still friends. She told me that Sarah had
19 come to her and was claiming that she didn't realize
20 that those were true cancels within the three days.
21 And we both knew that that wasn't true, but she was
22 excited at the fact that finally -- I don't know if
23 they were listening to me or as I mentioned before
24 Shawna blasted them in her resignation letter and
25 shared it with all of the sales associates to -- and

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 61 of 100   PageID #: 919

1    that was mentioned in the letter, that they had held
2    so many cancellations due to cash flow.
3              So I don't know if it was because they were
4    exposed that they, like, we need to do something to
5    show that she was lying or show that we're not shady or
6    I don't know why they decided to do it finally.  And I
7    also don't know why that she made it a point to act
8    like she wasn't aware of the type of cancel it was.
9              So I don't know why she reached out to me.
10   Maybe it was because she wanted validation of her
11   thinking that she didn't know that it was that, but I,
12   like I mentioned before, kindly reminded her, yes, we
13   had several conversations about what type of
14   cancellations those were and you were in agreement with
15   me, but because Craig didn't want to cancel them out,
16   your hands were tied.
17             So -- and she kept saying that she always
18   thought they were refusals and she always thought that
19   that's what those were.  And I was like, no, because we
20   always -- we always name refusals -- any communication
21   about cancels or refusals, we always specify these are
22   refusals.  Because I would always tell her these are
23   the cancellations, and we still have at least 20
24   refusals that haven't been reached out to.  So I, like,
25   very nicely reminded her, yes, you knew the difference

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 62 of 100   PageID #: 920

1    and you knew that they were within their three days.

2            And it was kind of like, well -- well, we

3    fixed it and we're canceling it out and they should all

4    be canceled within this month.  And I was like praise

5    the Lord.  I'm glad that he finally agreed to do that.

6    And, honestly, I don't know if he agreed to do that.

7    It might have been something that she finally said this

8    is enough and we have to get this burden away and do

9    the right thing.  So, hopefully, that's what it was.

10   Q.          When you say he may not have agreed to

11   do that, you're talking about Craig Kelley?

12   A.          Craig Kelley.

13   Q.          So I wanted to ask a little bit about

14   the spreadsheet because it sounds like you were

15   careful to separate cancellations from the refusals.

16   Was there a different spreadsheet then for refusals?

17   A.          There were -- so I believe the

18   spreadsheet was labeled cancels and refusals and

19   there were two tabs.  So there was the cancellation

20   tab and then there was the refusal tab and then

21   there was a saved tab.  So if any of them were

22   saved, they were moved and put on there and we

23   processed it and moved forward.

24   Q.          And then you mentioned that those --

25   after your meeting with Shawna, Sam, and John, they

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 63 of 100   PageID #: 921

1  were able to process I think you said 90.  They

2  split them up 30, 30, 30.  And that then goes to

3  Craig to be approved after they did their save

4  calls?

5  A.         Since he had requested that he approve

6  them, that would have been the process, but Sarah

7  Kirkland had said to just cancel them out 10 a week,

8  don't worry about giving them to Craig, just cancel

9  them out.  So that's what I did.

10 Q.         But she still didn't say cancel them all

11 out when she had them all on Friday.  She still said

12 10 a week?

13 A.         Right, because she knew -- I'm assuming

14 she knew that Craig would be livid if we canceled

15 them all out.  So she just felt like spread them out

16 over time to where it wouldn't be as noticed if they

17 all 90 were taken out of the account at once.

18            Because in her defense -- well, not her

19 defense, but you've got to look at we weren't just

20 looking at clawbacks from cancellations.  We were

21 looking at clawbacks from not getting the work

22 finished, and that was an even bigger problem than the

23 cancellations.

24            So it's like this money over here that's

25 being taken out is actually Solar Titan money; we just

1    haven't completed the project.  Where this money over

2    here is being taken out all at the same time from money

3    that isn't our money.  So it's like they're getting hit

4    by both sides, and it was for a minute there constant,

5    and it might still even be constant.  But that --

6    that's a whole other topic and issue.

7    Q.          And then the one thing that we haven't

8    talked about in a whole lot of detail is the cash

9    buyers.  Did you do anything with the cash buyers?

10   You knew they paid 50/50.

11   A.          Yes.  So at the time of sale they wrote

12   a check for 50 percent of their purchase.  And then

13   it was deposited, and then once it was deposited,

14   that was the milestone, if you want to state that,

15   so we had to know that the check cleared before we

16   moved it on to the admin department that worked with

17   the utility companies.  So once we had a clear from

18   accounting, we would move the file to the next

19   department.

20          They would work with the utility companies,

21   do the connection documents and things like that, and

22   send it on -- once they had the approval or

23   notification from the utility company, they sent it on

24   to permitting where they would pull the permit.  And

25   then once it was pulled, they would send it over to

1  scheduling and they would get it scheduled and

2  installed.

3         And so the day of installation, the finance

4  team would call the customer and ask -- well, we would

5  put in the notes "pick up check from customer," and

6  sometimes the crew guys would remember to request the

7  check and they would bring it in.  And then if they

8  didn't, then we would have to reach out to the customer

9  and ask them if they wanted to do a card payment over

10  the phone or if they wanted to mail in a check.  Then

11  we had that list that we were chasing to get the final

12  payments done.

13         Sometimes it was difficult because they

14  were like, well, it's not on and it's not operating.

15  Why am I giving you money?  And we were told to tell

16  them that their contract states that the final payment

17  was due at installation, and a lot of times their

18  thought of the meaning of the word was "installation

19  and on and operating," but that wasn't Solar Titan's

20  definition of the word "installation."  It was

21  "installation."  And so -- and then like the final

22  process would be the inspections and then commissioning

23  afterwards.

24         So sometimes people would pay it.

25  Sometimes they were adamant no, they wouldn't pay

1  anything at all until they were turned on, and then

2  sometimes we could get 40 percent and then hold the

3  last 10 for when they're turned on.

4          So we just tried to be as -- sorry -- I

5  lost words.  We just tried to help the customers any

6  way that they could and also not upset Craig that the

7  fact that we have X amount of money out for complete

8  jobs in his mind.

9  Q.          So Craig sometimes would know then when

10  that money hadn't been paid yet by the customer?

11  A.          Yes.  So I do believe that the

12  accounting department kept him updated on any

13  outstanding balances.  So he would come to us all

14  the time and say we have this much money that we

15  need to collect, and then -- so it even turned into,

16  like, a bigger ordeal because there were a lot

17  more -- they didn't like to do cash deals, but

18  obviously they would just because like the whole

19  fact of people don't want to pay until their product

20  is on, you know.

21          So -- but, like, it came to the point where

22  it was constant, like, have we called these customers,

23  have we called them.  It was, like, yes, we've called

24  them.  They're not wanting to pay, and we've noted it

25  to where Sam would actually get a bonus for collecting

1    payments on the end for each payment she collected

2    because it was -- I don't know if it was because they

3    were having so many clawbacks and they were needing

4    money from anywhere that they could get it.  I don't

5    know.  But she was getting a bonus every time that she

6    collected a payment, which, hey, good for her, you

7    know.  So ...

8    Q.        Then you mentioned earlier that Mosaic

9    was charging $500 when a contract was canceled.  Was

10    it anytime it was canceled or --

11    A.        No.  If it was canceled outside of the

12    three days.

13    Q.        Okay.  Is that the same with the

14    interest that they were charging, they were only

15    doing that when it was outside of the three days?

16    A.        Uh-huh, yeah.

17    Q.        What was the reason why they were

18    charging that fee?

19    A.        That was just their policy.

20    Q.        Okay.  And when they charged that fee,

21    it was per installation that was canceled?

22    A.        Per contract, yes.

23    Q.        And how did you become aware -- oh,

24    because you said you got access to the portal and

25    that showed up in the portal?

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 68 of 100   PageID #: 926

```
 1    A.            Yeah.  So there was the time when we
 2    were -- earlier on when I was just creating policies
 3    and things like that that I was asking a lot of
 4    questions and getting better understanding of why
 5    we're doing the things that we're doing and getting
 6    a better understanding of how we could make it more
 7    sustainable going forward, that -- I was told that
 8    they -- and I think it was kind of also a tool that
 9    they could use with Shawna and the sales team to get
10    them -- because it's been a problem since I started
11    with the cancellations.  Like, constantly.
12              I think they used it as a tool to get maybe
13    a fire under somebody to do that part of their job,
14    because if they were aware that the company was being
15    charged this much money if we canceled after the three
16    days because we didn't get it canceled within the time
17    frame that might influence them to be more on top of
18    reaching out to try to save the calls.  Honestly, I
19    think that's why I was ever told that information.
20              So -- and it wasn't until later when I
21    actually had got access which was probably January of
22    this year, February.  So not very long when I was
23    actually made aware that we were charged interest per
24    month also on top of that fee, and that just blew me
25    away that they had known this whole time that not only
```

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 69 of 100   PageID #: 927

1   are they getting charged that fee, but they're getting

2   charged interest.

3           And then the question that the

4   accounting -- someone from accounting actually came to

5   me and asked me -- he said, Are we being charged the

6   interest per month of when it was bought to when we

7   were -- when we notified them that the cancellation

8   happened or when they actually canceled it?  And I was

9   like, I don't -- that would be a question for Mosaic,

10   you know.

11           And I actually brought that up to Sarah

12   Kirkland because I was like they shouldn't be -- I

13   asked her if she wanted me to reach out to Mosaic

14   because if we're notifying them that the cancellation

15   took place in March, but then they're not actually

16   taking it out of our account and finishing their

17   process until June, are we being charged from March to

18   June or are we just being charged -- hold on -- sorry.

19   I just got a text message about my dog.  We're trying

20   to get her groomed today.  I apologize.

21   Q.       No problem.

22   A.       Okay.  So, you know, because that's

23   quite a bit of money too, if you think about it as

24   well.  So I was just always trying to find ways to

25   better the company in the areas that I had, you

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 70 of 100   PageID #: 928

1  know, control over, if you want to say that, to

2  make -- to make it better for the customer and also

3  make it better for the company.  Right?

4  Because I was working there.  I wanted the

5  company to succeed, but I also wanted the company to do

6  the right thing for their customers.  So anywhere that

7  I could try to find things that one could be better for

8  the customer and the company, I would also try to voice

9  those.  So I saw this as a concern for the company's

10  well-being because we're just hemorrhaging money for --

11  on customers that aren't actually customers.

12  And it's like -- as -- obviously, I wasn't

13  the owner, but as an employee, it's like if we're just

14  hemorrhaging money because you don't want to deal with

15  the cash flow problems or whatever it might be, like,

16  in the long run you're hurting yourself as owner and

17  you're hurting the company more by spreading these out

18  to four a week or none at all than versus just doing

19  all 90 and getting it over with.  Because those 90

20  spread out over 10 months is making the company lose a

21  lot of money.

22  So I brought that to her attention, and I

23  said, you know, if we're notifying them at this time

24  and they're not taking -- and they're charging us for

25  three or four months later, that's not okay and we need

1  to reach out to them and make sure -- and really find

2  out what their process and, like, how much money

3  they're actually charging us.

4           And because they're kind of wishy-washy

5  with the clawbacks on the other side, that even though

6  we are past the 120 days, they don't always claw it

7  back on that 120 days.  Sometimes they give us a little

8  grace and sometimes they don't and this, that, and the

9  other.  She didn't want me to call and make a point to

10 be like, hey, that's not okay if we notified you in

11 March and you're still charging us interest all the way

12 until June or July when they can take that and say,

13 okay, well, we're going to stop giving you grace on the

14 other clawback.

15          So I was never allowed to get a clear

16 information on regards to the interest charges because

17 they didn't want them to be more strenuous on the back

18 end too where that is the bigger issue than the

19 cancellation issue, if that makes sense.

20 Q.        It does.  It sounds like there was quite

21 an interesting relationship with the finance

22 companies, particularly Mosaic.  When you started

23 had they already had merchant finance agreements

24 with Mosaic and Sunlight?

25 A.        Uh-huh, yeah.

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1    Q.          Had you seen those applications --

2    A.          Nope.

3    Q.          Okay.

4    A.          Everything was really secretive and

5    separated within the company.  Like we -- they hired

6    a -- so as someone that is -- that was hired in in

7    the operations side of things and then growing that

8    department, making policies and procedures for the

9    finance department.  Right?  And then as we were

10   growing, I was making policies and procedures for

11   finance and for scheduling because that's what I was

12   working on.  Like, it was a brand-new baby company.

13   Like, they might have been in business a year before

14   I started, but they weren't -- they didn't have the

15   momentum that they had when -- before from when I

16   was there.

17              So -- like, they had no SOPs, none of that,

18   quality assurance, any of that stuff set up.  That's

19   something that I love to do.  So I was like of course.

20   I started with the departments that I was working in,

21   so finance and scheduling.  And so when we had people

22   call in because they were mad that the sales reps were

23   telling them X, Y, and Z, like, we would go and try to

24   get information about what they were being trained in

25   their training classes.  Because they would have two

```
 1    weeks' worth of training classes for the new sales
 2    reps, and it was, like, we were never allowed to go
 3    into the sales classes ever.
 4              And then, like, I would always suggest,
 5    well, could I go or another person go and just share to
 6    the new sales reps, like, what the process is actually
 7    like after they make the sale, because they have no
 8    idea.  So, like, they are giving them -- the customers
 9    this expectation that physically cannot be done.
10    Right?  We were under the assumption that's what they
11    were doing because all we were hearing is complaints
12    from the customers that they said they were going to be
13    on and operating in two weeks.
14              And I'm like there's no physical possible
15    way that someone can purchase a system, get -- like,
16    get all the materials bought, get all of the
17    interconnection documents approved by the utility
18    company.  If they had an HOA, that's an even longer
19    process.  Permits pulled, installation happened,
20    inspectors come out.  And even say it's a perfect world
21    and they passed on the first time and then we send out
22    a crew to commission the system -- right? -- there's no
23    possible way that all of that could happen within two
24    weeks.  No possible way.
25              We can sometimes get your finance
```

1     approved -- your interconnection with your utilities

2     and then if you don't have an HOA and get you installed

3     in two weeks.  That happened all the time, but when

4     you're dealing with a utility company that has their

5     own time frames that we can't control, you're dealing

6     with HOAs that only have a board meeting once a month

7     or once every six months, that's something that we

8     can't control.

9          Then with -- with the inspector -- like the

10     inspector -- so for the state of Tennessee, we put it

11     in core and then they are supposed to get it out -- get

12     the inspector out within 72 hours.  That doesn't always

13     happen and we have to resubmit it or resubmit it or

14     call in and do different things like that.  And that's

15     one of the things that, like, as we were growing, we

16     created this time line paper that we gave to the

17     customers whether or not they read it, I don't know.

18     But it was kind of like this is kind of the time frame

19     in each one of these places.

20          And then after installation it was in big

21     bold letters please be patient, a lot of these things

22     are outside of our control.  Right?  Because we can't

23     force an inspector to go out when we want them to.  We

24     notify them that when we're done, and then they have

25     their schedule.  And they have 75 other clients that

1  they have to go out and inspect.  Right?  So once they

2  get out there and get that back, then, you know, we can

3  move forward.

4          And then with most of -- I don't want to

5  say most.  A lot of the cases there were issues that

6  came up that we failed for, and we had to send a crew

7  out again and redo -- you know, fix the issues that

8  were stated on the inspection report, and then we had

9  to submit another request and then he had -- we had to

10  wait for his schedule or her schedule again and then go

11  back out.

12          So, I mean, I remember some cases where I

13  don't know if it was that specific inspector that they

14  would get to something and see something wrong and fail

15  it and then we would get the report.  We would fix what

16  they said.  They would go back out and they would see

17  something else that wasn't even on the first one.

18          They didn't inspect the whole thing.  They

19  just inspected something that was wrong and they failed

20  it, sent us the report, and we fixed it.  This happened

21  like six times to one client, and how frustrating that

22  client must have been is understandably so.  But that

23  happens and that's -- that slows down the process.

24          Getting back to what I was meaning before

25  was that everything seemed very secretive and separate.

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 76 of 100   PageID #: 934

1    Like, we couldn't go in and share with the class.  We

2    couldn't even know what they were training in the

3    classes.  I mean, I don't know if they were told they

4    couldn't come over to our side, but they never did.

5              So they actually hired a CEO around the

6    time I was -- a little after I was promoted, and he

7    really wanted to -- like he wanted to have a weekly

8    meeting with all of the department heads.  And I don't

9    think Craig liked that very well because what he wanted

10   us to do was -- I thought it was genius because you

11   don't really -- like, you're in your department and

12   that's what you focus on.  You don't have the bigger

13   picture.

14             So if you were in communication with the

15   department before you and the department after you, you

16   had a better understanding of what the customer is

17   going through while they're in that department, while

18   they're in yours and after yours.  Right?  To where if

19   you have a call regarding a customer and they just left

20   this department and they had some frustrations, because

21   you're working closely with that department, you can

22   assist that customer, explain things to that customer

23   instead of sending it back to them, you know, and just

24   having a better understanding of what they're being

25   told from sales, because it came from sales straight to

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 77 of 100   PageID #: 935

1  finance.  Right?

2          So for us to know exactly what they're

3  being told from the sales team would help any

4  frustrations that they might have and then moving along

5  down the line.  Right?  But that didn't last very long.

6  And so I don't know.  And he actually didn't last very

7  long.  He was fired rather quickly.

8          And I warned him very early on.  I was like

9  you're very passionate about what you're doing and you

10  have opinions, but some opinions you just need to keep

11  to yourself because you're not going to stay around if

12  you're voicing your opinions because they don't like

13  change and they don't -- I don't -- it just felt like

14  you couldn't point out things that weren't okay to

15  anyone, even though you're just trying to make their

16  business better.  You couldn't never point it out

17  because you would just be on the bad list.

18          And that's kind of how I felt towards the

19  end is because I was pointing out things that needed to

20  change, and I don't know how many times I was told,

21  "Sarah, stay in your lane."  And it's like I'm going to

22  stay in my lane but you-all keep dragging me out of my

23  lane because these departments over here aren't doing a

24  good job and you're wanting me to fix it because you

25  saw that I'm capable of doing that, but then when

1  there's actual things that need to be changed to, one,

2  make the company better and, two, make the process

3  better for the customers, you-all smack me on the hand

4  and tell me to stay in my lane.

5          It's like how -- I just couldn't continue

6  to work for the company when I knew that there were

7  easy changes that could be made to, one, be beneficial

8  for the customers and, two, for the company because you

9  can't have a business if you have bad customers.  So

10  you need to make processes in place to make your

11  customers happy, and then in the long run -- and I get

12  why -- I understand his reasonings for spreading it

13  out.  Whether or not I agree with him, I get why he was

14  wanting to do that because of the cash flow, but I also

15  understood you're paying millions of dollars in fees

16  you don't have to be paying just because you're having

17  cash flow issues right now.

18          So, bigger picture, you should just cancel

19  them out on the third day and be done with it.  And,

20  even bigger picture, don't even put the documents into

21  the finance companies until after the third day anyway,

22  and then you wouldn't be having cash flow problems at

23  all.  So, anyway, sorry.  That was my little rabbit

24  hole, but it was just very frustrating to see how much

25  money they were losing because of the process that they

1  wanted me to follow.

2  Q.          You seem like you have a lot of

3  knowledge in creating these policies and stuff.

4  What was your finance background and history before

5  you came to Solar Titan?

6  A.          So I actually have a nonprofit

7  organization.  My husband is from Haiti and we had a

8  ministry in Haiti.  So the financial background that

9  I have would just be that I was over fund-raising

10  and accounting for donations that came in and the

11  expenses for the ministry.

12          So that's pretty much it when it comes to

13  financial experience, but just -- I don't know.  That's

14  just something that I've always been passionate about

15  is organization and structure.  So running a ministry

16  in a Third World country takes a lot of organization

17  and structure and planning.  We had teams that came

18  down several times through the year, and I coordinated

19  sometimes their travel.  I coordinated their stay while

20  they were in-country, their lodging and meals and

21  activities that they did.

22          So just having that background to be able

23  to have the knowledge of how to structure and organize

24  to make things run smoothly is a strength that I have

25  that I brought to the table when I started at Solar

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 80 of 100   PageID #: 938

1   Titan.

2               So it just -- it was like this is what we

3   do.  Do you have ideas to make it better?  And so I

4   just -- I -- you know, obviously from the other two

5   admins that were there when I first started, they

6   didn't know anything about the financing and the

7   processes there.  So just sitting with Sarah and

8   learning from her on what they did, and then just like

9   moving forward like how can we make this better.

10              As we're like -- I believe the first --

11  first few months -- so they started the company in

12  2019, I believe in November.  So November through the

13  end of December there was probably 19 sales.  When --

14  when I left, there was over 40 a week in sales, if not

15  more, give or take.  Right?

16              So the first two months of business they

17  had 19 sales in two months and then they were having

18  over 40 a week when I left.  So coming up with

19  processes to go with the growth of the company is what

20  I mostly focused on a lot in the beginning and even as

21  I grew with the company and was promoted to the finance

22  and admin manager.  So their -- Ernie Bussell was the

23  operations manager when I was -- we were hired in at

24  the same time.  I was hired in a week before.

25              So he was hired in and he was operations

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 81 of 100   PageID #: 939

1    manager.  So he was over the three admins that were

2    handling operations.  So Russell -- he handled, like,

3    software stuff with updating the notes and making sure

4    all the documents from the sales team and creating the

5    folders for us to use in the office.  And then Lakea

6    handled all of the utility and permitting for the

7    customers.  And then I did finance.  And then later on

8    because Ernie was doing the scheduling, and as his job

9    grew, he wasn't able to do the scheduling like he

10   wanted to.  So I was able to take that on.

11           And then it grew to where I was doing

12   finance and scheduling, and then they split between

13   Russell and Lakea -- they split Kentucky and Tennessee.

14   So Lakea handled all the Tennessee files and Russell

15   handled all of the Kentucky files.

16           So I created the folders, made sure the

17   documents were there, handled the financing process,

18   sent it on to them, and then when they were done it

19   came back to me to schedule and then it went back to

20   them and all the things.

21           So as we were growing, we grew into a

22   bigger building.  And Ernie was still there, and he was

23   over -- he was over everything, but I had one other

24   person with me in the finance.  And, like, each

25   department grew.  So there was two people in Tennessee,

1    two people in Kentucky, two people in finance, and it

2    just kept growing as we were moving into -- and then

3    they hired Dale Roden who is the -- I don't know what

4    his title is now but at the time it was the -- he was

5    over the crews and, like, making sure that they knew --

6    that they were trained properly and that they were

7    following standards and different things like that.

8            And then there was Duane who is the

9    warehouse manager, and then there was another Dewayne

10   hired to be the manager over the scheduling department

11   because as we grew we obviously had more crews and we

12   needed more schedulers.  And then that was a whole mess

13   in itself.

14           So when Ernie was let go, they decided

15   to -- instead of just have one operations manager, to

16   have a team of managers.  So that's when I was promoted

17   to finance and admin manager.  And then Dale was over

18   the crews and installation.  And Duane was over the

19   warehouse and the other Dewayne was over scheduling.

20           So there wasn't any policies and procedures

21   in place for admin.  So I shadowed a lot with them for

22   the first few weeks to get a better procedure because

23   that was where all of the -- all of the customers would

24   bottleneck in the process.  So they wanted to have a

25   better process set in place to where that wouldn't be a

1    bottle -- an issue anymore and we could move it faster

2    through the system.

3              So I was able to create a process that sped

4    up the system -- sped up each customer through each of

5    those states.  And then we added in Georgia as well.

6              And then as we were moving over into the

7    new building, I was sharing with Sarah K. that there

8    should be a split in those departments, to have a

9    pre-installation admin team and then a post

10   installation admin team.  Because it was getting too

11   overwhelming with the volume that we were having to

12   handle -- have two people handle all of those clients

13   to where a lot of times they were wanting to push,

14   push, push, push to get it to install because

15   that's when the money happens.  Right?

16             So they were pushing really, really hard

17   every single day.  Like, I'm telling you, if it was

18   9:00 and there wasn't something uploaded, I was either

19   getting a phone call or Craig was in my office asking

20   why this wasn't done yet from the sales the day before.

21   Because it was you have to get this done.  And it even

22   got to the point where we hired someone to come in at

23   7:00 in the morning to get it done before Craig came in

24   the office, because he wanted the money from the sales

25   the day before quickly -- faster than anything.

1           And the same thing was if it was cleared

2    that first milestone and it was being held up in admin

3    for the utilities or for this or whatever, that was

4    always what can we do to get these done faster, what

5    can we do to get these to installation, what can we do?

6    It's like we don't have what we need yet because of X,

7    Y, and Z. We can't push this faster. Like, we don't

8    have approval from the utility companies. We don't

9    have approval for this or we don't have approval for

10   that.

11          And they would get upset because they -- we

12   weren't meeting our quota for the crew guys, which I

13   get it. You're running a business. You have to be on

14   quote for the things that you're needing. So I

15   explained to them if we had a team designating this was

16   their job, because they're trying -- right now they

17   were balancing, okay, I've got to get these ready for

18   installation, but I also have to get these inspected to

19   get them turned on to get to the last milestone.

20          So -- but because they weren't getting

21   money at that last milestone anymore, it wasn't as

22   important, I believe, in Craig's mind to really be

23   emphasizing this area over here. And it was what can

24   we do to get this better, to get it faster, to get it

25   installed, because once we uploaded the picture that it

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 85 of 100   PageID #: 943

1   was being installed, he was happy because he got a

2   hundred percent of the money at that time, because he

3   got 60/40 or 70/30 or whatever it was, but he got a

4   hundred percent of the money.

5            But -- and that's all they would focus on.

6   And I said it -- and D2 -- we called him D2 because

7   Dewayne Number 2, the second one.  He would -- every

8   meeting -- and they were getting very frustrated at

9   him.  I'm like I learned that if they don't want to

10  hear it, just stop saying it, because they're not going

11  to change.  Right?

12           So fast-forward to a few months before I

13  quit and they were having $4 million taken out of their

14  account, and then the next month $2 million taken out

15  of their account.  At the time when they're like focus

16  over here to get it to install, install, install,

17  install.  We have to have 40 a week.  We have to have

18  80 a week.  We have to have this many a week.  We're

19  adding more crews.  We're doing this to get to install

20  faster, and they never looked at the back side.

21           Then he was furious and would come into my

22  office furious at the fact that he had $4 million taken

23  out of the account, and I'm like I've been trying to

24  tell you-all this for months.  It's not just about

25  getting to install.  We have to get the crew -- the

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 86 of 100   PageID #: 944

1    team that's working on permitting and the team that's

2    working on -- one, we've got to get the crews better to

3    actually -- you-all are rushing installs to get them

4    done faster to get the money faster that they're not

5    doing them right.

6                Two, we don't have a good structure on the

7    back end for inspections because Lourde (phonetic) can

8    tell you how many they have over here that they haven't

9    even touched yet because they don't have organization

10   over there to even get the installs scheduled -- not

11   the installs scheduled, the inspections scheduled.  And

12   then because the installs aren't being done right the

13   first time there's like four or five failed inspections

14   per project.  So another thing is that's taking that

15   time of that 120 days.

16                So you think 120 days -- is that three

17   months?  I think that's three months.

18   Q.          Yes.

19   A.          So you have -- you would think I just

20   installed this.  120 days would not be difficult to

21   get the inspector out there, get it inspected, and

22   get it turned on, and notify the financing.

23   Q.          It's actually four months.

24   A.          Four months.  Right.  So you wouldn't

25   think, wow, four months -- that shouldn't take a

1  long time to do all those things.  Right?  But when

2  the department that is over that doesn't have any

3  structure, they don't have any leadership to make

4  them do their job, and then the crews are going in

5  so fast that they're missing things that every 90 or

6  80 percent -- I don't know the numbers, but it was a

7  lot -- are getting failed inspections to where the

8  service team -- we -- I think we might have had two

9  service guys at the very beginning.  I think when I

10 left, there was over -- there was two people per

11 crew, and I think there were five or six crews for

12 just service because we had so many service issues.

13          And it's like if we would do the job right

14 the first time, we wouldn't have to be -- and, like,

15 all these service techs, like -- it wasn't any revenue

16 coming in for the service teams.  Like, they weren't

17 going out because they were cleaning panels or they

18 were servicing this or doing this or that or whatever.

19 It was fixing fails or issues with batteries or all the

20 above.  Right?  There wasn't any revenue coming in for

21 them going out.  So, again, that's another place that

22 the company is just hemorrhaging money.

23          So it's like big picture.  Fix your

24 processes.  And that's what I said from the very

25 beginning, if you have good processes when you're

1   small, as you grow, they'll be able to grow with you

2   and sustain.  Right?  But they were wanting to grow so

3   fast that they weren't willing to stop -- you couldn't

4   ever say the word "stop" or "slow down" ever -- to make

5   things better to where when we were going -- and

6   forgive my language but we -- the managers were having

7   a meeting one time, and we said we should not be going

8   into Georgia because we have a backlog in Tennessee, a

9   backlog in Kentucky.  We do not need to be going into

10  Georgia.

11          And one of them said we're just going to

12  take this pile of crap and spread it around, because

13  that's exactly what it felt like and someone else even

14  said -- he said it's like you're driving -- you're in a

15  NASCAR car and the engine isn't working, but they don't

16  want you to turn the car off to fix it.  They want you

17  to fix it while you're going around the racetrack.

18  That was his impression of Solar Titan.

19          They want you to fix the issues.  They want

20  you to make the thing better.  They want it to be more

21  efficient, but they don't want to slow down and they

22  don't want to stop to actually allow you to get it

23  where it needs to be or where it can be, which I

24  thought was a very good analogy on his part.

25          It was just very frustrating when if anyone

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1  had a brain could see that their inefficiencies in

2  other departments that -- you couldn't not see them,

3  but then they were just being ignored, and I don't

4  understand why they were being ignored other than the

5  fact that they didn't affect the money quickly like my

6  two departments did.

7          So they thought we've already got the

8  money.  It's not a big deal; we'll fix it in time.

9  Well, it come to bite them in the butt when time caught

10  up to them and they're getting $4 million taken out of

11  their account because they couldn't get to the finish

12  line.  They were so worried about install, install,

13  install that they weren't worried about getting across

14  the finish line.

15          That's why I made the comment earlier of if

16  they can take a hundred percent of the money back

17  because we didn't get to that third milestone, then

18  that shouldn't be considered our money yet because we

19  didn't finish the job.  So we shouldn't be counting it

20  as cash flow until we get to the end.  So if they had

21  the mindset of this isn't Solar Titan's money until we

22  get to milestone three, they might have had a different

23  outlook on making sure every process from finance to

24  commissioning was flawless before expanding like

25  they've expanded, you know.

1          So, like, where that person made the
2    comment of when we were going into Georgia because we
3    were behind in post install.  So we always split it --
4    and as we -- when we moved into the new building, I
5    really felt like -- I don't know if the -- the whole
6    thing of stay in your lane, Sarah; this isn't your
7    department, Sarah; like, just stay over there was
8    exacerbated when we moved in.

9          Because where I was placed in the
10   department where before it was the four of you are
11   operations managers and you're going to manage
12   operations as a team.  You each have a different
13   department, but you're a team.  And it split because,
14   one, we moved away from the warehouse.  So Duane -- oh
15   Lord, I can't remember his last name.  We called them
16   D1 and D2 -- we left him at the warehouse so he
17   couldn't really be part of the team anymore because he
18   wasn't at the same location.

19         And then D2 was very frustrated with the
20   scheduling because it was like every single week they
21   were upping what he needed to do.  So, like, this week
22   it was 40.  Next week it was 45 kilowatts.  The next
23   week it was 50 kilowatts.  Like, every single week they
24   were upping his minimum to get installed.  And he was
25   like you're not looking at the bigger picture.

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 91 of 100   PageID #: 949

1    He had the same mindset as me.  He's like
2    you're not looking at the bigger picture because you're
3    wanting me to install 40 kilowatts or 80 kilowatts, but
4    then we can't turn on 80 kilowatts.  So we're
5    installing all of these things, but then we're just
6    piling on and piling on and piling on more customers
7    that are getting frustrated because we don't have a
8    good process to get them inspected and commissioned or
9    serviced and commissioned because they failed their
10   inspection.  Right?
11   So he was like you've got to stop giving me
12   more of a minimum because we're not even getting the
13   ones that I did last week turned on.  So he's like
14   you're just creating more problem for yourself in the
15   long run, and they would not listen to him at all, and
16   it was getting him very frustrated.  And me and him
17   both were adamant every single meeting that we had was
18   I understand that you have cash flow and I understand
19   that you're adding on more crews, but -- and so when
20   you're adding on more crews, you're adding on more
21   payroll.  Right?  So you have to have more money coming
22   in.  I get it.
23   But it's like instead of adding on more
24   crews, like retrain the ones that we have to where they
25   are better to where -- and then, like, work on this

1  back side process, and they wouldn't listen.  They

2  wouldn't listen.  They wouldn't listen until that first

3  120 days showed up and there's $4 million taken out of

4  their account.  That's when they noticed, and then they

5  were all like why did we have this many not be able to

6  get to the finish line?

7                   I was like don't even.  No.  Because for

8  months now not just myself but Dwayne Strickland had

9  told you over and over and over again in meetings that

10 you are putting too much emphasis on installs, way too

11 much, and just completely ignoring the fact that

12 there's another milestone that needs to be reached, and

13 you never wanted to do anything about making this

14 department better to where we could actually get --

15                  If you're wanting me to do 80 a week, then

16 we should be -- and when I say 80 -- kilowatts.  That's

17 how they measure before was kilowatts installed.  So if

18 this one is a 16 or this one is a 7, the minimum was

19 this much kilowatts.  And then towards the end

20 Russell -- Russ, the CEO, actually changed it to

21 jobs -- how many jobs per week.  Because finance

22 doesn't process their numbers -- they don't process

23 kilowatts.  This is how many sales that came in.  We

24 had this many sales.  This is how many we processed.

25 And the sale thing admin and permitting and all of

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 93 of 100   PageID #: 951

1    that.

2              But it was really weird because it was

3    always sales all the way to install, and then it was

4    kilowatts for some reason.  So he was like we should

5    just have a more unified way to express what our goals

6    are.  So it went from this is how many kilowatts he

7    needed to do, and this is how many jobs a week that he

8    needed to do.  Right?  And then every department was

9    supposed to process a minimum of so many jobs a week.

10             So finance was 40, and then I think I moved

11   up to 50 a week before I left, but that was our minimum

12   goal each week was to process 40 -- 40 sales and the

13   same thing in admin.  So finance moved it and I do

14   believe they wanted either 40 to 60 jobs installed a

15   week.  And I said -- and that's kind of where it was in

16   that conversation of flow.  Well, if you want us -- if

17   you want to be able to install 40 a week, then we need

18   at least 60 sales come in because if you sold 60 but

19   then 10 of them cancel or if you sold 40 and 10 of them

20   cancel, how can I send you 40 to install?  That can't

21   be possible.  Right?

22             Because -- so if I had 60 come in, 10

23   canceled, then I had 50, and then through the process

24   of utility companies like the utility company has three

25   weeks of their processing time and then this one has an

1  HOA or they canceled outside of their three days.

2  Right?  We're not going to send them on to get

3  scheduled even though they're refusing.  Right?  So

4  they break off and lose some because of processing

5  times.

6          So for me to send you 40 to install, I need

7  at least 60 or 70 sold to me every week.  So it's like

8  you can't be requiring me to give you something that

9  isn't being given to me.  So that was a conversation

10  that we had.

11          So -- and one of the things too that I

12  think you need to be aware of is what is the legal

13  definition of install complete?  It was very gray.

14  Sunlight requires a picture of the panels on the roof

15  as well as the engineering plans when you notify them

16  that the install is complete.  That's Sunlight.

17          A long time ago Mosaic required a picture

18  of the front of the house with the house number or the

19  mailbox with the house number and the panels on a --

20  like a collage of the pictures to send in to them.

21  They just wanted one picture, so I had to make, like, a

22  collage of pictures to upload to them.  Then it started

23  changing to they wanted the inverter and the panels and

24  the front of the house into the picture.

25          So at that time we had full crews to where

1    the install happened and the -- there was -- the whole

2    crew was there and they did the -- the electrical work

3    on the ground and the panels on the roof and connected

4    everything all in the same day or two days, depending

5    on the size of the project.  Right?

6            So Dale had the idea and convinced Sarah

7    and Craig that splitting the crews and having a roof

8    crew and an electrical crew would be more beneficial in

9    the long run.  Because what would happen -- say it

10   rains or it snows or something, we couldn't send the

11   whole crew out to the project.  So that would delay the

12   customer and could possibly make that crew not have a

13   job for the day unless we could find something in an

14   area that it wasn't snowing or raining.  Right?

15           So if it was snowing, we could still send

16   out the electrical crew but not the roof crew.  Right?

17   So there was a whole reason as to why.  I never liked

18   it because it just delayed the installation because the

19   roof crew would go out and then sometimes three or four

20   days later the electrical crew would go out.  Right?

21   So -- and then it was done.  But I was given

22   instructions to notify the finance company that

23   installation was complete at roof -- glass on roof.

24   They always said glass on roof means complete.  Glass

25   on roof.  Glass on roof.

1           They said they verified with the utility --

2    not the utility companies -- the finance companies and

3    that it was -- and I even remember speaking with

4    Mosaic.  I can't remember exactly who.  But I said is

5    completed installed glass on roof?  And I do remember

6    them saying, yes, but I don't believe that that person

7    understood what I was asking, because at the same time

8    they were requiring us to put pictures of the inverter

9    in the collage.  So if they were considering glass on

10   the roof as complete, they wouldn't be also requiring

11   the inverter picture.  Does that make sense?

12   Q.          So is it the electrical crew would be

13   the one that would be doing the inverter?

14   A.          Uh-huh.  So the panel crew -- the roof

15   crew would be doing all the panels and brackets and

16   things on the roof and then install the whip that

17   went down to where the electrical crew came in, the

18   two installed the inverter and the battery.  They

19   would connect the whip to the inverter and battery,

20   and it would be technically complete.

21           So when they were talking -- when they had

22   made the decision that this is what they're going to

23   do, they're splitting into two crews, I voiced my

24   opinion and I said, well, for the financial side of

25   things we have to upload install completes.  So are we

1  going to install when roof is done or are we going to

2  upload when the electrical crew is done?  And they told

3  me roof.  And that's when I asked the question to the

4  finance team at Mosaic and they said glass on roof

5  is -- I think their terminology was substantial

6  completion.

7          So I actually voiced my opinion and --

8  because at the time we were still having to upload the

9  pictures.  Right?  So I asked the question, and they

10 said glass on roof is substantial completion.  But the

11 pictures were still stating -- like I had submitted

12 some pictures that just had the front of the house and

13 the panels, and they kicked it back and said we require

14 a picture of the inverter.  So I told Sarah K., if

15 Craig is requiring us to put in at roof but Mosaic is

16 requiring the inverter, I said I will not fabricate a

17 picture that has an inverter that doesn't belong to

18 that customer.  I will not do it.  Because I think

19 that's what they were going to ask me to do.

20         And I told her -- and again not -- that was

21 just my feeling because they were like we're doing it

22 at roof.  Well, how can we do it at roof when the

23 inverter hasn't been installed yet and it's a picture.

24 So I'm assuming you're going to want me to put a

25 picture in there that has an inverter.

1        So I had a conversation with her, and I

2    said I respect you.  You -- you know, like, I truly

3    respect Sarah Kirkland.  She is a wonderful woman.  She

4    does many great things for her employees.  I said, but

5    I will not work here -- I will not put in pictures that

6    are false because my name -- because I have to sign in

7    under my log-in.  And I said my name is attached to the

8    log-in and I'm the one putting in the picture, so I was

9    like I'm not going to go to jail because I'm putting in

10   fraudulent information into this portal.

11       I said so I don't know if you-all need to

12   have another conversation about when you're going to be

13   considering completed, but they were adamant that it

14   was going to be glass on the roof because, again, they

15   get the money faster.  They would be getting the money

16   faster if they did it at glass on the roof.  Right?

17       So I told her think of not just I'm not

18   going to do it, but think of it this way.  If we have

19   this crew scheduled to go out April 1st to put glass --

20   to put the roof -- the glass on the roof -- the panels

21   on the roof.  Right?  But then weather happens,

22   something else like COVID happens and the crew gets

23   sick and we have to postpone a week, and then the week

24   that we get there that we have them scheduled it snows

25   so we have to postpone them another week -- so that's

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 99 of 100   PageID #: 957

1  just eating that 120 days.  Right?

2          So we already have the issue of not getting

3  everything complete in that 120 days.  And now you're

4  telling me to submit to Mosaic that we have completed

5  this install when we're only half done and that just

6  eats our 120 days.  So we're going to have more

7  clawbacks because of X, Y, and Z slowing us down to get

8  all the way completed, one, and then -- so not only

9  before we were dealing with failed inspections, not

10  getting the inspectors out there in time, not having

11  that process to where it sits for three weeks before

12  they can even pull it because they're so far behind

13  anyway.  Right?  So now we're adding the possibility of

14  a two-, three-, four-week delay in getting the

15  electrical even installed.  Right?

16          And the other problem was -- is Craig was

17  adamant that we had more roof crews than we had

18  electrical crews.  So where electrical -- and that was

19  another thing that frustrated Dewayne -- D2 was that

20  he -- say for example he had six roof crews, he only

21  had two electrical crews.  So his roof crews were

22  expected a minimum of 40 a week.  So how can we do 40

23  installs -- we can do 40 installs, but then the next

24  week -- like that week we could only do 20 electricals.

25  Right?

Case 3:23-cv-00046-DCLC-JEM   Document 10-6   Filed 02/06/23   Page 100 of 100   PageID #: 958