1          So he's like you're setting us up to fail

2    in the long run because you're telling me I have to

3    give all of my resources and my crews for roof, but

4    then you're just giving me a bigger and bigger and

5    bigger and bigger backlog of my electrical because your

6    focus is on glass on the roof because that's when the

7    money comes in.

8          So if you look at it, if I'm installing 40

9    a week on roof but can only do 20 a week on electrical,

10   that's 20 every single week.  And after four or five

11   weeks, how many is that that you can't even get to.

12   Right?  So, one, that slows us -- that takes us away

13   from more time out of our 120 days.  Two, it's creating

14   very mad customers because they're like, well, they

15   came out three days after we bought it and installed

16   the panels, but I haven't heard anything for three

17   weeks to get my system finished installed.  So I'd say

18   you've heard a lot of things like that.  Right?

19          So -- and it was just blatantly obvious

20   that they only -- I don't want to say "they" -- Craig

21   mainly only cared about the milestones and the

22   departments that affected the money.  Sales affected

23   the money.  We have to sell.  We have to make sure that

24   we're getting our numbers.  The finance department was

25   affecting the money.  My other department admin was

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 1 of 104   PageID #: 959

```
1   affecting the money because if it slowed down in my
2   department, it couldn't get to install.  Right?  So
3   that was the affecting the money.  So he was hot in all
4   three of these departments, but it was like they could
5   care less -- once it got glass on the roof, they could
6   care less about everything else until --
7   Q.          What I was trying to figure out is what
8   did they do then?  So, like, you're saying Mosaic
9   wouldn't take the pictures without the picture of
10  the inverter.  Did Mosaic just start letting some of
11  those pictures go through?  How did you process
12  those?
13  A.          So the lovely thing about Mosaic is if
14  you have a really good customer and they bring you a
15  lot of business, they will change their -- they will
16  change their requirements depending on the tier that
17  you're in.  So shortly after we split, we -- because
18  we were giving them so much business, it went from
19  uploading a picture to just clicking a button that
20  says we're done.  So all we had to do was say on the
21  portal project complete and they didn't have to
22  verify through a picture or anything, because we had
23  reached a milestone of how much money and business
24  we were bringing them.
25              So after I had the conversation with Sarah
```

1  Kirkland, when I said I would not be uploading

2  pictures, that was just -- I mean, I can't upload

3  pictures that I don't have pictures for.  So we either

4  need to change it to waiting until everything is

5  complete to put up the pictures because that's

6  ethically what is required of us.  Then I'm not going

7  to do that.  Right?

8            Probably not even a week later, Mosaic --

9  they must have been in conversations with Mosaic to say

10  we have been a loyal customer to you.  We've brought

11  over X million dollars a month revenue for you and this

12  that and the third.  They had very long back-and-forth

13  meetings with Mosaic where they approved it.

14            Because we had heard that that is one of

15  their tiers is to where you just push the button to say

16  project complete.  So -- and because when I was on the

17  phone with one of the associates with Mosaic and I

18  asked them what they considered project complete -- I

19  said, "Do you consider project complete to be glass on

20  the roof?"  And that person said yes.  So when we went

21  to moving to just clicking the button that said

22  "project complete," it was glass on roof and off to the

23  races they went.  It's just became worse and worse and

24  worse after that.

25            MR. KEEN:  It didn't matter if the

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 3 of 104   PageID #: 961

1    system worked or not or if it was operational --

2                    THE WITNESS:  Yeah.

3                    MR. KEEN:  -- Mosaic was paying Titan

4    and once Titan got paid, they were on to the next

5    customer?

6                    THE WITNESS:  Well, I wouldn't say

7    they were on to the next customer, but they were on to

8    the next -- they were on to the next panel install.

9    But I say -- there's a department that handles

10   inspections.  Right?  Pulling the permits and notifying

11   the inspector and all of that.  But they didn't have

12   structure in that department, and they were getting so

13   far behind in this distance between the glass on the

14   roof and when the electrical aspects of the system were

15   being installed, that, one, they were creating a huge

16   backlog there.

17                   And then when it finally got to the

18   inspection crew or team or the permitting team, like,

19   those customers were already furious, because they had

20   already had their glass on the roof done.  Which a lot

21   of times if we can flip them really fast they can get

22   out there within four or five days of when they

23   purchased, and then sat there for weeks, if not months

24   before their electrical portion was ever installed.

25   Sometimes if they lucked out to where they got through

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 4 of 104   PageID #: 962

1    pretty quickly, but most of the time -- the majority of

2    the time there was a huge gap.

3                    And then -- so they were already mad

4    about the gap, and then it got onto the desk of the

5    permitting admins where they already had a backlog of

6    40, 50, or a 100 deep and then they're getting their

7    new ones on there, that they are dealing with these

8    customers that are yelling and screaming that they've

9    been dealing with for weeks now, and now they're

10   getting customers that are mad because they've already

11   been delayed with the previous department.

12                   So it was like I wouldn't have worked

13   in that department if you paid me a million dollars

14   just because of all the problems and drama that they

15   had to deal with.  But the customers were rightly

16   upset, you know, but like they were hanging on -- they

17   are hanging on by a thread.  Right?  So they're just

18   reassuring them that they're working as best as they

19   can to get those done.

20                   But they weren't given enough

21   training.  They were growing so fast as a company that

22   they weren't taking any of those things into

23   consideration even though several managers were

24   expressing to them the importance of getting those

25   processes in place to where as you grow -- like, we

1    were in Tennessee and Kentucky when I first started.

2    Right?  There was a backlog in Kentucky when I started

3    due to the processes that they had in place that

4    just -- there just wasn't good processes in place for

5    that whole side of things.

6             So grow and grow and grow and never

7    change the process, never finalize, never fine tweak

8    things, grow and grow and grow, build a backlog, a

9    backlog, a backlog, frustrated customer after

10    frustrated customer, and then let's go to Georgia.

11    Sounds great.  Right?  And then let's go to Alabama.

12    Wonderful.

13             It's like -- I kept saying we have to

14    get this organized.  We have to make this better, and

15    it was stay in your lane, Sarah.  Stay in your lane,

16    Sarah.  It was like you obviously see -- and I'm not

17    tooting my own horn, but you obviously see that I took

18    a department that wasn't even a department and I

19    created policies and procedures to where we can get

20    them in and get them out in less than three days.  Even

21    though I don't agree we should do that because -- I

22    even had -- I even had it mapped out for them to say

23    when we start it, if the purchase was here, we would

24    process it on this day.  If the purchase was here, we

25    process it on this date.

1          So just for those three days would be
2    the only time that there wouldn't be cash flow coming
3    in from a sale, but after that we had that backlog of
4    the three days.  We hit them and hit them and hit them.
5    That way, one, we don't have to have an admin come in
6    at 7:00 in the morning to get them done first thing,
7    because it's three days later and it -- you know, it
8    doesn't matter.  Right?
9          But we literally had to hire --
10   everyone in the office worked eight to five except for
11   one girl.  She came in at seven to four because we had
12   to get them in from the sales the day before Craig came
13   into the office.  Ridiculous.
14         But, anyway, and then like Saturdays
15   and Sundays Samantha Blaine -- she had to work an hour
16   or two every Saturday or Sunday to put in the sales and
17   to put in the installs that happened over the weekend
18   because they were a seven-days-a-week crew.  Right?
19   And -- and it's like he couldn't even wait for us to
20   come in Monday morning to do sales and installs from
21   the weekend.  It had to be done every single day, and
22   it's just like really?  Are you that -- I mean, I know
23   they weren't that off of money or bad with money -- I
24   mean, they could be.  I don't know.
25         But it's like you couldn't wait until

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 7 of 104   PageID #: 965

1   Monday morning for us to do the weekend installs?  It's

2   like you're that strapped for cash?  I don't think so.

3   You know, like, we were selling easily 200-, $300,000

4   worth of systems every single day.  Every single day.

5   So it's like you could take Saturday and Sunday off,

6   but no, no, no, no.  She had to work -- she clocked

7   in -- sometimes I did it, but no.  When I went salary,

8   I was like no, I'm not working on the weekends.  Sorry.

9               So she would clock in at like 8:00,

10  9:00 on Sunday -- on Saturday and Sunday for a few

11  hours and then 8:00, 9:00 on those nights again to put

12  in the installations that happened over the weekend.

13  Ridiculous.

14              So -- but when we were moving forward

15  and, you know, growing and expanding, and I made the

16  comment that we need to split pre -- the pre-admin

17  stuff and the post admin stuff to -- we called -- I

18  think they ended up calling it interconnection and

19  utility admins and then permitting.  Right?

20              So we were told to push them as fast

21  as we could through our process.  So through finance

22  and through -- and through admin or utility admin to

23  get them to scheduling.  Right?  So what the process

24  was -- because we handled everything with the utility

25  companies.  We got them cleared through finance on the

1    finance.  Right?  And then we sent them on to admin.
2    We handled everything from the utility companies to the
3    HOAs.  Right?  And once we got those, we notified both
4    of them and got the approvals that were required, we
5    sent them on.  Right?  And we had our minimum of 40 a
6    week that we had to send.
7                    So our process -- so because I
8    couldn't -- stay in your lane.  Right?  And I couldn't
9    go into the other departments to make sure they're
10   doing their job.  We -- I put processes in place to
11   cover my department if something ever happened.  Right?
12   So we were using -- they used Sales Force.  So each --
13   when a sale happens and it's marked "sold," a project
14   is created and there's different chevrons across the
15   top of the screen in the platform.  So it went to
16   finance approval and then it went to admin and then it
17   went to scheduling and then it went to permitting.
18   Right?
19                   So the moment that it became a sale,
20   there were different tasks that were created that had
21   to be complete before you could move it to the next one
22   supposedly.  Right?  So finance had to upload documents
23   into the finance portal.  We had to do the welcome call
24   with the customer to welcome them to Solar Titan family
25   and to just kind of go over this is what our process is

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 9 of 104   PageID #: 967

1  in the finance department.  We've been working with the
2  finance company.  All the things.  Right?
3              We did that, and then engineering was
4  created a task to make the engineering plans.  Right?
5  So once we got -- and then finance approval.  So we did
6  all of our things that we had to do.  Engineering was
7  tasked to do the plans.  And then once we got the final
8  go ahead from the finance company we cleared all the
9  tasks on our side and put any of the notes that we
10  needed to put in and even put the date that finance had
11  approved it in Sales Force under that customer.
12              And then we moved it to the next
13  chevron, which was admin, which was also my department.
14  So at that time the generated tasks were that we
15  contact the utility companies and contact the HOA, if
16  it was -- if they had one.  And then once we had the
17  approval or we -- so some required approval and then
18  some just required us to submit everything to them.
19  Right?  And then we had -- we had accounts for all of
20  the utility companies and like all of their different
21  requirements in Sales Force to where we would just go
22  there, see what they required, get their application,
23  fill it out, and submit it.  Right?
24              So once we did all that, we had the
25  same things for our HOAs, but the moment -- the moment

1    that we in admin received the file from finance, we

2    created a task for the permitting -- the permitting

3    department to pull the electrical permit and pull the

4    building permits because some -- some utilities --

5    sorry -- some cities and counties required building

6    permits and some didn't.  So we always assigned them

7    both tasks and then they would look at the -- they

8    would look at the county or city and either mark off

9    that they didn't require a building or they knew that

10   they need to do it and they told both.  Right?

11             So the issue that I found out was

12   happening was they were pushing, pushing, pushing,

13   pushing, pushing for us to send as fast as we could to

14   scheduling.  And some days scheduling would get our

15   file and schedule it for the next day.  Right?  So it's

16   not my job to make sure scheduling is doing their job

17   thorough enough to make sure that the permits are

18   actually pulled.  Right?

19             So I did my job.  I did everything

20   that I'm supposed to do.  My departments assigned tasks

21   to the other departments to do their job.  Whether or

22   not they were doing that, I don't know.  Right?  I just

23   did what my departments were supposed to do.

24             Well, come to find out -- well, there

25   was one time when a customer -- we did it so fast --

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 11 of 104   PageID #: 969

1    and this is another reason that I told them we need to

2    wait until after the third day before we ever touch

3    this file, because we got it, we processed it in both

4    finance and admin, and installed them on the third day.

5    On the third day.  They were fully in -- well, the

6    glass on the roof.  Right?

7                    The customer called in the morning of

8    the fourth day and wanted to cancel.  And I told the

9    manager of the scheduling department -- I said you have

10   to like -- I understand you're doing what you're told

11   because I'm doing what I'm told getting them out as

12   fast as possible and you're told to get them installed

13   as fast as possible.  I said, this is the reason why we

14   should wait until after the third day anyway.  Because

15   if that customer would have called yesterday evening

16   even after we installed them, we would have been

17   legally required to go and take this off their roof and

18   repair their roof and everything.  I said, but because

19   they were after the third day, we have, you know, that

20   process that they go through if they are a refusal.

21                   Luckily, we had someone in the sales

22   department there at that time and they talked to the

23   customer and they moved forward and everything is fine.

24   Right?  But that's kind of crazy that it went that fast

25   and they were still within their time to rescind.

1    Insane.

2                    So I got to thinking, hum, if it went

3    by that fast, were the permits even pulled.  Right?  So

4    I thought if it's going by so fast because they're

5    wanting us to process it this fast and getting it

6    installed this fast, how many times -- and I know the

7    backlog and I know they are chaotic over there, are

8    they pulling -- are they pulling these permits before

9    they're installing?  And I asked the manager of this

10   service -- of the scheduling department -- I said are

11   you required -- like, in your processes, are you

12   looking to see if those tasks that my department is

13   setting up for permitting are checked off and that

14   they're uploaded, like the permits are actually

15   uploaded into Sales Force before you're scheduled?

16                   And she is like no.  I said so you --

17   and then come to find out they were installing because

18   they want to get glass on the roof so fast because they

19   want to get that money that -- that they wanted to do

20   it so quickly that they weren't getting those permits

21   pulled and they were installing them, and then it was

22   coming back.  And I don't know if Sarah was unaware, if

23   Craig was unaware, or if it was just they were told do

24   as fast as they could, and everyone just assumed that

25   the permits were getting pulled on time.  I don't know,

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 13 of 104   PageID #: 971

1    but they weren't getting pulled.

2             So I suggested we split and create

3    another chevron to where it goes from me -- my

4    department in admin to permitting and it sits in

5    permitting, so we still task them to do it when we get

6    it so there's no delay in when it happens. Right? But

7    then -- so like when we are finished with our process,

8    it gets to the permitting process to where they've

9    already pulled it and we have it and they just move it

10    on or there's things that's happened to where they

11    can't pull it yet due to licensing or due to issues

12    with that county or whatever reason it might be and

13    it's staying in their queue until they get it. Right?

14             And they didn't like that idea at

15    first and then they didn't -- they were fighting me on

16    it. They were like, well, it's just going to

17    bottleneck and it's just going to do this. I said

18    whether or not it bottlenecks, it still needs to be

19    pulled before we install it. So whether it sits in

20    scheduling's queue versus permitting's queue, it needs

21    to sit somewhere because we don't need to be installing

22    it before the permits are pulled. Right? And they're

23    like, well, yeah, that's true. I was like why have it

24    sit in the department that like -- it shouldn't sit in

25    scheduling because it shouldn't even be in scheduling

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 14 of 104   PageID #: 972

1  until it can be scheduled.  So they were like, okay,

2  yeah, that makes sense.  Um, yeah.

3               So they created a new chevron, and,

4  again, that became that department and then -- so they

5  split permitting into -- permitting to where they

6  handle pulling the permits, and then it went to

7  scheduling and then it went to inspections.  So that

8  department actually split again to where I mentioned

9  before splitting admin into pre-install and post

10  install.  So that was split, and then they split the

11  permitting department into pre-install and post

12  install, because of how backlogged they were.  So they

13  had some people working on pulling the permits and then

14  sending them off to being scheduled, and then they have

15  other admins working on once it's been scheduled --

16  once it's been installed -- fully installed start to

17  finish, both crews, they reach out to the inspector and

18  they pull -- they notify them, do the inspection, and

19  then deal with passes and fails and the sort.  Right?

20               So they couldn't ever keep people in

21  that department because of how chaotic, as you can

22  imagine it was, and then they added in Georgia and then

23  they added in Alabama and that just created more and

24  more and more frustration and more frustrated customers

25  because of all the different requirements there.

1          Sorry.  I feel like I've talked my

2     head off.  But yeah.  There's -- I could say that a lot

3     of the complaints that the customers have given, a lot

4     of it can be said for how fast the company grew, one,

5     and how just the nature of the beast of the industry,

6     two, and new employees.  It's a new industry, so the

7     training and things like that.  A lot of turnover

8     because of frustrated employees because of the lack of

9     structure due to -- and, you know, at first I was

10    thinking, you know, it's just due to not having the

11    resources to do it or having the time to do it, but,

12    honestly, they could have set up the back end of

13    operations when it was small when several people were

14    suggesting it to happen, myself, D2.  And even Russ got

15    fired, for goodness sake, because he saw the issues and

16    brought it up so many times.

17          So they were -- they were -- they knew

18    that there was issues, but they didn't find it a

19    priority to fix until they started getting millions of

20    dollars taken out of their account.  And I don't want

21    to say it was ever too late, but when I -- like you've

22    already dug your hole of $4 million deep and it's

23    kind of -- it's going to take a lot of time and a lot

24    of resources and a lot of structure to fix it.

25          And, again, I was told stay in your

1    lane.  That isn't my department.  That isn't my -- you

2    know, that was Dale's area and that's his thing.  He

3    did not like the fact that I had ideas of how he could

4    improve his department.  He didn't like that at all.

5                      So they -- Sarah would always tell me

6    about how they have this lined up and how they're going

7    to do this and that and how it's going to get better

8    and it's going to get better, and I clung onto that for

9    so long because I respected Sarah.  I grew a lot --

10   like, I was invested in this company.  Like, I started

11   and I was admin number three, and I grew -- I grew with

12   the company and got to a management position.  So I was

13   invested two years.  Right?  So I saw a glimmer of

14   hope, and I clung to it.  And it just exploded with

15   more horribleness on the back end.  Right?  I don't

16   know.

17                      It's a lot because there's a lot of

18   good people that work there that really tried to do

19   their best for the customers and for the company, but a

20   lot of times their hands are tied on what they can do.

21   Like, I wanted to so bad change the policies to benefit

22   the company and the customer, but more -- I mean, even

23   more so the company because they're hemorrhaging money,

24   but they wouldn't let me do it.  So it's like there's

25   people there that really care about both the company

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 17 of 104   PageID #: 975

1    and the customers, but their hands are being tied and

2    they can't do it.

3                    So, I mean, I don't know if that -- if

4    that's the information that you wanted or needed or if

5    you have any other questions or ...

6    BY MS. DANIELS-HILL:

7    Q.          I was going to say I did have a couple

8    of follow-up.  You mentioned quite a lot about Sarah

9    Kirkland, quite a lot about Craig Kelley.  You

10   mentioned there was another owner.  I think you said

11   his name was Michael, but you haven't really brought

12   him up since.  Is Michael his legal name?

13   A.          So Michael -- what is his last name?

14   Michael -- oh, shoot -- Atnip.  Michael Atnip.  No.

15   Yes.  Anyway, he and Craig are -- I don't know if

16   they're married, but they're a couple.  And so he

17   was never really in the office.  Like, I saw him

18   more when -- sorry.  I had another text message.  I

19   apologize.

20                   So I saw him more when we were smaller.  He

21   would come into the office every once in a while, but

22   he -- he was more behind the scenes.  He didn't really

23   do a whole lot day to day in the office.  It was mostly

24   Craig and Sarah.

25   Q.          When it grew, did Mr. Atnip just not

1  come in at all?

2  A.          He -- I saw him every once in a while,

3  but it was more so just picking up Craig to go to

4  lunch or something like that but never really in the

5  office to, like, see how we were doing or go over

6  any policies or, you know, questions about the job

7  or anything like that.  It was more just to pick up

8  Craig.

9  Q.          And then we have heard some things

10  about, like, the two of them building wealth, and

11  I'm not sure if you're knowledgeable about any of

12  that, but my understanding is that he purchased a

13  pretty expensive -- or they purchased a pretty

14  expensive home and they invited a bunch of employees

15  to some kind of summer barbecue.  Did you actually

16  go to that at all?

17  A.          I did not, no.  I don't think that Craig

18  really liked me too much just because I was very

19  opinionated on things that I didn't feel like was

20  good practices.  So -- but I did hear -- and, again,

21  rumor, gossip, you know.  They had -- well, there

22  was two Teslas that other employees used.  They each

23  had a Tesla, and I think they had, like, four or

24  five Teslas, and they're not cheap cars.

25              And then I heard that they bought two homes

1    actually, a new home in Knoxville and then a vacation
2    home that were both over a million dollars cash that --
3    I was told that they bought them both cash, over a
4    million dollar homes.
5                        MR. KEEN:  Cash?
6                        THE WITNESS:  Cash.
7                        MR. KEEN:  Like no financing at all?
8                        THE WITNESS:  Cash.  He told me -- he
9    even told me he never finances anything because of
10   interest charges.  Like, why people finance things is
11   beyond him, but he doesn't do anything financing.  So
12   "anywho."  But us people in the real word have to
13   finance things.
14                        But whether or not it's true -- I
15   mean, I know that they bought a house in -- they bought
16   a new house in Knoxville, and then I know that they
17   vacation a lot in Florida and that they have a house
18   down there.  Whether or not they bought it cash and the
19   price of the house -- I was just told that they were
20   over a million dollars.  So ...
21                        MR. KEEN:  Is that the house that's on
22   Cools Bend -- the 3144 Cools Bend?
23                        THE WITNESS:  No.
24                        MR. KEEN:  But the people in the
25   office were talking about it?

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 20 of 104   PageID #: 978

1              THE WITNESS:  Yes.  Yeah.  And Dale
2   did once mention to me that he has been to Craig's
3   house several times for barbecues.  I guess just --
4   Dale didn't like me very much, and he made it obvious
5   he didn't like me very much.  One of the reasons that I
6   quit is because he walked past my office and flipped me
7   off while I had someone in my office with me and just
8   laughed about it.  And so -- and I knew that nothing
9   would ever happen, so I never went to HR about it.
10             And I even told Sarah K. -- I said
11  that's one of the reasons why I'm leaving is because I
12  feel like my departments are being held under a
13  microscope because they affect the money in the long
14  run, like finance and getting them to install.  But
15  then Dale's departments that have the most issues and
16  the most problems, no structure whatsoever, constant
17  turnover.
18             And like I had -- I think I had
19  over -- I think I had 30 in my -- maybe 20 in finance,
20  30 in admin between the four states' accounts, like
21  projects, in my two departments where permitting and --
22  permitting had over 100 and then inspections had over
23  300 when I left.  And it's like obviously there is
24  proof in the numbers that structure and policies work,
25  because my departments were flawless.  Like, yes, we

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 21 of 104   PageID #: 979

1    had things that snagged us along the route to not get

2    them pushed through as quickly as they would like.

3                But we had a process for everything.

4    And constantly being told stay in your lane, stay in

5    your lane, stay in your lane, when other departments

6    needed assistance and needed help to make the company

7    as a whole better and in the long run save more

8    money -- like, I don't -- I never -- and that's what I

9    told her.  I said, I don't understand why as a company

10   you're not wanting to get better.  And, like, there's

11   certain people that if you're in the in, they could do

12   whatever they wanted.  Obviously flip off other

13   managers and not get in trouble for it and do whatever

14   they wanted, speak to people however they wanted to,

15   speak to customers, speak to employees however they

16   wanted, and come in when they wanted, leave when they

17   wanted, all of that if you're within the in group.

18   Right?

19                But -- so it's like I don't -- you can

20   see that this department -- these departments over here

21   need fixing, not only to make the customers happier,

22   but to make the company function better and to grow

23   better, because if you're that -- the saying of take

24   this pile and spread it around is exactly what they

25   were doing.  Right?  They didn't have the processes in

1   place to even make our customers -- our processes for

2   Tennessee and Kentucky better and then they're wanting

3   to go into Georgia and Alabama, and they did.  Right?

4                And so the front end was perfect.  The

5   front end was fine.  So he did mention to me that he

6   was invited several times to barbecues at Craig's

7   house, and I guess just to make it a point that I was

8   never invited.  And I'm like it's not going to hurt my

9   feelings, friend, that you were invited and I wasn't.

10  BY MS. DANIELS-HILL:

11  Q.          You brought up the refusals a few

12  time -- the refusals list, but I don't think you

13  described what that process looks like.  What

14  happens with the people that are past three days

15  when they ask to cancel?

16  A.          So I was told that they had one of three

17  options.  They can refuse and continue to get a bill

18  from Mosaic and not have anything on their property.

19  They can pay 30 percent of their costs and get out

20  of the contract or they can move forward.  Those are

21  their options.

22  Q.          So for the people who refused to have it

23  installed, what -- how could they have a bill from

24  Mosaic because Mosaic wouldn't have paid anything to

25  Solar Titan?

1   A.        They paid the first installment, because

2   the first milestone was met.

3   Q.        Right.  But then the other half wouldn't

4   have been paid out because nothing was actually

5   installed.  So what was the customer paying for,

6   just that initial month that was financed or like

7   the entire loan?

8   A.        They would have paid for the entire

9   loan, but that's a Mosaic thing.  That's not an us

10   thing -- I mean, that's not a them thing.  So Mosaic

11   would continue to charge the customer monthly

12   because they had an open -- they had an open loan

13   because we weren't to tell Mosaic that they

14   canceled.  We were to tell Mosaic that we were still

15   working with them to -- they had questions and we

16   were still working with them to move forward with

17   the project if they ever asked.

18   Q.        What would they do -- because they would

19   never get the install pictures -- I guess the

20   button -- it changed to a button but the button

21   wasn't being pushed to say the install was done.  So

22   let's say it's a $70,000 sale.  That might be a lot;

23   that might not be.  And they -- and maybe they front

24   the amount of costs for installation to Solar Titan,

25   but then Solar Titan is not actually using that

1   money for an installation.  So, like, what is the
2   customer paying back for, I guess?
3   A.          They have -- they are in a loan with
4   Mosaic.  That's between them and Mosaic.

5           So -- but that was one of the things that I
6   brought up a lot, is what's happening to that money
7   because we have a whole drawer full of customers that
8   are refusals.  And they told me that -- so Sunlight at
9   any time they contacted them to cancel, they let them
10  out of the contract, no matter what.  That was
11  Sunlight.

12          We have had fully installed, fully operated
13  customers calling to cancel, and Sunlight took the
14  money back from us and they have -- they have a
15  functioning system that's working perfectly.  That was
16  just Sunlight.

17          Mosaic on the other hand was three -- after
18  the three days they're in a legal binding contract and
19  they are in a loan.  Right?  So they -- and so I was
20  like what's going to happen -- like, did the sales reps
21  get paid part of their commission on this?  Did --
22  like, what's happening with this money.  Obviously, I
23  was never told that.  But those were questions that
24  sales reps would come to me about.  Like, when am I
25  going to get the last bit of this money?  I'm like

1  you're not.  I don't know.  Go talk to payroll.  But,

2  like, we're not getting paid any further on this

3  because the customer is not moving forward.  So I don't

4  know about your pay on this.  But there has been money

5  given to the company for this loan.  So, in my opinion,

6  you should get some sort of something.  I don't know,

7  but that's between you -- that's between your manager

8  and that's between payroll.  I have no idea how and

9  when you guys get paid.

10                And then when I was leaving -- so from my

11  understanding, Sarah Kirkland was under the impression

12  that they would just get billed and that they weren't

13  going to cancel it out.  Well, towards the end of me --

14  of my tenure with them, I was getting a lot of

15  questions from Mosaic as to why these customers haven't

16  reached the second milestone yet.  And so I'm like I

17  don't know what to tell them, and I would say that they

18  tried to cancel outside of their three days, and

19  they're currently not wanting to move forward with

20  their project, but we're working with them to answer

21  any questions that they might have and X, Y, and Z to

22  get them to move forward to install.  And once they are

23  ready to move forward, we will notify you.  And once

24  they're installed, we'll let them know.  Right?

25                So that -- that answer sufficed for a long

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 26 of 104   PageID #:
984

1   time, and then I remember the last call -- one of the

2   last calls that I had from Mosaic -- I can't remember

3   the customer exactly, but they -- it had gone over a

4   certain amount of time, and they were like, this

5   customer hasn't reached the milestone in a long time.

6   Like, can you tell me exactly what's happening?  And at

7   that point I was like I'm not trying to hide anything.

8              You know, like, I just wanted to know

9   exactly the truth because, like, if they're going to be

10  paying this money for a system that they don't even

11  have and, like, this is the policies that I've been

12  given to uphold, like, why are we again holding on to

13  this money if Mosaic is truly going to let these people

14  out of their contract.  So I asked them.  I said so

15  I've always been told -- under the impression of you

16  hold the customers to the contract after the three

17  days.  I've always been told those are called refusals,

18  and, like, we try to work with them to answer any

19  questions that they might have, and because a lot of

20  times, like, utility companies try scare -- I mean,

21  sadly that's something that we've come across where

22  utility companies try to scare customers into not

23  getting a system for whatever reason that they want to

24  do that.  Right?  So they might get cold feet because

25  of that or want them to back out because of that.

1    So, like, we try to work with customers to

2  see exactly what their reason for why they wanted it to

3  now they don't, and sometimes that takes longer just

4  because the list of people.

5    And I said but if for some reason they

6  never want to ever move forward, like, what do we --

7  what happens on Mosaic's side?  He was, like, if they

8  reach out to us and they say they're not moving

9  forward, then we cancel the loan.  And I'm, like,

10  really?  I was always under the impression that you

11  won't cancel the loan.  And he said no.  Well, first,

12  he said well, let me call someone and verify exactly

13  what we do, and so he called me back.

14    And he said that it would be completely

15  canceled if it never reaches milestone two after a

16  certain amount of time and the customer calls in to

17  say -- but if the customer -- I'm assuming if the

18  customer never calls in to say that they have canceled

19  and they're not moving forward, then it's just going to

20  be an open-ended loan.  Right?  Until it's paid off?

21    MR. KEEN:  You are talking about

22  Mosaic?

23    THE WITNESS:  Right.  If they never

24  call Mosaic.  Right.  So Craig would say whenever they

25  get their first bill, they're going to call us and want

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 28 of 104   PageID #: 986

1  us to move forward.  So that in his -- in my mind is

2  his reasoning to, well, they're outside of their three

3  days, Mosaic isn't going to cancel their loan, and when

4  they get a bill or two and they don't have a system to

5  account for it, they'll call us back and we'll install

6  their system.  And I'm like you're the boss man.  So --

7              But after I had the conversation with

8  the person from Mosaic, if they called in and no matter

9  if it's a year after they purchased and we've been

10  holding them in the refusal pile and they tell Mosaic

11  they're never moving forward, Mosaic is going to -- I

12  think it was, like, after -- I don't know after how

13  many days, but Mosaic is going to inevitably cancel

14  their loan out.  Right?  Which is the ethical thing to

15  do.

16  BY MS. DANIELS-HILL:

17  Q.          Well, yeah, because they haven't

18  actually lent any money at that point.

19  A.          They did.  They "lended" 60 percent of

20  the money to us.  So at that point we have

21  60 percent of the money, but we're not doing

22  anything with it other than using it for other

23  projects or whatever, buying million dollar houses.

24  I don't know.  Sorry.  That was not okay to say.

25              But they -- we have 60 percent of their

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 29 of 104   PageID #: 987

1    loan.  So that, again, turns into another chance of
2    having the clawback happen a year down the road taken
3    out of the account that it should have never been used
4    in the first place.  Right?
5              So, again, you get into the -- a year later
6    they finally tell Mosaic that they don't want it, and
7    then they have already -- so they take that 60 percent
8    back, but we've already purchased the system.  Right?
9    So Solar Titan -- say it was $60,000 that they gave us.
10   It was $100,000 system.  Right?  We get 60 percent, so
11   $60,000.  We've purchased the equipment and everything
12   for the system.  We have all the payroll for the
13   commission -- for part of the commission.  Right?  And
14   then payroll for the finance admins, for the utility
15   admins, paying the fees for the utility companies,
16   paying the fees for the permits, you know, all of that
17   stuff that happens pre-install.
18             So Solar Titan is out this money.  Right?
19   And then they refuse.  So I don't know how much money
20   they've spent at this point of that $60,000 toward the
21   actual project, which they have -- they've spent the
22   money.  And now they refuse and it sat there and it sat
23   there.  So say they sent $20,000 of it.  So $40,000 is
24   sitting there, but it's not sitting there.  They're
25   using it.  Right?  Because of cash flow, whatever.  I'm

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 30 of 104   PageID #: 988

1    not the accountant.  I don't know the books.

2              So a year later Mosaic is like, well, they

3    reached out to us, they're not doing anything, takes

4    $60,000 back when they've already spent $20,000 of it.

5    So that's why they don't -- that's another reason why I

6    always argued with them and stressed the importance of

7    you are having -- waiting for the third day, period,

8    because, one, you're not paying commission on the sale.

9    You're not paying anybody in finance to touch the file.

10   You're not paying anything for purchasing the

11   equipment.  You're not paying any permitting fees.  And

12   some of the utility fees are like $1,400.  Some are

13   like 35.  I've seen anywhere as to nothing and I've

14   seen up to $1,600 for utility paperwork, which is

15   insane.

16             And then you have to pull the permits and

17   pay for those "permittings."  Right?  So if you just

18   wait for three days, how much simpler will your life be

19   in the long run?  But they never got it.  They never

20   have decided to do that.

21             So I actually told Sarah K. what they said,

22   and she wasn't really shocked, but she wasn't not

23   shocked at the same time.  So it kind of made me think

24   that she knew that it was inevitable that they were

25   going to pull it back.

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 31 of 104   PageID #: 989

1    Because we knew that Sunlight -- like, that

2  was the process.  Like, I was told to hold it until --

3  because Sunlight sent us an email 15 days before the

4  credit expired, and if you hadn't gotten to level

5  two -- milestone two before that time frame, then they

6  pulled the money back.  Right?  So if you were a

7  refusal and once we received that email at 15 days

8  before the credit expired, we were supposed to reach

9  out to Sunlight and let them know that the customer

10  canceled but not anytime before then.

11    So we knew that they would eventually

12  cancel out the loan no matter what, but they still

13  wanted us to hold it until we got that email from

14  Sunlight in I guess hopes that the customer would get

15  the bill -- one or two bills and be just like, you know

16  what, I'm paying for something I don't have, so just

17  come and put it on my roof.  Right?

18    So that's the thing -- so then when I told

19  her that, she said that we will eventually have to do

20  the same thing with Mosaic, but obviously their time

21  frame is a lot longer.  And that's when I just

22  reiterated the fact of we should hold the three days

23  anyway.  But -- but even after holding for the three

24  days, that's a whole other different process because

25  they could end up canceling anyway and Sunlight quicker

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 32 of 104   PageID #: 990

1  than Mosaic, but -- you know, that's kind of scary for

2  a business too because you've spent all this money and

3  then at any point they can cancel and there's nothing

4  as a business that they can truly do, and that doesn't

5  really seem fair either.  So -- especially if they've

6  already been installed and operating.  Like, I get it

7  if they haven't.

8          But that's -- I think that's one of the

9  reasons why one of the things they had said you could

10  pay 30 percent of the cost to get out of the contract

11  was due to the fact that we had already -- they had

12  already spent, you know, on commission and on payroll

13  and fees and processing and things like that, that they

14  had -- but I think there was only ever one person,

15  maybe two that actually ever paid that 30 percent to

16  get out of their contract.  Everyone else just said no.

17          And some were actually able to be saved.

18  You know, they had a conversation with someone in sales

19  that just went over the benefits of solar and why they

20  wanted it in the first place, and they, you know, moved

21  forward with their project.  But "anywho."

22          MR. KEEN:  Who did the company bank

23  with?

24          THE WITNESS:  I believe it was U.S.

25  Bank.

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 33 of 104   PageID #: 991

1              MR. KEEN:  Was there ever a time --

2     I'm sorry?

3              THE WITNESS:  I think your video was

4     frozen.  I'm sorry.  I didn't hear that last question.

5              MR. KEEN:  Was there ever a time when

6     the company was not able to make payroll?

7              THE WITNESS:  There was one time that

8     they didn't do payroll on that day -- on payday, and

9     they say it was because of a holiday and because of the

10    holiday, it didn't get processed in time, but it was

11    like the next day everybody got paid.  And I think

12    that -- so I do believe that was the only time.

13             So there was one other time too

14    that -- and, yeah, so I think the only time while I was

15    there -- it was like the next day or it was -- so where

16    people were -- there was one time where it was the next

17    day, and they blamed it on the holiday.  And then there

18    was one time where it wasn't that morning, but the

19    funds got to our bank account later on that day or

20    something like that.  I don't know.  But it -- if it

21    was due to processing or ADP or whatever it might have

22    been that had the delay, but I don't think there was

23    ever a time that people didn't get paid on our side

24    anyway.  I've heard -- again, gossip in the office,

25    that there were several times that sales reps didn't

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1    get paid commission that they were owed --

2                    MR. KEEN:  People on commission.

3                    THE WITNESS:  -- when they should have

4    been.  Huh?

5                    MR. KEEN:  The people on commission

6    are the ones that were saying they weren't getting paid

7    timely?

8                    THE WITNESS:  Yeah.  But that's -- I

9    mean, I heard that, and I know that's why several

10   people quit on the sales team was because they were --

11   I don't -- that was the thing, they never wanted

12   anybody -- other departments to talk or anybody like

13   that, but it happened.  So frustrations that I was made

14   aware of was that they changed their pay structure a

15   lot without notice about, like, percentages of

16   commissions or, like, bonuses and different things they

17   were told they would get, but then they decided, no,

18   they would not get those anymore.  Like, when they were

19   paid parts of their commission.

20                   Like, I don't know exactly when all of

21   those were set up.  So whether it be at the first

22   milestone and then at the next milestone, but I do know

23   that they were frustrated several times and several

24   people by the changes that were being made and then

25   there were times that payroll didn't even happen at all

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 35 of 104   PageID #: 993

1    for the sales side.

2                    MR. KEEN:  Did you ever hear of any

3    employees getting hurt on the job like doing installs?

4                    THE WITNESS:  Oh, all the time, yeah.

5                    MR. KEEN:  Can you give some examples.

6                    THE WITNESS:  So there were times that

7    people fell off ladders.  There were times that -- I

8    think there was one time a gentleman -- I don't think

9    he was electrocuted, but he -- I don't know.  There was

10   like a flash of something in his face.  I don't know.

11   But he was in a box that he shouldn't have been in, but

12   he was okay.

13                   And then obviously -- I don't know --

14   I, again, very separate.  They -- you know, it was once

15   we moved, Sarah, you handle pre-install and then I

16   handle everything else over here.  So I don't really

17   have a lot, but I have heard of things, but I couldn't

18   really give you more than that.

19                   MR. KEEN:  Did you ever hear about an

20   employee being electrocuted in Georgia and dying?

21                   THE WITNESS:  No, no, huh-uh.

22                   MR. KEEN:  What about, like, damage to

23   customer's homes, any stories there?

24                   THE WITNESS:  I've heard and I've seen

25   some pictures of where they cut or drilled holes and

1    they left them there, some of the things that they were

2    failed examinations on.  There were times like tracking

3    mud in the yard or in the house or like tires messing

4    up grass and things, but nothing -- I mean, other than

5    like they cut -- they had to cut a hole in the drywall

6    to put something through and they didn't finish it or

7    roof damage because -- or like leaking and different

8    things like that.

9                   But under -- from what I was told,

10   those were always being addressed.  How quickly, I

11   don't know, but we were always going back to repair

12   anything that we -- the crews messed up or we would pay

13   another outside company to do it.

14                  MR. KEEN:  Did Solar Titan ever send

15   advertisements in the mail or was it all online.

16                  THE WITNESS:  From what I knew they

17   had ads online, either Facebook, Twitter, YouTube,

18   things like that.  They did have a good referral

19   program to where if you were a customer and you

20   referred, you would get a fee that way.  And, like,

21   people would put signs in their yard.  They did have,

22   like, door hangers that if they wanted to hand them out

23   to people in their community, they could do that as

24   well.

25                  But, like, I personally never saw

1    anyone or any department ever, like, stuffing envelopes

2    to send things out to people, but, again, that wasn't

3    my department.

4    BY MS. DANIELS-HILL:

5    Q.         When people canceled, did they ever

6    actually mail in their cancellation notice instead

7    of using email?

8    A.         Sometimes.  Very rarely, though.

9               MR. KEEN:  You mentioned earlier that

10   whenever customers would sign the loan paperwork with

11   the sales rep that the loan paperwork would be emailed

12   to them.  What about customers who didn't use email,

13   how would they see the loan paperwork?

14              THE WITNESS:  Not my department.  I

15   don't know.  I was always told that nothing could ever

16   be signed if it wasn't the customer's email.  So I

17   don't know if the sales rep created an email for the

18   customer and then had that email -- because in the

19   system -- in their portal, you had to put in an email

20   for the loan docs to be sent to.  So if it had "Solar

21   Titan" in the email, then obviously when they called to

22   do the welcome call, they would be, like, is this your

23   email, you know.  So it wasn't ever sent to the sales

24   rep's email to sign because it was all digital.

25              So that's something that -- so I don't

1  know if they said that they didn't have an email, but

2  every -- every contract that Mosaic or Sunlight sent

3  out was sent to the customer's email and they opened it

4  up in Adobe or opened it up in their email on the

5  notepad or on their computer -- not notepad but the

6  iPad and they -- they signed it through Adobe that way.

7                    MR. KEEN:  Were systems ever turned on

8  that hadn't passed inspection?

9                    THE WITNESS:  So in Kentucky they --

10 most of the areas in Kentucky could be left on without

11 an inspection, yes.  But in Tennessee not to my

12 knowledge, no.  But until recently there was a change

13 in -- from my understanding, there was a change in the

14 way that the inspections happened, so there was like a

15 rough and a final inspection.

16                    So some inspectors required for the

17 system to be on when they came out to do the final.  So

18 I do believe that in those areas with those inspectors,

19 we turned them on and left them in non-export mode.  So

20 meaning that nothing ever -- like it capped to where it

21 wouldn't go back onto the grid.  So what they were

22 needing to use to produce it in their home was all that

23 was produced from the system and none of the excess

24 went onto the grid until we got the final passed

25 inspection and then we flipped it to where excess could

1    go onto the grid.

2                    But that wasn't in every case.  That

3    was just by inspector.  Like, I couldn't tell you which

4    inspectors required that, but there was a list of

5    inspectors that I know that required the system to be

6    on for them to do a final inspection even though I was

7    always under the impression that you couldn't be on

8    until you had the final inspection.  But they would

9    never pass us until they could see it on, so we left it

10   on at install but had it in the non-export mode.

11                   MR. KEEN:  What percentage of

12   installations roughly would you say failed, just the

13   first inspection?

14                   THE WITNESS:  I couldn't give you a

15   number, but it was a lot.  Yeah.  Again, that wasn't my

16   department, so I wasn't privy to that.  I was only ever

17   given the passed inspections to put into the finance

18   portals.  So I never really saw the failed inspections

19   really until I was asked to help with structuring and

20   organizing the service department.

21                   And then, like, so I created different

22   categories as to the needs of what was in the queue,

23   whether it be failed inspections, whether it be issues

24   with the panels or issues with the inverters and things

25   like that.  So that -- or "commissionings."  So that

1    were the four or five different categories that I split

2    up the jobs in the queue to know who to assign them to

3    and how to prioritize them.  And failed inspections was

4    a pretty long list.

5                    MR. KEEN:  Did the engineering plans

6    need to be submitted to the inspector before the

7    inspection could happen?

8                    THE WITNESS:  That is a good question.

9    The only thing that my departments did with the

10   engineering plans were some of the utility companies

11   required the engineering plans.  So whether or not

12   inspectors required them, that would be a question for

13   someone that worked in that department.

14                   MR. KEEN:  And was the primary

15   designer that Solar Titan used for their engineering

16   plans -- was his name Matt?

17                   THE WITNESS:  Yes.

18                   MR. KEEN:  Is it Matt Kirkland?

19                   THE WITNESS:  Uh-huh.

20                   MR. KEEN:  Is he any relation --

21                   THE WITNESS:  Yeah.  He's Sarah

22   Kirkland's son.  And then there was two other gentlemen

23   that worked part-time, which was another one of Sarah's

24   sons and then one of his friends.  So no engineering

25   degree or anything like that.

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 41 of 104   PageID #: 999

1          MR. KEEN:  Matt Kirkland doesn't have

2     an engineering degree?

3          THE WITNESS:  No.

4          MR. KEEN:  He's not a certified

5     electrical engineer or electrician?

6          THE WITNESS:  Nope.

7          MR. KEEN:  He's not a licensed

8     contractor?

9          THE WITNESS:  Not that I know of.

10    BY MS. DANIELS-HILL:

11    Q.          How is he creating these plans?

12    A.          He has software.  I was told they have

13    very expensive software they use for, like, shade

14    reports and different things like that.  So there

15    are very, very basic plans.  It had the spec sheets

16    for all the equipment that we used.  So it had the

17    face sheet with the address, system size, and

18    information of the customer.

19          And then the next one would be just the

20    location of where -- like, it would have an aerial view

21    of the house with the shade report on it to show the

22    production of the system -- the percentage of the

23    production and like the possible placement of where the

24    panels would go to get the optimal production.  And

25    then the following pages would just be the spec sheets.

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 42 of 104   PageID #: 1000

1    That's it.

2                    MR. KEEN:  The people that do the

3    installs -- were they required to have any type of

4    certification or did they just require oversight from

5    somebody with certification?

6                    THE WITNESS:  It was -- so to pull the

7    permits -- sorry -- I'm going to have to flip my phone

8    around because it's about to die.

9                    So from my understanding is that the

10   electrician that we pulled our permits through had to

11   be a licensed electrician and that our work was being

12   done under was a licensed electrician, but no one on

13   the crews were actually licensed electricians.

14                   MR. KEEN:  Was the licensed

15   electrician present for every single electrical hookup?

16                   THE WITNESS:  Nope.  There were some

17   utility companies in Kentucky that required a licensed

18   electrician to be present at every time that we were

19   ever on the property, and those were every single time,

20   but other places, no.

21                   MR. KEEN:  When Greg Abbott stopped

22   working for Tennessee -- for Solar Titan Tennessee,

23   what did Solar Titan do now that they didn't have a

24   licensed electrician to pull permits?

25                   THE WITNESS:  Greg Abbott?

1          MR. KEEN:  Yeah.

2          THE WITNESS:  I don't remember a Greg

3   Abbott.  I remember Abbott.  But what was his name?

4   Abbott.  Gosh, what was his name?  It wasn't Greg

5   unless that was his first name and he went by his

6   middle name at the office.

7          MR. KEEN:  But Abbott was the licensed

8   electrician that Solar Titan used to pull permits?

9          THE WITNESS:  Yeah.  We found a new

10  electrician.

11          MR. KEEN:  Do you know who that was?

12          THE WITNESS:  They were friends of

13  Dale Roden's.  Nick Hobbs maybe was one, and then there

14  was -- so there was two that they kind of went back and

15  forth between using.

16          MR. KEEN:  Was there ever a time where

17  Abbott's electrical license was being used to pull

18  permits when he wasn't actually employed by Solar

19  Titan?

20          THE WITNESS:  Not to my knowledge, but

21  I don't know.  Again, that wasn't my department.  I

22  know that he had said, like, we could finish like what

23  we had already pulled while he was with us.  Like,

24  obviously we could finish the process.  Right?  Because

25  those had already been pulled under his name, but new

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 44 of 104   PageID #: 1002

142

1    ones moving forward, I don't believe were ever pulled

2    under his license since he quit, but, obviously, we had

3    to finish the contracts and projects that had already

4    been pulled under his name.  And that took some time.

5                    MR. KEEN:  Were you familiar with the

6    TVA's green program?

7                    THE WITNESS:  Green Connect, yeah.

8                    MR. KEEN:  Was Solar Titan a part of

9    that?

10                    THE WITNESS:  Yes.

11                    MR. KEEN:  Was there ever a time where

12    TVA said, hey, we're not going to let you do this

13    anymore?

14                    THE WITNESS:  Yes.

15                    MR. KEEN:  Can you tell me a little

16    bit about that.

17                    THE WITNESS:  So they said that Solar

18    Titan didn't comply or meet their standards, and there

19    were a lot of complaints and different things like

20    that.  I was in the meeting with the representative.  I

21    know Sarah K. and Dale and Craig were in several other

22    meetings without me, but I can -- in this instance, I

23    can kind of defend Solar Titan in that aspect of why we

24    were locked out because there wasn't ever any evidence

25    to say that we -- that they weren't complying and doing

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1   everything that we could to meet all of the

2   requirements, even though they gave us a list of

3   everything we needed to upload into the portal and do

4   to get -- to be on -- to be meeting requirements.

5                    And we did that and they still locked

6   Solar Titan out of the Green Connect portal, even

7   though we had several meetings and every time that they

8   pulled something up or stated something that we weren't

9   doing correctly, we had evidence to show that we were

10  doing everything that we were required to do.  So Solar

11  Titan being locked out of the Green Connect portal I

12  don't believe was fair.

13                   MR. KEEN:  Was one of the requirements

14  that Solar Titan, you know, have systems operational

15  within a certain amount of time?

16                   THE WITNESS:  Yes.  So, again, there

17  was a particular person that they were referring to

18  that we weren't getting to be operational when that

19  customer was refusing to let us on their property.  So

20  they locked us out of Green Connect because we couldn't

21  get it operational, but then the customer itself

22  wouldn't let us get it operational.  So ...

23                   MR. KEEN:  There was a lot of

24  customers that were going a long time without having a

25  working system.

1          THE WITNESS:  Of course.  Of course,

2     yes.  Again, like I shared my frustrations and like my

3     opinion on -- as to why they weren't getting across the

4     finish line in a timely manner.  Right?  But for the

5     situations that merited TVA to step in and say we're

6     going to lock you out of Green Connect, all of those

7     situations that they brought to the table had

8     circumstances that were, one, out of our control or

9     just systematically like we pulled the permit, we

10     failed, we fixed it, we failed it again, and we fixed

11     it, and we failed.

12          Like, we weren't just sitting around

13     not doing anything.  It's just it was taking longer

14     because of the process.  So it wasn't the fact that we

15     were just sitting around and not getting them turned

16     on.  It was either, one, that one particular

17     customer -- I can't remember his name.  But I remember

18     having the conversation with TVA about this gentleman.

19     Like, he wasn't letting us back on his property.

20          And then the other ones where we have

21     pulled the permit and requested for inspections and the

22     inspectors in Tennessee haven't come out yet for us to

23     even know if we've passed.  Or situations where they

24     failed, we fixed them, they come back out, and they

25     failed us for something completely different, and we

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 47 of 104   PageID #: 1005

1    fixed that.  It's just this long wheel of things.

2                      So can there be processes for Solar

3    Titan to get them on in the time frame that Green

4    Connect required?  Absolutely, yes.  But for the

5    customers that they initially made the designation to

6    lock Solar Titan out of Green Connect I don't believe

7    was merited because of the evidence that we provided

8    them of Solar Titan going above and beyond -- well, not

9    above and beyond, but going -- doing all the things

10   that they could do with the time frame and the

11   structure of how the system is set up to pull permits

12   and do inspections and things like that.

13   BY MS. DANIELS-HILL:

14   Q.          Why was the customer, if you remember,

15   refusing to allow Solar Titan back onto the

16   property?

17   A.          Honestly, I couldn't tell you.  I know

18   that he was -- he was upset about the placement of

19   the battery, so we moved it.  And then he was mad

20   because where we had put the battery before there

21   was damage on the side -- on the siding.  Like, he

22   didn't want it there type thing and he wanted it

23   moved.  So I guess they thought we installed it here

24   where it should have been, you didn't want it there,

25   so that should be your expense to fix because you

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 48 of 104   PageID #: 1006

1    didn't want it there.  Like -- and it wasn't -- I

2    don't know.  I don't know.

3              So there was a lot of back and forth

4    between where the placement of the battery was supposed

5    to go, and then we actually ended up moving the

6    battery.  I couldn't give you all the details.  I just

7    know that he was very upset and there, like, was a lot

8    of back and forth between him and Dale, a lot of back

9    and forth.  And like he -- I think he even threatened

10   the lives of one of our -- of our crew that went out

11   there.  Like, it got very heated and very intense.

12             So, like, there was even mediation between

13   the county board and that customer and us and, like,

14   said, okay, this is what we are required to do and we

15   are willing to do this to make you a happy customer.

16   And he was okay and, like, agreed to those dates and

17   everything, and then would not let us schedule but then

18   would call in and complain to TVA and call in and

19   complain to the Better Business Bureau and call in and

20   complain to all these things that we weren't doing what

21   we said we would do, when, in fact, he wouldn't let us

22   come to the property to do it.

23   Q.        What county board did that mediation?

24   A.        That would be a question for Dale Roden.

25   I don't know.

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 49 of 104   PageID #: 1007

1  Q.          So you -- I'm guessing you didn't talk

2  to that customer?  You're getting the synopsis from

3  Dale Roden as to what was going wrong?

4  A.          Yes, uh-huh.

5              MR. KEEN:  When you left Solar Titan,

6  did you send a resignation letter?

7              THE WITNESS:  I sent an email to Sarah

8  Kirkland, yes.

9              MR. KEEN:  Would you be able to send

10 us a copy of that email?

11             THE WITNESS:  No, because it was

12 through my email at Solar Titan, and I don't have

13 access to that email.  But it was very quick and to the

14 point that I found a different -- I found a new

15 opportunity that would be a better fit for me.  And

16 then -- because I actually wanted to do it in person

17 with Sarah just because of having the relationship that

18 I had with her or friendship, and I couldn't find her

19 in the office that day at all.  So every time -- she

20 wasn't in her office and I think she went to lunch that

21 day with Craig, and so I had received an offer from

22 another company, from BlackBerry.

23             So I didn't want to delay my response

24 to them, so I sent the email and then later on spoke

25 with Sarah about the different reasons as to why, but

```
 1   my email didn't state the reasons.
 2                MR. KEEN:  It wasn't like Shawna's
 3   email where --
 4                THE WITNESS:  No, no, no, it was not
 5   like Shawna's email.  But I did have a conversation
 6   with Sarah as to some of the reasons as to why I wanted
 7   to step away from the company.
 8                MR. KEEN:  I assume that conversation
 9   involved a lot of what we've already talked about
10   today --
11                THE WITNESS:  Yes.
12                MR. KEEN:  -- about them not taking
13   initiative and all that kind of stuff?
14                THE WITNESS:  Uh-huh, yes.  It had a
15   lot to do with that.  Just not -- like the
16   secretiveness and the separation I felt between the
17   different department and just not -- honestly just not
18   being forthright as I felt like it should be, but a lot
19   of the main reasons were -- was that and then the
20   issues that I had with Dale.
21                I mean, those are anything to do with
22   the investigation, but as a company that would allow
23   another employee to talk to or treat another employee
24   that way and then that employee not even feel they
25   could go to the HR department to even say anything, I
```

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 51 of 104   PageID #: 1009

```
 1   don't want to work for a company like that.
 2              MR. KEEN:  But it sounds like Dale was
 3   more willing to sort of toe the line, so to speak, than
 4   you who would voice your opinion and other employees
 5   who would voice their opinion and make suggestions.  It
 6   sounds like Dale was more willing to go along with what
 7   Craig was telling you to do; right?
 8              THE WITNESS:  Uh-huh, yeah.
 9              MR. KEEN:  So that's probably why -- I
10   mean, I can understand why you would be -- you know,
11   that would not sit well with me either if there is an
12   employee who is able to get away with stuff just
13   because they didn't raise concern.
14              THE WITNESS:  Yeah.
15              MR. KEEN:  Oh, gosh.  There was
16   something that I was going to ask just now.
17              MS. DANIELS-HILL:  While you're
18   thinking, Sam, I did have one last question.
19   BY MS. DANIELS-HILL:
20   Q.         So we know that Solar Titan works with
21   both Mosaic and Sunlight.  Did they ever have
22   another finance partner that they wanted to work
23   with but that finance partner would not work with
24   them?
25   A.         So towards the end there were three more
```

1  solar finance companies.  Green Sky -- oh, Lord.  I

2  didn't work with them much just because it was

3  for -- they created a department called inside sales

4  that dealt with cancellations, like trying to save

5  cancels and refusals and also -- but their main

6  thing was, like, when the original sales rep would

7  go out and they were credit declined through Mosaic

8  or Sunlight, they would rerun -- they would contact

9  the customer -- potential customer and see if they

10 wanted to be reran through these other finance

11 companies that had less requirements, like lower

12 credit scores or different things like that where

13 Mosaic had higher, like, income and credit score

14 requirements.  So Green Sky, Concert, and --

15 Q.          Dividend?

16 A.          Dividend, yes, yes, yeah.  So those

17 three they used, but I don't think there was ever

18 one that -- there were others that we were pursuing,

19 and then because of different things they decided

20 not to want to work with that loan company.  But I

21 don't -- unless -- I'm just not aware that there was

22 others that decided not to want to work with us --

23 or Solar Titan, not us.

24 Q.          Did Solar Titan have other individuals

25 or other businesses that have tried to invest or

1  Solar Titan has wanted them to invest in the

2  business?

3  A.          I do remember that there was a week that

4  these people came out, and they were -- we had to,

5  like, make sure all of the whole place was clean and

6  organized and like there were -- they put screens

7  throughout the building that had, like, pictures of

8  the installs and stuff rotating through, all of the

9  bulletin boards were decorated with some sort of

10  thing, and we just had to look busy anytime that

11  they walked through -- right? -- to seem like we

12  were productive.  I don't know.

13          But, like, we couldn't be idly chatting or

14  hanging out or whatever while they were there just

15  because -- and this was another stupid thing -- we had

16  to wear proper work attire -- wear, like, business

17  casual while those people were there.  And, like, HR

18  would send out an email to everyone and say please wear

19  appropriate work attire tomorrow and Friday because we

20  are having guests, and it's like or we should just

21  enforce a dress code, but whatever.  Okay.

22          But, anyway, so I do remember there was a

23  group of people that came and I believe they were

24  potential investors.  I don't know their names.  I

25  don't know where they were from.  I just know that they

1    were there.  So --

2    Q.          So you wouldn't know why they -- or if

3    they actually became investors or if they didn't,

4    why they wouldn't?

5    A.          Right.  I don't think they did because I

6    think if other investors -- like if -- from all of

7    the effort that they put into that week, if they

8    actually decided to be investors, that you would

9    have -- I would have seen them -- there would have

10   been a presence in the office moving forward, and

11   there wasn't.  So I'm assuming that they denied it,

12   but who they were, I don't know.

13           MR. KEEN:  It seems like there were a

14   lot of red flags going on at one time.  Right?  Like

15   you talked about the company wanting to be very

16   secretive or not wanting to implement policies and

17   procedures that seem obvious to you and me would be

18   beneficial to the company and its customers.  You know,

19   Craig purchasing over a million dollar home with cash,

20   Craig having employees come in at 7:00 A.M. to process

21   loans, you know, immediately.  Employees coming in on

22   the weekend to do the same to get that cash from the

23   lenders as soon as possible.

24           All these things seem like red flags

25   to me.  Were employees -- were you-all like, hey,

1    there's something -- what's going on here?  Was there

2    ever any talk about that?

3                    THE WITNESS:  So in regards to his

4    house, like, that's gossip.  You own a business, you

5    can buy whatever you want.  So you're buying a million

6    dollar house, that's not my business.  So the fact that

7    he could pay for a million dollar house with cash,

8    that's like -- (vocal utterance) -- but then again, I

9    don't know how much you make.  You're the owner.

10   Right?  I don't know what other business interests you

11   have.  Like, it's not my business to tell you what you

12   can and can't buy.  So that, to me, wasn't a red flag.

13   It was just kind of like, man, I wish I could buy a

14   million dollar house but not a red flag.  Right?

15                   Other than like when they were getting

16   so upset at all the clawbacks, it made me think, well,

17   what are you -- how are you handling the money when

18   that started happening, and then I was thinking, okay,

19   you're buying million dollar houses and you have five

20   Teslas, I can see why you're mad about cash flow

21   because you ain't got no cash flow.  Right?  So it's

22   like how are they handling their finances?

23                   But then it's like we have an

24   accounting team that had five or six people in it.  So

25   it's like I doubt that it was poorly managed, you know.

1    So -- but, then again, like, I don't know if they

2    had -- I don't know how they handled the finances, so I

3    don't want to give my opinion.

4              But when the customer -- like when

5    customers would call in and complain or, like, the bad

6    reviews and clawbacks -- especially with my finance

7    team when they saw the clawbacks and stuff, they saw

8    the frustration.  They saw how unorganized and things

9    that the other departments were, and it was frustrating

10   to them when they felt that they had a high expectation

11   to get everything processed and get everything done

12   fast.  And then, like, if they didn't meet their 40

13   minimum -- no one got in trouble, but they weren't

14   happy and you could feel it.  You know what I mean?

15             So, like, they felt that pressure of

16   having to meet their minimum, but then they saw other

17   departments that, you know, where I said -- like, you

18   can see the dashboard.  You can see every single

19   department and how many is in each department.  And

20   then when our department has 30 in the queue and every

21   single one of them has a note as to what is holding

22   them up and what is the reason as to why they haven't

23   been finished processing -- right? -- and then they see

24   300 in this other department and no notes, no

25   explanation as to why they have been there and how long

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 57 of 104   PageID #: 1015

1    they've been sitting there or anything like that, and

2    then they don't see the -- I guess micromanagement of

3    Craig in those departments and they wonder why.  Why

4    does it matter?

5              Like, why is he over here like this

6    saying it's 9:00, why haven't the sales from yesterday

7    been put in yet?  Or none of the installs were uploaded

8    yesterday night, and it was Sunday night, so, like, why

9    wasn't Sam doing her job?  I'm like it's Sunday night.

10    That's why she didn't do it.  It's like we can put it

11    in this morning; it will be fine.

12              And then other departments have their

13    queues the way that they are and then he's not over

14    there micromanaging that.  And then we get to -- people

15    aren't stupid.  Oh, it's because our two departments

16    affect the money and those departments don't, so he

17    doesn't care.  Then it's just like why?  Why does it

18    matter so much?

19              And I get -- and I guess I just

20    chalked it up to wanting -- I don't know.  Like my

21    innocent little mind I guess was just we have over 300

22    employees, so we have to make sure the payroll is being

23    met.  We have to make sure that we're able to pay the

24    rent for this building and the other buildings that we

25    have.  We have to make sure that all the X, Y, Z of

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 58 of 104   PageID #: 1016

1    expenses.

2                    I always try to give people the

3    benefit of the doubt.  Like, I never went to, you know,

4    he's embezzling money or taking money from the company,

5    you know, or things like that, just because I don't

6    want to ever think someone would be -- to do that, you

7    know.  So I just saw it as there's a lot of expenses

8    that come into running this business, and that's why

9    it's so -- it has to be like that.

10                   MR. KEEN:  I'm assuming then since you

11   gave Craig the benefit of the doubt, you didn't know

12   that he was a convicted felon for federal wire fraud?

13                   THE WITNESS:  No, nope, didn't know

14   that.

15                   MR. KEEN:  So there was never any

16   office gossip about that?

17                   THE WITNESS:  There was one time that

18   someone told me that they heard from someone else

19   because -- there is one person in the company that is

20   just like little gossip queen, but there was one time

21   that Russell Williams told me that he never got a good

22   feeling from Craig and that that person shared with him

23   that nothing was in Craig's name, that it was all in

24   Michael's name because Craig had got into trouble in

25   the past, but what that trouble was I don't know.

1          And like I -- if you notice through

2    all of my testimony, like, I never -- like, I

3    intentionally made -- I intentionally went around Craig

4    a lot just because I didn't -- like, I didn't have a

5    good vibe with him, and he could come across pretty

6    harsh sometimes.  And I just -- conflict isn't my

7    thing.  So, like, I always try to make a point if I had

8    a disagreement or if I had an issue that I wanted to

9    bring up, I always went to Sarah K. because I felt like

10   she was more understanding and she could see where I

11   was coming from and she could see the benefits of what

12   I was presenting more so than Craig.

13          Like, anytime that I had an issue --

14   like, he -- he made the comment that when I first

15   started I was soft and then like -- his favorite word

16   is "buyers are liars."  That's his favorite slogan,

17   "buyers are liars."  And so, like, anytime that I would

18   say -- like, when I first started, oh, this customer

19   called in and said they were just diagnosed with cancer

20   and they want to cancel.  And he was, like, no, because

21   you're going to have an electric bill whether or not

22   you have cancer.  And, like, you know, you're still

23   going to have an electric bill and you're still going

24   to have this bill and you're still going to have that

25   bill and, like, you're going to not stop paying your

1   electric bill.  You're going to not stop paying your

2   water bill.  So, like, you bought something.  They

3   signed a legal contract.  So, like -- and you don't

4   even know if that's true.  Buyers are liars.  You don't

5   know if they have cancer or if that's just a story they

6   want to tell you to let you -- let -- play on your

7   heart strings and you let them out of the contract.  I

8   heard that so many times.

9                    So, like -- but, then again, there

10  were different situations that were crazy when we -- I

11  know you-all are doing this for, like, the customers or

12  whatever, but, like, there are some -- I know you-all

13  have dealt with it too.  There were some customers that

14  have some pretty wild and extreme issues and things

15  that went on that, you know, over time you kind of did

16  get a little hardened to the so-called excuses as to

17  why they're not wanting to move forward.

18                   So, like, you have to try to balance

19  the, you know, bleeding hearts of the world and not

20  getting too hardened.  Right?  I remember there was one

21  customer that would not sign the interconnection

22  agreement that we sent that was required by the utility

23  company.  And we would call them and call them, and

24  finally we got a text message and the customer said I

25  can't sign -- I can't sign my paper because my hands

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 61 of 104   PageID #: 1019

1  don't work.  My hands are broke.  My hands don't work.

2  And we were like what?

3            So we explained to them they're

4  outside of their three days to cancel and we need to

5  move forward and explained to them again why they

6  wanted to get solar and all of this.  And the text

7  messages -- like, they would never answer the phone.

8  They would only do text messages.  But it's like if

9  your hands don't work, how are you texting.  Right?

10            So finally, like, I spoke with Sarah

11  and I was, like, I don't know what's going on.  They

12  are refusing to sign.  Like, we can't move forward.

13  There's no possible way to move forward with this deal.

14  So she told me to go ahead and cancel it.  Right?

15            So there were some extreme

16  circumstances where Sarah agreed to let someone out of

17  their contract for whatever reason it might have been.

18  There were several reasons that happened outside of the

19  three days, and we notified the finance company that

20  day that we were canceling.  Right?

21            So fast forward a few months later, we

22  get a phone call from that customer and he was mad that

23  we hadn't ever installed his system.  And we were like

24  we were in contact with you via text message that you

25  weren't wanting to move forward and that you -- your

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 62 of 104   PageID #: 1020

1  hands were broken and you couldn't sign it anyway even

2  if you wanted to.  And he said that his girlfriend or

3  fiancee at the time -- he was sick in the hospital for

4  like three weeks with COVID, and during that time his

5  girlfriend, fiancee, whoever she was, was impersonating

6  him and took all the money out of his bank accounts,

7  like maxed out all of his credit cards and all the

8  things while he was in the hospital with COVID.  And

9  she was the one actually writing us saying that she

10 didn't want the system and all the things, that his

11 hands were broken and all of that.  So turns out he

12 still wanted it and it moved forward.  And he's happy.

13                    His system -- we expedited his

14 process.  We got his permits pulled and everything and

15 got him installed, and we actually sent a full crew out

16 to fully install his system and get it operational

17 rather quickly due to the circumstances.  So we had to

18 get the new loan and all of that stuff.

19                    So we do -- I mean, there are some

20 crazy stories.  I can tell you about the different

21 customers and different issues and problems and stuff

22 we've dealt with.  But that was kind of a tangent, but

23 it -- I kind of went back to with Craig how he was just

24 very, like, black and white.  It was like he didn't see

25 any excuse as a reliable excuse as to why we couldn't

Case 3:23-cv-00046-DCLC-JEM  Document 10-7  Filed 02/06/23  Page 63 of 104  PageID #: 1021

1  move forward.  His -- every single time it was buyers

2  are liars and we're moving forward with this contract.

3  Like, rarely ever, if at all, he ever wanted to cancel

4  a contract.

5              It was more Sarah that would look a

6  little deeper into what was going on and weigh out the

7  pros and cons and make that decision to either hold to

8  the policy of you're outside of your three days or

9  actually canceling.  But I did try to avoid him as much

10 as I could, and I dealt mostly with Sarah.

11             MR. KEEN:  All the issues -- were

12 they -- like, did each customer have an electronic file

13 in the database?

14             THE WITNESS:  Yes.

15             MR. KEEN:  So all these phone calls --

16 like, they would have notes of all these phone calls,

17 and that's how you would be able to see what happened

18 in the past?

19             THE WITNESS:  They should.  It was

20 stressed that every phone call was logged into the

21 system, because everyone had a file -- a digital file

22 in Sales Force.  So every phone call, every text

23 message, every email should have been noted in their

24 file.  But other departments didn't do their job.

25             So -- and that was another thing that

1    they didn't like me for, because if I'm dealing with a

2    customer that's mad and they said they spoke to someone

3    three days ago and were told that they were supposed to

4    get a call back but then the person that they claimed

5    spoke to them three days ago didn't log their call, I

6    didn't know if it happened or not.  Then if they were

7    going to say that I was supposed to reach out to them

8    or someone in my department or whoever was supposed to

9    reach out to them in three days, if they didn't send a

10   task for that person to do it, it wasn't ever going to

11   get done.

12                  So, yes, it was required that every

13   phone call, email, and text message was recorded in

14   Sales Force under their file.  Did it happen all the

15   time?  No.

16                  MR. KEEN:  And all their documents

17   were also in Sales Force under their file; right?

18                  THE WITNESS:  Yes.

19                  MR. KEEN:  Did that include the

20   install agreement and the lending agreement?

21                  THE WITNESS:  We did not have access

22   to the lending agreement, no.  That was between them

23   and their email address, and it was -- it was in the

24   portal as signed and uploaded, but we didn't -- we

25   couldn't click on the file to look at it.  But in -- so

Case 3:23-cv-00046-DCLC-JEM  Document 10-7  Filed 02/06/23  Page 65 of 104  PageID #: 1023

1  the actual document that they signed we couldn't see,

2  but we could see how much they -- how much they lended

3  them -- how much the monthly payment would be and then

4  how much the -- when the payments would start.  That's

5  what we could see, but we couldn't actually see the

6  loan agreement, no.

7            MR. KEEN:  Did Solar Titan use Sales

8  Force the entire time that you were there?

9            THE WITNESS:  No.  When I first

10  started -- so when I first started, everything was

11  paper files and something that's called -- it was

12  called Market Sharp.  So basically the only thing that

13  Market Sharp could do was show what's been paid -- like

14  if it was paid in full and then the documents were

15  uploaded.  And so like the documents from the sales

16  reps were uploaded, and then when we got the passed

17  inspection, we uploaded it into Market Sharp.

18            There was no way that they were

19  tracking the progress of the files when I first

20  started, and after a few weeks of me being there, I was

21  like how are we because -- customers would call in and

22  say where am I at in the process, and I would have to

23  ask Lakea or Russell what was going on because they had

24  the files.  If I had the files still in finance or back

25  to me in scheduling, I knew where they were.  Right?

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 66 of 104   PageID #: 1024

1   But then I had to ask them. I knew that they had the

2   files, but I didn't know if they were working with the

3   utility company, if they were working with permitting,

4   if they were doing this, that, or the other.

5            So I created the spreadsheet --

6   because I had the very first -- because I was finance,

7   so I had the very first contact with the customer. So

8   I created a spreadsheet that had the customer's name,

9   the size of the system, and what state they were in,

10   and the date of purchase. And then I had, like, the

11   different processes and -- from purchase to install and

12   turned on, down that line, and then every time it got

13   to that point, I put an X in the field. And when it

14   was completely funded, I turned that whole line green.

15   Right?

16            To where any time that Craig would come in

17   or Sarah would come in and they would be asking

18   questions, like I could pull that report for that whole

19   month. And I did it month by month. And when we first

20   started getting those clawbacks, they would come in and

21   be furious at me or he would as to why I didn't put

22   the -- what I needed to put in finance. And I would

23   explain to them that it's at this point and I don't

24   have it to put in. So go talk to Ernie or go talk to

25   this person over here because I don't have any control

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 67 of 104   PageID #: 1025

1　over that.

2　　　　　So -- and then they would always come to me

3　about where things were.  Right?  And then I probably

4　five or six months of doing that -- I can't remember

5　how long, and then they finally switched over to Sales

6　Force and then with the different chevrons you can

7　see -- you can run a report to show who all is in each

8　category and what they're doing -- where they're at in

9　each process.

10　　　　　So they've come a long way, most

11　definitely, to be able to track completion -- like, the

12　process of where each customer is at?

13　　　　　　　MR. KEEN:  Do you remember exactly

14　when they got Sales Force?

15　　　　　　　THE WITNESS:  I know that -- I know

16　that they started the process of Sales Force -- it was

17　a very long on-boarding process with Sales Force

18　because they had to do -- Sales Force is customizable

19　to each company.  So I know that they did, like, all

20　the back work for accounting and I know they worked on

21　sales for the longest time and, like, their process in

22　Sales Force and their tracking of, like, leads and

23　appointments and booked appointments and, like, actual

24　sat appointments, and the different dispositions of

25　those appointments.

1          And then, like, operations was later,

2     and, like, they're currently still tweaking and

3     improving and doing things now with Sales Force.  So I

4     know that Sales Force was talked about when Ernie was

5     still there when we were in the very first building,

6     but it wasn't like they were in communication and

7     negotiating of price.  And then it came to be when we

8     had moved to the second building, but it wasn't really

9     utilized that much until we moved to the building on

10    North Peters, which was probably November or December

11    of 2020, I believe.  I don't -- all the years kind

12    of --

13          MR. KEEN:  Late 2020 is when they

14    started really using Sales Force full-time.

15          THE WITNESS:  So it's 2022 now, and I

16    promoted 2021.  It might have been 2021 then, not 2020,

17    because I started -- because they opened the business

18    in November of 2019 and then I started September of

19    2020 and then I was promoted in December of 2021.  So

20    it was late 2021 when Sales Force came along.

21          MR. KEEN:  But before that it was

22    Market Sharp?

23          THE WITNESS:  Yes.

24          MR. KEEN:  These spreadsheets that you

25    created, I assume you don't have access to those

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 69 of 104   PageID #: 1027

1    anymore?

2                    THE WITNESS:  No.  They're all on my

3    computer if they haven't wiped them out.

4                    MR. KEEN:  On your work computer?

5                    THE WITNESS:  Yeah.

6                    MR. KEEN:  But did you email them to

7    Craig and Sarah or anyone else?

8                    THE WITNESS:  They were more for my --

9    because it drove me crazy that no one had any way to

10   track.  They were more for my benefit.  I did share

11   them with Sarah and Craig.  I don't know if they ever

12   looked at them other than when they came to my office

13   and were upset because something wasn't done, and I

14   would pull them up to show them where it was at and

15   explain as to why it hadn't been -- hadn't reached a

16   milestone that it needed to.

17                   MR. KEEN:  When you say "share," you

18   mean you would email them --

19                   THE WITNESS:  Share -- like I actually

20   shared the file with them.  Like on the file there's a

21   "share" button in the top corner, and I added them to

22   it where they could see it updated live.

23                   MR. KEEN:  Gotcha.

24                   MS. DANIELS-HILL:  Is that all your

25   questions, Sam?

1           MR. KEEN:  Yes, that's all I have.

2    BY MS. DANIELS-HILL:

3    Q.          I don't think I have any other

4    questions.  I just wanted to give you the chance to

5    tell us anything that you thought we should know, if

6    there's anything we haven't talked about yet that

7    you wanted to share.

8    A.          No, not that -- not that I can recall.

9    I don't know if something will pop into my head

10   after our conversation today, but I did want to ask

11   like -- I've never been a part of an investigation

12   like this before.  So obviously I know that you've

13   talked to several people.  I would like for -- I

14   mean obviously if I have to testify again, I'm

15   willing to do that, but, like, my testimony I would

16   like it to be anonymous until it doesn't -- until it

17   can't be in the future, if that makes sense.

18           Just because there's -- I mean, it's --

19   everyone is still kind of tied to everyone, and I just

20   don't want there to be drama in my personal life

21   because of reaching out, you know, and actually sharing

22   about issues that I faced.  But also, like, I don't

23   know, say, for example, you find fraudulent behavior or

24   misconduct -- I mean, obviously, I've shared things

25   that show red flags to both of you.

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 71 of 104   PageID #: 1029

1    Like, I'm not really sure what the next

2  processes would be.  Would it be fining the company?

3  Would it be shutting down the company?  Like, I'm not

4  really sure what authority I guess that the Tennessee

5  Bureau of Investigation has.

6  Q.       So we are --

7  A.       -- or attorney general's office.

8  Q.       I was going to say we're with the

9  Tennessee Attorney General's office in the Consumer

10  Protection Division.  We're using this specific tool

11  under the Consumer Protection Statute which is what

12  the request for information came from.  All the

13  information that we gather pursuant to that is

14  confidential.

15    However, if we end up filing an enforcement

16  action against the company and there's a lot of

17  different things that we can ask the Court to do if we

18  were to do that, that is when most of this information

19  would become public, because we would have to plead

20  what the company was doing wrong.

21  A.       All right.

22  Q.       And so if we need to essentially support

23  the information in our pleadings, that's when we

24  would actually have to call people as a witness in

25  court.  Some -- depending on the situation, not

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 72 of 104   PageID #: 1030

1  everything will actually go into trial. But if

2  we -- for example, if we only got information from

3  one of our witnesses during our investigation, it's

4  going to be almost impossible for us to avoid then

5  disclosing that witness because we know that we

6  would have to use the testimony they gave us at

7  trial. And so that's kind of where we would have to

8  disclose certain information about our

9  investigation.

10  A.          Yeah, uh-huh.

11               MR. KEEN:  But we're not at that point

12  yet.

13               THE WITNESS:  Which I'm perfectly fine

14  with.  I just don't want -- because, like, I already

15  have been contacted by other people that you've spoken

16  with that knew that you-all had talked to me and, like,

17  that I was still thinking and they knew that I was

18  still thinking.

19               So it makes me feel like that

20  information was shared with other witnesses that you

21  reached out to me and that I was still thinking whether

22  or not I wanted to testify.  So, like, if it is

23  anonymous, then, like, no one should know I've had this

24  conversation with you, you know.  But I have a feeling

25  that someone was going to call me and say, hey, I heard

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1   you talked to the -- you know, the Tennessee whichever

2   office you're with -- Attorney Generals' office on

3   Saturday.  Because they knew before I agreed that I had

4   spoken and that I hadn't decided whether I wanted to or

5   not.

6               MR. KEEN:  It's anonymous and it's

7   confidential only to -- our interaction is confidential

8   only to the extent we want it to be.  That privilege

9   only extends to us.  So if we talk to a witness and

10  that witness says, "Hey, you need to talk to Sarah

11  Dorismar," and I tell that witness, "Well, I did try to

12  talk to Sarah Dorismar and she's not calling me back.

13  Maybe you can help me convince Sarah Dorismar to talk

14  to me."  Then that's a perfectly legitimate

15  conversation to have with another witness.

16              THE WITNESS:  Yeah, okay.

17  BY MS. DANIELS-HILL:

18  Q.          I would also just say that we typically

19  do not want to disclose information in our

20  investigation.  The only time we're doing it is for

21  the purposes of determining whether there's been a

22  violation of the statute by the company.  And so

23  it's not just that it's like a privilege that only

24  we get to hold.  It's more that to the extent that

25  we share information, it is for the purpose of

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 74 of 104   PageID #:
1032

```
 1    furthering our investigation.
 2                    MR. KEEN:  It's for a good reason,
 3    right.
 4                    THE WITNESS:  Oh, yeah, yeah.
 5                    MR. KEEN:  In our discretion.  That's
 6    what it is.
 7                    THE WITNESS:  I get it.  It's just I
 8    know when I talked to you on the phone that I asked you
 9    who gave you my name because you told me that someone
10    mentioned me and that I had left the company.  And I
11    asked you who, and you said you weren't sure if she
12    would like me to know that.  Well, I'm -- me and one
13    other person are the only two females that recently
14    left the company that you could have talked to.  So
15    like just -- and interviewing or reaching out to people
16    to interview, like, if you would have said "she," it
17    would just been me or Shawna, to be blunt or honest.
18    It's just me or Shawna that left the company at the
19    same time pretty much.
20                    So if that -- because everybody talks,
21    and, if you haven't noticed, there's a lot of gossip
22    that happens, that I just don't want any repercussions
23    currently until I need to, like, because I could get
24    phone calls from anybody at the company saying I know
25    that you talked to them and this is what I was told
```

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

1  that you said and why did you do this.  You know, I --

2  you know, I just don't want --

3              MR. KEEN:  If anyone asks you why you

4  talked to us, you say it's because I legally had to,

5  and if I didn't, I would get in trouble.  And that's

6  the correct answer.  Right.  Whenever we -- it says

7  request for information, but it's not really a request.

8  I think that is just kind of what it says.

9              So -- and, you know, also we know that

10 everyone talks.  And, you know, to the extent we say

11 something where we indicate that we know that everyone

12 talks, it's probably for a reason, but, again, it's

13 neither here nor there.  Right.  Like --

14             THE WITNESS:  Right.

15             MR. KEEN:  -- the point is we issued

16 you a request for information.  You had to talk to us.

17 You had to tell us the truth under oath, and you did

18 that.  And so no one -- no one can blame you for that,

19 you know, but it does sort of -- it makes me wonder --

20 so like when is the last time -- it sounds like you

21 still talk to Sarah Kirkland a lot then; right?  So

22 when is the last time you talked to her?

23             THE WITNESS:  No.  So the last time

24 was when she reached out to me -- well, she did reach

25 out to me because she heard through the grapevine that

1  Shawna reached out to me after she quit.  And she asked

2  me what Shawna talked to me about.  And I just shared

3  with her that she asked to go to lunch and that she

4  vented her frustrations and reasons as to why she left

5  the company, and that she -- you know, she was like we

6  didn't really get a chance to really get to know each

7  other because of how separated they wanted the

8  departments to be, but she would like to go to lunch

9  with me sometime.  And so that's what I told Sarah K.

10  she said.

11            It was just kind of weird to me that

12  she even thought that it was okay to even reach out to

13  me to ask me why someone -- that neither one of us were

14  at the company at that time that she reached out to

15  even ask me or to confront or ask that she heard that

16  Shawna reached out to me and what the conversation was

17  about.  But -- and, then again, she reached out when

18  she had brought up the point that she didn't know that

19  the 90 list was cancels.  She thought they were

20  refusals, and I told her that she did know they were

21  cancels.  That's the last time I spoke to her.  To my

22  knowledge, that was the last time.

23            But I do speak to people that still

24  work there because, you know, I worked there for almost

25  two years.  I speak to Sam quite often, but not usually

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 77 of 104   PageID #: 1035

1  about work, other than just she had a rough day at work

2  or a good day at work.  But just mostly just friend

3  things.

4            MR. KEEN:  What about Lakea?  Do you

5  talk to her still?

6            THE WITNESS:  Not really, no.

7            MR. KEEN:  Have you heard anything

8  about there being a lot of lawsuits filed against Solar

9  Titan?

10            THE WITNESS:  Uh-huh.  (Witness moves

11  head up and down.)  I have heard that.

12            MR. KEEN:  What have you heard about

13  that?

14            THE WITNESS:  What have I heard?

15            MR. KEEN:  Yeah.

16            THE WITNESS:  Well, obviously, this

17  investigation I've heard.  You know, you've reached out

18  to me about that.  I do know that -- I believe -- I

19  don't know -- I've heard that there is an investigation

20  happening in Kentucky as well, the attorney general in

21  Kentucky.  I don't know if it's true or not, but I

22  heard that.  And then just customers filing lawsuits,

23  but that happened all the time.

24            But, like, specifics about which ones

25  and things like that, that wasn't ever shared to me,

1    unless it was just, like, gossip and things that wasn't

2    validated that I don't really need to be making a

3    comment on because I don't know if it's true.

4              MS. DANIELS-HILL:  Did you have any

5    other questions?

6              MR. KEEN:  No.

7    BY MS. DANIELS-HILL:

8    Q.         I think those are the only questions

9    that we have.  I did want to take the time to thank

10   you for taking so much time on a Saturday to talk to

11   us.

12   A.         Uh-huh.

13   Q.         And sorry that we had to do it on a

14   Saturday.  We were trying to avoid any work schedule

15   conflicts --

16   A.         No, no, no, no problem.

17   Q.         -- and did not want to schedule it in

18   the evening.  I still realize this is Saturday.  So

19   we appreciate you talking to us.

20   A.         Uh-huh.

21              MS. DANIELS-HILL:  I guess those are

22   the only things I wanted to say.  I did want to say --

23   or explain some more off the record.  So, Sam, do you

24   mind ending the recording here.

25              (End of video recording.)

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

177



**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

TRANSCRIPTION CERTIFICATE

1

2         I, Christina A. Meza, hereby certify

3  that I have transcribed the foregoing video recording

4  of proceedings to the best of my ability.

5         I FURTHER CERTIFY that I am not

6  related to any of the persons involved in this matter

7  and have no interest, financial or otherwise, in the

8  outcome or events of this proceeding.

9         IN WITNESS WHEREOF, I have hereunto

10  affixed my signature on t

11  2022.

12

13

14

15  _____

16         CHRISTINA A. MEZA

17

18

19

20

21

22

23

24

25

**Christina A. Meza, LCR, RPR, CCR 615.202.7303**

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

| $ | | | |
|---|---|---|---|

**$1,400 (1)**
128:12
**$1,600 (1)**
128:14
**$100,000 (1)**
127:10
**$2 (1)**
83:14
**$2,000 (1)**
41:6
**$20,000 (2)**
127:23;128:4
**$3,000 (1)**
41:7
**$300,000 (1)**
105:3
**$4 (8)**
24:4;25:4;57:2;
83:13,22;87:10;90:3;
113:22
**$4,000 (1)**
57:2
**$40,000 (1)**
127:23
**$5,000 (1)**
41:4
**$500 (4)**
30:22;31:10;32:3;
65:9
**$60,000 (1)**
127:9,11,20;128:4
**$70,000 (1)**
121:22

| A | | | |
|---|---|---|---|

**Abbott (6)**
140:21,25;141:3,3,
4,7
**Abbott's (1)**
141:17
**ability (1)**
178:4
**able (26)**
5:16;6:4;21:17;
28:11,23;29:5,14;
37:11;52:8,9;53:12;
61:1;77:22;79:9,10;
81:3;86:1;90:5;
91:17;130:17;131:6;
147:9;149:12;
155:23;161:17;
165:11
**above (3)**
85:20;145:8,9
**Absolutely (3)**
4:2;55:5;145:4
**accept (1)**
29:8
**accepted (2)**

**15:21;20:7**
**access (20)**
18:16;23:21;31:24;
37:20;38:10,23;
39:18,20,24;40:17;
49:20,22,23,24;
50:25;65:24;66:21;
147:13;162:21;
166:25
**accident (1)**
5:20
**accommodating (1)**
43:21
**account (32)**
24:4;25:2,4;26:6,
15;27:17;28:8,10;
29:4;37:18;38:2,18;
39:5;40:12,12,13;
41:16;49:21;50:6;
57:3,15;61:17;67:16;
83:14,15,23;87:11;
90:4;113:20;126:5;
127:3;131:19
**accountant (2)**
33:15;128:1
**accounting (11)**
38:9,22;47:9,19;
62:18;64:12;67:4,4;
77:10;153:24;165:20
**accounts (15)**
23:21,22;25:12;
28:6;30:24;33:16;
39:1,19,24;40:4,4,6;
107:19;118:20;160:6
**across (6)**
47:7;87:13;106:14;
124:21;144:3;157:5
**act (1)**
59:7
**action (1)**
169:16
**active (2)**
29:22;31:14
**activities (1)**
77:21
**actual (6)**
15:15;21:3;76:1;
127:21;163:1;165:23
**actually (70)**
8:6,22;9:4;11:24;
12:14;17:13;19:3;
20:4,8;21:20;22:25;
24:11,14;26:12;
27:17;28:18;31:19;
32:6;34:3;37:4;45:8;
50:6;57:15;58:16;
61:25;64:25;66:21,
23;67:4,8,11,15;
68:11;69:3;71:6;
74:5;75:6;77:6;84:3,
23;86:22;90:14,20;
95:7;108:18;110:14;
112:8;116:15;117:1;

**121:4,25;126:18;**
**128:21;130:15,17;**
**135:6;140:13;**
**141:18;146:5;**
**147:16;152:3,8;**
**160:9,15;161:9;**
**163:5;167:19;**
**168:21;169:24;170:1**
**adamant (4)**
63:25;89:17;96:13;
97:17
**add (2)**
32:17;51:1
**added (4)**
81:5;112:22,23;
167:21
**adding (6)**
83:19;89:19,20,20,
23;97:13
**address (7)**
46:5,14;49:8,9,17;
139:17;162:23
**addressed (1)**
134:10
**adjustment (1)**
41:5
**adjustments (1)**
41:10
**admin (31)**
9:25;10:4,8,18,21;
14:2;50:10;51:18;
62:16;78:22;80:17,
21;81:9,10;82:2;
90:25;91:13;98:25;
104:5;105:17,22,22;
106:1,16;107:13;
108:1;109:4;111:4;
112:9;114:11;118:20
**administered (1)**
4:5
**administrative (1)**
3:20
**admins (10)**
12:11;35:9;50:9;
78:5;79:1;102:5;
105:19;112:15;
127:14,15
**Adobe (2)**
136:4,6
**ADP (1)**
131:21
**ads (1)**
134:17
**advertisements (1)**
134:15
**aerial (1)**
139:20
**affect (3)**
87:5;118:13;
155:16
**affected (2)**
98:22,22
**affecting (3)**

**98:25;99:1,3**
**affixed (1)**
178:10
**afterwards (1)**
63:23
**Again (41)**
23:13;29:24;32:9;
38:9,21;40:7;43:15;
47:10;48:14;53:11;
55:14;56:9;73:7,10;
85:21;90:9;95:20;
96:14;105:11;112:4,
8;113:25;116:20;
124:12;127:1,5;
131:24;133:14;
135:2;137:15;
141:21;143:16;
144:2,10;153:8;
154:1;158:9;159:5;
168:14;173:12;
174:17
**against (2)**
169:16;175:8
**ago (5)**
8:7,17;92:17;
162:3,5
**agree (3)**
20:12;76:13;
103:21
**agreed (10)**
33:18;53:10;56:4;
58:4;60:5,6,10;
146:16;159:16;171:3
**agreement (12)**
15:12;17:16,24;
18:6;20:11;45:23;
59:14;158:22;
162:20,20,22;163:6
**agreements (1)**
69:23
**ahead (2)**
107:8;159:14
**ahold (1)**
54:2
**ain't (1)**
153:21
**Alabama (4)**
42:5;103:11;
112:23;120:3
**Alicia (2)**
3:16;36:1
**allow (4)**
34:16;86:22;
145:15;148:22
**allowed (6)**
7:13;12:24;29:18;
53:22;69:15;71:2
**allows (1)**
7:5
**almost (2)**
170:4;174:24
**along (5)**
13:23;75:4;119:1;

**149:6;166:20**
**always (33)**
19:13;27:3;28:14·
34:4;59:17,18,2
21,22;67:24;69: u,
71:4;72:12;77:14;
82:4;88:3;91:3;
93:24;108:6;114:5;
124:15,17;125:10;
128:6;134:10,11;
135:15;137:7;156:2;
157:7,9;165:2
**amazing (1)**
54:14
**ammo (1)**
54:17
**amount (16)**
17:4;19:18;21:3,4;
22:5;28:7;32:10;
39:8;40:18;51:2;
52:6;64:7;121:24;
124:4;125:16;143:15
**amounts (1)**
19:5
**analogy (1)**
86:24
**and/or (1)**
31:12
**anonymous (3)**
168:16;170:23;
171:6
**anymore (6)**
81:1;82:21;88:1.
132:18;142:13;167:1
**anywho (1)**
117:12;130:21
**apologize (2)**
67:20;115:19
**application (2)**
11:12;107:22
**applications (1)**
70:1
**applied (1)**
10:25
**apply (1)**
11:9
**appointments (4)**
165:23,23,24,25
**appreciate (1)**
176:19
**appropriate (1)**
151:19
**approval (10)**
30:12,14;62:22;
82:8,9,9;106:16;
107:5,17,17
**approvals (1)**
106:4
**approve (7)**
21:4,10;31:13;
54:20,22;55:2;6
**approved (11)**
16:1;20:6,13;26:4;

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

52:18;53:4;61:3;
71:17;72:1;100:13;
107:11
**approves (1)**
56:13
**April (1)**
96:19
**area (4)**
17:2;82:23;93:14;
114:2
**areas (3)**
67:25;136:10,18
**argued (1)**
128:6
**argument (1)**
58:4
**around (10)**
32:6;74:5;75:11;
86:12,17;119:24;
140:8;144:12,15;
157:3
**articulated (1)**
38:3
**aspect (1)**
142:23
**aspects (1)**
101:14
**assign (1)**
138:2
**assigned (2)**
108:6,20
**assist (1)**
74:22
**assistance (2)**
58:3;119:6
**assistant (3)**
3:16,18;51:17
**assistants (1)**
51:11
**associates (2)**
58:25;100:17
**assume (3)**
39:15;148:8;
166:25
**assumed (1)**
110:24
**assuming (9)**
33:21;35:14;36:8,
9;61:13;95:24;
125:17;152:11;
156:10
**assumption (1)**
71:10
**assurance (1)**
70:18
**Atnip (3)**
115:14,14,25
**attached (2)**
40:6;96:7
**attention (2)**
29:23;68:22
**attire (2)**
151:16,19

**Attorney (8)**
3:17,18,19;7:21;
169:7,9;171:2;
175:20
**attorney-client (1)**
7:14
**audible (1)**
15:1
**August (1)**
3:9
**authorities (1)**
16:5
**authority (8)**
7:10;31:7,15;
36:15;52:4,14;53:11;
169:4
**available (1)**
16:15
**avoid (3)**
161:9;170:4;
176:14
**aware (9)**
27:22,23;59:8;
65:23;66:14,23;
92:12;132:14;150:21
**away (9)**
18:14;32:12,14;
60:8;66:25;88:14;
98:12;148:7;149:12

**B**

**baby (1)**
70:12
**back (74)**
9:11;12:6;16:12,
24;21:5;24:2;25:1;
29:3;7;30:1,3,11,17;
33:11,13;41:13;43:6,
11,15;45:9;48:16;
49:10,13,15;51:14,
19,20;54:24;55:5,13;
56:23,24;57:8,25;
69:7,17;73:2,11,16,
24;74:23;79:19,19;
83:20;84:7;87:16;
90:1;95:13;110:22;
113:12;114:15;
122:2,14;124:25;
125:13;126:5;127:8;
128:4,25;129:6;
134:11;136:21;
141:14;144:19,24;
145:15;146:3,8,8;
160:23;162:4;
163:24;165:20;
171:12
**back-and-forth (1)**
100:12
**background (4)**
7:24;77:4,8,22
**backlog (12)**
58:10;86:8,9;98:5;

101:16;102:5;103:2,
8,9;104:3;110:7
**backlogged (1)**
112:12
**bad (5)**
75:17;76:9;104:23;
114:21;154:5
**balance (3)**
41:17;56:7;158:18
**balances (1)**
64:13
**balancing (1)**
82:17
**bank (10)**
24:4;33:16;38:10;
40:6,11,12;130:22,
25;131:19;160:6
**banks (1)**
37:20
**barbecue (1)**
116:15
**barbecues (2)**
118:3;120:6
**basic (1)**
139:15
**basically (1)**
163:12
**batteries (1)**
85:19
**battery (9)**
21:8,9;28:25;
94:18,19;145:19,20;
146:4,6
**battle (1)**
28:14
**beast (1)**
113:5
**became (4)**
100:23;106:19;
112:4;152:3
**become (2)**
65:23;169:19
**begin (1)**
28:13
**beginning (4)**
23:24;78:20;85:9,
25
**behavior (1)**
168:23
**behind (6)**
36:19;53:14;88:3;
97:12;101:13;115:22
**believing (1)**
58:1
**belong (1)**
95:17
**Bend (2)**
117:22,22
**beneficial (4)**
6:5;76:7;93:8;
152:18
**benefit (4)**
114:21;156:3,11;

167:10
**Benefits (3)**
3:3;130:19;157:11
**best (4)**
5:10;102:18;
114:19;178:4
**better (36)**
52:10,19;53:2,14,
18;66:4,6;67:25;
68:2,3,7;74:16,24;
75:16;76:2,3;78:3,9;
80:22,25;82:24;84:2;
86:5,20;89:25;90:14;
103:14;114:7,8;
119:7,10,22,23;
120:2;146:19;147:15
**beyond (3)**
117:11;145:8,9
**big (6)**
28:7;35:19;42:21;
72:20;85:23;87:8
**bigger (17)**
33:21;36:3,11;
52:21;61:22;64:16;
69:18;74:12;76:18,
20;79:22;88:25;89:2;
98:4,4,5,5
**bill (16)**
15:19;20:6,13,25;
26:4;120:17,23;
125:25;126:4;
129:15;157:21,23,24,
25;158:1,2
**billed (2)**
26:12;123:12
**bills (2)**
26:17;129:15
**binding (1)**
122:18
**bit (7)**
7:3,23;17:11;
60:13;67:23;122:25;
142:16
**bite (2)**
27:11;87:9
**black (1)**
160:24
**BlackBerry (5)**
9:15,19;10:14,17;
147:22
**Blaine (3)**
35:8;49:23;104:15
**blame (1)**
173:18
**blamed (1)**
131:17
**blasted (2)**
35:20;58:24
**blatantly (1)**
98:19
**bleeding (1)**
158:19
**blew (1)**

66:24
**Blunt (2)**
8:25;172:17
**board (4)**
11:24;72:6;146:13,
23
**boards (1)**
151:9
**bold (1)**
72:21
**bonus (2)**
64:25;65:5
**bonuses (1)**
132:16
**booked (1)**
165:23
**books (1)**
128:1
**boss (2)**
31:20;126:6
**both (17)**
13:22,24;20:22;
34:12;58:21;62:4;
89:17;106:3;108:7,
10;109:3;112:17;
114:25;117:2,3;
149:21;168:25
**bottle (1)**
81:1
**bottleneck (2)**
80:24;111:17
**bottlenecks (1)**
111:18
**bought (14)**
15:13;42:18,20,22;
44:14;67:6;71:16;
98:15;116:25;117:3,
15,15,18;158:2
**box (1)**
133:11
**brackets (1)**
94:15
**brain (1)**
87:1
**brand (1)**
42:20
**brand-new (1)**
70:12
**break (8)**
5:24;43:4,7,13,18,
20;44:10;92:4
**breaks (1)**
5:23
**Brewer (1)**
8:10
**bring (5)**
18:13;29:23;63:7;
99:14;157:9
**bringing (3)**
23:5;32:11;99:24
**broke (1)**
159:1
**broken (2)**

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 83 of 104   PageID #: 1041

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

160:1,11
**brought (12)**
55:8,9;67:11;
68:22;77:25;100:10;
113:16;115:11;
120:11;122:6;144:7;
174:18
**build (3)**
46:25;55:14;103:8
**building (20)**
45:17,17;47:7,9,12,
16,23;56:8;79:22;
81:7;88:4;108:4,5,9;
116:10;151:7;
155:24;166:5,8,9
**buildings (3)**
47:4,16;155:24
**bullet (1)**
27:11
**bulletin (1)**
151:9
**bunch (1)**
116:14
**burden (1)**
60:8
**Bureau (2)**
146:19;169:5
**business (30)**
3:3;12:12;19:10,
11;36:11;39:1,6,17;
46:23;48:3;52:11;
70:13;75:16;76:9;
78:16;82:13;99:15,
18,23;130:2,4;
146:19;151:2,16;
153:4,6,10,11;156:8;
166:17
**businesses (1)**
150:25
**Bussell (1)**
78:22
**busy (4)**
29:10;37:10;53:15;
151:10
**butt (1)**
87:9
**button (7)**
99:19;100:15,21;
121:20,20,20;167:21
**buy (3)**
153:5,12,13
**buyers (7)**
15:9;62:9,9;
157:16,17;158:4;
161:1
**buying (5)**
38:13;46:24;
126:23;153:5,19

**C**

**call (45)**
4:14,15,16;20:8;

26:7;31:7,12;36:12;
43:2;47:17,17;49:5;
50:22;51:6;54:1,8;
55:20;63:4;69:9;
70:22;72:14;74:19;
81:19;106:23;124:1;
125:12,24,25;126:5;
135:22;146:18,18,19;
154:5;158:23,23;
159:22;161:20,22;
162:4,5,13;163:21;
169:24;170:25
**called (30)**
4:8;16:14;20:6,20;
24:1,12;27:25;28:20;
33:25;36:4;49:14;
53:4;54:24;58:16;
64:22,23,23;83:6;
88:15;105:17;109:7,
15;124:17;125:13;
126:8;135:21;150:3;
157:19;163:11,12
**calling (3)**
105:18;122:13;
171:12
**calls (13)**
13:13;29:17,18,19;
31:7;61:4;66:18;
124:2;125:16,18;
161:15,16;172:24
**came (34)**
11:11,14;12:5;
13:23;16:12;24:5,5;
38:16;39:11,15;
55:11;56:21;57:15;
64:21;67:4;73:6;
74:25;77:5,10,17;
79:19;81:23;90:23;
94:17;98:15;104:11,
12;136:17;151:4,23;
166:7,20;167:12;
169:12
**can (73)**
5:6,7;6:18;10:20;
20:14;23:17;27:7,8;
29:16,18;32:20;
33:10;43:7,13,14;
54:16,17,19,23;
55:20;69:12;71:15,
25;73:2;74:21;78:9;
82:4,5,5,23;84:7;
86:23;87:16;91:20;
95:22;97:12,22,23;
98:9;101:21,21;
102:19;103:19;
112:1,21;113:4;
114:20;119:19;
120:17,19,20;124:6;
130:3,4;133:5;
142:15,22,23;145:2;
149:10;153:5,12,20;
154:18,18;155:10;
160:20;165:6,7;

168:8;169:17;
171:13;173:18
**cancel (54)**
25:19,22;26:8;
27:19,22;28:3,11,20;
29:8,21;30:6;31:5,8,
8,15,23;34:6,17,21;
49:6,12,16;51:9,10,
16;57:11;59:8,15;
61:7,8,10;76:18;
91:19,20;109:8;
120:15;122:9,13;
123:13,18;125:9,11;
126:3,13;129:12;
130:3;157:20;159:4,
14;161:3
**canceled (31)**
26:23;27:25;29:25;
30:21;32:2,5,6;33:8;
35:12,25;37:2,12;
54:6,9;58:15;60:4;
61:14;65:9,10,11,21;
66:15,16;67:8;91:23;
92:1;121:14;125:15,
18;129:10;135:5
**canceling (12)**
28:8;30:3;31:16;
32:7,17;33:3;35:17;
51:2;60:3;129:25;
159:20;161:9
**cancellation (24)**
26:11,25;30:10,18,
23;31:19;32:8,25;
34:9,9,10,14;41:11,
14;50:7,16;51:3,8;
57:5;60:19;67:7,14;
69:19;135:6
**cancellations (26)**
25:14;27:16;31:12;
32:1;34:4,4;35:11;
39:8,14;48:18,21,24;
50:14,19;52:5;55:11;
57:9,20;59:2,14,23;
60:15;61:20,23;
66:11;150:4
**cancels (10)**
27:12;35:16;55:18;
58:9,20;59:21;60:18;
150:5;174:19,21
**cancer (3)**
157:19,22;158:5
**capable (1)**
75:25
**capped (1)**
136:20
**car (4)**
5:14;37:22;86:15,
16
**card (1)**
63:9
**cards (1)**
160:7

**care (5)**
37:2;99:5,6;
114:25;155:17
**cared (1)**
98:21
**careful (1)**
60:15
**Carroll (1)**
53:1
**cars (20)**
42:19,20,22;44:11,
13,15,21;116:24
**case (4)**
8:21;9:3;36:13;
137:2
**cases (2)**
73:5,12
**cash (40)**
15:9;27:3,4,6;31:1,
2;33:5,8,9,14;38:2,
11,11,12;39:4;58:3;
59:2;62:8,9;64:17;
68:15;76:14,17,22;
87:20;89:18;104:2;
105:2;117:2,3,5,6,8,
18;127:25;152:19,
22;153:7,20,21
**casual (1)**
151:17
**categories (2)**
137:22;138:1
**category (1)**
165:8
**caught (2)**
58:15;87:9
**center (2)**
47:17,17
**CEO (2)**
74:5;90:20
**certain (9)**
7:10;17:4;38:17;
43:17;119:11;124:4;
125:16;143:15;170:8
**CERTIFICATE (1)**
178:1
**certification (2)**
140:4,5
**certified (1)**
139:4
**certify (2)**
178:2,5
**chalked (1)**
155:20
**chance (3)**
127:1;168:4;174:6
**change (12)**
33:18;55:23;75:13,
20;83:11;99:15,16;
100:4;103:7;114:21;
136:12,13
**changed (9)**
19:12;22:17,20;
23:4;33:17;76:1;

90:20;121:20;132:14
**changes (2)**
76:7;132:24
**changing (2)**
23:3;92:23
**chaotic (2)**
110:7;112:21
**charge (2)**
29:1;121:11
**charged (12)**
32:3,4,7,11;65:20;
66:15,23;67:1,2,5,17,
18
**charges (3)**
52:13;69:16;
117:10
**charging (6)**
65:9,14,18;68:24;
69:3,11
**chasing (1)**
63:11
**chatting (1)**
151:13
**cheap (1)**
116:24
**check (6)**
49:18;62:12,15;
63:5,7,10
**checked (1)**
110:13
**checking (2)**
50:6,11
**chevron (3)**
107:13;111:3;
112:3
**chevrons (2)**
106:14;165:6
**children (3)**
8:13,14;37:21
**Christina (2)**
178:2,16
**circumstances (3)**
144:8;159:16;
160:17
**cities (1)**
108:5
**city (2)**
46:9;108:8
**civil (1)**
7:4,4
**claimed (1)**
162:4
**claiming (1)**
58:19
**clarify (3)**
6:18,21;9:4
**class (1)**
74:1
**classes (4)**
70:25;71:1,3;74:
**claw (7)**
24:2;33:11,13;
41:12;56:23,24;69:6

Case 3:23-cv-00046-DCLC-JEM    Document 10-7    Filed 02/06/23    Page 84 of 104    PageID #: 1042

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

clawback (10)
30:8;37:16,18;
40:14,25;41:2,10,11;
69:14;127:2
clawbacks (20)
24:1,10,23;25:14;
32:1;37:15;39:23;
41:3,7,10;56:20;
61:20,21;65:3;69:5;
97:7;153:16;154:6,7;
164:20
clean (1)
151:5
cleaning (1)
85:17
clear (7)
15:21;16:1;24:22;
32:24;35:18;62:17;
69:15
cleared (6)
16:11;33:4;62:15;
82:1;105:25;107:8
click (2)
40:19;162:25
clicking (2)
99:19;100:21
client (3)
16:4;73:21,22
clients (2)
72:25;81:12
client's (1)
42:23
clock (1)
105:9
clocked (1)
105:6
close (1)
46:17
closed (1)
42:14
closely (2)
36:22;74:21
clung (2)
114:8,14
Code (2)
7:7;151:21
cold (3)
55:19,22;124:24
collage (3)
92:20,22;94:9
collect (1)
64:15
collected (2)
65:1,6
collecting (2)
18:7;64:25
combined (1)
47:22
coming (17)
22:22;26:15,17;
27:6,10;28:5,7,10;
41:3;78:18;85:16,20;
89:21;104:2;110:22;

152:21;157:11
comment (2)
87:15;88:2;105:16;
157:14;176:3
commission (10)
71:22;122:21;
127:13,13;128:8;
130:12;132:1,2,5,19
commissioned (2)
89:8,9
commissioning (2)
63:22;87:24
commissionings (1)
137:25
commissions (1)
132:16
communication (3)
59:20;74:14;166:6
community (1)
134:23
companies (35)
12:18;13:16,20,21;
14:11,13,18;15:8;
16:5,19,22;17:21,22;
19:11;23:22;40:1;
62:17,20;69:22;
76:21;82:8;91:24;
94:2,2;105:25;106:2;
107:15,20;124:20,22;
127:15;138:10;
140:17;150:1,11
company (84)
17:6,20;22:24;
24:25;25:24;32:11;
33:7,10,21;34:8;
37:16;38:14;41:20;
42:8;44:24,24;45:3,5,
8;48:8;51:12;62:23;
66:14;67:25;68:3,5,5,
8,17,20;70:5,12;
71:18;72:4;76:2,6,8;
78:11,19,21;85:22;
91:24;93:22;102:21;
107:2,8;113:4;
114:10,12,19,22,23,
25;119:6,9,22;123:5;
130:22;131:6;
134:13;147:22;
148:7,22;149:1;
150:20;152:15,18;
156:4,19;158:23;
159:19;164:3;
165:19;169:2,3,16,
20;171:22;172:10,14,
18,24;174:5,14
company's (1)
68:9
complain (4)
146:18,19,20;
154:5
complaints (3)
71:11;113:3;
142:19

complete (18)
16:24;22:14;51:7;
64:7;92:13,16;93:23,
24;94:10,20;97:3;
99:21;100:5,16,18,
19,22;106:21
completed (12)
16:22;17:7;20:18;
27:10;52:17;55:10;
56:13;62:1;94:5;
96:13;97:4,8
completely (5)
21:9;90:11;125:14;
144:25;164:14
completes (1)
94:25
completion (3)
95:6,10;165:11
comply (1)
142:18
complying (1)
142:25
computer (3)
136:5;167:3,4
concern (2)
68:9;149:13
concerned (1)
38:1
Concert (1)
150:14
confidential (3)
169:14;171:7,7
confirmed (1)
48:11
conflict (1)
157:6
conflicts (1)
176:15
confront (1)
174:15
connect (8)
94:19;142:7;143:6,
11,20;144:6;145:4,6
connected (1)
93:3
connection (1)
62:21
cons (1)
161:7
consider (2)
38:3;100:19
consideration (1)
102:23
considered (2)
87:18;100:18
considering (2)
94:9;96:13
constant (4)
62:4,5;64:22;
118:16
constantly (3)
39:4;66:11;119:4
Consumer (4)

7:7;48:25;169:9,11
contact (5)
107:15,15;150:8;
159:24;164:7
contacted (4)
10:25;17:2;122:9;
170:15
contacting (1)
34:14
continue (3)
76:5;120:17;
121:11
continued (1)
47:24
contract (31)
17:24;21:2;23:12;
25:21,22;26:1,3,9,13;
28:2;49:1,6,10,13;
56:1;63:16;65:9,22;
120:20;122:10,18;
124:14,16;130:10,16;
136:2;158:3,7;
159:17;161:2,4
contractor (1)
139:8
contracts (4)
25:7,9;49:16;142:3
control (6)
68:1;72:5,8,22;
144:8;164:25
conversation (15)
22:18;91:16;92:9;
96:1,12;99:25;126:7;
130:18;144:18;
148:5,8;168:10;
170:24;171:15;
174:16
conversations (5)
7:20;56:18;57:16;
59:13;100:9
convicted (1)
156:12
convince (1)
171:13
convinced (1)
93:6
Cools (2)
117:22,22
coordinated (2)
77:18,19
coordinating (1)
51:5
copies (1)
18:13
copy (1)
147:10
core (1)
72:11
corner (1)
167:21
correctly (2)
21:8;24:14;36:5;
143:9

cost (2)
15:20;130:10
costs (2)
120:19;121:24
counsel (2)
7:16,17
counties (1)
108:5
counting (1)
87:19
country (1)
77:16
County (5)
8:25;108:8;111:12;
146:13,23
couple (3)
8:17;115:7,16
course (4)
55:5;70:19;144:1,1
court (7)
5:1;7:4;8:23;
54:25;55:7;169:17,
25
cover (2)
37:18;106:11
COVID (3)
96:22;160:4,8
Craig (64)
12:17;13:4,8,11,
14;24:5;27:15;29:13;
30:8;31:12;33:20;
34:8;36:3,9,10;37:1;
38:23;45:3;46:22;
49:24;52:18;53:5;
54:18;56:13;58:6;
59:15;60:11,12;61:3,
8,14;64:6,9;74:9;
81:19,23;93:7;95:15;
97:16;98:20;104:12;
110:23;115:9,15,24;
116:3,8,17;125:24;
142:21;147:21;
149:7;152:19,20;
155:3;156:11,22,24;
157:3,12;160:23;
164:16;167:7,11
Craig's (7)
36:16;45:7;55:10;
82:22;118:2;120:6;
156:23
crap (1)
86:12
crazy (4)
109:24;158:10;
160:20;167:9
create (4)
12:24;51:3;81:3;
111:2
created (16)
51:15;72:16;79:16;
103:19;106:14,20;
107:4;108:2;112:3,
23;135:17;137:21;

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

150:3;164:5,8;
166:25
**creates (1)**
52:22
**creating (7)**
66:2;77:3;79:4;
89:14;98:13;101:15;
139:11
**credit (6)**
129:4,8;150:7,12,
13;160:7
**crew (26)**
63:6;71:22;73:6;
82:12;83:25;85:11;
93:2,8,8,11,12,16,16,
19,20;94:12,14,15,
17;95:2;96:19,22;
101:18;104:18;
146:10;160:15
**crews (30)**
16:9,10,13;24:13;
41:23,25;42:2;44:15;
80:5,11,18;83:19;
84:2;85:4,11;89:19,
20,24;92:25;93:7;
94:23;97:17,18,20,
21,21;98:3;112:17;
134:12;140:13
**currently (8)**
7:16;9:12,14;11:3;
12:11;123:19;166:2;
172:23
**custody (2)**
8:7,9
**customer (68)**
17:16,16;18:6;
20:9;21:3;29:8;
35:16;49:5,15;57:10;
63:4,5,8;64:10;68:2,
8;74:16,19,22,22;
81:4;93:12;95:18;
99:14;100:10;101:5,
7;103:9,10;106:24;
107:11;108:25;
109:7,15,23;114:22;
121:5,11;122:2;
123:3;124:3,5;
125:16,17,18;129:9,
14;134:19;135:18;
139:18;143:19,21;
144:17;145:14;
146:13,15;147:2;
150:9,9;154:4;
157:18;158:21,24;
159:22;161:12;
162:2;164:7;165:12
**customers (67)**
15:16;16:14;23:6;
25:18,18;26:16;
27:18;28:8;29:14;
31:7;32:14;33:2,8;
34:1,6,12,15;35:24;
40:19;51:23;53:16,

17;57:11;64:5,22;
68:6,11,11;71:8,12;
72:17;76:3,8,9,11;
79:7;80:23;89:6;
98:14;101:19;102:8,
10,15;112:24;113:3;
114:19;115:1;
119:15,21;120:1;
122:7,13;123:15;
124:16,22;125:1;
135:10,12;143:24;
145:5;152:18;154:5;
158:11,13;160:21;
163:21;175:22
**customers' (1)**
58:11
**customer's (5)**
18:15;133:23;
135:16;136:3;164:8
**customizable (1)**
165:18
**cut (4)**
51:21;133:25;
134:5,5

**D**

**D1 (1)**
88:16
**D2 (6)**
83:6,6;88:16,19;
97:19;113:14
**da (4)**
34:18,18,19,19
**Dale (15)**
45:5,10;80:3,17;
93:6;118:1,4;141:13;
142:21;146:8,24;
147:3;148:20;149:2,
6
**Dale's (2)**
114:2;118:15
**damage (3)**
133:22;134:7;
145:21
**DANIELS-HILL (26)**
3:1,8,12,15,16,25;
4:11;14:23;15:2;
35:1;37:24;44:9;
115:6;120:10;
126:16;135:4;
139:10;145:13;
149:17,19;167:24;
168:2;171:17;176:4,
7,21
**dashboard (2)**
39:20;154:18
**database (1)**
161:13
**date (9)**
11:5;40:18,25;
51:1;56:25;57:12;
103:25;107:10;

164:10
**dates (3)**
8:20;16:14;146:16
**day (53)**
10:12;18:24;25:1,
15;26:3,7,7;27:7;
30:22;31:9;41:18;
53:10;55:12,13,13,
18;56:23;57:18,18;
63:3;76:19,21;81:17,
20,25;93:4,13;
103:24;104:12,21;
105:4,4;108:15;
109:2,4,5,8,14,19;
115:23,23;128:7;
131:8,11,15,17,19;
147:19,21;159:20;
175:1,2;178:10
**days (81)**
10:15;22:7,9;
25:21;26:5,21,23;
27:6,8,11,21,25;28:1,
4,6,13,17;29:6,9,20,
25;31:6,13;32:2;
34:2,5,7,16;35:12,16;
37:3;38:20;49:1,5;
52:7;53:20;55:4;
56:3,21;58:20;60:1;
65:12,15;66:16;69:6,
7;84:15,16,20;90:3;
92:1;93:4,20;97:1,3,
6;98:13,15;101:22;
103:20;104:1,4,7;
108:14;120:14;
122:18;123:18;
124:17;126:3,13;
128:18;129:3,7,22,
24;159:4,19;161:8;
162:3,5,9
**deal (12)**
26:16;28:2,22,23;
29:2;54:3;56:2;
68:14;87:8;102:15;
112:19;159:13
**dealing (6)**
72:4,5;97:9;102:7,
9;162:1
**deals (2)**
27:10;64:17
**dealt (4)**
150:4;158:13;
160:22;161:10
**December (5)**
10:10;54:5;78:13;
166:10,19
**decide (1)**
22:12
**decided (10)**
34:23;51:14;59:6;
80:14;128:20;
132:17;150:19,22;
152:8;171:4
**decision (4)**

33:22;53:12;94:22;
161:7
**declined (1)**
150:7
**decorated (1)**
151:9
**deep (5)**
29:19;31:22;53:3;
102:6;113:22
**deeper (1)**
161:6
**defend (1)**
142:23
**defense (2)**
61:18,19
**definitely (1)**
165:11
**definition (2)**
63:20;92:13
**degree (2)**
138:25;139:2
**delay (6)**
51:13;93:11;97:14;
111:6;131:22;147:23
**delayed (3)**
51:20;93:18;
102:11
**delaying (1)**
6:11
**denied (1)**
152:11
**department (71)**
9:17;12:22,25;
16:25;24:11;34:20;
35:9;36:24;50:25;
51:18;62:16,19;
64:12;70:8,9;74:8,11,
15,15,17,20,21;
79:25;80:10;85:2;
88:7,10,13;90:14;
91:8;98:24,25;99:2;
101:9,12;102:11,13;
103:18,18;106:11;
107:1,13;108:3;
109:9,22;110:10,12;
111:4,24;112:4,8,11,
21;114:1,4;119:20;
135:1,3,14;137:16,
20;138:13;141:21;
148:17,25;150:3;
154:19,19,20,24;
162:8
**departments (29)**
13:1;47:25;70:20;
75:23;81:8;87:2,6;
98:22;99:4;106:9;
108:20,21,23;118:12,
15,21,25;119:5,20;
132:12;138:9;154:9,
17;155:3,12,15,16;
161:24;174:8
**depend (1)**
6:8

**depending (5)**
5:23;16:3;93:4;
99:16;169:25
**deposit (3)**
39:22;41:1,5
**deposited (2)**
62:13,13
**deposition (1)**
8:3
**depositions (1)**
7:4
**deposits (2)**
41:2,8
**described (3)**
48:17,24;120:13
**designating (1)**
82:15
**designation (1)**
145:5
**designer (1)**
138:15
**desk (2)**
30:13;102:4
**detail (2)**
17:11;62:8
**details (1)**
146:6
**determine (1)**
7:6
**determining (1)**
171:21
**Dewayne (4)**
80:9,19;83:7;97.
**diagnosed (1)**
157:19
**die (1)**
140:8
**difference (1)**
59:25
**different (54)**
7:3;12:18;14:6,18;
15:13,24;19:5,5;
20:22;25:13;31:25;
38:13,17;39:16;
40:16;41:23;42:4,9,
10,19,23;47:4,25;
48:21;52:1;60:16;
72:14;80:7;87:22;
88:12;106:14,20;
107:20;112:25;
129:24;132:16;
134:7;137:21;138:1;
139:14;142:19;
144:25;147:14,25;
148:17;150:12,19;
158:10;160:20,21;
164:11;165:6,24;
169:17
**difficult (3)**
16:11;63:13;84:
**digital (2)**
135:24;161:21
**directly (1)**

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

51:22
disagreement (1)
157:8
disclose (2)
170:8;171:19
disclosing (1)
170:5
discretion (1)
172:5
dispositions (1)
165:24
disruption (1)
34:25
distance (1)
101:13
divided (1)
32:21
Dividend (2)
150:15,16
Division (1)
169:10
docs (1)
135:20
document (3)
15:14;33:12;163:1
documentation (5)
14:14;17:19,20;
20:7;26:22
documents (21)
15:15,24;17:22;
18:2,10,11,14;19:1,2;
30:25;51:16;53:9;
62:21;71:17;76:20;
79:4,17;106:22;
162:16;163:14,15
dog (1)
67:19
dollar (8)
30:7;117:4;126:23;
152:19;153:6,7,14,19
dollars (12)
24:3;27:16,18;
28:10;39:9,14;76:15;
100:11;102:13;
113:20;117:2,20
dollars' (1)
31:18
donations (1)
77:10
done (31)
13:13;17:5,14;
32:21;43:13;54:19;
63:12;71:9;72:24;
76:19;79:18;81:20,
21,23;82:4;84:4,12;
93:21;95:1,2;97:5;
99:20;101:20;
102:19;104:6,21;
121:21;140:12;
154:11;162:11;
167:13
door (2)
25:13;134:22

Dorismar (13)
3:5,9,11;4:3,4,7,12,
18;35:3,6;171:11,12,
13
D-O-R-I-S-M-A-R (1)
3:14
doubt (3)
153:25;156:3,11
down (19)
4:24;15:9;25:19;
42:14,15;53:5;73:23;
75:5;77:18;86:4,21;
94:17;97:7;99:1;
117:18;127:2;
164:12;169:3;175:11
download (1)
18:9
dragging (1)
75:22
drama (2)
102:14;168:20
drawer (1)
122:7
dress (1)
151:21
drilled (1)
133:25
drive (5)
43:8,14;46:14,16,
19
driving (2)
43:10;86:14
drove (1)
167:9
drywall (1)
134:5
Duane (3)
80:8,18;88:14
due (10)
59:2;63:17;103:3;
111:11,11;113:9,10;
130:11;131:21;
160:17
dug (1)
113:22
duly (1)
4:8
during (3)
37:3;160:4;170:3
Dwayne (1)
90:8
dying (1)
133:20

E

earlier (6)
4:13;14:1;65:8;
66:2;87:15;135:9
early (1)
75:8
easier (2)
51:21;56:2

easily (1)
105:3
easy (1)
76:7
eating (1)
97:1
eats (1)
97:6
efficient (1)
86:21
effort (1)
152:7
eight (3)
33:17,18;104:10
either (16)
16:3;18:21;19:15;
24:25;28:16;51:9;
52:7;81:18;91:14;
100:3;108:8;130:5;
134:17;144:16;
149:11;161:7
electric (3)
157:21,23;158:1
electrical (19)
93:2,8,16,20;94:12,
17;95:2;97:15,18,18,
21;98:5,9;101:14,24;
108:3;139:5;140:15;
141:17
electricals (1)
97:24
electrician (9)
139:5;140:10,11,
12,15,18,24;141:8,10
electricians (1)
140:13
electrocuted (2)
133:9,20
electronic (1)
161:12
else (14)
11:18;13:2;28:12;
29:16;31:6;53:21;
73:17;86:13;96:22;
99:6;130:16;133:16;
156:18;167:7
email (38)
17:23;49:3,8,9,17,
20;50:2,23,23;129:3,
7,13;135:7,12,16,17,
18,19,21,23,24;
136:1,3,4;147:7,10,
12,13,24;148:1,3,5;
151:18;161:23;
162:13,23;167:6,18
emailed (2)
17:22;135:11
emails (1)
50:15
embezzling (1)
156:4
Emily (2)
3:19;4:6

emphasis (1)
90:10
emphasizing (1)
82:23
employed (1)
141:18
employee (6)
68:13;133:20;
148:23,23,24;149:12
employees (12)
96:4;113:6,8;
116:14,22;119:15;
133:3;149:4;152:20,
21,25;155:22
end (19)
6:13;23:24;51:23;
65:1;69:18;75:19;
78:13;84:7;87:20;
90:19;113:12;
114:15;120:4,5;
123:13;129:25;
149:25;169:15;
176:25
ended (4)
25:19;39:8;105:18;
146:5
ending (1)
176:24
enforce (1)
151:21
enforcement (1)
169:15
engine (1)
86:15
engineer (1)
139:5
engineering (11)
16:20;92:15;107:3,
4,6;138:5,10,11,15,
24;139:2
enough (5)
13:13;37:17;60:8;
102:20;108:17
entire (4)
17:13;121:7,8;
163:8
entirety (1)
4:14
envelopes (1)
135:1
envisioning (1)
40:9
equipment (3)
127:11;128:11;
139:16
Ernie (6)
78:22;79:8,22;
80:14;164:24;166:4
especially (2)
130:5;154:6
essentially (3)
24:24;38:1;169:22
ethical (2)

53:17;126:14
ethically (1)
100:6
even (73)
21:5;26:17;28:15;
29:16;30:13;31:1;
38:7;52:21,22,24;
53:7,8;54:8,20,23;
55:2,3;56:24;61:22;
62:5;64:15;69:5;
71:18,20;73:17;74:2;
75:15;76:20,20;
78:20;81:21;84:9,10;
86:13;89:12;90:7;
92:3;94:3;97:12,15;
98:11;100:8;102:23;
103:18,20,22,22;
104:19;107:10;
109:16;110:3;
111:25;113:14;
114:22;117:9;
118:10;120:1;
124:10;129:23;
132:25;137:6;143:2,
6;144:23;146:9,12;
148:24,25;158:4;
160:1;174:12,12,15
evening (2)
109:15;176:18
events (1)
178:8
eventually (2)
129:11,19
everybody (3)
53:15;131:11;
172:20
everyone (10)
43:2;104:10;
110:24;130:16;
151:18;161:21;
168:19,19;173:10,11
evidence (3)
142:24;143:9;
145:7
evolved (1)
50:21
exacerbated (1)
88:8
exact (2)
22:19;35:10
exactly (14)
8:20;13:8;22:16;
75:2;86:13;94:4;
119:24;124:3,6,9;
125:2,12;132:20;
165:13
EXAMINATION (1)
4:10
examinations (1)
134:2
examined (1)
4:9
example (7)

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 87 of 104   PageID #:
1045

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

5:7;40:18;41:1,4;
97:20;168:23;170:2
**examples (1)**
133:5
**except (2)**
47:23;104:10
**excess (2)**
136:23,25
**excited (1)**
58:22
**excuse (2)**
160:25,25
**excuses (1)**
158:16
**expanded (1)**
87:25
**expanding (3)**
42:6;87:24;105:15
**expectation (2)**
71:9;154:10
**expected (2)**
55:12;97:22
**expedited (1)**
160:13
**expense (1)**
145:25
**expenses (3)**
77:11;156:1,7
**expensive (3)**
116:13,14;139:13
**experience (1)**
77:13
**expired (2)**
129:4,8
**explain (6)**
26:18;27:5;74:22;
164:23;167:15;
176:23
**explained (4)**
55:17;82:15;159:3,
5
**explanation (1)**
154:25
**exploded (1)**
114:14
**exposed (1)**
59:4
**express (1)**
91:5
**expressing (1)**
102:24
**extended (1)**
37:12
**extends (1)**
171:9
**extent (3)**
171:8,24;173:10
**extreme (3)**
32:10;158:14;
159:15
**extremely (1)**
29:10

# F

**fabricate (1)**
95:16
**face (4)**
35:20,23;133:10;
139:17
**Facebook (2)**
10:24;134:17
**faced (1)**
168:22
**facility (1)**
46:2
**fact (14)**
39:13,14;58:22;
64:7,19;83:22;87:5;
90:11;114:3;129:22;
130:11;144:14;
146:21;153:6
**fail (2)**
73:14;98:1
**failed (16)**
73:6,19;84:13;
85:7;89:9;97:9;
134:2;137:12,18,23;
138:3;144:10,10,11,
24,25
**fails (2)**
85:19;112:19
**fair (2)**
130:5;143:12
**false (1)**
96:6
**familiar (1)**
142:5
**family (3)**
8:16;12:4;106:24
**far (2)**
97:12;101:13
**Farm (2)**
9:15,19
**fast (20)**
13:13;85:5;86:3;
101:21;102:21;
105:20;108:13,25;
109:12,13,24;110:3,
4,5,6,18,24;113:4;
154:12;159:21
**faster (10)**
81:1,25;82:4,7,24;
83:20;84:4,4;96:15,
16
**fast-forward (2)**
31:11;83:12
**father (1)**
8:10
**fault (4)**
54:18,25;55:1,1
**favorite (2)**
157:15,16
**February (1)**
66:22

**federal (1)**
156:12
**fee (7)**
32:3,8;65:18,20;
66:24;67:1;134:20
**feel (7)**
39:12;113:1;
116:19;118:12;
148:24;154:14;
170:19
**feeling (3)**
95:21;156:22;
170:24
**feelings (1)**
120:9
**fees (9)**
32:25;33:1;52:12;
76:15;127:15,16;
128:11,12;130:13
**feet (3)**
55:19,22;124:24
**fell (2)**
36:21;133:7
**felon (1)**
156:12
**felt (12)**
33:20,20;61:15;
75:13,18;86:13;88:5;
148:16,18;154:10,15;
157:9
**females (1)**
172:13
**few (11)**
5:22;10:15;56:3,3;
78:11;80:22;83:12;
105:10;120:11;
159:21;163:20
**fiancee (2)**
160:3,5
**field (2)**
29:11;164:13
**fighting (1)**
111:15
**figure (1)**
99:7
**file (17)**
16:2;18:14,15;
62:18;108:1,15;
109:3;128:9;161:12,
21,21,24;162:14,17,
25;167:20,20
**filed (1)**
175:8
**files (7)**
79:14,15;163:11,
19,24,24;164:2
**filing (2)**
169:15;175:22
**fill (1)**
107:23
**final (14)**
20:21;30:12,14;
33:15;56:21;63:11,

16,21;107:7;136:15,
17,24;137:6,8
**finalize (1)**
103:7
**finalized (1)**
57:14
**finally (6)**
6:25;30:2;34:22;
35:25;52:4;57:22;
58:22;59:6;60:5;7;
101:17;127:6;
158:24;159:10;165:5
**finance (80)**
9:25;10:8;12:18,
22;13:15,21;14:10,
10,13;16:11,22;17:6,
20,21;18:3;19:11;
23:22;24:8,24;25:23;
33:10;34:20;35:9;
36:24;37:16;39:25;
53:9;63:3;69:21,23;
70:9,11,21;71:25;
75:1;76:21;77:4;
78:21;79:7,12,24;
80:1,17;87:23;90:21;
91:10,13;93:22;94:2;
95:4;98:24;105:21,
25;106:1,16,22,23;
107:1,2,5,8,10;108:1;
109:4;117:10,13;
118:14,19;127:14;
128:9;137:17;
149:22,23;150:1,10;
154:6;159:19;
163:24;164:6,22
**financed (9)**
121:6
**finances (9)**
12:16;13:3;22:22;
25:17;33:19;36:21;
117:9;153:22;154:2
**financial (5)**
20:12;77:8,13;
94:24;178:7
**financially (1)**
55:25
**financing (11)**
13:15,19;14:18;
15:8;16:18;23:23;
78:6;79:17;84:22;
117:7,11
**find (12)**
10:18,21;22:20;
67:24;68:7;69:1;
93:13;108:24;
110:17;113:18;
147:18;168:23
**fine (7)**
43:5;44:4;103:7;
109:23;120:5;
155:11;170:13
**fining (1)**
169:2

**finish (10)**
87:11,14,19;90:6;
112:17;134:6;
141:22,24;142:———
144:4
**finished (9)**
15:18;16:17;17:3;
26:14;35:25;61:22;
98:17;111:7;154:23
**finishing (1)**
67:16
**fire (1)**
66:13
**fired (2)**
75:7;113:15
**first (54)**
12:7;15:4;19:4,7,
17,25;20:5,5,24;22:7;
23:11;24:15;26:10,
13;27:5;47:4;50:21;
55:22;56:14;57:9;
58:17;71:21;73:17;
78:5,10,11,16;80:22;
82:2;84:13;85:14;
90:2;103:1;104:6;
111:15;113:9;121:1,
2;125:11,25;127:4;
130:20;132:21;
137:13;141:5;
157:14,18;163:9,10,
19;164:6,7,19;166:5
**fit (1)**
147:15
**five (15)**
24:16;32:5,7;
47:20;56:17;84:13;
85:11;98:10;101:22;
104:10;116:24;
138:1;153:19,24;
165:4
**fix (12)**
42:24;73:7,15;
75:24;85:23;86:16,
17,19;87:8;113:19,
24;145:25
**fixed (6)**
60:3;73:20;144:10,
10,24;145:1
**fixing (2)**
85:19;119:21
**flag (2)**
153:12,14
**flags (3)**
152:14,24;168:25
**flash (1)**
133:10
**flawless (2)**
87:24;118:25
**flip (3)**
101:21;119:12;
140:7
**flipped (2)**
118:6;136:25

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

**Florida (4)**
42:5,7;48:14;
117:17
**flow (23)**
27:4,4,6;31:2,2;
33:5,14;38:2;39:4;
58:3,3;59:2;68:15;
76:14,17,22;87:20;
89:18;91:16;104:2;
127:25;153:20,21
**flow-type (1)**
38:12
**focus (4)**
74:12;83:5,15;98:6
**focused (1)**
78:20
**folders (2)**
79:5,16
**follow (4)**
37:6;48:16;54:12;
77:1
**followed (2)**
12:10;14:2
**following (2)**
80:7;139:25
**follows (1)**
4:9
**follow-up (1)**
115:8
**force (19)**
72:23;106:12;
107:11,21;110:15;
161:22;162:14,17;
163:8;165:6,14,16,
17,18,22;166:3,4,14,
20
**foregoing (1)**
178:3
**forgive (1)**
86:6
**forgot (1)**
14:1
**form (6)**
29:3,6,21;30:1;
51:4,8
**formal (1)**
11:12
**format (1)**
49:12
**forms (1)**
30:3
**forth (4)**
141:15;146:3,8,9
**forthright (1)**
148:18
**Forty-five (1)**
43:23
**forward (40)**
15:18,22;16:1;
20:14;30:5,9;33:3;
34:22;35:15;55:9,11;
60:23;66:7;73:3;
78:9;105:14;109:23;

120:20;121:16;
123:3,19,22,23;
125:6,9,19;126:1,11;
130:21;142:1;
152:10;158:17;
159:5,12,13,21,25;
160:12;161:1,2
**fought (1)**
25:15
**found (8)**
22:25;35:21;46:25;
47:21;108:11;141:9;
147:14,14
**Four (26)**
9:9;24:16;30:18,
19;32:5,7,16,20,23;
42:3;52:17;56:11;
68:18,25;84:13,23,
24,25;88:10;93:19;
98:10;101:22;
104:11;116:23;
118:20;138:1
**fourth (1)**
109:8
**four-week (1)**
97:14
**frame (8)**
19:20;28:9;66:17;
72:18;129:5,21;
145:3,10
**frames (1)**
72:5
**fraud (1)**
156:12
**fraudulent (2)**
96:10;168:23
**free-for-all (1)**
39:1
**fresher (1)**
55:18
**Friday (4)**
54:17;55:6;61:11;
151:19
**friend (4)**
10:23;11:1;120:9;
175:2
**friends (3)**
58:18;138:24;
141:12
**friendship (1)**
147:18
**front (6)**
92:18,24;95:12;
120:4,5;121:23
**frozen (1)**
131:4
**frustrated (10)**
83:8;88:19;89:7,
16;97:19;103:9,10;
112:24;113:8;132:23
**frustrating (4)**
73:21;76:24;86:25;
154:9

**frustration (2)**
112:24;154:8
**frustrations (5)**
74:20;75:4;132:13;
144:2;174:4
**full (4)**
92:25;122:7;
160:15;163:14
**full-time (1)**
166:14
**fully (5)**
109:5;112:16;
122:12,12;160:16
**function (1)**
119:22
**functioning (1)**
122:15
**funded (1)**
164:14
**fund-raising (1)**
77:9
**funds (5)**
19:22;22:10;33:13;
41:13;131:19
**furious (5)**
54:5;83:21,22;
101:19;164:21
**further (4)**
14:24;39:6;123:2;
178:5
**furthering (1)**
172:1
**future (1)**
168:17

## G

**gap (2)**
102:2,4
**gather (1)**
169:13
**gave (15)**
15:21;16:2,8;
19:21;20:2;25:24;
45:5,9;52:14;72:16;
127:9;143:2;156:11;
170:6;172:9
**general (3)**
3:18;49:25;175:20
**Generally (2)**
7:10;40:3
**Generals' (1)**
171:2
**General's (4)**
3:17,19;169:7,9
**generated (1)**
107:14
**genius (1)**
74:10
**gentleman (3)**
51:24;133:8;
144:18
**gentlemen (1)**

138:22
**Georgia (11)**
42:4,5,13;81:5;
86:8,10;88:2;103:10;
112:22;120:3;133:20
**gets (3)**
20:13;96:22;111:8
**girl (1)**
104:11
**girlfriend (2)**
160:2,5
**given (20)**
22:15;28:24;31:14,
24;38:10;39:25;45:6;
49:16;52:4,7;53:13;
55:12,13;92:9;93:21;
102:20;113:3;123:5;
124:12;137:17
**giving (10)**
5:5;7:1;31:7;61:8;
63:15;69:13;71:8;
89:11;98:4;99:18
**glad (3)**
34:22;35:24;60:5
**glass (20)**
93:23,24,24,25;
94:5,9;95:4,10;96:14,
16,19,20;98:6;99:5;
100:19,22;101:13,20;
109:6;110:18
**glimmer (1)**
114:13
**goal (1)**
91:12
**goals (1)**
91:5
**goes (4)**
5:24;17:18;61:2;
111:3
**Good (22)**
3:9;4:2,4;6:1;16:8;
55:25;65:6;75:24;
84:6;85:25;86:24;
89:8;99:14;103:4;
114:18;116:20;
134:18;138:8;
156:21;157:5;172:2;
175:2
**goodness (2)**
20:20;113:15
**Gosh (2)**
141:4;149:15
**gossip (8)**
48:15;116:21;
131:24;153:4;
156:16,20;172:21;
176:1
**Gotcha (1)**
167:23
**grace (4)**
25:20,24;69:8,13
**grander (1)**
27:8

**grapevine (1)**
173:25
**grass (1)**
134:4
**grateful (1)**
58:11
**gray (1)**
92:13
**great (2)**
96:4;103:11
**green (11)**
142:6,7;143:6,11,
20;144:6;145:3,6;
150:1,14;164:14
**Greg (4)**
140:21,25;141:2,4
**grew (18)**
12:25;13:1,1;
19:10;41:24;47:8,10;
78:21;79:9,11,21,25;
80:11;113:4;114:9,
11,11;115:25
**grid (3)**
136:21,24;137:1
**groomed (1)**
67:20
**ground (2)**
7:23;93:3
**group (2)**
119:17;151:23
**grow (11)**
86:1,1,2;102:25;
103:6,6,6,8,8,8;
119:22
**growing (8)**
12:20;70:7,10;
72:15;79:21;80:2;
102:21;105:15
**growth (1)**
78:19
**guess (13)**
14:10;23:8;118:3;
120:7;121:19;122:2;
129:14;145:23;
155:2,19,21;169:4;
176:21
**guessing (1)**
147:1
**guests (1)**
151:20
**guys (5)**
52:9;63:6;82:12;
85:9;123:9

## H

**Haiti (6)**
8:13,14;9:6,8;77:7,
8
**half (2)**
97:5;121:3
**hand (3)**
76:3;122:17;

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

134:22
handle (8)
29:18;33:19;55:18;
81:12,12;112:6;
133:15,16
handled (14)
12:16,17;13:18,18;
36:20;56:19;79:2,6,
14,15,17;105:24;
106:2;154:2
handles (1)
101:9
handling (7)
13:3,6,15;50:19;
79:2;153:17,22
hands (9)
59:16;114:20;
115:1;158:25;159:1,
1,9;160:1,11
hangers (1)
134:22
hanging (3)
102:16,17;151:14
happen (13)
26:25;29:15;57:1;
71:23;72:13;93:9;
113:14;118:9;
122:20;127:2;
132:25;138:7;162:14
happened (24)
18:24;19:14;22:11,
16,20;30:7;31:19;
35:15;42:7;67:8;
71:19;72:3;73:20;
93:1;104:17;105:12;
106:11;111:10;
132:13;136:14;
159:18;161:17;
162:6;175:23
happening (10)
25:6,10,16;41:18;
108:12;122:6,22;
124:6;153:18;175:20
happens (12)
18:25;22:5;73:23;
81:15;96:21,22;
106:13;111:6;
120:14;125:7;
127:17;172:22
happier (1)
119:21
happy (5)
76:11;83:1;146:15;
154:14;160:12
hard (3)
6:6;18:13;81:16
hardened (2)
158:16,20
harsh (1)
157:6
head (6)
4:23;5:6;50:4;
113:2;168:9;175:11

headquarters (1)
45:19
heads (1)
74:8
hear (5)
83:10;116:20;
131:4;133:2,19
heard (23)
42:13;48:5;98:16,
18;100:14;116:9,25;
131:24;132:9;
133:17,24;156:18;
158:8;170:25;
173:25;174:15;
175:7,11,12,14,17,19,
22
hearing (3)
8:7,9;71:11
heart (1)
158:7
hearts (1)
158:19
heated (1)
146:11
held (5)
28:6;38:8;59:1;
82:2;118:12
help (6)
52:4;64:5;75:3;
119:6;137:19;171:13
helpful (1)
17:13
Helton (1)
14:5
hemorrhaging (4)
68:10,14;85:22;
114:23
hereby (1)
178:2
hereunto (1)
178:9
hey (8)
20:9;37:2;65:6;
69:10;142:12;
152:25;170:25;
171:10
hide (1)
124:7
high (1)
154:10
higher (1)
150:13
hire (1)
104:9
hired (15)
10:4;11:15,25;
12:14,20;42:16;70:5,
6;74:5;78:23,24,25;
80:3,10;81:22
hiring (1)
10:24
history (1)
77:4

hit (7)
22:3;54:1,16;62:3;
104:4,4,4
hits (1)
25:1
HOA (4)
71:18;72:2;92:1;
107:15
HOAs (3)
72:6;106:3;107:25
Hobbs (1)
141:13
hold (12)
22:1;26:21;27:11;
30:25;64:2;67:18;
124:16;129:2,13,22;
161:7;171:24
holding (2)
22:13;23:10;
124:12;126:10;
129:23;154:21
holds (1)
57:20
hole (3)
76:24;113:22;
134:5
holes (1)
133:25
holiday (3)
131:9,10,17
home (11)
43:8,11,14,21;
48:14;56:6;116:14;
117:1,2;136:22;
152:19
homes (3)
116:25;117:4;
133:23
honest (1)
172:17
honestly (5)
60:6;66:18;113:12;
145:17;148:17
hookup (1)
140:15
hope (1)
114:14
hopefully (1)
35:15;43:14;60:9
hopes (1)
129:14
hoping (1)
6:9
Horizon (1)
3:3
horn (1)
103:17
horribleness (1)
114:15
hospital (2)
160:3,8
host (2)
35:3,5

hot (1)
99:3
hour (1)
104:15
hours (2)
72:12;105:11
house (18)
92:18,18,19,24;
95:12;117:15,16,17,
19,21;118:3;120:7;
134:3;139:21;153:4,
6,7,14
houses (3)
42:23;126:23;
153:19
HR (6)
47:9,18,18;118:9;
148:25;151:17
huge (2)
101:15;102:2
Huh (1)
132:4
Huh-uh (3)
44:19;50:4;133:21
hum (1)
110:2
hundred (9)
13:11;19:21;22:9;
24:2;33:13;41:13;
83:2,4;87:16
hurt (1)
39:11;120:8;133:3
hurting (3)
52:11;68:16,17
husband (2)
37:22;77:7

I

idea (5)
37:19;71:8;93:6;
111:14;123:8
Ideal (1)
3:2
ideas (2)
78:3;114:3
idly (1)
151:13
ignored (2)
87:3,4
ignoring (1)
90:11
imagine (3)
5:22;23:17;112:22
immediately (1)
152:21
impersonating (1)
160:5
implement (1)
152:16
importance (2)
102:24;128:6
important (1)

53:7;55:15;82:22
impossible (1)
170:4
impression (6)
54:9;86:18;123:1.,.,
124:15;125:10;137:7
improve (1)
114:4
improving (1)
166:3
include (1)
162:19
including (1)
33:2
income (1)
150:13
in-country (1)
77:20
indicate (1)
173:11
individuals (1)
150:24
industry (2)
113:5,6
inefficiencies (1)
87:1
inevitable (1)
128:24
inevitably (1)
126:13
influence (1)
66:17
info@IdealHorizo...,.
50:3
info@SolarTitancom (1)
50:1
inform (1)
49:6
information (38)
3:4;6:4,9,12,14;
7:3,6,13;15:19;18:8,
20,23;22:15;23:14;
26:3;40:12;46:7;
49:13,14;50:15;51:4;
66:19;69:16;70:24;
96:10;115:4;139:18;
169:12,13,18,23;
170:2,8,20;171:19,
25;173:7,16
informed (2)
50:22;51:13
initial (2)
27:5;121:6
initially (2)
14:2;145:5
initiative (1)
148:13
innocent (1)
155:21
Insane (2)
110:1;128:15
inside (1)
150:3

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

**inspect (2)**
73:1,18
**inspected (5)**
17:4;73:19;82:18;
84:21;89:8
**inspection (20)**
17:5,6;19:22;
20:21;21:17;24:12,
19;73:8;89:10;
101:18;112:18;
136:8,11,15,25;
137:6,8,13;138:7;
163:17
**inspections (19)**
24:9,13,15;63:22;
84:7,11,13;85:7;
97:9;101:10;112:7;
118:22;136:14;
137:17,18,23;138:3;
144:21;145:12
**inspector (10)**
72:9,10,12,23;
73:13;84:21;101:11;
112:17;137:3;138:6
**inspectors (9)**
17:2;71:20;97:10;
136:16,18;137:4,5;
138:12;144:22
**install (43)**
16:16,21;17:16;
18:5;21:11,15;81:14;
83:16,16,16,17,19,
25;87:12,12,13;88:3;
89:3;91:3,17,20;92:6,
13,16;93:1;94:16,25;
95:1;97:5;99:2;
101:8;111:19;
112:10,12;118:14;
121:19,21;123:22;
126:5;137:10;
160:16;162:20;
164:11
**installation (26)**
13:20;15:10,12,22;
16:13,19;17:24;
19:19;20:17,18;63:3,
17,18,20,21;65:21;
71:19;72:20;80:18;
81:10;82:5,18;93:18,
23;121:24;122:1
**installations (2)**
105:12;137:12
**installed (32)**
21:14;24:14;63:2;
72:2;82:25;83:1;
84:20;88:24;90:17;
91:14;94:5,18;95:23;
97:15;98:15,17;
101:15,24;109:4,12,
16;110:6;112:16,16;
120:23;121:5;
122:12;123:24;
130:6;145:23;

159:23;160:15
**installer (1)**
45:1
**installing (6)**
89:5;98:8;110:9,
17,21;111:21
**installment (1)**
121:1
**installs (14)**
84:3,10,11,12;
90:10;97:23,23;
104:17,20;105:1;
133:3;140:3;151:8;
155:7
**instance (1)**
142:22
**instead (5)**
51:16;74:23;80:15;
89:23;135:6
**instructions (1)**
93:22
**intense (1)**
146:11
**intentionally (2)**
157:3,3
**interaction (1)**
171:7
**interconnection (4)**
71:17;72:1;105:18;
158:21
**interest (13)**
20:11;32:4,8;33:1;
52:12;65:14;66:23;
67:2,6;69:11,16;
117:10;178:7
**interesting (1)**
69:21
**interests (1)**
153:10
**internally (1)**
48:23
**interrupt (1)**
17:12
**interview (5)**
11:15,15,18,23;
172:16
**interviewed (1)**
11:16
**interviewing (1)**
172:15
**into (56)**
18:2,3,11;23:23;
24:19;26:3,22;28:6;
30:2;40:4,4,5,11;
41:17;42:7;46:24;
47:12,22;53:9;64:15;
71:3;76:20;79:21;
80:2;81:6;83:21;
86:8,9;88:2,4;92:24;
94:23;96:10;102:22;
104:13;106:9,23;
110:15;112:5,9,11;
115:21;120:3;

124:22;127:1,5;
137:17;143:3;152:7;
156:8,24;161:6,20;
163:17;168:9;170:1
**inverter (12)**
92:23;94:8,11,13,
18,19;95:14,16,17,
23,25;99:10
**inverters (1)**
137:24
**invest (2)**
150:25;151:1
**invested (2)**
114:10,13
**investigating (1)**
7:12
**Investigation (10)**
3:2;148:22;168:11;
169:5;170:3,9;
171:20;172:1;
175:17,19
**investors (4)**
151:24;152:3,6,8
**invited (4)**
116:14;120:6,8,9
**involved (2)**
148:9;178:6
**iPad (1)**
136:6
**issue (13)**
27:4,4;33:5;35:19;
52:21;62:6;69:18,19;
81:1;97:2;108:11;
157:8,13
**issued (3)**
3:4,8;173:15
**issues (20)**
42:15,24;44:11;
73:5,7;76:17;85:12,
19;86:19;111:11;
113:15,18;118:15;
137:23,24;148:20;
158:14;160:21;
161:11;168:22

### J

**jail (1)**
96:9
**January (1)**
66:21
**job (20)**
15:4;24:8;55:15;
66:13;75:24;79:8;
82:16;85:4,13;87:19;
93:13;106:10;
108:16,16,19,21;
116:6;133:3;155:9;
161:24
**jobs (7)**
64:8;90:21,21;
91:7,9,14;138:2
**John (3)**

53:1,24;60:25
**join (1)**
43:14
**July (1)**
69:12
**June (7)**
9:20,21;10:11,14;
67:17,18;69:12

### K

**Keen (88)**
3:18;6:20;14:25;
36:1,16;37:1,14;43:7,
12,19,25;44:6;
100:25;101:3;117:5,
7,21,24;125:21;
130:22;131:1,5;
132:2,5;133:2,5,19,
22;134:14;135:9;
136:7;137:11;138:5,
14,18,20;139:1,4,7;
140:2,14,21;141:1,7,
11,16;142:5,8,11,15;
143:13,23;147:5,9;
148:2,8,12;149:2,9,
15;152:13;156:10,
15;161:11,15;162:16,
19;163:7;165:13;
166:13,21,24;167:4,
6,17,23;168:1;
170:11;171:6;172:2,
5;173:3,15;175:4,7,
12,15;176:6
**keep (5)**
36:18;52:3;75:10,
22;112:20
**Kelley (5)**
13:4,8;60:11,12;
115:9
**Kentucky (16)**
42:6,11;45:24;
46:6;79:13,15;80:1;
86:9;103:1,2;120:2;
136:9,10;140:17;
175:20,21
**kept (4)**
59:17;64:12;80:2;
103:13
**Kia (1)**
44:19
**kick (1)**
21:5
**kicked (3)**
43:1,3;95:13
**kilowatt (1)**
28:25
**kilowatts (11)**
88:22,23;89:3,3,4;
90:16,17,19,23;91:4,
6
**Kimberly (2)**
50:12,20

**kind (32)**
6:25;12:12,21;
15:3;25:12;50:21;
53:2;60:2;66:8;69:4;
72:18,18;75:18;
90:24;113:23;
116:15;128:23;
130:1;141:14;
142:23;148:13;
153:13;158:15;
160:22,23;166:11;
168:19;170:7;173:8;
174:11
**kindly (2)**
34:3;59:12
**Kirkland (16)**
11:17,21;14:21;
35:7;57:17;58:16;
61:7;67:12;96:3;
100:1;115:9;123:11;
138:18;139:1;147:8;
173:21
**Kirkland's (1)**
138:22
**knew (23)**
25:16;35:22;48:11;
58:21;59:25;60:1;
61:13,14;62:10;76:6;
80:5;108:9;113:17;
118:8;128:24;129:1,
11;134:16;163:25;
164:1;170:16,17;
171:3
**Knight (6)**
3:20,22;4:1,2,6,13
**knowledge (9)**
7:15;12:12;36:6;
48:7;77:3,23;136:12;
141:20;174:22
**knowledgeable (1)**
116:11
**known (1)**
66:25
**Knoxville (8)**
42:12,12;45:17,18,
20;46:16;117:1,16

### L

**labeled (1)**
60:18
**lack (1)**
113:8
**ladders (1)**
133:7
**lading (5)**
15:19;20:6,13,25;
26:4
**Lakea (7)**
14:4;16:3;79:5,13,
14;163:23;175:4
**land (1)**

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

46:25
lane (12)
  75:21,22,23;76:4;
  88:6;103:15,15;
  106:8;114:1;119:4,5,
  5
language (1)
  86:6
large (1)
  53:22
larger (1)
  47:1
last (32)
  3:13;9:25;10:2,6,
  10,12;17:6;19:8,19;
  20:19;22:1,5;33:12;
  52:24;64:3;75:5,6;
  82:19,21;88:15;
  89:13;115:13;
  122:25;124:1,2;
  131:4;149:18;
  173:20,22,23;174:21,
  22
late (3)
  113:21;166:13,20
later (15)
  5:2;25:19;32:6;
  66:20;68:25;79:7;
  93:20;100:8;104:7;
  127:5;128:2;131:19;
  147:24;159:21;166:1
laughed (1)
  118:8
lawsuits (2)
  175:8,22
lead (1)
  34:20
leadership (1)
  85:3
leads (1)
  165:22
leaking (1)
  134:7
learned (2)
  14:17;83:9
learning (1)
  78:8
lease (2)
  45:23,25
leased (1)
  46:3
least (7)
  25:11;30:17,19;
  54:1;59:23;91:18;
  92:7
leave (3)
  44:2,3;119:16
leaving (3)
  19:15;118:11;
  123:10
left (25)
  10:11;33:24;41:25;
  42:4,7,8;51:12;58:8,

14;74:19;78:14,18;
  85:10;88:16;91:11;
  118:23;134:1;
  136:10,19;137:9;
  147:5;172:10,14,18;
  174:4
legal (6)
  3:16;28:9;92:12;
  115:12;122:18;158:3
legally (8)
  26:8;28:10;29:24;
  30:5;35:11;38:19;
  109:17;173:4
legitimate (1)
  171:14
lended (2)
  126:19;163:2
lenders (1)
  152:23
lending (2)
  162:20,22
lent (1)
  126:18
less (5)
  35:4;99:5,6;
  103:20;150:11
letter (5)
  49:3;9;58:24;59:1;
  147:6
letters (1)
  72:21
letting (4)
  5:24;37:21;99:10;
  144:19
level (3)
  40:16;41:12;129:4
Lexington (1)
  46:10
liars (4)
  157:16,17;158:4;
  161:2
license (2)
  141:17;142:2
licensed (8)
  139:7;140:11,12,
  13,14,17,24;141:7
licensing (1)
  111:11
life (3)
  56:6;128:18;
  168:20
liked (3)
  74:9;93:17;116:18
line (10)
  3:18;72:16;75:5;
  87:12,14;90:6;144:4;
  149:3;164:12,14
lined (1)
  114:6
list (23)
  30:19;32:25;33:1;
  34:2,9,10,10,11,21;
  35:24;52:23;53:25;

54:21,22;56:11;
  63:11;75:17;120:12;
  125:4;137:4;138:4;
  143:2;174:19
listen (4)
  89:15;90:1,2,2
listening (1)
  58:23
lists (1)
  34:12
literally (1)
  104:9
little (12)
  7:3,23;17:11;
  60:13;69:7;74:6;
  76:23;142:15;
  155:21;156:20;
  158:16;161:6
live (2)
  9:8;167:22
lived (2)
  8:14;9:6
lives (1)
  146:10
livid (1)
  61:14
loan (32)
  15:15;17:22;19:2;
  20:11;29:8,22;30:4,
  22;31:14;32:4;34:17;
  37:9;121:7,9,12;
  122:3,19;123:5;
  125:9,11,20;126:3,
  14;127:1;129:12;
  135:10,11,13,20;
  150:20;160:18;163:6
loans (2)
  37:13;152:21
located (1)
  46:12
location (2)
  88:18;139:20
lock (2)
  144:6;145:6
locked (4)
  142:24;143:5,11,
  20
lodging (1)
  77:20
log (1)
  162:5
logged (1)
  161:20
log-in (2)
  96:7,8
long (40)
  5:23;6:2,7,8;7:11;
  9:8,18;11:23;18:19;
  22:21;26:20;43:17,
  20,20;52:11;56:11;
  66:22;68:16;75:5,7;
  76:11;85:1;89:15;
  92:17;93:9;98:2;

100:12;114:9;
  118:13;119:7;
  123:25;124:5;
  128:19;138:4;
  143:24;145:1;
  154:25;165:5,10,17
longer (9)
  26:11,25;54:18;
  57:7;58:10;71:18;
  125:3;129:21;144:13
longest (1)
  165:21
look (8)
  33:10;61:19;98:8;
  108:7,8;151:10;
  161:5;162:25
looked (3)
  36:22;83:20;
  167:12
looking (9)
  23:19;33:7;40:3;
  46:24;61:20,21;
  88:25;89:2;110:12
looks (1)
  120:13
Lord (3)
  60:5;88:15;150:1
lose (2)
  68:20;92:4
losing (2)
  28:14;76:25
lost (1)
  64:5
lot (68)
  13:10;17:8;23:25;
  24:5,6;26:16;32:18,
  25;33:1;35:21;36:23;
  40:2;51:13;56:2,20;
  62:8;63:17;64:16;
  66:3;68:21;72:21;
  73:5;77:2,16;78:20;
  80:21;81:13;85:7;
  98:18;99:15;101:20;
  113:2,3,7,23,23,24;
  114:9,17,17,20;
  115:8,9,23;117:17;
  121:22;122:6;
  123:14;124:19;
  129:21;132:15;
  133:17;137:15;
  142:19;143:23;
  146:3,7,8;148:9,15,
  18;152:14;156:7;
  157:4;169:16;
  172:21;173:21;175:8
Lourde (1)
  84:7
love (1)
  70:19
Lovell (2)
  47:16,16
lovely (1)
  99:13

lower (1)
  150:11
loyal (1)
  100:10
lucked (1)
  101:25
Luckily (1)
  109:21
lunch (4)
  116:4;147:20;
  174:3,8
lying (1)
  59:5

## M

mad (9)
  26:16;70:22;98:14;
  102:3,10;145:19;
  153:20;159:22;162:2
mail (4)
  49:9;63:10;134:15;
  135:6
mailbox (1)
  92:19
main (4)
  42:11;45:19;
  148:19;150:5
mainly (1)
  98:21
majority (1)
  102:1
makes (6)
  40:2;69:19;112:2;
  168:17;170:19;
  173:19
making (12)
  18:20;23:6,7;
  38:12;68:20;70:8,10;
  79:3;80:5;87:23;
  90:13;176:2
man (2)
  126:6;153:13
manage (1)
  88:11
managed (1)
  153:25
management (1)
  114:12
manager (20)
  10:1,9;24:8,10;
  28:18;29:10;45:6;
  51:5,19;52:1;78:22,
  23;79:1;80:9,10,15,
  17;109:9;110:9;
  123:7
managers (6)
  24:18;80:16;86:6;
  88:11;102:23;119:13
manner (2)
  37:11;144:4
many (28)
  25:9;30:9;32:14;

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

34:24;41:22;42:15;
52:1;59:2;65:3;
75:20;83:18;84:8;
85:12;90:5,21,23,24,
24;91:6,7,9;96:4;
98:11;110:6;113:16;
126:13;154:19;158:8
**mapped (1)**
103:22
**March (3)**
67:15,17;69:11
**mark (1)**
108:8
**marked (1)**
106:13
**Market (4)**
163:12,13,17;
166:22
**marketing (1)**
47:7
**married (2)**
36:10;115:16
**matched (1)**
15:17
**materials (2)**
15:20;71:16
**Matt (3)**
138:16,18;139:1
**matter (11)**
3:2;25:4;53:15;
100:25;104:8;
122:10;126:8;
129:12;155:4,18;
178:6
**maxed (1)**
160:7
**may (6)**
5:1;6:20;23:4;
46:21;54:6;60:10
**maybe (12)**
8:19;12:1;23:15;
43:17;46:8;59:10;
66:12;118:19;
121:23;130:15;
141:13;171:13
**meals (1)**
77:20
**mean (25)**
6:3;36:11;40:15;
48:5;53:15;73:12;
74:3;100:2;104:22,
24;114:22;115:3;
117:15;121:10;
124:20;132:9;134:4;
148:21;149:10;
154:14;160:19;
167:18;168:14,18,24
**meaning (3)**
63:18;73:24;
136:20
**means (3)**
4:19;7:9;93:24
**measure (1)**

90:17
**mediation (2)**
146:12,23
**meet (4)**
142:18;143:1;
154:12,16
**meeting (16)**
32:1;44:3,3;52:15;
53:1,6;54:16;60:25;
72:6;74:8;82:12;
83:8;86:7;89:17;
142:20;143:4
**meetings (4)**
90:9;100:13;
142:22;143:7
**mention (2)**
118:2;120:5
**mentioned (15)**
41:19;44:12;45:16;
48:2,20;58:23;59:1,
12;60:24;65:8;112:8;
115:8,10;135:9;
172:10
**merchant (1)**
69:23
**merited (2)**
144:5;145:7
**mess (1)**
80:12
**message (7)**
40:7;67:19;115:18;
158:24;159:24;
161:23;162:13
**messages (2)**
159:7,8
**messed (1)**
134:12
**messing (1)**
134:3
**met (3)**
26:4;121:2;155:23
**Meza (2)**
178:2,16
**Michael (9)**
8:10;36:7,9,10;
115:11,12,13,14,14
**Michael's (1)**
156:24
**micromanagement (1)**
155:2
**micromanaging (1)**
155:14
**microscope (1)**
118:13
**middle (2)**
51:22;141:6
**middleman (1)**
51:17
**might (31)**
28:24,25;29:1,2;
46:9;47:1;48:2;
55:19,19,20,23,23,
24;57:19;60:7;62:5;

66:17;68:15;70:13;
75:4;85:8;87:22;
111:12;121:22,23;
123:21;124:19,24;
131:21;159:17;
166:16
**milestone (48)**
16:23;17:7;19:6,7,
9,17,20,25;20:5,15,
16,18,19;21:19;22:2,
8,8,10,14;23:11;24:2;
26:10;33:11,12;
38:17;40:21,21,22;
41:9,11;56:22;57:9;
62:14;82:2,19,21;
87:17,22;90:12;
99:23;121:2;123:16;
124:5;125:15;129:5;
132:22,22;167:16
**milestones (9)**
19:24;20:22;21:23,
23,24;22:3;41:8;
58:1;98:21
**million (28)**
24:3,4;25:4;27:16,
18;28:9;30:7;31:18;
39:9,14;57:2;83:13,
14,22;87:10;90:3;
100:11;102:13;
113:22;117:2,4,20;
126:23;152:19;
153:5,7,14,19
**millions (2)**
76:15;113:19
**mind (8)**
5:24;33:14;55:23;
64:8;82:22;126:1;
155:21;176:24
**mindset (2)**
87:21;89:1
**mine (1)**
10:23
**minimum (9)**
88:24;89:12;90:18;
91:9,11;97:22;106:5;
154:13,16
**ministry (3)**
77:8,11,15
**minute (2)**
35:4;62:4
**minutes (2)**
43:17,23
**misconduct (1)**
168:24
**miss (2)**
23:10,20
**missing (1)**
85:5
**mode (2)**
136:19;137:10
**model (1)**
44:18
**moment (3)**

106:19;107:25,25
**momentum (1)**
70:15
**Monday (3)**
55:6;104:20;105:1
**money (112)**
20:1;22:5,6,22;
23:6,7;24:3,6;25:1,
11;26:6,7,10,24;27:9,
10;28:5,13;30:24;
32:10,12,14,18;33:7;
37:17;38:1,4,6,15,19,
21;39:5,5,6,10,10,16,
22,23;56:23,25;57:7,
8,23,25;58:3;61:24,
25;62:1,2,3;63:15;
64:7,10,14;65:4;
66:15;67:23;68:10,
14,21;69:2;76:25;
81:15,24;82:21;83:2,
4;84:4;85:22;87:5,8,
16,18,21;89:21;
96:15,15;98:7,22,23,
25;99:1,3,23;104:23,
23;110:19;114:23;
118:13;119:8;122:1,
6,14,22,25;123:4;
124:10,13;126:18,20,
21;127:18,19,22;
129:6;130:2;153:17;
155:16;156:4,4;
160:6
**month (16)**
27:19;32:4,15;
38:25;56:25;58:9;
60:4;66:24;67:6;
72:6;83:14;100:11;
121:6;164:19,19,19
**monthly (3)**
25:11;121:11;
163:3
**months (29)**
10:6;32:5,7,22,24;
37:13;52:16;56:3,16,
17;57:12,22;68:20,
25;72:7;78:11,16,17;
83:12,24;84:17,17,
23,24,25;90:8;
101:23;159:21;165:4
**more (64)**
9:3;12:12;17:11;
19:10,11;23:5,6,7;
30:16;31:17;36:12,
15,19,20;40:2;41:25;
52:22;64:17;66:6,17;
68:17;69:17;78:15;
80:11,12;83:19;
86:20;89:6,12,14,19,
20,20,21,23;91:5;
93:8;97:6,17;98:13;
112:23,24,24,24;
114:15,22,23;115:18,
20,22;116:3,7;119:7;

133:18;149:3,6,25;
157:10,12;161:5;
167:8,10;171:24;
176:23
**morning (12)**
3:9;4:3;4;18:22,23;
81:23;104:6,20;
105:1;109:7;131:18;
155:11
**Mosaic (64)**
15:7,11,21;18:17,
21;19:1,2;20:8,23;
22:12;24:25;26:14;
29:22;33:12;37:5;
39:21;56:19;57:20;
65:8;67:9,13;69:22,
24;92:17;94:4;95:4,
15;97:4;99:8,10,13;
100:8,9,13,17;101:3;
120:18,24,24;121:9,
10,13,14;122:4,4,17;
123:15;124:2,13;
125:22,24;126:3,8,
10,11,13;127:6;
128:2;129:20;130:1;
136:2;149:21;150:7,
13
**Mosaic's (2)**
26:19;125:7
**most (6)**
6:11;26:4;30:12;
73:4,5;102:1;118:15,
16;136:10;165:10;
169:18
**mostly (4)**
78:20;115:23;
161:10;175:2
**mother (1)**
8:21
**move (21)**
15:22;16:1;20:14;
62:18;73:3;81:1;
106:21;111:9;
120:20;121:16;
123:19,22,23;125:6;
126:1;158:17;159:5,
12,13,25;161:1
**moved (22)**
9:11;15:18;38:17;
47:10,13;60:22,23;
62:16;88:4,8,14;
91:10,13;107:12;
109:23;130:20;
113:15;145:19,23;
160:12;166:8,9
**moves (3)**
4:23;50:4;175:10
**moving (22)**
8:13,13;30:5,9;
34:21;35:15;55:9,11;
75:4;78:9;80:2;81:6;
100:21;105:14;
123:3;125:8,19;

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

126:11;142:1;146:5;
152:10;161:2
**much (44)**
6:3;10:16;12:10;
14:24;15:25;19:14;
20:1;21:6,7;23:12;
24:6;25:5,7;28:16;
32:14;39:22,23;56:7;
64:14;66:15;69:2;
76:24;77:12;90:10,
11,19;99:18,23;
116:18;118:4,5;
127:19;128:18;
150:2;153:9;155:18;
161:9;163:2,2,3,4;
166:9;172:19;176:10
**mud (1)**
134:3
**multiple (1)**
25:6
**multitasking (1)**
16:8
**must (2)**
73:22;100:9
**myself (2)**
90:8;113:14

**N**

**name (27)**
3:5,10,13,15;8:22;
11:2;50:12;51:1;
59:20;88:15;96:6,7;
115:11,12,13;138:16;
141:3,4,5,6,25;142:4;
144:17;156:23,24;
164:8;172:9
**named (1)**
51:24
**names (2)**
14:3;151:24
**NASCAR (1)**
86:15
**nature (1)**
113:5
**necessarily (1)**
21:14
**need (36)**
5:1,24;17:19;
32:20;42:21,21;43:8;
44:3;52:10;53:14,18,
20;59:4;64:15;68:25;
75:10;76:1,10;82:6;
86:9;91:17;92:6,12;
96:11;100:4;105:16;
108:10;109:1;
111:21;119:21;
138:6;159:4;169:22;
171:10;172:23;176:2
**needed (18)**
29:15;42:2;49:11;
50:23;51:14;53:3;
75:19;80:12;88:21;

91:7,8;107:10;115:4;
119:6,6;143:3;
164:22;167:16
**needing (3)**
65:3;82:14;136:22
**needs (7)**
52:7;53:13;86:23;
90:12;111:18,20;
137:22
**negotiating (1)**
166:7
**neither (2)**
173:13;174:13
**new (18)**
27:9;42:11,12;
55:11;71:1,6;81:7;
88:4;102:7;112:3;
113:6,6;117:1,16;
141:9,25;147:14;
160:18
**next (21)**
12:3;18:22;55:13;
62:18;83:14;88:22,
22;97:23;101:4,7,8,8;
106:21;107:12;
108:15;131:11,15,16;
132:22;139:19;169:1
**nicely (1)**
59:25
**Nick (1)**
141:13
**night (3)**
155:8,8,9
**nights (1)**
105:11
**nod (1)**
5:6
**None (6)**
33:9;53:11;68:18;
70:17;136:23;155:7
**non-export (2)**
136:19;137:10
**nonprofit (1)**
77:6
**Nope (5)**
48:5;70:2;139:6;
140:16;156:13
**nor (1)**
173:13
**North (3)**
47:21,23;166:10
**notary (1)**
3:21
**note (1)**
154:21
**noted (2)**
64:24;161:23
**notepad (2)**
136:5,5
**notes (5)**
63:5;79:3;107:9;
154:24;161:16
**notice (5)**

10:16;49:2;132:15;
135:6;157:1
**noticed (2)**
61:16;90:4;172:21
**notices (1)**
50:7
**noticing (1)**
32:2
**notification (1)**
62:23
**notified (9)**
20:10;28:20;51:15,
16;57:11;67:7;69:10;
106:3;159:19
**notify (6)**
72:24;84:22;92:15;
93:22;112:18;123:23
**notifying (3)**
67:14;68:23;
101:10
**November (4)**
78:12,12;166:10,
18
**number (9)**
28:7;35:10;40:14;
46:14;83:7;92:18,19;
114:11;137:15
**numbers (4)**
85:6;90:22;98:24;
118:24

**O**

**Oath (5)**
4:5,16,19;44:21;
173:17
**objections (1)**
3:22
**obligated (1)**
26:8
**obvious (3)**
98:19;118:4;
152:17
**obviously (25)**
15:8;31:4;38:22;
41:24;42:1;45:9;
58:5;64:18;68:12;
78:4;80:11;103:16,
17;118:23;119:12;
122:22;129:20;
133:13;135:21;
141:24;142:2;
168:12,14,24;175:16
**off (17)**
13:25;33:25;86:16;
92:4;100:22;104:23;
105:5;108:8;109:17;
110:13;112:14;
113:2;118:7;119:12;
125:20;133:7;176:23
**offer (2)**
29:7;147:21
**office (31)**

3:17,19,21;7:5;
18:8;47:1;48:15;
79:5;81:19,24;83:22;
104:10,13;115:17,21,
23;116:5;117:25;
118:6,7;131:24;
141:6;147:19,20;
152:10;156:16;
167:12;169:7,9;
171:2,2
**offices (4)**
45:20;46:17;47:12,
22
**official (1)**
36:16
**often (2)**
22:11;174:25
**old (2)**
56:3,3
**oldest (1)**
56:14
**on-boarding (1)**
165:17
**once (38)**
15:17,20,25;16:11,
17,24;18:12,12;
30:10;50:17;56:12;
57:6,21;61:17;62:13,
17,22,25;72:6,7;73:1;
82:25;99:5;101:4;
106:3;107:5,7,16,24;
112:15,16;115:21;
116:2;118:2;123:22,
23;129:7;133:14
**one (114)**
5:12;9:3;14:13;
20:15,19,24;21:11,
12;23:7;27:12,15;
28:17;29:17;30:25;
32:15,15;35:3,8;
36:15,17;40:21;41:9;
42:13;45:17;47:6,17,
17,18,18,19,21,23,25;
49:17,17;50:9,18;
51:11;57:18;62:7;
68:7;72:15,19;73:17,
21;76:1,7;79:23;
80:15;83:7;84:2;
86:7,11;88:14;90:18,
18;91:25;92:11,21;
94:13;96:8;97:8;
98:12;100:14,17;
101:15;104:5,11;
106:21;107:16;
108:25;113:4;118:5,
11;120:16;122:5;
124:1;128:8;129:15;
130:8,9,14;131:7,13,
16,18;133:8;138:23,
24;139:19;140:12;
141:13;143:13;
144:8,16,16;146:10;
149:18;150:18;

152:14;154:13,21;
156:17,19,20;158:20;
160:9;167:9;170:~~~~
23;172:12;173:~~~~
18;174:13
**ones (10)**
13:6;34:21;54:4;
89:13,24;102:7;
132:6;142:1;144:20;
175:24
**online (2)**
134:15,17
**only (42)**
5:5;16:10;25:17;
29:17;32:3,23;33:22;
41:6;45:17;49:16;
55:15,16,17;56:11;
65:14;66:25;72:6;
97:5,8,20,24;98:9,20,
21;104:2;119:21;
130:14;131:12,14;
137:16;138:9;159:8;
163:12;170:2;171:7,
8,9,20,23;172:13;
176:8,22
**onto (7)**
55:9;102:4;114:8;
136:21,24;137:1;
145:15
**open (4)**
30:4;32:4;121:12,
12
**opened (6)**
42:10,13;47:9;
136:3,4;166:17
**open-ended (1)**
125:20
**opens (1)**
25:13
**operate (1)**
20:21
**operated (1)**
122:12
**operating (4)**
63:14,19;71:13;
130:6
**operation (1)**
36:20
**operational (7)**
21:15;101:1;
143:14,18,21,22;
160:16
**operations (13)**
10:5;47:6,12,15;
70:7;78:23,25;79:2;
80:15;88:11,12;
113:13;166:1
**opinion (9)**
53:8;54:4;94:24;
95:7;123:5;144:~
149:4,5;154:3
**opinionated (1)**
116:19

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 94 of 104   PageID #:
1052

In Re: Investigation of Ideal Horizon Benefits, d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

**opinions (3)**
75:10,10,12
**opportunity (1)**
147:15
**optimal (1)**
139:24
**option (2)**
49:17,17
**options (2)**
120:17,21
**ordeal (1)**
64:16
**order (1)**
17:13
**organization (4)**
77:7,15,16;84:9
**organize (1)**
77:23
**organized (2)**
103:14;151:6
**organizing (1)**
137:20
**original (1)**
150:6
**originally (1)**
47:3
**others (2)**
150:18,22
**otherwise (1)**
178:7
**ours (1)**
46:3
**out (190)**
6:12;10:18,21;
16:14,15;17:18;20:4,
9;22:20,23;23:1;
24:4,7,16;25:1,4,7,
12,22;26:1,9,15,17;
27:16;28:8,10,15,18,
21;29:8,11;30:22;
31:15,16,23,25;
34:13;35:12,17,21;
37:5,7,9,9,13;38:2,
12;39:11,15;40:11;
42:24;43:1,3;51:7,22,
23;52:21,23,25;54:7,
10,13,20,22;56:1;
57:3,15,18,21,23;
58:1;59:9,15,24;
60:3;61:7,9,11,15,15,
17,25;62:2;63:8;
64:7;66:18;67:13,16;
68:17,20;69:1,2;
71:20,21;72:11,12,
23;73:1,2,7,11,16;
75:14,16,19,22;
76:13,19;83:13,14,
23;84:21;85:17,21;
87:10;90:3;93:11,16,
19,20;96:19;97:10;
98:13,15;99:7;
101:22,25;103:20,22;
107:23;108:11,24;
109:11;110:17;
112:17;113:20;
120:19;121:4;
122:10;123:13;
124:14,25;125:8;
126:14;127:3,18;
128:3;129:9,12;
130:10,16;134:22;
135:2;136:3,17;
142:24;143:6,11,20;
144:6,8,22,24;145:6;
146:10;150:7;151:4,
14,18;158:7;159:16;
160:6,7,11,15;161:6;
162:7,9;167:3;
168:21;170:21;
172:15;173:24,25;
174:1,12,14,16,17;
175:17
**outcome (1)**
178:8
**outings (1)**
48:8
**outlook (1)**
87:23
**outlying (1)**
45:22
**outside (16)**
27:21;28:1,3;34:6,
16;55:4;65:11,15;
72:22;92:1;123:18;
126:2;134:13;159:4,
18;161:8
**outstanding (1)**
64:13
**over (69)**
5:11,20;7:1;15:3;
24:10,13;26:5;29:24,
24;33:16;50:21;53:2;
58:2;61:16,24;62:1,
25;63:9;68:1,19,20;
74:4;75:23;77:9;
78:14,18;79:1,23,23;
80:5,10,17,18,19;
81:6;82:23;83:16;
84:8,10;85:2,10;
88:7;90:9,9,9;
100:11;104:17;
105:12;106:25;
110:7;116:5;117:2,3,
20;118:19,22,22;
119:20;124:3;
130:19;133:16;
152:19;155:5,13,21;
158:15;164:25;
165:1,5
**overhear (1)**
46:8
**oversight (1)**
140:4
**overwhelming (1)**
81:11
**owed (1)**

**132:1
own (4)**
14:14;72:5;103:17;
153:4
**owner (8)**
31:20;33:21;36:3,
18;68:13,16;115:10;
153:9
**owners (3)**
12:17;36:9;38:23
**ownership (1)**
36:14

**P**

**page (1)**
40:10
**pages (1)**
139:25
**paid (24)**
23:11;26:10;29:1;
38:25;62:10;64:10;
101:4;102:13;
120:24;121:1,4,8;
122:21;123:2,9;
125:20;130:15;
131:11,23;132:1,6,
19;163:13,14
**panel (2)**
94:14;101:8
**panels (11)**
85:17;92:14,19,23;
93:3;94:15;95:13;
96:20;98:16;137:24;
139:24
**paper (3)**
72:16;158:25;
163:11
**paperwork (4)**
128:14;135:10,11,
13
**part (10)**
4:14;17:12;55:15;
66:13;86:24;88:17;
122:21;127:13;
142:8;168:11
**particular (2)**
143:17;144:16
**particularly (1)**
69:22
**parties (1)**
8:8
**partner (3)**
36:7;149:22,23
**parts (2)**
36:14;132:19
**part-time (1)**
138:23
**party (1)**
8:11
**pass (1)**
137:9
**passed (15)**

**17:6;19:22;20:21;
21:17;24:9,15,19,25;
33:15;71:21;136:8,
24;137:17;144:23;
163:16
passes (1)**
112:19
**passionate (2)**
75:9;77:14
**past (11)**
7:22;27:5;29:20;
31:13;37:12;38:16;
69:6;118:6;120:14;
156:25;161:18
**patient (1)**
72:21
**pause (4)**
5:10,16;35:3;44:8
**pay (16)**
19:3;20:4;38:24;
52:12;63:24,25;
64:19,24;120:19;
123:4;128:17;
130:10;132:14;
134:12;153:7;155:23
**payday (1)**
131:8
**paying (17)**
23:22;38:12;76:15,
16;101:3;121:5;
122:2;124:10;
127:15,16;128:8,9,
10,11;129:16;
157:25;158:1
**payment (10)**
19:14;26:13;40:21,
22,22;63:9,16;65:1,6;
163:3
**payments (7)**
19:6;21:25;29:1;
40:20;63:12;65:1;
164:4
**payroll (11)**
38:12;89:21;123:1,
8;127:12,14;130:12;
131:6,8;132:25;
155:22
**penalized (2)**
30:21;31:9
**penalty (3)**
4:22;25:25;30:23
**people (51)**
22:24;37:2;44:22;
51:22;52:8;53:25;
63:24;64:19;70:21;
79:25;80:1,1;81:12;
85:10;112:13,20;
113:13;114:18,25;
117:10,12,24;119:11,
14;120:14,22;
124:13;125:4;
131:16,23;132:2,5,
10,24;133:7;134:21,

**23;135:2,5;140:2;
151:4,17,23;153:24;
155:14;156:2;
168:13;169:24;
170:15;172:15;
174:23
per (7)**
65:21,22;66:23;
67:6;84:14;85:10;
90:21
**percent (29)**
13:11;15:9,10;
19:8,14,18,21;22:1,
10,13,23;11;24:2;
33:13;41:13,14;
62:12;64:2;83:2,4;
85:6;87:16;120:19;
126:19,21,25;127:7,
10;130:10,15
**percentage (5)**
19:7;20:1;23:12;
137:11;139:22
**percentages (1)**
132:15
**perfect (2)**
71:20;120:4
**perfectly (4)**
44:4;122:15;
170:13;171:14
**period (5)**
10:9;25:20,24;
49:7;128:7
**perjury (1)**
4:22
**perks (1)**
23:8
**permission (1)**
20:20
**permit (4)**
62:24;108:3;144:9,
21
**permits (24)**
17:1;24:12;71:19;
101:10;108:4,6,17;
103:8,14,20,25;
111:22;112:6,13;
127:16;128:16;
140:7,10,24;141:8,
18;145:11;160:14
**permitting (25)**
16:5,12,25;24:11;
62:24;79:6;84:1;
90:25;101:18;102:5;
105:19;106:17;
108:2,2;110:13;
111:4,5,8;112:5,5,11;
118:21,22;128:11;
164:3
**permittings (1)**
128:17
**permitting's (1)**
111:20
**person (19)**

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

50:18;51:22;54:1,
8;71:5;79:24;88:1;
94:6;100:20;126:8;
130:14;143:17;
147:16;156:19,22;
162:4,10;164:25;
172:13
personal (2)
33:19;168:20
personally (2)
45:7;134:25
persons (1)
178:6
Peters (3)
47:22,23;166:10
phone (14)
13:13;63:10;81:19;
100:17;140:7;159:7,
22;161:15,16,20,22;
162:13;172:8,24
phonetic (1)
84:7
physical (1)
71:14
physically (1)
71:9
pick (2)
63:5;116:7
picking (1)
116:3
picture (20)
74:13;76:18,20;
82:25;85:23;88:25;
89:2;92:14,17,21,24;
94:11;95:14,17,23,
25;96:8;99:9,19,22
pictures (19)
16:21;18:11;20:17;
92:20,22;94:8;95:9,
11,12;96:5;99:9,11;
100:2,3,3,5;121:19;
133:25;151:7
pile (3)
86:12;119:24;
126:10
piling (3)
89:6,6,6
Pine (4)
46:14,15;47:11,14
place (15)
34:12;55:22;67:15;
76:10;80:21,25;
85:21;102:25;103:3,
4;106:10;120:1;
127:4;130:20;151:5
placed (1)
88:9
placement (3)
139:23;145:18;
146:4
places (2)
72:19;140:20
plane (3)

48:3,8,12
planned (1)
12:4
planning (1)
77:17
plans (10)
16:21;92:15;107:4,
7;138:5,10,11,16;
139:11,15
plates (1)
13:25
platform (1)
106:15
play (2)
33:25;158:6
plead (1)
169:19
pleadings (1)
169:23
please (4)
5:6;49:8;72:21;
151:18
plus (1)
32:8
point (19)
59:7;64:21;69:9;
75:14,16;81:22;
120:7;124:7;126:18,
20;127:20;130:3;
147:14;157:7;
164:13,23;170:11;
173:15;174:18
pointing (1)
75:19
policies (15)
12:23,25;34:11;
36:23;66:2;70:8,10;
77:3;80:20;103:19;
114:21;116:6;
118:24;124:11;
152:16
policy (3)
55:2;65:19;161:8
poorly (1)
153:25
pop (1)
168:9
portal (22)
14:14;18:2,4,17,
21;24:20;39:25;40:5,
6,9,13;53:10;65:24,
25;96:10;99:21;
106:23;135:19;
143:3,6,11;162:24
portals (4)
14:17;26:22;39:21;
137:18
portion (3)
13:18;40:5;101:24
position (19)
9:23,25;10:2,3,6,
19,22;11:10;36:17;
114:12

positions (1)
52:2
possibility (1)
97:13
possible (10)
55:13;71:14,23,24;
91:21;109:12,13;
139:23;152:23;
159:13
possibly (5)
10:15;43:11;46:10,
24;93:12
post (7)
13:20;16:19;81:9;
88:3;105:17;112:9,
11
posted (2)
10:24;11:1
postmarked (1)
49:4
postpone (2)
96:23,25
potential (3)
33:8;150:9;151:24
practices (1)
116:20
praise (1)
60:4
pre (2)
13:19;105:16
pre-admin (1)
105:16
pre-install (4)
112:9,11;127:17;
133:15
pre-installation (4)
13:19;15:6;17:15;
81:9
presence (1)
152:10
present (2)
140:15,18
presenting (1)
157:12
pressure (1)
154:15
pretty (11)
10:16;12:10;15:24;
77:12;102:1;116:13,
13;138:4;157:5;
158:14;172:19
previous (1)
102:11
price (1)
117:19;166:7
primary (1)
138:14
prioritize (1)
138:3
priority (1)
113:19
private (1)
48:12

privilege (3)
7:14;171:8,23
privileged (1)
7:21
privy (1)
137:16
probably (14)
5:22;18:7;23:17;
38:8;40:10;43:3;
46:18;66:21;78:13;
100:8;149:9;165:3;
166:10;173:12
problem (7)
5:15;61:22;66:10;
67:21;89:14;97:16;
176:16
problems (7)
31:4;52:22;68:15;
76:22;102:14;
118:16;160:21
procedure (1)
80:22
procedures (8)
12:23;34:11;36:24;
70:8,10;80:20;
103:19;152:17
proceeding (2)
5:23;178:8
proceedings (2)
7:4;178:4
process (84)
11:24;13:20;25:16,
20;26:11,19,25;
27:13,21;28:9,19;
30:18;34:13,14;
35:13;37:7;48:21,23;
50:16,20,22;51:15;
52:10;53:2,5,13,13,
16,18;54:11;57:7,10,
13,14,14;61:1,6;
63:22;67:17;69:2;
71:6,19;73:23;76:2,
25;79:17;80:24,25;
81:3;87:23;89:8;
90:1,22,22;91:9,12,
23;97:11;99:11;
103:7,24,25;105:21,
23;106:7,25;109:20;
110:5;111:7,8;119:3;
120:13;129:2,24;
141:24;144:14;
152:20;160:14;
163:22;165:9,12,16,
17,21
processed (10)
16:6;34:13;39:8;
55:8;58:8;60:23;
90:24;109:3;131:10;
154:11
processes (21)
12:13;13:19,23,24;
15:25;57:6;76:10;
78:7,19;85:24,25;

102:25;103:3,4;
106:10;110:11;
119:25;120:1;145:2;
164:11;169:2
processing (6)
57:22;91:25;92:4;
130:13;131:21;
154:23
produce (1)
136:22
produced (1)
136:23
product (1)
64:19
production (3)
139:22,23,24
productive (1)
151:12
program (2)
134:19;142:6
progress (1)
163:19
project (17)
16:22;17:3,7;62:1;
84:14;93:5,11;99:21;
100:16,18,19,22;
106:13;121:17;
123:20;127:21;
130:21
projects (3)
118:21;126:23;
142:3
promoted (8)
10:6;50:17;51:25;
74:6;78:21;80:16;
166:16,19
promotion (1)
56:7
promotions (1)
52:2
proof (1)
118:24
proper (1)
151:16
properly (1)
80:6
property (8)
45:15;46:20;
120:18;140:19;
143:19;144:19;
145:16;146:22
pros (1)
161:7
Protection (3)
7:7;169:10,11
provided (1)
145:7
providing (2)
4:21;18:8
PTO (1)
20:20
public (10)
169:19

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

**pull (17)**
36:23;50:7;62:24;
97:12;108:3,3;
111:11;112:18;
128:16,25;140:6,24;
141:8,17;145:11;
164:18;167:14

**pulled (24)**
16:25;17:1;24:12;
38:1;62:25;71:19;
108:18;110:3,21,25;
111:1,9,19,22;129:6;
140:10;141:23,25;
142:1,4;143:8;144:9,
21;160:14

**pulling (7)**
41:13;50:14;
101:10;110:8,8;
112:6,13

**purchase (11)**
15:16;26:18;27:23;
51:2,2;62:12;71:15;
103:23,24;164:10,11

**purchased (14)**
44:24;45:2,3,11,16,
22;46:21,21;101:23;
116:12,13;126:9;
127:8,11

**purchasing (3)**
41:20;128:10;
152:19

**purpose (1)**
171:25

**purposes (2)**
7:2;171:21

**pursuant (2)**
3:4;169:13

**pursuing (1)**
150:18

**push (8)**
81:13,14,14,14,14;
82:7;100:15;105:20

**pushed (2)**
119:2;121:21

**pushing (6)**
81:16;108:12,12,
12,13,13

**put (36)**
15:19;21:7;24:9;
26:2;60:22;63:5;
72:10;76:20;94:8;
95:15,24;96:5,19,20;
100:5;104:16,17;
105:11;106:10;
107:9,10,10;129:17;
134:6,21;135:19;
137:17;145:20;
151:6;152:7;155:7,
10;164:13,21,22,24

**putting (4)**
26:22;90:10;96:8,9

---

**Q**

**quality (1)**
70:18

**queen (1)**
156:20

**queue (7)**
31:12;111:13,20,
20;137:22;138:2;
154:20

**queues (1)**
155:13

**quick (3)**
36:1;37:14;147:13

**quicker (1)**
129:25

**quickly (11)**
6:12;29:14,15;
75:7;81:25;87:5;
102:1;110:20;119:2;
134:10;160:17

**quiet (1)**
37:23

**quit (8)**
35:20;56:4,5;
83:13;118:6;132:10;
142:2;174:1

**quite (9)**
17:8;22:11;26:19;
38:3;67:23;69:20;
115:8,9;174:25

**quota (1)**
82:12

**quote (1)**
82:14

---

**R**

**rabbit (1)**
76:23

**races (1)**
100:23

**racetrack (1)**
86:17

**raining (1)**
93:14

**rains (1)**
93:10

**raise (1)**
149:13

**rarely (2)**
135:8;161:3

**rather (2)**
75:7;160:17

**re (1)**
3:2

**reach (21)**
19:20;20:9;22:8,9;
24:1;28:21;37:7;
51:6;52:8,23;54:7;
63:8;67:13;69:1;
112:17;125:8;129:8;

162:7,9;173:24;
174:12

**reached (23)**
22:11;26:9;41:12;
52:21,24;54:13,20,
21;59:9,24;90:12;
99:23;123:16;124:5;
128:3;167:15;
170:21;173:24;
174:1,14,16,17;
175:17

**reaches (1)**
125:15

**reaching (8)**
28:18;34:13;37:8;
51:23;54:10;66:18;
168:21;172:15

**read (1)**
72:17

**ready (2)**
82:17;123:23

**reaffirm (1)**
24:7

**real (1)**
117:12

**reality (1)**
33:10

**realize (2)**
58:19;176:18

**really (43)**
6:7;12:2,6;13:1,10;
27:15;56:19;69:1;
70:4;74:7,11;81:16,
16;82:22;88:5,17;
91:2;99:14;101:21;
104:22;114:18,25;
115:11,17,22;116:4,
18;125:10;128:22;
130:5;133:16,18;
137:18,19;166:8,14;
169:1,4;173:7;174:6,
6;175:6;176:2

**reason (20)**
5:4;23:4;51:2;
55:20;57:4,24;65:17;
91:4;93:17;109:1,13;
111:12;124:23;
125:2,5;128:5;
154:22;159:17;
172:2;173:12

**reasonable (1)**
30:16

**reasoning (1)**
126:2

**reasonings (1)**
76:12

**reasons (10)**
38:2;118:5,11;
130:9;147:25;148:1,
6,19;159:18;174:4

**reassuring (1)**
102:18

**recall (2)**

11:16;168:8

**received (14)**
19:17,19;22:6;
26:6,6,24;29:21;
30:14;31:3;50:22,23;
108:1;129:7;147:21

**receiving (2)**
27:9;28:12

**recently (2)**
136:12;172:13

**record (4)**
3:2,10;35:2;176:23

**recorded (1)**
162:13

**recording (10)**
5:1,12,19;35:5;
44:2,6,8;176:24,25;
178:3

**recruiting (1)**
47:19

**red (5)**
152:14,24;153:12,
14;168:25

**redo (1)**
73:7

**referral (1)**
134:18

**referred (4)**
34:4,5,9;134:20

**referring (1)**
143:17

**refusal (6)**
34:11,15;60:20;
109:20;126:10;129:7

**refusals (16)**
34:6;48:21;59:18,
20,21,22,24;60:15,
16,18;120:11,12;
122:8;124:17;150:5;
174:20

**refuse (3)**
120:17;127:19,22

**refused (1)**
120:22

**refusing (4)**
92:3;143:19;
145:15;159:12

**regarding (1)**
74:19

**regards (3)**
25:17;69:16;153:3

**regional (1)**
51:25

**registered (1)**
3:21

**registration (2)**
9:16,16

**regular (1)**
10:4

**regularly (1)**
50:7

**reimbursed (1)**
26:15

**reiterated (1)**
129:22

**rejoin (1)**
44:4

**related (1)**
178:6

**relates (1)**
7:11

**relation (1)**
138:20

**relationship (2)**
69:21;147:17

**released (2)**
22:5;57:6

**reliable (1)**
160:25

**remain (1)**
4:15

**remainder (1)**
4:16

**remember (31)**
8:8,20,22,23;9:10;
10:12;12:7;21:22;
22:25;42:19;44:17;
46:5,15;63:6;73:12;
88:15;94:3,4,5;124:1,
2;141:2,3;144:17,17;
145:14;151:3,22;
158:20;165:4,13

**reminded (1)**
59:12,25

**rent (1)**
155:24

**rep (7)**
17:18;18:1,6,19;
135:11,17;150:6

**repair (2)**
109:18;134:11

**repeat (1)**
10:20

**repercussions (1)**
172:22

**report (6)**
73:8,15,20;139:21;
164:18;165:7

**reporter (1)**
5:2

**reports (1)**
139:14

**representative (1)**
142:20

**represented (2)**
7:16,17

**reps (8)**
35:22;70:22;71:2,
6;122:20,24;131:25;
163:16

**rep's (1)**
135:24

**request (10)**
3:4;7:2;21:1,2;
63:6;73:9;169:12;
173:7,7,16

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 97 of 104   PageID #: 1055

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

requested (3)
35:8;61:5;144:21
require (3)
95:13;108:9;140:4
required (30)
14:14;15:9,11;
16:6;18:2;20:3;22:2;
48:25;49:2;92:17;
100:6;106:4;107:17,
18,22;108:5;109:17;
110:11;136:16;
137:4,5;138:11,12;
140:3,17;143:10;
145:4;146:14;
158:22;162:12
requirements (12)
15:6,24;16:19;
29:13;99:16;107:21;
112:25;143:2,4,13;
150:11,14
requires (1)
92:14
requiring (5)
92:8;94:8,10;
95:15,16
reran (1)
150:10
rerun (1)
150:8
rescind (1)
109:25
reservation (1)
9:16
resided (1)
9:5
residing (1)
9:12
resignation (2)
58:24;147:6
resigned (2)
45:9;56:8
resources (3)
98:3;113:11,24
respect (3)
48:18;96:2,3
respected (1)
114:9
responded (1)
5:11
response (2)
15:1;147:23
responses (2)
4:25;5:5
responsibilities (2)
15:4;16:9
resubmit (2)
72:13,13
resume (2)
11:14;35:5
retract (1)
22:9
retracted (1)
19:21

retrain (1)
89:24
revamp (1)
51:14
revenue (3)
85:15,20;100:11
reviewed (4)
15:14,21;19:1;20:7
reviewing (1)
15:18
reviews (1)
154:6
rhyme (2)
57:4,24
ridiculous (3)
52:6;104:13;
105:13
right (138)
3:6;14:8;17:8,18;
29:4;31:19,21;33:13;
38:5;43:25;54:8,19,
21;55:22,25;56:1;
58:4;60:9;61:13;
68:3,6;70:9;71:10,
22;72:22;73:1;74:18;
75:1,5;76:17;78:15;
81:15;82:16;83:11;
84:5,12,24;85:1,13,
20;86:2;89:10,21;
91:8,21;92:2,3;93:5,
14,16,20;95:9;96:16,
21;97:1,13,15,25;
98:12,18;99:2;100:7;
101:10;102:17;
103:2,11;104:8,18;
105:19,23;106:1,3,5,
8,11,18,22;107:2,4,
19,23;108:10,15,18,
22;109:6,24;110:3;
111:6,13,22;112:19;
114:13,15;119:18,25;
120:3;121:3;122:19;
123:24;124:24;
125:20,23,24;126:14;
127:4,8,10,13,18,25;
128:17;129:6,17;
141:24;144:4;149:7;
151:11;152:5,14;
153:10,14,21;154:23;
158:20;159:9,14,20;
162:17;163:25;
164:15;165:3;
169:21;172:3;173:6,
13,14,21
rightly (1)
102:15
rights (1)
30:5
Road (2)
47:16;127:2
Roden (4)
45:5;80:3;146:24;
147:3

Roden's (1)
141:13
role (1)
55:9
roles (1)
12:21
roof (44)
48:1;92:14;93:3,7,
16,19,23,23,24,25,25;
94:5,10,14,16;95:1,3,
4,10,15,22,22;96:14,
16,20,20,21;97:17,
20,21;98:3,6,9;99:5;
100:20,22;101:14,20;
109:6,17,18;110:18;
129:17;134:7
rotating (1)
151:8
rough (2)
136:15;175:1
roughly (1)
137:12
route (1)
119:1
rules (1)
7:23
rumor (2)
48:10;116:21
rumors (2)
48:6,12
run (11)
52:11;68:16;76:11;
77:24;89:15;93:9;
98:2;118:14;119:7;
128:19;165:7
running (4)
39:17;77:15;82:13;
156:8
rushing (1)
84:3
Russ (2)
90:20;113:14
Russell (9)
11:2;14:4;16:3;
79:2,13,14;90:20;
156:21;163:23

S

sadly (1)
124:21
sake (2)
58:11;113:15
salary (1)
105:7
sale (11)
18:7,20;37:3;
62:11;71:7;90:25;
104:3;106:13,19;
121:22;128:8
sales (79)
17:18;18:1,6,19,
24;27:9;28:18,20;

29:10;30:1,10,11;
35:22;36:19;47:7,12;
50:25;51:5,12,16,18;
52:2;58:25;66:9;
70:22;71:1,3,6;74:25,
25;75:3;78:13,14,17;
79:4;81:20,24;90:23,
24;91:3,12,18;98:22;
104:12,16,20;106:12;
107:11,21;109:21;
110:15;122:20,24;
130:18;131:25;
132:10;133:1;
135:11,17,23;150:3,
6;155:6;161:22;
162:14,17;163:7,15;
165:5,14,16,17,18,21,
22;166:3,4,14,20
sales' (1)
55:1
Sam (17)
34:19;35:8;49:22;
51:24;53:1,25;55:8,
12;56:4;58:17;60:25;
64:25;149:18;155:9;
167:25;174:25;
176:23
Samantha (6)
35:8;49:23;50:8,8,
20;104:15
same (22)
6:20;15:23,25;
23:16;25:23;33:20;
47:5;57:5;62:2;
65:13;78:24;82:1;
88:18;89:1;91:13;
93:4;94:7;107:25;
128:23;129:20;
152:22;172:19
Samuel (1)
3:18
Sarah (65)
3:5,11;4:7;11:17;
12:16;13:2,7,17;
14:21;30:15;32:9;
33:24;35:7;36:9,12,
20,25;38:23;49:24;
52:15;56:11;57:16;
58:16,18;61:6;67:11;
75:21;78:7;81:7;
88:6,7;93:6;95:14;
96:3;99:25;103:15,
16;110:22;114:5,9;
115:8,24;118:10;
123:11;128:21;
133:15;138:21;
142:21;147:7,17,25;
148:6;157:9;159:10,
16;161:5,10;164:17;
167:7,11;171:10,12,
13;173:21;174:9
Sarah's (1)
138:23

sat (5)
30:13;101:23;
127:22,22;165:24
Saturday (9)
6:3,12;104:16;
105:5,10;171:3;
176:10,14,18
Saturdays (1)
104:14
save (20)
28:1,2,19,22,23;
29:2,5;35:20,23;
37:10,11;51:9;54:3,
7;55:3;56:2;61:3;
66:18;119:7;150:4
saved (4)
37:4;60:21,22;
130:17
saw (18)
5:13;39:24;40:17;
41:15;68:9;75:25;
113:15;114:13;
115:17,20;116:2;
134:25;137:18;
154:7,7,8,16;156:7
saying (17)
21:6;36:13;37:2;
44:21;52:6;56:11;
58:6;59:17;83:10;
94:6;99:8;103:13;
119:23;132:6;155:6;
160:9;172:24
scan (1)
18:10
scare (2)
124:20,22
scary (1)
130:1
scenes (2)
36:19;115:22
schedule (9)
16:15;72:25;73:10,
10;79:19;108:15;
146:17;176:14,17
scheduled (12)
16:13;63:1;84:10,
11,11;92:3;96:19,24;
110:15;112:1,14,15
schedulers (1)
80:12
schedules (1)
51:6
scheduling (22)
16:9,13;63:1;
70:11,21;79:8,9,12;
80:10,19;88:20;
105:23;106:17;
108:14,14,16;109:9;
110:10;111:25,25;
112:7;163:25
scheduling's (1)
111:20
scheme (1)

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

27:8
score (1)
150:13
scores (1)
150:12
screaming (1)
102:8
screen (1)
106:15
screens (1)
151:6
second (7)
16:23;19:7,25;
21:11;83:7;123:16;
166:8
seconds (1)
43:1
secretary (1)
3:20
secretive (3)
70:4;73:25;152:16
secretiveness (1)
148:16
seem (5)
77:2;130:5;151:11;
152:17,24
seemed (1)
73:25
seems (2)
57:19;152:13
sell (1)
98:23
selling (2)
32:18;105:3
send (20)
49:8;51:8;62:22,
25;71:21;73:6;91:20;
92:2,6,20;93:10,15;
106:6;108:13;
134:14;135:2;147:6,
9;151:18;162:9
sending (2)
74:23;112:14
sense (5)
40:2;69:19;94:11;
112:2;168:17
sent (18)
11:14;29:3;49:4;
62:23;73:20;79:18;
106:1,5;127:23;
129:3;135:20,23;
136:2,3;147:7,24;
158:22;160:15
separate (3)
60:15;73:25;
133:14
separated (2)
70:5;174:7
separation (1)
148:16
September (4)
11:7;27:1;166:18;
178:10

service (13)
42:1,20;44:13,15,
20;85:8,9,12,12,15,
16;110:10;137:20
serviced (1)
89:9
servicing (1)
85:18
set (6)
38:24;70:18;80:25;
113:12;132:21;
145:11
setting (2)
98:1;110:13
seven (1)
104:11
seven-days-a-week (1)
104:18
Several (19)
8:6,15;10:5;56:18;
57:16;59:13;77:18;
102:23;113:13;
118:3;120:6;131:25;
132:9,23,23;142:21;
143:7;159:18;168:13
shade (2)
139:13,21
shadowed (1)
80:21
shady (1)
59:5
share (13)
6:4;19:13;23:13;
55:21;57:10;71:5;
74:1;167:10,17,19,
21;168:7;171:25
shared (15)
22:23;49:14;50:24;
53:2,6,7;58:7,25;
144:2;156:22;
167:20;168:24;
170:20;174:2;175:25
sharing (2)
81:7;168:21
Sharp (4)
163:12,13,17;
166:22
Shawna (20)
29:17;31:6,12;
35:20;37:8;45:4,8,
10;53:1,19,24;54:19;
58:24;60:25;66:9;
172:17,18;174:1,2,16
Shawna's (3)
54:25;148:2,5
sheet (1)
139:17
sheets (2)
139:15,25
Shell (1)
50:12
shocked (2)
128:22,23

shoot (1)
115:14
shortly (2)
56:5;99:17
shots (2)
36:4,12
show (15)
16:21;40:19;41:2,
3,15,16,17;59:5,5;
139:21;143:9;
163:13;165:7;
167:14;168:25
showed (4)
15:12;40:15;65:25;
90:3
showing (1)
40:14
shutting (1)
169:3
sick (2)
96:23;160:3
side (19)
36:20,21;50:4,5;
51:12;52:2;55:10;
69:5;70:7;74:4;
83:20;90:1;94:24;
103:5;107:9;125:7;
131:23;133:1;145:21
sides (1)
62:4
siding (1)
145:21
sign (10)
17:25;25:21;96:6;
135:10,24;158:21,25,
25;159:12;160:1
signature (1)
178:10
signed (10)
15:16;17:17,23;
25:18;26:4;135:16;
136:6;158:3;162:24;
163:1
signs (1)
134:21
simpler (1)
128:18
single (14)
27:7;81:17;88:20,
23;89:17;98:10;
104:21;105:4,4;
140:15,19;154:18,21;
161:1
sit (4)
111:21,24,24;
149:11
sits (3)
97:11;111:4,19
sitting (6)
78:7;127:24,24;
144:12,15;155:1
situation (1)
169:25

situations (4)
144:5,7,23;158:10
six (6)
72:7;73:21;85:11;
97:20;153:24;165:4
size (4)
15:12;93:5;139:17;
164:9
Sky (2)
150:1,14
slogan (1)
157:16
slow (2)
86:4,21
slowed (1)
99:1
slowing (2)
53:5;97:7
slows (2)
73:23;98:12
smack (1)
76:3
small (2)
86:1;113:13
smaller (4)
42:18,22;44:21;
115:20
smoothly (1)
77:24
snagged (1)
119:1
snowing (2)
93:14,15
snows (2)
93:10;96:24
so-called (3)
31:1;33:5;158:16
soft (1)
157:15
software (3)
79:3;139:12,13
Solar (60)
3:3;9:22,23;10:13,
19,22;11:3,5;17:14;
19:2,3,24;25:1;
37:17;38:7;41:19;
44:12;45:16;46:20,
22;61:25;63:19;77:5,
25;86:18;87:21;
106:24;120:25;
121:24,25;127:9,18;
130:19;134:14;
135:20;138:15;
140:22,23;141:8,18;
142:8,17,23;143:6,
10,14;145:2,6,8,15;
147:5,12;149:20;
150:1,23,24;151:1;
156:9;163:7;175:8
sold (4)
91:18;19;92:7;
106:13
solve (1)

31:3
somebody (2)
66:13;140:5
somehow (1)
38:7
someone (25)
5:16;23:1;24:18;
27:12;29:16;53:21;
67:4;70:6;71:15;
81:22;86:13;109:21;
118:7;125:12;
130:18;138:13;
156:6,18,18;159:16;
162:2,8;170:25;
172:9;174:13
sometime (1)
174:9
sometimes (24)
18:12;21:5;26:12;
37:13;56:22,24;57:1,
19;63:6,13,24,25;
64:2,9;69:7,8;71:25;
77:19;93:19;101:25;
105:7;125:3;135:8;
157:6
somewhere (1)
111:21
son (2)
5:13;138:22
sons (1)
138:24
soon (2)
6:13;152:23
SOPs (1)
70:17
Sorry (22)
5:13,13;8:6;10:20;
17:10;28:11;40:5,8;
42:5,12;64:4;67:18;
76:23;105:8;108:5;
113:1;115:18;
126:24;131:2,4;
140:7;176:13
sort (6)
36:4;112:19;123:6;
149:3;151:9;173:19
Souls (1)
44:19
sounds (8)
21:12;23:20;60:14;
69:20;103:11;149:2,
6;173:20
space (1)
47:1
speak (7)
54:2;119:14,15,15;
149:3;174:23,25
speaking (1)
94:3
spec (2)
139:15,25
specific (4)
14:11;52:7;73:13;

In Re:  Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

169:10
**specifics (1)**
175:24
**specify (1)**
59:21
**speculate (1)**
39:2
**sped (2)**
81:3,4
**spell (1)**
3:12
**spend (1)**
38:4
**spent (6)**
38:7;127:20,21;
128:4;130:2,12
**split (18)**
13:22;38:15;41:7;
53:23;61:2;79:12,13;
81:8;88:3,13;99:17;
105:16;111:2;112:5,
8,10,10;138:1
**splitting (3)**
93:7;94:23;112:9
**spoke (6)**
34:7;147:24;
159:10;162:2,5;
174:21
**spoken (2)**
170:15;171:4
**spread (5)**
57:18;61:15;68:20;
86:12;119:24
**spreading (3)**
58:1;68:17;76:12
**spreadsheet (7)**
50:24;51:3;60:14,
16,18;164:5,8
**spreadsheets (1)**
166:24
**staff (2)**
14:2;42:15
**stake (1)**
36:11
**standards (2)**
80:7;142:18
**start (5)**
11:5;99:10;103:23;
112:16;163:4
**started (33)**
10:14,16,19,22;
12:3,16;15:4;19:4;
47:4;56:8;66:10;
69:22;70:14,20;
77:25;78:5,11;92:22;
103:1,2;113:19;
114:10;153:18;
157:15,18;163:10,10,
20;164:20;165:16;
166:14,17,18
**starting (1)**
11:13
**state (10)**

3:10,21;9:1,7;16:3;
21:17;62:14;72:10;
148:1;164:9
**stated (3)**
49:10;73:8;143:8
**statement (3)**
6:10;7:2;8:2
**states (5)**
9:5;16:6;42:4;
63:16;81:5
**states' (1)**
118:20
**stating (2)**
15:5;95:11
**Statute (2)**
169:11;171:22
**stay (14)**
75:11,21,22;76:4;
77:19;88:6,7;103:15,
15;106:8;113:25;
119:4,4,5
**staying (2)**
4:13;111:13
**step (2)**
144:5;148:7
**still (41)**
16:18;21:24;22:2;
27:2,10;29:21;31:14;
38:19;42:16;58:18;
59:23;61:10,11;62:5;
69:11;79:22;93:15;
95:8,11;109:25;
111:5,18;121:14,16;
129:12;143:5;
157:22,23,24;160:12;
163:24;166:2,5;
168:19;170:17,18,21;
173:21;174:23;
175:5;176:18
**stop (12)**
14:24;22:13;44:1,
2;69:13;83:10;86:3,
4,22;89:11;157:25;
158:1
**stopped (1)**
140:21
**stopping (1)**
44:6
**stories (2)**
133:23;160:20
**story (1)**
158:5
**straight (1)**
74:25
**strange (1)**
56:22
**strapped (1)**
105:2
**street (2)**
47:6,8
**strength (1)**
77:24
**strenuous (2)**

27:12;69:17
**stressed (2)**
128:6;161:20
**stretched (1)**
52:9
**Strickland (1)**
90:8
**strict (1)**
56:20
**strictly (1)**
53:20
**strings (1)**
158:7
**structure (12)**
77:15,17,23;84:6;
85:3;101:12;113:9,
24;118:16,24;
132:14;145:11
**structuring (1)**
137:19
**stuff (15)**
12:13;35:25;52:2;
70:18;77:3;79:3;
105:17,17;127:17;
148:13;149:12;
151:8;154:7;160:18,
21
**stuffing (1)**
135:1
**stupid (2)**
151:15;155:15
**submit (6)**
14:15;16:20;73:9;
97:4;107:18,23
**submitted (4)**
15:11,14;95:11;
138:6
**substantial (2)**
95:5,10
**succeed (1)**
68:5
**sufficed (1)**
123:25
**suggest (1)**
71:4
**suggested (1)**
111:2
**suggesting (1)**
113:14
**suggestions (1)**
149:5
**summer (1)**
116:15
**Sunday (6)**
104:16;105:5,10,
10;155:8,9
**Sundays (1)**
104:15
**Sunlight (24)**
15:7,23;18:17,21;
19:3;20:23;24:25;
37:16;39:21;69:24;
92:14,16;122:8,11,

13,16;129:1,3,9,14,
25;136:2;149:21;
150:8
**supplies (1)**
38:13
**support (1)**
169:22
**supposed (10)**
28:21;72:11;91:9;
108:20,23;129:8;
146:4;162:3,7,8
**supposedly (1)**
106:22
**sure (30)**
5:4,11,17;12:2;
13:11;14:24;15:17;
23:9,19;24:22;35:11,
23;38:18;69:1;79:3,
16;80:5;87:23;98:23;
106:9;108:16,17;
116:11;151:5;
155:22,23,25;169:1,
4;172:11
**sustain (1)**
86:2
**sustainable (1)**
86:7
**swear (1)**
4:1
**swearing (1)**
3:23
**switch (3)**
22:12;35:2,5
**switched (3)**
21:22,25;165:5
**sworn (5)**
4:8;6:10;7:1,1;8:2
**synopsis (1)**
147:2
**system (39)**
15:12;16:16;18:12;
21:4,8,13,14;26:3,18;
42:24;71:15,22;81:2,
4;98:17;101:1,14;
122:15;124:10,23;
126:4,6;127:8,10,12;
135:19;136:17,23;
137:5;139:17,22;
143:25;145:11;
159:23;160:10,13,16;
161:21;164:9
**systematically (1)**
144:9
**systems (5)**
14:11;24:14;105:4;
136:7;143:14

**T**

**tab (3)**
60:20,20,21
**table (2)**
77:25;144:7

**tabled (1)**
47:1
**tabs (1)**
60:19
**talk (17)**
7:23;48:5;123:1;
132:12;147:1;
148:23;153:2;
164:24,24;171:9,10,
12,13;173:16,21;
175:5;176:10
**talked (17)**
4:12;62:8;109:22;
113:1;148:9;152:15;
166:4;168:6,13;
170:16;171:1;172:8,
14,25;173:4,22;174:2
**talking (11)**
5:11,20;24:23,24;
42:6;44:11;60:11;
94:21;117:25;
125:21;176:19
**talks (4)**
40:10;172:20;
173:10,12
**tangent (1)**
160:22
**task (4)**
107:4;108:2;111:5;
162:10
**tasked (1)**
107:7
**tasks (6)**
106:20;107:9,14;
108:7,20;110:12
**taught (2)**
13:24;14:20
**team (25)**
10:5;27:20;38:10;
50:9;51:16;63:4;
66:9;75:3;79:4;
80:16;81:9,10;82:15;
84:1,1;85:8;88:12,13,
17;95:4;101:18,18;
132:10;153:24;154:7
**teams (2)**
77:17;85:16
**tech (1)**
44:11
**Technical (1)**
34:25
**technically (3)**
12:22;34:15;94:20
**techs (6)**
42:1,20;44:13,16,
20;85:15
**telling (6)**
31:22;70:23;81:17;
97:4;98:2;149:7
**Tennessee (22)**
3:17,19,22;9:2,;
13:42:5;46:11;72:10;
79:13,14,25;86:8;

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 100 of 104   PageID #: 1058

In Re:  Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

103:1;120:2;136:11;
140:22,22;144:22;
169:4,9;171:1
**tenure (1)**
123:14
**term (1)**
24:23
**terminology (1)**
95:5
**Tesla (5)**
45:4,6,9,11;116:23
**Teslas (3)**
116:22,24;153:20
**testified (2)**
4:9;8:3
**testify (3)**
8:7;168:14;170:22
**testifying (1)**
8:24
**testimony (6)**
4:22;8:16;35:4;
157:2;168:15;170:6
**texting (1)**
159:9
**theirs (1)**
46:3
**thin (1)**
52:10
**thinking (8)**
59:11;110:2;
113:10;149:18;
153:18;170:17,18,21
**third (23)**
19:9,20,25;21:12,
19;22:1,10,13;30:22;
31:9;47:9;53:10;
76:19,21;77:16;
87:17;100:12;109:2,
4,5,14,19;128:7
**thorough (1)**
108:17
**though (12)**
38:7;55:2,3;69:5;
75:15;92:3;102:23;
103:21;135:8;137:6;
143:2,7
**thought (13)**
51:21;54:5;59:18,
18;63:18;74:10;
86:24;87:7;110:4;
145:23;168:5;
174:12,19
**thread (1)**
102:17
**threatened (1)**
146:9
**three (96)**
16:10;19:5,5,24;
20:19,22;21:23,24;
22:3,8;25:21;26:5,7,
21,23;27:6,8,11,21,
25;28:1,4,6,13,17;
29:6,9,20,25;31:6,13,

23;32:16;33:11,12;
34:2,5,7,16;35:12,16;
36:8;37:3;38:20;
40:22;41:9,11;47:4;
49:1,4;55:4,16,17;
57:11,22;58:20;60:1;
65:12,15;66:15;
68:25;79:1;84:16,17;
87:22;91:24;92:1;
93:19;97:11;98:15,
16;99:4;103:20;
104:1,4,7;114:11;
120:14,16;122:17,18;
123:18;124:16;
126:2;128:18;
129:22,23;149:25;
150:17;159:4,19;
160:4;161:8;162:3,5,
9
**three- (1)**
97:14
**three-day (3)**
25:20,24;49:7
**throughout (2)**
5:19;151:7
**throwing (1)**
32:13
**thrown (1)**
32:12
**tied (4)**
59:16;114:20;
115:1;168:19
**tier (1)**
99:16
**tiers (1)**
100:15
**timely (3)**
37:11;132:7;144:4
**times (23)**
24:16;56:20;57:2;
63:17;73:21;75:20;
77:18;81:13;92:5;
101:21;110:6;
113:16;114:20;
118:3;120:6;124:20;
131:25;132:23,25;
133:6,7;134:2;158:8
**tires (1)**
134:3
**Titan (55)**
3:3;9:22,24;10:13,
19,22;11:3,6;17:14;
19:3,24;37:17;38:7;
41:20;44:12;45:16;
46:21,22;61:25;77:5;
78:1;86:18;101:3,4;
106:24;120:25;
121:24,25;127:9,18;
134:14;135:21;
138:15;140:22,23;
141:8,19;142:8,18,
23;143:6,11,14;
145:3,6,8,15;147:5,

12;149:20;150:23,
24;151:1;163:7;
175:9
**Titan's (3)**
25:2;63:19;87:21
**title (1)**
80:4
**today (8)**
5:8,23;33:3;41:1,5;
67:20;148:10;168:10
**today's (2)**
40:18,25
**toe (1)**
149:3
**together (2)**
47:14,22
**told (75)**
7:15;13:17;23:1;
27:20,20,23,24;
30:20;31:16,17,21;
32:21;34:19,20,23;
35:14;46:7,9;49:15;
52:16;54:11;58:8,12,
13,14,17,18;63:15;
66:7,19;74:3,25;75:3,
20;90:9;95:2,14,20;
96:17;105:20;
108:10;109:1,8,10,
11,12;110:23;
113:25;117:3,8,9,19;
118:10;119:4,9;
120:16;122:8,23;
124:15,17;128:21;
129:2,18;132:17;
134:9;135:15;
139:12;156:18,21;
159:14;162:3;172:9,
25;174:9,20
**tomorrow (1)**
151:19
**took (10)**
12:5;13:24;35:4;
44:10;48:11;67:15;
103:17;122:13;
142:4;160:6
**tool (4)**
7:5;66:8,12;169:10
**tooting (1)**
103:17
**top (4)**
66:17,24;106:15;
167:21
**topic (1)**
62:6
**total (1)**
47:20
**touch (3)**
38:20;109:2;128:9
**touched (2)**
54:23;84:9
**toward (1)**
127:20
**towards (6)**

12;149:20;150:23,
24;151:1;163:7;
175:9
23:24;51:23;75:18;
90:19;123:13;149:25
**Townsend (1)**
9:13
**track (2)**
165:11;167:10
**tracking (3)**
134:2;163:19;
165:22
**trailer (1)**
42:22
**trailers (2)**
42:3;44:15
**trained (3)**
50:19;70:24;80:6
**training (8)**
12:8;13:5,11;
70:25;71:1;74:2;
102:21;113:7
**trainings (1)**
29:11
**transactions (1)**
40:11
**transcribed (2)**
5:1;178:3
**TRANSCRIPTION (1)**
178:1
**travel (1)**
77:19
**treat (1)**
148:23
**trial (3)**
8:3;170:1,7
**tried (14)**
26:21;27:4;28:1;
29:7;33:25;36:18;
37:4,10;55:3;64:4,5;
114:18;123:18;
150:25
**trip (1)**
48:11
**trouble (5)**
119:13;154:13;
156:24,25;173:5
**truck (1)**
42:22
**trucks (4)**
41:24;42:2;44:14,
25
**true (9)**
48:6;51:10;58:20,
21;111:23;117:14;
158:4;175:21;176:3
**truly (4)**
28:17;96:2;124:13;
130:4
**truth (2)**
124:9;173:17
**try (19)**
28:19,21;29:2;
37:7;50:16;54:3;
66:18;68:7,8;70:23;
124:18,20,22;125:1;

156:2;157:7;158:18;
161:9;171:11
**trying (12)**
6:11;52:23;54:7;
67:19,24;75:15;
82:16;83:23;99:7;
124:7;150:4;176:14
**Tuesday (1)**
12:1
**turn (5)**
19:11;21:17;41:6;
86:16;89:4
**turned (16)**
21:13,20;28:15;
30:2;47:11;64:1,3,
15;82:19;84:22;
89:13;136:7,19;
144:15;164:12,14
**turnover (2)**
113:7;118:17
**turns (2)**
127:1;160:11
**TVA (4)**
142:12;144:5,18;
146:18
**TVA's (1)**
142:6
**tweak (1)**
103:7
**tweaking (1)**
166:2
**twice (1)**
54:1
**Twitter (1)**
134:17
**two (71)**
11:8;12:2,6,11,15;
14:2;15:7;18:13;
20:16,18;21:23;22:7,
8;26:7;27:1,14;
28:18;29:1;32:15;
35:13;36:8,14;40:21;
41:9;44:22;53:20;
55:16,17;57:18,18;
60:19;70:25;71:13,
23;72:3;76:2,8;78:4,
16,17;79:25;80:1,1;
81:12;84:6;85:8,10;
87:6;93:4;94:18,23;
97:21;98:13;104:16;
113:6;114:13;
116:10,22,25;118:21;
125:15;126:4;129:5,
5,15;130:15;138:22;
141:14;155:15;
172:13;174:25
**two- (1)**
97:14
**two-payment (1)**
19:12
**two-week (1)**
10:16
**type (4)**

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 101 of 104   PageID
#: 1059

In Re: Investigation of Ideal Horizon Benefits,
d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

59:8,13;140:3;
145:22
**types (3)**
25:13;31:25;40:20
**typically (4)**
8:1;17:14;49:1;
171:18

**U**

**ultimately (1)**
39:18
**um (2)**
34:3;112:2
**unacceptable (1)**
53:22
**unaware (2)**
110:22,23
**under (27)**
4:16,19,22;13:5;
44:20;45:23,25;
47:25;54:8;66:13;
71:10;96:7;107:11;
118:12;123:11;
124:15;125:10;
134:9;137:7;140:12;
141:25;142:2,4;
162:14,17;169:11;
173:17
**understandably (1)**
73:22
**understood (4)**
25:16;58:5;76:15;
94:7
**unified (1)**
91:5
**unless (5)**
7:14;93:13;141:5;
150:21;176:1
**unorganized (1)**
154:8
**up (67)**
4:23;6:11;11:13;
13:22;25:18,19;
32:17,22,24;33:5;
35:19;38:15,24;39:8;
40:14;41:7;42:10;
48:16;52:3;53:24;
55:14;56:4,8;58:15;
61:2;63:5;65:25;
67:11;70:18;73:6;
78:18;81:4,4;82:2;
87:10;90:3;91:11;
98:1;100:5;105:18;
110:13;113:12,16;
114:6;115:12;116:3,
7;120:11;122:6;
128:14;129:25;
132:21;134:4,12;
136:4,4;138:2;143:8;
145:11;146:5;
154:22;155:20;
157:9;167:14;

169:15;174:18;
175:11
**updated (4)**
28:25;29:4;64:12;
167:22
**updating (3)**
51:7;53:8;79:3
**uphold (1)**
124:12
**upload (17)**
17:15;18:1,3,11,17,
23,25;20:16,21;
24:20;92:22;94:25;
95:2,8;100:2;106:22;
143:3
**uploaded (17)**
17:5;18:20;19:18,
22;22:1;30:25;33:11,
14;81:18;82:25;
110:14,15;155:7;
162:24;163:15,16,17
**uploading (4)**
24:19;53:9;99:19;
100:1
**upping (2)**
88:21,24
**upset (13)**
24:6,17;27:15;
30:8;39:7,13;64:6;
82:11;102:16;
145:18;146:7;
153:16;167:13
**USA (1)**
3:3
**use (11)**
14:11;33:8,9;45:5;
66:9;79:5;135:12;
136:22;139:13;
163:7;170:6
**used (12)**
21:25;41:24;48:3;
66:12;106:12;
116:22;127:3;
138:15;139:16;
141:8,17;150:17
**using (16)**
39:4,6,9,10,15;
45:13;46:2;48:8;
106:12;121:25;
126:22;127:25;
135:7;141:15;
166:14;169:10
**Usually (3)**
18:22;49:21;
174:25
**utilities (3)**
72:1;82:3;108:4
**utility (28)**
16:4;62:17,20,23;
71:17;72:4;79:6;
82:8;91:24,24;94:1,
2;105:19,22,24;
106:2;107:15,20;

124:20,22;127:14,15;
128:12,14;138:10;
140:17;158:22;164:3
**utilized (1)**
166:9
**utterance (1)**
153:8

**V**

**vacation (4)**
12:4,5;117:1,17
**vacations (1)**
48:13
**validated (1)**
176:2
**validation (1)**
59:10
**VanHooser (3)**
51:24;53:1;55:8
**variation (2)**
23:16,18
**vehicles (6)**
38:14;41:20,22;
42:9,19;44:23
**vented (1)**
174:4
**verbal (1)**
5:5
**verified (1)**
94:1
**verify (4)**
16:14;57:7;99:22;
125:12
**versus (5)**
34:14;36:14;56:3;
68:18;111:20
**via (2)**
49:9;159:24
**vibe (1)**
157:5
**video (4)**
44:1;131:3;176:25;
178:3
**view (1)**
139:20
**violation (2)**
7:7;171:22
**vocal (1)**
153:8
**voice (3)**
68:8;149:4,5
**voiced (2)**
94:23;95:7
**voicing (1)**
75:12
**volume (2)**
32:17;81:11

**W**

**wait (7)**
56:13;73:10;

104:19,25;109:2,14;
128:18
**waiting (2)**
100:4;128:7
**walked (2)**
118:6;151:11
**warehouse (15)**
42:10,11;45:21,24;
46:6,11;47:6,10,15,
24,24;80:9,19;88:14,
16
**warehouses (1)**
45:22
**warned (1)**
75:8
**water (1)**
158:2
**way (27)**
29:20;33:19,20,22;
37:12;40:9;52:10;
64:6;69:11;71:15,23,
24;90:10;91:3,5;
96:18;97:8;104:5;
134:20;136:6,14;
148:24;155:13;
159:13;163:18;
165:10;167:9
**ways (1)**
67:24
**wealth (1)**
116:10
**wear (3)**
151:16,16,18
**weather (1)**
96:21
**Wednesday (1)**
54:15
**week (55)**
12:3,5,7,8;18:12;
30:18,19;31:23;
32:16,20,24;34:24;
52:7,17;53:20;56:12,
14;57:19;61:7,12;
68:18;78:14,18,24;
83:17,18,18;88:20,
21,22,23,23;89:13;
90:15,21;91:7,9,11,
12,15,17;92:7;96:23,
23,25;97:22,24,24;
98:9,9,10;100:8;
106:6;151:3;152:7
**weekend (5)**
104:17,21;105:1,
12;152:22
**weekends (1)**
105:8
**weekly (1)**
74:7
**weeks (16)**
12:6;18:13;30:13;
35:13;71:13,24;72:3;
80:22;91:25;97:11;
98:11,17;101:23;

102:9;160:4;163:20
**weeks' (1)**
71:1
**weigh (1)**
161:6
**weird (3)**
56:19;91:2;174:11
**welcome (4)**
20:8;106:23,24;
135:22
**well-being (1)**
68:10
**weren't (29)**
13:12;29:5;39:9,
10;61:19;70:14;
75:14;82:12,20;
85:16;86:3;87:13;
102:20,22;104:23;
110:20;111:1;
121:13;123:12;
132:6;142:25;143:8,
18;144:3,12;146:20;
154:13;159:25;
172:11
**what's (7)**
122:6,20,22;124:6;
153:1;159:11;163:13
**whatsoever (1)**
118:16
**wheel (1)**
145:1
**whenever (4)**
43:12;125:24;
135:10;173:6
**WHEREOF (1)**
178:9
**whichever (1)**
171:1
**whip (2)**
94:16,19
**white (1)**
160:24
**whole (19)**
12:8;62:6,8;64:18;
66:25;73:18;80:12;
88:5;93:1,11,17;
103:5;115:23;119:7;
122:7;129:24;151:5;
164:14,18
**wild (1)**
158:14
**Williams (3)**
11:2;14:4;156:21
**willing (5)**
86:3;146:15;149:3,
6;168:15
**wiped (1)**
167:3
**wire (1)**
156:12
**wish (1)**
153:13
**wishy-washy (1)**

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 102 of 104   PageID #: 1060

In Re: Investigation of Ideal Horizon Benefits, d/b/a Solar Titan USA, Inc.

Sworn Statement of Sarah Dorismar
August 27, 2022

69:4
withhold (1)
 7:13
within (32)
 22:9;26:23;27:19,
 24;28:9,17;29:6,9,24;
 30:5;31:5,9;34:2,5;
 35:12,12,16;38:20;
 49:4,7;58:9,20;60:1,
 4;66:16;70:5;71:23;
 72:12;101:22;
 109:25;119:17;
 143:15
without (5)
 99:9;132:15;
 136:10;142:22;
 143:24
WITNESS (96)
 3:7,11,14,24;4:8,
 23;8:12;36:6,18;
 37:6,19;43:10,16,23;
 44:5;50:4;101:2,6;
 117:6,8,23;118:1;
 125:23;130:24;
 131:3,7;132:3,8;
 133:4,6,21,24;
 134:16;135:14;
 136:9;137:14;138:8,
 17,19,21;139:3,6,9;
 140:6,16,25;141:2,9,
 12,20;142:7,10,14,
 17;143:16;144:1;
 147:7,11;148:4,11,
 14;149:8,14;153:3;
 156:13,17;161:14,19;
 162:18,21;163:9;
 165:15;166:15,23;
 167:2,5,8,19;169:24;
 170:5,13;171:9,10,
 11,15,16;172:4,7;
 173:14,23;175:6,10,
 10,14,16;178:9
witnesses (2)
 170:3,20
woman (1)
 96:3
wonder (2)
 155:3;173:19
wonderful (5)
 26:14;43:24;54:15;
 96:3;103:12
word (5)
 63:18,20;86:4;
 117:12;157:15
words (1)
 64:5
work (35)
 14:6;16:4;45:13;
 56:6;61:21;62:20;
 76:6;89:25;93:2;
 96:5;104:15;105:6;
 114:18;118:24;
 124:18;125:1;

140:11;149:1,22,23;
 150:2,20,22;151:16,
 19;159:1,1,9;165:20;
 167:4;174:24;175:1,
 1,2;176:14
worked (12)
 12:5;13:22;14:16;
 36:19;62:16;101:1;
 102:12;104:10;
 138:13,23;165:20;
 174:24
working (29)
 9:15,18;10:23;
 11:3;12:11,17;14:9,
 10;15:7;68:4;70:12,
 20;74:21;84:1,2;
 86:15;102:18;105:8;
 107:1;112:13,15;
 121:15,16;122:15;
 123:20;140:22;
 143:25;164:2,3
works (1)
 149:20
world (3)
 71:20;77:16;
 158:19
worried (2)
 87:12,13
worry (2)
 31:2;61:8
worrying (1)
 31:1
worse (3)
 100:23,23,24
worth (5)
 27:18;31:18;39:9;
 71:1;105:4
wow (1)
 84:25
writing (1)
 160:9
written (3)
 49:2,11,12
wrong (4)
 73:14,19;147:3;
 169:20
wrote (1)
 62:11

**Y**

yard (2)
 134:3,21
year (10)
 10:11;11:7;52:24;
 66:22;70:13;77:18;
 126:9;127:2,5;128:2
years (11)
 8:7,15,17;9:9,10;
 11:8;12:2;27:1;
 114:13;166:11;
 174:25
yelling (1)

102:8
Yellow (4)
 46:14,15;47:11,14
yesterday (3)
 109:15;155:6,8
York (2)
 42:11,12
you-all (14)
 31:4;32:13;43:14,
 21;54:14;75:22;76:3;
 83:24;84:3;96:11;
 152:25;158:11,12;
 170:16
YouTube (1)
 134:17

**Z**

Zoom (2)
 4:14,15

**1**

10 (18)
 19:8;22:1,13;
 23:11,18;32:22,24;
 41:25;52:16;56:14,
 16;61:7,12;64:3;
 68:20;91:19,19,22
10- (1)
 46:18
100 (2)
 102:6;118:22
120 (16)
 22:7,9;24:25;32:2;
 56:21,23;69:6,7;
 84:15,16,20;90:3;
 97:1,3,6;98:13
15 (3)
 19:8;129:3,7
15-minute (1)
 46:18
16 (1)
 90:18
19 (2)
 78:13,17
1st (1)
 96:19

**2**

2 (1)
 83:7
20 (5)
 59:23;97:24;98:9,
 10;118:19
200- (1)
 105:3
2010 (1)
 9:11
2011-ish (1)
 8:19
2014 (1)

9:11
2019 (2)
 78:12;166:18
2020 (6)
 8:18;11:8;166:11,
 13,16,19
2021 (5)
 54:5;166:16,16,19,
 20
2022 (3)
 3:9;166:15;178:11
21 (1)
 43:1
22nd (1)
 3:9
24th (3)
 9:20,21;10:14
26th (1)
 178:10
28th (1)
 11:7

**3**

3,000 (1)
 41:5
30 (13)
 53:24,24,25;57:20;
 61:2,2,2;118:19,20;
 120:19;130:10,15;
 154:20
300 (3)
 118:23;154:24;
 155:21
3144 (1)
 117:22
35 (1)
 128:13

**4**

40 (22)
 19:19;64:2;78:14,
 18;83:17;88:22;89:3;
 91:10,12,12,14,17,19,
 20;92:6;97:22,22,23;
 98:8;102:6;106:5;
 154:12
45 (3)
 29:19;43:17;88:22

**5**

50 (7)
 15:9,10;62:12;
 88:23;91:11,23;
 102:6
50/50 (1)
 62:10

**6**

60 (12)

19:18;41:14;91:14,
 18,18,22;92:7;
 126:19,21,25;127:7,
 10
60/40 (4)
 19:16;23:16,16;
 83:3

**7**

7 (1)
 90:18
7:00 (3)
 81:23;104:6;
 152:20
70 (1)
 92:7
70/20 (1)
 23:18
70/30 (2)
 19:16;83:3
70/40 (1)
 23:16
72 (1)
 72:12
75 (1)
 72:25

**8**

8 (1)
 56:14
8:00 (2)
 105:9,11
80 (6)
 83:18;85:6;89:3,4;
 90:15,16

**9**

9:00 (4)
 81:18;105:10,11;
 155:6
90 (17)
 31:11,22;32:21,23;
 34:2;52:20;53:3,14;
 54:22;55:10;58:9;
 61:1,17;68:19,19;
 85:5;174:19
90-plus (1)
 35:19

Case 3:23-cv-00046-DCLC-JEM   Document 10-7   Filed 02/06/23   Page 103 of 104   PageID #: 1061