# Exhibit F

## Sworn Statement of Michael Hill

1                    STATE OF TENNESSEE

2

IN RE:                              )
3                                   )
Investigation of Ideal Horizon      )
4   Benefits d/b/a Solar Titan USA, LLC  )

5

6

7

8

9

10

11

12      **VIDEO-CONFERENCE SWORN STATEMENT OF MICHAEL HILL**

13                  September 1, 2022

14

15

16

17

18

19

20

21

22                  Ad Litem Reporting
23                  117 Arrowhead Drive
        Hendersonville, Tennessee 37075
24                  (615) 415-5556
              dl_stacy@bellsouth.net
25
           Reported by:  Tracy Wilkes, LCR

1    VIDEO-CONFERENCE APPEARANCES:

2

3    For the Consumer Protection Division:

4    Samuel Keen, Assistant General Counsel
     Tessa Ortiz-Marsh, Assistant General Counsel
5    Alicia Daniels-Hill, Legal Assistant/Attorney
     Office of the Tennessee Attorney General
6    P.O. Box 20207
     Nashville, Tennessee  37202

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                INDEX

2                                                        <u>Pages</u>

**MICHAEL HILL**
3   Examination by Mr. Keen                        5  -  41
    Examination by Ms. Daniels-Hill              41  -  48
4   Further Examination by Mr. Keen              49  -  63
    Further Examination by Ms. Daniels-Hill      63  -  66
5   Further Examination by Mr. Keen              66  -  81
    Further Examination by Ms. Daniels-Hill      81  -  83
6   Further Examination by Mr. Keen              83  -  92
    Further Examination by Ms. Daniels-Hill      92  -  95

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 5 of 100   PageID #: 1067

1           MR. KEEN:  All right.  So we are on the

2  record in the matter of In Re:  Investigation of Ideal

3  Horizon Benefits, d/b/a Solar Titan USA, LLC, pursuant

4  to a request for information issued to Mike Hill, via

5  certified mail, on August 22, 2022.

6           Today is Thursday, September 1, 2022.

7  It is currently 10:04 a.m.

8           Good morning, Mr. Hill.  My name is Sam

9  Keen.  I'm an assistant attorney general with the

10  Tennessee Attorney General's Office.

11           I also have on the phone with me an

12  assistant attorney general named Tessa Ortiz-Marsh and

13  legal assistant, but attorney, Alicia Daniels-Hill.

14           And, again, we are here today to take

15  your sworn statement.

16           THE DEPONENT:  All right.  I like the

17  last name, Ms. Hill.

18           MR. KEEN:  Yeah.  Maybe you-all are

19  cousins or something.

20           Mr. Hill, you'll see that we do have a

21  court reporter here with us this morning.  Her name is

22  Tracy Wilkes.

23           Now, normally the court reporter would

24  be with us in person.  But, obviously, that's not the

25  case today.  You know, with you being so far away, we

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 6 of 100   PageID #: 1068

1  didn't want to have you drive all the way up to our

2  office.

3           And so, usually, when the court reporter

4  is with us, it's the court reporter who administers the

5  oath.  And I want to ask you if you're okay with

6  Ms. Wilkes administering the oath to you today via Zoom.

7           THE DEPONENT:  Absolutely.

8           MR. KEEN:  Okay.  Then I'm going to ask

9  Ms. Wilkes to swear you in.

10          (The reporter complies.)

11                    **MICHAEL HILL,**

12  having been remotely sworn, was examined and testified

13  as follows:

14                    <u>EXAMINATION</u>

15 BY MR. KEEN:

16     Q.     And just to confirm, you are okay with this

17 Zoom meeting being recorded?

18     A.     Yes.

19     Q.     Now, in order for the court reporter to

20 transcribe your responses we need to be sure that we are

21 giving verbal responses.  So shaking your head is fine.

22 But if you do shake your head "yes" or "no," you should

23 also verbally say "yes" or "no."

24          Does that make sense?

25     A.     I got you.

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 7 of 100  PageID #: 1069

1          Q.     And I am going to ask you to speak loudly

2   and clearly so that the court reporter can accurately

3   transcribe what we're saying.

4               I'm also going to ask that we avoid talking

5   over each other to the extent possible.  So I'll wait

6   for you to finish your answer before I ask my next

7   question.  And if you'll wait for me to finish my

8   question before you start your answer I think everything

9   should be okay.

10         A.     Yes, sir.

11         Q.     If at any time the court reporter didn't

12   hear what it is we said, you know, misheard or wants

13   clarification, she'll interrupt us and ask us what we

14   said.

15               Now, Mike, Alicia and Tessa might also have

16   some questions they'd like to ask you.  So I might stop

17   from time to time to see if there's anything that they

18   want to follow up on.

19               There also might be a time where maybe we

20   need to take a break.  And so if we do need to take a

21   break just let me know.

22               And if we are about to take a break, I'll

23   just need you to answer the question that I last asked.

24   And then once that answer is given, then we can take a

25   break.

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 8 of 100  PageID #: 1070

1          I don't know how long this will go for.  I'm
2  hoping that we don't take up too much of your time
3  today.  So if starts to get around lunchtime and you
4  want to stop and take a break for lunch, or if there's
5  anything else and you want to take a break, just let me
6  know.  All right?

7          A.      Yeah.  Yes, sir.

8          Q.      And, of course, if there's any question that
9  I ask that you don't understand, please let me know so I
10 can clarify.

11         A.      Well, I'm kind of confused why I'm involved
12 in the process, considering, you know, I was mid-level
13 management and I was the one that left.  Right?

14         So I'm kind of confused on why I'm being
15 involved in this.  But I guess that's going to come out
16 between all of your questions.  Correct?

17         Q.      It might.  I think some of my questions
18 might help clarify.

19         And then, of course, if you have any other
20 questions, or if there's anything that we need to
21 discuss off the record after your sworn statement, we
22 can do that.

23         A.      Okay.  Awesome.

24         Q.      Do you understand that you're under oath
25 today?

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 9 of 100  PageID #: 1071

1      A.    Yes.

2      Q.    Okay.  And you understand what that means?

3      A.    Yes, sir.

4      Q.    Okay.  Great.

5      A.    I've watched "Law and Order" before.

6      Q.    Yeah.  Exactly.

7            So you know you've got to the tell the

8      truth, and if you don't you could get in a little bit of

9      trouble?

10     A.    Yes.

11     Q.    All right.  Good.

12           Are you familiar with testifying?

13     A.    Testifying?

14     Q.    Yes.

15     A.    No.  I mean, I grew up with the saying

16     "snitches get stitches."  So I try to stay away from

17     that.  You know?

18           I'm just kidding.

19           Yes.  I'm familiar with the process.

20     Q.    Have you ever testified in court?

21     A.    No.  I prefer not to, actually.

22     Q.    I understand.

23           Have you ever given a deposition before?

24     A.    No.

25     Q.    Okay.  Well, what we're doing today is

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 10 of 100   PageID #: 1072

1  called a "sworn statement."  And it's a little bit

2  different.  You know, some -- a couple people that we

3  talked to do have familiarity with testifying either in

4  the form of giving testimony in court or giving what's

5  called a "deposition."

6       A.      Yes.

7       Q.      A sworn statement is a little bit different.

8  Okay?

9               It's basically an investigatory tool that is

10  available to our office via statute.  The statute gives

11  us the right to request that you appear in front of us

12  to give sworn testimony outside of either having the

13  other party present, the party that we're investigating.

14              And while you're welcome to have an attorney

15  present, if you would have liked to have an attorney

16  present.  It's not required.  And, certainly, the

17  attorney wouldn't be able to make any objections beyond

18  privilege objections.

19              Does that make sense?

20       A.      Yes.  I consulted my attorney.  So.

21       Q.      Okay.  Good.

22       A.      He told me what to expect.  And, you know,

23  he was like -- because I told him that you said six to

24  eight hours.  He goes, "Man, you don't sound like you

25  know two hours' worth of information."  I said, "I

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 11 of 100   PageID #: 1073

1  know."

2      Q.      I like to overestimate just so that --

3      A.      I'm good with that.

4      Q.      Do you mind if I ask the name of the

5  attorney that you consulted with?

6      A.      It's a friend of mine in Illinois.

7      Q.      Okay.

8      A.      His name is Chris Martin.

9      Q.      Okay.  I know a lawyer named Chris Martin

10 here in Tennessee.

11     A.      I know.  It's weird.

12     Q.      But it's a common name.  Chris Martin.

13             All right.  Great.

14             So, Mike, do you mind telling me a little

15 bit about your background to kind of get started?

16             By that I mean where you're from, where you

17 live now, where you went to high school, where you went

18 to college, if you went to college.  That sort of thing?

19     A.      Born and raised in Knoxville, Tennessee.

20 Live in Knoxville, Tennessee.  Went to college at the

21 University of Kentucky for a while.  Also, went to Life

22 University Chiropractic School for a while.

23     Q.      You said you went to college in Kentucky?

24     A.      Yes, sir.

25     Q.      Was that -- what college was that?

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 12 of 100   PageID #:
1074

1    A.    University of Kentucky.

2    Q.    Okay.

3    A.    I went on a football scholarship.

4    Q.    Really?

5    A.    Yes, sir.

6    Q.    Play for the Wildcats?

7    A.    I did.  I did.

8    Q.    How long ago was that?

9    A.    A long time.  If you can't tell from the

10   gray.  '99, 2000.

11         I was the jock who didn't realize that

12   studying really mattered.  I had got through high school

13   on accolades; on, you know, things like that.  Got to

14   college and it's a little different.

15   Q.    Yeah.

16   A.    So.

17   Q.    I played high-school football.  In

18   retrospect I wish I would have played college football,

19   but I never got the chance to.

20         Did you -- who was the quarterback for

21   Kentucky?  The big guy who passed away recently?

22   A.    So his name is Jared.  He came my senior

23   year.

24         I played with Tim Couch.

25   Q.    Really?

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 13 of 100  PageID #: 1075

1      A.      Yes.

2              So I played with Tim Couch.  And when -- he

3 was a senior in my freshman year.  And then we had a

4 bunch of no-name guys.  And then Big Jared came in my

5 senior year.

6      Q.      I was always a big fan of Jared, just as a

7 fellow big guy.  You know, he would go up there and run

8 around and do crazy stuff.  I was like, "All right.

9 He's representing us well."

10     A.      Amazing guy.  350 pounds that can run like

11 that.  That's incredible.

12     Q.      So you're in Knoxville now?

13     A.      Yes.

14     Q.      And you grew up in Knoxville?

15     A.      Yes, sir.

16     Q.      Now, for some reason I was under the

17 impression that you had lived in Georgia for a while?

18     A.      No.  So -- well, I mean, a little bit.  I

19 ran a couple of businesses.  So -- with Solar Titan.

20 The reason you're under the impression is because I was

21 the one that launched Georgia and Alabama.

22     Q.      Okay.

23     A.      So they -- when I came to Solar Titan I had

24 been out of sales for about five, six years.  I was

25 working for a steel company.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 14 of 100   PageID #: 1076

1          I -- actually, you're probably sitting in

2    the courthouse we just built.  The federal courthouse in

3    Downtown Nashville.

4          Q.     Oh, really?

5          A.     Yes.  So I was a crane operator on that job

6    when it was completed a few years back.

7                 Anyway, so went to -- I believed in solar.

8    I had went solar before.

9                 So during the process I was tired of doing

10   labor, tired of sweating all the time and not making

11   really nothing compared to what I should have been

12   making.  You know, $80,000 a year sounds great until

13   you're working 70 hours a week for it.

14                So I decided I would go back into sales.  I

15   put my résumé online.  Solar Titan, along with about

16   40 other companies extended an offer.

17                After talking to my wife and praying about

18   it -- because of the fact that they pushed the whole

19   time it was honesty, integrity, and ethics is what they

20   stood for.

21                And that was their creed, is that, you know,

22   they wanted to build a solid company.  They only wanted

23   people that were honest and handled themselves with

24   integrity and had ethical purposes to them.  We felt it

25   was the right fit, a good fit at the time.

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 15 of 100  PageID #:
1077

1          As soon as it wasn't, as soon as it was

2   exposed to me that honesty and integrity and ethics was

3   not a true part of the formula, I removed myself from

4   the equation.

5          And so the downfall of the company started

6   from what I hear.

7     Q.     So when did you start working for Solar

8   Titan?

9     A.     It was June of 2021.

10    Q.     And you said before that you worked for a

11  steel company in Knoxville?

12    A.     Yes.  A company called Superior Steel,

13  Incorporated.

14    Q.     Did you do sales for them as well?

15    A.     No.  I was a crane operator.

16    Q.     Oh, okay.  Have you -- had you done sales

17  before joining Solar Titan?

18    A.     Yes, sir.  I had done all kinds of sales.  I

19  worked with ADT Home Security at one point in time.  I

20  was a regional vice president for a franchise of that

21  for three years.

22          I had done some other sales as far as --

23  basically, I'm a trainer.  I'm more known for my ability

24  to train and develop talent.

25          So I'm a high-level closer.  But the only

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 16 of 100   PageID #: 1078

 1  reason I'm a high-level closer is because of the fact

 2  that I don't go in being a sales guy.  I go in and build

 3  a relationship with the people and give them options.

 4           And it didn't matter what the product was.

 5  Steaks, ADT, houses, cars -- whatever.  It's the same

 6  approach.  If people believe in you because you're

 7  genuine and you sit down and take the time to listen to

 8  them and you have a good product and you have a good

 9  approach with yourself, then you can be successful in

10  this industry.  And that's why I'm different than

11  everybody else.

12       Q.      Yeah.  I agree with that for sure.

13               So you've done sales.  You wanted to get

14  back into sales.  You said you uploaded your résumé, and

15  then Solar Titan contacted you?

16       A.      Yes.  On Indeed.

17       Q.      On Indeed.

18               Okay.  They contacted you about a sales

19  position?

20       A.      It was a training -- a field trainer

21  position is what I walked into the company as in June.

22       Q.      So a position -- well, tell me what a field

23  trainer is.

24       A.      So my job was to -- well, the initial

25  approach to the job was to -- my job was to develop

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 17 of 100   PageID #: 1079

1    talent.  So people would come in with minimum to no

2    experience, and I would go on rides with them to

3    appointments.

4            My job was to, you know, help them,

5    encourage them, show them the system, and show them how

6    to be successful.  And, you know, ultimately close the

7    deal.  And pick up the slack if they were -- if they

8    were not doing a good job then I would step in and kind

9    of take over the presentation to teach them.  And things

10   like that.

11           That lasted for about 30, 45 days.  I was

12   promoted to territory training manager after that.  The

13   territory training manager, his job was to not only do

14   sales, but also motivate and manage the group and things

15   like that.

16           Forty-five days after that I was a territory

17   sales manager.  So they put me to -- and that's when I

18   went to Chattanooga.  And I started working Chattanooga,

19   Georgia.

20           Two months after that I was a -- I don't

21   remember what the title was.  I was basically a regional

22   sales manager.  But it was something like territory

23   training development something manager.  It was just the

24   way to underpay me, basically.

25       Q.     Right.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 18 of 100   PageID #: 1080

1    A.    So, instead of calling me a regional

2  manager, which required $150,000 a year salary, they

3  called me this crazy syllable word.  You know, 37-letter

4  word to pay $80,000 a year.

5    Q.    Well, it sounds like there were promotions

6  that happened pretty quickly?

7    A.    For me, yes.

8    Q.    And I assume that's because you were doing a

9  good job?

10    A.    There's a reason why we're here, friend.

11    Q.    And you said that they were paying you a

12  salary.  So you didn't get paid a commission?

13    A.    I got paid commission plus salary.  So as a

14  field trainer, when I started that position was $52,000.

15  And the only commission you got was if you hit a bonus

16  that never got hit.  Because, magically, so many sales

17  just disappeared before the end of the month.  Right?

18         And they were -- at the time they were doing

19  bonuses on closing percentages for your team.  So

20  anything above 30 percent you got paid a certain

21  percentage of the sales.  35 percent, 40 percent, so on.

22         Well, magically, we -- in Knoxville we had

23  the top office.  We were doing like 5 million a month.

24  But we never could close more than 30 percent.  Which

25  just didn't make sense.  Right?

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 19 of 100   PageID #: 1081

1          So I'm the type of guy, I pay attention to

2   detail.  And I keep track of records of everything.  So

3   I started bringing this up.  Well, that's when, you

4   know, "We just put in for you.  You're going to be a

5   territory training manager now, so you're not going to

6   have to worry about that."

7          And, you know, listening to me, they

8   restructured it.  Because I told them, you know, closing

9   percentage is not fair to the young people.  You're

10  bringing young people in that you're giving them a

11  mediocre training class.  The training there is garbage.

12  The guy is horrible.  He thinks he's King Kong.  Dude

13  can't train for crap.  He's a "5-foot-2 beat on his

14  chest" guy.

15         Anyway, so I'm like you're putting a lot of

16  pressure on your management and you're not paying them.

17  You know, that's not how you build a successful

18  organization.  If you want to have a successful

19  organization, you need to develop them and encourage

20  your trainers to want to develop your talent in the

21  right way.

22         So they switched it from closing percentage

23  to basically volume per attempt.  In other words,

24  they -- basically, whatever your average sale was you

25  got a bonus on.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 20 of 100   PageID #: 1082

1          So when I went to a territory training
2   manager the only difference was I still received a
3   $52,000 salary annually.  But I got the opportunity
4   personally to do sales.  Because as a field trainer I
5   was only allowed to sell one day a week.
6          And, you know, so as a territory training
7   manager there was more of a spotlight put on me to carry
8   the weight as far as sales.  So not only did I train,
9   but I received a lot more individual opportunities.
10         And that's kind of what I separated myself.
11  Because, you know, as I got those opportunities I was
12  closing 80 percent of them.
13         And with that, my cancellation percentage
14  was like 3 percent.  Reason being is because I wasn't
15  lying to people.  Everything I told people was things
16  that I knew for a fact.  And, in fact, most of my
17  customers -- I Googled the things that I would tell them
18  in front of them so they could see the results of what
19  I'm saying.
20         And I started the saying that -- the company
21  apparently stole.  But, you know, I under-promote and
22  over-deliver.
23         So I would also tell the customer, "Hey, I
24  want you to make a choice to go solar on worse case
25  scenario and you be ecstatic with best case scenario.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 21 of 100   PageID #: 1083

1 Rather than me sell you best case scenario and become

2 the biggest villain this side of the Mississippi." That

3 was my approach. And, you know, it was true.

4          So I was telling people they would get 60,

5 70 percent offset, even though the company was telling

6 people 90 percent. The research I had done -- the

7 research I had, 90 percent offset in Tennessee where

8 there's no net metering, that's not plausible. You

9 could get 80 percent three months a year: June, July,

10 August. But the rest of the year you're really sitting

11 about 60 percent.

12          So I would just tell them 60 to 70 percent.

13 And so the months when they got bills that were $30 a

14 month they were ecstatic because I told them 60 to 80

15 bucks a month is what their utility bill would be on top

16 of the solar.

17          And they would send me referrals and contact

18 me constantly with opportunities with families in their

19 neighborhoods and things because of the fact that I

20 never sold them. I just gave them a choice.

21          If it made sense to them and it was

22 affordable and they see the benefits, then, hey, I want

23 you to do it. If not, I don't want to waste your time

24 or mine. I've got some beer and football to watch. You

25 know, we can hurry up and get this over with.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 22 of 100   PageID #: 1084

1    Q.      So you mentioned that the company liked to
2  tell people 90 percent, but you were kind of doing your
3  own thing being more honest.  Did the people that you
4  worked for, did they ever say, hey, no, you need to do
5  it our way?

6    A.      No.  I was throwing up -- I had the record
7  for the company still.  I did over a million dollars in
8  sales individually multiple times in a month.  I was --
9  so they didn't really know.  Nobody from the company
10 rode with me except for who was a regional manager at
11 the time.  A guy named J.R. Buchanan.  He rode with me
12 one time.

13         And he told me, he said, "Look, John
14 Carroll -- that's the training guy that's garbage --
15 he's going to hate this.  It's amazing what you do."  He
16 was like, "You're just a good ole guy.  You sit down
17 with them.  You have fun with them.  You give them a
18 choice, and they love you."  He was like, "Don't let
19 anybody else know that you're not using their
20 presentation."

21   Q.      Who did you say was going to hate it?

22   A.      John Carroll.  That's his name.

23         He was the trainer.  From what I hear he's
24 now the head man over there.  He's doing their sales and
25 training and all that.

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 23 of 100  PageID #: 1085

 1      Q.      Who did you interview with?

 2      A.      John Carroll.

 3      Q.      Did you interview with Craig Kelley?

 4      A.      You know, I've only looked at that guy

 5 twice.

 6              He -- that was a red flag.  See, I would

 7 have left a month into my employment because of that

 8 alone.  There were red flags, and I was talked out of

 9 them.

10              I guess you already talked to Shawna Helton.

11 So Shawna was my boss and the manager in Knoxville.

12 They're like, "Look, we've worked here a while.

13 Everything is good."  And I'm like, "There's just too

14 many things not lining up."

15              Like, I've never seen an owner not want to

16 be involved with his people, especially not in an

17 up-in-coming company.

18              You know, at the time we were in like ten

19 mini storage buildings in a little cul-de-sac.  And then

20 all of a sudden he buys a $5 million building right on

21 the I-40.

22              As an owner you want to celebrate those

23 things.  You know, that's something -- that's how you

24 build the morale of your team.  And you show them that

25 the company's going in a positive direction.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 24 of 100   PageID #: 1086

1          So me personally, no.  I've never had any

2  interactions with Craig Kelley, nor Michael Atnip.

3  Richard Atnip.  Whatever his real name is.  Or

4  Sarah Kirkland.

5      Q.     So you never -- you said you never had any

6  interactions.  Is that, like, you never talked to them

7  at all?

8      A.     No.  No.  Like, the only time I talked to

9  Craig is when he was flossing a $180,000 Tesla and I

10  asked him when I was going to get one.  I said, "So what

11  do I got to do to get a -- because he bought everybody

12  Teslas for management.  Right?

13          And he goes, "You're going to have to build

14  a good manager."  I go, "You must not know who I am.

15  I've built every manager you have in your company south

16  of Knoxville."

17          So -- and we were carrying the weight the

18  right way.  So my team in Chattanooga, Georgia, and

19  Alabama, all my guys were trained my way.  We were a

20  step -- a cut above because of the fact that we were

21  doing it the right way.  Everything was done ethically

22  and sound.

23      Q.     So who were the owners?

24          And I'll get back to the comment about the

25  Tesla here in a second.  But who were the owners?

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 25 of 100   PageID #: 1087

1        A.        So, officially, on paper, it's -- I found

2   out six months later Michael Atnip.  Which is Craig

3   Kelley's husband, boyfriend, life partner.  Whatever

4   they are.

5                And -- but Craig Kelley is the active owner.

6                And then, apparently, Sarah Kirkland is a

7   part of the ownership group as well.

8                Then, apparently, another person you talked

9   to, Jason Horton, said he has some stake in the game.  I

10  don't know that for a fact.  That's all he said/she

11  said.

12               So that's the sad part.  Like, I was reading

13  what you guys are looking for from me.  Right?  I can't

14  really tell you anything because of the fact they

15  isolated everyone.  Right?

16               So the sales group was isolated from the

17  marketing group.  They actually pitted the marketing

18  group against the sales group.  So if you, you know, had

19  any kind of complaints or anything to say with the

20  marketing group it was just shot down.

21               Well, then the operations side, which is

22  where Sarah Kirkland -- they stay hid in the corner.

23  You're not allowed to talk to installers.  They would

24  get mad.

25               So I had built relationships with a few of

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 26 of 100   PageID #: 1088

1   the inside people, like the permits department.  Things

2   like that.  And I would call and ask about status of

3   jobs.

4            Because, you know, when a client is calling

5   you 60 days after -- and you're told to tell them

6   four-to-six-weeks install time.  And 60 days after they

7   haven't even seen a panel.  You know, you call and start

8   asking.  Things like that.

9            Well, once they found out I was asking, that

10  was shut down as well.

11           So they pinned everyone against each other

12  and kept it isolated.  So there's really -- you're going

13  to have to find the group, core group of every section

14  in order for you to get the answers you're looking for.

15           Because -- I mean, Shawna said she doesn't

16  know anything.  And she was the VP of sales.  Right?

17           So if she's a vice president and she was

18  with the company since startup with Jason Horton, if

19  they don't know anything, none of us are going to know

20  anything.  Because they kind of washed it all out and

21  would not let it get to us.  If that makes sense.

22       Q.    Yes.  You said that you don't know the exact

23  relationship between Michael and Craig.  Is that just

24  stuff that you heard through the grapevine, or did they

25  ever make a representation to you that they were either

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 27 of 100  PageID #: 1089

1  married or in a long-term relationship?

2       A.       People that have known them that I know

3  know, they've kind of made it -- you know, I was

4  unaware.

5            You know, first question I asked was who was

6  the veteran.  Because they say they're veteran owned and

7  operated.  So I was just trying to find out who the

8  veteran was.  You know, first of all, so I can show my

9  gratitude for his sacrifice for the country.

10            Well, nobody could tell me.

11            Finally, after I moved up a couple of levels

12  in management, come to find out Michael was in the

13  Air Force for a few years.  So that's how they're saying

14  that they're veteran owned and operated.

15            And, apparently -- and, you know, these

16  people have also shared they've been to dinner with

17  Michael and Craig.

18            Also, Michael's nephew worked for me in the

19  office in Alabama.  So that's how I found out that

20  things were really going downhill.  And that's why I

21  left in Alabama.  I walked away from a significant

22  amount of money.

23            I want to say they owed me between 50- and

24  80-grand in commissions.  I walked away because not all

25  money is good money.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 28 of 100   PageID #: 1090

1         So, at that point, you know, when your guys
2 aren't getting paid, but your owner is flying a personal
3 jet into Huntsville, Alabama, to take his father out to
4 dinner on a Tuesday night, You know, you have 40
5 employees that are calling you every single day.  And
6 you're having to pay their light bill out of your pocket
7 and water bill out of your pocket, give them gas money
8 to make appointments.

9         At that point, that's when I knew it wasn't
10 right for me anymore.  So I stuck around for another
11 45 days trying to build as much money -- get as much
12 money out of what's called a "pipeline."  Which is your
13 sales.  You build a pipeline with sales, you know, as
14 the commissions come in.

15         So I tried to get as much money as I could.
16 For example, my last 30 days I went zero for 64.  I was
17 talking people out of going solar.  I had multiple
18 people that were like, "Why are you telling me not to do
19 this?"  I'm like, "Solar is really good, but you should
20 really look into some other options."

21         Because of the fact nothing was getting
22 fulfilled.  They wasn't pulling permits properly.  They
23 wasn't putting panels on the homes.  If they did, they
24 were putting panels on the homes and then running off
25 and not following up to do the process to make the

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 29 of 100   PageID #: 1091

1   panels work.

2            So, you know, I guess that was about 60 days

3   before I left.  Maybe 90.  They started the whole

4   "paneling the roof within two weeks" thing.  They didn't

5   announce it.  It just started.  You know, you started

6   getting paid a little quicker on your back-end pay.

7            And so they're like, "Yeah, we're putting

8   panels on the roof in two weeks."  And I'm like, "That's

9   incredible.  Before you couldn't even do it in eight

10  weeks."

11           You know, but they wasn't doing the

12  electrical.  They wasn't pulling permits.  They was just

13  going out there installing panels and brackets so they

14  could claim that they were installed so they could get

15  the loan payments from the lenders.

16       Q.    So that's how they got the money from the

17  lenders?  Just by putting the panels on the roof?

18       A.    Yes.  Because, technically, that means that

19  you're installed.  It's -- in the solar loan industry,

20  the way it works is you get paid a portion upon the

21  contract.  Typically, it's 50 percent.  But it could be

22  30 to 50 percent.

23           And then you'll get paid the final portion

24  once the customer acknowledges that the panels have been

25  installed on the home.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 30 of 100   PageID #: 1092

1          So it's not what you called "PTO."  Which is

2  turned on, operating, performing.  It's just the panels

3  on.

4          But I will tell you this:  Since then

5  there's a lot of companies that cracked down on that.  I

6  want to say Pink Energy and Solar Titan have definitely

7  made their way -- you know, they've made a lot of these

8  loan companies change their ways.

9          So now they're actually not only -- they're

10 asking for notice to proceed before they even pay you,

11 you know, the 20 percent upfront.

12         So they're not giving the money out because

13 of the fact that all these customers are calling and,

14 you know, wanting their -- get out of the loan.  Because

15 they're in a 20-year, 25-year loan, and they're having

16 to pay two bills at once.  And that's not what I signed

17 up for.  I signed up to help people and change their

18 lives.

19         You know, one of my first customers was a

20 74-year-old lady.  Her husband of 48 years had died two

21 weeks before I sat down with her.  And she was literally

22 cutting up her medicine, her 30-day supply of medicine

23 into threes trying to make it 90 days because she

24 couldn't afford her medicine, lights, and all that.  She

25 didn't know what she was going to do.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 31 of 100   PageID #: 1093

1          And so I personally helped the lady out.  I

2   paid some money on her bill for her.  And we got it to

3   where she could go solar and save on her light bill.

4   And that made her life a little easier.

5          That's why I joined.  It was more about the

6   opportunity not only to help myself financially, but

7   also doing it in a way that you're benefiting the people

8   around you.  You're creating a better opportunity for

9   less fortunate people.

10     Q.     You mentioned that you worked with Michael's

11  nephew.

12     A.     Yes.

13     Q.     What was Michael's nephew's name?

14     A.     If you wouldn't have told me -- wouldn't

15  have asked me, I could have told you.

16          Justin Fowler.

17     Q.     Justin Fowler?

18     A.     Yes.  In Huntsville, Alabama.

19          So I learned a lot about them in that

20  process.  He actually left the company not long after I

21  did.

22          You know, I had personally groomed him.  He

23  had never done sales before.  So he kind of -- you know,

24  I kind of brought him in, just because I like him.  He's

25  a really good guy.

1           And when he started asking questions I knew

2    there was a problem.  Because, you know, you're the

3    owner's nephew and you're asking why are these installs

4    not being done, why are these reviews so bad.  Because I

5    never looked at the reviews until him.

6           He pointed out the reviews.  So I started

7    looking at the reviews.  And I'm like -- because when I

8    first started it was 4.7, A+ BBB.  You know, "Heck,

9    yeah.  This is a great company to work for."  So I never

10   looked at them again.

11          I saw -- I thought what I was seeing on a

12   daily basis we were doing great.  I mean, the company

13   was going forward.

14          And so I was like, "What are you talking

15   about?"  So I looked at them.  And I was like, "Holy

16   cow."

17          And then I started seeing personal customers

18   on there.  So I'd reach out to my personal customers and

19   try my best to get it fixed.  Which I did for most of

20   them.

21          Now, some of them I just couldn't.  You

22   know, it just -- still, hopefully, they got them fixed.

23   I don't know if they ever did.  It's unfortunate.

24          And like I told two of the last customers

25   calling me, "Look, I didn't get paid off of you either.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 33 of 100   PageID #: 1095

1   I didn't paid for signing you up."  So.

2        Q.     You also mentioned that Craig was an active

3   owner.  But --

4        A.     Operating manager, I guess.

5        Q.     Okay.

6        A.     He has -- everyone knows he's the owner.

7   Everyone knows who he is.  But nothing's in his name.

8   And a lot of that is from when I've done research before

9   I left as well.

10              You know, there's judgments against him.

11  And so I'm assuming it's more of a "I'll operate it,

12  honey; you put this is your name since your credit is

13  not ruined like mine is."

14              That's assumption.  That's he said/she said.

15  That's not worth nothing.  But.

16       Q.     Did Justin ever talk about the relationship

17  between Michael and Craig?

18       A.     Oh, they're together.  They know they're

19  partners.  He referred to them as partners.  Craig's

20  been around all this time.

21       Q.     But he doesn't know if they're married?

22       A.     They have a kid together.  He told me that

23  they had a kid.  I didn't know they had a kid.

24       Q.     They adopt?

25       A.     If I remember correctly, he said that

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 34 of 100   PageID #: 1096

1    they -- I guess they had a -- paid for a lady to carry

2    it.

3              What is that called?  A -- something with an

4    "S."

5        Q.      Yeah.  I don't know off the top of my head.

6        A.      I told you, I played football.  I used my

7    head for a lot of things.  Math and vocabulary wasn't

8    one of them.

9                (Laughter)

10   BY MR. KEEN:

11       Q.      Same here.  I don't know how many

12   concussions I've had, you know, playing football in high

13   school.  But it's more than a handful, I'm sure.

14       A.      I laugh at these kids now.  You know, you

15   see them, they're like, "Oh, my head hurts.  I'm out for

16   two weeks."  I'm like, "Man, I remember my coach hitting

17   me on the back of the head after I just had a head-on

18   collision, you know, telling me to get back out there."

19             But, yes.  You know, I'm -- I know for a

20   fact they live together.  They -- you know, they go to

21   family functions together.  They have a kid together.  I

22   mean --

23       Q.      You just don't know if they're married?

24       A.      I don't know if they're legally married.

25   No, sir.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 35 of 100   PageID #: 1097

1    Q.    What about Dale Roden?  Was he involved in

2  the day-to-day operations?

3    A.    That guy is -- wow.  Yes.  That's when

4  everything went downhill, man.

5          When I first started there was a gentleman

6  named Ernie Bussell, who was the engineer.  He was the

7  one -- he was amazing.  All the work was top-notch.

8  High quality.  It was done timely.

9          Well, Dale Roden came in.  And about two

10 weeks after, magically, Ernie got fired.  Well, that's

11 when Dale Roden I guess came up with the whole "panels

12 on the roof" thing.

13         Ernie won't really -- I've talked to Ernie a

14 couple of times.  He wouldn't say why he left.  He just

15 said -- I was like, "I figured it was something like me,

16 ethical reasons."  And he goes, "Absolutely.  Ethics was

17 a huge part of it."  And I go, "Okay."

18         But that guy's a joke.  Dale Roden's a joke.

19    Q.    Why do you say that?

20    A.    It's just -- you know, one time we had a

21 dinner.  We had a manager's meeting and we went out to

22 dinner.  He was there with his team.  And he came over.

23 And this is the first time I ever got to sit down with

24 him face-to-face.

25         And I go, "Man, let me ask you something.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 36 of 100   PageID #: 1098

1  Are we -- are these -- are the size systems that we're

2  doing, are they are producing what they need to produce

3  for our customers?"  And he goes, "I can't tell you

4  that.  I was told not to say anything about that."  And

5  I go, "Look, man, I need you to let me know."

6              Because I only wanted to know for the

7  customer.  Right?  "Because if I'm telling these guys

8  60 percent, and the system size that you're telling them

9  80 is really only 40, then I'm -- somehow I'm lying to

10 them anyway, even though I'm already trying to go

11 underneath the expectations."  And he was like, "I'm not

12 allowed to tell you that."

13             Well, a month later they resized the system.

14 So they -- a chart came out.  But this was about the

15 time that everybody found out that you guys were

16 investigating.  That was right about the time I was

17 letting go of my duties as well.

18     Q.      So what does "resize the system" mean?

19     A.      Okay.  So the way it works, the way Solar

20 Titan works is they give you a list.  Really, most of

21 those guys do not know how solar works.  I did not know

22 how solar works until I started doing research when

23 everything just seemed way too fishy.

24             So, basically, what they would do is, you

25 would go in and you would get a bill.  And you would add

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 37 of 100   PageID #: 1099

1   up their yearly average.  And you would divide it by

2   12 months.  And then it would say 1,400 kilowatts is

3   your monthly average kilowatt consumption.

4           Well, they had a book, a sizing chart that

5   you use.  So you would go to the 1,400, and then you

6   would go two systems down.  Then you would go three

7   systems below that for the smaller system.

8           Well, I never did that.  I would always go

9   where it's at.  So if it was 1,400, say, 8-kilowatt

10  system, I would do a 8-kilowatt, and a 6-kilowatt for

11  the smaller one.  And then I would encourage them to go

12  with the smaller one.  Which was what they promoted as a

13  50 to 60-percent offset.  And the reason being it was

14  close.  It was close.

15          But 1,400 kilowatts really should be about a

16  1,300-kilowatt system.  But the thing is, when you're

17  charging 675 a kilowatt, plus you're charging $17,500

18  for a battery, you can't price that because they're

19  average power bill is $200 a month.  So now you're

20  charging this ridiculous amount for what they really

21  need.

22          But their monthly finance fee would be

23  347 -- 400.  Plus, they would still have 50 to 60

24  percent of their power bill.

25          I'm assuming -- I mean, I don't have proof

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 38 of 100   PageID #: 1100

1  of this.  I'm assuming the reason why the book was laid

2  out the way it was is because it was a little smaller

3  system which made it cheaper.  So it made it make more

4  financial sense for the homeowner.

5       Q.      You said "the book."  Is that like a guide?

6       A.      They give you a little pitch book.  Right?

7  And the pitch book, it comes with a sizing chart, a

8  sizing guide.

9       Q.      You still have a copy of that pitch book?

10      A.      No, man.  I threw all that stuff away in

11 their office in Huntsville.

12              When I left I -- I had prepared, so when I

13 left my house that -- because the way my operations

14 worked was I would leave my house Monday morning, go to

15 whatever territory I was in, and then I would come back

16 Saturday night or Saturday morning.

17              Well, when I left this week, I left on

18 Thursday my last week.  And I had planned for it before

19 I left the house.  So I brought every Solar Titan shirt,

20 hat, sweatshirt, jacket, book -- everything I had.  And

21 I put it all in their office.  All their computers I

22 had.  Everything.

23              I did not tell them I quit until that Friday

24 when my check hit.  Because I was due a $12,000 bonus.

25 So once the check hit I sent in my resignation letter.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 39 of 100   PageID #: 1101

1    Q.      When did you quit exactly?

2    A.      June 1st of this year.

3    ~~Q.      You said you sent in your resignation~~

4 letter.  Did you just send them an e-mail?

5    A.      I sent four people an e-mail.  I sent

6 Shawna, John Carroll, and the HR lady an e-mail.

7            And I -- you know, basically, I was really

8 short and simple.  I didn't go into -- like a lot of

9 these people's resignation letters I've seen, like

10 Shawna's was basically a litigation.  She just basically

11 cleared herself of all kinds of -- mine was real short

12 and simple.

13           "Due to ethical concerns and -- due to

14 ethical concerns and due to the fact that I cannot lie

15 to my employees anymore, I'm resigning position

16 effectively immediately."  And that's just the way it

17 was.

18    Q.      Did they send you like a no trespassing?

19    A.      Yes.  I laughed.

20           Then they called me because I had a $40,000

21 check from a customer that I did a cash deal.  They

22 called me like two hours later.  I was like, "Wouldn't

23 it be trespassing to bring you a $40,000 check?  But

24 don't worry."  I deposited it in their account, though.

25    Q.      Okay.  Sarah Kirkland, did you ever have

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 40 of 100   PageID #: 1102

1   interactions with her?

2       A.      No.  She stayed in a locked-up office.

3   That's another red flag.  When they put their finance

4   team and her in this sealed up door that you can't get

5   into with bulletproof glass and at this building they

6   had three armed guards.

7               I'm like, "Why do you have armed guards at a

8   solar company?  Like that's -- that doesn't make sense."

9               I've seen some shady business.  Heck, dude,

10  I sold steaks door-to-door out of a truck, and those

11  guys didn't even carry guns.  So I don't know.

12      Q.      You said they had armed guards?

13      A.      Yes.  You cannot get in the building --

14      Q.      Okay.  Just for the building.  Okay.

15      A.      Yes.  So for the building.

16              But they walk them out to their cars and

17  everything.

18      Q.      Why do you think that was?

19      A.      Why do you think that they're issuing

20  restraining orders as we resigned one at a time?  Right?

21              You know, look, there's a lot of people that

22  Craig Kelley and them guys are screwing over.  Like I

23  said, they owed me 50- to 80,000.  I can tell you about

24  six other employees who they owed 20- to $40,000.

25              I mean, that's a whole lot of money.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 41 of 100   PageID #: 1103

1  Eventually you're going to have the wrong guy.

2      Q.      Yeah.

3      A.      You know?  Or gal.

4              MR. HILL:  No offense, ladies.  It could

5  be a gal as well.

6      A.      (Continuing) That's a lot of money.  I mean,

7  especially when you're causing people to go bankrupt.

8  Not only your employees, but look at your customers.

9  You're ruining their credit.  You're taking hard-earned

10 money from their families and putting it into what?  An

11 idea.

12             You know, solar is a great industry.  It's a

13 great product.  It's a heck of an opportunity for us to

14 better our earth and give people an opportunity to kind

15 of control their finances rather than letting big energy

16 do it.

17             But when you're not fulfilling any of your

18 promises to your employees or your customers, there's a

19 lot of angry people out there.  The one thing about the

20 hills of Tennessee, those boys know how to shoot.

21             So I would say that that would be my guess.

22 BY MR. KEEN:

23     Q.      Alicia and I were just talking the other

24 day.  We got into a conversation about the Hatfields and

25 McCoys in the hills of Tennessee.  So I know what you're

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 42 of 100   PageID #: 1104

1  talking about.

2      A.      There's people that worship those guys still

3  around here.  You know, it's wild.  And for them just to

4  blatantly do it.  You know?

5              And I think that me personally, it got to

6  the point where I couldn't sleep.  You know, my wife was

7  like, "What's wrong?  You're not this guy.  You're not

8  an angry, depressed guy.  What's wrong with you?"  And

9  I'm just like, "I just feel like everything I'm doing is

10 corrupt."  She was like, "Okay."

11             And I go, "So I'm leaving.  I'm just trying

12 to get as much money as I can out of what they owe me."

13             Because I was on the road.  I was the one

14 that went on the road five days a week and six days a

15 week.  So with that, being away from my family, I wanted

16 to get as much of my compensation I was owed as I could

17 at the time that I left.  And that's what I worked for.

18     Q.      Well, I'm going to ask Alicia and Tessa if

19 they have any follow-up questions related to some of the

20 stuff that we talked about.

21     A.      Okay.

22                 MS. DANIELS-HILL:  I do have a few

23 follow-ups.

24 BY MS. DANIELS-HILL:

25     Q.      So you said that Craig Kelley was

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 43 of 100   PageID #: 1105

1  essentially an active owner, just not on paper.  What

2  led everyone to thinking that he was the -- like, really

3  an owner but was just not on paper?

4       A.      One thing about salespeople is they talk.

5  Right?  We get paid to talk.  More importantly, if you

6  hurt people's feelings, truths come out.

7            Shawna Kelley was recruited by Craig -- or

8  Shawna Helton was recruited by Craig.  So was Sam

9  VanHooser.  So was a few other people who were

10  personally recruited by this man.

11            So he's in the place of -- I've heard

12  ass-chewings -- excuse my language -- butt-chewings.

13  I've been outside of the door when there was cursing

14  and, you know, performance things and things like that.

15  Every day.

16            You know, it got to the point where Shawna,

17  myself, and Sam, we kind of were the top.  Right?  Of

18  the management on the sales side.  So every single day

19  we would have to deal with Ms. Helton crying and

20  frustrated because Craig cussed her out for two hours.

21  Things like that.  So that's how I know.

22            Also, like two weeks before I left I liked a

23  former employee's new LinkedIn.  They called me at

24  2:00 a.m. because Craig had seen me liking his new

25  company that he started.  So it was like, "He's going to

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 44 of 100   PageID #:
1106

1  leave us.  He's going to take the money."  All this.

2          And you don't know if you're not a managing

3  partner.

4      Q.      So Craig has another company that he

5  started?

6      A.      No.  The guy I referenced earlier that was a

7  great installer.  So he opened his own company.

8          And, actually, his target audience is fixing

9  Solar Titan's mistakes.  So he was like, "Look, if they

10 screwed you over, call me.  I'll come out and try to do

11 my best to get you going."

12          And so I liked his post.  Because I thought,

13 heck, yeah, man.  I'm always for helping the next man

14 up.  I mean, look, if you're doing what you can to

15 better your family and yourself, I'm always going to

16 support that guy.  And, apparently, you can only do that

17 with certain people.  So.

18     Q.      Who was the name of that guy that started

19 his own business?

20     A.      His name is Ernie.  I can't remember his

21 last name.  I'm pretty sure you guys have his name from

22 one of the people because --

23     Q.      That was Ernie Bussell that you referred to?

24     A.      Bussell.  Yes, ma'am.

25     Q.      Okay.  And you said that you were told

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 45 of 100   PageID #: 1107

1  people -- or I'm sorry.  You were told to tell people

2  four to six weeks.  Who told you that the installation

3  time was four to six weeks?

4      A.      It was on the material that we had.  It was

5  part of what they called "the company credibility."

6  Which I stopped using like a long time before I left.

7          So on that company credibility you would

8  basically, you know, veteran owned and operated company,

9  American-made products.  Which is a lie.  They started

10  buying the cheapest crap they could find.

11          And then it was also, you know, quickest

12  install time in America.  Four to six weeks on your

13  roof.  That was part of the pitch that they taught that

14  they made you memorize.

15      Q.      And then you had talked a little bit about

16  what Justin said about Craig and Richard's relationship.

17          Were you aware of like the house that they

18  purchased?  How large it was?  Any of the other

19  purchases?

20      A.      Which one?  Which house?

21          I mean, everyone knew.  It all started

22  coming out.  That's part of -- you know, when he told

23  us -- when Justin mentioned they flew in on their

24  private jet; you know, he also mentioned that they had

25  bought a property in Guntersville Lake in Alabama and

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 46 of 100   PageID #: 1108

1   they were clearing out lots to build their house there

2   next to his parents' house.

3           So, you know, it just started -- and then,

4   you know, come to find out they had bought a charter

5   company in Florida.  Destin, Florida.  And they had like

6   30 yachts or something that they rented out.  Things

7   just kept on coming out.

8           And it's like, "Wait a minute.  But you owe

9   me $20,000, and you owe this guy $30,000."

10          You know?  I don't know if that makes sense.

11      Q.      Yeah.  That makes sense.

12          And then when did Justin actually start

13  working there at Solar Titan?

14      A.      It wasn't long before I left.

15          Let's see.  We opened in Alabama March.  So

16  I'd say May.  Because they send me to Alabama March 1st.

17  So I would say he came the following month.

18      Q.      March 1st of this year?

19      A.      Yes.

20          Then he left in June as well.

21      Q.      You said that there were red flags.  And you

22  mentioned some of them.  But I want to make sure that

23  we're not missing any of the red flags that you noticed.

24      A.      It was a lot.  It was manipulation

25  constantly.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 47 of 100   PageID #: 1109

1          Like, okay.  For example, you're a

2   well-decorated attorney.  Right?  But in your -- right

3   now your position is assistant.  So you're letting Sam

4   run the show.  And you're just there for added purposes.

5          Well, how would Sam feel if you held the

6   conversation and you would not let him talk?  It's out

7   of character.  You shouldn't do that because your

8   position in this certain position right now is right

9   here (indicating).

10         Well, when the marketing director -- or I'm

11  sorry.  The training director, which is John Carroll, is

12  telling salespeople what to do; controlling

13  salespeople's pay; controlling, you know, what the

14  overall numbers are, he's the one that did all the

15  numbers every month to tell you what you're -- and it

16  was just red flag, after red flag, after red flag.

17         And eventually it got to the point I

18  couldn't ignore it anymore.

19     Q.     Was there one red flag in particular that

20  actually tipped things to where you were like, no, I

21  don't think this is an honest company?

22     A.     All my employees were broke.  And this guy

23  was flying a personal jet from Knoxville to Huntsville,

24  Alabama, to take his dad out to dinner.  You know,

25  they -- I was having them calling me like, "You need to

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 48 of 100   PageID #: 1110

1  tell this guy to calm down."

2          You know, they were sending out e-mails

3  saying that they were going to send you a check for

4  $2,800 this Friday.  That's what your expected pay was.

5  And then that Friday you got $200, $50, $500.  You know?

6          But this guy is buying a house in Destin.

7  You know, this guy has bought half of a really nice area

8  here in Knoxville in a high-end neighborhood.

9          I mean, it's got to be $200,000 an acre

10  where he's buying in Westland here in Knoxville.  Acres

11  and acres.  And they're making me have to go these

12  offices, look these employees in their eye, and say,

13  "Hey, man.  It's going to be okay.  Go out there and

14  sell some more.  Go sell some more, man.  You're going

15  to be paid eventually.  Just keep on selling.  I can't

16  help that your kids don't have no food; your lights are

17  turned off.  Just go sell something."

18          I'm not a liar.  I don't believe in hurting

19  people.  I only want to help people.  I believe you

20  create the world that's around you.  So if you put off

21  positive energy and you create smiles and you do good

22  onto others, then your life will be positive.  You will

23  receive the same as what you give.

24      Q.      And then do you remember the address for the

25  office that's in Huntsville?

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 49 of 100  PageID #: 1111

1      A.      I probably can see.  I mean, I had to GPS it

2 every day for two months.

3              It was in the Redstone Arsenal.  Or what was

4 it called?

5              See, they -- that was another thing, too.

6 Their offices are like 10-by-12 inside of like co-op

7 buildings.  Right?

8              So like it's an office, so to speak.  But

9 it's -- I mean, you probably know.  You're a lot younger

10 than me.  You guys probably -- those little coffee spots

11 where like you can have a mailing address to a business

12 or whatever but for the building, it's like a closet.

13             So like three people can go in there, and

14 that's all you can do there.  That's what it was.

15             But it was at the Redstone Arsenal.  I can't

16 remember the name of -- what was it?

17             I can't remember the name of the complex.

18      Q.      That's fine.

19      A.      Spaces at Redstone Arsenal.  And the address

20 is 4100 Market Street Southwest, Huntsville, Alabama

21 35808.

22             MS. DANIELS-HILL:  Those are all my

23 questions.

24             Thank you.

25             MR. HILL:  Yes, ma'am.  Thank you.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 50 of 100   PageID #: 1112

1  BY MR. KEEN:

2       Q.      So, Mike, you presented in person.  Right?

3       A.      Yes.

4       Q.      How many customers were you able to get to a

5  day?

6       A.      Typically, they would want to put three to

7  four on your schedule a day.

8       Q.      Okay.

9       A.      Finally, there towards the end, I had told

10 them that the workload was just too much.

11              For example, in the Chattanooga office they

12 would have guys in -- they called North Georgia, but

13 they lived in Chattanooga.  They would have to drive to

14 Macon, Georgia.  It's a three-hour drive.  You can't do

15 four appointments a day with a two-hour drive,

16 three-hour drive from appointment to appointment.

17              So there towards -- right before I left they

18 changed it to where it was only three blocks a day.  So

19 instead of 9:00; 12:00; 3:00; and 6:00, it was 10:00;

20 2:00; and 6:00.  So they gave four-hour windows so you

21 could do a good presentation and still have a decent

22 amount of time to be able to travel back and forth.

23              Me, typically, every day it was two to three

24 a day.

25       Q.      And you mentioned that they liked to talk

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 51 of 100   PageID #: 1113

1  about how they're veteran owned.  Did they ever try to

2  target customers who were veterans themselves or current

3  service members?

4       A.     Once again, the marketing was -- Craig is

5  actually the one that operates the marketing.  That was

6  his baby.  So I know that they used different lead

7  sources.  Some of them promoted -- it seemed like we did

8  get a lot of older people.

9              But, no, they did not go after specific

10  targets that I know of.  Like I said, it's so separated

11  that you really couldn't get direct answers.

12       Q.     Do you know how leads were generated?

13       A.     Yeah.  So there's different companies that

14  you can buy leads from.

15              They also started their own little

16  marketing.  So Facebook marketing, YouTube, Google.

17              If you're playing a video game and you need

18  extra points, you've got to watch a little 30-second

19  clip to get an extra token for your game.  They would

20  advertise in there.

21              But they would also buy their leads from

22  other self-generated -- or lead-generation companies.

23  They had about a hundred reps that would make the phone

24  calls to set the appointments.

25       Q.     Tell me a little bit of the price structure

1  of these solar systems.  Is the price set in stone?  Is

2  there any wriggle room for negotiation?

3      A.    No.  I mean, if you want to lose money out

4  of your pocket, there's room for you to negotiate with

5  the customer.

6            So the way they do is, they tell you what

7  your minimum price per kilowatt is.  So, like when I

8  first started, I think it was $4.  When I left it was

9  $5.75.  And that was in a matter of a year.

10            So, basically, you would go -- so every

11  kilowatt is a thousand.  So if you need a 10-kilowatt

12  system, that's 10,000.

13            So let's say $4 times 10,000.  And then the

14  battery would be an additional cost.  So you would have

15  to add that on there as well.

16            And they overpriced their batteries.  So

17  their batteries would be, I think it was $17,500 when I

18  left.

19            So you would do the 40,000 for the kilowatts

20  and then the 17,500.  So the total cost to the customer

21  would be 57,500.

22            Now, that's not including any finance fees,

23  any interest rates, or anything like that that the

24  customer is going to incur for having a 6.99 loan.

25      Q.    All right.  And the cost of the system, did

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 53 of 100   PageID #: 1115

1  that include everything?  Did that include the

2  equipment, the labor, permitting?  All that stuff?

3      A.      Yes.  Supposedly.

4      Q.      Why do you say "supposedly"?

5      A.      Because half the people weren't getting

6  permits pulled.

7              So -- but, yes, that's what the

8  representation to the customer is.

9              So, let's say, the $57,500.  It would be

10 for, you know, that's all-inclusive.  So that's all your

11 permits, panels, and all your labor.  That's everything

12 to get you going.

13     Q.      Did they ever install -- like do work on

14 homes installing these without pulling permits?

15     A.      I mean, like I said, you can't pull a permit

16 in two weeks to put panels on a roof.  I'll just leave

17 it there.

18             I'm still affiliated with the solar

19 industry.  And I'm telling you now, you cannot get

20 permits within two weeks.  So you can use that for, you

21 know.

22     Q.      You work -- you said you work for another

23 solar company right now?

24     A.      I work for myself.  But, yes.

25     Q.      What do you do?

1    A.    I just consult.  So I -- basically, what I'm

2 doing right now is I'm helping a friend build is his

3 company.

4    Q.    Okay.

5    A.    I don't want to work for anybody else again,

6 man.  You see what I'm going through on a Thursday

7 afternoon, right?  I learned my lesson.

8    Q.    Did you-all ever offer customers any

9 rebates?

10         MR. HILL:  That's another red flag,

11 Ms. Alicia.

12    A.    So when I first started it was $2,500.  So

13 they would send you a check for $2,500 four to six weeks

14 after install, is what they would tell you.

15         But you could do different ones.  You know,

16 you would have to call.  That's something the reps

17 couldn't do.  But if they called upper management, they

18 could do that.

19 BY MR. KEEN:

20    Q.    So if a customer is kind of like on the

21 fence?

22    A.    Yes.

23    Q.    And who would you call to do the rebates?

24    A.    Well, you would have to -- even if they

25 called me, because I was one of the leaders at that

1  time, so I would have to get it approved through Shawna

2  or John Carroll.

3       Q.     And did the checks actually go out?

4       A.     That's a great question, sir.  I would tell

5  you that there's quite a few reviews that say no.

6       Q.     But you never heard directly from a consumer

7  saying, hey, I never got my check?

8       A.     No.  Because I didn't offer them personally.

9  That was one of those things that I did with my own

10 personal customers.

11           I took more precautions than I probably

12 should have.  With the fact that I was not comfortable

13 offering some of the things that they putting out there

14 for you to offer.  I should have known to walk away at

15 that point.

16           But the 2,500 bucks, my thought-process was

17 if you need that 2,500 bucks you probably can't afford

18 this.  This is not for you.  That was my approach.  So I

19 never really threw it out there.

20           The only time that I would throw it out

21 there to one of my customers was if they go, "Well, I

22 seen that ad where it said you're going to get 2,500

23 bucks."  And so I would put on the agreement customer

24 seen ad for $2,500 rebate, blah, blah, blah.

25           But that's pretty much -- I never used it as

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 56 of 100   PageID #: 1118

1  a closing tool.  The way I would do it was I would drop

2  the price of the system.

3          So, you know, if they're charging, let's

4  say, 4.75 a kilowatt.  Believe it or not, 25 cents off

5  that kilowatt makes a huge difference.  Because, you

6  know, you do that -- you do 25 cents off of a

7  10-kilowatt system, that's $2,500.

8          So instead of giving them a check, I gave it

9  instantly.  So they get to see the benefits right there

10 before their eyes.  So pre-finance it's going to be

11 $2,500 less.  That way it's going to save them on their

12 monthly expense and they get to see the reward instantly

13 rather than waiting on someone to mail it to them.

14     Q.     Makes sense.

15            What about a tax credit?  Did Solar Titan

16 ever tell you to try to tell folks that there's a tax

17 credit involved with purchasing these?

18     A.     Yes.  So if you were not careful it could be

19 misleading.  And they never told you -- I will say this:

20 They never said to go tell people, hey, you're going to

21 be guaranteed to get it.

22            It is in the pitch.  It is part of their

23 pitch.  Right?  Their price breakdown when you present

24 it to the customer.  It's got the before tax credit, the

25 after credit tax on it.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 57 of 100   PageID #: 1119

1           But the ones that were doing it right were

2   filling out the information in the beginning.  So.

3           And we knew that if you were not currently

4   making more than $40,000 a year and you did not earn

5   income yearly that tax credit did not mean nothing to

6   you.

7           So the ones that were being successful, they

8   were finding the information from the beginning.

9   Because the way you present it, you don't want to upset

10  someone.  Right?

11          So let's say that I was with your mom and

12  dad.  They're retired.  Well, I tell them that, hey, the

13  cost of the system is only going to be 28,000 after this

14  tax credit.  And they're like, "Oh.  That's a credit.

15  We don't work.  Oh, man, that's going to be $50,000."

16          So if you find out that they don't work in

17  the front end and they don't have any kind of taxable

18  income, so no rental properties and no kind of earned

19  income, then you don't present that.

20          So at that point I would just be like, "Hey,

21  guys, look.  This is the best I can do for you."  And me

22  personally, I would drop it down as low as the company

23  would let me go for those senior citizens and things

24  like that.

25      Q.      But the pitch included the tax credit

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 58 of 100   PageID #: 1120

1  regardless of the customer.  They didn't have like a

2  separate pitch for different customers?

3       A.      Yeah.  So at first it was, you know, this

4  system does qualify for a 26 percent tax credit.  It

5  does.  It really does qualify as long as you qualify for

6  it.

7            That's where, unfortunately, you know, some

8  people were misrepresented.  I can't say that the

9  company was pushing them to that.  Unfortunately, there

10 were some people that were just money hungry.

11           So there were some reps that were saying

12 what they had to say to get a contract so that they can

13 make their measly 4 percent, 5 percent.  Whatever it was

14 they were paying.

15      Q.      What about the inspection process?  Were you

16 familiar with the inspection process at all?

17      A.      No.  So they -- it's a totally different

18 department locked up in the back of the building.  No

19 communication.

20      Q.      So you-all were -- you said, I think you

21 used the word "silo."  You-all were kind of separated

22 from --

23      A.      Yes.  So everything is separated.  Like,

24 they did not want cross-communication.  I mean, it's a

25 smart way -- if you're going to con 500 people that work

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 59 of 100   PageID #: 1121

1  for you, the smart way to keep it going for as long as

2  you can is to keep them from being able to communicate

3  the things that they're seeing.

4            And so -- I mean, that's an assumption.

5  That's something I can't really back up.

6            I would say why wouldn't you want your

7  people to communicate?  A happy workplace with nothing

8  to hide.  You talk to the person on the first floor when

9  you go to your twelfth floor.  Right?

10           But if you're not allowed to communicate

11 with anybody on the first floor, then why not?

12      Q.      It's like another one of those red flags?

13      A.      Yes, sir.

14      Q.      What about the manufacturers?  What brand of

15 solar systems did you-all install?

16      A.      Let's see.

17           When I first started they were very proudly

18 using Q Cells and Generac.  Q Cells is an American

19 manufacturer that's in Dalton, Georgia.  It was a great

20 pitch considering you're a veteran-owned company.

21 All-American.  Right?

22           And then towards the end they were using the

23 cheapest crap they could find.  I think it was called

24 Cheetah or something like that.

25      Q.      You said Q Cells was in Dalton, Georgia?

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 60 of 100   PageID #: 1122

1        A.        Yes.  They have a huge plant down there.

2        Q.        But they stopped using Q-Cell when?

3        A.        They would not even talk to you about that.

4   The only reason I knew they wasn't using Q Cells is

5   because one of my customers called me and was like this

6   panel says Hanwha.  That's not the same as what you're

7   talking about.  And I was like, "What?"  And he sent me

8   a picture.

9             So I go to them saying, "Wait a minute.

10  What are you doing?"  And they're like, "Don't tell them

11  the name of the brands anymore.  Just tell them it's all

12  high-quality equipment."  And I'm like, "Oh, that makes

13  sense."

14       Q.        The name?  I'm sorry.  Can you repeat that?

15  You said --

16       A.        The box was not the Q Cells.  The customer

17  took a picture and sent it to me.

18            And so I went and was like, "What are you

19  guys doing?  This is not what we're telling these

20  people."  And they're like, "Oh.  That's last -- we're

21  not using those anymore.  They're on back order.  We're

22  having to use these brands because of supply and

23  demand."

24       Q.        What was the name of that manufacturer that

25  the customer took a picture of?

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 61 of 100   PageID #: 1123

1      A.      I can't remember the name of it now, man.  I

2    have to delete my pictures off the phone, too.  I just

3    know for a fact they were not using Q Cells anymore.

4              They said it was because of a back order.

5    But, man, I can show you where 500,000 of them are right

6    now in a warehouse.  What it was is that they are some

7    of the most expensive ones.

8              So Q Cells costs you between $140 and $160 a

9    panel.  Where you can get these Korean panels for about

10   $80 a panel.

11     Q.      I thought that you had mentioned a specific

12   name.

13     A.      Cheetah was one of them.  Hanwha.

14              Yes.  There's a few other names out there

15   that they apparently get used.

16              Because there towards the end it was like,

17   oh, that was last cycle; this is a different cycle.  We

18   have a different cycle of panels now.

19              So they're like don't talk about the brands

20   at all.  Just say "tier 1 equipment."

21     Q.      Were they still advertising that their

22   equipment was American-made?

23     A.      No.  They had changed that.  They did do

24   that.

25     Q.      Okay.

1      A.      I think that was a little persuasion with
2  some people saying some things.

3      Q.      So it took some employees saying, hey, we
4  have got to stop saying that?

5      A.      Well, I mean, when we were asking questions,
6  they were like, oh, we've got to change that.

7              That's the one thing.  That little guy, John
8  Carroll, he'll find a way to manipulate things.  He's
9  good at that.  So they changed that quickly.

10     Q.      What about Generac?  Did --

11     A.      Yes.

12     Q.      Did you-all use Generac systems?

13     A.      All the way until -- I think right before I
14  left or right after I left.

15             I didn't really care about anything they
16  said the last couple of weeks because I knew I was out
17  the door.  I was just buying time getting to that bonus
18  check.

19             But they started -- they went to SolarEdge
20  right before or right after I left.  I can't remember.
21  From Generac.

22             But Generac did unfortunately -- they're a
23  great company.  But they -- their batteries, when it's
24  below 37 degrees, they don't produce properly.  So they
25  actually shut down.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 63 of 100   PageID #: 1125

1          So they -- apparently, this other brand will

2   work up to below 10 degrees or something like that.

3          Q.      How did you find out that Generac doesn't

4   work below 37 degrees?

5          A.      Because I had some really good customers.  I

6   signed up this really wealthy guy.  See, I signed up --

7   in my time with Solar Titan every millionaire I sat down

8   with signed up with me.  Right?

9          You know who the biggest headaches are?

10          Anyway, so after months and months of trying

11   to get him installed, he finally got them installed.  He

12   was ecstatic.  First day it was cold it wasn't working.

13   And it wasn't working again.

14          So, finally, after two weeks of me just

15   sending e-mail after e-mail and picture after picture of

16   it not working, to Dale Roden, they finally go, "Well,

17   Generac doesn't work in the cold.  That's why we're

18   going to have to start looking for a different option."

19          But they did finally get that guy going.

20   I'm glad.

21          Q.      So how long did Solar Titan know that the

22   Generac system didn't work below 37 degrees?

23          A.      That's another one of those privileged

24   conversations I was not a part of.

25          Q.      But your understanding is that they did

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 64 of 100   PageID #: 1126

1    know?

2        A.      I know towards the end they did.  They even

3    announced that's why they were using a different vendor

4    at that time.

5        Q.      Okay.

6                MR. KEEN:  Alicia, do you have any

7    follow-up on any of that?

8    BY MS. DANIELS-HILL:

9        Q.      When did they tell you that the Generac

10   systems weren't going to work under 37 degrees?  You

11   said you were e-mailing because of this customer.

12       A.      Yes.

13       Q.      And then they finally came back and said the

14   systems aren't working below 37 degrees.  When did they

15   tell you that information?

16       A.      It was April.  It was right towards the end

17   of my tenure.  Because -- April, May.

18              Because we had just had a big snow in -- was

19   it May?  I know here we had 7 or 8 inches.  I think you

20   guys seen a lot of snow out that way, too.  Whenever

21   that last snow was, that's kind of when everything --

22   because that customer that I brought up had called me.

23              Because that was the thing, I gave all my

24   customers my personal number instead of giving them a

25   1-800 number.  Because I wanted them to know, hey, I'm

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 65 of 100   PageID #: 1127

1  here with you through this process.  So as things

2  developed for them they would call me and I would push

3  them along to get resolutions to the problem.

4           So I want to say April or May.

5      Q.      I realize that we haven't actually asked you

6  this.  How many sales reps were you overseeing for

7  Georgia?

8      A.      Wow.  Well, let's see.  When I first went to

9  Georgia I built it.  We had 25.  Twenty, twenty-five

10  reps.

11      Q.      And that was the same amount when you left

12  or was it a lot less?

13      A.      That was towards the end of -- like, when I

14  left -- because basically the plan was I would go to

15  Georgia, open it, become a regional manager.  Right?

16  That was the sales pitch:  Go open it; you know, a

17  couple thousand dollars a year.

18           So I went and opened it.  Well, instead of

19  them doing that, they were like, hey, instead of that,

20  we're going to actually promote these guys you've

21  trained to managers and you're going to have go further

22  down south and be a manager with them.  That's not going

23  to fly with me.

24           So that's kind of how that was.

25           So when I left the company they only had,

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 66 of 100   PageID #: 1128

1  because it kind of started filtering themselves out.

2  Seventeen.  Sixteen, seventeen guys when I left in

3  Georgia.

4           And there was another five in Alabama.

5       Q.       Were they going anywhere else?

6       A.       Most of them just left or they were getting

7  fired.

8           Because towards my end John Carroll was kind

9  of stepping in -- his foot into I want to be the boss of

10 the sales side.  So, basically, he was trying to fire

11 people that were not following what he said.  He would

12 have fired me long, long time ago if he could have.

13          You know, because I was the one guy that was

14 like, "No.  That's not true.  I'm not listening to that,

15 man.  When you get done talking let me know and I'll get

16 back on the Zoom.  Because I'm not going to have you

17 tell my guys something that's not true.  Because I'm

18 going to have to be the one to pick up the pieces when

19 it's all said and done."

20          That's -- and so total sales guys between

21 Alabama and Georgia when I left was about 25.  Kentucky,

22 they had probably 20, 25.  And in Tennessee, 20, 25.

23          So together they had, I would say, between

24 60 and 100 sales reps would be my guess.

25      Q.       I'm sorry.  I probably asked the question

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 67 of 100  PageID #: 1129

1  wrong.

2          Was Solar Titan looking to go into any other

3  states at the time that you left?

4      A.     Yes.  Virginia was supposed to be my next

5  stop.  Florida.  That's pretty much it.

6      Q.     Okay.  And --

7      A.     They're not doing that now because once I

8  left, you know -- I'm trying to be humble.  Once I left,

9  it was a big splash.  Right?

10          Because how does this guy produced all these

11  numbers and he's built all these guys and he just quit.

12  So a lot of people started noticing things, and they

13  started leaving.

14          So from what I hear when I was there we were

15  doing between 10 and 20 million a month.  And from what

16  I hear they're down to doing a million, 2 million a

17  month.

18          Did I answer that one correctly, Ms. Hill?

19      Q.     Yes.

20  BY MR. KEEN:

21      Q.     So sounds like there was a lot of turnover,

22  then, especially towards the end of your time there?

23      A.     Yes, sir.

24          Not really on my team.  My guys stayed with

25  me the whole way through.  The ones that left were

1 family members of the owner.  Right?

2            And, you know, guys in different areas.  The

3 guys in Kentucky, apparently.  Louisville.  I guess you

4 guys are aware of the Louisville news stories and all

5 that.  It came out before everything.

6            The Atlanta one came right after.

7            So as those news stories came.  People

8 started noticing things.

9            The one in Georgia didn't bother me that

10 much.  It was bad training.  That was where -- that was

11 under the guys that instead of -- if I would have still

12 been in Georgia that wouldn't have happened.  Right?

13 Because that's not -- they're never trained to say that.

14 They shouldn't be trained to say that.

15            But they put these two young guys that

16 weren't ready to be a manager in position to save

17 themselves from having to pay me money, basically.  So

18 that one wasn't so bad.

19            But the one in Louisville was horrible.

20            And the one in Nashville I saw, I think the

21 one I saw in Nashville was horrible.

22            But the one in Atlanta was just a young guy

23 that used the wrong words and was under the wrong

24 impression and said the wrong information.

25            But a lot of that comes from the lack of

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 69 of 100   PageID #: 1131

1  training that they do.  Because they literally put you

2  in a training class for a week.  That John Carroll guy.

3  Right?

4           And what they do is they make you memorize

5  and write down verbatim their little pitch.  They don't

6  teach you the ins and outs and how -- you know, all the

7  legalities of the restrictions for the tax credit and

8  things like that.

9           And so when they go in the field, these

10  young guys go in the field, they're not prepared to

11  truly be a quality consultant because they don't really

12  know what they need to know to lead people in the right

13  direction.

14           And there towards the end, all they cared

15  about was putting appointments on the books.  More and

16  more appointments.  Get as many sales appointments as

17  you can.  Just sell, sell, sell.  And so you were having

18  people who was with the company a week running solo

19  appointments.

20           The guy in Atlanta, the video you-all saw,

21  he had only been with the company two weeks.  Maybe

22  three.  It wasn't a long time.

23       Q.      You said a lot of these guys are young guys.

24  So was Solar Titan hiring young people like right out of

25  high school?  Right out of college?

1      A.      They'd hire a homeless man if they could,

2 man.  It was whoever answered ads.  They had no -- well,

3 John Carroll, if he interviewed, he thinks that his

4 training is for elevated -- like he would try to recruit

5 you.  Right?

6           But, for the most part, towards the end it

7 was whoever was willing to drive from wherever they were

8 at up to Tennessee to do their training class for a

9 week.

10     Q.      And I'm actually not familiar with this

11 Atlanta story.  You said there was a young kid who said

12 something wrong.  He was just three weeks in.

13     A.      Yes.

14     Q.      What was it that he said?

15     A.      The tax credit, he told a lady that was

16 retired she was going to get the tax credit.  He also

17 told her that it was going to be 100 percent offset for

18 her power.

19           And that's two things that -- even Solar

20 Titan, as much as I despise their ethics, they made sure

21 you knew not to say 100 percent offset.  They'll let you

22 say 90 percent, which is a lot.  But they wouldn't want

23 you to ever say an absolute number of 100 percent.

24           You know, and then the tax credit.  If you

25 don't apply yourself with all the laws, you can mislead

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 71 of 100   PageID #: 1133

1  people.  But if you do apply yourself, for example, I

2  don't know if you guys know this, but Section 26A of the

3  tax you can get up to 50 percent of your rebate on solar

4  next year according to the tax code, as long as it's 40

5  percent of this and 80 percent of that.

6              But if you don't do -- if you don't do that

7  homework and study, you're never going to know that.

8  They did not teach you that.

9      Q.     What about Mr. Carroll, do you think he

10 would ever encourage, especially some of these younger

11 sales folks to maybe push the boundaries a little?

12     A.      That guy is a snake, man.  He -- they come

13 from timeshare.  I guess you know that.  Right?  So the

14 way they sell is the art of manipulation.

15              And so, yes -- I mean, in a way.

16              Now, he covers his tracks really well.  And

17 what he says out loud is the opposite of what he's

18 showing you to do.  It's more of a "don't do as I do, do

19 as I say" kind of situation.

20              I would say he probably more leans towards

21 not telling them everything, would be my guess.

22     Q.      Now, besides Justin, did any other family

23 members, that you know of, of either Craig, Sarah, or

24 Michael -- Richard, whatever his name is, work there?

25     A.      Yes, sir.  So Sarah's son Matt Kirkland is

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 72 of 100   PageID #: 1134

1    supposedly their designing engineer.  Which you can

2    say -- you can put whatever title you want on it.  It's

3    just a computer program.  You take a picture of the

4    house and it tells you where to put the panels.  But he

5    does that.

6              Then some of Justin's family.  Apparently,

7    as soon as they opened Alabama -- that's where

8    Michael -- Richard, whatever his name is, is from is

9    Huntsville.  So they tried to hired all his family.

10             So he had a couple of family members on an

11   install team.  But, apparently, Craig didn't like them,

12   so he fired them.

13             That's pretty much all I know.

14        Q.   You said Matt Kirkland was Sarah's son?

15        A.   Yes.

16        Q.   And he was -- his job title is designing

17   engineer?

18        A.   Yes.  So, basically, what he does is, once

19   the -- the way they work there is, they sell you on the

20   contract.  Right?

21             So the customer, they sign up.  They don't

22   get to see what it's going to look like on their house

23   or nothing until after the contract is filled out.  All

24   that's done.

25             Now, once they get past their three-day

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 73 of 100   PageID #: 1135

1   window to change their mind, then they do what's --

2   basically, it's called a "shade report." It shows on

3   the roof where the hotspots are. So it tells you where

4   to concentrate your solar for the best results due to

5   the sun and the positioning of the sun throughout the

6   year.

7           So what he would do is just do that and then

8   put the panels in that spot. That's his job.

9       Q.      How old is Matt Kirkland?

10      A.      Man, I -- early 20s.

11      Q.      Is he an engineer?

12      A.      No. He's a retard. Excuse my language.

13  Sorry.

14      Q.      Well, expound upon sort of what you mean by

15  that a little bit. Why -- he was incompetent at his

16  job, I guess is a good --

17      A.      Yes. I apologize for the lack of

18  professionalism. I know that's a big no-no word

19  nowadays. He's special needs. He seems to be, anyway.

20      Q.      Why do you say that?

21      A.      I mean, it's always -- when I was there, you

22  know, you would ask -- there would be certain customers

23  that were like, no, I need to see it now.

24          So you'd call and it was like, oh, man, I

25  don't know why -- see, there towards the end we were

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 74 of 100   PageID #: 1136

1    pretty much doing his job for him.  Right?

2                So we had to take all these pictures.  And

3    then we had to take a Google Earth image and we had put

4    the coordinates of the house.  We had to draw on there

5    where the electric meter box is, where the -- you know,

6    everything.  So all this guy had to do was point and

7    click.

8                And it was still every day whining.  You

9    know, this isn't done, and that isn't done.  And he was

10   always behind on his job.  But because of who his mother

11   was --

12       Q.      Now, who would these shade reports go to?

13       A.      That's part of Dale Roden's team.  That's

14   the install team.

15               So he would draw it.  Dale would approve it.

16   They would send it off for permits.  And then the

17   install team would go out to install it.

18       Q.      So was the shade report used to get permits?

19       A.      Well, kind of, from what I understand.  I

20   don't know how they do.

21               In other companies, yes.  You have to show

22   them, (a), that it is going to produce.  But it also

23   shows the structure of the house.  Right?

24               So you have to put it on the rafters.  So

25   you need to know if it's a 14-inch or 16-inch split.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 75 of 100   PageID #: 1137

1   And all that should have been provided.

2           But I don't know how they did it.  I was not

3   privileged for that information.

4       Q.      And to your knowledge Matt Kirkland was not

5   an engineer?

6       A.      No, not that I know of.

7       Q.      He didn't go to college to be an engineer?

8       A.      No.  I mean, I can do it for you right here.

9   Same thing.  I'm not even going to call myself an

10  engineer.  But I can pull it up and show you all the

11  same stuff.

12          So, to be honest with you, I think they just

13  used that word to make it sound fancy and more

14  professional than what it was.  You know?

15      Q.      Did Matt Kirkland have any contractor's

16  license or anything?

17      A.      Not that I know of.  That's one of those I

18  never -- I've seen him like three times.

19          It's like, "Hey, man."  And he walks by you

20  like that (demonstrating).

21          That's just who he is.  He never really

22  talked to anybody.

23          So I really didn't -- don't have a whole lot

24  to go on as far as conversations with him and things

25  like that.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 76 of 100   PageID #: 1138

1     Q.      I want to touch on something you talked

2  about earlier.  You mentioned that you had deposited a

3  check for a customer, a $40,000 check?

4     A.      Uh-huh.

5     Q.      And then you also talked about how some

6  customers would use financing?

7     A.      Yes.

8     Q.      So am I understanding correctly some

9  customers would pay through financing and some were able

10  to pay just out of their own pocket?

11     A.      Yes.

12     Q.      About what percentage of customers would you

13  say paid out of their own pocket?

14     A.      5 percent.

15     Q.      Okay.

16     A.      Not a whole lot.

17             Look, man, 50-, 70-, 80,000.  A lot of

18  people don't have that kind of cash laying around.

19     Q.      Right.

20     A.      Out of my year there I think I did three or

21  four cash deals.

22     Q.      Would they pay the full amount, or would

23  they pay in installments?

24     A.      So the way their cash works is you do half

25  upfront and then half upon install.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 77 of 100   PageID #: 1139

1      Q.      So if a customer did pay in cash, they would

2  give you -- would they always write you a check?  Or

3  were there other ways for them to pay?

4      A.      Well, they can pay on credit card through

5  the company.  But most people would just write a check.

6      Q.      And they would give that check to you?

7      A.      Yes.

8              So they would give it to the rep.  And then

9  me, being who I was, the manager would have to collect

10  those checks and deposit them within 24 hours.

11             So no matter where the reps were, you had to

12  go meet them, get the check, and deposit it within the

13  bank within 24 hours.

14      Q.      Why did you have to do it within 24 hours?

15      A.      Because they want their money.

16      Q.      So that was a directive from Craig?

17      A.      Well, from Shawna.

18             See, Craig never talked.  I'm sure

19  Ms. Helton told you her theory about them setting her up

20  to take the fall.  And they pretty much did.

21             I mean, you know, everything was directed

22  from him through her and through us to the people.  So

23  everyone was being controlled from a silent partner, so

24  to speak.

25      Q.      They used the same bank to deposit the

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 78 of 100   PageID #: 1140

1  checks from the customers?

2      A.      As far as I know.  The U.S. Bank.

3      Q.      So they would have you drive to the

4  U.S. Bank and make the deposit?

5      A.      Right.

6              Which sucks if you're in Georgia or Alabama

7  because there's no U.S. Banks.  So you would have to

8  drive to Tennessee.  It's either Knoxville or Nashville

9  pretty much.

10     Q.      Okay.  They wouldn't want you to just put

11 the check in the mail?

12     A.      No.  No.

13     Q.      Okay.  How -- is that sort of what you were

14 talking about earlier?  About how they wanted their

15 money quickly.

16     A.      Oh, yes.  The faster -- I mean, if they were

17 operating 100 percent, then you would want it because it

18 takes seven days for a check like that to clear.  Right?

19 And by that point you should be ready to pull permits to

20 move to the next phase of the project.  So it makes

21 sense.

22     Q.      Did they have to give you special permission

23 to access the account to make a deposit?

24     A.      They only gave it to -- they like sent us a

25 picture of a bottom of a check.  Shawna sent it to just

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 79 of 100   PageID #: 1141

1   us managers.

2        Q.      So she sent you a picture of the routing

3   number and account number?

4        A.      Yes, sir.

5        Q.      Did she send you anything that showed the

6   name of the account?

7        A.      No.

8        Q.      Okay.  When you went to deposit these

9   checks, did they ever tell you who the name was on the

10  account?

11       A.      There was this one time in Fayetteville,

12  Tennessee, the lady said a name.  This is what we talked

13  about.  This is how I knew you talked to Shawna.  Right?

14               It sounded like Fassont (phonetic).

15  Something like that.  And I was like, "I'm sorry.  I

16  think maybe you got the wrong account."  And she was

17  like, "No.  According to the number."  So we rechecked

18  the numbers.

19               And I don't know if it was loud or I

20  couldn't hear, but it did not sound like Atnip.  I mean,

21  it's kind of hard not hear "catnip" when you say that.

22  Right?

23               So I was like, "Okay.  Here it is."  And I

24  deposited the check and I left.

25       Q.      So the name on the account sounded like

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 80 of 100   PageID #: 1142

1  "Fassont"?

2       A.      Like "F" and a "T" is what I remember

3  hearing.  Yes.

4       Q.      Okay.  Was that the last name of the person?

5       A.      Yes.  So it was Michael Fassont.  Or

6  something like that.

7       Q.      Michael Fassont.

8               Did they ever give you a receipt to show

9  that the deposit was made?

10      A.      She asked me if I wanted to know the

11 balance.

12      Q.      Okay.

13      A.      And I said, "No.  I'm sure there's a lot."

14 And she was like, something-2 million or 26 million.

15 Something like that.  It was something like that.  I

16 don't know well enough from that.

17              And that was one of those -- Shawna and I

18 talked about that after I left.  I just let that go.

19 Stuff like that, I don't waste my space thinking about

20 things that I can't control or things that don't affect

21 me.  So little crap like that I just threw out the

22 window and kept going.

23              But I don't litter.  So metaphorically

24 speaking I threw it out the window.

25      Q.      So they didn't give you a physical receipt

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 81 of 100  PageID #: 1143

1  for the deposit?

2       A.      No.  I never asked.  I probably could have.

3  I probably should have, actually.

4               But, no.  They only give you a -- they give

5  you a receipt, but it doesn't show the balance.

6       Q.      Okay.

7       A.      So it'll say like, you know, deposit of

8  $8,500 -- whatever the check is -- and the account

9  number.  And then we were directed to take a picture.

10  You know, put the name of the customer, write it on the

11  receipt and take a picture, and send it to them.

12      Q.      Okay.  So you would -- that's how they would

13  verify a deposit was made, is you would take a picture

14  of the receipt?

15      A.      Yes, sir.

16      Q.      And I just want to make sure I understand

17  correctly.  When the bank teller told you the amount in

18  the account, you said it could have been 2 million or

19  26 million?

20      A.      Yes.

21      Q.      That's kind of a big --

22      A.      I don't know enough to tell you.  I'm not

23  confident enough to tell you an answer on that.  I don't

24  want to mislead you or myself by saying something I'm

25  not sure of.

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 82 of 100  PageID #: 1144

1      Q.      But you could have heard 26 million?

2      A.      I could have heard that.  Yes, sir.

3                    MR. KEEN:  Alicia, do you have any

4   follow-up?

5                    MS. DANIELS-HILL:  Yes.

6   BY MS. DANIELS-HILL:

7      Q.      So who exactly were customers told to make

8   their checks out to?

9      A.      Solar Titan USA.

10     Q.      And then do you know if that's the same

11  account that would have been used for like wire

12  transfers from the finance companies, or was this a

13  separate account for their cash payments?

14     A.      I wasn't privy to that information.

15     Q.      And then I actually had a few questions

16  about Matt, the design engineer.

17     A.      Okay.

18     Q.      Were sales reps told to refer to him as a

19  design engineer when talking to customers?

20     A.      In their training they refer to them all as

21  engineers.  You know, "Our engineers will handle that.

22  I'm not an engineer.  We have people for that."  Things

23  like that.

24                   Now, specifically Matt?  No.  Most of us

25  knew.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 83 of 100   PageID #: 1145

1      Q.      But Matt was the only person who was doing

2  these design plans?

3      A.      Towards the end, yes.

4              But Ernie did it at first.  Ernie and Sarah.

5  Sarah was actually -- when Solar Titan was doing real

6  clean, quick installs, Sarah was actually running it

7  with Ernie.

8              And then when she pulled away, that's when

9  everything kind of went downhill.  I guess that's when

10 she put her son in there.

11     Q.      To your knowledge does Sarah have an

12 engineering degree or certification or anything like

13 that?

14     A.      She was the company holder for the NABCEP

15 certification is what I was told.

16              MS. DANIELS-HILL:  Okay.  Those are

17 my --

18     A.      (Continuing) So on the design, just to help

19 you-all out.

20              On the design process you don't have to be

21 an engineer.  It's a program made by engineers that --

22 and it doesn't really matter what that program shows

23 because once it goes -- you're supposed to get permitted

24 and go through the electrical and structural engineer of

25 the local municipality.  So whatever they say trumps

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 84 of 100   PageID #: 1146

1    whatever you do on the computer.

2                   That's pretty much how that goes.

3    BY MR. KEEN:

4        Q.     I know we spoke a little bit about this a

5    little earlier.  But were you ever aware of any big

6    spending, any big purchases done by either Michael,

7    Craig, or Sarah?

8        A.     Well, I mean, other than the Teslas.  Right?

9                   And then Titan Charters down in Destin.

10                  You know, apparently, he bought a bunch of

11   properties off of Westland Drive in Knoxville.  Which I

12   heard recently that he's selling now.

13                  There was supposed to be an $800,000 beach

14   house in Destin with a yacht.  I heard he sold those

15   recently as well.  Because, unfortunately, as hard as I

16   tried I can't get away from these people.

17       Q.     Who told you that they sold the house, the

18   beach house?

19       A.     Jason Horton.

20       Q.     Did he -- is Jason also the person that told

21   you that they're selling the Westland Drive house?

22       A.     He said they're selling those properties.

23   They were just properties.

24       Q.     What about the house off Tooles Bend Road?

25       A.     I'm not sure.

1       Q.      Okay.

2       A.      Like, when I say that we were held at a

3  distance, we were almost treated like we were less than,

4  even though we were the fuel.  Right?  And so they did

5  not, you know, elaborate on anything other than the bare

6  minimum.

7               Like I said, I worked there almost a year

8  and seven or eight words is the max I had with Craig.

9               I think three words with Sarah.  Which is,

10 good morning, ma'am.  And that's pretty much it.

11              Now, Stacey would be the one -- you're kind

12 of directed to go through Stacey.  And Stacey is kind of

13 like the general manager, so to speak.  She's the one

14 that everyone is kind of directed through.

15      Q.      What is Stacey's last name?

16      A.      Monks.

17      Q.      Before I forget to ask, what about LaKea

18 Helton?  Did you ever have any interaction with her?

19      A.      Don't she work the front desk?

20      Q.      Is that --

21      A.      "Hey, how you doing?"

22      Q.      Okay.

23      A.      Nothing -- no kind of interactions other

24 than pleasantries.  That's it.

25      Q.      Okay.  You-all never talked business or

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 86 of 100   PageID #: 1148

1  anything?

2      A.      No.

3      Q.      You mentioned whenever you saw -- was it

4  Craig driving $180,000 Tesla?

5      A.      Yes.  It was -- you know, Richard drove --

6  or Mike, whatever his name is, drove the Plaid Series.

7  Which is $180,000.

8              And then the one that he was getting in was

9  the Platinum Series.

10     Q.      Oh, so not quite the Plaid?

11     A.      Yeah, not quite the Plaid.  That's Richard's

12 or Mike's.  Whatever his name was.  This one was

13 $140,000.

14             Just regular people's stuff.  Right?

15     Q.      Whenever you talked -- was it Craig that you

16 talked to about the car?  Or Richard?

17     A.      Yes, Craig.  Never seen Richard.

18     Q.      You never seen Richard?

19     A.      No.  Justin showed me a picture of him right

20 before I quit.  That's the only time I ever seen him.

21             I never seen him.  Never talked to him.  He

22 is never in the office from what I hear.

23             That's why earlier, Ms. Hill with the

24 question about how I "assumed" that he was.  Because the

25 only one that's there is Sarah Kirkland and Craig.  So

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 87 of 100   PageID #: 1149

1  that's how you assumed that they're the acting

2  owners/partners.  Right?

3      Q.      You said Craig was buying cars for all the

4  managers?

5      A.      Like the upper -- I was not on the upper

6  end.  So like it was Shawna, Craig, Richard, Sarah

7  Kirkland.  The guy you mentioned, Dale, he had one.

8          I don't know if he bought it previously.  He

9  had one as well there towards the end that looked new.

10  So I'm assuming.

11          All those guys had them.

12      Q.      Were these company cars?  Or were they

13  actually given to employees as a benefit?

14      A.      I'm not aware -- well, I know Shawna turned

15  hers in when she quit.

16      Q.      Okay.

17      A.      See, all that didn't matter, man.  Because

18  around that same time they had took our gas cards away.

19  Because when I first started traveling part of the deal

20  was a gas card.  You know, I'm not going to pay for fuel

21  on top of everything else.

22          So then they had stopped.  They didn't even

23  give you the courtesy of telling you that they were

24  cutting it off.  You're just at a gas station and you

25  swiped the card and it said "declined."  Luckily, I

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 88 of 100  PageID #: 1150

1  wasn't one of the broke guys that they hadn't paid, so I

2  could take care of myself.  But that's pretty much how

3  it was.

4          So everything was going downhill.  So at

5  that point I just knew that I needed to protect myself

6  and I needed to get everything together to get out.

7      Q.      So you and the other sales folks had to pay

8  for your own gas to get to your appointments?

9      A.      Yes.  So everybody had to pay for their own

10 gas except for field trainers, TSMs, TTMs.  So you were

11 supposed to have a gas card because of the fact

12 sometimes I would start the day in Knoxville and I would

13 end up in Macon, Georgia.  That's a lot of traveling

14 back and forth.

15         And then one day they decided to cut them

16 off.

17     Q.      And at the same time they're cutting off gas

18 cards --

19     A.      They're not paying employees.  They're not

20 fulfilling customers, apparently; and they're buying

21 personal planes.

22     Q.      Personal planes that I guess Richard flew

23 since he was in the Air Force?

24     A.      That's another thing.  He went and got his

25 commercial license to fly a G4, I think is what he said

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 89 of 100   PageID #: 1151

1  it was.

2        Q.      He's got a G4?

3        A.      Yes.  From what I understand.  It was a nice

4  personal jet.  A 12-man jet is what I was told.

5        Q.      You know, did anyone mention where Michael

6  was stationed when he was in the Air Force?

7        A.      No.  He's the least talked about person in

8  that company.  People talk about LaKea Helton more than

9  they talk about him.  And she sits at the front desk.

10       Q.      So you mentioned at the same time they're

11 cutting off gas cards, they're not paying employees,

12 they're not fulfilling customer orders, but you're

13 seeing all these purchases.  Did that raise any red

14 flags?

15       A.      That's why I was out, man.  That's why I was

16 done.  You know, I've watched a lot of Mafia movies in

17 my day, friend.  It stands out pretty clear.

18               So at that point I was done.  I knew that

19 this wasn't an operation for me.

20               So, you know, I reached out to a few people

21 that looked up to me and let them know, hey, I just want

22 to give you-all a head's up.  I'm removing myself from

23 the situation, and you-all might want to as well.  And

24 this is why.

25               And I left, and so did they.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 90 of 100   PageID #: 1152

1    Q.      Were there any conversations amongst

2 employees about this like, hey, we're not getting paid,

3 but they're buying cars and G4s and homes and all this

4 stuff?

5    A.      Oh, yes, especially for managers.  Because

6 that was the thing.  All of us managers were the ones

7 that were having to deal with our reps being

8 disappointed and heartbroken every single Friday when

9 they didn't get paid.

10           So, you know, you hear, "Oh, there's a new

11 yacht being bought for Florida.  But I have nine guys

12 that, you know, are owed thousands of dollars that

13 haven't been paid."

14           And what they do is, they were going into

15 the system and changing it to refusal to install.  But

16 you drive by those houses and the panels are on their

17 house.  And there were several of these -- several of

18 these guys that kept a list of their customers and would

19 go around and take pictures.  You know, "This is

20 installed.  Why am I not paid?"

21    Q.      So they would try to make it look like it

22 wasn't installed just so they wouldn't have to pay

23 commission on it?

24    A.      Right.

25    Q.      I want to ask about specific things that

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 91 of 100   PageID #: 1153

1  you're aware of.  Because we talked about yachts and

2  planes.  And there was a G4.  And then you also

3  mentioned a yacht.

4       A.      Yes.  Apparently -- I'll tell you a funny

5  thing about that.

6               So while nobody is getting paid they decide

7  to hold a sales competition.  And, apparently, Craig's

8  suggestion for the sales competition was whoever hits a

9  certain amount would get to go spend the weekend on his

10 yacht as a celebration.

11              But they're not getting paid.  So you want

12 these guys to sell a lot, and then you want to send them

13 to your yacht to spend the weekend to celebrate them

14 making you more money.  Just didn't make sense.

15      Q.      And this was in Destin, Florida?

16      A.      Yes.  I think so.

17      Q.      Okay.

18      A.      Alabama, too.

19      Q.      They have a nice boat in Alabama?

20      A.      Apparently.  I think.  That's what I heard.

21      Q.      Like in Mobile?

22      A.      I'm not sure what part it is.

23              I know they were getting ready to build a

24 house on Lake Guntersville, which is a really nice

25 exclusive lake there in Huntsville.

Ad Litem Reporting - (615)415-5556

1          And Michael's father is apparently some kind

2    of legend for fishing there.

3          Q.       Did -- were you under the impression that

4    Solar Titan owned this yacht?  Or Craig?  Or Michael

5    owned the yacht?  Or was this part of their charter

6    business?

7          A.       Oh, them.  Everything was them.  You know,

8    even with the charter business, they put that was Titan

9    Charters.  Right under Solar Titan.

10         But from everyone, what they were talking

11   about was, it was Mike and Craig's personal yacht.  And

12   it was either a million-dollar yacht and 800,000 beach

13   house, or it was a 800,000 yacht and a million-dollar

14   beach house.  I can't remember.

15         Like, I'm the worst gossiper, dude.  I'm

16   horrible at this because I really don't care enough

17   about what people say, the he said/she said, to retain

18   the information.

19         Q.       I understand.  And I know I'm probably

20   asking a bunch of questions that you don't know the

21   answer to or that's hard to remember.

22         A.       Unfortunately, on this end, these questions,

23   this is where that line was drawn from privilege

24   information.  You know?

25         And from what my understanding is, you've

Case 3:23-cv-00046-DCLC-JEM  Document 10-8  Filed 02/06/23  Page 93 of 100  PageID #: 1155

1  already talked to two of the people that would know.

2  Which would be Shawna and Jason Horton.  They're the

3  people that were in that circle.

4                 MR. KEEN:  Alicia, do you have any

5  follow-up on that?

6                 MS. DANIELS-HILL:  No.

7  BY MR. KEEN:

8      Q.      You know, honestly, Mike, I'm not sure that

9  there's much more we need to talk about at this point.

10  Unless you can think of something that might be

11  important that we haven't touched on.

12      A.      No, man.  I just hope that you guys -- I

13  hope that you guys apply pressure and they have to go

14  through and clean up and fix these customers, man.  You

15  know, just do right by the people.  Because that's

16  really what everyone got into this to do.

17                 So, hopefully, they've got some kind of

18  goodness in their heart and they'll go and clean up the

19  mess they created.

20                 MS. DANIELS-HILL:  I had a few other

21  questions, Sam, about the customer interactions.

22                 MR. KEEN:  Okay.

23  BY MS. DANIELS-HILL:

24      Q.      So you were actually one of the few people

25  who gave out your personal information to customers.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 94 of 100   PageID #: 1156

1  When customers would call and talk to you, did any

2  customers mention anything else going wrong with their

3  systems?  Like any fires happening?  Anything like

4  dangerous?  Any roof damage?  Anything like that?

5          A.     No.

6                 As far as fires?  No.  Thank God.

7                 Mainly the calls were more about lack of

8  fulfillment.  Right?  No communication with the back

9  end.  Nobody following up on service calls to do

10 follow-throughs for the install and things like that.

11                Now, there was a customer, you know, that

12 they went through the roof and caused a leak in the

13 roof.  Supposedly they sent someone out there to fix it.

14 That was right towards the end when I left.  They were

15 scheduled to go fix it.

16                So that's the only incident that I know as

17 far as that.

18                Now, just like you, I have read the Google

19 reviews.  But that was -- if you look at the region of

20 those complaints, most of those are in Kentucky.

21                And I don't know if it was because they were

22 trying to go so much quicker up there because they only

23 had to do the panels.  Because they don't have to sell

24 batteries in Kentucky because it's net metering.  So

25 sloppier work to get more work done.  I'm not sure on

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 95 of 100   PageID #: 1157

1  that.

2      Q.      And the customer that said that they went

3  through the roof, where were they located?  Were they in

4  Georgia?

5      A.      Yes.  Yes.

6      Q.      Then did you hear anything about issues with

7  cancellations?  Like a customer trying to call in and

8  cancel their contract but it not getting cancelled?

9      A.      From customers or from just, you know, being

10  around people?

11      Q.      Well, I guess either one.  If you could

12  explain like where you're getting that information from.

13      A.      All right.  As far as from customers, no.

14          As far as have I -- I would share the

15  information that there were contracts, multiple

16  contracts that were attempted to be saved that had

17  cancelled that Craig was keeping from being returned.

18          Do I know that personally because I was

19  there?  No.

20          Do I know that the person that found out was

21  devastated and thought that she was being set up?  Yes.

22  It was a very long night for me that night.  I think we

23  talked on the phone six hours while she was crying and

24  bawling her eyes out.

25      Q.      And that was Shawna Helton?

1          A.      Yes.

2                  And that doesn't surprise me either, by the

3    way.

4                  MS. DANIELS-HILLS:  I think those are my

5    only questions.

6                  Thank you.

7                  MR. KEEN:  Well, Mike, I appreciate you

8    talking with us today.

9                  MR. HILL:  Awesome.  I hope I helped in

10   some way.  I tried to -- unfortunately, I'm not a gossip

11   guy.  It just goes in one ear and out the other.  I

12   really don't listen.

13                 MR. KEEN:  Yes.  I relate to that, too.

14   Try to stay away from the office gossip as much as we

15   can.

16                 MR. HILL:  Yes.  You excited about the

17   game tonight?

18                 MR. KEEN:  Tennessee/Bowling Green?

19                 MR. HILL:  I don't care about the

20   Bowling Green.  Just football being on.

21                 MR. KEEN:  I am.  I am.  I've got a

22   buddy of mine who just came down from Chicago.  So I'm

23   going to meet up with him tonight.  And I'm sure we'll

24   put the game on.

25                 MR. HILL:  Yes.  Nice.

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 97 of 100   PageID #: 1159

1          Well, if you guys have any more

2  questions, feel free to reach back out.  If there's

3  anything that I can think of that will come along, I can

4  do it.

5          And if I can -- I'll reach out to a

6  couple people.  If you're wanting the information -- if

7  I can find some of that information, the packet

8  information from back in the day, I can take pictures of

9  it and send it to you.

10         MR. KEEN:  Yes.  That'll be very

11 helpful.

12         Would you like me to follow up?  Like

13 give you a call in a week or so?

14         MR. HILL:  Yes, you can.

15         MR. KEEN:  Okay.  I'll do it.

16         I'm going to stop the recording now.  We

17 are now off the record.

18         (End of the proceedings.)

19              SWORN TO BEFORE ME WHEN TAKEN

20              THE 23RD DAY OF JUNE, 2022.

21

22

23              _____
                Tracy Wilkes, LCR
24              Notary Public, State of Tennessee
   My Commission Expires:  October 24, 2023.
25

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 98 of 100   PageID #: 1160

1                    <u>REPORTER'S CERTIFICATE</u>

2

STATE OF TENNESSEE      )
3  COUNTY OF MONTGOMERY    )

4

           I, Tracy Wilkes, licensed court reporter
5

and notary public in the State of Tennessee,
6

hereby certify that I reported the video-conference
7

sworn statement of Michael Hill, by machine shorthand,
8

to the best of my skills and abilities, and thereafter
9

the same was reduced to typewritten form by me,
10

consisting of 97 pages, inclusive.
11

           I further certify I am not related to any
12

of the parties named herein, nor their counsel, and have
13

no interest financial or otherwise, in the outcome of
14

these proceedings.
15

           WITNESS MY HAND and SEAL, this the
16

14th day of September, 2022.
17

18

19

20
                              _____
21                            Tracy Wilkes, LCR #366
                              Licensed Court Reporter
22                            Notary Public, State of Tennessee

23  My License Expires:  June 30, 2024.
    My Commission Expires:  October 24, 2023.
24

25

Case 3:23-cv-00046-DCLC-JEM   Document 10-8   Filed 02/06/23   Page 99 of 100   PageID #: 1161