# Exhibit H

Solar Titan First Responses to Kentucky CID

COMMONWEALTH OF KENTUCKY
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| In re:<br><br>Ideal Horizon Benefits LLC d/b/a<br>Solar Titan USA | Subpoena and Civil Investigative Demand (dated June 6, 2022) |

## IDEAL HORIZON BENEFITS LLC D/B/A SOLAR TITAN USA'S RESPONSES AND OBJECTIONS TO CIVIL INVESTIGATIVE DEMAND

Ideal Horizon Benefits LLC d/b/a Solar Titan USA ("Solar Titan USA") hereby responds and objects to **Requests 1-9, 10-13, 15, 18-19, and 22** in the above Civil Investigative Demand ("CID"). In responding, Solar Titan USA reserves (a) all rights and objections with respect to the Investigative Demand's definitions, instructions, and requests; (b) the right to assert privilege if documents containing privileged information are inadvertently produced; and (c) the right to supplement and amend any information or material provided in response to the CID.

### REQUESTS

1.   Identify all Affiliated Solar Business Entities of Solar Titan that are or have been engaged in the business of selling, marketing, installing, or financing the purchase of Solar Power Systems and describe the relationship between the Affiliated Solar Business Entity and Solar Titan. Produce any contracts that govern the relationship between any Affiliated Solar Business Entity Identified in response to this Request and Solar Titan, and produce any other Documents that relate to the relationship between the Affiliated Solar Business Entity and Solar Titan, including, but not limited to, Documents reflecting the terms of any oral contract between the Affiliated Solar Business Entity and Solar Titan.

**ANSWER**: Solar Titan USA purchases its solar equipment from:
   CED Greentech
   423 Foster Brothers Drive, Suite 300
   West Columbia, SC 29172

Solar Titan USA subcontracts for electrical work in Kentucky with:

<u>Current</u>
Power Pro Service
104 Orange Blossom Drive
Nicholasville KY 40356

<u>Former</u>
RC Electric
424 Applegrove Drive
Nicholasville, KY 40356

Philip Martin
offgridky@gmail.com

Solar Titan USA contracts or has contracted with the following third-party advertising/lead companies:

- Conversion Hero (https://conversionhero.co)
- Modernize (https://modernize.com/pros)
- GreenLife Solar (https://www.greenlifesolar.com/)
- Solar Exclusive (https://solarexclusive.com/contact-us/)
- Clean Energy Experts (CEE) (https://www.cleanenergyexperts.com/)

Those companies place advertisements on (1) Google, (2) Facebook, (3) Instagram, and (4) YouTube. Currently, all of the advertisements placed are generic and do not reference Solar Titan USA ("generic ads"). In the past, a portion of the advertisements placed by Conversion Hero were branded for Solar Titan USA specifically ("branded ads").

Subject to its ongoing search for documents, Solar Titan USA will produce responsive documents, if any such documents exist.

2. Identify all affiliates, parents, subsidiaries, operating companies, assigns, predecessors, and successors of Solar Titan, and Identify any assumed names under which Solar Titan, or any of its parents, subsidiaries, operating companies, assigns, predecessors, and successors, conduct or have conducted business operations regardless of whether the assumed name is registered with the Kentucky Secretary of State, some other governmental agency, or unregistered.

**ANSWER**: Solar Titan USA LLC and Ideal Horizon Benefits LLC d/b/a Solar Titan USA. The entity "Solar Titan USA LLC" was formed under Tennessee law in 2019. That entity was administratively dissolved on January 19, 2022 after "Solar Titan USA" was added as a d/b/a designation to a preexisting company, Ideal Horizon Benefits LLC.

3. State the location(s) (State, City and/or County) in which Solar Titan sells, markets, or installs Solar Power Systems or conducts other business activities and separately Identify the specific activities conducted at each location.

**ANSWER**: Tennessee (approximately from metro Nashville eastward); Georgia (approximately from Kennesaw northward); Kentucky (approximately from Elizabethtown eastward (current); approximately Bowling Green eastward (before approximately mid-2021)); and Alabama (approximately from Huntsville northward).

4. Identify all current and former directors of Solar Titan by separately Identifying the position/title held by each individual with Solar Titan and that individual's corresponding duties and responsibilities.

**ANSWER**: Subject to Solar Titan USA's objection, Solar Titan USA states that it has and has had two principals: (1) Richard Atnip and (2) Sarah Kirkland, both of whom are located at 414 North Peters Road, Knoxville, Tennessee 37922; (865) 392-1036 ext. 206. Mr. Atnip is semi-retired and serves in a general advisory role. Ms. Kirkland oversees operations, operation processes, and all managers.

Solar Titan USA objects to this request because the term "directors" is vague, ambiguous, and not defined.

5. Identify all current and former owners (including natural persons and entities) of Solar Titan and separately Identify their ownership interest in Solar Titan and separately describe any duties and responsibilities held within Solar Titan.

**ANSWER**: Solar Titan USA is owned by Richard Atnip and Sarah Kirkland. Their ownership interests are 90% (Atnip) and 10% (Kirkland).

6. Identify all current and former officers of Solar Titan by separately Identifying the position/title held by each individual with Solar Titan and that individual's corresponding duties and responsibilities.

**ANSWER**: Subject to Solar Titan USA's objection, see Answer to Request No. 4.

Solar Titan USA objects to this request because the term "officers" is vague, ambiguous, and not defined.

7. Identify all current and former employees of Solar Titan who are currently or were previously involved in the selling, marketing, installation, or financing of Solar Power Systems in Kentucky. For each employee Identified, separately Identify the position/title held by each individual with Solar Titan and that individual's corresponding duties and responsibilities.

**ANSWER**: Subject to Solar Titan USA's objection and its ongoing search for documents, Solar Titan states that will produce a list of current employees involved in the listed areas or business records sufficient to reflect the same.

Solar Titan USA objects to this Request as overbroad because it contains no temporal or other reasonable limitation of any kind. Instead, the Request purports to seek identification

3

**#10.3**

of "all" employees who work or have ever worked, in the history of the company, for Solar Titan USA. Further, Solar Titan USA objects because the proposed request is not proportional to the needs of the case in that the burden associated with compiling such information for the company's entire existence outweighs the likely benefit.

8.  Identify all current and former agents of Solar Titan who are currently or were previously involved in the selling, marketing, installation, or financing of Solar Power Systems in Kentucky. For each agent Identified, separately Identify the position/title held by each individual with Solar Titan and that individual's corresponding duties and responsibilities.

**ANSWER**: Subject to Solar Titan USA's objection and its ongoing search for documents, Solar Titan states, see list of subcontractors for electrical work, Answer to Request No. 1.

Solar Titan USA objects to this Request as overbroad because it contains no temporal or other reasonable limitation of any kind. Instead, the Request purports to seek identification of "all" employees who work or have ever worked, in the history of the company, for Solar Titan USA. Further, Solar Titan USA objects because the proposed request is not proportional to the needs of the case in that the burden associated with compiling such information for the company's entire existence outweighs the likely benefit. Further, Solar Titan USA objects because the term "agent" is vague, ambiguous, and not defined.

9.  Identify all Sales Representatives of Solar Titan who have ever been engaged in direct marketing or selling of Solar Power Systems to Consumers, including, but not limited to, marketing or selling at Consumers' residences, i.e., "door-to-door sales," telephonic marketing or solicitation, or participating in virtual meetings with Consumers using remote meeting technology. For each Sales Representative Identified, separately Identify the position/title held by each individual with Solar Titan and that individual's corresponding duties and responsibilities and state whether the person is an employee, agent, or independent contractor.

**ANSWER**: *See* Answer and Objections to Request No. 7.

10. State whether Solar Titan has ever engaged in marketing representing to Consumers that net metering is available. This Request includes, but is not limited to, any form of direct or indirect communication, such as television, internet, radio advertisements, billboards, and social media advertisements.

**ANSWER**: Subject to Solar Titan USA's objections, Solar Titan USA states that it markets exclusively through digital means and exclusively via third-party lead firms. *See* Answer to Request No. 1. For generic ads, Solar Titan USA purchases certain leads generated from the ads. Solar Titan USA does not review, approve, or see the content of the generic ads, which are created exclusively by the third-party lead company, and therefore Solar Titan USA has no knowledge of the generic ads' specific content. For branded ads, Solar Titan USA at one time used Conversion Hero to create branded ads. Solar Titan USA will

4

#10.4

conduct a diligent search for any copies of branded ads to determine if any referenced "net metering" and supplement its answer with information as necessary.

Solar Titan USA objects to this Request because the terms "marketing" and "net metering" are vague, ambiguous, and not defined. Further, while the Request refers to "marketing," it then states that the "Request"—not the term "marketing"—includes "direct and indirect communication," which is confusing and subject to multiple interpretations.

11. If Solar Titan has previously represented to Consumers that net metering is available in Kentucky, state the locations where the representation was made by City and County.

**ANSWER**: Solar Titan USA does not track or maintain a list of the locations where representations about net metering were made. In general, if Solar Titan USA is aware that net metering is available in a prospective customer's area, the sales representative will convey that information to the customer, consistent with internal "Net Metering" information sheet that Solar Titan USA provides to sales representatives. *See* ST_KY_00010.

12. If Solar Titan has previously represented to Consumers that net metering is available in Kentucky, state the net metering rate that was represented as being available (by way of example only, representing that "1-for-1 credit compensation" was available) and state the locations, by city and county, covered by the representation (by way of example only, representing that "1-for-1 credit compensation" is available in Bowling Green, Warren County, Kentucky).

**ANSWER**: Solar Titan USA's policy is not to state a net metering rate, which Solar Titan USA does not set or control and which would be reflected in any interconnection agreement between the customer and the utility company. *See* ST_KY_00010.

13. Produce all Documents related to any representations Identified in response to Request Nos. 10 through 12, including, but not limited to, copies of any brochures, billboard advertisements, videos, and social media postings.

**ANSWER**: Subject to Solar Titan USA's objections to Requests Nos. 10-12 and its ongoing search for documents, Solar Titan USA will produce responsive documents.

15. Produce a copy of all other Documents related to any marketing conducted by Solar Titan in Kentucky, including, but not limited to, brochures, billboard advertisements, videos, and social media postings. For each Document produced, state the manner and scope of each distribution in Kentucky by: (1) dates of distribution; (2) manner of distribution; (3) geographic area where distributed (City/County); (4) number distributed; and (5) number of Consumers who received or viewed the Document.

**ANSWER**: Solar Titan USA markets exclusively through digital means and exclusively via third-party lead firms. *See* Answer to Request No. 1. For generic ads, Solar Titan USA

5

**#10.5**

purchases certain leads generated from the ads. Solar Titan USA does not review, approve, or see the content of the generic ads, which are created exclusively by the third-party lead company, and it has no copies of those generic ads within its custody or control.

For branded ads, Solar Titan USA at one time used Conversion Hero to create branded ads. Solar Titan USA will conduct a diligent search for any copies of branded ads and supplement its answer with information and documents as necessary.

18. Identify any policies and procedures governing how Sales Representatives of Solar Titan are to conduct themselves while marketing or selling Solar Power Systems. This includes, but is not limited to, policies and procedures governing: (i) representations that Sales Representatives may make regarding Solar Power System performance and estimated electric utility savings; (ii) disclosure of fees and requirements imposed by electric utility companies, including, but not limited to, any requirements to purchase insurance or pay additional fees; and (iii) potential government incentive programs, including, but not limited to, federal and state tax credits or incentives. Produce any Documents related to policies and procedures Identified in response to this Request.

> **ANSWER:** Solar Titan USA provides new sales representatives with certain training materials regarding the sale of solar-power systems. Subject to its ongoing search for documents, Solar Titan UA will produce responsive documents.

19. Describe all training that Solar Titan provides to Sales Representatives related to marketing or selling Solar Power Systems, including, but not limited to, training on ethical sales practices. Produce any Documents related to training Identified in response to this Request.

> **ANSWER:** Solar Titan USA conducts a one-week training for new sales representatives at its headquarters. Sales representatives thereafter receive additional on-the-job training through managers who accompany them in the field during the new sales representatives' first 90 days of employment. Sales representatives further receive periodic continuing development training throughout their employment. Subject to its ongoing search for documents, Solar Titan USA will produce responsive documents.

22. Describe the training that Solar Titan provides to its Sales Representatives on how to determine the Solar Power System that is appropriate for a specific Consumer's needs. This Request includes, but is not limited to, training on analyzing a Consumer's electric usage history to determine the specifications of the Solar Power System that the Consumer will need to obtain the desired reduction in electric bill. Produce any Documents related to any training Identified in response to this Request.

> **ANSWER:** As part of their training, Solar Titan USA sales representatives are instructed to provide the customer with system options based on the customer's existing power usage, which is determined by the customer's current energy bill. System options generally differ based on their size and the approximate percentage of current power they would contribute. Sales representatives are also instructed that, if asked by the customer, to generally suggest

6

**#10.6**

a smaller rather than larger system, which can be added to at a later time if desired. The choice of which type of system to purchase is ultimately at the customer's discretion. Subject to its ongoing search for documents, Solar Titan UA will produce responsive documents.

Respectfully submitted:

s/*Ty E. Howard*
Ty E. Howard
thoward@bradley.com
Frankie Spero
fspero@bradley.com
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Tel.: (615) 252-2376
*Attorneys for Solar Titan USA*

_____