# Exhibit I

Solar Titan's Sept. 4, 2022 CID Responses

COMMONWEALTH OF KENTUCKY
OFFICE OF THE ATTORNEY GENERAL

In re:

Ideal Horizon Benefits LLC d/b/a
Solar Titan USA

Subpoena and Civil Investigative Demand
(dated June 6, 2022)

## IDEAL HORIZON BENEFITS LLC D/B/A SOLAR TITAN USA'S RESPONSES AND OBJECTIONS TO CIVIL INVESTIGATIVE DEMAND

Ideal Horizon Benefits LLC d/b/a Solar Titan USA ("Solar Titan USA") hereby supplements its prior responses and objections to **Request No. 7** in the above Civil Investigative Demand ("CID"). In responding, Solar Titan USA reserves (a) all rights and objections with respect to the Investigative Demand's definitions, instructions, and requests; (b) the right to assert privilege if documents containing privileged information are inadvertently produced; and (c) the right to supplement and amend any information or material provided in response to the CID.

### REQUESTS

7. Identify all current and former employees of Solar Titan who are currently or were previously involved in the selling, marketing, installation, or financing of Solar Power Systems in Kentucky. For each employee Identified, separately Identify the position/title held by each individual with Solar Titan and that individual's corresponding duties and responsibilities.

**ANSWER**: Subject to Solar Titan USA's objection and its ongoing search for documents, Solar Titan states:

Richard Atnip
Principal
michael@solartitanusa.com
(865) 392-1036 ex. 206
414 N. Peters Rd
Knoxville, TN 37922

4880-1398-4817.1

*General responsibilities*: Mr. Atnip is semi-retired and serves in a general advisory role

Sarah Kirkland
Principal
sarah@solartitanusa.com
(865) 392-1036 ex. 206
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Oversees operations, operation processes and managers

Brandon Stephens
Controller
brandonstephens@solartitanusa.com
(865) 392-1036 ex. 324
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Oversees company accounting

Stacey Monks
General Manager
staceym@solartitanusa.com
(865) 392-1036 ex.127
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Addresses day-to-day needs of various company departments

Suzanne French
Human Resources Manager
suzannefrench@solartitanusa.com
(865) 392-1036 ex. 272
414 N. Peters RD
Knoxville, TN 37922
*General responsibilities*: Manages human-resources issues and recruiting

Craig Kelley
Sales and Training-Reports to Richard Atnip
shawnah@solartitanusa.com
(865) 392-1036 ex. 206
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Handles sales management, manages territory managers, and facilitates sales-process development

John Carroll
Director of Training
johnc@solartitanusa.com

2

Case 3:23-cv-00046-DCLC-JEM   Document 10-11   Filed 02/06/23   Page 4 of 8   PageID #: 1202

(865) 392-1036 ex. 121
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Handles sales training management, manages sales trainers, and facilitates continual development of the sales team

John Sherrod
Marketing and Call Center Manager
johns@solartitanusa.com
(865) 392-1036 ex. 103
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Manages call center shift leads and process

Dale Roden
Technical Operations Manager
daleroden@solartitanusa.com
(865) 392-1036 ex. 204
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Manages technical training and field quality control

Ben Sloan
Administrative Manager
benjaminsloan@solartitanusa.com
(865) 392-1036 ex. 209
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Manages team that facilitates the interconnection with the customer and utility company

Jessica Powers
Permitting Lead
jessicapowers@solartitanusa.com
(865) 392-1036 ex.214
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Coordinates permitting and inspections

Jessica Rial
Scheduling Manager
jessicarial@solartitanusa.com
(865) 392-1036 ex.126
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Manages installation and service scheduling

Kody Johnston
Territory Sales Manager
kodyjohnston@solartitanusa.com
(865) 392-1036 ex. 121
414 N. Peters Rd
Knoxville, TN 37922
*General responsibilities*: Reports to Director of Sales; manages the sales team

Dan Shank
Sales Field Trainer
danshank@solartitanusa.com
(865) 392-1036 ex. 120
Lexington, KY 40504
*General responsibilities*: Accompanies new sales representatives as part of continual training and development, Runs sales appointments

Keenan Bowman
Sales Field Trainer
Keenanbowman@solartitanusa.com
(865) 392-1036 ex. 120
2333 Alexandria Dr
Lexington, KY 40504
*General responsibilities*: Accompanies new sales representatives as part of continual training and development, runs sales appointments

Jessica Crosswhite
Sales Representative
jessicacrosswhite@solartitanusa.com
(865) 392-1036 ex. 120
2333 Alexandria Dr
Lexington, KY 40504
*General responsibilities*: Provides product information and facilitates product sales to consumers

Randy Foster
Sales Representative
randyfoster@solartitanusa.com
(865) 392-1036 ex. 120
2333 Alexandria Dr
Lexington, KY 40504
*General responsibilities*: Provides production information and facilitates product sales to consumers

John Collins
Sales Representative

4

johncollins@solartitanusa.com
(865) 392-1036 ex. 120
2333 Alexandria Dr
Lexington, KY 40504
*General responsibilities*: Provides product information and facilitates product sales to consumers

In addition to the persons above, Solar Titan USA employs approximately ten installers who perform the actual installations in Kentucky.

All responses are subject to Solar Titan USA's ongoing investigation, which includes but is not limited to a search for former employees, information that is not readily available if it exists. Solar Titan USA will supplement further its answer if additional information is found.

Dated: September 4, 2022

Respectfully submitted:

s/*Ty E. Howard*
Ty E. Howard
thoward@bradley.com
Frankie Spero
fspero@bradley.com
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Tel.: (615) 252-2376
*Attorneys for Solar Titan USA*

5