# Exhibit J

Tennessee Secretary of State Annual Report
Forms for Ideal Horizon Benefits

___



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

TENNESSEE ATTORNEY GENERAL OFFICE
ROBERT J. WEST
PO BOX 20207
NASHVILLE, TN 37202-4015

**Request Type:** No Fee Certified Copies
**Request #:** 476633

Issuance Date: 05/20/2022
Copies Requested: 1

## Document Receipt

Receipt # :  Filing Fee:

I, Tre Hargett, Secretary of State of the State of Tennessee, do hereby certify that **Ideal Horizon Benefits LLC**, Control # 822669 was formed or qualified to do business in the State of Tennessee on 11/23/2015. Ideal Horizon Benefits LLC has a home jurisdiction of TENNESSEE and is currently in an Active status. The attached documents are true and correct copies and were filed in this office on the date(s) indicated below.

Tre Hargett
Secretary of State

Processed By: Deborah Chaney

The attached document(s) was/were filed in this office on the date(s) indicated below:

| Reference # | Date Filed | Filing Description |
|---|---|---|
| B0169-4402 | 11/23/2015 | Initial Filing |
| B0215-0525 | 03/11/2016 | 2015 Annual Report (Due 04/01/2016) |
| B0380-2809 | 04/10/2017 | 2016 Annual Report (Due 04/01/2017) |
| B0490-2921 | 02/01/2018 | 2017 Annual Report (Due 04/01/2018) |
| B0675-4537 | 03/21/2019 | 2018 Annual Report (Due 04/01/2019) |
| B0850-2852 | 03/31/2020 | 2019 Annual Report (Due 04/01/2020) |
| B1013-7177 | 04/01/2021 | 2020 Annual Report (Due 04/01/2021) |
| B1136-5660 | 01/18/2022 | Administrative Amendment |
| B1101-7248 | 01/19/2022 | Assumed Name With Name Consent |
| B1153-9090 | 01/31/2022 | 2021 Annual Report (Due 04/01/2022) |

Phone (615) 741-6488 * Fax (615) 741-7310 * Website: http://tnbear.tn.gov/




# ARTICLES OF ORGANIZATION
# LIMITED LIABILITY COMPANY (ss-4270)

Page 1 of 2



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

Filing Fee: $50.00 per member
(minimum fee = $300.00, maximum fee = $3,000.00)

For Office Use Only
**-FILED-**
Control # 000822669

**The Articles of Organization presented herein are adopted in accordance with the provisions of the Tennessee Revised Limited Liability Company Act.**

**1. The name of the Limited Liability Company is:** Ideal Horizon Benefits LLC

(Note: Pursuant to the provisions of T.C.A. §48-249-106, each Limited Liability Company name must contain the words "Limited Liability Company" or the abbreviation "LLC" or "L.L.C.")

**2. Name Consent: (Written Consent for Use of Indistinguishable Name)**
☐ This entity name already exists in Tennessee and has received name consent from the existing entity.

**3. This company has the additional designation of:**

**4. The name and complete address of the Limited Liability Company's initial registered agent and office located in the state of Tennessee is:**
JASON LAWHORN
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN 37919-4958
KNOX COUNTY

**5. Fiscal Year Close Month:** December

**6. If the document is not to be effective upon filing by the Secretary of State, the delayed effective date and time is:**
(none)    (Not to exceed 90 days)

**7. The Limited Liability Company will be:**
☑ Member Managed     ☐ Manager Managed     ☐ Director Managed

**8. Number of Members at the date of filing:** 2

**9. Period of Duration:** Perpetual

**10. The complete address of the Limited Liability Company's principal executive office is:**
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN 37919-4958
KNOX COUNTY

SS-4270 (Rev. 12/12)                                                                                   RDA 2458



## ARTICLES OF ORGANIZATION
## LIMITED LIABILITY COMPANY (ss-4270)

Page 2 of 2



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

Filing Fee: $50.00 per member
(minimum fee = $300.00, maximum fee = $3,000.00)

For Office Use Only
**-FILED-**
Control # 000822669

**The name of the Limited Liability Company is:** Ideal Horizon Benefits LLC

**11. The complete mailing address of the entity (if different from the principal office) is:**
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN  37919-4958

**12. Non-Profit LLC (required only if the Additional Designation of "Non-Profit LLC" is entered in section 3.)**
☐ I certify that this entity is a Non-Profit LLC whose sole member is a nonprofit corporation, foreign or domestic, incorporated under or subject to the provisions of the Tennessee Nonprofit Corporation Act and who is exempt from franchise and excise tax as not-for-profit as defined in T.C.A. §67-4-2004. The business is disregarded as an entity for federal income tax purposes.

**13. Professional LLC (required only if the Additional Designation of "Professional LLC" is entered in section 3.)**
☐ I certify that this PLLC has one or more qualified persons as members and no disqualified persons as members or holders.
**Licensed Profession:**

**14. Series LLC (optional)**
☐ I certify that this entity meets the requirements of T.C.A. §48-249-309(a) & (b)

**15. Obligated Member Entity (list of obligated members and signatures must be attached)**
☐ This entity will be registered as an Obligated Member Entity (OME)        Effective Date:    (none)
☐ I understand that by statute: THE EXECUTION AND FILING OF THIS DOCUMENT WILL CAUSE THE MEMBER(S) TO BE PERSONALLY LIABLE FOR THE DEBTS, OBLIGATIONS AND LIABILITIES OF THE LIMITED LIABILITY COMPANY TO THE SAME EXTENT AS A GENERAL PARTNER OF A GENERAL PARTNERSHIP. CONSULT YOUR ATTORNEY.

**16. This entity is prohibited from doing business in Tennessee:**
☐ This entity, while being formed under Tennessee law, is prohibited from engaging in business in Tennessee.

**17. Other Provisions:**

Nov 23, 2015 2:09PM
Signature Date

Electronic
Signature

Organizing Member
Signer's Capacity (if other than individual capacity)

Jason Lawhorn
Name (printed or typed)

SS-4270 (Rev. 12/12)

RDA 2458

B0169-4403 11/23/2015 2:09 PM Received by Tennessee Secretary of State Tre Hargett

Case 3:23-cv-00046-DCLC-JEM   Document 10-12   Filed 02/06/23   Page 5 of 16   PageID #: 1211



## Tennessee Limited Liability Company Annual Report Form

AR Filing #: 05235907
FILED: Mar 11, 2016 10:53AM

File online at: http://TNBear.TN.gov/AR

Due on/Before: 04/01/2016    Reporting Year: 2015

~~Annual Report Filing Fee Due:~~
$300 minimum plus $50 for each member over 6 to a maximum of $3000
$20 additional if changes are made in block 3 to the registered agent/office

~~This Annual Report has been successfully~~ paid for and filed. Please keep this report for your records.

Payment-Credit Card - State Payment Center - CC #: 3665359846

**SOS Control Number:** 822669
Limited Liability Company - Domestic    Date Formed: 11/23/2015    Formation Locale: TENNESSEE

**(1) Name and Mailing Address:**
Ideal Horizon Benefits LLC
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN 37919-4958

**(2) Principal Office Address:**
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN 37919-4958

**(3) Registered Agent (RA) and Registered Office (RO) Address:**
JASON LAWHORN
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN 37919-4958

Agent Changed: No
Agent County: KNOX COUNTY

(4) This LLC is (as currently registered in Tennessee): ___Director Managed, ___Manager Managed, _X_ Member Managed, ___Board Managed (appropriate if formed prior to 1/1/2006 only).

If board, director, or manager managed, provide the names and business addresses, including zip codes, of the governors, directors, or managers (or their equivalent). If governed by the pre-2006 LLC act and board managed, list board members and managers.

| Name | Business Address | City, State, Zip |
|---|---|---|
| Jeffery Lawhorn | 6312 KINGSTON PIKE STE 100 | KNOXVILLE, TN 37919-4958 |
| Jason Lawhorn | 6312 KINGSTON PIKE STE 100 | KNOXVILLE, TN 37919-4958 |
| | | |
| | | |

(5) Provide the names and business addresses, including zip codes, of any LLC Officers (if governed by the Revised LLC Act), or their equivalent.

| Name | Business Address | City, State, Zip |
|---|---|---|
| | | |
| | | |
| | | |

(6) Number of members on the date the annual report is executed: _2_
___ This LLC is prohibited from doing business in Tennessee (check if applicable)

(7) Signature: Electronic

(8) Date: 03/11/2016

(9) Type/Print Name: Lisa Ingle

(10) Title: Lawhorn CPA Group

 



## Tennessee Limited Liability Company Annual Report Form

AR Filing #: 05786575
FILED: Apr 10, 2017 2:48PM

File online at: http://TNBear.TN.gov/AR

Due on/Before: 04/01/2017   Reporting Year: 2016

**Annual Report Filing Fee Due:**
$300 minimum plus $50 for each member over 6 to a maximum of $3000
$20 additional if changes are made in block 3 to the registered agent/office

This Annual Report has been successfully paid for and filed. Please keep this report for your records.

**Payment-ECheck - State Payment Center - eCheck**

**SOS Control Number:** 822669
Limited Liability Company - Domestic    Date Formed: 11/23/2015    Formation Locale: TENNESSEE

| (1) Name and Mailing Address: | (2) Principal Office Address: |
|---|---|
| Ideal Horizon Benefits LLC<br>STE 100<br>6312 KINGSTON PIKE<br>KNOXVILLE, TN 37919-4958 | STE 100<br>6312 KINGSTON PIKE<br>KNOXVILLE, TN 37919-4958 |

**(3) Registered Agent (RA) and Registered Office (RO) Address:**
JASON LAWHORN
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN 37919-4958

Agent Changed: No
Agent County: KNOX COUNTY

(4) This LLC is (as currently registered in Tennessee): ____Director Managed, ____Manager Managed, __X__Member Managed, ____Board Managed (appropriate if formed prior to 1/1/2006 only).

If board, director, or manager managed, provide the names and business addresses, including zip codes, of the governors, directors, or managers (or their equivalent). If governed by the pre-2006 LLC act and board managed, list board members and managers.

| Name | Business Address | City, State, Zip |
|---|---|---|
| Jason Lawhorn | 6312 KINGSTON PIKE STE 100 | KNOXVILLE, TN 37919-4958 |
| Jeffery Lawhorn | 6312 KINGSTON PIKE STE 100 | KNOXVILLE, TN 37919-4958 |
|  |  |  |

(5) Provide the names and business addresses, including zip codes, of any LLC Officers (if governed by the Revised LLC Act), or their equivalent.

| Name | Business Address | City, State, Zip |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(6) Number of members on the date the annual report is executed: __2__
____This LLC is prohibited from doing business in Tennessee (check if applicable)

(7) Signature: Electronic

(8) Date: 04/10/2017

(9) Type/Print Name: Jason Lawhorn

(10) Title: Member





## Tennessee Limited Liability Company Annual Report Form

AR Filing #: 06044942
FILED: Feb 1, 2018 11:53AM

File online at: http://TNBear.TN.gov/AR

Due on/Before: 04/01/2018     Reporting Year: 2017

~~Annual Report Filing Fee Due:~~
$300 minimum plus $50 for each member over 6 to a maximum of $3000
$20 additional if changes are made in block 3 to the registered agent/office

This Annual Report has been successfully paid for and filed. Please keep this report for your records.

Payment-ECheck - State Payment Center - eCheck

**SOS Control Number:** 822669
Limited Liability Company - Domestic     Date Formed: 11/23/2015     Formation Locale: TENNESSEE

**(1) Name and Mailing Address:**
Ideal Horizon Benefits LLC
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN  37919-4958

**(2) Principal Office Address:**
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN  37919-4958

**(3) Registered Agent (RA) and Registered Office (RO) Address:**
JASON LAWHORN
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN  37919-4958

Agent Changed: No
Agent County: KNOX COUNTY

(4) This LLC is (as currently registered in Tennessee): ___Director Managed, ___Manager Managed, _X_Member Managed, ___Board Managed (appropriate if formed prior to 1/1/2006 only).

If board, director, or manager managed, provide the names and business addresses, including zip codes, of the governors, directors, or managers (or their equivalent). If governed by the pre-2006 LLC act and board managed, list board members and managers.

| Name | Business Address | City, State, Zip |
|---|---|---|
| Jason Lawhorn | 6312 KINGSTON PIKE STE 100 | KNOXVILLE, TN 37919-4958 |
| Jeffery Lawhorn | 6312 KINGSTON PIKE STE 100 | KNOXVILLE, TN 37919-4958 |
|  |  |  |

(5) Provide the names and business addresses, including zip codes, of any LLC Officers (if governed by the Revised LLC Act), or their equivalent.

| Name | Business Address | City, State, Zip |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(6) Number of members on the date the annual report is executed: _2_
____This LLC is prohibited from doing business in Tennessee (check if applicable)

(7) Signature: Electronic     (8) Date: 02/01/2018

(9) Type/Print Name: Jason Lawhorn     (10) Title: Member

 

B0675-4537 03/21/2019 6:57 PM Received by Tennessee Secretary of State Tre Hargett

06661486



## Tennessee Limited Liability Company Annual Report Form

AR Filing #: 06661486
FILED: Mar 21, 2019 6:57PM

File online at: https://TNBear.TN.gov/

Due on/Before: 04/01/2019  Reporting Year: 2018

**Annual Report Filing Fee Due:**
$300 minimum plus $50 for each member over 6 to a maximum of $3000
$20 additional if changes are made in block 3 to the registered agent/office

This Annual Report has been successfully paid for and filed. Please keep this report for your records.

Payment-ECheck - State Payment Center - eCheck

**SOS Control Number:** 822669
Limited Liability Company - Domestic     Date Formed: 11/23/2015     Formation Locale: TENNESSEE

**(1) Name and Mailing Address:**
Ideal Horizon Benefits LLC
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN 37919-4958

**(2) Principal Office Address:**
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN 37919-4958

**(3) Registered Agent (RA) and Registered Office (RO) Address:**
JASON LAWHORN
STE 100
6312 KINGSTON PIKE
KNOXVILLE, TN 37919-4958

Agent Changed: No
Agent County: KNOX COUNTY

(4) This LLC is (as currently registered in Tennessee): ___Director Managed, ___Manager Managed, _X_Member Managed, ___Board Managed (appropriate if formed prior to 1/1/2006 only).

If board, director, or manager managed, provide the names and business addresses, including zip codes, of the governors, directors, or managers (or their equivalent). If governed by the pre-2006 LLC act and board managed, list board members and managers.

| Name | Business Address | City, State, Zip |
|---|---|---|
| Jason Lawhorn | 6312 KINGSTON PIKE STE 100 | KNOXVILLE, TN 37919-4958 |
| Jeffery Lawhorn | 6312 KINGSTON PIKE STE 100 | KNOXVILLE, TN 37919-4958 |
|  |  |  |
|  |  |  |

(5) Provide the names and business addresses, including zip codes, of any LLC Officers (if governed by the Revised LLC Act), or their equivalent.

| Name | Business Address | City, State, Zip |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(6) Number of members on the date the annual report is executed: _2_
___ This LLC is prohibited from doing business in Tennessee (check if applicable)

(7) Signature: Electronic          (8) Date: 03/21/2019

(9) Type/Print Name: Jennifer Chan        (10) Title: CPA

SS-4253                 Page 1 of 1                RDA 1678

Case 3:23-cv-00046-DCLC-JEM   Document 10-12   Filed 02/06/23   Page 9 of 16   PageID #: 1215

  

## Tennessee Limited Liability Company Annual Report Form

AR Filing #: 07179822
FILED: Mar 31, 2020 2:31PM

File online at: https://TNBear.TN.gov/

Due on/Before: 04/01/2020    Reporting Year: 2019

| Annual Report Filing Fee Due: | This Annual Report has been successfully paid for and filed. Please keep this report for your records. |
|---|---|
| $300 minimum plus $50 for each member over 6 to a maximum of $3000. $20 additional if changes are made in block 3 to the registered agent/office | Payment-Credit Card - State Payment Center - CC #: 3778806416 |

**SOS Control Number:** 822669
Limited Liability Company - Domestic    Date Formed: 11/23/2015    Formation Locale: TENNESSEE

**(1) Name and Mailing Address:**
Ideal Horizon Benefits LLC
C/O SWART BAUMRUK & COMPANY, LLP
1101 MIRANDA LN
KISSIMMEE, FL 34741-0769

**(2) Principal Office Address:**
11205 OUTLET DR
KNOXVILLE, TN 37932-3124

**(3) Registered Agent (RA) and Registered Office (RO) Address:**
RICHARD M. ATNIP
11205 OUTLET DR
KNOXVILLE, TN 37932-3124

Agent Changed: Yes
Agent County: KNOX COUNTY

**(4)** This LLC is (as currently registered in Tennessee): ____Director Managed, ____Manager Managed, __X__Member Managed, ____Board Managed (appropriate if formed prior to 1/1/2006 only).

If board, director, or manager managed, provide the names and business addresses, including zip codes, of the governors, directors, or managers (or their equivalent). If governed by the pre-2006 LLC act and board managed, list board members and managers.

| Name | Business Address | City, State, Zip |
|---|---|---|
| Richard M Atnip | 11205 OUTLET DRIVE | KNOXVILLE, TN 37932 |
| Sarah Kirkland | 11205 OUTLET DRIVE | KNOXVILLE, TN 37932 |
| | | |
| | | |

**(5)** Provide the names and business addresses, including zip codes, of any LLC Officers (if governed by the Revised LLC Act), or their equivalent.

| Name | Business Address | City, State, Zip |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**(6)** Number of members on the date the annual report is executed: __2__
____This LLC is prohibited from doing business in Tennessee (check if applicable)

(7) Signature: Electronic    (8) Date: 03/31/2020

(9) Type/Print Name: Richard M Atnip    (10) Title: Member

SS-4253                                  Page 1 of 1                                  RDA 1678

Case 3:23-cv-00046-DCLC-JEM  Document 10-12  Filed 02/06/23  Page 10 of 16  PageID #: 1216




07689741



## Tennessee Limited Liability Company Annual Report Form

AR Filing #: 07689741
FILED: Apr 1, 2021 10:46AM

File online at: https://TNBear.TN.gov/

Due on/Before: 04/01/2021     Reporting Year: 2020

| **Annual Report Filing Fee Due:** |
|---|
| $300 minimum plus $50 for each member over 6 to a maximum of $3000 |
| $20 additional if changes are made in block 3 to the registered agent/office |

This Annual Report has been successfully paid for and filed. Please keep this report for your records.

**Payment-Credit Card - State Payment Center - CC #: 3803021802**

**SOS Control Number:** 822669
Limited Liability Company - Domestic    Date Formed: 11/23/2015    Formation Locale: TENNESSEE

**(1) Name and Mailing Address:**
Ideal Horizon Benefits LLC
C/O SWART BAUMRUK & COMPANY, LLP
1101 MIRANDA LN
KISSIMMEE, FL 34741-0769

**(2) Principal Office Address:**
11205 OUTLET DR
KNOXVILLE, TN 37932-3124

**(3) Registered Agent (RA) and Registered Office (RO) Address:**
RICHARD M. ATNIP
11205 OUTLET DR
KNOXVILLE, TN 37932-3124

Agent Changed: No
Agent County: KNOX COUNTY

(4) This LLC is (as currently registered in Tennessee): ___Director Managed, ___Manager Managed, _X_ Member Managed, ___Board Managed (appropriate if formed prior to 1/1/2006 only).

If board, director, or manager managed, provide the names and business addresses, including zip codes, of the governors, directors, or managers (or their equivalent). If governed by the pre-2006 LLC act and board managed, list board members and managers.

| Name | Business Address | City, State, Zip |
|---|---|---|
| Richard M Atnip | 11205 OUTLET DRIVE | KNOXVILLE, TN 37932 |
| Sarah Kirkland | 11205 OUTLET DRIVE | KNOXVILLE, TN 37932 |
|  |  |  |
|  |  |  |

(5) Provide the names and business addresses, including zip codes, of any LLC Officers (if governed by the Revised LLC Act), or their equivalent.

| Name | Business Address | City, State, Zip |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(6) Number of members on the date the annual report is executed: _2_

___This LLC is prohibited from doing business in Tennessee (check if applicable)

(7) Signature: Electronic     (8) Date: 04/01/2021

(9) Type/Print Name: Richard Atnip     (10) Title: Member

Case 3:23-cv-00046-DCLC-JEM   Document 10-12   Filed 02/06/23   Page 11 of 16   PageID #: 1217

# CHANGE OF MAILING ADDRESS

SS-4800

**Division of Business Services**
**Department of State**
**State of Tennessee**
ATTN: Corporate Filing
312 Rosa L. Parks Ave, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

No Filing Fee Required

**Tre Hargett**
Secretary of State

For Office Use Only

### 1. Entity submitting mailing address change

Secretary of State Control Number: 000822669

Entity Name: Ideal Horizon Benefits LLC

### 2. Current Mailing Address

Mailing Address: 1101 MIRANDA LN

City: KISSIMMEE    ST: FL    Zip: 34741-0769

### 3. New Mailing Address

Mailing Address: 414 N PETERS

City: KNOXVILLE    ST: TN    Zip: 37922

Signature: [signed]
Title/Signer's Capacity: President

Printed Name: Sarah Kirkland
Date: 1-11-22

Submitter Name: Robert Anderson    Phone #: (865) 392-1036

SS-4800 (Rev.01/18)    *All information on this form is public record.*    RDA's 1678 and 2135

## APPLICATION FOR REGISTRATION OF ASSUMED LIMITED LIABILITY COMPANY NAME

Pursuant to the provisions of Section 48-249-106(d) of the Tennessee Revised Limited Liability Company Act, the undersigned limited liability company (the "Company") hereby submits this application:

1. The true name of the Company is:

   **Ideal Horizon Benefits LLC** (Control No. 822669)

2. The jurisdiction in which the Company is formed is Tennessee.

3. The Company intends to transact business under an assumed name.

4. The assumed name the Company proposes to use is:

   **Solar Titan USA**

Dated this 17th day of January, 2022.

**IDEAL HORIZON BENEFITS LLC**

By: *[signature]*

Printed Name: Sarah Kirkland

Title: CEO

4948868.1
B1101-7248 01/19/2022 3:31 PM Received by Tennessee Secretary of State Tre Hargett

| WRITTEN CONSENT FOR USE OF INDISTINGUISHABLE NAME (SS-9411) |



Business Services Division
**Tre Hargett, Secretary of State**
**State of Tennessee**
312 Rosa L. Parks AVE., 6th FL.
Nashville, TN 37243
(615) 741-2286
Filing fee $20.00

Pursuant to the Tennessee Business Corporation Act, Tennessee Nonprofit Corporation Act, Tennessee Limited Liability Company Act, Tennessee Revised Limited Liability Company Act, or the Tennessee Revised Uniform Partnership Act, this consent for use of indistinguishabe name is submitted to the Tennessee Secretary of State.

Existing Entity Name: **Solar Titan USA, LLC**
Entity 1

Existing Entity Secretary of State Control Number: **1056810**

Entity Receiving Name Consent: **Ideal Horizon Benefits LLC (Control No. 822669)**
Entity 2

## SELECT THE STATEMENT THAT APPLIES

Option 1:

☐ Both entities hereby consent to use and maintain the same registered agent.

Option 2:

☑ The existing entity consents to change its name or terminate its existence within 60 days.

Solar Titan USA, LLC        1-17-2022
Entity 1 Signature            Signature Date
Richard M. Atnip
Name (printed or typed)

Ideal Horizon Benefits, LLC        1/17/22
Entity 2 Signature            Signature Date
Sarah Kirkland
Name (printed or typed)

*Note: Pursuant to T.C.A. § 10-7-503 all information on this form is public record.*

SS-9411                                              RDA 1678

 

## Tennessee Limited Liability Company Annual Report Form

AR Filing #: 08016327
FILED: Jan 31, 2022 12:58PM

File online at: https://TNBear.TN.gov/

Due on/Before: 04/01/2022   Reporting Year: 2021

**Annual Report Filing Fee Due:**
$300 minimum plus $50 for each member over 6 to a maximum of $3000
$20 additional if changes are made in block 3 to the registered agent/office

This Annual Report has been successfully paid for and filed. Please keep this report for your records.

**Payment-ECheck - State Payment Center - eCheck**

**SOS Control Number:** 822669
Limited Liability Company - Domestic   Date Formed: 11/23/2015   Formation Locale: TENNESSEE

**(1) Name and Mailing Address:**
Ideal Horizon Benefits LLC
414 N PETERS RD
KNOXVILLE, TN 37922-2332

**(2) Principal Office Address:**
414 N PETERS RD
KNOXVILLE, TN 37922-2332

**(3) Registered Agent (RA) and Registered Office (RO) Address:**
RICHARD M. ATNIP
11205 OUTLET DR
KNOXVILLE, TN 37932-3124

Agent Changed: No
Agent County: KNOX COUNTY

(4) This LLC is (as currently registered in Tennessee): ____Director Managed, ____Manager Managed, _X_ Member Managed, ____Board Managed (appropriate if formed prior to 1/1/2006 only).

If board, director, or manager managed, provide the names and business addresses, including zip codes, of the governors, directors, or managers (or their equivalent). If governed by the pre-2006 LLC act and board managed, list board members and managers.

| Name | Business Address | City, State, Zip |
|---|---|---|
| Richard M Atnip | 414 NORTH PETERS ROAD | KNOXVILLE, TN 37922 |
| Sarah Kirkland | 414 NORTH PETERS ROAD | KNOXVILLE, TN 37922 |
| | | |
| | | |

(5) Provide the names and business addresses, including zip codes, of any LLC Officers (if governed by the Revised LLC Act), or their equivalent.

| Name | Business Address | City, State, Zip |
|---|---|---|
| | | |
| | | |
| | | |

(6) Number of members on the date the annual report is executed: 2
____This LLC is prohibited from doing business in Tennessee (check if applicable)

(7) Signature: Electronic   (8) Date: 01/31/2022

(9) Type/Print Name: Kevin Parton   (10) Title: Knoxville

SS-4253   Page 1 of 1   RDA 1678

Case 3:23-cv-00046-DCLC-JEM Document 10-12 Filed 02/06/23 Page 15 of 16 PageID #: 1221