# Exhibit L

## Solar Titan USA Advertisement




# Tennessee Solar Program 2022

### Go Solar For $0 Down &
### Save 50-90% on Monthly Utility Bills

GENERAC Storage Battery Included ($20K Value) with Premium System Purchase!*

˅

## Do you own your home?




**Yes**             **No**

Next >>

## EXTENDED: Get 26% Solar Tax Credit for 2022!

# Fill Out the 20-Second Survey Above to See If You Pre-Qualify For:
*\*\*Limited Time Offer Only\*\**

### GENERAC Battery Included

# $0 Down Solar Panels




*Fall/Winter Promotion only available while supplies last. Must purchase solar system to receive storage battery.

Solar Titan USA © 2021 All Rights Reserved

Privacy Policy · Terms of Service