# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE



FILED
FEB 0 6 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | | |
|---|---|---|
| STATE OF TENNESSEE,<br>*ex rel.* JONATHAN SKRMETTI,<br>ATTORNEY GENERAL and REPORTER,<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* DANIEL CAMERON,<br>ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a<br>SOLAR TITAN USA, *a Tennessee Limited Liability Company*,<br><br>CRAIG KELLEY, RICHARD ATNIP,<br>and SARAH KIRKLAND, *individually and as officers of Solar Titan USA*,<br><br>and<br><br>SOLAR MOSAIC, LLC d/b/a MOSAIC,<br>*a California Limited Liability Company*,<br><br>Defendants,<br><br>and<br><br>SOLAR TITAN CHARTERS, LLC d/b/a<br>TITAN CHARTERS, *a Florida Limited Liability Company*,<br><br>Relief Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED<br><br><br><br><br><br><br><br><br><br><br><br><br><br>CASE NO. _____ |

**PLAINTIFFS' EXHIBITS TO *EX PARTE* TRO MOTION (EX. O - EX. CC)**
**(2 OF 2)**

[FILED UNDER SEAL]