# Exhibit T

## Declaration of Tony Binkley

## DECLARATION OF TONEY BINKLEY, PRESIDENT CEO
## BETTER BUSINESS BUREAU OF GREATER EAST TENNESSEE

I, Tony Binkley, hereby state that I have personal knowledge of the facts set forth below, and the facts contained herein are true to the best of my recollection, except for those facts which are alleged to be upon information and belief, and as to those allegations, I hereby certify I believe the same to be true. If called as a witness, I would testify as follows:

1. My name is Tony Binkley. I live in Tennessee and am over the age of 21. I am the President/CEO for the Better Business Bureau of Greater East TN, Inc. (BBB). I have been with BBB for 8 years. My office address is: 251 N Peters Rd, Knoxville, TN 37923.

2. I have served as the BBB's President/CEO for 5+ years. Prior to that time, I was a Territory Supervisor for the BBB.

3. The BBB is a not for profit organization whose purpose is to promote an ethical marketplace by providing information and services to consumers and businesses. This purpose includes providing reports on businesses and charities, offering dispute resolution services, supplying consumer information on topics relating to purchasing decisions, promoting truthful and accurate advertising and selling practices, and fighting fraud by alerting consumers to current marketplace frauds and scams.

4. Businesses that become accredited with the BBB must meet certain standards. Businesses must be licensed and bonded as required by law, provide information to BBB on the nature of the business and the background of the principals, have a good business reputation, and adhere to and abide by BBB advertising standards, by-laws, and the fair trade practice code, as well as local, state, and federal statutes. One of BBB's

1

accreditation standards requires that companies respond to complaints filed with BBB by consumers.

5. BBB issues reports to the public on both BBB accredited and non-accredited businesses. These reports include background information, a summary of the business's complaint history and other experiences in the marketplace, customer reviews, and information developed through special BBB investigations and relevant government actions.

6. During the course of my duties, I have reviewed the materials requested from this office by the Tennessee Attorney General's Office (Attorney General) in a phone call on 11/4/2022. That communication requested a copy of all complaints that BBB had in regard to Ideal Horizons/Solar Titan, as well as any other pertinent records this office could share.

7. In October of 2019, Solar Titan applied for and was accepted as a BBB Accredited business.

8. In October of 2020, BBB began receiving complaints regarding Solar Titan. We received one complaint in October and another in November of 2020. Solar Titan was responsive to both complaints, and both were resolved. We received another complaint in January of 2021. From April of 2021 through August of 2021, BBB received an additional 9 consumer complaints. From September of 2021 through April of 2022, BBB received 64 additional complaints.

9. On November 10, 2021, Ashley Wilmot, a Territory Supervisor for the BBB of Greater East, TN, and I met with Solar Titan's CEO Craig Kelly, COO Russell Leinbach, and its Director of Business Development, Sarah Kirkland, at their offices located at 414 N

2

Peters Rd in Knoxville. On November 30, 2021, I met again with COO Russell Leinbach to help him better understand the complaint process.

10. On April 4, 2022, Solar Titan's BBB rating dropped from a "B" to an "F". This drop in their rating was a result of numerous complaints from consumers, Solar Titan's delayed or unresponsiveness to those complaints, and customers' continued dissatisfaction with the lack of resolve to correct the issues.

11. On April 20, 2022, I had a conversation with Sarah Kirkland. She requested that we resend any complaints that required attention directly to her email. Those links were sent over that day.

12. On April 28, 2022, I had a conversation with Sarah Kirkland and Craig Kelly. During that conversation, they both indicated their desire to withdraw their affiliation with BBB. That request was granted.

13. Sarah Kirkland contacted me again on June 20, 2022, requesting that we resend 2 additional complaints. Those were emailed directly to Sarah.

14. We currently have 177 total complaints and 150 of those have been received in the past 12 month rolling window regarding Solar Titan.

15. I am one of several custodians of records for BBB. I am familiar with the record keeping process employed by BBB and attest that all of the aforementioned documents attached to this Declaration have been received, retained, and/or compiled in the course of the regularly conducted business activity of BBB.

3

I declare under the penalty of perjury under the laws of the State of Tennessee and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 3rd day of February, 2023, in Knox County, Tennessee.

Tony Binkley
President/CEO
BBB of Greater East TN, Inc.

4

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851426

| | | | |
|---|---|---|---|
| **Consumer Info:** | Hudspeth, Mark<br>1022 Glover Rd<br>Rockford, TN 37853<br>8656803043<br>hudsplace@hotmail.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |

**Date Filed:** 10/5/2020 10:45:37 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

The product does not meet the requirements I asked my sales representative for. I live in the county. My power is very unreliable. I requested Solar due to medical devices needed. I want to be independent from City power. I paid extra to have a battery backup to the solar for night use. The Solar does not work at all. I continue to lose all power every time the City power is off. This occurs several times a week, even during daytime. I feel the Solar Power is a scam. I agreed to pay over 36,000 to ensure my family would never lose power and put our health at risk. I have discussed my needs with the installers and tried to call my salesman. I am waiting for a response. At this time, I want the system removed and my contract canceled. They can not provide the services I require.

**Consumer's Desired Resolution:**

I want the Solar system removed, damage to my house repaired. I also want any charges to my bank account returned. The system has not provided any service I requested.

# Complaint Timeline

| | | |
|---|---|---|
| 10/05/2020 | Complaint Received by BBB: Legacy<br>**web** | |
| 10/05/2020 | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**colbyr@knoxville.bbb.org** | |
| 10/05/2020 | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| 10/05/2020 | Inform Member of Complaint: Legacy<br>**Otto** | |
| 10/10/2020 | Receive Business Response: Legacy<br>**WEB** | |
| 10/13/2020 | Forward Business Response to Consumer: Legacy<br>**colbyr@knoxville.bbb.org** | |
| 10/14/2020 | Received Consumer Rebuttal: Legacy<br>**WEB** | |
| 10/19/2020 | Forward Consumer Rebuttal to Business: Legacy | |

1

| 10/28/2020 | No Response from Business re: Consumer Rebuttal: Legacy |
| | OttO |
| 10/28/2020 | Forward Consumer Rebuttal to Business: Legacy |
| | colbyr@knoxville.bbb.org |
| 11/05/2020 | No Response from Business re: Consumer Rebuttal: Legacy |
| | OttO |
| 11/05/2020 | Manually Forward Consumer Rebuttal to Business: Legacy |
| | colbyr@knoxville.bbb.org |
| 11/11/2020 | No Response from Business re: Consumer Rebuttal: Legacy |
| | OttO |
| 11/12/2020 | Received Business' Rebuttal Response: Legacy |
| | colbyr@knoxville.bbb.org |
| 11/12/2020 | Send Consumer Rebuttal - No New Offer - AJR: Legacy |
| | colbyr@knoxville.bbb.org |
| 11/12/2020 | Inform Business - Case Closed AJR: Legacy |
| | Otto |
| 11/12/2020 | Case Closed AJR: Legacy |
| | Otto |

# Complaint Messages

**10/10/2020 - Imported**
Receive Business Response
We always try to go above and beyond to satisfy all of our customers.

We will reach out to this customer to try to find a reasonable and an amicable way to clarify satisfaction. Consumers that choose to have a battery as stored energy backup, are expilcitly explained the capability of the battery prior to installation and the consumer chooses what breakers they would like added to the sub panel so that from their perspective we connect the breakers of their choice for essential power when grid power is out.

**10/14/2020 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
The company has responded to my complaints. I have received several calls and even a home visit. They are unable to prove I am getting any usage from the solar panels. The panels are generating a very limited amount of power. There is no way to show I'm using it. My City power is still my primary source. When the city power goes off, I still have no power. The battery is a complete waste of space. Being able to use the battery during a power outage only last a few minutes. I'm being asked to rewire my home to place my important circuits on the battery. I can not exceed 30 amps.

2

I was not told prior to purchase of the limited ability to use the system when City power is off. I believe they added $10,000 to my price for the battery that is not standard. If the system provides no power without the City power it is 100% useless to me. The company has explained that when the city power is off, the solar power stops too. It evidently would feed back into the city lines and possibly kill a worker.

Since the only reason I would need power is for the frequent times I lose City power, I gain nothing. If the only reason for installing Solar was to reduce my City bill, that is not the case either. I specially told the salesman, Jason, I was not concerned as much about saving money as I was about have stability in my power. I am currently waiting for the next billing cycle to see if Solar is making any difference in my bill.

I am very dissatisfied with the system and the response I am getting. The company is asking me basically to prove it's not working, while they can't prove that it is doing anything.

At the very least, the company can not provide what I asked for from the salesman. I just get excuses why the system may not be working the way I want.


**11/12/2020 - Imported**
Received Business' Rebuttal Response
Solar Titan USA's response for this absolutely nonfactual based propaganda style trolling complaint. Solar Titan USA will include statistically factual information to show actual production from a third-party monitoring company, as well as the specifications and expectations for the battery storage that was installed as part of Mr. Hudspeth. This is nothing other than buyer's remorse. Solar Titan USA has gone over above and beyond to accommodate additional consulting for Mr. Hudspeth that is not within the standard boundaries of a traditional solar system installation, to try to satisfy this consumer.

Solar Titan USA has produced all relevant information to Mr. Hudspeth to show this consumer that he has made a wonderful plan for his future with great benefits.

Regards

Solar Titan USA

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851427

| Consumer Info: | Gunning, Elizabeth | Business Info: | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 1703 Liberty Rd. | | Titan USA, LLC |
| | Lexington, KY 40505 | | 11205 Outlet Dr |
| | 8594203032 | | Knoxville, TN 37932-3124 |
| | anniegunning@gmail.com | | |

**Date Filed:** 11/13/2020 12:30:25 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
Never cancelled loan after cancelled contract I was planning to work with them. They kept rescheduling. I began to suspect it was a scam and cancelled my "install". Two months on and I'm now getting collection notices and calls from Mosaic Finance. They say Solar Titan never cancelled the loan w them and i also found out Mosaic has a lien on my house that is holding up a refinance. I called Solar Titan and Russell said whoever I talked to at Mosaic was lying and that they did cancel everything. He then hung up on me. I have been unable to get a proper response from Russell, Sarah, or Shauna about getting this cleared up with Mosaic in over a week. Just called again and asked to be conferenced in with Mosaic to clear this up. Russell hung up on me instead. I'm not even sure this is a real company. I am contacting my lawyer now bc as far as I can tell a fake company took my loan proceeds of nearly $16,000 and have not returned it to the lender or cancelled the loan.

**Consumer's Desired Resolution:**
Solar Titan needs to correct this with Mosaic Finance and restore my credit rating to what is was prior to this debacle and subsequent late notices/collections.

# Complaint Timeline

| | | |
|---|---|---|
| 11/13/2020 | Complaint Received by BBB: Legacy | |
| | **web** | |
| 11/16/2020 | Member or MIP Complaint Validated by BBB Operator: Legacy | |
| | **rosel@knoxville.bbb.org** | |
| 11/16/2020 | Send Acknowledgement to Consumer: Legacy | |
| | **Otto** | |
| 11/16/2020 | Inform Member of Complaint: Legacy | |
| | **Otto** | |
| 11/16/2020 | Consumer Satisfied - with Letter: Legacy | |
| | **rosel@knoxville.bbb.org** | |
| 11/16/2020 | Inform Business - Case Closed RESOLVED: Legacy | |
| | **Otto** | |
| 11/16/2020 | Case Closed RESOLVED: Legacy | |
| | **Otto** | |

4

# Complaint Messages

**11/16/2020 - Imported**

Consumer Satisfied - with Letter

After filing this complaint they called me back nearly immediately and resolved this with Mosaic.

5

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851428

| Consumer Info: | Daniels, James | Business Info: | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 234 Beagle Lane | | Titan USA, LLC |
| | Clinton, TN 37716 | | 11205 Outlet Dr |
| | 8654412187 | | Knoxville, TN 37932-3124 |
| | jdaniels0202@gmail.com | | |

**Date Filed:** 1/6/2021 10:59:20 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

Was sold undersized unit.Was told solar system would offset power bill with an ave10 year roi.Not possible.System completely misrep'd. Will not reply. 6kw solar system installed first week of Sept. Purchased for $28k. Sales rep was Jason Horton. Was told power bill would basically be $0 as the solar system would pay for itself in a number of years. After the next two power bills, we realized this never could happen. In fact we never will see an ROI out of the system as it will be obsolete by that time. We are not seeing much of a power reduction at all. In researching the problem found out A) System is too small to fit our needs, B) one has to be contracted with TVA (through CUB) to repurchase power and C) one needs a battery storage system to use the power generated during darkness. All of this told to us by Solar Titan after we started asking questions. None of this was ever conveyed to us when the system was sold. In discussion with Sara (Solar Titan engineer) seems like the sales rep. Missed quite a few documents that he should have gone over with us. Contacted sales rep, never heard back. Contacted Ernie at Solar Titan who said to contact Sara (the engineer). Sara talked to me once in early Dec. Saying the system was too small and would investigate as sales should have told us all this. At the time of purchase we wanted to buy a bigger system but Jason said this was the largest we could purchase. Sara never had called back nor will return my calls after multiple vms. Finally talked to Shawna at ST in mid Dec. She said they will make us a happy customer as it appeared the sales rep. had misrepresented the system. She said she would investigate as the sales rep should have informed us that TVA does offer a buy back but you have to sign up for it. I explained that in our research and in discussions with Clinton Utility Board they said no one that they deal with has been successful in making that happen. Shawna said Solar Titan could easily get a contract through TVA as they have done so multiple times. She said she would investigate and get back to me. After multiple text messages and vms, she has yet to reply. So we have a $28k system that maybe returned $20 in electrical power last power bill (Nov).

**Consumer's Desired Resolution:**

According to our contract with Solar Titan we have to go through arbitration. I have been unsuccessful in getting ST to now reply. Am hoping you can do so. If not, Will have to hire a lawyer. The way I see it, we have two options. 1) Uninstall and refund our purchase price. This is now more the way I am leaning since they are ghosting me 2) get us signed up with TVA and install a battery system free of charge since they are now advertising they do so but this only solves part of the problem as the system is still too small so we need more solar panels. They should add this in as well.

6

# Complaint Timeline

| | |
|---|---|
| **01/06/2021** | Complaint Received by BBB: Legacy<br>**web** |
| **01/07/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** |
| **01/07/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **01/07/2021** | Inform Member of Complaint: Legacy<br>**Otto** |
| **01/22/2021** | No Response to First Notice to Member: Legacy<br>**OttO** |
| **01/22/2021** | Second Notice to Member Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **01/28/2021** | No Response Received from Business on 2nd Notice: Legacy<br>**OttO** |
| **02/01/2021** | Second Notice to Member Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **02/08/2021** | No Response Received from Business on 2nd Notice: Legacy<br>**OttO** |
| **02/12/2021** | More Info Received from the Business: Legacy |
| **02/12/2021** | Receive Business Response: Complaint Reopen<br>**rosel@knoxville.bbb.org** |
| **02/12/2021** | Forward Business Response to Consumer: Legacy<br>**rosel@knoxville.bbb.org** |
| **02/14/2021** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **02/17/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **02/25/2021** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **02/26/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **03/02/2021** | Received Business' Rebuttal Response: Legacy<br>**rosel@knoxville.bbb.org** |
| **03/02/2021** | Send Business' Rebuttal Response - New Offer: Legacy<br>**rosel@knoxville.bbb.org** |
| **03/03/2021** | Consumer Satisfied - with Letter: Legacy<br>**kathyf@knoxville.bbb.org** |

7

| 03/03/2021 | Inform Business - Case Closed RESOLVED: Legacy
**Otto** |
| 03/03/2021 | Case Closed RESOLVED: Legacy
**Otto** |
| 10/13/2021 | ReOpen the Complaint: Complaint Reopen
**kathyf@knoxville.bbb.org** |
| 10/13/2021 | Received Consumer Rebuttal: Complaint Reopen
**kathyf@knoxville.bbb.org** |
| 10/13/2021 | Forward Consumer Rebuttal to Business: Legacy
**kathyf@knoxville.bbb.org** |
| 10/18/2021 | Received Business' Rebuttal Response: Legacy
**WEB** |
| 10/18/2021 | Send Business' Rebuttal Response - New Offer: Legacy
**kathyf@knoxville.bbb.org** |
| 10/26/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy
**OttO** |
| 10/26/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy
**Otto** |
| 10/26/2021 | Case Closed - Assumed RESOLVED: Legacy
**OttO** |
| 11/05/2021 | ReOpen the Complaint: Complaint Reopen
**kathyf@knoxville.bbb.org** |
| 11/05/2021 | Received Consumer Rebuttal: Complaint Reopen
**kathyf@knoxville.bbb.org** |
| 11/05/2021 | Forward Consumer Rebuttal to Business: Legacy
**kathyf@knoxville.bbb.org** |
| 11/15/2021 | No Response from Business re: Consumer Rebuttal: Legacy
**OttO** |
| 11/15/2021 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy
**kathyf@knoxville.bbb.org** |
| 11/15/2021 | Inform Consumer - Case Closed UNRESOLVED: Legacy
**Otto** |
| 11/15/2021 | Inform Business - Case Closed UNRESOLVED: Legacy
**Otto** |
| 11/15/2021 | Case Closed UNRESOLVED: Legacy
**Otto** |

# Complaint Messages

**02/12/2021 - Imported**
Receive Business Response

8

\*\*\*Document Attached\*\*\*
To Whom It May Concern

This is in response to the James Daniels' statement of "was told power bill would be $0"
-- We have attached the document signed by the Daniels at time of sale showing Estimated savings on their current electric usage should be UP TO 50% Annually .

Mr. Daniels also claimed that his sales representative told him that he could not buy a larger system than what he purchased.
--When a system is purchased without a battery, Solar Titan USA only recommends UP TO a certain size due to the wholesale price TVA is willing to pay for the extra power that is sent back to the Grid. It is an option, (for customers who's LPP participates in that program) to sell back at that wholesale rate. We are happy to facilitate that paperwork if that is what the customer desires. For many customers there are additional ongoing meter fees for that program, some customers choose to participate and some choose not to participate and just use the solar power for their home. Again, we are happy to facilitate this paperwork if that's what the Daniels' desire.

Mr. Daniels also says 'through his own research' he found that he needs a larger system to cover more of his usage.
--If the Daniels want to add to their system and include a battery we are happy to honor existing customer pricing.

To the claim of not being able to reach someone at our company.
--Our office hours are 8am-5pm Monday thru Friday and there is always someone to answer calls at the main office during those times.


See Attachment/File: Daniels.png


**02/12/2021 - Imported**
More Info Received from the Business
\*\*\*Document Attached\*\*\*

See Attachment/File: Daniels.png


**02/14/2021 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
Point #1: Solar Titan (ST) is incorrect. The document they provided to the BBB and attached was signed on 12 July 2020, 6 WEEKS AFTER we signed and executed the purchase contract. Both the initial sales call and signing the purchase contract occurred on 31 May 2020. The document Solar Titan attached is

9

somewhat irrelevant as the purchase contract was already 'in force' doing so 3 days after the purchase contract was signed (per Solar Titan's terms and conditions).

In addition here is how Solar Titan's sales rep portrayed the document that Solar Titan has now attached. They needed a signed authorization to start the CUB (power company) integration on our behalf. The document title is "Current Commitment to Electric Company 100% Loss." This was explained by the salesman that this was notification to the power company that we expect to self generate 100% (100% loss to the power company) of our power needs. The form also states that the annual monthly average would be 1,200 kilowatts (kw). This was based on our average annual usage of 16,000 kw times 90% equaling 14,400 kw divided by 12 equaling 1,200 kw. Again this made sense as the salesman said we could not buy a bigger system due to TVA rules and that EVERYTHING we generated would be for our use against our monthly usage. We cannot verify the veracity of the savings line as we were never provided a copy of this document when we signed it. However, we do not remember this line being filled out as it would have raised a major red flag. We were told that there would be a monthly fee for the meter and some small amount of power but basically the power generated by the solar system would offset 90% of what we used.

Point #2: We were never OFFERED nor was there EVER an explanation that we NEEDED a battery system as this would be something needed in the event of a loss of power or wanting to live off the grid. The salesman indicated the meter would be bi-directional and we assumed (and he indicated) this meant the we would be allowed to reclaim what was sent back up the line. As the salesman said on multiple occasions, we would be moving money from one pocket back to our other pocket. So instead of paying the power company money each month it would go toward our solar panel payment basically creating a wash. So instead of paying a $200 power bill, $180 would go for payment of the solar system more or less after paying meter fees. This would then provide an 8 to 10 year ROI AS SHOWN IN SOLAR TITAN's SALES LITERATURE which the salesman provided and showed / told us. We were never informed that the power company would NOT be reimbursing us for any excess power generated. When we first talked with Solar Titan in December, Solar Titan said that having the salesman turn down our multiple requests to buy a larger system made no sense as Solar Titan would sell us as large of a system as we wanted to buy. That is what they are in business. Solar Titan's explanation on this point makes no logical sense since who wants to prove power back to TVA with no reimbursement unless it was cost prohibitive to do so?

Point 3: It was in conversations with Solar Titan (and with the power company in November after we started to investigate why we not getting the ROI as Solar Titan told/sold us) that we would need a much bigger system plus a battery back up to recover our investment. We found out from the power company and with Solar Titan confirming in November that we are now currently giving back all the excess solar power generated for free. At that time Solar Titan SAID we could expect only about 1,000 to 1,200 kw production during the summer which is far below the 2,000 we need on average. This assumes of course that we are using 100% of all power generated and not giving anything back to the power company. Again this is way below what is needed as we then found out from the power company that any excess power generated only pays us something like $.028 kwh compared to the power company

10

charging us approx. $.108 kwh. Again this is based on IF we are approved by TVA to do so. We never anticipated the need to sell power back to TVA (becoming a wholesale power producer) as this was never part of the sales presentation. The system Solar Titan sold us is seriously undersized to recover our investment of 8 to 10 years as Solar Titan told /sold us on 31 May 2020.

Point #4: This statement is technically correct. Solar Titan's receptionist does answer the phone and take messages. However, after that no one will return our phone calls, text messages or voice mails. All of the Solar Titan reps returned our first initial call but after learning of our issues have never replied, called or followed up in ANY way. After the initial call, it has been total silence from Solar Titan ever since. So I'm calling bull crap on this statement.

In closing, we have abided by Solar Titan's terms and conditions and have made multiple attempts to work with them. We purchased and paid for the system in good faith. Now we expect that Solar Titan lives up to what they told / sold us.

Since they are now not acting in good faith, we expect removal and a complete refund.

In hind sight and now looking at the document they had us sign 6 weeks AFTER the sales call and purchase, this really is starting to look like a bait and switch scam.

**03/02/2021 – Imported**
Received Business' Rebuttal Response
We are following up to let you know that we take customer satisfaction very seriously, but we also realize that in today's world unfortunately there are some customers that state nonfactual unsupported accusations for self-gain. We have been in contact with Mr. Daniels, we are going to reach out to Mr. Daniels once again to see if there is anything reasonable as a solution that is a viable option. We always give every effort to go above and beyond with options to see if there is anything at all that we can do to try to satisfy the customer.

**03/03/2021 – Imported**
Consumer Satisfied - with Letter
Customer called to say they are working on a resolution.

**10/13/2021 – Imported**
Received Consumer Rebuttal
***Document Attached***
Solar Titan offered to solve our initial complaint by installing a battery and helping us get on the TVA

11

buyback program to get us to what we purchased.

Solar Titan did install a battery on 3 March 2021. It was not installed correctly. Solar Titan returned the last week of June and corrected the error. This was the first time we could actually monitor the output of the system.

We finally got on the TVA buyback program in mid July (with a lot of nagging by myself to our Clinton Utility Board representative). Our TVA buyback check in August for June and July combined was around $5.

We are still not seeing the ROI of 7 to 10 years that we were 'told' and 'sold' by Solar Titan's sales representative. In fact based on what we can now monitor, the system should have been over twice the size or about a 13 to 16 kw system instead of the 6kw system they recommend to us to meet our needs.

Because the system is so far below what we wanted, what we were told and what we were sold to meet our needs, we request they uninstall the system and refund our money.

We request to go into arbitration as we see no other way to resolve the error on Solar Titan's part.

See Attachment/File: CamScanner 10-03-2021 15.02.pdf

**10/18/2021 - Imported**
Received Business' Rebuttal Response
This customer is using the BBB to communicate with our office. Please reach out directly at 833-200-0229. We have not been sent any bills to review.

**11/05/2021 - Imported**
Received Consumer Rebuttal
Per Solar Titan's response on how to resolve the issue, called them on 10-25-21 at approx 9:30. Left message with Shawna who assured me a manager would return my call. Nothing. Called back on 10-29-21 ·
at approx. 11:30 and spoke with Natalie who said the person who handles BBB issues would call me back. Still no response back from Solar Titan. Issue has not been resolved.

12

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851419

| | | | |
|---|---|---|---|
| **Consumer Info:** | Ball, Wendall<br>1405 Creekwood Drive<br>Knoxville, TN 37918<br>8652309749<br>alanbintn@aol.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar<br>Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |

**Date Filed:** 4/1/2021 10:28:12 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

In June 2020 I signed a $30,000 contract with Solar Titan to install a 7.0 KW solar power system in my home at 1405 Creekwood Drive, Knoxville, TN. The Solar Panels were installed on the roof and other components were installed on the home in July 2020. In November 2020 the installation was inspected by the Knoxville Tn. Building Inspector. The system was connected to the existing Knoxville Utilities Board power system. Solar Titan's representative advised that the system would be sufficient to reduce our monthly electric bills to a minimum. We advised Solar Titan in December and January that the solar system had just barely reduced our electric bills. Solar Titan then advised that a battery system would be required and that the same would cost thousands of dollars more.

**Consumer's Desired Resolution:**

1. Removal of the solar system from the premises.

2. The roof was less than 1 year old when the solar panels were installed. We want that part of the roof removed and replaced with new matching shingles.

3. A 100% cancellation of the $30,000 loan for the installation and a refund to us of all payments and fees related to subject installation.

# Complaint Timeline

| | | |
|---|---|---|
| **04/01/2021** | Complaint Received by BBB: Legacy<br>**web** | |
| **04/05/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** | |
| **04/05/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |

| | | |
|---|---|---|
| 04/05/2021 | Inform Member of Complaint: Legacy<br>**Otto** | |
| 04/20/2021 | No Response to First Notice to Member: Legacy<br>**OttO** | |
| 04/20/2021 | Second Notice to Member Business: Legacy<br>**rosel@knoxville.bbb.org** | |
| 04/20/2021 | More Info Received from the Business: Legacy<br>**rosel@knoxville.bbb.org** | |
| 04/26/2021 | No Response Received from Business on 2nd Notice: Legacy<br>**OttO** | |
| 04/27/2021 | Second Notice to Member Business: Legacy<br>**rosel@knoxville.bbb.org** | |
| 04/28/2021 | Receive Business Response: Legacy<br>**WEB** | |
| 04/29/2021 | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** | |
| 05/07/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** | |
| 05/07/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** | |
| 05/07/2021 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** | |

# Complaint Messages

**04/20/2021 - Imported**
More Info Received from the Business
We are in discussion with Mr Ball. Hoping to provide and update soon!


**04/28/2021 - Imported**
Receive Business Response
Mr. Ball's system was installed and passed state inspection and has been producing power. It was through this form that we were first made aware of his concerns. After we were made aware of Mr. Ball's concerns we reached out to him. His system has been producing extremely well. His utility bill seems to show that most of his usage is at night. We have offered him a battery and additional options to more than correct his concerns. We absolutely want Mr. Ball to be a happy customer and have made it clear to him that we are willing to go above and beyond for him. He had not brought the concern to us directly,

14

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851417

| | | | |
|---|---|---|---|
| **Consumer Info:** | Onkst, Gary<br>193 Ridings Mitchell Creek Rd<br>London, KY 40741<br>6063091389<br>jrbonkst@gmail.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |

**Date Filed:** 5/6/2021 12:42:07 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**

**Consumer's Desired Resolution:**
Other (requires explanation)

# Complaint Timeline

| | |
|---|---|
| 05/06/2021 | Complaint Received by BBB: Legacy<br>**rosel@knoxville.bbb.org** |
| 05/06/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** |
| 05/06/2021 | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| 05/06/2021 | Inform Member of Complaint: Legacy<br>**Otto** |
| 05/21/2021 | No Response to First Notice to Member: Legacy<br>**OttO** |
| 05/21/2021 | Second Notice to Member Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 05/27/2021 | No Response Received from Business on 2nd Notice: Legacy<br>**OttO** |
| 05/27/2021 | Second Notice to Member Business: Legacy<br>**rosel@knoxville.bbb.org** |
| 06/02/2021 | More Info Received from the Business: Legacy |
| 06/02/2021 | Receive Business Response: Legacy<br>**rosel@knoxville.bbb.org** |
| 06/02/2021 | Forward Business Response to Consumer: Legacy<br>**rosel@knoxville.bbb.org** |
| 06/10/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy |

OttO

| 06/10/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy |
| | OttO |
| 06/10/2021 | Case Closed - Assumed RESOLVED: Legacy |
| | OttO |
| 06/21/2021 | ReOpen the Complaint: Complaint Reopen |
| | rosel@knoxville.bbb.org |
| 06/23/2021 | Consumer Rejects Business' Final Offer: Legacy |
| | rosel@knoxville.bbb.org |
| 06/23/2021 | Forward Consumer Rebuttal to Business: Legacy |
| | rosel@knoxville.bbb.org |
| 06/25/2021 | Received Business' Rebuttal Response: Legacy |
| | WEB |
| 06/25/2021 | Send Consumer Rebuttal - No New Offer - AJR: Legacy |
| | rosel@knoxville.bbb.org |
| 06/25/2021 | Inform Business - Case Closed AJR: Legacy |
| | Otto |
| 06/25/2021 | Case Closed AJR: Legacy |
| | Otto |

# Complaint Messages

**06/02/2021 – Imported**
More Info Received from the Business
Mr. Onkst purchased his system prior to the Spring Promo being offered. He was given a pricing promo on the system and we added a tree removal credit of $2000. We have explained to him that both of those added up to more than the Spring Promo and we cannot combine the Promo's.

**06/23/2021 – Imported**
Consumer Rejects Business' Final Offer
I spoke to the operations manager and he laughed and said had he intended to give me a rebate he would have added that amount on to the original price. As for the BBB, he said you were weak and could not do anything to help me or hurt his company for refusing to cooperate.

**06/25/2021 – Imported**
Received Business' Rebuttal Response
Our response remains the same. "Mr. Onkst purchased his system prior to the Spring Promo being offered. He was given a pricing promo on the system and we added a tree removal credit of $2000. We have explained to him that both of those added up to more than the Spring Promo and we cannot combine the Promo's."

16

We value the role of the BBB for business and consumer communications.

17

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851418

| **Consumer Info:** | Christopherson, Jon<br>1312 bellshire dr.<br>nashville, TN 37207<br><br>jonsands1312@att.net | **Business Info:** | Ideal Horizon Benefits / DBA: Solar<br>Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |
| --- | --- | --- | --- |

**Date Filed:** 5/20/2021 3:00:03 PM

**Nature of the Complaint:** Repair Issues

**Consumer's Original Complaint:**
I contracted with this company on 2-5-2021 for a solar system to be installed at my residence. The system was installed on 4-14-2021. The problem is it was not permitted in Davidson county. The state inspector called me on 4-20-2021 and informed me this company is not properly licensed in Davidson county and he would not inspect it. I called Solar Titan on 4-21-2021 as they were responsible for pulling all the permits. They said they would take care of it. The permit still is not been pulled as of 5-20-2021. I have called the company several times and they say they will take care of it.

**Consumer's Desired Resolution:**
Finish the job

# Complaint Timeline

| | | |
| --- | --- | --- |
| 05/20/2021 | Complaint Received by BBB: Legacy<br>**web** | |
| 05/20/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** | |
| 05/20/2021 | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| 05/20/2021 | Inform Member of Complaint: Legacy<br>**Otto** | |
| 06/07/2021 | No Response to First Notice to Member: Legacy<br>**OttO** | |
| 06/09/2021 | Second Notice to Member Business: Legacy<br>**rosel@knoxville.bbb.org** | |
| 06/09/2021 | Receive Business Response: Legacy<br>**WEB** | |
| 06/09/2021 | Forward Business Response to Consumer: Legacy<br>**rosel@knoxville.bbb.org** | |
| 06/17/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** | |

| 06/17/2021 | Inform Business – Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| 06/17/2021 | Case Closed - Assumed RESOLVED: Legacy **OttO** |

# Complaint Messages

**06/09/2021 – Imported**
Receive Business Response

We have had some delays on the permitting and we have stayed in contact with Mr Christopherson throughout. We have compensated him so that these delays are not costing him anything at all! This will be completely rectified soon!!!

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851422

| **Consumer Info:** | Hudson, Evelyn | **Business Info:** | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 968 Lakeside Drive | | Titan USA, LLC |
| | Jackson, KY 41339 | | 11205 Outlet Dr |
| | | | Knoxville, TN 37932-3124 |
| | evelynhudson90@gmail.com | | |

**Date Filed:** 6/17/2021 4:02:16 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Last summer July/August, we signed a contract for purchasing a complete solar panel system to be net metered into our local grid. Panels were installed, ready to go by end of September. From September until we called the electrical company in November we had received no further response from Solar Titan regarding the date our panels would be working with our power grid. We were told by electric company that Solar Titan had failed to submit the required appplication to even be approved to hook up panels to grid. We called Solar Titan and they submitted the application. From Nov-March we had no relief and were unable to use solar panels to decrease electric bill. We are still unable to use panels as intended to decrease bills and are paying both solar loan and full electric bill due to meter issues and incompatibility between power grid and Solar Titan panels. Had Solar Titan had a process in place that required electric comp approval before install we might have been spared extra costs.

**Consumer's Desired Resolution:**

Contact by the business

# Complaint Timeline

| | | |
|---|---|---|
| **06/17/2021** | Complaint Received by BBB: Legacy **web** | |
| **06/18/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy **rosel@knoxville.bbb.org** | |
| **06/18/2021** | Send Acknowledgement to Consumer: Legacy **Otto** | |
| **06/18/2021** | Inform Member of Complaint: Legacy **Otto** | |
| **06/18/2021** | Receive Business Response: Legacy **WEB** | |
| **06/18/2021** | Forward Business Response to Consumer: Legacy **rosel@knoxville.bbb.org** | |
| **06/18/2021** | Received Consumer Rebuttal: Legacy **WEB** | |

20

| 06/21/2021 | Bureau Judged Complaint Resolved: Legacy **rosel@knoxville.bbb.org** |
| 06/21/2021 | Inform Consumer Case Closed Answered: Legacy **Otto** |
| 06/21/2021 | Inform Business - Case Closed AJR: Legacy **Otto** |
| 06/21/2021 | Case Closed AJR: Legacy **Otto** |

# Complaint Messages

**06/18/2021 - Imported**
Receive Business Response
We are reached out to Mr. and Mrs.Hudson today! She has not called the office. Their solar system is producing well and from our end don't see any issues. When we called Mr. Hudson said he is unaware of any issues with us and that the complaint was meant for their power company. He said he would call his wife and get this cleared up.

**06/18/2021 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
The business misrepresents my complaint and their follow up with my husband. My complaint was focused on the process with which Solar Titan initiated installation. Sure, the panels work but from the time of installation until three months later Solar Titan made zero contact with us/electric company to initiate service via grid. We are still working with the electric company to fix compatibility issues between the net meter they installed and their data collection hardware. My complaint is about the main process, Solar Titan should maintain contact with customers after installation and should have contacted the electric company before installing. My husband and I are both on the loan documents, he has contacted Solar Titan MULTIPLE times in the past and was the one to contact them to tell Solar Titan to apply for approval to connect the panels to the grid. I am not out to hurt anyone's business. I am giving this company constructive criticism and find some relief for the THREE months of solar panel loan payments we made without contact from the solar company to us or electric company. Your process is unclear, confusing, frustrating to the electric company who has mentioned multiple times the solar company SHOULD HAVE CONTACTED THEM BEFORE INSTALLING PANELS. Solar Titan would do well to work to remediate customers' complaints without being on the attack as they have responded to several other complaints with a great deal of hostility.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851424

| **Consumer Info:** | Windle, Thomas | **Business Info:** | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 708 Thomas rd | | Titan USA, LLC |
| | Speedwell, TN 37870 | | 11205 Outlet Dr |
| | | | Knoxville, TN 37932-3124 |
| | windlet@bellsouth.net | | |

**Date Filed:** 6/29/2021 11:04:15 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

They have a finance company called mosaic which released funds to them after we canceled the work in feb of 2021. We were told they would start deducting July 1 st. They took out a payment in may and June this year. We want it canceled and a refund for 2 payment s. No work was ever done. We canceled the same day the salesman was here.

**Consumer's Desired Resolution:**

Billing adjustment

# Complaint Timeline

| 06/29/2021 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 06/30/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy **rosel@knoxville.bbb.org** |
| 06/30/2021 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 06/30/2021 | Inform Member of Complaint: Legacy **Otto** |
| 07/15/2021 | No Response to First Notice to Member: Legacy **OttO** |
| 07/15/2021 | Second Notice to Member Business: Legacy **rosel@knoxville.bbb.org** |
| 07/15/2021 | Receive Business Response: Legacy **WEB** |
| 07/15/2021 | Forward Business Response to Consumer: Legacy **rosel@knoxville.bbb.org** |
| 07/23/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| 07/23/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |

**07/23/2021**          Case Closed - Assumed RESOLVED: Legacy
**OttO**

# Complaint Messages

**07/15/2021 - Imported**
Receive Business Response

The Windles purchased a solar system on Feb.16th, 2021 and financed with Mosaic financing. They requested to cancel on March 8th, well after the three day right of cancellation period. They were in a contract with Solar Titan USA as well as Mosaic Finance. Do to the nature of the request an exception was made and we sent in to Mosaic an agreement to cancel on the same day, March 8th. Due to the late date of the cancellation and the product already being ordered and paid for, Mosaic's cancellation process takes longer. We do not have any control of that process. We have verified with Mosaic that the cancellation has been processed. The Windles will not be out any money once this is completed. We are not at fault in any delays or returned payments. This complains should not be directed toward Solar Titan USA.

23

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851425

| **Consumer Info:** | Davis, John | **Business Info:** | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 179 Clifftop Dr | | Titan USA, LLC |
| | Hendersonville, TN 37075 | | 11205 Outlet Dr |
| | | | Knoxville, TN 37932-3124 |
| | dtj5@hotmail.com | | |

**Date Filed:** 7/2/2021 4:01:08 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

On March 25, 2021 I signed a contract with Sunlight Financial for a 116Kw Solar system. The system has yet to be put in service. The system was installed by Solar Titan USA and I was told we now had to have the State do the electrical inspection before they could put the system in service. I received a call from the State inspector who informed me that the city of Hendersonville Tennessee had to do the inspection. I believe Solar Titan USA did not pull a permit from the city so the city will not inspect. Sunlight Financial wants to receive payment whether the system is in service or not in service. I have refused to pay until the system is put in service.

**Consumer's Desired Resolution:**

The system removed and return of my $7,000.00 dollar payment.

# Complaint Timeline

| | | |
|---|---|---|
| 07/02/2021 | Complaint Received by BBB: Legacy | |
| | **web** | |
| 07/06/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy | |
| | **rosel@knoxville.bbb.org** | |
| 07/06/2021 | Send Acknowledgement to Consumer: Legacy | |
| | **Otto** | |
| 07/06/2021 | Inform Member of Complaint: Legacy | |
| | **Otto** | |
| 07/21/2021 | No Response to First Notice to Member: Legacy | |
| | **OttO** | |
| 07/22/2021 | Second Notice to Member Business: Legacy | |
| | **rosel@knoxville.bbb.org** | |
| 07/28/2021 | No Response Received from Business on 2nd Notice: Legacy | |
| | **OttO** | |
| 07/28/2021 | Second Notice to Member Business: Legacy | |
| | **rosel@knoxville.bbb.org** | |
| 07/28/2021 | Receive Business Response: Legacy | |

24

**WEB**

| | |
|---|---|
| **07/28/2021** | Forward Business Response to Consumer: Legacy<br>**rosel@knoxville.bbb.org** |
| **07/28/2021** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **07/29/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **08/06/2021** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **08/06/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **08/16/2021** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **08/20/2021** | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**rosel@knoxville.bbb.org** |
| **08/20/2021** | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **08/20/2021** | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **08/20/2021** | Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **09/22/2021** | ReOpen the Complaint: Complaint Reopen<br>**rosel@knoxville.bbb.org** |
| **09/22/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** |
| **09/22/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **09/22/2021** | Inform Member of Complaint: Legacy<br>**Otto** |
| **09/22/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** |
| **09/22/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **09/22/2021** | Inform Member of Complaint: Legacy<br>**Otto** |
| **10/07/2021** | No Response to First Notice to Member: Legacy<br>**OttO** |
| **10/07/2021** | Second Notice to Member Business: Legacy<br>**rosel@knoxville.bbb.org** |

25

| 10/13/2021 | No Response Received from Business on 2nd Notice: Legacy<br>**OttO** |
| 10/13/2021 | Inform Consumer No Response from Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 10/13/2021 | Inform Consumer - Case Closed UNANSWERED: Legacy<br>**Otto** |
| 10/13/2021 | Inform Business - Case Closed UNANSWERED: Legacy<br>**Otto** |
| 10/13/2021 | Case Closed - UNANSWERED: Legacy<br>**Otto** |
| 10/13/2021 | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 10/13/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** |
| 10/13/2021 | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| 10/13/2021 | Inform Member of Complaint: Legacy<br>**Otto** |
| 10/18/2021 | Receive Business Response: Legacy<br>**WEB** |
| 10/18/2021 | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 10/26/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 10/26/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 10/26/2021 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

## Complaint Messages

**07/28/2021 – Imported**
Receive Business Response
It is a priority to get this customer turned on. Due to delays out of our control, there were delays. It is waiting on the final inspection, this permit has been pulled and paid for and we were told in was lost in the system twice. We have reached out to the inspection directly to get a time for the inspection. We will update the customer as soon as we have this update. Getting this system turn on is a high priority.

**07/28/2021 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
I do not accept the response as the company has not attempted to Communicate anything to me.

26

The fault lies with this company and the payment for the monthly loan amount should be born by them until it is put in service and proven that it works as specified.

**10/18/2021 – Imported**
Receive Business Response
Passed state inspection.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851423

| | | | |
|---|---|---|---|
| **Consumer Info:** | Purdy, George<br>2941 northlake dr<br>Maryville, TN 37801<br><br>Gpurdy1997@msn.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar<br>Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |

**Date Filed:** 7/19/2021 7:17:29 PM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

I called a phone number in first stimulus package showing big discounts for solar power solar titan responded we were told a lot of different things none of which has come true after many calls to solar and they continue their lie swearing everything had been done all applications file and all permits paid we were sold a 6kw system and told we would produce more than enough energy to cover our light bill this didn't happen I am still paying 50 to 60% of my light bill they said I needed to cut some trees in order to get more sun I agreed and there was no change in my bill I was supposed to be able to sell excess power to TVa ppp power buyback Tva said no paper work has ever been filed on my behalf talk with Alcoa utilities they said solar titan never paid the application fee to apply for the ppp they also said that the system I had was insuffient that I would have needed a 20 kw system to cover my current usage and then told me that I was in a long line of people that solar titan misled

**Consumer's Desired Resolution:**

Contact by the business; Billing adjustment; Finish the job

# Complaint Timeline

| | | |
|---|---|---|
| 07/19/2021 | Complaint Received by BBB: Legacy<br>**web** | |
| 07/20/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** | |
| 07/20/2021 | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| 07/20/2021 | Inform Member of Complaint: Legacy<br>**Otto** | |
| 07/20/2021 | Receive Business Response: Legacy<br>**WEB** | |
| 07/20/2021 | Forward Business Response to Consumer: Legacy<br>**rosel@knoxville.bbb.org** | |
| 07/21/2021 | Received Consumer Rebuttal: Legacy<br>**WEB** | |

28

| | |
|---|---|
| **07/21/2021** | More Info Received from the Consumer: Legacy |
| **07/21/2021** | More Info Received from the Consumer: Legacy |
| **07/22/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **07/30/2021** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **07/30/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **07/30/2021** | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| **08/02/2021** | Send Consumer Rebuttal - No New Offer - AJR: Legacy<br>**rosel@knoxville.bbb.org** |
| **08/02/2021** | Inform Business - Case Closed AJR: Legacy<br>**Otto** |
| **08/02/2021** | Case Closed AJR: Legacy<br>**Otto** |
| **08/15/2021** | More Info Received from the Consumer: Legacy |
| **08/15/2021** | More Info Received from the Consumer: Legacy |

# Complaint Messages

**07/20/2021 - Imported**
Receive Business Response
We have gone above and beyond for this customer. He had been advised about his trees needing to cut for production. Also, he didn't ask to be part of the DPP. If he had, we would be more than happy to facilitate his paperwork and set up. That program doesn't pay much, if anything, after all monthly fees are added by the utility company. As a courtesy, we paid to have his trees taken down to help increase his production. He signed a letter acknowledging this as a courtesy and his full satisfaction with acceptance of the offer. We also advised a battery to increase his offset, he is getting 50-60% now and that could be increased. His system is producing well.

**07/21/2021 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
I will be uploading some pages to try and show where they have lied and or misrepresented themselves. On one note about the trees Solar was originally supposed to put the system on my 30 x 30 garage with no trees around. I have a voice mail that can verify this. The operations manager came to my home and

29

suggested to cut the trees instead of moving the system. He talked me into it. I probably should stayed the course and had them move the system

---

**07/21/2021 - Imported**
More Info Received from the Consumer
***Document Attached***

See Attachment/File: img129.pdf

**07/21/2021 - Imported**
More Info Received from the Consumer
***Document Attached***
voice mail 290 verifies that they were supposed to move the system before talking about cutting the trees again. voice mail a52 verifies that the woman who answered the phones is Sarah. voice mail verifies the name of the salesman who gave the sales pitch and told us what we needed and what we would get in return for our money.
See Attachment/File: voicemail-290

**07/30/2021 - Imported**
Received Business' Rebuttal Response
We have gone above and beyond for this customer. He had been advised about his trees needing to cut for production. Also, he didn't ask to be part of the DPP. If he had, we would be more than happy to facilitate his paperwork and set up. That program doesn't pay much, if anything, after all monthly fees are added by the utility company. As a courtesy, we paid to have his trees taken down to help increase his production. He signed a letter acknowledging this as a courtesy and his full satisfaction with acceptance of the offer. We also advised a battery to increase his offset, he is getting 50-60% now and that could be increased. His system is producing well.

**08/15/2021 - Imported**
More Info Received from the Consumer
There was no to very little increase in our solar production after they talked us into cutting our trees. They tried to gouge us for another 7500 dollars to in stall batteries which we were told by their own salesman that they were junk. the system was supposed to cover our electrical usage without batteries. They keep changing their story from what we were told when we purchased the system. now we are paying a $26k loan and still paying almost $300 per month for utilities.

**08/15/2021 - Imported**
More Info Received from the Consumer
Also I did not get the response from the business until today

30

31

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851421

| | | | |
|---|---|---|---|
| **Consumer Info:** | Helton, James<br>77 Hillside Cove Drive<br>Woodbury, TN 37190<br><br>Hangernaid@gmail.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar<br>Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |

**Date Filed:** 8/3/2021 6:03:09 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

On 6 March 2021 Solar Titan installed a 7KW solar system on our home. The system has now been on our home for 5 months, the cost of the system was about $38,000. In 5 months the system has only partially worked for 2 weeks. Solar Titan have been out to the house maybe 6 times trying to repair the system but the repairs have never worked and we get couple weeks delay until the next attempt at getting the system working. Solar Titan was supposed to have come today and fix the system, my son took off work to be here, and Solar Titan did not show up, didn't contact us, nothing. I believe that the system (Hyundai panels and Generac Inverter) are good quality solar, however Solar Titan failed to properly wire the system and after 5 months we STILL DO NOT HAVE WORKING SOLAR ELECTRIC POWER, JUST A $38,000 DEBT! Attached are screen shots of the installation and text messages. The dates of the text are there, follow the time line.

**Consumer's Desired Resolution:**

Finish the job; Reimbursement for 3 months of electric bill

# Complaint Timeline

| | | |
|---|---|---|
| **08/03/2021** | Complaint Received by BBB: Legacy<br>**web** | |
| **08/04/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** | |
| **08/04/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **08/04/2021** | Inform Member of Complaint: Legacy<br>**Otto** | |
| **08/09/2021** | More Info Received from the Consumer: Legacy | |
| **08/19/2021** | No Response to First Notice to Member: Legacy<br>**OttO** | |
| **08/19/2021** | Second Notice to Member Business: Legacy<br>**rosel@knoxville.bbb.org** | |

32

| | |
|---|---|
| **08/19/2021** | Receive Business Response: Legacy<br>**WEB** |
| **08/19/2021** | Forward Business Response to Consumer: Legacy<br>**rosel@knoxville.bbb.org** |
| **08/19/2021** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **08/20/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **08/30/2021** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **08/30/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **09/07/2021** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **09/09/2021** | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**kathyf@knoxville.bbb.org** |
| **09/09/2021** | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **09/09/2021** | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **09/09/2021** | Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **09/22/2021** | ReOpen the Complaint: Complaint Reopen<br>**rosel@knoxville.bbb.org** |
| **09/22/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** |
| **09/22/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **09/22/2021** | Inform Member of Complaint: Legacy<br>**Otto** |
| **09/22/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** |
| **09/22/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **09/22/2021** | Inform Member of Complaint: Legacy<br>**Otto** |
| **10/07/2021** | No Response to First Notice to Member: Legacy<br>**OttO** |
| **10/07/2021** | Second Notice to Member Business: Legacy<br>**rosel@knoxville.bbb.org** |

33

| 10/07/2021 | Receive Business Response: Legacy |
| | **WEB** |
| 10/07/2021 | Forward Business Response to Consumer: Legacy |
| | **rosel@knoxville.bbb.org** |
| 10/07/2021 | Received Consumer Rebuttal: Legacy |
| | **WEB** |
| 10/08/2021 | Forward Consumer Rebuttal to Business: Legacy |
| | **rosel@knoxville.bbb.org** |
| 10/18/2021 | No Response from Business re: Consumer Rebuttal: Legacy |
| | **OttO** |
| 10/18/2021 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy |
| | **kathyf@knoxville.bbb.org** |
| 10/18/2021 | Inform Consumer – Case Closed UNRESOLVED: Legacy |
| | **Otto** |
| 10/18/2021 | Inform Business – Case Closed UNRESOLVED: Legacy |
| | **Otto** |
| 10/18/2021 | Case Closed UNRESOLVED: Legacy |
| | **Otto** |

## Complaint Messages

**08/09/2021 - Imported**
More Info Received from the Consumer
Solar Titan sent a crew to fix the system on 9 AUG. The solar is still not working, however the crew DID knock out the power to about 1/3 of the house including the refrigerator. I have called and left messages and sent text, but they do not answer.

**08/19/2021 - Imported**
Receive Business Response
We have been calling and texting you. We just got a response from you saying that you are only available on Saturday.

**08/19/2021 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
There was someone home all summer, Solar Titan hadt 5 months to fix the system (6 MAR-9 AUG) to fix the system and hasn't. My wife and I both work, and the boys are now in school, and to meet the crew one of us would have to either skip school or miss work. We've already missed 3 days of work and lost income to be home for Solar Titan crews, that was a loss of income of several hundred dollars each time, we're not going to di it anymore.

Waiting 5 months to get the system fixed has shown a lot of patience. We worked with Solar Titan every

34

way we could. My wife and I cannot take anymore time off work, it would be a problem trying to get the time off, not just the loss of income but our bosses won't allow anymore time off for a while. And I'm not going to have the boys skip school, I doubt the school would find it an excused absence.

So yes, we're only home on Saturdays and Sundays. Solar Titan should have fixed the system this summer when we were home.

**10/07/2021 – Imported**
Receive Business Response
Passed final inspection and commissioned. Thank you for understanding timeline are crazy in the world we are living in.

**10/07/2021 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
After almost 7 months the system is working at about 60%, there are still several panels that are not working and Solar Titan has not said anything about when or how they will fix them. At least now more than half of the system works so we are getting some solar power.

I recommend solar 100%, but this has not been a good experience with Solar Titan.

35

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851420

| **Consumer Info:** | Klepper, Deborah | **Business Info:** | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 650 Buck Mountain Trl | | Titan USA, LLC |
| | Cookeville, TN 38506 | | 11205 Outlet Dr |
| | | | Knoxville, TN 37932-3124 |
| | dabryant02@yahoo.com | | |

**Date Filed:** 8/23/2021 11:11:14 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

We contracted with Solar Titan USA in April 2021 for $98,000 job of 95%solar energy. The company completed installation of panels and battery's in June 2021 and reported the completion to the mortgage company for payment of the job that is not completed. Solar Titan USA has not completed the electrical portion of the job that allows our power company Upper Cumberland Electric to switch over to solar energy. Soar Titan USA is aware of this but yet never keeps the appointments they make to complete the job. Solar Titan USA has received payment for a job they have not completed by definition This is theft by deception. We are still paying our electricity bill from upper Cumberland and making a payment to a loan company for a product we do not have. We have contacted Solar Titan numerous times to no avail.

**Consumer's Desired Resolution:**

Finish the job

# Complaint Timeline

| | | |
|---|---|---|
| 08/23/2021 | Complaint Received by BBB: Legacy **web** | |
| 08/24/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy **rosel@knoxville.bbb.org** | |
| 08/24/2021 | Send Acknowledgement to Consumer: Legacy **Otto** | |
| 08/24/2021 | Inform Member of Complaint: Legacy **Otto** | |
| 08/24/2021 | Receive Business Response: Legacy **WEB** | |
| 08/24/2021 | Forward Business Response to Consumer: Legacy **rosel@knoxville.bbb.org** | |
| 08/28/2021 | Received Consumer Rebuttal: Legacy **WEB** | |
| 08/30/2021 | Forward Consumer Rebuttal to Business: Legacy | |

36

rosel@knoxville.bbb.org

| 09/07/2021 | No Response from Business re: Consumer Rebuttal: Legacy<br>OttO |
| 09/07/2021 | Forward Consumer Rebuttal to Business: Legacy<br>rosel@knoxville.bbb.org |
| 09/13/2021 | Received Business' Rebuttal Response: Legacy<br>WEB |
| 09/13/2021 | Send Business' Rebuttal Response - New Offer: Legacy<br>kathyf@knoxville.bbb.org |
| 09/21/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>OttO |
| 09/21/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>OttO |
| 09/21/2021 | Case Closed - Assumed RESOLVED: Legacy<br>OttO |
| 10/29/2021 | ReOpen the Complaint: Complaint Reopen<br>kathyf@knoxville.bbb.org |
| 10/29/2021 | Received Consumer Rebuttal: Legacy<br>kathyf@knoxville.bbb.org |
| 10/29/2021 | Forward Consumer Rebuttal to Business: Legacy<br>kathyf@knoxville.bbb.org |
| 10/29/2021 | Received Business' Rebuttal Response: Legacy<br>WEB |
| 11/01/2021 | Send Business' Rebuttal Response - New Offer: Legacy<br>kathyf@knoxville.bbb.org |
| 11/09/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>OttO |
| 11/09/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>OttO |
| 11/09/2021 | Case Closed - Assumed RESOLVED: Legacy<br>OttO |

# Complaint Messages

**08/24/2021 - Imported**
Receive Business Response
This information is not correct. We have tired multiple times to get this job completed. The Kleppers are very aware that their power company has not been easy to deal with and very hard to get answers from, to schedule with in getting everything competed. We even upgraded at no cost this customer system when engineering recommend a larger battery. WE HATE DELAYS! This has been so frustrating and goes to the on going battle for green energy. We spoke Mr Klepper even this morning. He expressed

37

complete understanding of who is causing the delays and that we are doing everything to get it turned on, which is about to happen.

**08/28/2021 - Imported**

Received Consumer Rebuttal

(The consumer indicated he/she DID NOT accept the response from the business.)

The companies response is not accurate. Solar Titan has not coordinated with Upper Cumberland Electric Company nor Lynn McHenry the inspector. The inspector stated Soar Titan should have contacted him and he could have advised them of the necessary requirements needed to pass inspection. Solar Titan has had to redo the electrical to pass inspection. This has been part of the hold up with completing the system. Solar Titan needs better communication with the customer, electrical company and state inspector. The communication has been less than ideal, we have started trying to coordinate three electric company and state inspector ourselves. Hopefully, we will have Solar energy soon.

**09/13/2021 - Imported**

Received Business' Rebuttal Response

We are at the finish line. We don't like the delays in the process with inspection. There are several parties involved with the final inspection and those delays are not because we are not making your completion a priority. You will be up and running very soon. Thank you for understanding.

**10/29/2021 - Imported**

Received Business' Rebuttal Response

Inspector told us he was coming today. Homeowner was aware of this. Please direct any questions to the office.

**10/29/2021 - Imported**

Received Consumer Rebuttal

The first complaint was filed back in August of 2021 with this business. This is our fourth payment on a solar panel system that is not generating electricity. We are currently paying an electricity bill with upper Cumberland and a solar power payment through mosaic. Again, there is no communication from the Solar Titan with the state inspector or with us. We have made numerous calls to Solar Titan regarding the final inspection and when we are able to generate solar power to know avail. Solar Titan has failed to arrange a final inspection with the state inspector to find our lives the solar power generation. We have made numerous calls to solar Titan attempting to arrange contact between their company and the state inspector. We have given them the state inspectors number and he assures us that he has never been contacted by Solar Titan. At this point we would like to be reimbursed for all the loan payments that we have made on a system that is not functioning. We have made numerous attempts to resolve this issue to no avail. Our last communication was solar Titan we were told the only thing pending was the placard which these state inspector said should have been ordered when the

permit was pulled by solar Titan. The permit was pulled on June 25, 2021. Our last communication was solar Titan was on October 6, 2021 at which point they were going to get in contact with the state inspector to finalize the project. There has been no communication between the state inspector and solar Titan.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851362

| Consumer Info: | Klein, Brad | Business Info: | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 112 Stagecoach Pass | | Titan USA, LLC |
| | Tullahoma, TN 37388 | | 11205 Outlet Dr |
| | | | Knoxville, TN 37932-3124 |
| | Bradklein530@gmail.com | | |

**Date Filed:** 9/3/2021 11:01:28 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

In Feb 21 I ordered a 12kw solar system for a total price of $69,500. Around May 14th they came and did the initial install but was not able to finish it yet. The crew that showed up was great. My first payment of $418 came out on May 25th. On Jun 14th they were supposed to come and finish the job but never showed up or called. I finally got them to come out early Jul and I was told I needed a larger breaker box to accommodate it and that they would pay for the upgrade since they should have caught it at the quote or first install. Again the team that came out was professional and the supervisor had the company send me 2 payment refunds for May and Jun. Since then I have not heard anything but I am continuing to make payments. I have called, texted and left messages repeatedly with every contact I have there with no response. All I'm asking for is to finish the job and refund the payments I've made up to this point. If they can't finish it then remove the system and refund me.

**Consumer's Desired Resolution:**

Finish the job; Refund

# Complaint Timeline

| | | |
|---|---|---|
| 09/03/2021 | Complaint Received by BBB: Legacy | web |
| 09/07/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy | rosel@knoxville.bbb.org |
| 09/07/2021 | Send Acknowledgement to Consumer: Legacy | Otto |
| 09/07/2021 | Inform Member of Complaint: Legacy | Otto |
| 09/13/2021 | Receive Business Response: Legacy | WEB |
| 09/13/2021 | Forward Business Response to Consumer: Legacy | kathyf@knoxville.bbb.org |
| 09/21/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy | OttO |

40

| 09/21/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **09/21/2021** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |
| **11/23/2021** | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| **11/23/2021** | Received Consumer Rebuttal: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| **11/23/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| **12/01/2021** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **12/01/2021** | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**kathyf@knoxville.bbb.org** |
| **12/01/2021** | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **12/01/2021** | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **12/01/2021** | Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **04/25/2022** | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| **04/25/2022** | Receive Business Response: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| **04/25/2022** | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| **05/03/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **05/03/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **05/03/2022** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**09/13/2021 - Imported**
Receive Business Response
We are at the finish line to get your system turned on. Unfortunately there are many parties involved with the final inspection process. We guarantee your system will be up running. Thanks for understanding.

41

**11/23/2021 - Imported**
**Received Consumer Rebuttal**
Soon after the last complaint was made, Solar Titan came out on Sep 20th and finished the install in a few days. The electricians that came out were great and friendly. A few weeks after that in mid Oct the state electrical inspector, Tracy Loftis, came out and had some choice words to say about their work. She called Solar Titan while she was there and explained everything that was wrong. Since then I cannot get Solar Titan to come back out and fix their mistakes. I either want my Solar finished now or for them to take it down and refund my money. Again this whole process started in Feb and we are coming up on Dec with no resolution.

**04/25/2022 - Imported**
**Receive Business Response**
We are still waiting on the final inspection. We have spoken to the customer and he is aware that is all we are waiting on right now. We are reimbursing his payments while he is waiting.

42

## Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851364

| | | | |
|---|---|---|---|
| **Consumer Info:** | Tindle, Michael<br>4009 sirate ln<br>Louisville, KY 40229<br><br>Tindle347@gmail.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar<br>Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |

**Date Filed:** 9/8/2021 11:04:25 AM

**Nature of the Complaint:** Delivery Issues

**Consumer's Original Complaint:**
I am 5/18/2021 , me and my wife was contacted from solar titan USA to put solar panels on my roof after the last three months I have missed multiple days of work and I have been put on the back burner on multiple different occasions while the panels are still not turned on they've started deducting money out of my account to pay for a product that they stayed it would've been turned on in less than two weeks and after three months I'm still getting the laughed at and lied to ! I feel that this company is out to screw over any and everyone the purchases into to their company ! I now have solar panels on my roof that still are not activated

**Consumer's Desired Resolution:**
Finish the job

# Complaint Timeline

| | |
|---|---|
| **09/08/2021** | Complaint Received by BBB: Legacy<br>**web** |
| **09/09/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** |
| **09/09/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **09/09/2021** | Inform Member of Complaint: Legacy<br>**Otto** |
| **09/13/2021** | Receive Business Response: Legacy<br>**WEB** |
| **09/13/2021** | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| **09/21/2021** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **09/21/2021** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **09/21/2021** | Case Closed - Assumed RESOLVED: Legacy |

# Complaint Messages

**09/13/2021 – Imported**
Receive Business Response

We don't like delays! This is a priority and your system will by up and running very soon. Unfortunately the inspection process can take longer than it should, they are many parties involved at that point. Now with Covid we are waiting longer for answers and actions from many of the other parties. Again, we guarantee that you will be up and running. Thanks for understanding.

44

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851363

| | | | |
|---|---|---|---|
| **Consumer Info:** | Tobakos, Patricia<br>1717 W Crocus Dr<br>Radcliff, KY 40160<br><br>pctjpt523@gmail.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar<br>Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |

**Date Filed:** 9/12/2021 12:10:12 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

On June 24th, 2021 we signed up with Solar Titan. System was installed on July 13th & 14th. Told it could take up to 4 weeks for the inspector to come out. At 3 weeks we started to call them to find out when the inspection would happen. When they did return our calls we were told they would call us right back. That never happened. It wasn't until after emails that we were going to contact the BBB that we finally got our inspection. It was 6 weeks and a day. The inspector failed it because the box on the outside of the house was on the wrong side. More ignored phone calls & emails. Finally on Sept 7th a team came out to move the box but they couldn't move the conduit. A roofing team would have to do that. We've been calling all week to find out when they would be coming out. Sept 10th we were told she would call by COB. Never happened. 1st payment due in a few weeks & no working system. We were told we would get a $2500 rebate in 4-6 weeks, It has not been received.

**Consumer's Desired Resolution:**

Finish the job

# Complaint Timeline

| | | |
|---|---|---|
| **09/12/2021** | Complaint Received by BBB: Legacy<br>**web** | |
| **09/13/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** | |
| **09/13/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **09/13/2021** | Inform Member of Complaint: Legacy<br>**Otto** | |
| **09/13/2021** | Receive Business Response: Legacy<br>**WEB** | |
| **09/13/2021** | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** | |
| **09/16/2021** | Consumer Satisfied - with Letter: Legacy<br>**WEB** | |

| 09/16/2021 | Inform Business - Case Closed RESOLVED: Legacy |
| | **kathyf@knoxville.bbb.org** |
| 09/16/2021 | Case Closed RESOLVED: Legacy |
| | **Otto** |

# Complaint Messages

**09/13/2021 - Imported**

Receive Business Response

The promo was not listed on your installation agreement. You did not mentioned this when you called. We have confirmed with the rep. The Promo check is being mailed today 9/13/21. Your system will be up and running soon. the inspection process has pieces out of our control and we commit never leave you hanging. Your system will be up and running very soon! Thanks for your patients.

**09/16/2021 - Imported**

Consumer Satisfied - with Letter

(The consumer indicated he/she ACCEPTED the response from the business.)

They are supposed to be here on Sept 24th to complete the installation of our solar system. The $2500 check was supposedly mailed on Sept. 13th.

46

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851361

| | | | |
|---|---|---|---|
| **Consumer Info:** | England, Jeffrey & Brenda<br>117 Doris Ct<br>ELIZABETHTOWN, KY 42701 | **Business Info:** | Ideal Horizon Benefits / DBA: Solar<br>Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |
| | brerigdon@yahoo.com | | |

**Date Filed:** 9/21/2021 10:03:12 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Solar Titans installed their solar panels, 16 of them on our roof July 13th, with the premise it would take 2 weeks to get all permits and inspections to make the system operational. Cost of system $31,000 As of August 17th no communication from them at all. My husband called our electrical company to inquire about service. Was told without the COI, certificate of inspection the system could not be used. He called Solar Titans several times, all documented with no response. I started calling on Sept 13th and demanded some answers. Later that day Russell called and said we would have our electrical inspection on Sept 16th. No call, no show. I have called daily trying to speak with the owner or managers, no call backs. Russell spoke with me again on the 16th and said the electrician was coming on Sept 27th. I told him I want the system removed. I have called daily to speak to someone in charge with no call backs. I want the system removed, my roof repaired and the debt cleared P

**Consumer's Desired Resolution:**

Refund

# Complaint Timeline

| | | |
|---|---|---|
| 09/21/2021 | Complaint Received by BBB: Legacy<br>**web** | |
| 09/21/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**rosel@knoxville.bbb.org** | |
| 09/21/2021 | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| 09/21/2021 | Inform Member of Complaint: Legacy<br>**Otto** | |
| 09/22/2021 | Inform Member of Complaint: Legacy<br>**rosel@knoxville.bbb.org** | |
| 09/24/2021 | Receive Business Response: Legacy<br>**WEB** | |
| 09/24/2021 | Forward Business Response to Consumer: Legacy<br>**rosel@knoxville.bbb.org** | |

| | |
|---|---|
| **09/26/2021** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **09/27/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **10/05/2021** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **10/07/2021** | Forward Consumer Rebuttal to Business: Legacy<br>**rosel@knoxville.bbb.org** |
| **10/07/2021** | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| **10/08/2021** | Send Business' Rebuttal Response - New Offer: Legacy<br>**rosel@knoxville.bbb.org** |
| **10/18/2021** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **10/18/2021** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **10/18/2021** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

## Complaint Messages

**09/24/2021 - Imported**
Receive Business Response
The Installation manager will be reaching out to you today. We have been waiting on the passed inspection to be turned in and you will up and running. Thank you for your patients!

**09/26/2021 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
It is yet another promise for action in the future. We have had numerous promises in the past that none have came to fruition. We have already paid 2 months payments on a non functioning system. We need the system removed and roof repaired. The company is unreliable and had made NO contact with us for 2 months until after we started calling almost daily and still no contact from anyone with any authority at Solar Titans. They did nothing but an I stall. They never made an arrangement with a 3rd party vendor for any inspections, never pulled a permit in out city and not sure they have a KY license to install. Please just come get your panels, your electric box and void our contract.

**10/07/2021 - Imported**
Received Business' Rebuttal Response
System has passed final inspection and has been turned on. Thank you for your understanding the delays of the times were living in.

48

49

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851366

| Consumer Info: | Napieralski SR., Daniel | Business Info: | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 830 River Cliff Dr. | | Titan USA, LLC |
| | Kodak, TN 37764-2386 | | 11205 Outlet Dr |
| | | | Knoxville, TN 37932-3124 |
| | DapperDan128@aol.com | | |

**Date Filed:** 10/6/2021 12:01:21 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
We received a solar system for Solar Titian USA and it was to be free standing free from Knoxville Utility Board and we were to receive 24 panels. We received 22 panels and never rebated or compensated for the 2 missing panels. We still receive K.U.B. bills of over $100.00 an month. This all started on May 7, 2021 with sales presentation. On 9/17/21 K.U.B came out and finally changed to meter still using K.U.B. electricity. Company doesn't seem interested in solving my issues. They say I have a back up system, I have a generator for back up.

**Consumer's Desired Resolution:**
Add more battery packs to make system free standing and not dependent on K.U.B. free of charge.

# Complaint Timeline

| 10/06/2021 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 10/06/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy **jeanie@knoxville.bbb.org** |
| 10/06/2021 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 10/06/2021 | Inform Member of Complaint: Legacy **Otto** |
| 10/07/2021 | Receive Business Response: Legacy **WEB** |
| 10/13/2021 | Forward Business Response to Consumer: Legacy **kathyf@knoxville.bbb.org** |
| 10/15/2021 | Received Consumer Rebuttal: Legacy **WEB** |
| 10/15/2021 | Forward Consumer Rebuttal to Business: Legacy **kathyf@knoxville.bbb.org** |
| 10/18/2021 | Received Business' Rebuttal Response: Legacy |

**WEB**

| 10/18/2021 | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 10/18/2021 | Consumer Rejects Business' Final Offer: Legacy<br>**WEB** |
| 10/18/2021 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**kathyf@knoxville.bbb.org** |
| 10/18/2021 | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 10/18/2021 | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 10/18/2021 | Case Closed UNRESOLVED: Legacy<br>**Otto** |

# Complaint Messages

**10/07/2021 - Imported**
Receive Business Response
Unfortunately the system has to be reduced by two panels due to space restrictions on the roof. The production manager will be calling you today to discuss your refund or extra battery option. Thank you

**10/15/2021 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
October 15, 2021 No one has called from Solar Titian USA to resolved the issue.

**10/18/2021 - Imported**
Received Business' Rebuttal Response
You are a valued customer. As stated you will be fully refunded or a trade up option given. The manager has tried to reach you. You are welcome to call into the office as well! 833-200-0229

**10/18/2021 - Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
October 18, 2021 No one from the business has contacted me yet. I have called several time prior to this complaint being filed. Since complaint has been filed as of now 11:48 AM October 18, 2021 No one has contacted me by phone or e-mail.
D.E. Napieralski

51

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851365

| Consumer Info: | Carter, Madeline | Business Info: | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 424 herchel Lucas rd | | Titan USA, LLC |
| | Bowling Green, KY 42101 | | 11205 Outlet Dr |
| | | | Knoxville, TN 37932-3124 |
| | madelisid@gmail.com | | |

**Date Filed:** 10/7/2021 10:03:09 AM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

Poor or no communication from company Did not process cancellation request without required 72 hours Did not report to finance company of our cancellation request Finance company planning to ACH payments from our bank account with no service or installation (paying for nothing) Company not taking any ownership for miscommunication or complaint via Google Reviews Finance company placed lien on our home - even though we followed cancellation protocol and never received any product or communication

**Consumer's Desired Resolution:**

Billing adjustment; Correction to a credit report

# Complaint Timeline

| | | |
|---|---|---|
| **10/07/2021** | Complaint Received by BBB: Legacy | |
| | **web** | |
| **10/07/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy | |
| | **rosel@knoxville.bbb.org** | |
| **10/07/2021** | Send Acknowledgement to Consumer: Legacy | |
| | **Otto** | |
| **10/07/2021** | Inform Member of Complaint: Legacy | |
| | **Otto** | |
| **10/07/2021** | Receive Business Response: Legacy | |
| | **WEB** | |
| **10/08/2021** | Forward Business Response to Consumer: Legacy | |
| | **rosel@knoxville.bbb.org** | |
| **10/18/2021** | No Consumer Response- Assumed Resolved with Letter: Legacy | |
| | **OttO** | |
| **10/18/2021** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy | |
| | **OttO** | |
| **10/18/2021** | Case Closed - Assumed RESOLVED: Legacy | |
| | **OttO** | |

# Complaint Messages

**10/07/2021 – Imported**

Receive Business Response

The message you sent today was answered immediately. You were canceled out immediately when requested and the finance company that you contracted with was notified. They process the cancellation we cannot process that for them. All if that was done right away when you contacted us for cancellation. Any money you have paid your finance company they will refund to you. Again that is a contract between you and that finance company. You have been canceled out completely from us and we notified them right away.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851367

| **Consumer Info:** | Freeman, Brian | **Business Info:** | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 490 Ozone Trail | | Titan USA, LLC |
| | Rockwood, TN 37854 | | 11205 Outlet Dr |
| | | | Knoxville, TN 37932-3124 |
| | brian.frmn@gmail.com | | |

**Date Filed:** 10/18/2021 4:09:57 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

The sales person reviewed our electric bills and sold us a system that, according to him, would put us in a position to never pay more than $50 per month to the electric company. This was not the case and month after month we kept seeing electric bills that we basically as high as we had paid before getting the system. I called the company many times, but no one would call me back. I finally got in touch with their operations manager who said that he would supply me with a free battery that would make the system work much better. I signed paperwork to that effect, but the battery never came and people still don't return calls. I simply want a fully functional system, as promised, or to have the equipment removed.

**Consumer's Desired Resolution:**

Finish the job

# Complaint Timeline

| | | |
|---|---|---|
| **10/18/2021** | Complaint Received by BBB: Legacy | **web** |
| **10/19/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy | **kathyf@knoxville.bbb.org** |
| **10/19/2021** | Send Acknowledgement to Consumer: Legacy | **Otto** |
| **10/19/2021** | Inform Member of Complaint: Legacy | **Otto** |
| **10/19/2021** | Receive Business Response: Legacy | **WEB** |
| **10/19/2021** | Forward Business Response to Consumer: Legacy | **kathyf@knoxville.bbb.org** |
| **10/19/2021** | Received Consumer Rebuttal: Legacy | **WEB** |
| **10/20/2021** | Forward Consumer Rebuttal to Business: Legacy | **kathyf@knoxville.bbb.org** |

54

| 10/28/2021 | No Response from Business re: Consumer Rebuttal: Legacy **OttO** |
|---|---|
| 10/28/2021 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy **kathyf@knoxville.bbb.org** |
| 10/28/2021 | Inform Consumer - Case Closed UNRESOLVED: Legacy **Otto** |
| 10/28/2021 | Inform Business - Case Closed UNRESOLVED: Legacy **Otto** |
| 10/28/2021 | Case Closed UNRESOLVED: Legacy **Otto** |
| 04/20/2022 | Received Business' Rebuttal Response: Complaint Reopen **kathyf@knoxville.bbb.org** |
| 04/21/2022 | Send Business' Rebuttal Response - New Offer: Legacy **kathyf@knoxville.bbb.org** |
| 04/21/2022 | Consumer Rejects Business' Final Offer: Legacy **WEB** |
| 04/21/2022 | Forward Consumer Rebuttal to Business: Legacy **kathyf@knoxville.bbb.org** |
| 04/21/2022 | ReOpen the Complaint: Complaint Reopen **kathyf@knoxville.bbb.org** |
| 04/25/2022 | Received Business' Rebuttal Response: Legacy **WEB** |
| 04/25/2022 | Send Business' Rebuttal Response - New Offer: Legacy **kathyf@knoxville.bbb.org** |
| 05/03/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| 05/03/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| 05/03/2022 | Case Closed - Assumed RESOLVED: Legacy **OttO** |

# Complaint Messages

**10/19/2021 – Imported**
Receive Business Response
We are not showing any missed calls from you. Please reach out directly to the office at 833-200-0229.
Thank you


**10/19/2021 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)

55

I have called the office many times and they should be well aware of the circumstances. This is just another delay tactic. Solar Titan should be making efforts to contact me and fulfill the promises that have been made.

**04/20/2022 - Imported**
Received Business' Rebuttal Response
This system is now up and running. Everything is complete.

**04/21/2022 - Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
This is nonsense. I have an agreement signed in July of last year that states Solar Titan was to install a battery on the system free of charge. Solar Titan has repeatedly delayed this and acted as though everything is fine. In December, I spoke to one of the people at Solar Titan who said they had switched battery types and that their people were not trained on the new installations. I was told that once training was complete the battery would be installed. That has been about four months ago and I've heard nothing. As a result, I have drafted a letter to my attorney and will likely be filing suit for breach of contract.

**04/25/2022 - Imported**
Received Business' Rebuttal Response
Very sorry! Had to do a little digging. We switched our CRM and the completed install came through, but not the notes about the complimentary battery. We will prioritize this installation. We were waiting on the SolarEdge batteries which were delayed in availability, we got our first shipment March 2022.

56

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851374

| | | | |
|---|---|---|---|
| **Consumer Info:** | Alemozafar, Darius<br>2957 Candlelight Way<br>Lexington, KY 40502<br><br>darmoz1229@gmail.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar Titan USA, LLC<br>11205 Outlet Dr<br>Knoxville, TN 37932-3124 |

**Date Filed:** 11/6/2021 5:00:12 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

7/16/2021 $63000 $379.22 the installation of Solar panels on my roof I have already cancelled the contract withing the the time. No, the business; like a fraud is charging my account for a job that is not preformed.

**Consumer's Desired Resolution:**

help to make the business accept my submitted contract cancellation via web email.

# Complaint Timeline

| | |
|---|---|
| **11/06/2021** | Complaint Received by BBB: Legacy **web** |
| **11/08/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy **kathyf@knoxville.bbb.org** |
| **11/08/2021** | Send Acknowledgement to Consumer: Legacy **Otto** |
| **11/08/2021** | Inform Member of Complaint: Legacy **Otto** |
| **11/08/2021** | Receive Business Response: Legacy **WEB** |
| **11/08/2021** | Forward Business Response to Consumer: Legacy **kathyf@knoxville.bbb.org** |
| **11/08/2021** | Received Consumer Rebuttal: Legacy **WEB** |
| **11/09/2021** | Forward Consumer Rebuttal to Business: Legacy **kathyf@knoxville.bbb.org** |
| **11/09/2021** | Received Business' Rebuttal Response: Legacy **WEB** |
| **11/09/2021** | Send Business' Rebuttal Response - New Offer: Legacy **kathyf@knoxville.bbb.org** |
| **11/09/2021** | Consumer Rejects Business' Final Offer: Legacy |

57

| 11/09/2021 | Bureau Judged Complaint Resolved: Legacy |
| | **kathyf@knoxville.bbb.org** |
| 11/09/2021 | Inform Consumer Case Closed Answered: Legacy |
| | **Otto** |
| 11/09/2021 | Inform Business - Case Closed AJR: Legacy |
| | **Otto** |
| 11/09/2021 | Case Closed AJR: Legacy |
| | **Otto** |

# Complaint Messages

**11/08/2021 - Imported**
Receive Business Response
This customer signed a legal binding contract with Solar Titan USA and a finance company. The 3 day right of cancellation was expired when he sent a cancellation request. It was explained to him that all his equipment has been purchased and cancellation is not an option. We did however give several options as listed on his contract. We are happy to complete this installation or follow the options given.

**11/08/2021 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
Saturday, a day after the singing of the contract, I contacted them on a given number and spoke with a lady called "Cathy" and requested that I had some question needing to talk to the agent that came to my house, no response was received. Called again on Sunday requesting the same wit no response. On Monday, I spoke with Cathy and mentioned that I need to cancel my contract but I don't have any email that I could do that. She advised that I should do that doing online and file my cancellation.
I went online and submitted my cancellation that was on the "Contact us" page.
I did indeed cancel my contract online which they didn't provide an acknowledgement. This is a shaky business and I have a feeling this is their game of not providing any genuine contact to trap contractors. If this means of communication does not resolve the issue, I will be inclined to take legal action.

**11/09/2021 - Imported**
Received Business' Rebuttal Response
The email address is listed on the back of all installation agreements for cancellations, with options if cancel request is after three days. We do not have a Cathy employed here. There is a phone number on the front of the contract as well.

If you can send us a copy of the cancellation email showing date and time stamped within the three days we are happy to process your cancellation. We do not have an email in our system from you, we understand sometimes things get lot in the internet world. Again, if you can send us proof of cancellation within the three day window we will be happy to process your cancellation.

58

**11/09/2021 – Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
Overall why shoud I pay for a sevice that is not rendered after four month. Secondly why Cathy who I
spoke with did not direct me or even give me the email address for the cancellation and directed to the
web email address. I have submitted my cancellation on the web and if this company is not trying to
trap me to pay for a service that is not peovided, they they should check their web emailss and will have
the cancellation notice. Also if they are geneuine, there has been numwrous verbal cancellation talk. I
think they are cofinding to the technicality of the contract to take money from me which only shows the
integrity of this company and a very bad business practice.

59

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851375

| Consumer Info: | Boyd, Krystllien | Business Info: | Ideal Horizon Benefits / DBA: Solar Titan USA, LLC |
|---|---|---|---|
| | 6000's 3rd st | | |
| | Louisville, KY 40214 | | 414 N Peters Rd |
| | | | Knoxville, TN 37922-2332 |
| | Krystllien.boyd@gmail.com | | |

**Date Filed:** 11/19/2021 1:01:34 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**
Not the advertised product. We were told we were getting an independent system. Coming off the grid. Told today that no if the power grid goes down, we have till the batteries go dead. Can't be independent. " the power goes out you will still be running" today it's "well you have untill the battery runs out but yea grids out your out"

**Consumer's Desired Resolution:**
Refund

# Complaint Timeline

| 11/19/2021 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 11/19/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy **kathyf@knoxville.bbb.org** |
| 11/19/2021 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 11/19/2021 | Inform Member of Complaint: Legacy **Otto** |
| 11/22/2021 | Receive Business Response: Legacy **WEB** |
| 11/23/2021 | Forward Business Response to Consumer: Legacy **kathyf@knoxville.bbb.org** |
| 12/01/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| 12/01/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| 12/01/2021 | Case Closed - Assumed RESOLVED: Legacy **OttO** |

# Complaint Messages

**11/22/2021 - Imported**

60

Receive Business Response
Please reach out to the office. We do not show a customer with the name showing in the complaint.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851376

| Consumer Info: | Porter, Andrew | Business Info: | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 550 Tacoma Dr | | Titan USA, LLC |
| | Clarksville, TN 37043 | | 414 N Peters Rd |
| | | | Knoxville, TN 37922-2332 |
| | adevporter@gmail.com | | |

**Date Filed:** 11/19/2021 4:01:46 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

On 07 June 2021 I signed a contract with Solar Titan USA for solar panels that cost in excess of 33,000$. The business told me that I had 30 days from installation before I had to start paying the loan for the panels. They DID NOT mention that from the initial contract date there would be interest accruing on that loan costing in excess of 500$ of interest before I realized that they had swindled me of that money. The most concerning fact is that it is now 19 November and I am still unable to turn my solar panels on. Initial installation was in the end of July and to no fault of mine the company installed them incorrectly and had to make several repairs. They have been non-responsive to my complaints and request to get them inspected in a timely manner. I have been paying my full electric bill AND the solar panel loan since August. They only act when it is in their convenience to fix the problems that they caused. I have received no compensation, promise of remedy, or definite plan of action. It is criminal for this company to receive in excess of 33,000$ from a private citizen and not deliver the goods promised and in working order. If no compensation can be made I would like to pursue suing this company for money that should be rightfully mine. Please do what you can, thank you!

**Consumer's Desired Resolution:**

Refund

# Complaint Timeline

| | | |
|---|---|---|
| **11/19/2021** | Complaint Received by BBB: Legacy<br>**web** | |
| **11/22/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** | |
| **11/22/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **11/22/2021** | Inform Member of Complaint: Legacy<br>**Otto** | |
| **11/22/2021** | Receive Business Response: Legacy<br>**WEB** | |
| **11/23/2021** | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** | |

62

| | |
|---|---|
| **12/01/2021** | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| **12/01/2021** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| **12/01/2021** | Case Closed - Assumed RESOLVED: Legacy **OttO** |

# Complaint Messages

**11/22/2021 – Imported**
Receive Business Response
We show re-inspection scheduled for today. Please call the office for any updates.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851377

| Consumer Info: | Manis, Cindy | Business Info: | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 280 Red Bud Trail | | Titan USA, LLC |
| | Kimball, TN 37347 | | 414 N Peters Rd |
| | | | Knoxville, TN 37922-2332 |
| | cystegall@hotmail.com | | |

**Date Filed:** 11/19/2021 8:03:22 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

9/9/21 Two sales people, Eric and Lauren, came to our home and made many promises. I signed the contract for a system to cover all of our electrical needs plus sale extra back to the local electric co-op. System installed on 9/28/21 and was waiting on the electrical inspector. 10/19/21 no one had contacted us about the inspector coming out. We made many phone calls with no response. We searched and found the inpectors name and phone number. Called him and he stated that he had not recieved a request for the inspection. He asked that I contacted the company and give them his information, I did that. The inspector came out on 10/25/21 and the system failed. He stated that it was something small and he could meet with them here at our house and he would pass it right then as soon as they finished. I reported this to Titan Solar. They were going to get the electrical contractor to contact the inspector and take care of the issue. 11/1/21 Emailed Stefanie Jones at Titan and asked when this was going to get corrected. 11/2/21 she emailed me back and stated that the repairs would be made next week. No one called or came. 11/18/21 Emailed Stefanie back for an update, no reply. 11/19/21 Called and left a message for the schduler.

**Consumer's Desired Resolution:**

We want the system working as promised and the rememburisment that we were promised. Also the first two payments covered by them.

# Complaint Timeline

| 11/19/2021 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 11/22/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy **kathyf@knoxville.bbb.org** |
| 11/22/2021 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 11/22/2021 | Inform Member of Complaint: Legacy **Otto** |
| 11/22/2021 | Receive Business Response: Legacy **WEB** |

| 11/23/2021 | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
|---|---|
| 12/01/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 12/01/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 12/01/2021 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |
| 12/03/2021 | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 12/03/2021 | Received Consumer Rebuttal: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/03/2021 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/03/2021 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 12/06/2021 | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/06/2021 | Consumer Rejects Business' Final Offer: Legacy<br>**WEB** |
| 12/06/2021 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/06/2021 | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 12/06/2021 | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 12/06/2021 | Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 06/09/2022 | Received Business' Rebuttal Response: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 06/10/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 06/10/2022 | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 06/20/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 06/20/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 06/20/2022 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**11/22/2021 – Imported**
Receive Business Response
The scheduling office reached out to this customer today. She is scheduled for completion.

**12/03/2021 – Imported**
Received Business' Rebuttal Response
Solar Titan USA will be returning on 3 Dec 2021 for final inspection.

**12/03/2021 – Imported**
Received Consumer Rebuttal
Solar Titan sent a man out last Friday to correct the electrical problem. He said that he would have to return with the state inspector and the company would have to schedule this. It's been a week and we haven't heard from anyone. My first payment is due on the 9th. and we still don't have a working system. Our electric bill is due on the 12th., we were told that the solar payment would be taking the place of the electric bill, no we are going to have to pay both. Also, we still haven't received our $2039 pay back we were promised. We are still waiting.

**12/06/2021 – Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
They have not sent anyone to turn the system on.
They have not given us the $2039 we were promised.
Are frist payment of $158 is due in 3 days with our electric bill, we told them we couldn't pay for both. We were informed by the state inspector that the system would not furnish the amount of power we were promised and need.
No one has called to tell us if they will do any of the things they promised.

**06/09/2022 – Imported**
Received Business' Rebuttal Response
We have spoken with Ms. Manis and her system has been on and for several months and is producing power. Our technical operations manager checked in with her again today to address any concerns. Generac is doing a system check to make sure all components are performing as designed.

66

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851368

| | | | |
|---|---|---|---|
| **Consumer Info:** | Samson, Bienvenido<br>195 Boat Dock Rd<br>Hartsville, TN 37074<br><br>btsmd@aol.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar Titan USA, LLC<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 11/22/2021 3:26:01 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

My wife and I signed a contract to have solar electric system installed in our property on 5/6/21. We were told the project will start in a few weeks. We also signed a contract through the Solar Titan salesman for Mosaic Loan Company t o finance the installation. Payments to the loan company were scheduled to start on 8/12/21. Thereafter, I was told by Solar Titan that I needed to get approval from the electric company for the project. The electric company then wanted me to take out an insurance policy to protect them against damages due to the solar installation which the salesman did not inform us about. Getting the insurance took time because the policy required was unusual. After some time, I was able to get the required insurance and this information was given to Solar Titan and the electric company. I did not hear from Solar Titan . I called and left messages and e-mails to Solar Titan in August and September but did not get any reply. I alerted Mosaic that the project has not started and payments are being taken from my account. Finally, ion Oct. 7, I told Mosaic that I am cancelling the project and asked that they stop the auto payments to them. They said the account will close in Nov. However, on Nov 18, Mosaic sent me an email saying Solar Titan has not cancelled my contract and they will continue to charge my account ($406.70/month). So far, they have taken 4 months of payment. Please help. Thanks.

**Consumer's Desired Resolution:**

Refund

# Complaint Timeline

| | | |
|---|---|---|
| **11/22/2021** | Complaint Received by BBB: Legacy<br>**web** | |
| **11/23/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** | |
| **11/23/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **11/23/2021** | Inform Member of Complaint: Legacy<br>**Otto** | |
| **11/23/2021** | Receive Business Response: Legacy<br>**WEB** | |

| 11/24/2021 | Forward Business Response to Consumer: Legacy |
| | **kathyf@knoxville.bbb.org** |
| 11/27/2021 | Consumer Satisfied - with Letter: Legacy |
| | **WEB** |
| 11/29/2021 | Inform Business - Case Closed RESOLVED: Legacy |
| | **OttO** |
| 11/29/2021 | Case Closed RESOLVED: Legacy |
| | **OttO** |

# Complaint Messages

**11/23/2021 - Imported**
Receive Business Response
Contact Name and Title: Russ
Contact Email: russell.leinbach@solartitanusa.com
Solar Titan USA has terminated this project and informed Mosaic of such.


**11/27/2021 - Imported**
Consumer Satisfied - with Letter
(The consumer indicated he/she ACCEPTED the response from the business.)
Since the response is the contract is terminated and they have advised the lending company (Mosaic) of the cancellation which should generate a refund then this is acceptable resolution.

68

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851369

| | | | |
|---|---|---|---|
| **Consumer Info:** | Klepper, Timothy<br>650 Buck Mountain Trial<br>Cookeville, TN 38506<br><br>dabryant02@yahoo.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar<br>Titan USA, LLC<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 12/1/2021 5:03:39 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**
Theft by deception. We signed a contract April 2021 they installed the solar panels in June of 2021 and we still do not have solar power yet. The inspector has been out to our house numerous times to inspect solar Titans work and each time it has failed inspection. Today was supposed to been our final inspection and it failed yet again for the fifth time. We have been making payments on this solar project for 5 months now along with an electric bill. This company needs to be held responsible for their lack of workmanship. At this point this is theft by deception they sold us a product that they do not even know how to install. The next recourse will be to hire an attorney.

**Consumer's Desired Resolution:**
Contact by the business

# Complaint Timeline

| | |
|---|---|
| **12/01/2021** | Complaint Received by BBB: Legacy<br>**web** |
| **12/02/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **12/02/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **12/02/2021** | Inform Member of Complaint: Legacy<br>**Otto** |
| **12/03/2021** | Receive Business Response: Legacy<br>**WEB** |
| **12/06/2021** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **12/14/2021** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **12/14/2021** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **12/14/2021** | Case Closed - Assumed RESOLVED: Legacy |

**OttO**

| | | |
|---|---|---|
| 07/07/2022 | ReOpen the Complaint: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** | |
| 07/07/2022 | Received Consumer Rebuttal: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 07/07/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 07/15/2022 | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** | |
| 07/15/2022 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 07/15/2022 | Inform Consumer – Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| 07/15/2022 | Inform Business – Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| 07/15/2022 | Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| 08/30/2022 | Received Business' Rebuttal Response: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** | |
| 08/31/2022 | Send Business' Rebuttal Response – New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 08/31/2022 | Consumer Rejects Business' Final Offer: Legacy<br>**WEB** | |
| 08/31/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 08/31/2022 | ReOpen the Complaint: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** | |
| 09/06/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** | |
| 09/07/2022 | Send Business' Rebuttal Response – New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 09/07/2022 | Consumer Rejects Business' Final Offer: Legacy<br>**WEB** | |
| 09/07/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 09/08/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** | |
| 09/08/2022 | Send Consumer Rebuttal – No New Offer – AJR: Legacy<br>**pfrazier@knoxville.bbb.org** | |

70

| 09/08/2022 | Inform Business - Case Closed AJR: Legacy **Otto** |
| 09/08/2022 | Case Closed AJR: Legacy **Otto** |

# Complaint Messages

**12/03/2021 - Imported**
Receive Business Response
Solare Titan USA stands behind all of our work and is currently scheduled to return on 17 Dec 2021 to rectify all identified issues.

**07/07/2022 - Imported**
Received Consumer Rebuttal
We signed contract with Solar Titan in April 2021, they installed our system in June 2021. We have been making payments since September 2021 and we still have a non functional system. We have failed numerous inspections and had our 1st commissioning with electric company, Solar Titan and the State of TN electrical inspector on June 15th and failed inspection. We have not had success getting the unit functioning. This company needs to be put on suspension from installing other Solar systems until they get the ones they have installed up and running. This is a company selling fraudulent promises and not delivering what they sell.
Billing adjustment

**08/30/2022 - Imported**
Received Business' Rebuttal Response
We have been working with the Klepper's to get the fixes and replacements done. System is on and final inspection scheduled.

**08/31/2022 - Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
The system is not on nor is it functioning. We do have an inspection scheduled for Friday September 2nd at 10am. We have failed inspection in the past so I will see if this passes this go around. So no the issue is not resolved and will not be resolved until it passes inspection.

**09/06/2022 - Imported**
Received Business' Rebuttal Response
Passed inspection.

**09/07/2022 - Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)

71

It passed inspection on Friday September 2nd. However, it stopped working within 12 hours of passing. Therefore, I do not accept their response. This is an ongoing issue of on and off functioning with this system. Let's see how long it takes for Solar Titan to repair it this time.

**09/08/2022 - Imported**
Received Business' Rebuttal Response
We sent a tech right away when Mr. Klepper let us know of the issue. The system was running when the system was reset. As we have stated, unfortunately, there have been many Generac issues in the last year. Generac is standing behind the warranty and we absolutely stand behind our serivce warranty.

72

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851372

| | | | |
|---|---|---|---|
| **Consumer Info:** | Garfias, Benita<br>3563 Caulder rd<br>lexington, KY 40517<br><br>Benita.garfias@yahoo.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar<br>Titan USA, LLC<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 12/5/2021 12:04:13 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

Us, like a lot of the others have been lie to several times through out the process of the purchase, And at this point we are not sure if any of the companies employees are actual fully trained and communicated with each other or if they all work in different areas of the company and have no clue of what the company really stands for. All areas of the company that we have reached out to have told us many different things and far from the truth. We signed our contract with the company back on July 17, 2021. We finally got the panels installed on September 13th, yet at the time of purchase we where told by Chase and his sales Trainer, that the whole system would installed and producing solar energy immediately. We were told everything would be completed within sixty days. Needless to say they installed our panels on September 13th and then didn't run electric for it until a week later. then they didn't call in to have electrical inspection done until October 19th, after speaking to electrical inspector he didn't receive the call until 2:34 pm in the evening of October 19th so was unable to come until the following day. the week after electrical inspector came the solar panel installers came to check solar converter because it was not connecting correctly to the system and then we was told at this time we needed a new meter from the electric company for our solar energy to be applied to bill, but that all energy already gained would still count towards the bill. About a week and a half later on November 11th the final meter was installed by electric company and then we was told by them that we would not get a total credit of solar energy due to not having the correct meter in the beginning. there for we are out six hundred dollars on bills because we was told we would start getting credit immediately. At this time we are trying to wait patiently on a credit of six hundred that we paid out of pocket for bills, and three hundred for the run around.

**Consumer's Desired Resolution:**

Refund

# Complaint Timeline

| | | |
|---|---|---|
| **12/05/2021** | Complaint Received by BBB: Legacy<br>**web** | |
| **12/06/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** | |
| **12/06/2021** | Send Acknowledgement to Consumer: Legacy | |

|            | **Otto**                                                      |
|------------|---------------------------------------------------------------|
| **12/06/2021** | Inform Member of Complaint: Legacy<br>**Otto** |
| **12/06/2021** | Receive Business Response: Legacy<br>**WEB** |
| **12/06/2021** | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| **12/15/2021** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **12/15/2021** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **12/15/2021** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |
| **03/03/2022** | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| **03/03/2022** | Received Consumer Rebuttal: Legacy<br>**kathyf@knoxville.bbb.org** |
| **03/03/2022** | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| **03/03/2022** | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| **03/03/2022** | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| **03/11/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **03/11/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **03/11/2022** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**12/06/2021 - Imported**
Receive Business Response
We are glad you are up and running. As courtesy we offered to refund your payments. The check has been mailed. Please call the office with any further questions.

**03/03/2022 - Imported**
Received Business' Rebuttal Response
Looks like you called the office yesterday and we are getting your service request of a broken panel taken care of. All equipment is under warranty and you have a 12 month service warranty. There will be

74

a system check as well to see if any improvements or software updates are needed. Thank you

**03/03/2022 - Imported**
Received Consumer Rebuttal

this is in continues of my first complaint which was approximately five months ago do to the installation of my equipment. now our equipment is not working correctly and one of the panels is actually broken we have been trying to get a hold of the company for over a month and finally got a hold of them this evening for the first time, they acted as if it was a issue to come and look at the equipment and then even said that it may not be under warranty, but at the time of purchase we was not told anything about our warranty and have had to dig up information about it ourselves. they also told us that this would be a wonderful investment for years to come and that we would be able to pay it off and own it with in 10 years unlike regular electric, in which today I was informed that my loan is on a daily reoccurring interest rate that has caused it to gain over three hundred dollars since we signed the contract. I want the company to come and remove all of the panels and close out the loan and remove it from my credit, I do not wish to do business with this company any longer, and be reimburse for the money we have paid out for this crappy equipment and the time we have wasted on this company. And as my personal option I would advise no one else to do business with them they are not a trustworthy company, they have a tendencies to tell lies to sale their product and then you find out later that it is not what they said. In closing I would like to add if there is any damage to my new roof that I will hold them completely 100% responsible for the repairs.

Case 3:23-cv-00046-DCLC-JEM   Document 11-6   Filed 02/06/23   Page 81 of 100   PageID #: 1817

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851370

| Consumer Info: | Mosley, Larry | Business Info: | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 1530 Meadowthorpe Ave | | Titan USA, LLC |
| | Lexington, KY 40511 | | 414 N Peters Rd |
| | | | Knoxville, TN 37922-2332 |
| | Larrybakermosley@gmail.com | | |

**Date Filed:** 12/9/2021 12:00:54 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

This started in August of this year. Salesman, Paul Peterson, told us it would take 4 to 6 weeks, we are in our 4th month and inspector just failed it for the second time. All these months we were told to just sit back and Titan would take care of everything. Only when my husband called, with their reply "oh, we were just going to call you, and would have the wrong details of what they needed. It took them 3 trips with the solar panels to get them installed which took 6 weeks. These panels were on our roof not hooked up and still are not hooked up. One of the last things they did was send an "electrician" here and he put our Kentucky Utilities transformer cable inside our garage attic because he was incapable of pulling his cable around a corner. The inspector said this was a big no, no and Kentucky Utilities is not happy about this either. We have had enough of these mess up and contacted the company to come and get these panels. Titan says they don't own them that Mosaic Finance does and Mosaic said Ideal Horizon has to tell them they are taking them out before they can do anything. Titan has turned down our claim with Mosaic, yet claims they no longer own them, Ideal Horizon does not answer their phone or mailbox is full (865-232-4921). This was the number we called before then was told by Mosaic was wrong number and gave us 865-233-6971 which turned out to be an outbound number and gave us Titan number 865-392-1036 and all this run around starts over. We made the mistake of putting on auto pay and Mosaic took one payment out in November. I took off auto pay, not paying for something I don't have yet told I still have to pay even if installed or not. We have excellent credit and should have not gone through them. Just want them to get their panels and fix holes in roof. Kentucky Utilities wants cable out of our garage attic.

**Consumer's Desired Resolution:**

Get their solar panels off roof and other equipment, repair holes in roof, put transformer cable back outside, credit intact.

# Complaint Timeline

| 12/09/2021 | Complaint Received by BBB: Legacy web |
|---|---|
| 12/09/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy kathyf@knoxville.bbb.org |
| 12/09/2021 | Send Acknowledgement to Consumer: Legacy |

**Otto**

| 12/09/2021 | Inform Member of Complaint: Legacy<br>**Otto** |
| --- | --- |
| 12/10/2021 | Receive Business Response: Legacy<br>**WEB** |
| 12/13/2021 | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/14/2021 | Received Consumer Rebuttal: Legacy<br>**WEB** |
| 12/14/2021 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/14/2021 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 12/15/2021 | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/17/2021 | Consumer Rejects Business' Final Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/17/2021 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/27/2021 | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| 12/27/2021 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**kathyf@knoxville.bbb.org** |
| 12/27/2021 | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 12/27/2021 | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 12/27/2021 | Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 06/09/2022 | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 06/09/2022 | Received Business' Rebuttal Response: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 06/09/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 06/20/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 06/20/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |

## Complaint Messages

**12/10/2021 - Imported**
Receive Business Response
Solar Titan USA has been attempting to contact the client to address all inspector requests. Please contact us at (865) 392-1036.

**12/14/2021 - Imported**
Received Business' Rebuttal Response
Mosaic does not approve any financing without calling and emailing directly with the customer. Our system notes all calls. We have calls logged from this customer on the folowing dates Nov. 2,3,8,9,10,16,18,23,30th & Dec. 3,6,7th. We will reach out again today to the customer.

**12/14/2021 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
We have contacted them many times throughout this process, they did not respond to us about the failed inspection until December 7th by text until after we had called them, when we told them we have had enough of them trying and bungling this installation. Samantha Blain hung up on us. We have been sent in circles and they have broke this contract by not installing our solar and then started taking out a payment expecting us to pay for something that we don't have. We have of yet to receive one piece of paper from the finance company from the beginning until today (no calls, nothing). Did not know who was financing this (assumed Titan) until Paul Peterson answered our text that it was Mosaic. We want them to remove their panels, fix our roof and Kentucky Utilities want their cable out of our garage attic which was put there by Titan's electrician.

**12/17/2021 - Imported**
Consumer Rejects Business' Final Offer
Customer states that their system is still not connected correctly and needs to have the electrical wires moved out of the garage. The inspector keeps emailing Ideal Horizon a list of items to be corrected. The customer does not intend to pay for a system that is not yet working.

**06/09/2022 - Imported**
Received Business' Rebuttal Response
We have spoken to Mr. Mosley and taken care of his concerns. He has told us he is happy now.

78

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851371

| | | | |
|---|---|---|---|
| **Consumer Info:** | Bull, Sandon<br>3904 Birmingham Drive<br>Chattanooga, TN 37415<br><br>Sandonbull@gmail.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar Titan USA, LLC<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 12/9/2021 8:03:20 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I signed a contract for installation on 7/17/21. At the time of meeting with the salesman, he stated a perk to using them as the installer was that they didn't rely on outside contractors. Weeks later, an inspection determined we needed to reinforce our attic for install. After that I would not hear from them for 3 weeks to a month so I'd call with an update. Multiple times I was told that they thought a contractor was identified to reinforce the attic. On 10/4, I asked if I needed to cancel and was assured a contractor was identified and I'd receive a call the following day. Again, I didn't hear back from them for weeks and had multiple emails unanswered. I spoke to a rep in the finance department on 11/8 and requested a cancellation since there had been no progress on installation. I was told a manager would call me the following day to go over details of the cancellation. Again, I didn't hear from them for weeks. The loan provider called on 12/7 and stated they hadn't received the needed cancellation notice so I called the company to request this once again. I emailed the same day and received no response the following day. In 5 months since signing the contract, there has been no progress toward installation, contact has been minimal, and multiple requests have gone without response.

**Consumer's Desired Resolution:**
Confirmation of cancellation

# Complaint Timeline

| | | |
|---|---|---|
| 12/09/2021 | Complaint Received by BBB: Legacy | **web** |
| 12/10/2021 | Member or MIP Complaint Validated by BBB Operator: Legacy | **kathyf@knoxville.bbb.org** |
| 12/10/2021 | Send Acknowledgement to Consumer: Legacy | **Otto** |
| 12/10/2021 | Inform Member of Complaint: Legacy | **Otto** |
| 12/10/2021 | Receive Business Response: Legacy | **WEB** |
| 12/10/2021 | Forward Business Response to Consumer: Legacy | **kathyf@knoxville.bbb.org** |

79

| 12/20/2021 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 12/20/2021 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 12/20/2021 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**12/10/2021 – Imported**

Receive Business Response

This customer's cancellation request was accepted due to the structural work needed to complete the job. The finance company has been notified and any payments made to them will be refunded to the customer. We do not control that timing, but it will be refunded.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851373

| | | | |
|---|---|---|---|
| **Consumer Info:** | Lewis, Anthony<br>246 holly lane<br>London, KY 40741 | **Business Info:** | Ideal Horizon Benefits / DBA: Solar Titan USA, LLC<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
| | barbie_lynn_1@hotmail.com | | |

**Date Filed:** 12/19/2021 4:06:50 AM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
We had solar panels installed in August, we have already made two payments to Mosaic loan services, our solar panels are still not functional, and solar Titan New horizons or whatever they want to call themselves will not return calls,, they did tell me they would be out here to complete installation on December 17th and 18th, which has already came and gone and no call and no show up. Solar panels are still not functional. I feel this is a breach of contract and I want out of this contract I want them to remove the panels repair my roof and reimburse me for payments paid to the loan company. I have been home everyday so they can't tell you they couldn't get a hold of anybody I have been here.

**Consumer's Desired Resolution:**
I want them to remove their panels from my roof repair my roof and cancel this contract

## Complaint Timeline

| | |
|---|---|
| **12/19/2021** | Complaint Received by BBB: Legacy<br>**web** |
| **12/20/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** |
| **12/20/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **12/20/2021** | Inform Member of Complaint: Legacy<br>**Otto** |
| **12/20/2021** | Receive Business Response: Legacy<br>**WEB** |
| **12/20/2021** | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| **12/20/2021** | Consumer Satisfied - with Letter: Legacy<br>**WEB** |
| **12/21/2021** | Inform Business - Case Closed RESOLVED: Legacy<br>**OttO** |
| **12/21/2021** | Case Closed RESOLVED: Legacy |

81

OttO

# Complaint Messages

**12/20/2021 – Imported**
Receive Business Response
This customer needed an Electrical Panel upgrade to tie in the solar correctly. He was told this and that we were paying an electrician to do this work. This cost is $2500-$3000 and we told him then that we were paying for upgrade as a courtesy. The delays were due to this, and waiting for the electrician. He was told this, but we have noted that a reminder call should have been made. He will be called today to clear up any confusion.

**12/20/2021 – Imported**
Consumer Satisfied - with Letter
(The consumer indicated he/she ACCEPTED the response from the business.)
I accept but I will review again when the job is totally complete and I'm am up and running.

82

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851416

| | | | |
|---|---|---|---|
| **Consumer Info:** | Chesties, Daniel<br>1517grancer Road Morgantown Ke<br>Morgantown, KY 42261<br><br>chestiesdanlee@aol.com | **Business Info:** | Ideal Horizon Benefits / DBA: Solar Titan USA, LLC<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 12/28/2021 10:00:34 AM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

October this year thought I would install solar panels on my property not a big deal guy came out talked signed papers a few days later spoke to guy on phone said that they would apply for permits.Had some questions called back and guy never answered phone bounced around answering machine thought that was strange finely talked to lady said they pulled permit went to county attorneys office and called the county electrician city clerk too no permits and nobody applied strange indeed called mosaic canceled contracts with them and solar titan they lied and persist in trying to get money from me for a job they didn't do I feel bad for anyone who fell for there scam and furthermore Warren Electric doesn't pay for electricity and they have to approve the job before anyone fools around with a meter or power to a commercial or residential property presently looking for a lawyer who has dealt with mosaic and titan any further information would be appreciated

**Consumer's Desired Resolution:**

No further contact by the business; No settlement requested - for BBB information only; information for other people to avoid a problem

# Complaint Timeline

| | | |
|---|---|---|
| **12/28/2021** | Complaint Received by BBB: Legacy<br>**web** | |
| **12/28/2021** | Member or MIP Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** | |
| **12/28/2021** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **12/28/2021** | Inform Member of Complaint: Legacy<br>**Otto** | |
| **12/29/2021** | Receive Business Response: Legacy<br>**WEB** | |
| **12/29/2021** | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** | |
| **12/29/2021** | Received Consumer Rebuttal: Legacy<br>**WEB** | |

| 12/29/2021 | More Info Received from the Consumer: Legacy |
| 12/30/2021 | More Info Received from the Consumer: Legacy |
| 12/30/2021 | Forward Consumer Rebuttal to Business: Legacy **kathyf@knoxville.bbb.org** |
| 01/07/2022 | No Response from Business re: Consumer Rebuttal: Legacy **OttO** |
| 01/07/2022 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy **kathyf@knoxville.bbb.org** |
| 01/07/2022 | Inform Consumer - Case Closed UNRESOLVED: Legacy **Otto** |
| 01/07/2022 | Inform Business - Case Closed UNRESOLVED: Legacy **Otto** |
| 01/07/2022 | Case Closed UNRESOLVED: Legacy **Otto** |
| 04/25/2022 | ReOpen the Complaint: Complaint Reopen **kathyf@knoxville.bbb.org** |
| 04/25/2022 | Received Business' Rebuttal Response: Complaint Reopen **kathyf@knoxville.bbb.org** |
| 04/25/2022 | Send Business' Rebuttal Response - New Offer: Legacy **kathyf@knoxville.bbb.org** |
| 05/03/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| 05/03/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| 05/03/2022 | Case Closed - Assumed RESOLVED: Legacy **OttO** |

# Complaint Messages

**12/29/2021 - Imported**
Receive Business Response
This customer decided to cancel after the 3 day right of cancellation. Their solar equipment was already purchased and paid for. The finance company has a three day right of cancellation with the customer as well. The reason for a bill from the finance company even if the system isn't installed is because the they already paid for the equipment that was purchased. If the customer wants the equipment delivered and not installed that would be fine also. We are happy to deliver just the equipment if they would like instead of getting the job installed and completed.

**12/29/2021 - Imported**

84

More Info Received from the Consumer

The problem with that is I contacted them and they lied about a pulled permit for the job that they didn't apply for there was no permit to do the job and the installation wasn't approved by the county electrician if they bought stuff thats there problem they should've got approval for they system before they purchased anything that was just a lie the electric company and inspector didn't approve anything and I found out that they lie about the permit the first couple days when they didn't answer the phone the job was canceled

**12/29/2021 – Imported**
Received Consumer Rebuttal

(The consumer indicated he/she DID NOT accept the response from the business.)
Contacted Chris Lowry the salesman and told him to cancel the system and he said he could not do that and contacted the company. No one would answer my call or was told the person I needed to talk to, Shauna was not at her desk. On November 17, I received an email from Mosaic, the lender stating the loan was being canceled first part if January due to the loan was dependent upon completion. Then on December 17, received another email from Mosaic that Horizon that the project will continue. We do not want their product and if they answer their phone, we were within the 3 day cancellation. I wish I could forward the emails.

**12/30/2021 – Imported**
More Info Received from the Consumer

That was on memorial day weekend I left message on guys answering machine because they didn't answer phone for three day they were rude when they did was disrespectful to my wife and I told them I didn't want there business and not to go on with job they are not allowed on my property and I'm canceling job I said I will put up no trespassing sign and that they will be shot this nonsense has been going on since the first week of October ther seems to bee alot of complaints similar to mine

**04/25/2022 – Imported**
Received Business' Rebuttal Response
This project was cancelled.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851415

| **Consumer Info:** | Ballard, Brad | **Business Info:** | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 5844 TIMBER CREEK LN | | Titan USA, LLC |
| | MORRISTOWN, TN 37814 | | 414 N Peters Rd |
| | | | Knoxville, TN 37922-2332 |
| | brad@gordiansknotllc.com | | |

**Date Filed:** 1/6/2022 11:00:55 AM

**Nature of the Complaint:** Repair Issues

**Consumer's Original Complaint:**

We purchased a solar system on 9/3/21. They changed out my service panel to a 200 amp. My wife discovered that they failed to reconnect our washer and dryer. They send someone out to connect it on a Saturday. I found that the process was to install panels on the roof 1st. Then the service work and then connect the system. I had an electrician come to do some work and found Solar hadn't rehooked up may heat pumps. There was also an outlet and door bell transformer they removed and didn't reinstall. The panels on the roof were installed 10/22/21 after i called to ask when they would be installed. they said they thought they had been already. Ops. The final electrical inspection was preformed on 10/4/21. when I called in November about starting the system up I was told they were waiting for a final inspection. I was told they had put in a request and hadn't heard back. After much discussion they told me the inspection sticker was blue. we located it and emailed a picture to them on November 22nd. I waited until December 1st to get the system started. Our dishwasher quit working in September. November 24th we paid to have a service person come and look at it. He told us either the board or the water pump was bad. He thought it would be cheaper to purchase new. When i turned the power off for him the breaker was a 220 30 amp breaker. I thought that maybe the Solar electrician had 2 110 appliance on the breaker. Our new dishwasher arrived on December. They removed the dishwasher. I got a volt meter to check the voltage before installation of the new dishwasher and it read 240 volts. This would have destroyed the new one. This could have started a fire. On January 5th I got my electric bill for December it was only about $30 less then the month before. I called Solar about it on and got put to an answering machine. I have not had not heard back. The panels don't seem to be producing enough power or use power at night from the battery back up. I've had to make many calls

**Consumer's Desired Resolution:**

Get it working properly and pay for my new dishwasher, service man and part of my electric bill for December..

# Complaint Timeline

| 01/06/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 01/06/2022 | Member or MIP Complaint Validated by BBB Operator: Legacy **kathyf@knoxville.bbb.org** |

| 01/06/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| 01/06/2022 | Inform Member of Complaint: Legacy<br>**Otto** |
| 01/07/2022 | Receive Business Response: Legacy<br>**WEB** |
| 01/10/2022 | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/11/2022 | Received Consumer Rebuttal: Legacy<br>**WEB** |
| 01/11/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/12/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 01/12/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/20/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 01/20/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 01/20/2022 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |
| 01/20/2022 | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 01/20/2022 | Received Consumer Rebuttal: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 01/20/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/20/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 01/21/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/24/2022 | Consumer Rejects Business' Final Offer: Legacy<br>**WEB** |
| 01/24/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/27/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 01/27/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |

| 02/04/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| 02/04/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| 02/04/2022 | Case Closed - Assumed RESOLVED: Legacy **OttO** |
| 04/04/2022 | ReOpen the Complaint: Complaint Reopen **kathyf@knoxville.bbb.org** |
| 04/04/2022 | Received Consumer Rebuttal: Legacy **kathyf@knoxville.bbb.org** |
| 06/14/2022 | Forward Consumer Rebuttal to Business: Legacy **kathyf@knoxville.bbb.org** |
| 06/14/2022 | Received Business' Rebuttal Response: Legacy **WEB** |
| 06/14/2022 | Send Business' Rebuttal Response - New Offer: Legacy **kathyf@knoxville.bbb.org** |
| 06/15/2022 | Received Business' Rebuttal Response: Complaint Reopen **kathyf@knoxville.bbb.org** |
| 06/15/2022 | Send Business' Rebuttal Response - New Offer: Legacy **kathyf@knoxville.bbb.org** |
| 06/20/2022 | Consumer Rejects Business' Final Offer: Legacy **WEB** |
| 06/20/2022 | Forward Consumer Rebuttal to Business: Legacy **kathyf@knoxville.bbb.org** |
| 06/21/2022 | Received Business' Rebuttal Response: Legacy **WEB** |
| 06/22/2022 | Send Business' Rebuttal Response - New Offer: Legacy **pfrazier@knoxville.bbb.org** |
| 06/30/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| 06/30/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| 06/30/2022 | Case Closed - Assumed RESOLVED: Legacy **OttO** |

# Complaint Messages

**01/07/2022 – Imported**
Receive Business Response
Company will be contacting the client as the system is fully operational and ready for final inspection.

88

**01/11/2022 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)

Solar Titan have contacted me. The final inspection was done on October 4, 2020. I have been told that there is a problem with the battery. I talked to Generac who provided the battery thru Solar Titan and was told that Solar Titan set up may battery in stand by mode. Meaning that power would only be pulled off the battery if the power grid went out. This was not told us that they would be doing this. We didn't install solar to not benefit us all day and night reducing our electric bill. Generac is switching the battery over to provide power over night for the house. Solar Titan has not addressed any of my expenses.

**01/12/2022 – Imported**
Received Business' Rebuttal Response
Our technical lead will be contacting the client in the near future to discuss all items.

**01/20/2022 – Imported**
Received Business' Rebuttal Response
Final inspection pass received Jan. 17th. You will be receiving a call today.

**01/20/2022 – Imported**
Received Consumer Rebuttal
Solar Titan has not contacted me lick they said they would. I also found out the the battery that was sold me doesn't perform under 40 degrees. They said I would be energy dependent. This doesn't appear that this will happen. I spent almost $50,000 on a system that doesn't perform as I was told.

**01/24/2022 – Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
They have not contacted me yet. There have been 3 final inspections. 1st for the electrical panel on 10/4/21. The second for the meter on 10/22/21 and now a final inspection on 1/11/22. The system was commissioned on 12/1/21. The battery doesn't perform under 40 degrees. My question is why the battery wasn't installed in the warm basement. Should there have been more panels installed on the roof? When we asked about design of the system to meet our energy needs we were told the engineer would be designing it. It doesn't do that. As of today we are 8% self-sufficiency. It has been as high as 10%, but a long ways from 100%. They have not addressed any of our expenses. The last time I received a call was January 5th as to whether the door bell transformer and outlet had be corrected.

**01/27/2022 – Imported**
Received Business' Rebuttal Response
We are happy to address all of your concerns. A representative will be contacting you today.

89

**04/04/2022 - Imported**
Received Consumer Rebuttal
Customer states issues have not been resolved.

**06/14/2022 - Imported**
Received Business' Rebuttal Response
Mr. Ballard, Dale Roden Technical Operations Manager has called and left messages for you. He even called yesterday. He is calling and texting you again now. He spoke with you briefly last week and you were busy, he tried you back that same day. Please Call him back if you miss the call! We are happy to answer any questions and go over your system function with you.

**06/15/2022 - Imported**
Received Business' Rebuttal Response
Our technical operations manager was able to reach Mr. Ballard today after several weeks of trying to get ahold of him. We were able to address all his questions and concerns. The Generac battery temp issue; Generac sent out a letter stating that they will have a solution by fourth quarter of this year and Generac has stated that they will cover any cost if there is any for the solution. Also, we have assured him that if at the 12 month mark his system has not produced as is expected for the offset, we will upgrade the system at our cost. Each system is designed with an expected annual production. Mr. Ballard has told us we have answered all his concerns at this time.

**06/20/2022 - Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
6/20/22

RE: SOLAR TITAN USA

I did speak with Mr. Roden on June 15th. We discussed the Generac battery issues in cold temperatures. I have asked for written confirmation that Lithium batteries are not damaged when they were discharged to 30% and we had freezing weather. If the batteries are damaged, they won't charge to a full charge. Please provide this information and not the warranty information as that doesn't answer my question.
I have also asked for the kilowatt output for the panels at their peek.
I also requested the price for an additional battery since the power company doesn't pay me for any power I dump into the grid.

Thank you for helping with this matter.
Sincerely,

90

Brad Ballard
5844 Timber Creek Ln.
Morristown, TN. 37814
507-429-2854

**06/21/2022 - Imported**
Received Business' Rebuttal Response
Mr. Ballard, We have reached out to Generac to get a written response from them about the battery.
They stated the same thing to us, "It's under warranty and if it has any issues, it will be replaced." We
asked again for something in writing for you. We are waiting and will get this to you as soon as we get it.
Dale is sending you an email with the battery upgrade cost and the datasheet for the panels.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851411

| **Consumer Info:** | Grimes, Kathy | **Business Info:** | Ideal Horizon Benefits / DBA: Solar |
|---|---|---|---|
| | 2505 Shangrila Trail | | Titan USA, LLC |
| | Columbia, TN 38401-5802 | | 414 N Peters Rd |
| | | | Knoxville, TN 37922-2332 |
| | Kathygrimes@rocketmail.com | | |

**Date Filed:** 1/9/2022 3:06:16 PM

**Nature of the Complaint:** Repair Issues

**Consumer's Original Complaint:**

I was scheduled for solar panel installation on 9 Nov 2021. The crew arrived with the panels at 1430. Since it was completely dark at 1630, the install was nowhere near complete and the crew lead said they would return to finish on 10 Nov. They did not return, call, or text on the 10th. They came on the 11th, without any notice, and completed the panel install. Battery and inverter install was scheduled for 30 Nov. The crew arrived at noon and wanted to see the breaker box. I took them to the box and realized they had tracked mud all through my house. Whatever they did left me with no power for 8 hrs. They had to replace the entire box. They continued to track mud all over my white carpet! The following day revealed they destroyed all my outside security lights! They returned on 1 Dec, finished the battery install, and promptly left. The electrical work was not to code! The power company, CPWS, informed Solar Titan that the electrical install would have to be brought up to code before the state inspector would approve commission. After pleading with the COO, Russell Leinbach, to help me, someone finally called and scheduled the work. Someone came on 30 Dec and began repairs. Repairs are not complete and after many phone calls, I am convinced the repairs will never be complete. I also assume the big pile of debris left behind will become my responsibility to clean up. I am out $43,000 dollars and have no leverage. This company has NO customer service. Phone calls, text messages, and emails continue to be ignored. I hope you can intervene on my behalf and spare me the expense of a lawyer.

**Consumer's Desired Resolution:**

Finish the job

## Complaint Timeline

| 01/09/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 01/10/2022 | Member or MIP Complaint Validated by BBB Operator: Legacy **kathyf@knoxville.bbb.org** |
| 01/10/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 01/10/2022 | Inform Member of Complaint: Legacy **Otto** |

| 01/11/2022 | Receive Business Response: Legacy<br>**WEB** |
| 01/11/2022 | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/11/2022 | Received Consumer Rebuttal: Legacy<br>**WEB** |
| 01/11/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/12/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 01/12/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/20/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 01/20/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 01/20/2022 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**01/11/2022 - Imported**
Receive Business Response
We have reached out to the client to schedule a service appointment to complete this installation.


**01/11/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
The company has scheduled this work before and not completed the work. I will not accept anything less than a working system that passes state inspection, is properly connected to the grid, and all the excess debris is removed.


**01/12/2022 - Imported**
Received Business' Rebuttal Response
Client is already scheduled for a service visit to ensure a fully producing solar system.

# Ideal Horizon Benefits / DBA: Solar Titan USA, LLC

**Case #:** 18851412

| Consumer Info: | Garner, Christopher<br>1800 ST RT 269<br>Beaver Dam, KY 42320<br><br>toddgarnerrgr@gmail.com | Business Info: | Ideal Horizon Benefits / DBA: Solar Titan USA, LLC<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
|---|---|---|---|

**Date Filed:** 1/8/2022 5:02:35 PM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

Employees are forced to drive farther then contracted. Told lies from management pitch wise to pass on to the customer. Under sizing solar systems on purpose making people think they are wiping out all of their power bill but they won't. Passing marketing cost to clients. They lie about how long a battery system last. They completely ghost clients. If a issue comes up and the company already has their money they will refuse to even contact them. I am a ex employee who resigned over ethics. I was the leading salesmen in the company making great money but I refuse to set there and lie to peoples faces.

**Consumer's Desired Resolution:**

No settlement requested – for BBB information only

# Complaint Timeline

| | | |
|---|---|---|
| 01/08/2022 | Complaint Received by BBB: Legacy<br>**web** | |
| 01/10/2022 | Case Judged to be Out of BBB Purview: Legacy<br>**kathyf@knoxville.bbb.org** | |
| 01/10/2022 | Inform Consumer – Case Closed Out of Purview: Legacy<br>**Otto** | |
| 01/10/2022 | Case Closed as Beyond Purview: Legacy<br>**Otto** | |

94