# Solar Titan USA

**Case #:** 18851476

| | | | |
|---|---|---|---|
| **Consumer Info:** | Gould-Davis, Debbie<br>426 Beech Grove Rd<br>Sneedville, TN 37868<br><br>vze2w4dx@gmail.com | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 7/21/2022 5:02:50 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

We called Solar Titan to get an estimate on solar installation mid June 2022. They said the company was owned by veterans and since both our fathers were veterans they gave us a discount. We applied for a loan through Mosaic and all went well. Sales person was nice, but not a bunch of details about what to expect next. I asked for a design diagram and after a conversation I received one a couple days later. It wasn't correct but I was assured during the installation that things would be adjusted. The installation was done on July 5th while we were out of town. My son said he wasn't asked about anything. The solar equipment was installed where we were putting a bathroom addition. Once the installation was done, breakers in the house started going off. We had no idea how to fix it and no one answered my calls so we had no electric in the upstairs house for a week. The installers came out and said they made a mistake because they turned the system on and it was to be off. The system was turned off on July 14th. In the meantime the solar edge app said that we were burning 28 kwh each day and the system wasn't set up. Even when they turned the system off the app shows the electrical burn is increasing. The installers said they didn't know about the solar edge battery so we don't know if our system is burning electric (one week equals one month of electric burn...we are going on 3 weeks) is ruining our system. My husband was shown how to reset the solar breaker but we only have 4 breakers set up and not the full 8. The TN electrical inspector came on the 14th and said that the system failed. So I waited 5 days...no communication from Solar Titans. I emailed the person who emailed me about the inspector. She called me and told me that the inspector passed the inspection. I told her no. I cannot tell you how disappointed I am about this experience. When I see the other reviews and that the Kentucky Attorney General is investigation Solar Titan...I'm thinking I wasted 46k

**Consumer's Desired Resolution:**

Finish the job

# Complaint Timeline

| 07/21/2022 | Complaint Received by BBB: Legacy<br>**web** |
|---|---|
| 07/22/2022 | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 07/22/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** |

Case 3:23-cv-00046-DCLC-JEM   Document 11-9   Filed 02/06/23   Page 1 of 101   PageID #: 2039

| 07/22/2022 | Inform Business of Complaint: Legacy<br>**Otto** |
|---|---|
| 08/08/2022 | No Response to First Notice to Business: Legacy<br>**OttO** |
| 08/08/2022 | Second Notice to Business: Legacy<br>**OttO** |
| 08/16/2022 | No Response Received from Business on 2nd Notice: Legacy<br>**Otto** |
| 08/16/2022 | Inform Consumer No Response from Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 08/16/2022 | Inform Consumer - Case Closed UNANSWERED: Legacy<br>**Otto** |
| 08/16/2022 | Inform Business - Case Closed UNANSWERED: Legacy<br>**Otto** |
| 08/16/2022 | Case Closed - UNANSWERED: Legacy<br>**Otto** |
| 09/01/2022 | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 09/01/2022 | Receive Business Response: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 09/01/2022 | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 09/03/2022 | Consumer Satisfied - with Letter: Legacy<br>**WEB** |
| 09/05/2022 | Inform Business - Case Closed RESOLVED: Legacy<br>**OttO** |
| 09/05/2022 | Case Closed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**09/01/2022 - Imported**
Receive Business Response
We understand the frustrations and are really glad the solar system is complete and passed inspection and up and running.

**09/03/2022 - Imported**
Consumer Satisfied - with Letter
(The consumer indicated he/she ACCEPTED the response from the business.)
There is one final inspection by thw state left. It got up and running a week ago. I did find out that Mosiac, the financing company put a lien on my house title. That was surprising...they said that they did so for just the equipment but won't remove it until the full loan is paid.

298

Overall, not a good experience. The Powell River Cooperative said the equipment is very good but the company logistics and communications are sorely lacking.

We had our solar panels running the last week in August. 3 months..most say it takes 6-9 months.

Case 3:23-cv-00046-DCLC-JEM   Document 11-9   Filed 02/06/23   Page 3 of 101   PageID #: 2041

# Solar Titan USA

**Case #:** 18851477

| Consumer Info: | | Business Info: | |
|---|---|---|---|
| Ruth, Emily | | Solar Titan USA | |
| 1305 Elliston St | | 414 N Peters Rd | |
| Old Hickory, TN 37138 | | Knoxville, TN 37922-2332 | |
| | | | |
| emilyjeanruth@gmail.com | | | |

**Date Filed:** 7/21/2022 7:02:57 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

In September of 2021, I purchased a solar system for $33,500. The sales person assured me the system would be installed and functional in a month or two. As of this date, the system is not functional. I have called and emailed the company many times. Each step of the process is delayed and the company cites a different excuse for delays each call. I have a loan on the system in which I am making payments with an interest rate of 6.29%. The company issued a statement in a news story stating that they will reimburse customers for the payments they make before the systems are functional. I called and asked for reimbursement and have followed up. I hear that the team will get in touch with me "soon" in each correspondence. The current balance of my load is $23,441 and make payments of at least $190.11 per month. The sales team assured me that the payments I made would be offset by savings on my electric bill. Their math indicated that I should be paying about $30-$40 in the hottest months and the minimum $20 payment in cooler months. I am not paying high electric bills and these payments at the same time. This means I cannot pay the principal of the loan down as fast and will ultimately pay more in interest over the course of the loan. Here is a link to a news story on the company: https://www.whas11.com/article/news/investigations/focus/focus-solar-titan-usa-clean-energy-complaints-attorney-general-kentucky-tennesse-georgia-money/417-07b41f4a-c7fe-4e57-9022-e9661cf6ae3e

**Consumer's Desired Resolution:**

I want to be reimbursed in accordance to the company's published statements; Finish the job

# Complaint Timeline

| | | |
|---|---|---|
| **07/21/2022** | Complaint Received by BBB: Legacy **web** | |
| **07/22/2022** | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** | |
| **07/22/2022** | Send Acknowledgement to Consumer: Legacy **Otto** | |
| **07/22/2022** | Inform Business of Complaint: Legacy **Otto** | |

300

| | |
|---|---|
| **08/08/2022** | No Response to First Notice to Business: Legacy<br>**OttO** |
| **08/08/2022** | Second Notice to Business: Legacy<br>**OttO** |
| **08/08/2022** | Receive Business Response: Legacy<br>**WEB** |
| **08/09/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **08/11/2022** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **08/11/2022** | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **08/18/2022** | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| **08/18/2022** | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **08/26/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **08/26/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **08/26/2022** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**08/08/2022 – Imported**
Receive Business Response
We will absolutely reimburse your payments. Also, your system has passed all inspection and we have scheduled the commissioning with your power company for Thursday Aug.11th. We have left you a message. We tried to reach you last week and again today. Sorry we missed you and are excited that your system will up and running this week.

**08/11/2022 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
I have not yet been reimbursed but I have signed paperwork indicating they will reimburse me. The system could not be commissioned during this scheduled appointment today. The representatives that came to my house report that the system was not appropriately set-up in the last appointment. The system is not operational and I have now made an additional month's payment on the non-functional system.

**08/18/2022 – Imported**

Received Business' Rebuttal Response

We are very sorry for all the issues with your Generac system. We are waiting on replacement for the failed part. We get this taken care of ASAP! Yes, you will be getting a check for the reimbursements.

302

# Solar Titan USA

**Case #:** 18851475

| **Consumer Info:** | Reeves, Steve<br>5145 Morningwood Ln<br>Antioch, TN 37013 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
|---|---|---|---|
| | reeves9757@comcast.net | | |

**Date Filed:** 7/27/2022 5:01:22 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

We signed Agreement with Solar Titan USA in Sept. 2021. Solar panels were installed, and paid for in full. It has now been almost 10 months and system is still not commissioned and operational. We continue to pay around $300 plus for electricity per month. We have been told there's a permit issue preventing completing the inspection needed to commission the system. We have had other power issues as a result of Solar Titan USA's work that has been uncompleted. We had to get an electrician out after a power issue at our cost ($185.90) because circuit wouldn't come back on because of a switch in Solar's equipment. They also used up my existing outlets instead of installing a new one which leaves me no electrical outlet in my garage/workshop. Also the electrician said the GCFI plug installed while here upgrading the electric panel was arcing and possibly bad. They further stated that when the electric panel was replaced the ground was not wired correctly and that it would fail inspection. Also, the smoke detectors in our home began going off and could not be stopped. It seems the switch they marked smoke detectors on the new panel does not control them. None of these problems were occurring prior to Solar Titan and their contractors installation. We paid Solar Titan USA almost $50,000 in Sept. of 2021 and almost a year later we have nothing to show for it except all the problems mentioned above. It is also fair to note that the interest/gain on my $50,000 would be quite significant if it was still in my 401K and not in the account of Solar Titan USA. Nobody answers or return phone calls and all communication has been initiated by us. The folks who sat in my living room lied and made promises/claims are no longer with the company according to returned emails. I am recently retired and a veteran and feel scammed and taken advantage of. At this point I want product removed and my money refunded and reimbursed for cost of 3rd party electrician to troubleshoot.

**Consumer's Desired Resolution:**

Refund

# Complaint Timeline

| | | |
|---|---|---|
| 07/27/2022 | Complaint Received by BBB: Legacy **web** | |
| 07/28/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** | |
| 07/28/2022 | Send Acknowledgement to Consumer: Legacy **Otto** | |

303

| | | |
|---|---|---|
| **07/28/2022** | Inform Business of Complaint: Legacy<br>**Otto** | |
| **08/12/2022** | No Response to First Notice to Business: Legacy<br>**OttO** | |
| **08/12/2022** | Second Notice to Business: Legacy<br>**OttO** | |
| **08/19/2022** | Receive Business Response: Legacy<br>**WEB** | |
| **08/22/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **08/23/2022** | Received Consumer Rebuttal: Legacy<br>**WEB** | |
| **08/23/2022** | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **08/30/2022** | Received Business' Rebuttal Response: Legacy<br>**WEB** | |
| **08/30/2022** | Send Consumer Rebuttal - No New Offer - UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **08/30/2022** | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| **08/30/2022** | Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| **09/23/2022** | More Info Received from the Business: Legacy | |

## Complaint Messages

**08/19/2022 - Imported**
Receive Business Response
We are working to get everything taken care of. We hired and paid at our cost Mr. Electric to upgrade Mr. Reeves electrical panel. There have been issues since then. We had a manager meet with the homeowner, inspector and Mr.Electric to resolve what needs to be fixed. We absolutely are committed to getting everything completed.

**08/23/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
This has been the excuse all along. Going on 10 months, already paid in full, extra costs incurred that should be refunded, lost interest my money could of been drawing, paying high electric bills, no resolution or ownership taken on Solar Titan's part only shifting of blame and excuses. Validated with Attorney General over 80 complaints filed against Solar Titan. No way to speak directly to someone and even their employees that come out and contractors they use speak poorly about the company. Still

waiting for refund from costs incurred to reinstate electricity when power went out and Solar Titan equipment kept all electricity to come back on.

**08/30/2022 – Imported**
Received Business' Rebuttal Response
We are waiting on final inspection. We have requested it, it should have been done. We have reached out again to the inspector to get the inspection date. We are working diligently to have this project completed soon.

**09/23/2022 – Imported**
More Info Received from the Business
If you have any additional concerns please reach out to the office 865/392/1036

305

# Solar Titan USA

**Case #:** 18851444

| Consumer Info: | Knack, Alina | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 365 Bull Run rd | | 414 N Peters Rd |
| | Luttrell, TN 37779 | | Knoxville, TN 37922-2332 |
| | Alinastauffer@gmail.com | | |

**Date Filed:** 8/1/2022 1:13:39 PM

**Nature of the Complaint:** Repair Issues

**Consumer's Original Complaint:**
Solar Titan dug a tunnel under a concrete slab, installed within the last 3 years, to connect some wiring to my house. Another option was available to them at that time that would not involve digging that tunnel, but they chose to do it that way. The tunnel was not properly filled in and there is still an open space that allows rain water to my basement. In addition, a crack has formed all the way across the slab within the last month. Pictures and emails were sent. An agent who switched the power to my panels also took pictures and promised to send it to the appropriate department. I have not been contacted by the company with a solution to fix the problem. I have been advised that the proper way to fix the issue would be to pour and pack new concrete under the slab and completely fill in the cavity to support the slab properly. In addition, the drilled in holes have to be sealed and the crack filled in.

**Consumer's Desired Resolution:**
Finish the job

# Complaint Timeline

| 08/01/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 08/01/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** |
| 08/01/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 08/01/2022 | Inform Business of Complaint: Legacy **Otto** |
| 08/16/2022 | No Response to First Notice to Business: Legacy **OttO** |
| 08/16/2022 | Second Notice to Business: Legacy **OttO** |
| 08/19/2022 | Receive Business Response: Legacy **WEB** |
| 08/22/2022 | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** |

306

| 08/22/2022 | Received Consumer Rebuttal: Legacy<br>**WEB** |
| 08/23/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 08/30/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 08/31/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/08/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 09/08/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 09/08/2022 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**08/19/2022 - Imported**
Receive Business Response
We have spoken with Ms Knack and addressed her concerns. The repairs were made and she has stated that she is fully satisfied.

**08/22/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
The Solar Titan statement that I was satisfied is false. The hole was filled to my satisfaction. However, the water have penetrated into the basement, and there is currently mould at the corner. The workers had inspected it and assured me that they will pass the message on for someone to come out and spray the area with a mould killer. I am allergic to these chemicals, so I am waiting on the company to take care of this issue.

**08/30/2022 - Imported**
Received Business' Rebuttal Response
We have completed the work and the solar system is up and running. We are here for any future needs. Thank you for being our customer.

307

# Solar Titan USA

**Case #:** 18851445

| | | | |
|---|---|---|---|
| **Consumer Info:** | Couch, Ryan<br>100 Saint Kitts ave<br>Hazard, KY 41701<br><br>rcouch070@gmail.com | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 7/30/2022 5:00:41 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I'm a consumer of Solar Titan USA, in Knoxville TN. I got the solar system in 2021 July. I was told by the sale persons that in would have 70-90% of my energy cost supplied by a 6kw solar panel system. They as for the last years power usage which was provided to them at the time. And also I was in the market for a generator or battery system. I talked to the sales person, and after which I picked the battery backup system so I could use it even when the electric was off. Was told that a 9kw lithium system would run my house for 7 days with recharging each day of course. Purchase was make. The insult was quick within 2-3 weeks actually, insult person asked me if I wanted 4 systems backed up or the whole house. Told me it wouldn't make any difference it would still run the whole house when electric was out. Which was very important to me because I had a 1 yr old at the time and now have a four month old. Then the problems started, 3 months after which I am still waiting for inspections. After, I called multiple times I found that I was still waiting on solar Titian to do there inspection. System still not working. Power company can't change my meter until inspections are completed. Finally get this completed. And call about my app for Generac that I was suppose to able to use after inspections and system was turned on. Found out that I didn't have the stuff needed to even connect to the solar system that was suppose to be there on installation. Got that fix by a nice tech who gave me his number if I had any questions. ( that tech is no longer with the company to find out later) Then, after having that fixed It was Nov almost Dec. getting time for snow, again a 1yr old in the house. So, I was told batteries had to be placed outside or in a unoccupied area. No one from solar Titian told me that the battery's would not function if the temp was less than 40 degrees, had to call Generac to figure that out. So batteries didn't work all winter.

**Consumer's Desired Resolution:**
I want what I was sold

# Complaint Timeline

| | | |
|---|---|---|
| 07/30/2022 | Complaint Received by BBB: Legacy<br>**web** | |
| 08/01/2022 | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 08/01/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |

| | |
|---|---|
| **08/01/2022** | Inform Business of Complaint: Legacy<br>**Otto** |
| **08/11/2022** | Receive Business Response: Legacy<br>**WEB** |
| **08/11/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **08/19/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **08/19/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**Otto** |
| **08/19/2022** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**08/11/2022 - Imported**
Receive Business Response

We have been in communication with Mr. Couch he is on the service schedule.. His system has been part of the issues we have been dealing with in mass from the generac parts failing. To the battery temp issues. When we started installing generac batteries they gave us Information showing 14 degreased not 41. This was in error which they have taken full responsibility for! Generac has told us that there will be a cold weather kit for the battery by fall of 2022 and that this will be provided to our customers at no additional cost.

# Solar Titan USA

**Case #:** 18851446

| Consumer Info: | Jones, Janelle | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 5466 WAVERLY DR | | 414 N Peters Rd |
| | Atlanta, GA 30349 | | Knoxville, TN 37922-2332 |
| | janellejones147@gmail.com | | |

**Date Filed:** 7/29/2022 5:02:32 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
I signed a contact with solar titans in April of 2022. I was assured by Corbin that it would take 2 to 3 months to have total completion of my project. One of the questions that I asked during the meeting was when we would have to start paying for it and we were told not until it was up and running yet here it is 7/30/22 more than 90 days later and I am going on my second payment for services that I have not even used. Combine that with my power bill and we are paying $540 a month for ABSOLUTELY NOTHING!!. You call them and get nothing but non answers and empty promises when they actually pick up the phone. I feel like we were scammed. I really don't understand how they are still allowed to be in business. How do you think it's right to be charging someone for something that they can't even use. It shouldn't even be a debate it should just be an apology and automatically putting money back into your account until its up and running. It's already hard living on one income and trying to be productive and investing now in our future and be being taken advantage of is disgusting. At this point I just want to be done with them. I just want them to come and get their stuff because nothing that comes out of their mouth is the truth and I refuse to be deceived further.

**Consumer's Desired Resolution:**
Refund

# Complaint Timeline

| | | |
|---|---|---|
| **07/29/2022** | Complaint Received by BBB: Legacy **web** | |
| **08/01/2022** | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** | |
| **08/01/2022** | Send Acknowledgement to Consumer: Legacy **Otto** | |
| **08/01/2022** | Inform Business of Complaint: Legacy **Otto** | |
| **08/11/2022** | Receive Business Response: Legacy **WEB** | |
| **08/11/2022** | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** | |

| | |
|---|---|
| **08/12/2022** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **08/12/2022** | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| **08/22/2022** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **08/23/2022** | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **08/23/2022** | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **08/23/2022** | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **08/23/2022** | Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **09/23/2022** | More Info Received from the Business: Legacy |
| **11/07/2022** | ReOpen the Complaint: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** |
| **11/07/2022** | Received Business' Rebuttal Response: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** |
| **11/07/2022** | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **11/15/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **11/15/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **11/15/2022** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**08/11/2022 - Imported**
Receive Business Response
The Jones system is almost complete. We have spoken with her and are reimbursing her for the payment. We have worked to get her up and running and there are many layers to get taken care of. HOA, Interconnection, permitting, installation, inspection, commissioning. Mrs. Jones is a valued customer and we will have her system up and running very soon.

**08/12/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)

311

No one has called or spoken to me or my husband. I also have been told in the past that they will reimburse me and I still haven't even received the first payment check now I am past my second payment. When was it mailed out? I need these answers immediately!!

**09/23/2022 - Imported**
More Info Received from the Business
If you have any addition concerns please reach to the office at 865/392/1036

**11/07/2022 - Imported**
Received Business' Rebuttal Response
This project has been completed. Please reach out if there are any additional concerns or questions. 865-392-1036

312

# Solar Titan USA

**Case #:** 18851443

| **Consumer Info:** | Moore, Michael<br>5808 Gourley Dr<br>Tallassee, TN 37878 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
|---|---|---|---|
| | 4memoorecool@gmail.com | | |

**Date Filed:** 8/3/2022 5:00:18 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

On July 7th 2021 I signed on to have Solar Titan to install a Solar panel/inverter/battery system for my home. I realize that's its been past a year since I signed on,however according to the attorneys at Lega Shield(which I'm a member of) I have rights to extend that time period to when I realized there was a actual problem with the installation and their company. The sales rep who came to my home informed me that I would need a 16 panel 3 battery system(1500 kw) to completely power my entire home at a cost of approximately $43,000 but I would receive a guaranteed $10,000 tax credit and a $2500 rebate bringing the cast closer to $30,000. They have their own finance company and after the numbers where crunched the monthly payments where around $259,plus I would no longer have a Utilities bill. Ibtold the gentleman a Mr. William Crump(who is no longer there after being fired-i would imagine he went back to selling used cars) that I would think it over and get back to him.Well he informed that the $2500 rebate was only good for that day only and if I waited I would lose it. He also said Off the record and not in the contract the company was owned by Veterans and if I passed the loan would be forgiven...that got my attention because I'm also a Veteran. I did find out later this was a lie only a ploy to pull me in,so I signed that evening. They came out within two weeks and installed the roof panels but didn't come until September 13th to install the inverter & batteries outside my home near the electric company equipment. I have no garage or building to put them in a controlled environment. So the lead technician informed me that they had to be placed outdoor. Now that's not a State or Utilities regulation that the batteries can't be placed indoor,its Solar Titan policy because it saves them money. He also informed me the batteries wouldn't operate in temperatures Â°42 or lower so their pretty much useless during the winter months. I need more space to continue my comp

**Consumer's Desired Resolution:**

I also had 3 state failed inspections and the system never worked properly until our last power outage on June 12th; Refund

# Complaint Timeline

| 08/03/2022 | Complaint Received by BBB: Legacy<br>**web** |
|---|---|
| 08/03/2022 | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |

| | | |
|---|---|---|
| **08/03/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **08/03/2022** | Inform Business of Complaint: Legacy<br>**Otto** | |
| **08/11/2022** | Receive Business Response: Legacy<br>**WEB** | |
| **08/11/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **08/11/2022** | Out of Purview - Case Gone to Court: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **08/11/2022** | Inform Consumer - Case in Court - Out of Purview: Legacy<br>**Otto** | |
| **08/11/2022** | Case Closed as Beyond Purview: Legacy<br>**Otto** | |

# Complaint Messages

**08/11/2022 - Imported**

Receive Business Response

As he stated he has retained legal counsel. All responses will be going through them.

314

# Solar Titan USA

**Case #:** 18851447

| | | | |
|---|---|---|---|
| **Consumer Info:** | Mccarthy, Neil<br>139 Greenwing Ct<br>Georgetown, KY 40324<br><br>jmtanforan@gmail.com | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 8/6/2022 1:01:07 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Contract was signed on 4/18/22 for installation of solar panels. Contract clearly states all permits will be obtained before installation of panels. Received notification of HOA approval. Panels were installed on 4/26/22. Contract states payments to begin on 9/2/22. Phone calls began from us starting 5/31/22, all documented, and have continued with increasing regularity and are now being handled by hang ups or false promises of getting back to us. Permitting has been the reason stated for delay. Upon calls to our local authorities recently, we have been told Solar Titan is receiving no permits in our county due to issues with Solar Titan. Payments began on 7/22/22, not 9/2/22 at stated in the contract and have not been refunded as stated by a Solar Titan employee. We have been more than patient, but feel Solar Titan has defaulted on the contract and is not willing or able to provide a resolve. We have lost faith in their ability to provide solar energy to us.

**Consumer's Desired Resolution:**

Contact by the business; Arbitration to end contract and loan, remove panels, refund payments and compensation for roof damage.

# Complaint Timeline

| | |
|---|---|
| **08/06/2022** | Complaint Received by BBB: Legacy<br>**web** |
| **08/08/2022** | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **08/08/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **08/08/2022** | Inform Business of Complaint: Legacy<br>**Otto** |
| **08/23/2022** | No Response to First Notice to Business: Legacy<br>**OttO** |
| **08/23/2022** | Second Notice to Business: Legacy<br>**OttO** |
| **08/31/2022** | No Response Received from Business on 2nd Notice: Legacy<br>**OttO** |

| 08/31/2022 | Inform Consumer No Response from Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 08/31/2022 | Inform Consumer - Case Closed UNANSWERED: Legacy<br>**Otto** |
| 08/31/2022 | Inform Business - Case Closed UNANSWERED: Legacy<br>**Otto** |
| 08/31/2022 | Case Closed - UNANSWERED: Legacy<br>**Otto** |
| 09/23/2022 | More Info Received from the Business: Legacy |

# Complaint Messages

**09/23/2022 – Imported**
More Info Received from the Business
If there are still concerns please reach out to the office! We are happy to help.

316

# Solar Titan USA

**Case #:** 18851448

| | | | |
|---|---|---|---|
| **Consumer Info:** | Gibson, Kenneth<br>210 County Road 263<br>Niota, TN 37826<br><br>kenneth.gibson@lpnt.net | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 8/9/2022 1:01:06 PM

**Nature of the Complaint:** Refund / Exchange Issues
**Consumer's Original Complaint:**
36 solar panels installed, (115%), not producing at all. electric bill has not changed
**Consumer's Desired Resolution:**
remove panels, refund money spent.

# Complaint Timeline

| | |
|---|---|
| **08/09/2022** | Complaint Received by BBB: Legacy<br>**web** |
| **08/09/2022** | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **08/09/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **08/09/2022** | Inform Business of Complaint: Legacy<br>**Otto** |
| **08/24/2022** | No Response to First Notice to Business: Legacy<br>**OttO** |
| **08/24/2022** | Second Notice to Business: Legacy<br>**OttO** |
| **08/31/2022** | Receive Business Response: Legacy<br>**WEB** |
| **08/31/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **08/31/2022** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **08/31/2022** | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/01/2022** | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| **09/02/2022** | Send Consumer Rebuttal - No New Offer - UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** |

317

| | | |
|---|---|---|
| **09/02/2022** | Inform Business - Case Closed UNRESOLVED: Legacy | |
| | **Otto** | |
| **09/02/2022** | Case Closed UNRESOLVED: Legacy | |
| | **Otto** | |
| **09/23/2022** | More Info Received from the Business: Legacy | |

# Complaint Messages

**08/31/2022 - Imported**
Receive Business Response
We are working to get the warenteed parts replaced and added. We will be reimbursing several payments made to the loan company on the system due to these delays.

**08/31/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
I would like to know when these parts will be installed and system working properly. We are making double payments since January 2022.
We started paying the loan company in January 18,2022
That would mean 502.28 X 8 months = $4,098.24, when will this be sent to us?
1. when will it be fixed?
2. when will they send our money to us?
I will satisfied when these are completed.

**09/01/2022 - Imported**
Received Business' Rebuttal Response
We are calling you today to get the reimburse worked out. Please be aware that these Generac problem that caused your system to not be working as it should. Most companies do not compensate for warranty issues. We have had several Ford trucks that within a month a being purchased new had to go into the shop for warranty issues. Ford did not reimburse payments due to the the loss of use of the vehicle nor did the dealer. We totally understand the frustrations and are absolutely committed to our customers. We have been told by Generac they don't reimburse customers and we due to product failures are trying to get all these things taken care of.

**09/23/2022 - Imported**
More Info Received from the Business
If there are still concerns please reach out to the office. We are happy to help. 865/392/1036

## Solar Titan USA

**Case #:** 18851450

| | | | |
|---|---|---|---|
| **Consumer Info:** | Pressley, Janie<br>295 North Fork Dr<br>Crittenden, KY 41030 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
| | mrs.pressley1031@gmail.com | | |

**Date Filed:** 8/11/2022 3:02:46 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

After months of trying to contact Solar Titan over the progress of the installation of our solar panels, we have been run around and around over permits that supposedly have already been pulled but somehow simultaneously don't exist, reaching out for support has yielded no fruits and we are told a different story every time we reach out, we've been ignored or brushed off by tech support, highly unprofessional support would not recommend

**Consumer's Desired Resolution:**

Removal of equipment from my property and the lein on our home

# Complaint Timeline

| | |
|---|---|
| **08/11/2022** | Complaint Received by BBB: Legacy<br>**web** |
| **08/11/2022** | Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** |
| **08/11/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **08/11/2022** | Inform Business of Complaint: Legacy<br>**Otto** |
| **08/29/2022** | No Response to First Notice to Business: Legacy<br>**OttO** |
| **08/29/2022** | Second Notice to Business: Legacy<br>**OttO** |
| **09/01/2022** | Receive Business Response: Legacy<br>**WEB** |
| **09/02/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/12/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **09/12/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |

319

**09/12/2022**  Case Closed - Assumed RESOLVED: Legacy
OttO

# Complaint Messages

**09/01/2022 - Imported**
Receive Business Response
All permits are ready and we been trying to reach you for several weeks to schedule the completion. We are sorry for the delays and will make sure you taken care of quickly. Ask for Hannah in scheduling when you call.

320

# Solar Titan USA

**Case #:** 18851451

| | | | |
|---|---|---|---|
| **Consumer Info:** | Benson, Gregory<br>1646 Chota Rd<br>Maryville, TN 37803 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
| | gregbenson85@gmail.com | | |

**Date Filed:** 8/12/2022 2:00:49 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I purchased a unit from Solar Titan USA and was told it would allow me to run my well during power outages. I was also informed there were warranties on the equipment purchased. At the time of installation, I was informed that my unit could only power Wi-Fi and TV, etc. and the unit is useless to not have more important equipment like AC, Freezers, and Well pump. I have also requested a copy of the manuals and I am always told the next person I speak to will provide this information. I was informed at installation that the equipment had warranties, but if it was not a warranty with Solar Titan but a third party and if something was to happen to the equipment I would not know who to contact. Why can't I have documentation about what was installed? I wish to have someone contact me from Solar Titan and resolve these issues so we may move forward or I want the unit removed and the damages repaired.

**Consumer's Desired Resolution:**

Contact by the business; Refund; Repair

# Complaint Timeline

| | | |
|---|---|---|
| **08/12/2022** | Complaint Received by BBB: Legacy<br>**web** | |
| **08/12/2022** | Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** | |
| **08/12/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **08/12/2022** | Inform Business of Complaint: Legacy<br>**Otto** | |
| **08/18/2022** | Receive Business Response: Legacy<br>**WEB** | |
| **08/18/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **08/26/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** | |
| **08/26/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy | |

| | | |
|---|---|---|
| | **OttO** | |
| 08/26/2022 | Case Closed - Assumed RESOLVED: Legacy | |
| | **OttO** | |
| 01/18/2023 | More Info Received from the Consumer: Legacy | |

# Complaint Messages

**08/18/2022 - Imported**

Receive Business Response

We have spoken with Mr. Benson and are work to get all his concern addressed. The "3rd party warranty" he mentioned is the manufactures warranty. We provide the service warranty. The date sheets and plans will be resent. All the installation agreement also has the warranty listed on page 2/back page.

**01/18/2023 - Imported**

More Info Received from the Consumer

It has been months since the unit has been installed and no one will call me back about the 18 mo reimbursement program nor let me talk to anyone when I call in to get my critical loads updated, as they promised they would do when I agreed to let them turn the unit on. It's ashame I have file complaints to get a response/action.

322

# Solar Titan USA

**Case #:** 18851449

| | | | |
|---|---|---|---|
| **Consumer Info:** | Ojeda, Luis<br>42 BRAY CREEK RD<br>MANCHESTER, KY 40962 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
| | luisojeda2004@yahoo.com | | |

**Date Filed:** 8/11/2022 5:03:13 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
Entered into contract 2/25/22 with Titan for a solar system. System still not in working/ running order. We have been in contact via phone or scheduled visits for them to work on the system so many times and its still not running. Our yard has been ripped up 4 times, drains ripped through 2 times. Yard never put back properly. They ripped out our cement rock garden and just put the rocks back cement side up. Just total disregard to our personal property. I am attaching our calendar with highlighted dates they have been out to our home and times we've called them to inquire as to what was going on, do to lack of communication on their side. They have auto drafted 3 months payments without any problems. They did return one month by having my husband docusign on his phone which he didn't even know how to do and still we dont have a working system. After reading the reviews I guess he gave Titan a great review, he wants that taken out of his file and the review removed. We are so angry, frustrated and feeling like we have been taking advantage of we hope something can be done so this doesn't happen to other's.

**Consumer's Desired Resolution:**
Would like to part of the class action

# Complaint Timeline

| | | |
|---|---|---|
| **08/11/2022** | Complaint Received by BBB: Legacy<br>**web** | |
| **08/16/2022** | Out of Purview - Referral to AG: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **08/16/2022** | Inform Consumer - Referral to AG: Legacy<br>**Otto** | |
| **08/16/2022** | Case Closed as Beyond Purview: Legacy<br>**Otto** | |

# Solar Titan USA

**Case #:** 18851452

| Consumer Info: | Reid, Earl | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 4954 Cindy Cir NW | | 414 N Peters Rd |
| | Cleveland, TN 37312 | | Knoxville, TN 37922-2332 |
| | rangerearl96@charter.net | | |

**Date Filed:** 8/16/2022 6:02:12 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

System was installed in November 2021. The first problem was the batteries failed to charge. Promised to change them, never did. We were told they would not charge in cold weather. The second possible way to correct this was to move batteries and case into the garage, they never did. Next problem was told to be a control module, they replaced it with a used one that was bad, A new one was ordered and installed a month later. We were told by that tech it would be about 2 weeks to obtain. There was a new problem found with the internet connection (broken connection). The tech told us that it would be about 2 weeks to obtain. Two months have pass and no service or part has showed up. How the batteries have stopped charging again When we called the service dept. a date of 8/12/22. was given for repairs. No one showed up or called. Know a date off 8/22/22 was given. They have not found parts that were ordered. They do not know how to schedule and manage services.

**Consumer's Desired Resolution:**

Finish the job; Repair

# Complaint Timeline

| 08/16/2022 | Complaint Received by BBB: Legacy<br>**web** |
|---|---|
| 08/17/2022 | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 08/17/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| 08/17/2022 | Inform Business of Complaint: Legacy<br>**Otto** |
| 09/01/2022 | No Response to First Notice to Business: Legacy<br>**OttO** |
| 09/01/2022 | Second Notice to Business: Legacy<br>**OttO** |
| 09/01/2022 | Receive Business Response: Legacy<br>**WEB** |
| 09/02/2022 | Forward Business Response to Consumer: Legacy |

324

pfrazier@knoxville.bbb.org

| | | |
|---|---|---|
| **09/07/2022** | Received Consumer Rebuttal: Legacy<br>**WEB** | |
| **09/07/2022** | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **09/15/2022** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** | |
| **09/15/2022** | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **09/15/2022** | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| **09/15/2022** | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| **09/15/2022** | Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| **09/23/2022** | More Info Received from the Business: Legacy | |

# Complaint Messages

**09/01/2022 - Imported**
Receive Business Response
We absolutely understand the frustrations. Unfortunately your system has had many Generac warranty issues and this has affected the timeline to completion. Getting replacement parts has created a lot of frustrations.

**09/07/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
Have not completed their work. There was a inspection on 9/1/22 by the electrical inspector and it failed. Did not pass for, the battery box to close to ac unit, no fir proof panel behind the box, no protective post on floor for protection of box, and no smoke detector in the room with the batteries. When employee replaced connections on roof panels the wires were left lying on the roof, this is a no no for inspection.
Solar Titian never sends the same employees. There are always defferent and do not always know what has been done before never have supplies.
.

**09/23/2022 - Imported**
More Info Received from the Business
If you still have concerns please reach out to the office at 865/392/1036. We are here to help.

325

326

# Solar Titan USA

**Case #:** 18851453

| | | | |
|---|---|---|---|
| **Consumer Info:** | Allen, Dylan<br>435 Wesley Childers Rd<br>New Hope, AL 35760 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
| | dallenkds93@gmail.com | | |

**Date Filed:** 8/20/2022 3:01:42 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

Solar Titan sent sales reps to my home after I inquired from an add on youtube. The reps were very outgoing and friendly and expert salesman. They were some of the finest scam artists i have ever encountered. They claimed all sorts of system performance that i later found out was not true. Downright lied and misrepresented the terms of the agreement. Claimed to give me bonus features and a military discount for added value.(i am not military) They priced me a 5kw system with 9kw battery for $40,000 USD. They claimed it would provide 40-60% cost savings on my power bill. This system wont even produce 25% of the power i use. They claimed the system and battery would power my whole house in an outage only to discover it will only power some light bulbs, a fridge, and a wifi router for a short time. I will still be without HVAC and hot water. They told me that i would be able to produce enough to get credit back from the utility company, this was an obvious lie. They claimed i could move my system for a flat rate of $2500 USD if i sold my house which they have admitted was a lie. They avoided my calls and questions until long after the cancellation period in the agreement and are telling me that even though they lied and i do not want this system i am still required to pay them $12,000 USD just for talking to them and signing the agreement. They called me out of the blue after over 3 months of waiting to hear back and are trying to either install this system and charge full price or charge me 30% to cancel. This is an obvious large scale scam. They are trying to force me to pay for an unreasonably expensive system that wont perform that they lied about, or steal my money for not allowing them to.

**Consumer's Desired Resolution:**

Cancellation of agreement; Modification/discontinuance of an advertised claim; No further contact by the business

# Complaint Timeline

| | | |
|---|---|---|
| 08/20/2022 | Complaint Received by BBB: Legacy<br>**web** | |
| 08/22/2022 | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 08/22/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| 08/22/2022 | Inform Business of Complaint: Legacy<br>**Otto** | |

327

| 09/01/2022 | Receive Business Response: Legacy **WEB** |
| 09/02/2022 | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** |
| 09/12/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| 09/12/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| 09/12/2022 | Case Closed - Assumed RESOLVED: Legacy **OttO** |

# Complaint Messages

**09/01/2022 – Imported**
Receive Business Response

We spoke with Mr. Allen. We have cancelled his purchase per his request no cancellation fees. We have explained some of the issues he was worried about, and brought clarity to those. We wish him the best!

328

# Solar Titan USA

**Case #:** 18851455

| | | | |
|---|---|---|---|
| **Consumer Info:** | Fernandez, Chastity<br>17825 US HWY 27<br>Roopville, GA 30170<br><br>chasfer0116@gmail.com | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 8/24/2022 12:47:35 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

We had a meeting and purchased the solar panels back in March 2022. I don't know the exact date and the paperwork I have doesn't state it either. When we purchased it we were told it would be enough to power our ENTIRE home and we wouldn't have a light bill to worry about. We are now in august they system is still not fully installed. No communication, always told I will be called and no one calls. They half installed it, what they installed will now power our Entire home! Basically they lied to us to get our business. The system they installed is not the system I was told I was purchasing and the. They said for it to power the whole house there is another piece of equipment needed and batteries which would cost more. False advertising, bait and switch, no communication, they broke 2 pipes, one of which was the main line from the county (they did fix them, we're they fixed the proper way idk), we were left without power, had to fight for them to pay for us to go to an Airbnb while they fix it. They didn't have it fixed by the time the Airbnb was up, they rigged it for half the power to work, everything was hooked to one outlet strip. They finally fixed it but they system was not fully installed and still to this date 8/24/22 our system is not on and running. This is not what we signed up for. Someone was supposed to call me back yesterday. No one has, no one has come, system is just sitting there. We have been making payments and it's not fully installed correctly!! While reviewing the installation agreement the information is not accurate!

**Consumer's Desired Resolution:**

We want the system we were told we were buying to be installed and working. If not we want a full refund and for them to remove their equipment.; If the remove the equipment they are to repair everything.

# Complaint Timeline

| | | |
|---|---|---|
| **08/24/2022** | Complaint Received by BBB: Legacy<br>**web** | |
| **08/24/2022** | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **08/24/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **08/24/2022** | Inform Business of Complaint: Legacy<br>**Otto** | |

329

| | | |
|---|---|---|
| **09/08/2022** | No Response to First Notice to Business: Legacy<br>**OttO** | |
| **09/08/2022** | Second Notice to Business: Legacy<br>**OttO** | |
| **09/16/2022** | No Response Received from Business on 2nd Notice: Legacy<br>**OttO** | |
| **09/16/2022** | Inform Consumer No Response from Business: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **09/16/2022** | Inform Consumer - Case Closed UNANSWERED: Legacy<br>**Otto** | |
| **09/16/2022** | Inform Business - Case Closed UNANSWERED: Legacy<br>**Otto** | |
| **09/16/2022** | Case Closed – UNANSWERED: Legacy<br>**Otto** | |

330

# Solar Titan USA

**Case #:** 18854203

| | | | |
|---|---|---|---|
| **Consumer Info:** | Simmons, Teal<br>4526 s 1 street<br>louisville, KY 40214<br><br>Skillernteal@gmail.com | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 8/24/2022 2:47:43 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

We signed with Solar Titan USA in January 2022. They set up the solar panels about a month later which was fine. The problem is that they promise the rest of the hookup, the electric hookup, permitting, etc., will occur up to 4 weeks after the installation of the panels. They also told us when we signed that we would never have to pay for two bills at once, the two bills being our electric company bill and the solar loan bill. However, it has been 6 months since they installed the panels and that means 6 double payments. I call them almost every week trying to get answers and most of the time they tell us the crews have quit, crews have personal issues, or that the city we live in, Louisville KY, is not sending out permits for them to start. I called the Louisville permitting department myself to confirm this and they told me that is not true. The biggest thing they are permitting right now is solar panels. So, for 6 months, Solar Titan has put us on the back burner and lied to us. They also promised a reimbursement check for the payments we have made on something that isn't even running and we still have not received that check. Anytime I call the accounting department they do not answer. And anytime I ask the customer service department they tell me it is up to accounting and they do not know an answer. I have signed the customer satisfaction letters they emailed me but still, nothing has been mailed to us. They have been emailed to a lady named Samantha Blain and Kimberly Shell but apparently, neither of them knows when the checks will be sent out even though it has all been approved. We will never recommend this business to anyone.

**Consumer's Desired Resolution:**

Finish the job; Refund

# Complaint Timeline

| | | |
|---|---|---|
| **08/24/2022** | Complaint Received by BBB: Legacy<br>**web** | |
| **08/24/2022** | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **08/24/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **08/24/2022** | Inform Business of Complaint: Legacy<br>**Otto** | |

331

| | | |
|---|---|---|
| 09/01/2022 | Receive Business Response: Legacy<br>**WEB** | |
| 09/02/2022 | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 09/07/2022 | Consumer Satisfied - with Letter: Legacy<br>**WEB** | |
| 09/07/2022 | Inform Business - Case Closed RESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 09/07/2022 | Case Closed RESOLVED: Legacy<br>**Otto** | |
| 01/16/2023 | ReOpen the Complaint: Complaint Reopen<br>**wendym@knoxville.bbb.org** | |
| 01/16/2023 | Received Consumer Rebuttal: Legacy<br>**wendym@knoxville.bbb.org** | |
| 01/17/2023 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** | |
| 01/24/2023 | Bus. DID NOT respond to Consumer Rejection: Action Taken (No Letters)<br>**Threshold Application** | |
| 01/24/2023 | Unresolved : Action taken<br>**wendym@knoxville.bbb.org** | |

# Complaint Messages

**09/01/2022 - Imported**
Receive Business Response
Reimbursement is being mailed today. We waiting on the electrian for a date on the service panel upgrade. This should be done next week. We are covering the upgrade cost also.


**09/07/2022 - Imported**
Consumer Satisfied - with Letter
(The consumer indicated he/she ACCEPTED the response from the business.)


**01/16/2023 - Imported**
Received Consumer Rebuttal
We signed with Solar Titan USA in January 2022. They set up the solar panels about a month later which was fine. The problem is that they promise the rest of the hookup, the electric hookup, permitting, etc., will occur up to 4 weeks after the installation of the panels. They also told us when we signed that we would never have to pay for two bills at once, the two bills being our electric company bill and the solar loan bill. However, it has been a year since they installed the panels and that means 12 double payments. I call them almost every week, sometimes multiple times in a week, trying to get answers and most of the time they tell us the crews have quit, crews have personal issues, or that the city we live in, Louisville KY, is not sending out permits for them to start. I called the Louisville permitting department

332

myself to confirm this and they told me that is not true. The biggest thing they are permitting right now is solar panels. So, for a year, Solar Titan has put us on the back burner and lied to us. Now, if I can even get a hold of anyone, they say they moved office buildings and nobody is ever in their office. I called this morning and the lines are unavailable. Very fishy business. They also promised a reimbursement check for the payments we have made on something that isn't even running and we still have not received that check. It has never been resolved. Anytime I call the accounting department they do not answer. And anytime I ask the customer service department they tell me it is up to accounting and they do not know an answer. The last reimbursement checks were emailed by a lady named Samantha Blain and Kimberely Shell. I've recently been told I need to speak with Jessica Rile and nobody can ever get ahold of her and some don't even know who that is. We will never recommend this business to anyone and we are taking legal actions.

# Solar Titan USA

**Case #:** 18851456

| Consumer Info: | Clark, Loretta | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 124 Spivey Ridge Cir | | 414 N Peters Rd |
| | Jonesboro, GA 30236 | | Knoxville, TN 37922-2332 |
| | lorettajclark@gmail.com | | |

**Date Filed:** 8/24/2022 4:48:02 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I contracted with Solar Titan on May 3, 2022. I spoke with a representative the same day. They made appointments with me for a Solar estimate, inspection and measuring on July 11 and for installation on August 9. They called and asked for pictures of my attic which I sent on May 16. I never got a POC and after a call in June telling me they needed me to help get the HOA to respond I didn't hear anything else. July 11 came and went with no communication. I could not reach the company. Someone called July 28 or 29 to let me know they were having some problems and are running behind. They didn't know when they would be able to come out. I told them I needed to when and they made an appointment for August 3 but could not give me a time. I cancelled all my appointments for that day (Wednesday is my busiest day of the week, every week). I stayed home all day and evening. No one showed and no one called. I had no luck getting in touch with any department in the company until I reached the sales department. She said she would pass my message on but no response. The next day I received a message from my bank that Mosaic had taken a payment and my credit report reflected I had a $9,000 debt them. I called and asked why I am paying for something I had not received. They lodged a customer complaint. Friday I received an email from Mosaic closing the complaint. They said Titan had reached out to me and would contact me. I responded I had heard nothing. I left home and workers came on the 9th and workers showed up. I let them know I wasn't notified they were coming that day. I sent an email to Titan and Connexus saying I had enough and to cancel the contract. The email came back rejected from both emails. I sent a certified letter and they called on the 23rd. I let them know on the 24th I was canceling the contract and why. I got a call with them trying to make it right and saying I am past the 3 day notice. It took all that to get a response. Not good business.

**Consumer's Desired Resolution:**

Refund; Cancel contract; Refund

# Complaint Timeline

| 08/24/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 08/25/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** |
| 08/25/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |

| | |
|---|---|
| **08/25/2022** | Inform Business of Complaint: Legacy<br>**Otto** |
| **08/26/2022** | Receive Business Response: Legacy<br>**WEB** |
| **08/26/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **08/31/2022** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **09/01/2022** | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| **09/01/2022** | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| **09/02/2022** | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/10/2022** | Consumer Rejects Business' Final Offer: Legacy<br>**WEB** |
| **09/12/2022** | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/12/2022** | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **09/12/2022** | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **09/12/2022** | Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **09/23/2022** | Received Business' Rebuttal Response: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** |
| **09/26/2022** | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/26/2022** | ReOpen the Complaint: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** |
| **09/29/2022** | Consumer Satisfied - with Letter: Legacy<br>**WEB** |
| **09/29/2022** | Inform Business - Case Closed RESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/29/2022** | Case Closed RESOLVED: Legacy<br>**Otto** |

# Complaint Messages

**08/26/2022 – Imported**
Receive Business Response

335

Ms. Clark we are sorry your perception is that you haven't been updated and communicated with along the way. It is easy for calls and emails to run together. Each project has different requirements and yours had to have approval from your HOA, and a structural engineer stamp plan for permit, these take some time. We have tried to make sure you were updated each step of the way.

For clarity here is the timeline of communication logged for your project.

May 3rd-Purchased System

May 4th-Welcome Call and get additional info for her HOA

May5th-She was emailed and called with the update that info had been sent to her HOA

May 9th-Called about utility interconnection

May 16th-Called to let her know that a structural engineer stamp was needed for her project and that they would need to get pictures of the attic.

May 27th-Called to let her know that we received the 1st permit and were still waiting on the structural and the last permit

June 10th-Called to let her know that we were still waiting on the structural and have reached out to the engineer to see why we haven't received it back.

July 5th-Left message that we are still waiting on the structural. The engineer was backed up and we hoping to have it soon

July 27th-Called to let her know structural received and permit approved

Aug.2nd-Called to schedule the installation for 8/10/22

Aug.10th-Showed up for install, she told the install team to leave because she thought they were supposed to be there the week before.

Aug.12th-Called to reschedule her install for 8/30/22. She wanted to be called by a manager and wanted to cancel because she said we didn't show up when we were supposed to. She was told she was out of her 3 day rescission period and that her equipment was purchased and all permits and fees paid.

Aug. 23rd-Called and spoke with her again, explained that we had scheduled her for 8/10/22 and not sue why or how the date confusion happened. Rescheduled her installation for 8/30/22

We look forward to getting your install completed!


08/31/2022 – Imported

Received Consumer Rebuttal

(The consumer indicated he/she DID NOT accept the response from the business.)

I accepted most until the July 27. I was called to let me know you were running behind with no date to come out. I insisted on knowing your plan of action and was told someone would be out August 3rd. August 2nd I received a call. I still have the message reminding me of the August 3rd appointment for someone to come out. They never came. No one ever said anything about the 10th and the people that came out showed up on the 9th. I specifically remember because I still have the video of the person at my door and the conversation we had over my ring doorbell because I was not at home and had not been notified of their arrival. I was told I was out of my 3 day window but I also told them they were the ones not showing up and not communicating with me about any issues or problems. I was there when we scheduled and I was called This past Thursday, the 25th while in a doctors appointment. She said she would call back but didn't. I called this past Monday and left a message but heard nothing back. I was

336

home all day on the 30th in case someone came but no one showed and I got no notice. It appears we are not on the same sheet of music. You didn't tell me all equipment was already purchased and I presumed permits were obtained because I called the permit office and Georgia Power myself. I do not have confidence in this company and do I do not want to do business with you any longer. You have breeched your trust with me for now and the future.

**09/01/2022 – Imported**
Received Business' Rebuttal Response
We are ready to install your system. If you are refusing to let us complete the project then you need to call in and speak with a manager. We have reached out to you and not reached you. Many fees have been paid and lots of hours have gone into getting everything approved for your installation and your equipment has been purchased and paid for.

**09/10/2022 – Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
You are the one that breeched the contract. You didn't show up when you said you would. You didn't call to let me know you weren't coming. I couldn't reach you and you didn't respond until I contacted the credit union asking why they were giving you money and taking money from my account when I had not received any services. You said you bought my equipment and you are ready to install. You never sent anyone to go up on my roof and give me an estimate like you told me you would. I did contact a manager and I let her know my issues with the company and that I don't trust you to do the work for me when you have already shown me the way you do business is not reliable. I understand you may have personnel issues or whatever, but leaving me hanging right from the beginning is bad business. You even made up dates in your earlier response to this complaint both with the credit union when you told them you had reached out to me and I had heard nothing from you, and the dates you gave the BBB as to when you said you would be here. I was excited about getting solar when I first started this journey. Now I concerned about getting scammed and wasting my hard earned money. And as I told the manager I spoke with, if this is the service and customer service I'm getting now what is going to happen after you install and I have issues? As I said, I didn't have issues until you didn't do what you said you would do and you started making up information to cover for your inactions and taking money when you had not performed any services. BTW, I see the dates for the permits and approvals you got and they were dated at the time I put the complaint in to the credit union. Not earlier. If you recall, I had to track down the HOA president and send emails to help you get a response from them. I have been working with you in good faith. I expected the same from you and didn't get it.

**09/23/2022 – Imported**
Received Business' Rebuttal Response
This purchase was cancelled at the request of Ms. Clarke.

**09/29/2022 – Imported**

Consumer Satisfied - with Letter

(The consumer indicated he/she ACCEPTED the response from the business.)

# Solar Titan USA

**Case #:** 18851457

| | | | |
|---|---|---|---|
| **Consumer Info:** | Thomas, Seth<br>120 Oxford Pl<br>Louisville, KY 40207 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
| | athomas.seth@gmail.com | | |

**Date Filed:** 8/24/2022 8:48:51 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

We have had multiple issues with Solar Titan from the moment of installation. Unfortunately, they have not resolved our latest issues, although we have made multiple attempts to contact them by phone, email and social media over the last two months. Please see our detailed list of contact attempts that we attached. There is a large and troubling discrepancy between what our electric company and Solar Titan are reporting in terms of the solar power generated by our solar panels. Our electric company is reporting that our solar panels are absorbing about 25% of the solar power Solar Titan reports we are absorbing. Thus, we are losing money on the solar panels we invested in, as we have only seen an inconsequential decrease in our electric bills. This is contrary to what we were promised in electric bill savings by the Solar Titan salesperson. We had similar issues with Solar Titan connecting our solar panels to our electric panel so they could be fully functioning. We called them thirteen times before they actually sent someone out to connect the solar panels to our electric panel. We want our solar panels removed, to be refunded what we have paid for them and to be released from the remaining financial arrangements.

**Consumer's Desired Resolution:**

We want our solar panels removed, to be refunded what we have paid for them and to be released from the remaining financial arrangements.

## Complaint Timeline

| | | |
|---|---|---|
| 08/24/2022 | Complaint Received by BBB: Legacy<br>**web** | |
| 08/25/2022 | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 08/25/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| 08/25/2022 | Inform Business of Complaint: Legacy<br>**Otto** | |
| 08/31/2022 | Receive Business Response: Legacy<br>**WEB** | |
| 08/31/2022 | Forward Business Response to Consumer: Legacy | |

339

pfrazier@knoxville.bbb.org

| | | |
|---|---|---|
| **08/31/2022** | Received Consumer Rebuttal: Legacy<br>**WEB** | |
| **09/01/2022** | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** | |
| **09/01/2022** | Received Business' Rebuttal Response: Legacy<br>**WEB** | |
| **09/02/2022** | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **09/02/2022** | Consumer Rejects Business' Final Offer: Legacy<br>**WEB** | |
| **09/02/2022** | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **09/02/2022** | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| **09/02/2022** | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| **09/02/2022** | Case Closed UNRESOLVED: Legacy<br>**Otto** | |
| **09/02/2022** | More Info Received from the Consumer: Legacy | |
| **11/07/2022** | More Info Received from the Business: Legacy | |

# Complaint Messages

**08/31/2022 - Imported**
Receive Business Response
We have spoken with Mr. Thomas to address his concerns and make sure we resolve the issues! We have added to our staff to take care of our customers faster and to insure better communication.

**08/31/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
We absolutely do not accept this response. Solar Titan has had more than enough time to correct the multiple issues with our solar panels and are only responding to us with a "solution" because we launched a BBB complaint. During the conversation yesterday, Solar Titan revealed they have fraudulently charged us for 8 solar panels that they never installed. They also said the panels weren't working fully in June and July. But they offered no full refund (only reimbursement for the panels they did NOT install, but no mention of reimbursement of the interest that has accrued on those costs), ignored me when I said I wanted the system removed and made no guarantees of fixing the system.

340

Given the multiple troubling BBB complaints this company has, and our own terrible experience, we stand by our original resolution, which is to receive a COMPLETE refund of every payment we've made on this faulty system, release from the loan for the solar panels and removal of the solar panels at Solar Titan's cost immediately.

**09/01/2022 – Imported**
Received Business' Rebuttal Response
A manager has reached and spoken with Mr. Thomas again today. We have addressed his concerns.

**09/02/2022 – Imported**
More Info Received from the Consumer
I don't understand how you can close this complaint and allow Solar Titan to lie by saying they contacted us and resolved our complaints, when they've done NEITHER. Why are you allowing this to happen?

**09/02/2022 – Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
SOLAR TITAN IS LYING. Solar Titan has NOT reached out to me today via phone or email, nor have they addressed my concerns in any way, shape or form. To make such a statement is FRAUDULENT.

We want ALL of our money back, to be released from the loan and for the solar panels to be removed immediately at Solar Titan's cost.

Any future "communication" from Solar Titan needs to be in writing and/or through BBB so we have documentation. They cannot be trusted otherwise.

**11/07/2022 – Imported**
More Info Received from the Business
This project is now complete. Please reach out if you have any additional questions or concerns. 865-392-1036

Case 3:23-cv-00046-DCLC-JEM    Document 11-9    Filed 02/06/23    Page 45 of 101    PageID #: 2083

# Solar Titan USA

**Case #:** 18851458

| **Consumer Info:** | Staples, Steven | **Business Info:** | Solar Titan USA |
|---|---|---|---|
| | 147 Sunset Loop | | 414 N Peters Rd |
| | Morgantown, KY 42261 | | Knoxville, TN 37922-2332 |
| | | | |
| | Retiredman2013@gmail.com | | |

**Date Filed:** 8/26/2022 2:00:45 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I purchased a solar system in July of 2021, while much of the system has been installed, it is still not in service. I have repeatedly contacted them and have been told that they were trying to get all the required personnel here to place my system in service. The last time anyone was at my residence was June of this year. I contacted them again around the first of this month and they told me that they had contacted a third party to finish my installation and commissioning. I found out this morning from calling the third party that they had been taken off the job. I have not been contacted by Solar Titan USA, to inform me of this and am currently trying to contact them.

**Consumer's Desired Resolution:**
Finish the job

# Complaint Timeline

| | | |
|---|---|---|
| **08/26/2022** | Complaint Received by BBB: Legacy | |
| | **web** | |
| **08/29/2022** | Complaint Validated by BBB Operator: Legacy | |
| | **pfrazier@knoxville.bbb.org** | |
| **08/29/2022** | Send Acknowledgement to Consumer: Legacy | |
| | **Otto** | |
| **08/29/2022** | Inform Business of Complaint: Legacy | |
| | **Otto** | |
| **09/13/2022** | No Response to First Notice to Business: Legacy | |
| | **OttO** | |
| **09/13/2022** | Second Notice to Business: Legacy | |
| | **OttO** | |
| **09/21/2022** | No Response Received from Business on 2nd Notice: Legacy | |
| | **OttO** | |
| **09/21/2022** | Inform Consumer No Response from Business: Legacy | |
| | **pfrazier@knoxville.bbb.org** | |
| **09/21/2022** | Inform Consumer - Case Closed UNANSWERED: Legacy | |
| | **Otto** | |

342

| | |
|---|---|
| **09/21/2022** | Inform Business - Case Closed UNANSWERED: Legacy<br>**Otto** |
| **09/21/2022** | Case Closed - UNANSWERED: Legacy<br>**Otto** |
| **09/23/2022** | Receive Business Response: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** |
| **09/26/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/26/2022** | ReOpen the Complaint: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** |
| **10/04/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **10/04/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **10/04/2022** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**09/23/2022 – Imported**
Receive Business Response

If there are still any concerns please reach out to the office and ask for Dale Roden. 865/392/1036

# Solar Titan USA

**Case #:** 18851454

| Consumer Info: | Merz, Peggy | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 618 Young Rd | | 414 N Peters Rd |
| | La Follette, TN 37766 | | Knoxville, TN 37922-2332 |
| | merzfamily@sbcglobal.net | | |

**Date Filed:** 8/26/2022 7:02:32 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I signed a contract for Solar Panels January 10 of this year. This has been a nightmare and a scam. I have a nice looking lawn ornament (my solar panels), because they will not finish the job and fix what is wrong with the inspections. The panels were installed on January 25. The rep came on January 10 and sold us a very large unit that was supposed to cover our whole house. The men came on January 25 and installed the panels in our front yard. Or should I say half installed the panels. They never came back to finish their part of the installation. Once the panels are in your yard or on your roof, Solar Titan gets its money from the bank and you start paying. This is where the fun starts. It is almost September. I have been paying $418.33 a month for this system since April. I also pay my whole electric bill. I have had a few crews come in to do work on the system after you remind the company that your system is not up and running. The crews only do half the work and leave. You spend another month or longer waiting for them to come and finish. I have had my water line cut by this company and the electric line coming from the panels to my house was the longest route possible because the crew gets paid per foot. So we lose power from the panels along the route. We were told this system would cover my whole house. When the crew put in our panel, they only cover the living room and kitchen. His supervisor told him to only hook up those 2 rooms. Both bedrooms and bathrooms will still be covered by our Utilities. We know exactly what part of the house is covered by the solar panels because the solar circuit box has overheated 5 times and took out power to that part of the house. One of these times was was while we were on vacation. We lost a whole refrigerator and 3 months of Insulin. Finish the job correctly and fix the circuit box, in a timely manner. I would like a refund for past loan payments and Insulin.

**Consumer's Desired Resolution:**

Finish the job; Billing adjustment

# Complaint Timeline

| | | |
|---|---|---|
| **08/26/2022** | Complaint Received by BBB: Legacy | **web** |
| **08/29/2022** | Complaint Validated by BBB Operator: Legacy | **pfrazier@knoxville.bbb.org** |
| **08/29/2022** | Send Acknowledgement to Consumer: Legacy | **Otto** |

344

| 08/29/2022 | Inform Business of Complaint: Legacy<br>**Otto** |
| --- | --- |
| 09/01/2022 | Receive Business Response: Legacy<br>**WEB** |
| 09/02/2022 | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/05/2022 | Received Consumer Rebuttal: Legacy<br>**WEB** |
| 09/06/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/06/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 09/07/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/12/2022 | Consumer Rejects Business' Final Offer: Legacy<br>**WEB** |
| 09/12/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/21/2022 | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| 09/21/2022 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/21/2022 | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 09/21/2022 | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 09/21/2022 | Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 09/23/2022 | More Info Received from the Business: Legacy |

# Complaint Messages

**09/01/2022 – Imported**
Receive Business Response
Completion is scheduled for 9/12/22. We understand the frustrations and will be reimbursing you on payments you've made on the loan due to the delays.


**09/05/2022 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)

345

The job will not be completed until we pass all 3 inspections and the power is turned on. On September 12, the serviceman will be fixing the reason we did not pass the first inspection. He also should be fixing the reason our power has gone out so many times in 3 months. And not just resetting the solar box. There is a reason these power outages are occurring. We also need to see that we save money on our LaFollette Utilities Bill that was promised by the salesman, Tim, that came to our house.

I would like refunds on all the payments that we are making until the the job is completely finished and we have solar power. The way your company has worked so far, we hope before the end of the year. It should not take a year to set up a solar system to a house. That is just incompetence on the part of Solar Titan.

And please do not lie to the inspector this time. I have had an inspector come to my house saying that the reason we failed the inspection was fixed.

**09/06/2022 - Imported**
Received Business' Rebuttal Response
Yes, we will reimburse your payments. The service is scheduled and we are working to get everything up and running and passed inspection. We are not lying to inspectors. There is confusion sometimes with the inspection system and it could have been an error or the inspection should not have been requested. We understand your frustration.

**09/12/2022 - Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
I will accept closure on this matter when my system has passed all 3 inspections and I receive a check from your company.

Thank you for fixing the matter with weather proofing our panel like the inspector asked. We need to have the part for our main electrical box replaced before we begin inspections again.

It going on 9 months and you are still working on this solar system. I still need all 3 inspections to have my system turned on. Ben called last week and told me to expect a check for loan payments I have been making since April. Hopefully I will receive a check for April until the system is turned on.

I hope that this system will be completed soon and that it works to the capacity (with the right weather conditions) that our salesman, Tim, promised it would. To lower our utility bill by 75%.

**09/23/2022 - Imported**
More Info Received from the Business
If there are still any concerns please reach out to the office and we are happy to help! 865/392/1036

346

347

# Solar Titan USA

**Case #:** 18851464

| Consumer Info: | Smith, Simonne | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 712 Muscadine Ln | | 414 N Peters Rd |
| | Jonesboro, GA 30238 | | Knoxville, TN 37922-2332 |
| | smho27@yahoo.com | | |

**Date Filed:** 8/31/2022 5:00:15 AM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
Had solar panels installed by Solar Titan USA within 2 months the back up battery failed and the circuit breaker they installed kept tripping and knocking out my alarm system , tv , microwave, fridge so I called them and informed them that this is a potential fire hazard, they gave me an appointment 2 weeks out. On the day of the appointment which was between 12-5pm no one showed up, I received a call after 5pm informing me that they were unable to honor the appointment. The next day I called the office and inform them., I was then given another appointment for another 2 weeks out again . On this appointment day I called them to find out a ETA for the service tech, I was told I never confirmed the appointment so I would not be seen. I was then given another appointment for 7 days out. I am currently in the 7 days waiting period. This company is a joke I have a $37000. system and still have a power bill of >$250.00 plus I am paying another $200 monthly for the solar system loan and when the power goes out I am in the dark because the back up battery does not work. I need them to treat this situation with some urgency, come uninstall there system so I have a real company do the install properly.

**Consumer's Desired Resolution:**
Replacement

# Complaint Timeline

| 08/31/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 08/31/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** |
| 08/31/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 08/31/2022 | Inform Business of Complaint: Legacy **Otto** |
| 09/01/2022 | Receive Business Response: Legacy **WEB** |
| 09/01/2022 | Forward Business Response to Consumer: Legacy **kathyf@knoxville.bbb.org** |

348

| 09/01/2022 | More Info Received from the Business: Legacy |
|---|---|
| 09/01/2022 | Received Consumer Rebuttal: Legacy<br>**WEB** |
| 09/01/2022 | More Info Received from the Business: Legacy |
| 09/02/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/02/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 09/02/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/12/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 09/12/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 09/12/2022 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**09/01/2022 – Imported**
More Info Received from the Business
Sorry serivce is scheduled not complete. A manager will be calling clarify the issues.

**09/01/2022 – Imported**
More Info Received from the Business
We were there today to get everything fix and running.

**09/01/2022 – Imported**
Receive Business Response
Service is now complete. We understand the frustrations and want you to know that we value you as our customer.

**09/01/2022 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
Explain service is now completely???
I am still waiting on solar titan to come
Out and service the problem I still have shortage in my power circuit and the backup battery still done work.

349

**09/02/2022 - Imported**
Received Business' Rebuttal Response
We understand the frustrations and the issues. We updated the message right away that is was
scheduled not competed. Sorry its not showing in the messaging stream.

350

# Solar Titan USA

**Case #:** 18851462

| | | | |
|---|---|---|---|
| **Consumer Info:** | Ojeda, Luis<br>42 BRAY CREEK RD<br>MANCHESTER, KY 40962<br><br>luisojeda2004@yahoo.com | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 9/1/2022 6:01:54 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
Business practices are horrific, they misrepresent themselves, blatantly lie, poor workmanship, take payments on systems that have never been turned on. Will not reimburse funds after being requested several times. No ones gives a straight answer, every one talks in circles. Their scammers

**Consumer's Desired Resolution:**
Complete work properly reimbursed funds owed, repair landscaping

## Complaint Timeline

| | |
|---|---|
| **09/01/2022** | Complaint Received by BBB: Legacy<br>**web** |
| **09/02/2022** | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/02/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **09/02/2022** | Inform Business of Complaint: Legacy<br>**Otto** |
| **09/06/2022** | Receive Business Response: Legacy<br>**WEB** |
| **09/07/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/15/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **09/15/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **09/15/2022** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

## Complaint Messages

**09/06/2022 – Imported**
Receive Business Response
We spoken with Mr. Ojeda on Friday. We mailed a check out Friday to reimburse his loan payments. We

351

have his system complete ready for commissioning scheduled for 9/6/22.

352

# Solar Titan USA

**Case #:** 18851463

| | | | |
|---|---|---|---|
| **Consumer Info:** | Zilliox, Benjamin<br>68 Oby Dr<br>Independence, KY 41051 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
| | Ben.zilliox@gmail.com | | |

**Date Filed:** 9/1/2022 3:01:15 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

In January of 2022 we were looking for solar installation. We were approached by Solar Titan and they had someone come out immediately the man was very nice and the only requirement was that we had to have everyone that was on the deed to the property present at the meeting. We met with the salesman and decided to choose Solar Titan, why not they are a veteran owned company expanding quickly, the monthly payment was reasonable, and it was what we were looking for. To top it all off the salesman said that their average time from purchase to install to a running system was 4 to 6 weeks and that the national average was 4 to 6 months. Fast forward a few months and the system was installed then we waited and called and could not get an answer finally an employee told us that their electrician who was able to pull pemits in the state of KY had quit and that was why we had not had an inspection. I called every 2 weeks finally they got someone hired/vetted. Another 2 weeks, then about July i noticed that they finally filed for permit in my town and was wondering why no one had contacted me. Still calling every 2 weeks. Oh and all the while paying Solar Titan $250 a month on top of my regular $350 electric bill!! Our system has been completely installed for 4 months and we have finally got a call the other day that quality control was at our house to finalize some things and that it would be another 3 weeks before someone would be out to make the repairs. At this point the system is installed and we just want it up and working. We do wish that Solar Titan would defer some of the payments moving forward until the system was up and complete.

**Consumer's Desired Resolution:**

Deferment of future payments until the system is complete and up and running

# Complaint Timeline

| 09/01/2022 | Complaint Received by BBB: Legacy<br>**web** |
|---|---|
| 09/02/2022 | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/02/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| 09/02/2022 | Inform Business of Complaint: Legacy<br>**Otto** |

353

| 09/06/2022 | Receive Business Response: Legacy<br>**WEB** |
| --- | --- |
| 09/07/2022 | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/07/2022 | Received Consumer Rebuttal: Legacy<br>**WEB** |
| 09/07/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/08/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 09/09/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 09/09/2022 | Consumer Satisfied - with Letter: Legacy<br>**WEB** |
| 09/12/2022 | Inform Business - Case Closed RESOLVED: Legacy<br>**OttO** |
| 09/12/2022 | Case Closed RESOLVED: Legacy<br>**OttO** |
| 01/09/2023 | ReOpen the Complaint: Complaint Reopen<br>**wendym@knoxville.bbb.org** |
| 01/09/2023 | Received Consumer Rebuttal: Legacy<br>**wendym@knoxville.bbb.org** |
| 01/09/2023 | Forward Consumer Rebuttal to Business: Legacy<br>**wendym@knoxville.bbb.org** |
| 01/18/2023 | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| 01/18/2023 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**kathyf@knoxville.bbb.org** |
| 01/18/2023 | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 01/18/2023 | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 01/18/2023 | Case Closed UNRESOLVED: Legacy<br>**Otto** |

# Complaint Messages

**09/06/2022 – Imported**
Receive Business Response
Absolutely we will reimburse your payment until your system is up and running! We have the service scheduled and we hope to have you up and running soon!

354

**09/07/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
I will agree to the terms with some form of paper stating that we will be reimbursed or showing that the reimbursement is being taken care of and a number we can call if/when this does not happen.

**09/08/2022 - Imported**
Received Business' Rebuttal Response
We spoke with Mr. Zilliox today and we will be sending the letter he requested. He is on the schedule and will be up and running soon.

**09/09/2022 - Imported**
Consumer Satisfied - with Letter
(The consumer indicated he/she ACCEPTED the response from the business.)
Solar Titan has contacted me and I am happy with their reimbursement that they will be giving

**01/09/2023 - Imported**
Received Consumer Rebuttal
I have issued a complaint prior to this (6 mos ago) regarding reimbursement of funds from Solar Titan and they have not been issued despite solar titan saying that i would get them. I have now had my solar system in operation for about 3 months and it doesn't even produce a third of what they said it would and im paying them $250 a month for a solar system and the utilities another $300.
During the installation I questioned Solar Titan multiple times if the system was big enough, they said absolutely it is (I have a 9kw system). My current peak utilities run at 2500kw to 2000kw a month according to sources i would need at minimum a 14kw system to reach the 2500kw to 2000kw. I am absolutely outraged by the lack of knowledge and customer service this company has. I have been more than patient waiting over 11 months for them to install the system and trusted their judgement on the size of the system only to be let down multiple times.
As stated i have previously filed a claim with the BBB for reimbursement of funds which have never been received.
This seems to be the only way to get Solar Titans attention so this is what im doing.

# Solar Titan USA

**Case #:** 18851461

| Consumer Info: | Macdougal, Samantha | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 7408 Sevierville Pike | | 414 N Peters Rd |
| | Knoxville, TN 37920 | | Knoxville, TN 37922-2332 |
| | twilight6471@gmail.com | | |

**Date Filed:** 9/3/2022 5:00:10 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

they came and told us how good it was to save electricity and told us that we have enough sunlight and we only need 4 to 5 hours of sunlight and that we should be fine. they told told us it takes 6 to 9 months to fully be up and running. our percentage is little or nothing out put. we just want to cancel. we have been paying monthly every since. we hop you can help resolve this. thank you.

**Consumer's Desired Resolution:**

just please cancel

# Complaint Timeline

| | | |
|---|---|---|
| 09/03/2022 | Complaint Received by BBB: Legacy | **web** |
| 09/06/2022 | Complaint Validated by BBB Operator: Legacy | **pfrazier@knoxville.bbb.org** |
| 09/06/2022 | Send Acknowledgement to Consumer: Legacy | **Otto** |
| 09/06/2022 | Inform Business of Complaint: Legacy | **Otto** |
| 09/21/2022 | No Response to First Notice to Business: Legacy | **OttO** |
| 09/21/2022 | Second Notice to Business: Legacy | **OttO** |
| 09/23/2022 | Receive Business Response: Legacy | **WEB** |
| 09/23/2022 | Forward Business Response to Consumer: Legacy | **pfrazier@knoxville.bbb.org** |
| 09/29/2022 | Received Consumer Rebuttal: Legacy | **WEB** |
| 09/30/2022 | Forward Consumer Rebuttal to Business: Legacy | **pfrazier@knoxville.bbb.org** |

356

| 09/30/2022 | Received Business' Rebuttal Response: Legacy |
| | **WEB** |
| 09/30/2022 | Send Consumer Rebuttal - No New Offer - UNRESOLVED: Legacy |
| | **pfrazier@knoxville.bbb.org** |
| 09/30/2022 | Inform Business - Case Closed UNRESOLVED: Legacy |
| | **Otto** |
| 09/30/2022 | Case Closed UNRESOLVED: Legacy |
| | **Otto** |
| 11/07/2022 | More Info Received from the Business: Legacy |

# Complaint Messages

**09/23/2022 – Imported**
Receive Business Response
We are happy to have a manager go over your concerns and address any issues. Please call the office at (865)392-1036

**09/29/2022 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
we had solar titan people her telling us how great it was so they someone to check to see if it was fit for solar including the trees. We did not agree to get ride of trees and if there was anything on the paper work we would never would have signed. They told us it was fine and fit for solar. They new there was 3 trees for obstruction of view so now we just wanted to cancel. If they can't cancel than we want them to cancel and money back.As far as they offer of 1000 dollors we did not sign to that effect.I told them in the begining i couldn't afford to remove trees or trim and they said that was fine you only need 4 to 5 hours of sun light. We now just want to cancel and for them remove there product.

**09/30/2022 – Imported**
Received Business' Rebuttal Response
The sales manager is happy to speak with you about your concerns. Please call the office at 865-392-1036 ask for John Carroll

**11/07/2022 – Imported**
More Info Received from the Business
This project is complete. Please call the office with any additional concerns. 865-392-1036

357

# Solar Titan USA

**Case #:** 18851460

| Consumer Info: | Hall, Michael<br>204 Carroll Dr<br>Harriman, TN 37748<br><br>amike421@aol.com | Business Info: | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
|---|---|---|---|

**Date Filed:** 9/6/2022 5:01:01 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

FEB 2022 HAD SALES MEETING WAS PROMISED 70-90% ELECTRICAL USEAGE COVERED BY DESINGED AND ENGINEERED SOLAR SYSTEM WITH BATTERY BACK UP. NO PAYMENT DUE UNTIL INSTALATION IS COMPLETE; $50,000 LOAN FOR 20 YEARS WITH SUNLIGHT FINANCIAL. FULL INSTALTION PROMISED WITHIN 3 TO 6 WEEKS BY SALESMAN WE SHOULD BE LIVE ARPIL 1ST. MID MARCH COMPANY CAME OUT INSTALLED SOLAR PANELS ON ROOF; PV LINE TOO SHORT. GOOD FRIDAY HAD ELECTRICAL INSTALLATION SCHEDULED TOOK DAY OFF (LOST WAGES) AND NO CALL NO SHOW. FEW WEEKS LATER I FORCE THEM TO SCHEDULE ELECTRICAL WORK BECAUSE I WASNT MISSING ANYMORE TIME FROM WORK FOR THEM. NO CONTACT FOR TWO MONTHS UNTIL I FLAME THEM ON EVERY SOCIAL MEDIA AND REVIEWS SITE THEN THEY WANT TO TALK TO ME. 2 MONTHS IN MAKING PAYMENTS ON TOP OF PAYING INFLATED ELECTRIC AND NO WHERE NEAR READY TO GENERATING MY OWN POWER. FAILED INSPECTION, IGNORED CALLS LIKE I CALL, PRESS WHATEVER FOR CUSTOMER SERVICE THEY PICK UP AND HANG UP. THEY PROMISED TO COMPENSATE ME FOR THE MONTHS I'VE MADE PAYMENT AND HAVEN'T BEEN RUNNING ON SOLAR.

**Consumer's Desired Resolution:**

Finish the job; Refund

# Complaint Timeline

| | | |
|---|---|---|
| **09/06/2022** | Complaint Received by BBB: Legacy<br>**web** | |
| **09/07/2022** | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **09/07/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **09/07/2022** | Inform Business of Complaint: Legacy<br>**Otto** | |
| **09/22/2022** | No Response to First Notice to Business: Legacy<br>**OttO** | |
| **09/22/2022** | Second Notice to Business: Legacy<br>**OttO** | |

358

| 09/23/2022 | Receive Business Response: Legacy<br>**WEB** |
| **09/23/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **10/03/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| **10/03/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| **10/03/2022** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**09/23/2022 – Imported**
Receive Business Response
We absolutely want to address your concerns. Please reach out to the office at 865/392/1036 and ask for John C, sales manager.

359

# Solar Titan USA

**Case #:** 18851459

| Consumer Info: | | Business Info: | |
|---|---|---|---|
| Workinger, Vic | | Solar Titan USA | |
| 155 Alexandria Ln | | 414 N Peters Rd | |
| Dallas, GA 30132 | | Knoxville, TN 37922-2332 | |
| | | | |
| vlworks@comcast.net | | | |

**Date Filed:** 9/8/2022 3:03:29 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Iwould like your office to look into the business practice of Ideal Horizon Benefits / DBA: Solar Titan USA, LLC, 4 Peters Rd14 N, Knoxville, TN 37922-2332 My wife and I contracted a solar system from this company in January 2022, we have yet to have a system that is functional. When I researched the company there were great reviews Solar Titan USA Sent a crew out to install the solar system, they only mounted the panels and left . They left bare end cables laying in the dirt. Months later the sent a crew to install the battery and inverter but did not connect the solar panel cabling. A month or so later they came to complete the wiring but left without completing. Then after complaints to the GA AG someone arrived to be available for the permit inspection but left before making the system operational. I later received a phone message to setup an appt. to complete the system , which their personnel did not complete Solar Titan USA then set up an appt. for 09/07/22 which they did not keep with no notice. I would like to have Solar Titan USA honor the contract and complete the install and manage all warranties applicable or remove the system make whole my home and reimburse my my wife and I the $16000 we advanced them.

**Consumer's Desired Resolution:**

Finish the job; remove and make whole our home and reimburse all funds advanced

# Complaint Timeline

| 09/08/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 09/09/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** |
| 09/09/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 09/09/2022 | Inform Business of Complaint: Legacy **Otto** |
| 09/23/2022 | Receive Business Response: Legacy **WEB** |
| 09/23/2022 | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** |

360

| 10/03/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| **10/03/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| **10/03/2022** | Case Closed - Assumed RESOLVED: Legacy **OttO** |

# Complaint Messages

**09/23/2022 – Imported**
Receive Business Response
We are here to address your concerns. Please reach out to STUSA office at 865/392/1036

# Solar Titan USA

**Case #:** 18851441

| Consumer Info: | Rashad, Rashid | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 185 Deacons Walk SW | | 414 N Peters Rd |
| | Conyers, GA 30094 | | Knoxville, TN 37922-2332 |
| | rashidrashad67@gmail.com | | |

**Date Filed:** 9/12/2022 11:15:56 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Solar Titan USA has unfair and deceptive business practices! We signed an installation agreement in Feb 2022. Solar Titan started installation process (solar panels are on the roof; the rewired a few rooms & installed a breaker box; installed battery). There was a problem when the team rewired and installed the breaker box & battery & it wasn't functioning properly. They said the next team would resolve the problem. This was in April! A team came out in June and was at our home all day and still didn't fix the issue. During this time, Mosaic (on behalf of Solar Titan) was collecting the monthly payments even though the solar panels are not functioning. Our power went out & the rooms (and fridge) that Solar Titan rewired remained without power until we called repeatedly & finally got someone to send a tech out to our home. The tech said that the battery, GENERAC PWRCELL, is a faulty product and Solar Titan knows because they've had this issue with the battery not charging properly for quite some time. We emailed Solar Titan to say that we're dissatisfied and asked for the agreement to be cancelled. We were told that we had 3 days after signing the agreement to cancel. After multiple calls, they finally returned the first 3 payments. We didn't know that it would be more than 6 months to complete the installation or that we would experience such poor service. The salesman said everything's handled "in-house" and they're a reputable company started by veterans. The recent reviews confirm that this is Solar Titan's MO. They drag out the installation process while collecting payments and won't release buyer from the agreement even though they have failed to provide the service and product that they agreed to provide. The product is partially installed. Rooms rewired to a breaker box that doesn't work. No response to our request to complete the installation. Billing us for a service that isn't functioning. We won't this agreement cancelled immediately. Please help us.

**Consumer's Desired Resolution:**

Installation agreement cancelled, full refund, rooms rewired bank to the main breaker box and all equipment removed.

# Complaint Timeline

| 09/12/2022 | Complaint Received by BBB: Legacy web |
|---|---|
| 09/12/2022 | Complaint Validated by BBB Operator: Legacy pfrazier@knoxville.bbb.org |

| 09/12/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
|---|---|
| 09/12/2022 | Inform Business of Complaint: Legacy<br>**Otto** |
| 09/23/2022 | Receive Business Response: Legacy<br>**WEB** |
| 09/23/2022 | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 10/03/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 10/03/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 10/03/2022 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**09/23/2022 - Imported**
Receive Business Response
We absolutely want to address your concerns. Please reach out to office and ask for the sales manager
865/392/1036

363

# Solar Titan USA

**Case #:** 18851442

| Consumer Info: | Cllark, Alfie | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 3332 Flagstaff Ln | | 414 N Peters Rd |
| | Knoxville, TN 37931 | | Knoxville, TN 37922-2332 |
| | 712lane@gmail.com | | |

**Date Filed:** 9/14/2022 8:04:17 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
On March 31st SolarTitan Representative came to our home & gave us a presentation. We notified him we are wanting quotes & to hear what they can do for our concerns helping to unburden an aging network for many outages & wanting to have power for our appliances when a storm rolled into our area. We where assured a 6KW would be ample amount to get us thru anything with back up batteries. We expressed concerns of install time frames as well as when payments are due & not having system making power before making payments along with time frames of completion. Install was delayed no updates & calls from Solar Titan I would be calling for up dates & why as well as when they would show. The day finally came to install they where here for a long time well over 8 hours. They had to tear into my sons room to access areas of the attic promised to have it fixed, up to saying send Solar Titan the bill for any fixes. Not only is there holes in roof from there install along the siding of the home as well to have equipment attached. 1st inspection failed by the state as they needed to put in a metal conduit from the meter side into garage. No 1 from Solar Titan called to update us on the failed inspection we had to call in to ask what was happening weeks later after inspection, Solar reps said they would schedule some 1. Weeks went by I called SolarTitan to ask what's going on? SolarTitan was under the impression we were good to go & systems was working. I Had to remind them they failed. Finally installers came back, they arrived & said we just need to put a little metal box at junction in garage I relayed i am sure state inspector said the whole conduit from garage to meter area. SolarTitan inspectors oh they won't look in the walls it will pass. Well state inspector came out they failed again. This time the inspector told the SolarTitan installer in person in the presence of wife the report clearly said replace conduit from inside out to meter. Still no calls from SolarTitan.

**Consumer's Desired Resolution:**
We would like a full refund fix our roof siding as well as interior along with contract termination, all financing canceled closed.

# Complaint Timeline

| 09/14/2022 | Complaint Received by BBB: Legacy web |
|---|---|
| 09/15/2022 | Complaint Validated by BBB Operator: Legacy pfrazier@knoxville.bbb.org |

| 09/15/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 09/15/2022 | Inform Business of Complaint: Legacy **Otto** |
| 09/23/2022 | Receive Business Response: Legacy **WEB** |
| 09/23/2022 | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** |
| 10/03/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| 10/03/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| 10/03/2022 | Case Closed - Assumed RESOLVED: Legacy **OttO** |

# Complaint Messages

**09/23/2022 - Imported**
Receive Business Response
We want to address your concerns. Please reach out to the office and ask to speak with Manager Dale Roden. 865/392/1036

365

# Solar Titan USA

**Case #:** 18851440

| Consumer Info: | | Business Info: | |
|---|---|---|---|
| Caswell, Bettye | | Solar Titan USA | |
| 5003 Old Heady Rd | | 414 N Peters Rd | |
| Louisville, KY 40299 | | Knoxville, TN 37922-2332 | |
| | | | |
| bettye.caswell@gmail.com | | | |

**Date Filed:** 9/15/2022 5:00:04 AM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**

**Consumer's Desired Resolution:**
Not applicable

# Complaint Timeline

| | |
|---|---|
| **09/15/2022** | Complaint Received by BBB: Legacy **web** |
| **09/15/2022** | Complaint Judged to be INVALID due to Insufficient: Legacy **pfrazier@knoxville.bbb.org** |
| **09/15/2022** | Send Notice of INVALID to Consumer: Legacy **Otto** |
| **09/15/2022** | Case Closed as INVALID: Legacy **Otto** |

# Solar Titan USA

**Case #:** 18854070

| | | | |
|---|---|---|---|
| **Consumer Info:** | Osipchuk, Linda<br>506 Barton Shore Court<br>Lebanon, TN 37087-1943<br><br>losipchuk@gmail.com | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

**Date Filed:** 9/16/2022 12:01:09 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

In January of this year we contracted with Solar Titan USA to install solar system for us. They were install early summer. The commissioning took several months and they worked for two days. We called and they said they had a recall on a piece of equipment and we're gonna need to come out and replace them weeks later and many calls later they came out and fixed them all the while another group from same company was to come out and install the Wi-Fi. Since then they've been coming out every other week to fix panels which still do not work and Wi-Fi. No one seems to know what they are doing each time they come we have to tell them what's going on cause no one communicates with each other. We are heading into October we've been paying our loan since may 2022 and still a large electric bill and our systems still doesn't work each time I call they say they're trying to schedule a team.... They say they'll call back but never do. It's the worse business I've ever dealt with.

**Consumer's Desired Resolution:**

Finish the job; Reimburse us for excess we've spent and fix it die real!

# Complaint Timeline

| | |
|---|---|
| **09/16/2022** | Complaint Received by BBB: Legacy<br>**web** |
| **09/16/2022** | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **09/16/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| **09/16/2022** | Inform Business of Complaint: Legacy<br>**Otto** |
| **09/23/2022** | Receive Business Response: Legacy<br>**WEB** |
| **09/23/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **10/01/2022** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **10/03/2022** | Forward Consumer Rebuttal to Business: Legacy |

pfrazier@knoxville.bbb.org

| | | |
|---|---|---|
| **10/04/2022** | Received Business' Rebuttal Response: Legacy **WEB** | |
| **10/05/2022** | Send Business' Rebuttal Response - New Offer: Legacy pfrazier@knoxville.bbb.org | |
| **10/13/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** | |
| **10/13/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** | |
| **10/13/2022** | Case Closed - Assumed RESOLVED: Legacy **OttO** | |
| **01/16/2023** | Received Consumer Rebuttal: Complaint Reopen **kathyf@knoxville.bbb.org** | |
| **01/17/2023** | Forward Consumer Rebuttal to Business: Legacy **kathyf@knoxville.bbb.org** | |
| **01/17/2023** | ReOpen the Complaint: Complaint Reopen **kathyf@knoxville.bbb.org** | |
| **01/24/2023** | Bus. DID NOT respond to Consumer Rejection: Action Taken (No Letters) **Threshold Application** | |
| **01/24/2023** | Pending Response-Rejection Reminder: Action taken **wendym@knoxville.bbb.org** | |
| **01/30/2023** | Unresolved : Action taken **wendym@knoxville.bbb.org** | |

# Complaint Messages

**09/23/2022 - Imported**
Receive Business Response
We absolutely want to address your concerns. Please call the office at 865/392/1036

**10/01/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
This hasn't been resolved- they come out fix it then it works for a couple of days and it's down again. Of course I've called them as I do each time it goes down. It hasn't worked for one week since it was first commissioned.

**10/04/2022 - Imported**
Received Business' Rebuttal Response
The issues with the system are due to the faulty Generac parts. We are absolutely doing what we can to get everything in working order. Please reach out the office with any questions or concerns. 865-392-

368

1036

**01/16/2023 - Imported**
Received Consumer Rebuttal
System still is not working and they are not answering their phones texts or emails. Theyve gone out of business and we're screwed.

# Solar Titan USA

**Case #:** 18851439

| **Consumer Info:** | Webber, Danielle | **Business Info:** | Solar Titan USA |
|---|---|---|---|
| | 607 Dover Ave | | 414 N Peters Rd |
| | Mount Carmel, TN 37645 | | Knoxville, TN 37922-2332 |
| | daniellemariedemarco@gmail.com | | |

**Date Filed:** 9/16/2022 5:02:05 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

On August 16th we had solar panels installed and we were told that the system was going to be shut off until the final inspection was completed. ON the 18th on August we got an email stating that congratulations your system is up and running and we can download the app. we did so and saw that the panels were producing. The next email we got was that the county and power company would be contacting us for an inspection. I called solar titan because I was confused as to why our system was up and running. I was told at that point that it was approved and they just needed to come out and inspection. I said you just said that we were approved. About a week later all the sudden our system was off and I am now being billed my monthly fees from the finance company. 1. i do not have a running system and 2. it has not even been a month. I called and spoke with Titan and the woman told me that it was not her problem and that I had to accept that there was nothing they could do for us. So I this point I feel like I have been lied to right out the gate and would like to talk with someone who can actually do something to make this experience right.

**Consumer's Desired Resolution:**

Contact by the business; Refund

# Complaint Timeline

| 09/16/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 09/19/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** |
| 09/19/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 09/19/2022 | Inform Business of Complaint: Legacy **Otto** |
| 09/23/2022 | Receive Business Response: Legacy **WEB** |
| 09/26/2022 | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** |
| 10/04/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy |

370

**OttO**

10/04/2022         Inform Business - Case Closed ASSUMED RESOLVED: Legacy
                                       **OttO**

10/04/2022         Case Closed - Assumed RESOLVED: Legacy
                                       **OttO**

# Complaint Messages

**09/23/2022 - Imported**
Receive Business Response
We absolutely want to address all you concerns. Please call the office at 865/392/1036

# Solar Titan USA

**Case #:** 18851436

| Consumer Info: | La Palme, Mark | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 125 Cummins Ferry Rd | | 414 N Peters Rd |
| | Salvisa, KY 40372 | | Knoxville, TN 37922-2332 |
| | mark@isaiah-house.org | | |

**Date Filed:** 9/22/2022 5:00:03 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**
When we first spoke with the salesman he told us that the company was veteran and USA owned. He explained the process of getting a system. He took a ton of pictures. That his team Would review them and then get with us about the design. Walking us step by step through the install. This would involve an "engineer or Architect " they would determine the best location and safest place for our home. That they would secure all licenses for the project. A concern we had was that having 18 panels on our roof plus snow if any that our roof wouldn't hold it. But we were relieved when he told us of the process. Pictures , engineering review, meet with us to discuss, agree to install and location, get permits then install. After install walk us through all of the items , care , app. None of this happened. They called one day while I was at work saying they were on their way to our home and met with my wife not to review the plans but to install. Tammy left work and met them at our home. So immediately what they Promised was untrue. They installed the panels on our roof rather than panels on the yard. They had no building permit which was required from the county we are in. They broke and electrical box on the outside of our home and left a mess. The next thing that happened is we got an email from them apologizing for not setting up a "QA" yet. I received 3 of those emails. Finally I felt like someone would explain what they were doing. Next they sent someone out again while my wife was home. They only did this after several calls. Someone came out and did the "QA". Then I get a call the next day from them wanting to set up the QA. I explained that it was already supposedly done. I get a call the next day again wanting to set up the QA. Again I tell them it was supposedly done. Then I get a call from The electrical inspector who was at our home but we weren't home. Solar titan knew this as we were out of state. He had to come back a few days later. I could go on an on

**Consumer's Desired Resolution:**
Refund

# Complaint Timeline

| 09/22/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 09/22/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** |
| 09/22/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |

| | | |
|---|---|---|
| **09/22/2022** | Inform Business of Complaint: Legacy<br>**Otto** | |
| **09/23/2022** | Receive Business Response: Legacy<br>**WEB** | |
| **09/26/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **10/04/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** | |
| **10/04/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** | |
| **10/04/2022** | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** | |

# Complaint Messages

**09/23/2022 - Imported**

Receive Business Response

We want to address your concerns. Please reach out to office at 865/392/1036 ask to speak with the sales manager.

# Solar Titan USA

**Case #:** 18851438

| Consumer Info: | Cason, Carola | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 1470 Murl Rd | | 414 N Peters Rd |
| | Monticello, KY 42633 | | Knoxville, TN 37922-2332 |
| | ccason14@protonmail.com | | |

**Date Filed:** 9/29/2022 11:03:25 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
We bought into the Solar Titan USA 18 panels solar system. Their contract with us is they do all installation, inspections, corrections, additions in future. The main complaint is they never get the service or installation crew out to our house. They either are overbooked and not enough employees, but they are still selling and promising like crazy. They did not get the electrical inspected or installed by a licensed electrician and now we are still going around and around trying to get the final inspection with the county electrical inspector done simply because Solar Titan won't send a licensed electrician out to meet with the inspector. You call and call and complain and they lie and say we'll be there next week, whatever, then you never hear from them. You can't get past the reception answering. I'm frankly just about ready to file a lawsuit for breach of contract. Jim and Carola Cason

**Consumer's Desired Resolution:**
Finish the job; Billing adjustment

# Complaint Timeline

| | | |
|---|---|---|
| 09/29/2022 | Complaint Received by BBB: Legacy **web** | |
| 09/29/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** | |
| 09/29/2022 | Send Acknowledgement to Consumer: Legacy **Otto** | |
| 09/29/2022 | Inform Business of Complaint: Legacy **Otto** | |
| 09/29/2022 | Receive Business Response: Legacy **WEB** | |
| 09/30/2022 | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** | |
| 09/30/2022 | Received Consumer Rebuttal: Legacy **WEB** | |
| 09/30/2022 | Forward Consumer Rebuttal to Business: Legacy **pfrazier@knoxville.bbb.org** | |

| 09/30/2022 | Received Business' Rebuttal Response: Legacy |
| | **WEB** |
| 09/30/2022 | Send Business' Rebuttal Response - New Offer: Legacy |
| | **pfrazier@knoxville.bbb.org** |
| 09/30/2022 | Consumer Rejects Business' Final Offer: Legacy |
| | **WEB** |
| 10/03/2022 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy |
| | **pfrazier@knoxville.bbb.org** |
| 10/03/2022 | Inform Consumer - Case Closed UNRESOLVED: Legacy |
| | **Otto** |
| 10/03/2022 | Inform Business - Case Closed UNRESOLVED: Legacy |
| | **Otto** |
| 10/03/2022 | Case Closed UNRESOLVED: Legacy |
| | **Otto** |
| 11/07/2022 | Received Business' Rebuttal Response: Complaint Reopen |
| | **pfrazier@knoxville.bbb.org** |
| 11/09/2022 | Send Business' Rebuttal Response - New Offer: Legacy |
| | **pfrazier@knoxville.bbb.org** |
| 11/09/2022 | ReOpen the Complaint: Complaint Reopen |
| | **pfrazier@knoxville.bbb.org** |
| 11/17/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy |
| | **OttO** |
| 11/17/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy |
| | **OttO** |
| 11/17/2022 | Case Closed - Assumed RESOLVED: Legacy |
| | **OttO** |

# Complaint Messages

**09/29/2022 - Imported**
Receive Business Response
We have looked for this customer in our database. We do not have any customers by this name. If there is someone else in the home that may have purchased the system please provide that so we can look into this.

Also, this customer may have confused us with Titan Solar Power. That has been happening a lot also.

**09/30/2022 - Imported**
Received Business' Rebuttal Response
The only name that was seen was Carola Cason. Sorry Jim's was missed it is now updated in our system with both. We do want to address your concerns! There is a note in your account that you spoke with permitting today. Please call back if you have additional concerns ask for Dale Roden the technical

375

manager. 865-392-1036

**09/30/2022 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
It states right in the complaint our name Jim Cason and Carola Cason. And address. I think it might be
under my husband's name Jim Cason. What a pathetic lack of looking to answer a complaint.
Jim and Carola Cason. And no, we are not confused it's Solar Titan USA, d/b/a Ideal Horizon Benefits.
Our first remedy immediately is to get whatever the county inspector needs to pass a final inspection on
this system so that electric company won't turn us off as they are threatening to do. After that, if I find
out the panels are not working, as we are not even getting 40% of power and they installed a battery
they knew wouldn't work under 40 degrees, etc, we will have to possibly seek for reimbursement of any
costs to us incurred to fix whatever is not correct and above board on this solar system. As per their
installation and service contract they are to do all permit pulling, licenses, and any and all installation
and fix any problems in the future. You can't even get a installation crew out to install. It took over 6
months for that to happen. We are currently waiting for them to send the licensed electrician to meet
with inspector for a final inspection. Even though I think the inspector may be incorrect, it's what is
required and Solar Titan is responsible to get it done. I was told today again they are working on it. This
is baffeling to me that a basically a electric company thinks it can install a major system with no permit
and no licensed electrician. It's ignorant and now a very old argument of Solar Titan to claim ignorance
that this is needed. It's basic building construction law 101 and they are obligated to do it. I shouldn't
have to wait 3 - 6 months to get all this done.
Jim and Carola Cason


**09/30/2022 – Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
Solar Titan says they don't have a licensed electrician to do the inspection and are working on it. That
response is really not ok. How can you be installing major electrical systems without a licensed
electrician. I want a day exact ST will be out and get inspection done. I know they say they are trying but
I will continue until they complete their contractual obligation and finish install. I found out today from
the Kentucky State electrical Inspector ST knew back in April electrician quit and further inspection
needed so this appears not a surprise. Anyway if inspection not complete ASAP I will file another
complaint and further if necessary.


**11/07/2022 – Imported**
Received Business' Rebuttal Response
This is now project complete. If you have any additional concerns or questions please call us. 865-392-
1036

377

# Solar Titan USA

**Case #:** 18851437

| Consumer Info: | Gibbs, Sharon | Business Info: | Solar Titan USA |
|---|---|---|---|
| | 14 County House Cir | | 414 N Peters Rd |
| | Carthage, TN 37030 | | Knoxville, TN 37922-2332 |
| | | | |
| | sgibbs2499@gmail.com | | |

**Date Filed:** 9/30/2022 2:01:22 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
We had solar panels installed at our residence in November of 2020 and the finance bills started rolling in April of 2021. To-date, our panels have not functioned at all, for one reason or another. We have contacted the company of course numerous times in order to get the panels working. We were told we needed to purchase 2 battery banks at time of sale, so we did. We pay $120+/mo for the smaller bank and $260/mo for the larger bank and now starting a few months ago we are having to pay $350/mo for the larger bank. We still are not getting to use the panels and have had NO SAVINGS as was promised on our electric bills. We have been paying anywhere from $250-$400/mo. for our electric bills. This has been going on for almost 2 years! Staff have been friendly enough each time we call and we have had technicians come out numerous times, to no avail. We want to cancel our contract and be refund for all of the money we have paid for NO service. It totals approx $7,000.00 dollars to-date. I do not make that much money and am about to get bad credit as i cannot keep paying double and triple utility bills every month!

**Consumer's Desired Resolution:**
Refund; Contact by the business

# Complaint Timeline

| | | |
|---|---|---|
| **09/30/2022** | Complaint Received by BBB: Legacy **web** | |
| **09/30/2022** | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** | |
| **09/30/2022** | Send Acknowledgement to Consumer: Legacy **Otto** | |
| **09/30/2022** | Inform Business of Complaint: Legacy **Otto** | |
| **10/10/2022** | Receive Business Response: Legacy **WEB** | |
| **10/11/2022** | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** | |
| **10/19/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy | |

378

**OttO**

| 10/19/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy |
|---|---|

**OttO**

| 10/19/2022 | Case Closed - Assumed RESOLVED: Legacy |
|---|---|

**OttO**

# Complaint Messages

**10/10/2022 - Imported**

Receive Business Response

We are happy to have a manger address your concerns. Also, if you want a technical review of your system please call 865-392-1036 ex.317 for technical support.

# Solar Titan USA

**Case #:** 18851429

| **Consumer Info:** | Sanchez, Charla | **Business Info:** | Solar Titan USA |
|---|---|---|---|
| | 10229 s st George rd | | 414 N Peters Rd |
| | Mohave Valley, AZ 86440 | | Knoxville, TN 37922-2332 |
| | Chartori2000@yahoo.com | | |

**Date Filed:** 10/2/2022 9:09:51 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
Got a $60,000 system and was assured this would cover all our needs. It most certainly is NOT covering our needs and we are actually using less electricity right now just to get our regular electric bill down! Our electric bill is MORE then our solar payment which we were promised it wouldn't be. Trying to communicate with Titan and all we are getting is the run around. Titan claims They will call back after looking into it and we hear nothing. We contact them several times to no avail. Our app shows we use significantly less electricity then we produce yet we still get bills that cost MORE then th e solar bill from our electric company.

**Consumer's Desired Resolution:**
Refund

# Complaint Timeline

| 10/02/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 10/03/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** |
| 10/03/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 10/03/2022 | Inform Business of Complaint: Legacy **Otto** |
| 10/10/2022 | Receive Business Response: Legacy **WEB** |
| 10/11/2022 | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** |
| 10/19/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** |
| 10/19/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** |
| 10/19/2022 | Case Closed - Assumed RESOLVED: Legacy **OttO** |

380

| 10/22/2022 | Received Consumer Rebuttal: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 10/24/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 10/24/2022 | ReOpen the Complaint: Complaint Reopen<br>**kathyf@knoxville.bbb.org** |
| 10/26/2022 | Received Business' Rebuttal Response: Legacy<br>**WEB** |
| 10/27/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 10/29/2022 | Consumer Rejects Business' Final Offer: Legacy<br>**WEB** |
| 10/31/2022 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 10/31/2022 | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 10/31/2022 | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 10/31/2022 | Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 11/07/2022 | Received Business' Rebuttal Response: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** |
| 11/09/2022 | Send Business' Rebuttal Response - New Offer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 11/09/2022 | ReOpen the Complaint: Complaint Reopen<br>**pfrazier@knoxville.bbb.org** |
| 11/17/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 11/17/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 11/17/2022 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**10/10/2022 - Imported**
Receive Business Response
We are happy to address your concerns. Please reach out to technical support at 865-392-1036 ex.317

**10/22/2022 - Imported**
Received Consumer Rebuttal

Made attempt to contact the number given by the company to no avail. They have not responded to messages left.


**10/26/2022 - Imported**
Received Business' Rebuttal Response
There are notes that you or your boyfriend have spoken to Cheyenne several times last week and again Monday of this week. She said if you still need to speak with her please call back and use her extension 317. Thanks


**10/29/2022 - Imported**
Consumer Rejects Business' Final Offer
(The consumer indicated he/she DID NOT accept the response from the business.)
There was absolutely zero communication from " Cheyenne" to myself or my boyfriend. The ONLY Communication we have received was an email dated 10/28/2022
Mr. Cornelison,

Firstly, I would like to apologize for the lack of communication in response to your emails. We have been in transition of assigning the service email to someone new so we apologize for any inconvenience or confusion. Now in regards to your concern, I am having one of our monitoring specialists review your account and your monitoring portal so we can pinpoint what's going on and get a service visit schedule if needed. Please allow our specialist to get the notification to investigate this one and for us to reach out and schedule something if it comes to that. I know you said you feel like you were undersold and that is a concern that needs to be addressed with your sales representative so they can clarify things with you, so I have advised the sales company to contact you about your concern. We are contracted to just do the installation and service when needed. Please let me know if you have any other questions or concerns.

Thank you

Not signed by anyone, nothing resolved, no other communication. We have contacted the company that sold us the panels and they blame Titan and that it is because it was the summer. Also it has been blamed on the enphase system that no one will come out and look at. We are given YouTube videos to watch to try to do it ourselves, clearly we are not the professionals to be doing this!


**11/07/2022 - Imported**
Received Business' Rebuttal Response
Cheyenne has spoken with this customer many times and has given them her direct line. If there are any more concerns please reach out to Cheyenne at 865-392-1036ex.317


382

# Solar Titan USA

**Case #:** 18851430

| | | | |
|---|---|---|---|
| **Consumer Info:** | Owens, Dale and Christy<br>3430 J E Jones Rd<br>Magnolia, KY 42757 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |

owenschristy@bellsouth.net

**Date Filed:** 10/1/2022 10:00:53 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

We purchased solar panels and a backup battery from Solar Titans USA with a guarantee that it would take care of 70 -90% of our electric bill in May 2022. It took the company until October 2022 to get everything finished. After a couple of months with no evident change in our electric bill, we started contacting them. They agreed that something was wrong and sent out a technician. He worked on something and said it should be working now. Still no change in our electric bill. To make a long story short they have sent the men out 4 times to work on our system and to no avail. We have had 5 people from Solar Titan admit that our products were faulty. We have tried for over a year to get our money back and they will not even let us talk to the man we need to speak to. The technician told us the panels were faulty. James told us the system was faulty. Angela told us the system was faulty, and two other employees have called me to inform me that I was on the schedule to have our equipment fixed. We are waiting on a return call from Dale. He is the next man we need to speak to. We have tried multiple times to get in touch with him.

**Consumer's Desired Resolution:**

Refund

# Complaint Timeline

| | | |
|---|---|---|
| **10/01/2022** | Complaint Received by BBB: Legacy<br>**web** | |
| **10/03/2022** | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **10/03/2022** | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| **10/03/2022** | Inform Business of Complaint: Legacy<br>**Otto** | |
| **10/10/2022** | Receive Business Response: Legacy<br>**WEB** | |
| **10/11/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| **10/19/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy | |

OttO

**10/19/2022**        Inform Business - Case Closed ASSUMED RESOLVED: Legacy

OttO

**10/19/2022**        Case Closed - Assumed RESOLVED: Legacy

OttO

# Complaint Messages

**10/10/2022 – Imported**

Receive Business Response

We are happy to address your concerns. Please reach out to technical support for a system review. 865-392-1036 ex.317

# Solar Titan USA

**Case #:** 18851431

| | | | |
|---|---|---|---|
| **Consumer Info:** | Strickland, Raymond<br>10015 Normie Ln<br>Louisville, KY 40229 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
| | rmestrick123@yahoo.com | | |

**Date Filed:** 10/5/2022 12:08:21 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

On 5/1/22 we signed contract to have solar installed on our home, and as of 10/05/22 we still do not have a functioning system. We have called many times and who we needed to talk to is rarely in and we do not get call backs. When we do make contact we are told everything should be finished soon but more time passes without us being able to use system. We continue to be told we will be reimbursed for payment we are making on the system without it being up and running; but we are making our 5th payment tomorrow and haven't received any reimbursements. Most of the issues has been with passing electrical inspection (4 failed). After passing the 5 time and the system was turned on it did not work. We were told it was the inverter and it was unknown when it could be replaced.

**Consumer's Desired Resolution:**

We want the system working and the reimbursement we were promised.

# Complaint Timeline

| | | |
|---|---|---|
| 10/05/2022 | Complaint Received by BBB: Legacy<br>**web** | |
| 10/05/2022 | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 10/05/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** | |
| 10/05/2022 | Inform Business of Complaint: Legacy<br>**Otto** | |
| 10/10/2022 | Receive Business Response: Legacy<br>**WEB** | |
| 10/11/2022 | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 10/14/2022 | Received Consumer Rebuttal: Legacy<br>**WEB** | |
| 10/14/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**pfrazier@knoxville.bbb.org** | |
| 10/17/2022 | Received Business' Rebuttal Response: Legacy | |

| | |
|---|---|
| 10/17/2022 | Send Business' Rebuttal Response - New Offer: Legacy |
| | **kathyf@knoxville.bbb.org** |
| 10/25/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy |
| | **OttO** |
| 10/25/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy |
| | **OttO** |
| 10/25/2022 | Case Closed - Assumed RESOLVED: Legacy |
| | **OttO** |

# Complaint Messages

**10/10/2022 - Imported**
Receive Business Response
We are happy to address your concerns. Unfortunately warranty parts issues are out of our control.
Please call for an update if needed 865-392-1036 ex174

**10/14/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
I made a mistake on my original complaint, The day we signed the contract was 03/01/22 not 05/01/22
so we have been waiting to get the system running for 7 1/2 months. We have made 5 payments and
were promised after we made the first 3 that we would receive reimbursement for them which we still
have not received.

**10/17/2022 - Imported**
Received Business' Rebuttal Response
We absolutely want to speak with you! Please call the office at 865-392-1036 ex.174 Thank you

# Solar Titan USA

**Case #:** 18851433

| | | | |
|---|---|---|---|
| **Consumer Info:** | Stanley, Linda<br>98 Meadowbrook Dr 6006<br>Ellijay, GA 30540 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
| | nonniekids10@gmail.com | | |

**Date Filed:** 10/11/2022 1:03:13 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

A sales rep from Solar Titan USA came to us in April of 2022. The sales pitch claimed that you would be paying for the solar with the money (anyway money - money you were spending for electricity anyway). The sales rep said that the 8 KW PV System would power our whole house including our well. She said the only thing the power company would be billing us for would be the meter fee that the power company required you stay connected to the meter. Our power company charges $26 for the fee. We had several issues with Solar Titan during installation. Ranging from fast sloppy installation with out permits to lying about holdups with permitting from county, when the issue was actually Solar Titan had never paid for the permit. I have paid for Solar and electricity since July 4 ( the so called Anyway money is fast creating a financial burden for us). We averaged $250 per month for electricity before, this month between both it $545. Also the electricity went out yesterday and only half our house had power and our well had no power. The main reason we agreed to go Solar was so we would have power when the power went out and especially still have water. I called this morning to complain and they claimed that mine was set up to only supply Solar power when the sun was out between 11am and 3 pm. This is not acceptable to me since it is definitely not what they sold us. According to my electric bill I used 1424 KWH of power and last year at the same time I only used 1666. So far the system is not preforming as the sales rep said it would and it is a total waste of my hard earned money. If they really stand behind their products and agree with what their sales rep is claiming they should pay the Solar payments until they get the system functioning at the level they claimed it would function. They can use there Anyway Money because I don't have amy Anyway Money mine is still going to pay for electricity.

**Consumer's Desired Resolution:**

Get my system working as they claimed it would and pay my Solar payments until they do. If they can't get it to working the way they claimed it would ; If they can't get it to working as promised then remove it and make necessary repairs to roof and cancel my loan

# Complaint Timeline

| | | |
|---|---|---|
| **10/11/2022** | Complaint Received by BBB: Legacy **web** | |
| **10/11/2022** | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** | |

| | | |
|---|---|---|
| **10/11/2022** | Send Acknowledgement to Consumer: Legacy **Otto** | |
| **10/11/2022** | Inform Business of Complaint: Legacy **Otto** | |
| **10/13/2022** | Receive Business Response: Legacy **WEB** | |
| **10/13/2022** | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** | |
| **10/21/2022** | No Consumer Response- Assumed Resolved with Letter: Legacy **OttO** | |
| **10/21/2022** | Inform Business - Case Closed ASSUMED RESOLVED: Legacy **OttO** | |
| **10/21/2022** | Case Closed - Assumed RESOLVED: Legacy **OttO** | |
| **10/26/2022** | ReOpen the Complaint: Complaint Reopen **pfrazier@knoxville.bbb.org** | |
| **10/26/2022** | Received Consumer Rebuttal: Complaint Reopen **pfrazier@knoxville.bbb.org** | |
| **10/26/2022** | Forward Consumer Rebuttal to Business: Legacy **pfrazier@knoxville.bbb.org** | |
| **10/27/2022** | Received Business' Rebuttal Response: Legacy **WEB** | |
| **10/27/2022** | Send Business' Rebuttal Response - New Offer: Legacy **pfrazier@knoxville.bbb.org** | |
| **10/27/2022** | Consumer Satisfied - with Letter: Legacy **WEB** | |
| **10/28/2022** | Inform Business - Case Closed RESOLVED: Legacy **OttO** | |
| **10/28/2022** | Case Closed RESOLVED: Legacy **OttO** | |

# Complaint Messages

**10/13/2022 - Imported**
Receive Business Response
We absolutely want to address your concerns. Please call the office 865-392-1036 ex121 for the sales manager. Thank you

**10/26/2022 - Imported**
Received Consumer Rebuttal
Im sorry I did not respond by the 20th. Nothing has been resolved. I called the number that was in the

388

reply on Oct. 17th and spoke with John ( he said he was a director). He told me he would need to investigate and that he didn't my electric bills for the past 12 months and to know what amp the breaker for our well is. He gave me an email address to send the information to and said he would review it and get back with me in two days. That from now on he would be my point of contact with the company. I sent all this to him on Oct. 19th, Today is the 26th, I have not heard from him. I sent him another email this morning stating it had been a week and I expected to hear from him ASAP. Again, nothing has been resolved. I have a $200 electric bill due on the first and a $343 solar bill due on the first. I am so disappointed in this companies business practices and would never recommend them to anyone. If this is not resolved promptly I will be forced to contact the Georgia Attorney General and the local media.

**10/27/2022 – Imported**
Received Business' Rebuttal Response
Ms. Stanley did send an email to John at 10:36am on Oct. 26th. John responded by 2:30 same day and schedule a call for available time to go over her system and questions.

**10/27/2022 – Imported**
Consumer Satisfied - with Letter
(The consumer indicated he/she ACCEPTED the response from the business.)
Yes at this point I am willing to work with Solar Titan to resolve this problem. John called me today. He has offered to upgrade our system so it will function almost to the extent the sales rep. had claimed. They are also making an adjustment to our critical load to make sure that the well has power when the power goes down. He believes that these changes will reduce our power bill and provide us with backup power when needed.

# Solar Titan USA

**Case #:** 18851434

| Consumer Info: | | Business Info: | |
|---|---|---|---|
| | Key, Ruel | | Solar Titan USA |
| | 9948 Dawson Springs Rd | | 414 N Peters Rd |
| | Crofton, KY 42217 | | Knoxville, TN 37922-2332 |
| | ruel_key@yahoo.com | | |

**Date Filed:** 10/12/2022 11:00:43 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I purchased a solar panel system for my home in April of 2022. I was told it would be operatinal within two months. The system was not operational as they had told me. I called them and they asked to give them a chance, which I did. They still did not get it operational. The system has bad components and a final inspection. I was paying roughly $230 a month to Sunlight Financial plus paying $250 a month for my electrical bill. I did that for two months until I had enough of it. I called Sunlight Financial and revoked their authorization from taking any more payment out of my checking account. I then explained to them why I did that and that I was done with it and would not be making any more payments. Sunlight Financial informed me that they would send the information over to their relation manager and have them to contact Solar Titan USA about removing their panels and equipment from my house/ property, then reimburse the two months payment that I had made, and it would not impact my credit. I also called Solar Titan and explained to them that I was done and was not making any more payments and details as to why I was done. I did all this starting August 2022 and now it is October 2022. They still haven't removed their panels or equipment. I keep calling customer service for Sunlight Financial and customer service for Sunlight Titan USA to tell them that nobody has got back in touch with me. It has not happened. I have requested to talk to mangers at both companies, but they just say that their managers always in meetings every time I call. So, I don't know what to do now. Here is the contact information: Solar Titan USA 414 W Peters Rd Knoxville, TN 37922 1-865-392-1036 I would really appreciate the support from Better Business Bureau to help resolve this issue. Thanks, in advance!

**Consumer's Desired Resolution:**

Refund; Removal of equipment & roof inspection

# Complaint Timeline

| 10/12/2022 | Complaint Received by BBB: Legacy **web** |
|---|---|
| 10/12/2022 | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** |
| 10/12/2022 | Send Acknowledgement to Consumer: Legacy **Otto** |
| 10/12/2022 | Inform Business of Complaint: Legacy |

**Otto**

| | |
|---|---|
| **10/13/2022** | Receive Business Response: Legacy<br>**WEB** |
| **10/13/2022** | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **10/18/2022** | Received Consumer Rebuttal: Legacy<br>**WEB** |
| **10/18/2022** | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| **10/26/2022** | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| **10/26/2022** | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** |
| **10/26/2022** | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **10/26/2022** | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| **10/26/2022** | Case Closed UNRESOLVED: Legacy<br>**Otto** |

# Complaint Messages

**10/13/2022 – Imported**
Receive Business Response
We absolutely want to address your concerns. Please call the office at 865-392-1036 ex174. Thank you!

**10/18/2022 – Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
No I do not except their response. I called the number and extension like I was asked to. I called on Friday morning 10/14/22 at 9:46am and got a voice mail. Left a message of who I was and what time I could get back to my phone, which was 3:30pm on 10/14/22. When I got back to my phone that afternoon, I had a voicemail from a lady named Jessica @ 1:03pm. It was at 3:12pm on 10/14/22 that I was able to get to my phone and call back but she had already left for the day. So I waited until Monday morning 10/17/22 and called at 9:30am and asked customer service if I could speak with Jessica. She was in a meeting and would call me back. So I called 3 more times throughout the day and was finally told on the last time I called that Jessica had left for the day again. I would like to have an email from them stating a date and time they (Solar Titan USA) can come onsite after 3:30pm to come get their equipment and also stating that this would not hurt my credit. Also for Solar Titan USA to get in touch with Sunlight Financial to inform them that they are removing their solar system. Sunlight financial must also reimburse me money that I have already paid and that it will not hurt my credit. Lastly, to make sure that roof does not leak from where they mounted the solar panels and wiring on both sides of roof.

391

The roof was in good condition beforehand and did not leak.

392

## Solar Titan USA

**Case #:** 18851432

| | | | |
|---|---|---|---|
| **Consumer Info:** | Heilker, William | **Business Info:** | Solar Titan USA |
| | william r. heilker | | 414 N Peters Rd |
| | SPARKS, NV 89431 | | Knoxville, TN 37922-2332 |
| | | | |
| | doubletrouble22@live.com | | |

**Date Filed:** 10/12/2022 5:00:07 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

Contacted by Titan sales persons on 6/12/22 at my home. Was wildly mislead on the financing and installation process and also, the savings of doing business with this co. Was not advised about the "interest only" portion of the deal. Then, after receiving a 55 day install guarantee, I signed the contract. The solar panels were installed on the roof about one month later. Now after almost five months with no contact with this company, I have to pay a large monthly payment of about $180 on top of my power bill. Now, I see that it an interest first loan for $58.000.00 and the system has not been connected to the house and, I have to handle hiring an electrician to rewire the house for about $3.000.00. I would like to never have met anyone from this "miserable" company! The salesman are "scheisters" and there is no such thing as "Customer Service"! I would like them to get their panels off my roof and go to ***.

**Consumer's Desired Resolution:**

Refund

# Complaint Timeline

| | | |
|---|---|---|
| **10/12/2022** | Complaint Received by BBB: Legacy **web** | |
| **10/12/2022** | Complaint Validated by BBB Operator: Legacy **pfrazier@knoxville.bbb.org** | |
| **10/12/2022** | Send Acknowledgement to Consumer: Legacy **Otto** | |
| **10/12/2022** | Inform Business of Complaint: Legacy **Otto** | |
| **10/13/2022** | Receive Business Response: Legacy **WEB** | |
| **10/13/2022** | Forward Business Response to Consumer: Legacy **pfrazier@knoxville.bbb.org** | |
| **10/17/2022** | Received Consumer Rebuttal: Legacy **WEB** | |
| **10/17/2022** | Forward Consumer Rebuttal to Business: Legacy **kathyf@knoxville.bbb.org** | |

393

| 10/19/2022 | Received Business' Rebuttal Response: Legacy |
| | **WEB** |
| 10/19/2022 | Complaint Against Wrong Co - Not Forwarded to BBB: Legacy |
| | **pfrazier@knoxville.bbb.org** |
| 10/19/2022 | Complaint Against Wrong Co - Notify Consumer: Legacy |
| | **Otto** |
| 10/19/2022 | Case Closed as INVALID: Legacy |
| | **Otto** |

# Complaint Messages

**10/13/2022 - Imported**
Receive Business Response
We absolutely want to address your concerns! Please call the office at 865-392-1036 ex.174. Thank you

**10/17/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
After my experience with this company over the last four months, I do not wish to do business with Titan Solar or their finance company 'GoodLeap'. From my experience, their only goal is to get their equipment on the roof and begin collecting payments. After many phone calls over the last four months, I have never talked to any customer representative other than a receptionist. Even then, I was transferred to a line which was never answered. The 55 day install agreement is a trick to get people to sign. I have never been advised on what steps to take in order to have the system powered up. The only thing I now have is an extra $180.00 bill to pay on top of my power bill. I want the company's equipment removed and my contract with Goodleap cancelled. There are mass complaints against both these companies.

**10/19/2022 - Imported**
Received Business' Rebuttal Response
Following up..Our resolution team did a check and this is not our customer. We are not using GoodLeap as a finance partner and we do not have a customer by this name. Must be a Titan Solar Power customer. Please remove.

394

# Solar Titan USA

**Case #:** 18851435

| **Consumer Info:** | Cunningham, Stephen<br>2107 Hackney Rd<br>Greenbrier, TN 37073 | **Business Info:** | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
|---|---|---|---|
| | stevecunningham121@gmail.com | | |

**Date Filed:** 10/19/2022 5:01:23 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

-On April, 29th, 2022 my wife and I signed a contract with Solar Titan for renewable energy through solar panels that would provide at least 75%-90% of our current home's energy usage. Per the contract that was signed, our estimated in-service date was 5/29/22. The system is still not operational. We have been charged for 3 months with Mosaic (the loan company that Solar Titan USA used to get us the loan for the solar panels). We have been reimbursed for 2 of the 3 months by Solar Titan, but we are still $383.00 in the hole and have no anticipated date of completion. Many of the "Customer Complaints" on the BBB are similar to my experience. Big promises, no follow through, not hooking the system up, paying before receiving any hook-up, not hooking the system up correctly, etc. On 9/13/22 I filed a complaint with Mosaic stating the issue. One day later, I received an email stating the following: (1) My complaint was closed because they spoke with Solar Titan USA. (2) They are waiting for the inspector to pass the system so they can commission the system. (3) Someone from Solar Titan USA would contact me that day to address my concerns and provide me with further updates. No one from Solar Titan USA has reached out to contact me about my complaints or provide me further updates to this point (over a month later). An inspector came out to look at the system on 10/5/22. The inspector told me that the system did not pass and that he sent an email before leaving my property to let them know what the issues were. I have yet to hear any follow-ups with Solar Titan USA about how long this will take. I spoke with a manager from Solar Titan USA on 10/20/22, they will not reimburse me for the payments even though they are the ones at fault, nor do they have an estimated day of service for me. I am expected to continue paying $383.76 a month for a service I may never really get. I have emailed and called and almost never get any response or follow-up.

**Consumer's Desired Resolution:**

Solar Titan USA can take over my payments with Mosaic until which time they get my system operational at 75-90% of my energy usage. ; Solar Titan USA can outsource the job, paying another company to finish the work they cannot do, to a company that is accredited by the BBB.; Solar Titan USA can cancel the contract, uninstall all equipment, replace all damages to roof and siding, and take away all solar equipment.

# Complaint Timeline

| 10/19/2022 | Complaint Received by BBB: Legacy web |
|---|---|

| 10/20/2022 | Complaint Validated by BBB Operator: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 10/20/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| 10/20/2022 | Inform Business of Complaint: Legacy<br>**Otto** |
| 10/26/2022 | Receive Business Response: Legacy<br>**WEB** |
| 10/27/2022 | Forward Business Response to Consumer: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 11/01/2022 | Received Consumer Rebuttal: Legacy<br>**WEB** |
| 11/01/2022 | More Info Received from the Consumer: Legacy |
| 11/01/2022 | Forward Consumer Rebuttal to Business: Legacy<br>**kathyf@knoxville.bbb.org** |
| 11/02/2022 | More Info Received from the Business: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 11/09/2022 | No Response from Business re: Consumer Rebuttal: Legacy<br>**OttO** |
| 11/09/2022 | Bureau Judged Complaint to be Closed UNRESOLVED: Legacy<br>**pfrazier@knoxville.bbb.org** |
| 11/09/2022 | Inform Consumer - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 11/09/2022 | Inform Business - Case Closed UNRESOLVED: Legacy<br>**Otto** |
| 11/09/2022 | Case Closed UNRESOLVED: Legacy<br>**Otto** |

# Complaint Messages

**10/26/2022 – Imported**
Receive Business Response
We absolutely want to address your concerns. Please call the office at 865-392-1036 ex. 174


**11/01/2022 – Imported**
More Info Received from the Consumer
***Document Attached***


See Attachment/File: Solar Titan Call 1

**11/01/2022 - Imported**
Received Consumer Rebuttal
(The consumer indicated he/she DID NOT accept the response from the business.)
While I appreciate Solar Titan USA's offer to address my concerns, I have called this number with the ex. 3 times: Thursday October 27th, Friday October 28th, and Monday October 31st. I have left a message each time. I also recorded my call and message for validity. I have yet to be contacted back in regards to the issues that I have addressed with the BBB. In addition, I filed a complaint with Mosaic (the loan holder that Solar Titan USA had me use). I was send an email on Monday stating: "We have received information from the installer that your concerns are being addressed. The installer advised us they have been in contact with you regarding your concerns." They have NOT been in contact with me regarding my concerns nor are they addressing the concerns that I have addressed both with the BBB and with Mosaic. If believe if they were sincere in their desire to address my concerns, they would have responded back to any of my phone calls at this point and address the issues that I am having - but that has not happened. If anyone would like, I would be more than happy to produce the audio recordings of the calls and messages I have sent to Solar Titan USA since their response to my initial complaint.

Therefore - I would either like for them to take over the Mosaic payments until which time the solar system is functioning as they promised, or, cancel the contract, remove the solar equipment, and repair/ replace all areas damaged by the installation process thus far.

**11/02/2022 - Imported**
More Info Received from the Business
The Customer Service lead will be calling you. We don't know why there are no messages showing. Sorry for inconvenience!