# Solar Titan USA

**Case #:** 18851505

| Consumer Info: | Edison, Thomas<br>3210 Garland Ave, Louisville<br>Louisville, KY 40211<br><br>Sultanwayne2006@yahoo.com | Business Info: | Solar Titan USA<br>414 N Peters Rd<br>Knoxville, TN 37922-2332 |
|---|---|---|---|

**Date Filed:** 10/24/2022 7:16:00 PM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
I signed up to get solar panels in May 2022. The panels have been installed and I am not receiving solar electricity. I am paying for the loan as well as electricity. I have called several times and spoken with representatives but they have not told me when I will be able to get solar electricity.
**Consumer's Desired Resolution:**
Contact by the business

# Complaint Timeline

| 10/24/2022 | Complaint Received by BBB: Legacy<br>**web** |
|---|---|
| 10/25/2022 | Complaint Validated by BBB Operator: Legacy<br>**kathyf@knoxville.bbb.org** |
| 10/25/2022 | Send Acknowledgement to Consumer: Legacy<br>**Otto** |
| 10/25/2022 | Inform Business of Complaint: Legacy<br>**Otto** |
| 10/31/2022 | Receive Business Response: Legacy<br>**WEB** |
| 11/01/2022 | Forward Business Response to Consumer: Legacy<br>**kathyf@knoxville.bbb.org** |
| 11/09/2022 | No Consumer Response- Assumed Resolved with Letter: Legacy<br>**OttO** |
| 11/09/2022 | Inform Business - Case Closed ASSUMED RESOLVED: Legacy<br>**OttO** |
| 11/09/2022 | Case Closed - Assumed RESOLVED: Legacy<br>**OttO** |

# Complaint Messages

**10/31/2022 - Imported**
Receive Business Response
We absolutely want to address your concerns! Please call 865-392-1036 ex.174

398