# Exhibit U

## Declaration of Lisa Cochran with Kentucky Consumer Complaints

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, *and* COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL<br><br>Plaintiffs,<br><br>vs.<br><br>IDEAL HORIZON BENEFITS, LLC, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

---

## DECLARATION OF LISA COCHRAN

---

I, Lisa Cochran, hereby state that I have personal knowledge of the facts set forth below, and the facts contained herein are true to the best of my recollection, except for those facts which are alleged to be upon information and belief, and as to those allegations, I hereby certify I believe the same to be true. If called as a witness, I would testify as follows:

1. My name is Lisa Cochran. I reside in Franklin County, Kentucky and am over the age of 21. I am a Consumer Complaint Investigator/Analyst with the Office of Senior Protection (OSP) of the Office of the Kentucky Attorney General (Attorney General), where I have worked since March 16, 2018.

2. The Office of Senior Protection ("OSP") processes consumer complaints received by the Attorney General's Office regarding conduct by businesses. OSP receives and mediates



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **ce3241dc-9df2-4c6f-b745-5830ebdd795b**

Completion Date   **8/11/2022 10:47:14 AM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮

City ▮▮▮▮▮▮

State ▮▮▮

ZIP/Postal Code ▮▮▮

County ▮▮▮▮▮

Home Phone

Mobile Number ▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **March 2022**

Product or service involved   **Solar Panels**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **dec26d84-e3fd-4f64-8ccb-2f664fe033ff**

Completion Date   **6/7/2022 4:19:13 PM**

## Consumer Complaint and Mediation Form

Name   ▮▮▮▮▮▮▮

Address   ▮▮▮▮▮▮▮▮▮▮

City   ▮▮▮▮▮▮

State   ▮▮

ZIP/Postal Code   ▮▮▮▮

County   ▮▮▮

Home Phone   ▮▮▮▮▮▮▮

Mobile Number   ▮▮▮▮▮▮

E-Mail   ▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   **media@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **10/02/2021**

Product or service involved   **Install of and make operational Solar Power**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 5 of 100   PageID #: 2145



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **40d6e7fd-f1e5-40f8-9d46-9a45b5984bbb**

Completion Date    **10/27/2022 10:55:37 AM**

## Consumer Complaint and Mediation Form

Name    ▮▮▮▮▮▮▮▮

Address    ▮▮▮▮▮▮▮▮

City    ▮▮▮▮▮▮

State    ▮▮

ZIP/Postal Code    ▮▮▮▮

County    ▮▮▮▮▮

Home Phone

Mobile Number    ▮▮▮▮▮▮

E-Mail    ▮▮▮▮▮▮▮▮

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 North Peters Road**

Company City    **Knoxville**

Company State    **KY**

Company ZIP    **42642**

Company Phone    **267-808-7390**

Company E-Mail    ▮▮▮▮▮▮▮▮

Was a contract signed?    **True**

Date(s) of transaction    **12/17/2021**

Product or service involved    **Solar Panels & Battery**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **e27a6731-50d3-4d07-bd80-3545140f3c61**

Completion Date  **9/13/2022 4:02:01 PM**

## Consumer Complaint and Mediation Form

Name  ███████

Address  ████████████

City  ██████

State  ██

ZIP/Postal Code  ████

County  ███

Home Phone  ███████

Mobile Number  ████████

E-Mail  █████████

Are you Active Duty Military?  **No**

Company or person your complaint is against  **SOLAR TITAN USA**

Company Address  **414 N Peters Rd,**

Company City  **KNOXVILLE**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **MARCH 2021**

Product or service involved  **SOLAR PANELS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 7 of 100   PageID #: 2147

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Dupre, Austin I (KYOAG) |
| **Sent:** | Friday, July 8, 2022 9:42 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | Fw: AGDC1 From Website |

Another one about Solar Titan.

**Austin Dupré**
Constituent Services
Office of the Attorney General
700 Capitol Ave.
Frankfort, KY 40601
502-696-5631
Austin.Dupre@ky.gov

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Thursday, June 16, 2022 5:31 PM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Prefix: Mrs.
Name: █████████████
Email Address: ███████████████████████
Reason for Contacting: Solar Titan
Address Line 1: ███████████████
Address Line 2:
City: Corbin
State: KY
Zip Code: ██████
County:
Country:
Phone: ███████████
Message: I signed an agreement in October for solar system they said it would run my hole house I told them that other company had said it would not run my heating unit. Solar Titan salesman Laughed and theirs would, when they finally came to hook up the electric to the breaker box they asked what 4 breakers did I want to hook up I said 4 breakers they said it would run my house when electric goes out. No only 5 breakers no heating unit at all. I picked 4 breakers when they hooked them up the breakers didn't work I waited 2 weeks for them to come back and fix that when they did it blew my microwave. I have to get a new one I still don't have it hooked up and running yet. And the finance company wasn't supposed to start payments until it was completed they made me start in January paying. I don't see how this is lawful to its a scam. I would love to get my money back and everything gone out of my property
User Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/19F77
[FBAN/FBIOS;FBDV/iPhone13,2;FBMD/iPhone;FBSN/iOS;FBSV/15.5;FBSS/3;FBID/phone;FBLC/en_US;FBOP/5]
Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx

1

Total Price  **56,000.00**

Amount Paid

How did you hear about this product or service?

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?

Briefly state the facts of your complaint  **Failure to complete system Dishonesty Poor customer service**

Document Upload

## Electronic Signature

I Acknowledge  **False**

Electronic Signature  

Date  **6/17/22**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Total Price   **43,000**

Amount Paid   **$43,000**

How did you hear about this product or service?   **Google search**

With what other agencies have you filed a complaint?   **None**

What action was taken by those agencies?   **N/A**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Communication, complete failed inspection corrections, complete hook up for emergency power backup.**

Briefly state the facts of your complaint   **Please understand this is lengthy and will exceed 1000 characters; Solar Titan occasionally answers their phones and so far has not taken the appropriate action to complete their promises. The system inspection failed 3 times; with a licensed electrician came out one; who'd subsequently quit or was dismissed. Titan was offered an alternative licensed electrician of which they have not completed paperwork on their end. Repeated calls and messages go unanswered and/or unreturned.**

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   

Date   **06/16/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 10 of 100   PageID #: 2150

12/21/21, 8:43 AM                                    https://secure.kentucky.gov/formservices/AttorneyGeneral/ConsumerMediationForm/Admin

Total Price  **54,000**

Amount Paid  **loan payment is $278.90 per month**

How did you hear about this product or service?  **Referred by a family member**

With what other agencies have you filed a complaint?  **Better Business Beurau**

What action was taken by those agencies?  **None yet**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I want the contract cancelled and the panels removed. I want my roof restored to it's previous condition.**

Briefly state the facts of your complaint   **Solar panel loan was supposed to replace the electric bill, and the battery is supposed to charge during the day and power the house at night, but doesn't charge or discharge below 41 degrees. The installers told me that during a power outage, it turns off so there's no electricity flowing back into the grid to electrocute a lineman. You'll have what's in the battery, but when that's out, you're without power." When I called and spoke to the engineer and said I wanted to cancel the contract, he said "We don't do that. You'll get charged for it whether you go forward with the install or not." The electrical part was hooked up Nov 19 2021 but they have still not called to have it inspected but they reported this as complete, so I am now being charged for it. They refuse to return phone calls. Others have the same problem with this company.**

## Documents List

**Filename**

Victoria Boyd Installation Agreement ver..pdf                                            Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **12/20/2021**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic loan servicing**

Account/Loan Number  

Email Address  **loanservicing@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Total Price  **40,000**

mount Paid   **1000**

How did you hear about this product or service?  **Ads, solar company searches.**

With what other agencies have you filed a complaint?  **BBB**

What action was taken by those agencies?  **Complaint was closed as Unresolved. BBB has now suspended their accreditation**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Removal of their property, repair damages from said removal and exiting of the contract and loan free and clear. Not letting anyone else become a victim to their scam. They quickly add panels to home and immediately tell the lending company Mosaic that their product and up and running to which consumer starts making payments within 1-2 months**

Briefly state the facts of your complaint  **Signed contract in 10/2021 to add solar to the home to reduce energy costs. Panels installed 11/2021, 12/2021 electrician adds other connectors to panels and a battery pack etc, but not connected to the home yet. Started making payments on loan with Mosaic..Jan, Feb, Mar, and April. Made complaint to BBB that they weren't calling us back in Feb because we were still waiting for calls back weekly in Jan and Feb to know when next appointment would be. Case was left unresolved because they did not reply. Then they called to discuss reimbursement of loan payments but DocuSign suggested bribery and rolling over payments. Did get a check for the 3 months of payments. Now end of April still no working product and made another payment this month and one upcoming in early May. No one calls back to schedule or confirm or to update you. Very scared we will be making payments on product that will never work for years to come. It's already been 6 months and services still not competed.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **04/20/2022**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 12 of 100   PageID #: 2152

Address of Sender

Description or Name of Scammer, if known:   **Solar Titan**

Location Where Scam Occurred:   **In my home**

## Type of Scam

Please Select   **Other**

If the scam you experienced is not listed above, please select "other" and briefly explain   **I got solar panels from Solar Titan, I applied and got approved for a loan through Spectrum Credit Union. I paid $185 for the first payment. It is on my credit score.**

Did you lose money?   **Yes**

If so, how much?   **27000**

How did you send the money?   **through Spectrum credit union Loan**

## Further Information

Please briefly describe your situation involving the scam or potential identity theft . You may also attach any copies of documents you received or copies of receipts you may have.   **They sent out unlicensed electricians to my house to rewire the things I wanted to the solar panels. They also installed the battery on the outside of the house knowing they needed to be inside due colder temperatures. Then tried to get the actually licensed electrician to pass them anyways.**

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?   **No**

Were you contacted by a company or agency regarding a data breach?   **No**

If yes, who contacted you?

Was your identity used to open new accounts, etc.?   **No**

If other, please explain

## What To Do Next?

## Signature

Electronic Signature   ███████████

Date   **04/13/2022**

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 13 of 100   PageID #: 2153

Total Price  **36000.00**

Amount Paid  **433.00**

How did you hear about this product or service?  **Advertising**

With what other agencies have you filed a complaint?  **Solar Titan, Mosaic (loan services)**

What action was taken by those agencies?  **So far they have taken no action from my complaint other than pass me from one phone number to another. Complaint filed September 23 2021.**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Remove the solar panels and cancel my loan. Mosaic has agreed to refund my money 100% as long as Solar Titan approves the return.**

Briefly state the facts of your complaint  **I was sold as system that would produce 8000 kw a month. Based on my monthly usage of 2650 kw. The gentleman stated that I should get 85% return using the placement on my roof. After discovering my system wasn't working per the calculation I called Solar Titan. They tell me only 14 of my 20 panels are working and my system output is 8000 kw yearly. This is when I discovered the system was falsely presented at the time of sale. My Daughter purchased the same system under the same sales presentation and has the same issue.**

Document Upload

## Electronic Signature

Acknowledge  **True**

Electronic Signature  

Date  **10/26/2021**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 14 of 100   PageID #: 2154

Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.

---

### If Your Complaint is Regarding a Health Club Membership, Also Complete this Section.

WAS CONTRACT SIGNED? ☐ YES ☐ NO    DATE OF CONTRACT_____    LENGTH OF CONTRACT: YEARS_____ MONTHS_____

TIME LEFT BEFORE CONTRACT EXPIRES:  YEARS_____    MONTHS_____

TOTAL AMOUNT OF YOUR CONTRACT:    $_____    AMOUNT PAID TO DATE:  $_____

HOW WERE YOUR PAYMENTS TO BE MADE? ☐ MONTHLY  ☐ YEARLY  ☐ OTHER

AMOUNT OF EACH PAYMENT?    $_____    WHEN WAS YOUR LAST PAYMENT?_____

HAVE YOU MADE PAYMENTS TO ANY COMPANY OTHER THAN THIS HEALTH CLUB? ☐ YES ☐ NO
If yes, please provide the following information:

NAME:    _____

ADDRESS:    _____

CITY, STATE, ZIP:    _____

The above information is true and accurate to the best of my knowledge.

TODAY'S DATE  03 03 22    YOUR SIGNATURE  ███████████████

---

### OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐ 0 -15  ☐ 16-25  ☐ 26-39  ☐ 40-59  ☐ 60-75  ☐ 76-over
The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id **9fe7e67b-ec48-4c29-bf1a-009956edfacd**

Completion Date **7/6/2022 1:17:33 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military? **No**

Company or person your complaint is against **Solar Titan USA**

Company Address **414 North Peters Road**

Company City **Knoxville**

Company State **TN**

Company ZIP **37922**

Company Phone **865-392-1036**

Company E-Mail

Was a contract signed? **True**

Date(s) of transaction **1/14/22**

Product or service involved **solar panel system**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 16 of 100   PageID #: 2156

# CONSUMER MEDIATION REQUEST FORM

RECEIVED

**DANIEL CAMERON**
**ATTORNEY GENERAL**

RETURN TO:
Office of the Attorney General
Office of Consumer Protection
310 Whittington Parkway, Suite 101 ● Louisville, KY 40222
Hotline: 1-888-432-9257 ● Phone: 502-429-7134
FAX: 502-429-7129 ● www.ag.ky.gov

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ☐ Mr ☐ Mrs ☒ Ms _____

Address _____

City _____ State _____ Zip Code _____ County _____

Home phone _____ Work/Cell Phone _____

Email Address _____

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Company your complaint is against? *Solar Titan*

Address *414 N. Peters Rd*

City *Knoxville* State *TN* Zip *27922* County *??*

Phone *865 392 1036*

---

*Please fill in this section completely.*

Was a contract signed? ☐ YES ☒ NO (If yes, please attach a copy of your contract)

Where was the contract signed? ☐ In your home ☐ At the business ☐ Other _____

Date(s) of transactions _____ Product/Service Involved _____

Total Price $ *38,250.00* Amount Paid $ *13272.04* Was product/service advertised ☐ YES ☒ NO

How was service advertised? ☐ Newspaper ☐ TV ☐ Radio ☐ Mail ☐ Phone ☐ Email ☐ Internet ☒ Other _____

With what other agencies have you filed this complaint? *Mosaic (the Loan Company)*

What action was taken? *They started an investigation*

---

Have you hired or retained a private attorney? ☐ YES ☒ NO    Have you started court action? ☐ YES ☒ NO

*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? *I just want Solar Titan to Complete the Solar Panel Installation*

*Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.*

SEE ATTACHED SHEETS

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

_____          1-5-23
Signature                                Date

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage / loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information   MOSAIC

Account/Loan Number   ████████████

Email address   SUPPORT @ JOINMOSAIC.COM

### HIPAA Privacy Authorization - Authorization for Use or Disclosure of Protected Health Information

I authorize _____ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

_____          1-5-23
Signature                                Date

## OPTIONAL- COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION:  ☐0 -15  ☐16-25  ☐ 26-39  ☐40-59  ☐60-75  ☒76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.*

Total Price  **52,000**

Amount Paid

How did you hear about this product or service?  **Saw an online ad**

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?

Briefly state the facts of your complaint  **The salesman came to our house in October and sold us an 8KW solar system. The panels and outdoor equipment were installed quickly that month. When I kept calling to get the inspection done they said they were waiting on the permits to be pulled, so they installed the system without getting the permits first. Finally got the permits and they started inspections which failed twice. Every time I tried to call they never answered or took weeks to get back with a response. Finally passed inspection and now there are issues with the products and they aren't working at full capacity. They are not sending people out to fix their product that isn't working and are now relying on outside companies to fix their issues. I was told today that a different company would be fixing the PV links. Solar Titan promises big savings. They do all of their work without pulling proper permits first and then don't keep their products working.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **07-13-2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 19 of 100   PageID #: 2159

Total Price  **$38,000.00**

Amount Paid  **$38,000.00**

How did you hear about this product or service?  **Internet**

With what other agencies have you filed a complaint?  **Mosaic Finance Company**

What action was taken by those agencies?  **Mosaic stated the complaint closed-issue was resolved,**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Complete installation; continued reimbursement of payments made to our electric co(LG&E until project is complete. Upgrade 100amps panel box to 200amps. Box was not checked before install panels on roof. Correct solar panel's wiring , which should have conduit covering for protection against fire. Contact LG&E , There are no notes on my LG&E account, that have been contacted by Solar Titan USA**

Briefly state the facts of your complaint  **My wife andI signed contract on 12/21/2021, this is now 8/18/2022. On 12/30/21 their crew installed solar panels on roof, finished on 12/31/21; New Year's Eve,Only 9 days after contract was signed, without checking panel box. I don't know if they had received a permit that fast. Contract only stated we was responsible for tree removal. When there electrician came, did line tap, stated we needed upgraded box. We contacted Solar Titan and they stated they would replace box. We waited for weeks, before calling back, they stated that their electrician had quit and had to find another one. We had to contact them again, they stated they had contacted a electrician in Kentucky, he came, we signed a release for him to install box. He never came to do the job. His name was Bruce Stansberry.**

## Documents List

### Filename

| | |
|---|---|
| 77A8C3FD-08ED-4E22-841A-7C86AA99CF91.png | Download |
| 573B5135-FA38-449A-93A6-FFE23051093C.jpeg | Download |
| 68B14833-A13B-47AB-A562-97D5838FD672.jpeg | Download |
| BBEF1ACD-89F3-4769-AF27-F9550A5911BE.jpeg | Download |
| 89591348-6C5E-4748-85B1-C4366EF1B68B.jpeg | Download |
| ECBB48E8-05C1-4EC9-8B9D-2ECAAA086F5A.jpeg | Download |
| EE221007-EF33-4A41-BC6D-10C0CB68421C.jpeg | Download |
| E87C59EB-D6DA-4F4F-9C32-981D7F08B7BC.jpeg | Download |
| 23B145F7-1855-452F-ADD9-53464884C1FB.jpeg | Download |
| 025D6C7F-7DB0-4121-8F54-3E04B13994B1.jpeg | Download |
| BE2969AF-6C75-4FBE-B0D1-E818B05DA42E.jpeg | Download |
| 3A8CF92F-7398-41FB-8D4F-586FE6E4E339.jpeg | Download |
| C2A634EB-94C7-4138-AB92-77885B81A790.jpeg | Download |

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 20 of 100   PageID #: 2160

Date

erification  **PASS**





# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **310187b0-4a29-4212-882a-d812856baacd**

Completion Date  **9/7/2022 11:32:12 AM**

## Information
## Consumer

First Name  

Last Name  ▆▆▆▆

Address  ▆▆▆▆▆▆▆▆

City  ▆▆▆▆▆

State  ▆▆

Zip Code  ▆▆▆

County  ▆▆▆

Phone Number  ▆▆▆▆▆

Email Address  ▆▆▆▆▆▆▆

What is your age?  **60+**

Are you a Veteran?  **No**

## How You Were Scammed

Phone Number of Caller

Was it an automated call?

Were you provided a call back number?

If yes, please provide the phone number

Website Address (if known)  

mail Address of Sender

Name of Sender

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 22 of 100   PageID #: 2162

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Dupre, Austin I (KYOAG) |
| **Sent:** | Wednesday, July 20, 2022 11:12 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | Fw: AGDC1 From Website |

Another Solar Titan issue.



**Austin Dupré**
Constituent Services
Office of the Attorney General
700 Capitol Ave.
Frankfort, KY 40601
502-696-5631
Austin.Dupre@ky.gov

---

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Wednesday, July 20, 2022 8:45 AM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Prefix: Mr.
Name: ▮▮▮▮▮▮▮▮▮▮
Email Address: ▮▮▮▮▮▮▮▮▮▮
Reason for Contacting: Solar Titan
Address Line 1: ▮▮▮▮▮▮▮▮
Address Line 2:
City: ▮▮▮▮▮
State: ▮▮
Zip Code: ▮▮▮▮
County:
Country:
Phone: ▮▮▮▮▮▮▮
Message: We signed a contract with Solar Titan in April for solar installation for our home and they have not finished the installation, today is July 20,2022
User Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/219.0.457350353 Mobile/15E148 Safari/604.1
Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx

1

Total Price  **54,500**

Amount Paid  **600**

How did you hear about this product or service?  **Google research**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **NA**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Complete all permitting and hookup of system. Repair damage to existing system.**

Briefly state the facts of your complaint  **Company installed solar panels, battery system and inverter without obtaining proper electrical permits which has resulted in electrical arc flash with existing wiring. Over the past six months, I have weekly called for status and received the same response that it will be soon. Multiple circuits failed as a result of arc flash. I hired an electrician to troubleshoot the problem and he discovered the arc flash on June 20, 2022. I contacted Solar Titan Operations Manager Dale Roden 859-606-0561 who advised me the warranty may be void if we touch the product and it was my electrical system that damaged the circuits (no regard for safety of my family of 6).**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ██████████

Date  **June 22, 2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Total Price   **42,050**

Amount Paid

How did you hear about this product or service?   **TV advertising**

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?

Briefly state the facts of your complaint   **We signed up for solar panels back at the end of January. Brittany Marcum came into our house and told us how great and amazing Solar Titan USA was and that they had been really good at getting panels up and running. It's now September and my solar panels still are not functioning.**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   

Date   **09/16/2022**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 25 of 100   PageID #: 2165



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **a13d80b4-3d79-4751-b2cb-d2cfe45d81e9**

Completion Date  **7/16/2022 1:28:34 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮

State ▮▮▮

ZIP/Postal Code ▮▮▮▮▮

County ▮▮▮▮▮

Home Phone ▮▮▮▮▮▮▮

Mobile Number ▮▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan**

Company Address  **414 North Peters Road**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **March 19, 2022**

Product or service involved  **Solar Panels**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 26 of 100   PageID #: 2166



ATTORNEY GENERAL
# DANIEL CAMERON

**Secure Online System**

## Application Information

Submission Id   **88938363-0933-4b11-9546-e5d85739fb1b**

Completion Date   **2/20/2022 12:53:24 AM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮

City ▮▮▮▮▮

State ▮▮

ZIP/Postal Code ▮▮▮▮

County ▮▮▮▮

Home Phone

Mobile Number ▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA aka Ideal Horizons aka Mosaic aka Concord**

Company Address   **414 N Peters Rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **9/23/2021**

Product or service involved   **solar panel loan**



## ATTORNEY GENERAL
# DANIEL CAMERON

### Secure Online System

## Application Information

Submission Id   72a98f56-8b01-4f4f-9640-6b0426283e12

Completion Date   3/15/2022 10:02:25 AM

## Consumer Complaint and Mediation Form

Name 

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 North Peters Rd.**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **888-650-0151**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **8/11/2021**

Product or service involved   **solar panels**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 28 of 100   PageID #: 2168



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **4813f011-12f1-4f91-b102-54e908aa89c0**

Completion Date  **11/15/2022 1:29:29 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮

State ▮▮

ZIP/Postal Code ▮▮▮▮

County ▮▮▮▮

Home Phone ▮▮▮▮▮

Mobile Number

E-Mail ▮▮▮▮▮▮▮

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **414 N Peters Rd, Knoxville, TN 37922**

Company City  **Corbin**

Company State  **TN**

Company ZIP  **40701**

Company Phone

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction

Product or service involved  **No**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **f48a0a17-9396-4668-b879-bb82a35a7569**

Completion Date  **6/13/2022 10:37:31 AM**

## Consumer Complaint and Mediation Form

Name ▓▓▓▓▓▓▓▓▓▓

Address ▓▓▓▓▓▓▓▓▓▓

City ▓▓▓▓▓

State ▓▓▓▓

ZIP/Postal Code ▓▓▓▓

County ▓▓▓▓▓

Home Phone ▓▓▓▓▓▓

Mobile Number ▓▓▓▓▓▓

E-Mail ▓▓▓▓▓▓▓

Are you Active Duty Military? **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **414 North Peters Road**

Company City  **Knoxville**

Company State  **KY**

Company ZIP  **40152**

Company Phone  **865-392-1036**

Company E-Mail ▓▓▓▓▓▓▓

Was a contract signed?  **True**

Date(s) of transaction  **3/20/22**

Product or service involved  **Solar System with Battery Back up**

**Ky.gov** An Official Website of the Commonwealth of Kentucky

Search

**Ky.gov** An Official Website of the Commonwealth of Kentucky



ATTORNEY GENERAL

**DANIEL CAMERON**

Secure Online System

# Application Information

BACK TO SEARCH RESULTS    PRINT

Submission Id  **e7e9ff0c-4263-41e6-afc8-76c43ca012c8**

Completion Date  **6/26/2022 3:10:47 PM**

# Information

## Consumer

First Name ▮▮▮▮

Last Name ▮▮▮▮

Address ▮▮▮▮

City ▮▮▮▮

State ▮▮

Zip Code ▮▮▮

County ▮▮▮

Phone Number ▮▮▮▮

Email Address ▮▮▮▮

What is your age?  **60+**

Are you a Veteran?  **No**

## How You Were Scammed

Phone Number of Caller

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?

Were you contacted by a company or agency regarding a data breach?

If yes, who contacted you?

Was your identity used to open new accounts, etc.?

If other, please explain

## What To Do Next?

## Signature

Electronic Signature █████████████

Date  **06/26/2022**

Verification  **PASS**

Policies  Security  Disclaimer  Accessibility

© 2022 Commonwealth of Kentucky. All rights reserved.
Kentucky.gov

Policies  Security  Disclaimer  Accessibility

© 54882 Commonwealth of Kentucky. All rights reserved.
Kentucky.gov

Total Price  **$59,500.00 plus interest**

Amount Paid  **~ $7,000.00 paid on loan for total amount**

How did you hear about this product or service?  **neighbor**

With what other agencies have you filed a complaint?  **--**

What action was taken by those agencies?  **--**

Have you hired or retained an attorney?  **True**

Have you started court action?  **False**

What action will resolve your complaint?  **First, cancellation of the loan for this underperforming product, sold to me under misrepresentation. Then perhaps removal of the panels from my house. Finally, damages for emotional distress, plus attorney fees, based on the misrepresentation perpetrated.**

Briefly state the facts of your complaint  **This is** ████████████, **writing on behalf of my client,** ████████████ **contact on attachment, feel free to reach out). I understand that he has already made a complaint for your file, detailing the coerced transaction. I am writing to add detail as to the burden this has caused him: His Wife recently suffered a stroke, taking her hearing and eyesight, and she may not survive this illness. He has to travel to her facility to feed her. In the midst of this, Solar Titan monthly loan payments have jumped over $100.00, raising the possibility that the Higginbothams might have to leave their house of 20 years (paid off a few months ago).**

## Documents List

### Filename

HES ltr solar titan 01132023.pdf                                        Download

Document Upload

### Electronic Signature

I Acknowledge  **True**

Electronic Signature 

Date  **01/30/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 33 of 100   PageID #: 2173

Address of Sender

Description or Name of Scammer, if known:   **Solar Titan Usa**

Location Where Scam Occurred:   **Owenton road stamping ground**

## Type of Scam

Please Select   **Other**

If the scam you experienced is not listed above, please select "other" and briefly explain

Did you lose money?   **Yes**

If so, how much?   **1500 and growing**

How did you send the money?   **Withdrawn**

## Further Information

Please briefly describe your situation involving the scam or potential identity theft . You may also attach any copies of documents you received or copies of receipts you may have   **Solar Titan USA installed solar panels onto a roof and they still not currently operational and we are being charged for.**

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?

Were you contacted by a company or agency regarding a data breach?

If yes, who contacted you?

Was your identity used to open new accounts, etc.?

If other, please explain

## What To Do Next?

## Signature

Electronic Signature    ████████████

Date   **12/7/2022**

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 34 of 100   PageID #: 2174

Address of Sender

Description or Name of Scammer, if known:  **Solar Titan USA**

Location Where Scam Occurred:  **Home location**

## Type of Scam

Please Select  **Investment**

If the scam you experienced is not listed above, please select "other" and briefly explain

Did you lose money?  **Yes**

If so, how much?  **43,000**

How did you send the money?  **Bring paid monthly**

## Further Information

Please briefly describe your situation involving the scam or potential identity theft  You may also attach any copies of documents you received or copies of receipts you may have.  **Purchased a solar system from solar titan USA / new horizon benefits . The system hasn't functioned right since install in Oct. 2021, made several claims about the system not working and they came out and supposedly fixed the system in June, they didn't fix the system but they did show up. Now the system is still not working and they have made no attempt to fix the system after several complaints over the last few months, I either get told we will get right on it , we don't have any parts for your system or they hang up on me. I've been paying on this thing for over a year and it doesn't work and nothing is being done about it**

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?

Were you contacted by a company or agency regarding a data breach?

If yes, who contacted you?

Was your identity used to open new accounts, etc.?

If other, please explain

## What To Do Next?

## Signature

Electronic Signature  ██████████

Date  **11/22/2022**

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 35 of 100   PageID #: 2175

Total Price  **83,000**

Amount Paid  **0**

How did you hear about this product or service?  **I filled out an online request to see if my area code qualified for solar Paul Peterson called sales rep. We set up an appt.**

With what other agencies have you filed a complaint?  **Better Business Bureau complaint case#** ███████ **sent June 5**

What action was taken by those agencies?  **Yes the give the company 14 days to respond.**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I called multiple times to stop the transaction and no one called back. When I finally heard back from the company after I called Connexus to cancel the loan that Solar Titans had set up the company finally responded and told me I had only 3 days to have gotten out of contract. I told them I had called multiple times and written to their company with no response. I told them I would contact BBB and Attorney General. They dismissed me. No panels have been put on, no further contact from company or bank. I have discovered the company is unreliable and doesn't answer calls or pull permits before work. I am a single senior and I really need to get out of this.**

Briefly state the facts of your complaint  **I signed a contract with Ideal Horizon Benefits/DBA. Solar Titans USA. After learning how unresponsive to calls I left messages that I wanted out of the contract. No one called back. I called the sales representative cell phone number and left the same message with no response. After going through the Better Business Bureau I found out they have 76 unresolved claims with only 10 ever getting resolution. BBB inKnoxville Tenn. Paulette Fraizer iConsumer Specialist is handling it.pfraizer@ knoxville. bbb.org complaint** ███████**reference#** ██████████████**. I talked with Mosaic connexus Credit union and they seemed cooperative to cancel the loan. Telephone # 855-746-5551. It was only after contacting the bank they Solar Titans finally called me. They said they wouldn't cancel the contract. There is a Whas news Focus on senior getting scammed by this company recently. Mosaic bank gave me a phone number to call to speak to a mediator. me to write an email explains all this**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ███████

Date  **June 11 2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Connexus**

Account/Loan Number  ████████████████

Email Address  ██████████

## HIPAA Privacy Authorization

Healthcare Provider  ███████

Electronic Signature  ███████

Date  **June 11, 2022**

Verification  **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **96e0de75-5cdf-4564-b6e3-da16219a8327**

Completion Date    **6/2/2022 9:01:27 AM**

## Consumer Complaint and Mediation Form

Name    ▮▮▮▮▮▮▮

Address    ▮▮▮▮▮▮▮

City    ▮▮▮▮▮

State    ▮▮▮

ZIP/Postal Code    4▮▮▮▮

County    ▮▮▮▮

Home Phone    ▮▮▮▮▮▮▮

Mobile Number

E-Mail    ▮▮▮▮▮▮▮

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan/Mosaic finance/ConneXus Credit union**

Company Address    **2333 Alexandria Drive**

Company City    **Lexington**

Company State    **KY**

Company ZIP    **40504**

Company Phone    **865-392-1036**

Company E-Mail    ▮▮▮▮▮▮▮

Was a contract signed?    **True**

Date(s) of transaction    **05/11/22**

Product or service involved    **Installation of residential solar system**

Total Price  **$72,200**

mount Paid   **$72,200 being financed**

How did you hear about this product or service?  **Don't remember???**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?  **none**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **At least 26% off our contract as promised by Allen the sales person and the printed information that I collected off the website prior to it being taken down or the system reduced down 50% because of the all issues in trying to resolve this with the company.**

Briefly state the facts of your complaint  **Allen, the sales person that came out told us that we would never have another electric bill. He also stated that we would receive a check from the IRS for 26% of the total price. Also, that the back would give us the lower payment, based on us handing the check over to them and keep our monthly payment the same provided we did it before the 17th payment or the payment would go up to $584 vs. $431. current. My tax person told me that no, you do not get the 26% back in a check but only in a tax credit. We told Allen that I was disabled and did not have any earned income. Since being disabled now for three years we have not owed any taxed back to the IRS which means that this offer does not help nor was what was told to both me and my wife ▮▮▮. The web site also states that you would receive a check from the IRS for the 26%. Now the company is telling me that this is my problem and they were not there to hear what the salesperson said and he was not longer with the company.**

## Documents List

**Filename**

DOC.PDF                                                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **03/08/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 38 of 100   PageID #: 2178



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **f4fb496b-5e68-44c8-9de4-7c4c8e0fb684**

Completion Date  **10/25/2022 2:14:54 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **414 N Peters Rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail  **sandybrandt@solartitanusa.com**

Was a contract signed?  **True**

Date(s) of transaction  **4/21/2022**

Product or service involved  **Solar panels**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 39 of 100   PageID #: 2179



## ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **0c9d333e-72dd-4f16-8c59-3fa3378a46bb**

Completion Date    **11/11/2022 12:35:13 PM**

## Consumer Complaint and Mediation Form

Name ███████████

Address ███████████

City ██████

State ████

ZIP/Postal Code ████████

County ████████

Home Phone

Mobile Number ████████

E-Mail ████████████

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 North Peters Road**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **10/15/21**

Product or service involved    **5 KW Solar System**

Case 3:23-cv-00046-DCLC-JEM    Document 11-11    Filed 02/06/23    Page 40 of 100    PageID #: 2180



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **9d80a3bf-064b-4073-a824-c875eb34dcde**

Completion Date  **8/2/2022 10:19:18 AM**

## Consumer Complaint and Mediation Form

Name █████████████

Address ███████████████

City ███████████

State ████

ZIP/Postal Code ██████████

County █████

Home Phone

Mobile Number ██████████

E-Mail █████████████████

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **414 N Peters rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **2/22/22**

Product or service involved  **Solar**

# Utility Complaint Form Admin

## Application Information

Submission Id  e739b2bd-b219-465a-9fb4-e8f8d95e43b5

Completion Date     9/13/2022 9:42:26 AM

If you wish to remain anonymous, please check this box.   **False**

First Name    ███████

Last Name    ███████

Your business (if applicable)

Primary Phone

Mobile Number    ███████

Address    ███████

Address 2

City    ███

County    ███

ZIP/Postal Code    ███

E-Mail    ███████

Against what company or business is your complaint?    **Solar Titan USA**

Business Phone    **865-392-1036**

Business Address    **414 N Peters Rd.**

Business Address 2

Business City    **Knoxville**

Business ZIP    **37922**

Type of utility (if applicable)

Was a contract signed?   **Yes**

Have you contacted the company or person regarding your complaint?    **Yes**

If yes, with whom did you speak and what resulted from the contact? (include dates)    **Justin**

Have you contacted a private attorney regarding your complaint?    **No**

Have you contacted any other agency regarding your complaint?    **Yes**

9/13/2022, 9:49 AM

# CONSUMER MEDIATION REQUEST FORM

RECEIVED

AUG 18 2022

OFFICE OF SENIOR PROTECTION

**RETURN TO:**
Office of the Attorney General
Office of Senior Protection and Mediation
1024 Capital Center Drive • Frankfort, KY 40601
Hotline: 1-888-432-9257 • FAX: 502-573-7151
www.ag.ky.gov

OFFICE OF THE ATTORNEY GENERAL

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ☒ Mr ☐ Mrs ☐ Ms ███████████

Address ███████████

City ███████ State █ Zip Code ██████ County ██████

Home phone ███████ Work/Cell Phone ██████

Email Address ███████████

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Company your complaint is against? Solar Titan USA

Address 11205 Outlet Dr. or 2333 Alexandria Dr., Lexington Ky 40504 )

City Knoxville State TN Zip 37932 County ____

Phone 865-392-1034

*Please fill in this section completely.*

Was a contract signed? ☒ YES ☐ NO (If yes, please attach a copy of your contract)

Where was the contract signed? ☒ In your home ☐ At the business ☐ Other ____

Date(s) of transactions 5/4/2021 Product/Service Involved 8Kw Solar/PV System

Total Price $ 45,000 Amount Paid $ 3,792.39/mo Was product/service advertised ☒ YES ☐ NO

How was service advertised? ☐ Newspaper ☒ TV ☐ Radio ☐ Mail ☐ Phone ☒ Email ☒ Internet ☐ Other ____

With what other agencies have you filed this complaint? N/a

What action was taken? N/a

Have you hired or retained a private attorney? ☐ YES ☒ NO    Have you started court action? ☐ YES ☒ NO

*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? Our PV System has been only partially Installed and did not Initially Include installation of essential components ie, Automatic transfer switch + circuit breaker panel change out. We are without full benefit of this system after 14 months of

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Skaggs, Clay J (KYOAG) on behalf of Attorney General (KYOAG) |
| **Sent:** | Monday, March 14, 2022 11:51 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FW: AGDC1 From Website |

## L. James Clay Skaggs

Director of Constituent Services
*Kentucky Office of the Attorney General Daniel Cameron*
*700 Capital Avenue*
*Frankfort, Kentucky 40601*
*Office phone: 502.696.3851*
*Cell phone: 502.892.1044*
*Clay.Skaggs@ky.gov*

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Wednesday, March 2, 2022 12:30 PM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Prefix: Ms.
Name: ███████
Email Address: ███████
Reason for Contacting: Solar Titan Knoxville TN
Address Line 1: ███████
Address Line 2:
City: AUBURN
State: KY
Zip Code: ███
County:
Country:
Phone: ███████
Message: I am having a very serious problem with this company. I have purchased a solar system from them and as of now it has not started producing electricity for my home. I talked to the sales person in the summer and agreed to purchase the system. Finally heard from them to (install system) on 11/09/21 when I was on vacation. They only installed the solar panels was informed that they would contact me for the battery/converter installation. When I purchased the system there was no mention of several installations. When they said installed I assumed it would be EVERYTHING! They contacted me and scheduled the battery/converted installation on 12/17/21 I believe. I could not be there due to work so my sister had to be there so they could get into my house for the electrical box. Again no mention I would not be generating my own electricity. Was informed the state inspector would have to sign off on the installation before they could hook up the wires to start generating my electricity. As of this date 3/2/22 I am still not generating electricity. I have made numerous phone calls to the company and leave voice messages to call me or if I actually get a live person and ask for the last person who I talked to, they tell me that person no longer works here. I have been calling and being ignored since 12/18/21. I have talked to the state inspector ███████ for the county I live in and he told me that he has received the payment for the inspection but they have not contacted him to do the inspection. In the meantime I am a single person with a single income coming into my household and I am paying for the solar system and also for an electric bill for the past 3 months. I am beginning to feel like I have been taken advantage of. I hope you are

1






## ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **0c62f8ce-f1bd-4ff3-b1cd-517caa811ae2**

Completion Date   **8/3/2022 2:09:26 PM**

## Information
## Consumer

First Name   ▇▇▇

Last Name   ▇▇▇▇

Address   ▇▇▇▇▇▇▇

City   ▇▇▇▇

State   ▇

Zip Code   ▇▇

County   ▇▇

Phone Number   ▇▇▇▇

Email Address   ▇▇▇▇▇▇

What is your age?   **60+**

Are you a Veteran?   **No**

## How You Were Scammed

Phone Number of Caller

Was it an automated call?

Were you provided a call back number?

If yes, please provide the phone number

Website Address (if known)

Email Address of Sender

Name of Sender

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 45 of 100   PageID #: 2185



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id **a3914fdb-1ea4-4c59-8ca4-b891e5038b7c**

Completion Date **7/18/2022 12:07:08 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮

Address ▮▮▮▮▮

City ▮▮▮▮▮

State ▮▮▮

ZIP/Postal Code ▮▮▮▮

County ▮▮▮▮

Home Phone

Mobile Number ▮▮▮▮▮

E-Mail ▮▮▮▮▮

Are you Active Duty Military? **No**

Company or person your complaint is against **Solar Titan USA**

Company Address **414 North Peters Road , Tennessee 37922**

Company City **Knoxville**

Company State **TN**

Company ZIP **37922**

Company Phone **865-392-1036**

Company E-Mail

Was a contract signed? **True**

Date(s) of transaction **2/10/2022**

Product or service involved **Solar Panels**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 46 of 100   PageID #: 2186



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   e858d176-a9a8-4ace-9264-6fd8a22a851c

Completion Date   7/13/2022 12:54:19 PM

## Consumer Complaint and Mediation Form

Name   ▮▮▮▮▮▮▮▮▮

Address   ▮▮▮▮▮▮▮▮

City   ▮▮▮▮▮▮

State   ▮▮▮

ZIP/Postal Code   ▮▮▮▮▮

County   ▮▮▮▮▮

Home Phone   ▮▮▮▮▮▮▮

Mobile Number   ▮▮▮▮▮▮▮

E-Mail   ▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Road**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   **cheyennegies@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **9/20/2021**

Product or service involved   **solar panels**

RECEIVED
JUL 14 2022
CONSUMER PROTECTION DIVISION
LOUISVILLE



## ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **1e079f48-4353-486c-a4eb-17cf0dc679e7**

Completion Date  **5/24/2022 10:05:10 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

)/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan, USA**

Company Address  **11205 Outlet Drive**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37932**

Company Phone  **865-392-1036**

Company E-Mail

Is a contract signed?  **True**

Date(s) of transaction  **12/21/2021**

Product or service Involved  **Solar Panels**

RECEIVED
MAY 3 1 2022
CONSUMER PROTECTION DIVISION
LOUISVILLE



## ATTORNEY GENERAL
# DANIEL CAMERON

### Secure Online System

## Application Information

Submission Id   **e29ae5c1-0b40-4b0b-8bf9-92b56884f3c8**

Completion Date   **12/7/2021 10:49:40 AM**

## Consumer Complaint and Mediation Form

Name   ▇▇▇▇▇▇▇▇

Address   ▇▇▇▇▇▇▇▇▇▇

City   ▇▇▇▇▇

State   ▇▇

ZIP/Postal Code   ▇▇▇▇

County   ▇▇▇▇

Home Phone   ▇▇▇▇▇▇▇

Mobile Number   ▇▇▇▇▇▇

E-Mail   ▇▇▇▇▇▇▇▇▇

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Titan Solar USA**

Company Address   **414 N. Peter's Road**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922-2332**

Company Phone   **865-392-1036**

Company E-Mail   **Solartitanusa.com**

Has a contract signed?   **True**

Date(s) of transaction   **August of 2021**

Product or service involved   **Solar panels**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **9406ae8c-94a5-4c30-9d7d-234a5a367aa2**

Completion Date  **11/21/2021 6:52:24 PM**

## Consumer Complaint and Mediation Form



Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar titan usa**

Company Address  **11205 outlet dr**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37932**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **May 2021**

Product or service involved  **Solar system**

Case 3:23-cv-00046-DCLC-JEM    Document 11-11    Filed 02/06/23    Page 50 of 100    PageID #: 2190

Electronic Signature

Date   **11/21/2021**

Verification   **PASS**

of them just saying they would call us back, I have pictures of the messages from Dale and Shana, all we have got from the company is we will reach back out to you or AEP is not reading it, but AEP is getting the same readings that the app to the system is stating JR Buchanan said it would cover 90-100% of the utility and there would be a carry over credit for winter months, they got us the loan, told me what our interest rates would be, what our payments would be, but since then we are still paying 80% of our electric bill plus an additional 255.00 per month, we have a 5yr old and 7 yr old, because of this I haven't had money to send with them for break or Kohona ice day for Christmas, they got 2-10.00 gifts each from the dollar store, I can't speak about the situation without crying, and yes Solar Titan has been made aware, an attorney named ███████ that works with ████████████ office is the one who referred me to the Attorney General Consumer protection, she was

phone calls, text messages, documentation from AEP and screenshots from the app. I can fax, mail, I can facetime so you can hear the recordings, I'm stressed, torn, pressured, and broke to a point I'm getting depressed, disheartened, and just grieving when a paycheck comes in, every month passing we are going deeper, worst time was Christmas when my little girl caught me crying and I guess she heard what was being said and went to her bedroom and got her lil piggy bank and said mom I can help and that hurt, but Solar Titan says don't worry we will get back with you, so a big shout out to them, I need more then we will call you back.

File No: ████████
Co Name: Solar Titan USA

Total Price  **55,000**

Amount Paid  **937.02**

How did you hear about this product or service?  **Google search**

With what other agencies have you filed a complaint?  **BBB,**

What action was taken by those agencies?  **Waiting to hear back**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I feel legal action need to be taken against this company I would be will to take part of a class action suit.**

Briefly state the facts of your complaint  **Entered into contract 2/25/22 for a $55,000 solar system installation started in 4/22 as of 8/11/22 still not functional. Payments on auto draft 3 months debited one reimbursed after being talked into using docusign on my phone I wasn't comfortable using but I was told that as long as I sign the letter it would give them permission to send me my money back because it come from a loan company. Unfortunately for our house hold we had the misfortune of dealing with a very unprofessional inexperienced group of employees from solar titan who have very little disregard for our property. The type of employees that have sent to work on our property have questionable experience they are a good percentage newly hired by solar titan. We have heard many complaints from there own crews about work procedures being performed in the field. They have been out to the house 12 times at this point and the system is still not in working order there is not enough voltage to run our system.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature 

Date  **8/11/22**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Mosaic Loan**

Account/Loan Number 

Email Address  **support@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 54 of 100   PageID #: 2194

Total Price   **no total given no contract delivered and now a loan company is saying we owe 44,000 dollars.**                    Page103

Amount Paid   **nothing yet**

How did you hear about this product or service?   **they came to our house**

With what other agencies have you filed a complaint?   **filing with attonrey general and comsumer protection and Ky public protection**

What action was taken by those agencies?   **just filing**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **to stop the loan, no work has been done, no permits pulled the solar titon left our house and stuck us with a loan and nothing has been delivered. the roof will not support a solar panel and we have no contract or paper they orderded in August thousands of dollars of materials and we do not have anything.**

Briefly state the facts of your complaint   **solar titon has not followed trhu and they ordered materials under our name and a company is wanting payment for something we never received. when you contact the companies they blame the other company.**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   ▮▮▮▮▮▮▮▮▮▮

Date   **11/24/2022**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

Total Price **44000**

Amount Paid **44000**

How did you hear about this product or service? **Internet**

With what other agencies have you filed a complaint? **None**

What action was taken by those agencies?

Have you hired or retained an attorney? **False**

Have you started court action? **True**

What action will resolve your complaint? **I would like for them to come get the faulty equipment and refund my money.**

Briefly state the facts of your complaint **We paid 44000 dollars for solar panels that do not work. I have had 5 of their employees admit that we had faulty solar panels. They have not worked from the first day. We have called almost every month trying to get help from them. They have sent out technicians that have never fixed the problem.**

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signature ███████████

Date **09/30/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information **Mosaic**

Account/Loan Number ███████

Email Address **loanservicing@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 56 of 100   PageID #: 2196

Have you contacted any other agency regarding your complaint?    **No**

If yes, who?

Additional details   **The system we were sold has been completely inoperable several times since insulation. We were mislead on ability of system to generate enough solar energy to meets our monthly usage needs. We were also mislead on ability of back up battery to maintain power in house during an extended power outage. We never received a copy of our contract despite asking several times. We have complained about the position of our solar panels not being optimal since the design phase and have repeatedly been told we were wrong although I presented picture proof to the company. Several service calls were no call no shows even knowing we were traveling from out of state to meet service technicians. Countless unreturned phone calls and voicemails. Deceptive and predatory business tactics using my disabled veteran status as a selling point for a "veteran owned" company.**

Verification   **PASS**

To a  Pr ce  **52,500**

Amo    Pa d  **0**

How d d yo    ear abo     s prod  c  or serv ce?  **youtube**

W    w a  o  er age c es  ave yo    ed a comp a  ?  **0**

W  a  ac o   was  ake   by   ose age  c es?   **0**

Have yo    red or re a   ed a  a  or ey?  **False**

Have yo    s ared co  r ac o ?  **False**

W  a  ac o   w   reso ve yo r comp a    ?   **I want out of contract**

Bre  y s a e    e  ac s o  yo r comp a      **I was told it would be up and running in a couple of weeks. they did show up and put the panels on but that been it. 3 months later now they want me to start paying. I was told when I sign the contract that payment would start 2 weeks after everything was up and running. It's not, I can not afford to pay that bill and my LG&E.**

Doc  me   Up oad

## Electronic Signature

w    g  **True**

ec ro  c S g a   re  ████████

Da e  **6-2-2022**

## Authorization to Release Information

Name o  Compa  y/Age  cy A   or zed  o Re ease    orma  o

a  N  m

ma  Address

## HIPAA Privacy Authorization

Hea    care Prov der

ec ro  c S g a   re

Da e

V     a     **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 58 of 100   PageID #: 2198

Total Price  **34,000**

Amount Paid

How did you hear about this product or service?  **they knocked on the door**

With what other agencies have you filed a complaint?  **BBB**

What action was taken by those agencies?  **they sent an Email**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **we are in more debt than we were before and still paying the same as before on electric bills. we would like them to reimburse us for the total amount for false advertising, not evaluating our property correctly to make sure we have the right equipment. they have lied to us many times and we have been fighting with them for so long we just want to be reimbursed.**

Briefly state the facts of your complaint  **we purchased the panels and had to wait for months to even have the right meter to read the system and then we have been calling them off and on now for a year because our electric bill is still so high and they just now recently told us that the system they installed was not adequate enough to even off set the electric bill. this is ridiculous . we filed many complaints with the B B B they have told us they will call us and get it fixed and we have even taken off work expecting them to be at our home then they say they are not coming. We were also lied to about the financing was had a loan with daily interest so we refinanced it through our bank.**

## Documents List

### Filename

IMG_20221012_205420.jpg                                    Download

IMG_20221012_205407.jpg                                    Download

IMG_20221012_205547.jpg                                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **10/12/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.

back from Gov't when taxes were filed & then apply it to loan. My accountant said that was a lie — as the Gov't doesn't work it that way. KU was supposed to buy back excess electricity & the do not. Cannot have unit removed due to some small print in contract. KU still hasn't passed the units & it is a year later. The whole contract should be null & void. — I'm 78yrs old & all the Salesmen did was lie & put a lot of pressure on me to sign it.

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

_____   5/1/2022
Signature                                           Date

---

## AUTHORIZATION TO RELEASE INFORMATION

Please complete this section only if your complaint involves a financial institutions, mortgage/loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information MOSAic , P O Box 78080,

Phoenix , AZ 85062-8080 phone# 1855 7465551

Account/Loan Number ▮▮▮▮▮▮▮

Email address _____

### HIPAA Privacy Authorization  - Authorization for Use or Disclosure of Protected Health Information

I authorize Mosaic _____ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

_____
Signature ▮▮▮▮▮▮▮               Date 5/1/2022

---

## OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15  ☒16-25  ☒26-39  ☐40-59  ☐60-75  ☒76-over

The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.

11:06:55 /1-23 Eastern

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Dupre, Austin I (KYOAG) |
| **Sent:** | Wednesday, July 13, 2022 12:55 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | Fw: AGDC1 From Website |



**Austin Dupré**
Constituent Services
Office of the Attorney General
700 Capitol Ave.
Frankfort, KY 40601
502-696-5631
Austin.Dupre@ky.gov

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Wednesday, June 29, 2022 7:08 PM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Name: ████████████
Email Address: ████████████
Reason for Contacting: Complaint Against Solar Titan USA
Address Line 1: ████████████
Address Line 2:
City: ████████
State: ██
Zip Code: ████
County:
Country: ████
Phone: ████████
Message: I'm complaining about Solar Titan USA installing equipment on my house that i cant legally use. The Inspector claims they can inspect the work without the electrician that did it, but also told me that the electrician is no longer associated with Solar Titan USA.
User Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0
Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx

1



## ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **c301cb27-fc0b-4eac-9f24-cc6b5e86052c**

Completion Date   **11/7/2022 9:06:02 PM**

## Consumer Complaint and Mediation Form

Name   ████████████

Address   ████████████

City   ██████

State   █████

ZIP/Postal Code   ████████

County   ██████

Home Phone

Mobile Number   ██████████

E-Mail   ██████████████

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan**

Company Address   **414 N Peters Road**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **False**

Date(s) of transaction   **April 24, 2022**

Product or service involved   **Solar Panels**

## Lawson, Jennifer (KYOAG)

| | |
|---|---|
| **From:** | Dupre, Austin I (KYOAG) |
| **Sent:** | Friday, July 8, 2022 9:25 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | Fw: AGDC1 From Website |

I believe this goes to you, but he doesn't give many details of the issue he's facing.



**Austin Dupré**
Constituent Services
Office of the Attorney General
700 Capitol Ave.
Frankfort, KY 40601
502-696-5631
Austin.Dupre@ky.gov

---

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Friday, June 17, 2022 12:26 AM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Prefix: Mr.
Name: █████████████
Email Address: ████████████████
Reason for Contacting: Solar Titan USA
Address Line 1: ████████████████
Address Line 2:
City: ███████████
State: ███
Zip Code:-█████
County:
Country:
Phone: █████████████
Message: Paid $15000 , loan 30500 in July 2021, have damage to my house and they have not completed they system yet. Have been paying both the electric bill and the loan for about 8 months now. I have made complaints with all companies connected with this purchase. Solar Titan does not answer emails
User Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/102.0.5005.124 Safari/537.36 Edg/102.0.1245.41
Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx

1

Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.

salesman sold me solar service. Solar Titan USA put the panels on my roof, but did not return to finish installation (send solar power to the grid via converter unit). I have made MANY phone calls with no return call. finally was told i'm not a priority, or on the "priority list." I have made 2 payments, 3 payments as of July 19, 2022. Sale sman Told me their electrical team (solar titan USA) would professionally install. Customer service finally told me, they don't have an electrical team, they'll get a third party.

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

**Signature** [redacted]   **Date** 7-6-22

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information  *Sunlight financial*

Account/Loan Number [redacted]

Email address  *info@sunlightfinancial.com*

### HIPAA Privacy Authorization  - Authorization for Use or Disclosure of Protected Health Information

I authorize _____ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

**Signature** [redacted]   **Date** 7-6-22

## OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15  ☐16-25  ☐ 26-39  ☐40-59  ☐60-75  ☐76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.*

Total Price  **$36,000**

Amount Paid  **$649**

How did you hear about this product or service?  **Advertising**

With what other agencies have you filed a complaint?  **Solar Titan, Mosaic (Loan Service)**

What action was taken by those agencies?  **So far they have taken no action on my complaint other than passing me from one phone number to another with no one answering the phones and all voicemails are full.**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **We would like to receive more solar panels to meet the 8KW monthly as presented by the sales man for the same price we were sold ($216 a month) or they can come get the solar panels and buy us a new roof, since they can't taken them off without ripping our shingles off and leaving holes. (We know it will remove shingles and leaves holes because we had them come out to make a previous change and they advised us they couldn't get the brackets off because it was ripping the shingles off.)**

Briefly state the facts of your complaint  **I was told the system would product 8,000KW a month based on my monthly usage of 2500KW. The sales man talked to his manager on the phone with me sitting there and the manager told the sales man that we would receive 80-90% return with an 8KW system. Once the panels were installed and I received my first bill, I realize it was not covering 80-90%. After calling Solar Titan, they said that it is actually 8KW per year not month, in which the panels were falsely sold to me.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ███████████

Date  **10/27/2021**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM    Document 11-11    Filed 02/06/23    Page 66 of 100    PageID #: 2206

Total Price  **$26,250.00**

Amount Paid  **$26,250.00**

How did you hear about this product or service?   **online**

With what other agencies have you filed a complaint?   **none**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?   **Cancel contract with Solar Titian USA and cancel loan with Mosaic Loan Co.**

Briefly state the facts of your complaint   **I am an 80 year old widow. I was convinced to sigh a contract with Solar Titian USA to install Solar panels on the ground in my backyard. I signed a contract with Solar Titian USA and later discovered it was also a loan with a company called Mosaic Loan Co. to pay for the solar panels. The loan company says they have paid Solar Titian USA and is now demanding payment but I have not received any Solar Panels. Not one thing has been done and it has been months since the work was scheduled to begin. I called Solar Titian USA and told them to cancel the job. I contacted Mosaic to cancel the loan and they say the Solar Titian USA has t agree to cancel it. I feel this is a SCAM.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature

Date  **9/22/2022**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic Loan company**

Account/Loan Number

Email Address   **loanservicing@joinmosaic.com**

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

We still only saving about 1/2 and now have the 56,000 debt and electricity bills.

Have you contacted a private attorney regarding your complaint?   **No**

Have you contacted any other agency regarding your complaint?   **No**

If yes, who?

Additional details   In addition to the complaints listed above they promised a referral payment and we have never gotten it despite contacting them several time for over 5 months they just keep saying that department is behind in processing the payments and we will get it soon, but never do. We were told the referral payments should be over $1000.00

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 68 of 100   PageID #: 2208

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Dupre, Austin I (KYOAG) |
| **Sent:** | Wednesday, July 20, 2022 1:01 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | Fw: AGDC1 From Website |

Solar Titan again.



Austin Dupré
Constituent Services
Office of the Attorney General
700 Capitol Ave.
Frankfort, KY 40601
502-696-5631
Austin.Dupre@ky.gov

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Wednesday, July 20, 2022 11:10 AM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Prefix: Mrs.
Name: ███████████
Email Address: ████████
Reason for Contacting: Solar Titan
Address Line 1: ████████
Address Line 2:
City: ████████
State: ████
Zip Code: ██████
County:
Country:
Phone: ████████
Message: We signed a contract with solar titan in February 2022 and panels where installed in April then electrical was installed in May. They have had excuses after excuses since then why the unit has not been turned on since. Now ever time I call I am hung up on. We need help with this company and after seeing others are complaining to your office we wanted to send you are info
User Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/215.1.452881003 Mobile/15E148 Safari/604.1
Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx

1

Total Price   21250.00

Amount Paid   895.30

How did you hear about this product or service?   **Youtube AD**

With what other agencies have you filed a complaint?   **Better Business Bureau of** ████ **Mosaic Loan Company**

What action was taken by those agencies?   **The Loan Company sent them a letter urging them to complete install a few months ago**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **I want them to come out and take these solar panels off my roof and be completely reimbursed for all the payments I have made and to cancel the loan agreement. I want nothing to do with this company. When I talked to their head Manager Dale Roden, he bullied me into staying with the company and told me my lawyer has no case. He said I can either get reimbursed for one month of payments but I would have to completely front the bill on the circuit breaker install which was supposed to be 100% covered by them.**

Briefly state the facts of your complaint   **I signed up for Solar Titan back in August 2021. My solar panels were installed on my roof in early September, but I need an updated circuit breaker box in order for them to be hooked up to my electrical grid. They have scheduled a technician 4 separate times to come out and do the circuit breaker box upgrade. Each time I was given an excuse, this last time they said their electrician had quit. I have called the Solar Titan Company over 77 times to try to resolve my issue but nothing has been done. I am making payments on my solar panels and having to pay my electrical bill still. Its absolutely killing me having to pay both. Signing up for Solar panels was supposed to take away my Electric bill, now I have to pay my electric and another 127.90 charge a month. Every time I call, they just give me the run around, thats if they even answer the phone or call me back. I have contacted a lawyer but im going to lose money trying to fight this.**

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ████████

Date   **5/23/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic**

Account/Loan Number   ████████

Email Address   **loanservicing@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification

Total Price **$66,000**

Amount Paid **$66,000 (financed)**

How did you hear about this product or service? **Internet and in home consultation**

With what other agencies have you filed a complaint? **Solar Titan USA**

What action was taken by those agencies? **Telephonic assurance that everything was fixed.**

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **Class Action Lawsuit Against the Company for Fraud**

Briefly state the facts of your complaint **The company promised that the solar energy provided by the system would erase my electric bill and established an account credit with my electric company** ▇▇▇▇▇▇ **The system is not producing and storing power as sold. My electric bill is more now that it was previously. For December 2022 the amount was $431.65 an approximate $200 increase. This does not include the $337 I paid for the monthly payment for the system. The aggregate cost for my electricity for December 2022 for both is $768.65. As of January 3, 2023 , Solar Titan USA is not answering their customer service line in person and recommend all inquiries be sent via email. The company promised that the package I was purchasing was sufficient to cover all of my energy needs and would make my household energy independent. They assisted me in contacting the finance company Mosaic for financing. I paid three payments to this company before my system was deemed "operational".**

## Documents List

### Filename

| | |
|---|---|
| ▇▇▇▇ nstallation Agreement with Solar Titan USA.pdf | Download |
| Loan Company Account Info for Daniel Jones.pdf | Download |
| ▇▇▇▇▇▇ Net Metering Contract.pdf | Download |
| Admin Log for Solar Titan USA contract with ▇▇▇▇▇ .pdf | Download |

Document Upload

### Electronic Signature

I Acknowledge **True**

Electronic Signature ▇▇▇▇▇▇ 

Date **01/03/2023**

### Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 71 of 100   PageID #: 2211

Total Price **45,000.00**

Amount Paid **45,000.00**

How did you hear about this product or service? **RADIO**

With what other agencies have you filed a complaint? **NONE**

What action was taken by those agencies? **N/A**

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **I want them to come take their Solar unit and get out of contract. I have been misled the whole way.**

Briefly state the facts of your complaint **Having this Solar panel and electric bill is double what I would pay. I was told that this would be the size I need to cover my whole house and wouldn't have to pay for electric once this was paid in full, if I did it wouldn't be much. When receiving electric bill this month I have reach out to my electric company for a man at ▮▮▮▮Electric Company, to inform me that there isn't a solar unit big enough for that to happen and I would only be saving 1600 year with the solar Unit. The man at Nolin also said our solar only produces 10 kilowatts. During the raining days we only stored 70 dollars. None of this was told to me prior or after. My husband and I have been trying to get ahold of someone from Solar Titan USA to discuss what's going on with what we have been told for days and keep getting the same recording (" Leave a message and we will get back to you, which you can't, and it keeps repeating until it hangs up. ") Please help me with these issues and help my family.**

## Documents List

### Filename

Loan_Note.pdf

Download

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signature 

Date **1-6-23**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 72 of 100   PageID #: 2212

Total Price  **About 39,000**

Amount Paid

How did you hear about this product or service?  **Their website**

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?

Briefly state the facts of your complaint  **They installed my unit is October and its still not producing electric to my house. Now they wont answer the phone**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ███████████

Date  **01/09/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Total Price  **28,000**

Amount Paid  **1870**

How did you hear about this product or service?  **Advertisement**

With what other agencies have you filed a complaint?  **BBB**

What action was taken by those agencies?  **none yet**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Finish the job they were paid for.**

Briefly state the facts of your complaint  **signed an agreement with solar titan 9/19/21 to have a solar system installed at ▬▬▬▬▬▬▬. With the expectation it would be installed and running in two months (per the Sales rep). I have reached out to the company numerous times to finish the project and they haven't done so. I currently have solar panels that are unusable because they aren't hooked up to the electrical grid.**

## Documents List

### Filename

▬▬▬▬▬ nstallation Agreement ver. pdf                                   Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▬▬▬▬▬▬

Date  **1/2/23**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 74 of 100   PageID #: 2214

Total Price  **49500**

Amount Paid  **49500**

How did you hear about this product or service?  **Website**

With what other agencies have you filed a complaint?  **None Yet**

What action was taken by those agencies?  **N/A**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **10 additional panels, 1 additional battery module, moving the battery inside the garage, and a check for $1685.40, all as agreed to. I have a signed agreement from July 6th. I have call recordings from the agreements as well. Or a full refund of $49,500.**

Briefly state the facts of your complaint  **Was promised 90% efficiency when purchased. Was under sold. Solar Titan has already sent me 1 check in July. I spoke with them in December because my annual production was under 50% and John Carroll agreed to 10 additional panels, 1 additional battery module, and a check for $1685.40. I was told the installation would be done this month. Now they wont answer the phone.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ███████████

Date  **1-9-23**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Total Price **56,000**

Amount Paid **6275.48**

How did you hear about this product or service?   **Online**

With what other agencies have you filed a complaint?   **BBB**

What action was taken by those agencies?   **Still waiting**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **We want them removed and loans dissolved. Nothing has been said or done correctly since signing contract in September 2021. We pay for loans and an electric bill.**

Briefly state the facts of your complaint   **We are both retired veterans and thought this VETERAN owned company would be a good choice even though they were new. We wanted to support them. Installation occurred in Oct 2021, but power wasn't up until May 2022 due to several issues. Communication and equipment malfunctions are mostly to blame. A lot of turn over and frustration with paying for the loan and electric bill with no relief from solar generation. We were not getting what they said we would get on power return so we did an upgrade for $11,000 more. They installed those Dec 2022, but no power. We had no idea that there were so many elevated complaints until we could not get a hold of them to finish this recent install. Now we will have an additional loan, but with no power generation. We now have a bad part on the first panels that we can't get fixed because they are not answering phones or returning messages. Our complaints fall inline with all other complaints. Many untrue statements and guarantees.**

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ████████████████

Date   **January 4, 2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

Total Price  **33,500**

Amount Paid  **16,750**

How did you hear about this product or service?  **Internet**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I would like the incomplete system removed from my property and our money returned.**

Briefly state the facts of your complaint  **Was told in October 2021 that our system would generate what electric we used and would only have to pay the minimum electric bill monthly and would have electric for several hours if there was a power outage, also was told the system would be up and running in 6-8 weeks. Panels was finally turned on in April 2022 but 16 months later our system is still not complete, panel do generate a small amount of electricity but our backup battery system has never worked And over the past several month they haven't even tried to fix them. But even if it all worked it is not what we was told. The company and techs seems to be very unorganized and Unknowledgeable about everything. This is a total scam**

## Documents List

### Filename

21CE1A12-FBCE-41E7-B2CE-C887D048D648.png                    Download

Installation Agreement ver..pdf                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  **Glenn Chesnut**

Date  **1-2-2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Total Price  **78,500**

Amount Paid

How did you hear about this product or service?  **Friend recommendation**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **N/A**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Fix the system to full functioning capacity as was advertised. If the system cannot be fixed to full functioning capacity, then I would like any monies paid for the system from contract date through date of resolution reimbursed, the debt for the loan cleared, and any damages resulting from the panels and installation to be fixed.**

Briefly state the facts of your complaint  **February 2022 a salesman spoke to us and advised the solar would allow for 80-90% replacement of current electrical costs. It took until July to get the system functioning and our first power bill was approximately 114.00 for the first month. The second month our power bills was nearly $300.00 and the most recent month the power bill was over $400.00. From the bill in 12/2021 we used 3239 KWh and in Dec 2022 we used 2982 KWh from the power company. This is a difference of about 300 KWh which is far from 80-90% of the electric costs. I have made numerous attempts by phone and email to get someone to contact me about working on the system but cannot get resolution.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **01/04/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Solar Mosaic**

Account/Loan Number  

Email Address  **loannotices@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 78 of 100   PageID #: 2218

Total Price   **$20000**

Amount Paid   **$8000 cash financed 12000**

How did you hear about this product or service?   **Internet search**

With what other agencies have you filed a complaint?   **None**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Remove entire system; refund $8000 for the battery which has never worked; and refund my payments**

Briefly state the facts of your complaint   **Solar Titan USA totally misrepresented their product in November 2020 and the support I would have from them. They lied about how the system would operate and assured me my system would generate power during power outages with just minimal sun. None of that is true. In late spring I paid $8000 cash to Solar Titan USA to install LG Solar battery that would provide power during power outage. It has never kicked on during power outage. Red warning light on my system almost daily. August 2021, ST was told by LG, manufacturer of battery and SolarEdge monitoring , to send technician onsite and then contact them for assistance. ST has given me excuse after excuse and set appointments that were not kept. ST has informed me battery is bad and needs to be replaced. In meantime they know it could be dangerous. They do not let it charge more than 30 to 40 percent and it discharges continuously. ST has not contacted me and is no longer reachable If my system was a car, it would qualify as a lemon.**

## Documents List

### Filename

ECB27A01-198B-4862-8BCE-5FD28058A083.jpeg      Download

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   

Date   **January 10, 2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Amount Paid  **3000.00 is what we have paid in payments as it was financed through Mosaic**

How did you hear about this product or service?  **website**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?  **none**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **We would like the system to work or be online, we are making payments on something that does not work. Or we would like a refund and they have to repair the damages to the roof and house that were made when they installed the system.**

Briefly state the facts of your complaint  **Our system has not been online since the first of the year, we are unable to contact anyone from the company nor have they returned any phone calls from messages left.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ████████████████

Date  **1/11/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 80 of 100   PageID #: 2220

County:
PhoneNumber: █████████
EmailAddress: █████████████
Type: (assign form)
Name: IP Address
Value: ████████████
Subject: solar titan usa.

2

Address of Sender                                                                                        Page157

Description or Name of Scammer, if known:

Location Where Scam Occurred:

## Type of Scam

Please Select    **Other**

If the scam you experienced is not listed above, please select "other" and briefly explain    **I bought a solar system from Titan Solar in 2021. I had roof leaks from the system in 2022. Titan Solar sent out a roofing company to fix it. My understanding is they have gone out of business. Who do I call about my warranty issues? My system is financed with Mosiac. Please advise.**

Did you lose money?    **No**

If so, how much?

How did you send the money?

## Further Information

Please briefly describe your situation involving the scam or potential identity theft . You may also attach any copies of documents you received or copies of receipts you may have.

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?    **No**

Were you contacted by a company or agency regarding a data breach?

If yes, who contacted you?

Was your identity used to open new accounts, etc.?

If other, please explain

## What To Do Next?

## Signature

Electronic Signature    ██████████

Date    **01/16/2023**

Verification    **PASS**

Case 3:23-cv-00046-DCLC-JEM    Document 11-11    Filed 02/06/23    Page 82 of 100    PageID #: 2222

Total Price  **32,500.**

Amount Paid  **Making payments on it since December 1st. $153.66**

How did you hear about this product or service?  **Advertisement**

With what other agencies have you filed a complaint?  **None as of now**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I would like to receive the six reimbursements as per contract. I would also like to have a working number that I can use, should I need warranty work done.**

Briefly state the facts of your complaint  **I have not received a reimbursement neither for the December nor January payment as per contract signed 10-27-2022. I sent them notices both months and have not received an answer. I have tried calling them numerous times and could not leave them a message because their answering machine was full each time. I could not find another number to call. Today, I called several times and each time received the message, that they cannot accept phone calls from private numbers.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **01-17-2033**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 83 of 100   PageID #: 2223

Total Price **34,000**

Amount Paid **2600**

How did you hear about this product or service? **Online**

With what other agencies have you filed a complaint? **None**

What action was taken by those agencies? **None**

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **Either working service and reimbursement for months already paid or cancelation of contract and reimbursement for money already lost. And possible damage repair to roof if needed when they take their equipment.**

Briefly state the facts of your complaint **Had equipment installed later then originally stated by company. Once installed still wasn't functioning for several months. Once the company said it was working, had a black out which resulted in lost of food 2x. Now that I see no credit to my energy bill the company is unreachable but still taking payments for services.**

Document Upload

# Electronic Signature

I Acknowledge **True**

Electronic Signature ███████████

Date **1-17-2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification **PASS**

Total Price  **$42,000**

Amount Paid  **$645**

How did you hear about this product or service?  **mailed advertising**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?

Briefly state the facts of your complaint  **Solar panels were installed on our garage in August of 2022, Trench was cut for wiring 4 week of August, Solar Titan installers came to inspect and install power supply and final connection- upon their inspection, trench was not deep enough and improper wiring and conduit were used in trench. A second trenching crew came out in September and reinstalled conduit and wiring to conform to** ▆▆▆▆ **County codes. This crew left all residual's from first trench. A second connection team came to inspect and activate panels for inspection. they could not, panel connections were not connected to each other. Another crew came, fixed panels and tested system from panels to the house. they had to replace improper fuses, circuit breaker and above ground conduit. They could not get approval from** ▆▆▆▆ **county inspector because wiring schematic and actual installation did not match. KU finally got corrected schematic and installed meter last week. Received 2 of 16 matching $214.83 checks for payment**

## Documents List

### Filename

Shade Report - Garage (2).pdf                    Download

Shade Report - Garage (2).pdf                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▆▆▆▆

Date  **1/17/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **MOSAIC Finance (866-493-6367)**

Account/Loan Number  ▆▆▆▆

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 85 of 100   PageID #: 2225

Total Price  **$24,000.00**

Amount Paid  **$24,000.00**

How did you hear about this product or service?  **Internet**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **None**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **For the company to follow through with their claim of within six months if you're not satisfied you can contact their office for a full refund and they gather their equipment from my residence.**

Briefly state the facts of your complaint  **Solar Titan is not communicating in any way. They are unreachable by their provided phone numbers provided in paperwork or on their website. No way to contact them in order for them to follow through with their promises.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **1-18-2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Mosaic**

Account/Loan Number  ▮▮▮▮▮▮

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date  **1-18-2023**

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 86 of 100   PageID #: 2226

Total Price  **49500.00**                                                                          Page167

Amount Paid  **4,698**

How did you hear about this product or service?  **advertisement**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **we just want it working . we paying payment and electric bill now has gone up due to the solar not working.**

Briefly state the facts of your complaint  **SOLAR SYSTEM QUIT WORKING Sept.-07-2022, WE CALLED SOLAR EDGE WHICH IS WHERE YOU CALL FOR TROUBLE SHOOTING THE SYSTEM ON OCT.17-2022 . THEY SAID LOOKS LIKE THE INVERTER WAS CAUSING THE PROBLEM. THEY SAID TO CALL SOLAR TITANS FOR MORE DIAGNOSIS. CALLED EVRYDAY FOR A WEEK OR SO AND FINALLY GOT INTOUCH WITH SOMEONE. THEY PERFORMED THEIR DIAG. FROM THIER LOCATION REMOTELY AND CAME UP WITH THE SAME, THAT THE INVERTER HAD FAILED. SOLAR EDGE GAVE ME A CASE #███████AND A RMA #██████████FOR RETURN OF FAULTY PART. AFTER 1 OR 2 WEEKS CALLED SEVERAL TIME FINALLY GOT SOMEONE TO ANSWER. WAS TOLD THAT THEY WERE SCHEDULING SOMEONE TO COME OUT. THEY SAID SOMEONE WOULD CALL IN NOVEMBER TO SCHEDULE A DAY. WE NEVER GOT THE CALL. THEY SAID THEY WOULD TRANSFER ME TO SCHEDULING AND NEVER GOT A ANSWER. CALLED BACK AGAIN AND WAS TOLD THEY WERE BACKED UP. I CALLED SOLAR EDGE ABOUT THE PART AND THEY SENT ME THE TRACKING # WHICH SHOWS THEY RECIEVED IT 9/28/22. CALLED AGAIN AND PHONE # WAS SHUT OFF.**

## Documents List

### Filename

IMG_4263.PNG                                          Download

IMG_4047.PNG                                          Download

IMG_4049.PNG                                          Download

IMG_4050.PNG                                          Download

IMG_4045.PNG                                          Download

IMG_4262.PNG                                          Download

IMG_4046.PNG                                          Download

IMG_4048.PNG                                          Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ██████████████

Date  **1/18/2023**

Total Price  **36,000.00**

Amount Paid  **510.36**

How did you hear about this product or service?  **Online**

With what other agencies have you filed a complaint?  **Better Business Bureau**

What action was taken by those agencies?  **None that I know**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Full refund of financing paid and remaining balance**

Briefly state the facts of your complaint  **ProMo indicated they would pay first 6 months payment. They haven't paid any. Final inspection not completed. Can't reach them by phone or email. They will not return calls. Over priced Misrepresented- doesn't produce as they indicated**

## Documents List

### Filename

A9A50491-C236-494B-8136-60ED6481D588.png                    Download

5056275A-CFAC-4A9A-856F-D7E0789EE12C.png                    Download

117B98A3-F10B-4072-A170-771FE1E6DC58.png                    Download

850C755E-0AEE-4733-B7DA-1514C1105C2E.png                    Download

410C0EBD-F99A-4984-A432-8DA69BE87124.png                    Download

58BFC3DC-4BFB-4CF2-BB56-1480A41CC91F.png                    Download

624D8F9F-32C4-4589-BC0F-BC6D0C524B92.png                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **01-19-2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 88 of 100   PageID #: 2228

*Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.*

On Another Sheet of paper

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

1-9-23

Signature ▮▮▮▮▮▮▮▮▮▮▮  Date 1-9-23

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information _____

_____

Account/Loan Number _____

Email address _____

### HIPAA Privacy Authorization - Authorization for Use or Disclosure of Protected Health Information

I authorize _____ (healthcare provider) to use and disclose my protected

health information to the Office of the Attorney General for use in my consumer mediation complaint.

Signature _____  Date _____

### OPTIONAL- COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15  ☐16-25  ☐ 26-39  ☐40-59  ☐60-75  ☐76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employ-*

below 43° it doesn't do that either. I have 9 numbers for Solar Titan and workers and none have answered. Messages and emails have been left and there has been no returned messages or calls. The whole system does not work properly when battery and internet aren't working & this causes high electric bills which is why the system was put in to start with. We need a company to be able to contact when maintenance is needed.

Total Price  **53,672.92**                                                                          Page175

Amount Paid  **805.80**

How did you hear about this product or service?  **Online**

With what other agencies have you filed a complaint?  **Better Business Bureau**

What action was taken by those agencies?  **none**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **We want them to take the solar panels off our house and undo any other items that have been installed, to fix the roof and any other exterior or interior damage that will be left after the installation is reversed, and for them to give the money back that they paid to the crediting agency to get us out of the loan. As of now we are paying our full electric bill and the monthly payment for the loan. Not-to-mention, we would have to pay someone to come make our current system operational if we ever wanted to use it; which we don't. We just want it gone.**

Briefly state the facts of your complaint  **On 7/6/2022 we signed a contract for the installation and a loan agreement in the amount listed above for Solar Titan USA to install a OPERATIONAL solar panel system on our home to help drastically lower our electric bill. They were supposed to install the system before the end of August. It wasn't installed until the end of September by a completely different company that Solar Titan USA outsourced called BIA, and Solar Titan never informed us that their KY license had been revoked or approved with us using a different company for installation. On 10/6/2022 our system failed the inspection, and no one has been out to resolve the issues since then. We also have had an extremely difficult time getting anyone from either company to call us back. Plus, the finance company went on and distributed the remainder of the loan amount to Solar Titan USA after we had submitted two formal complaints to them about Solar Titan not completing our install.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ██████████████

Date  **01/20/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification

Total Price  **50,000**                                                                                      Page177

Amount Paid  **$2,391.60 plus electric bill**

How did you hear about this product or service?  **Google search**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **For the system to work as promised or for the loan to be paid off.**

Briefly state the facts of your complaint  **We were told that we would get a $14,000 rebate from our IRS taxes to use as we see fit or we could apply the check to our loan. We were also told that with our solar panels would produce enough electricity that we would be getting paid/credits from our electricity company for all the watts we are putting back on the grid. They also told us that solar panels would reduce our dependence on the grid and we would not have an expensive electric bill.**

## Documents List

### Filename

   image.jpg                                     Download

   image.jpg                                     Download

   image.jpg                                     Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **1/21/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Corning Credit Union**

Account/Loan Number  

Email Address  **Solarprocessing@corningfcu.org**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 92 of 100   PageID #: 2232

*Below, briefly state the facts of your complaint (If necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

Signature ███████████████████       Date ██████████

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage / loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information _____

Account/Loan Number _____

Email address _____ and

HIPAA Privacy Authorization - Authorization for Use or Disclosure of Protected Health Information

I authorize _____ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

Signature ███████████████████       Date ██████████

## OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐ 0 -15   ☐ 16-25   ☐ 26-39   ☐ 40-59   ☒ 60-75   ☐ 76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.*

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Tuesday, January 24, 2023 10:30 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar Titans USA. |

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

> Report Suspicious

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:



-------------------------------------------------

 Jan 24, 2023, 10:05 AM

We purchased our solar system from them on 01/27/2022. We have never recieved then electricity We were told we would generate with the 26 panels they installed . We tried for months to have someone return our call , finally December the 12th someone saying his name was John returned our call . John had us email him copies of our electric bills for 6 months and a picture of brackets that were not fastened to the roof . He called us back the next day and said he would have service come fix the brackets in January and Doon after they would come and install 13 additional panels at no expense to us take the sales person had mis-calculated the amount of panels we needed. We tried to contact the yesterday and were unable to get anyone to answer I email the address I have for John and didn't receive any reply. We are indebted 47,000 at 6 percent 243.05 for 16 months and unless we recieve a tax credit payment we will have to pay 326.91 for 281 payments a d 1 paymmt for 324.23 over 25 years . We can't afford the loan payments and our electric bill . We are retired on a fixed income. Solar was supposed to reduce our electric usage to a minimum of 90% and a credit at the end of the year. I pray you can give us some insight as to what to do. Thank you.
* * *
Prefix: Mr.
FirstName:
LastName:
Address1:
Address2:
City:

1

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Monday, January 23, 2023 2:37 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar Titan USA. |

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

Report Suspicious

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:



---

Jan 23, 2023, 10:00 AM
Im sure you're office has recieved many issues with this company. I am just curious what can be legally done if the company shuts down or does not return any attempts at contacting them.
* * *
Prefix: Mr.
FirstName:
LastName:
Address1:
Address2:
City:
State:
ZipCode:
County:
PhoneNumber:
EmailAddress:
Type: (assign form)
Name: IP Address
Value:
Subject: Solar Titan USA.

1

Total Price  **23,750**

Amount Paid  **1,617**

How did you hear about this product or service?  **Targeted adds on social media**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **None**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **This company has done the same thing to many people across multiple states and needs to be held accountable. If at all possible we would like financial compensation. This company needs to stop making false claims about their product.**

Briefly state the facts of your complaint  **Solar Titan USA made a lot of claims that the solar panels would lower electricity bills but all of those claims have been false. Our bills have been higher than normal. When we call the company, no one answers. We have left countless messages. An employe has called back once but they never follow up or fix any issues we have.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▇▇▇▇▇▇▇▇

Date  **01/13/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 96 of 100   PageID #: 2236

Total Price   **27,000**

Amount Paid   **27,000**

How did you hear about this product or service?   **Friend**

With what other agencies have you filed a complaint?   **None yet, but likely the TN attorney general**

What action was taken by those agencies?   **N/A**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **(1) Make the system work right where it will generate credits equal to ~90% of our energy bill, plus install additional panels and a battery backup system (all worth an additional $45K) which a Solar Titan representative promised to us on 10/28/2022, or (2) refund our money in full, remove the panels, repair the roof, and refund us for the double costs we've incurred since installation, since we have barely generated any energy credits and have been paying for the system and our full energy bill.**

Briefly state the facts of your complaint?   **We purchased a 6KW solar panel system from Solar Titan and were promised ~90% energy savings. The system was installed timely, but Solar Titan failed to notify LG&E of the completion of our install, which caused us to lose the dollar for dollar net metering credits. KY changed the net metering rates between the time they installed our system and when they finally notified LG&E to install our new meter. Their mistake compounds over the life of our solar panels; therefore, we need to be compensated for that loss. Also, our system is not generating anywhere near the credits we were promised it would produce, so we are paying double – a loan payment for the panels and an electric bill that has barely changed. We've called no less than 25 times over the last year asking for assistance and to explain why our solar panels are barely generating any credits, but now they are not returning our calls/texts/emails. We are reaching out to you to help us rectify our situation.**

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature 

Date   **1/16/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic**

Account/Loan Number   ███████

Email Address   ███████████

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM    Document 11-11    Filed 02/06/23    Page 97 of 100    PageID #: 2237

Total Price  **22000**

Amount Paid  **22000**

How did you hear about this product or service?  **Email concerning Kentucky Utilities**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Refund of money, Removal of equipment**

Briefly state the facts of your complaint  **Solar panels don't work consistently. They have issues with performing the updates so it is always lagging behind. Now they have disconnected their phones so we have no support whatsoever!**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature

Date  **January 17, 2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 98 of 100   PageID #: 2238

Total Price  36,495                                                                                                    Page191

Amount Paid  **36,495 through a 1 year deferred payment plan through Goodleap. the deferrerment comes due with payment on 10/22/23**

How did you hear about this product or service?  **Completed solar services on the internet**

With what other agencies have you filed a complaint?  **Tennessee BBB, Goodleap Banking**

What action was taken by those agencies?  **just started, Goodleap has opened an inquiry.**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Option 1 For Solar Titan to fullfill the contract and have system check-out and started up at the direction or help of Kentucky AEP Option 2 Remove all install equipment and totally refund GoodLeap banking.**

Briefly state the facts of your complaint  **On 11/22/22, an agreement was reached and signed for installation of a new residential solar power system. Installation of the system went smooth and was completed early December Next phase was for Solar Titan to complete an electrical inspection, co-ordinate with county electrical inspector and start up with Kentucky AEP. Nothing happened after installation . It became impossible to contact the company as if all phone services had been suspended. It has been over 6 weeks since last communication.**

## Documents List

### Filename

2023_01_18_11_52_05.pdf                                                                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **1/18/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Goodleap**

Account/Loan Number  

Email Address  **customerservice@goodleapsupport.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 11-11   Filed 02/06/23   Page 99 of 100   PageID #: 2239