# Exhibit Y

## Declaration of Lisa Akins with Exhibits

## DECLARATION
## OF LISA AKINS

I, Lisa Akins, acknowledge that I am above the age of eighteen, and am competent to testify thereto.

1.  I am employed by the Tennessee Valley Authority (TVA) as a Senior Program Manager in TVA's Commercial Energy Solutions group, a position I have held since 2019. My responsibilities include managing certain TVA renewable energy programs, such as TVA's Generation Flexibility and Green Connect programs. I have been employed by TVA since February 2001 and have served in a variety of capacities until assuming my current role.

2.  TVA is primarily a wholesaler of power, selling power to federal agencies, direct-served customers, and local power companies (LPCs). The LPCs will in turn provide power to business and residential customers ("end-use customers").

3.  TVA works with LPCs to offer multiple renewable and energy efficiency programs for end-use customers. These programs facilitate end-use customers receiving information and taking action when they want to use renewable and/or lower carbon energy. These programs offer opportunities, such as installing new solar units in homes or, if the end-use customer has an existing system, selling power to TVA pursuant to TVA's Dispersed Power Production (DPP) Program.

7. Solar Titan USA ("Solar Titan") was originally a participant in TVA's Green Power Providers Program ("GPP"). GPP provided for power purchase agreements between the end-use solar customers and the LPCs. GPP did not include an installer screening process similar to the QCN, and end-use customers selected their own contractors and managed the various aspects of their installations in collaboration with the contractor and LPC. GPP was terminated in 2019, and Green Connect launched in January 2021. TVA is not aware of any issues raised concerning Solar Titan during its involvement with GPP.

8. On December 23, 2020, Solar Titan initially applied to become a member in the Green Connect QCN. Solar Titan was approved as a QCN member on January 22, 2021, after all the necessary conditions were met, including training on the QCN requirements and standards.

9. On March 26, 2021, CLEAResult received the first complaint concerning Solar Titan. This complaint came from an LPC which raised concerns about Solar Titan's lack of response regarding requests for documentation and/or information regarding end-use customer installations in the LPC's service area. On March 30, 2021, CLEAResult, at my direction, discussed the issues with Solar Titan.

10. On April 6, 2021, TVA was notified that Solar Titan had been making advertisements that cast LPCs in a negative light. On April 9, 2021, CLEAResult discussed this issue, along with additional complaints received

15. TVA subsequently decided to suspend Solar Titan for one year, based on continuing issues. Solar Titan was notified of this suspension via a February 7, 2022 letter, a copy of which is attached as Exhibit 3.

16. On March 2, 2022, CLEAResult and Solar Titan met to discuss the suspension and the outstanding issues, and the suspension remained in place.

17. Solar Titan subsequently requested a meeting to discuss reinstatement, but TVA denied this request and CLEAResult notified Solar Titan of TVA's decision.

18. LPCs were notified by CLEAResult on March 11, 2022, that Solar Titan had been suspended from the QCN.

19. On May 26, 2022, CLEAResult notified TVA that Solar Titan was still representing itself as TVA approved on their website. Solar Titan was requested to remove any references to TVA in an e-mail sent that day, to which Solar Titan did not respond.

20. On June 7, 2022, TVA learned that Solar Titan had advertisements on YouTube that used the TVA logo and claimed that Solar Titan was TVA approved.

21. On June 22, 2022, TVA sent Solar Titan a letter requesting that it cease the false representation that it was a QCN participant and the unauthorized use of TVA's name and logo. A copy of this letter is attached as Exhibit 4. Solar Titan subsequently removed the reference. However, the YouTube advertisements continued until on or about July 8, 2022.

22. Solar Titan submitted 203 systems as part of the QCN for the period February 2021 to April 2022, but only fully completed 35. Some of these installations were in process when Solar Titan was suspended. Per the QCN terms,

# Green Connect Program
# Reference Manual



December 2020

**IMPORTANT: Please complete the following information and return it to TVA upon receipt of this Green Connect Program Reference Manual.**

Name: _____

Company Name: _____

Email Address: _____

Date: _____

Signature: _____

# Program Description

The Green Connect Program is designed to provide local power company (LPC) end-use customers who are interested in on-site solar photovoltaic (PV) and/or battery storage systems with confidence in the quality of their installations by connecting them with qualified solar and battery storage installers who agree to install to Green Connect Program Standards. These qualified installers are insured and licensed; they have also completed special training on TVA guidelines and have a history of customer satisfaction. In addition, the Program gives end-use participants access to objective information and provides them the assurance that their solar PV system with or without battery storage has met Green Connect Program Installation Standards through installation verifications.

# Application for Interconnection

By participating in the Green Connect Program, I agree to view solar education materials, contract with a Qualified Contractor Network (QCN) member to perform my installation, and submit all required information and documents referenced at the end of this Application. This Application is considered complete when it provides all applicable and correct information required below. Please note that the asterisk (*) indicates that the information is required. Inaccurate and incomplete information will delay approval and could result in higher interconnection costs. The required Application for Interconnection fee must be paid before the Application can be reviewed.

**SECTION 1 (to be completed by participant): SOLAR GENERATION OUTPUT DELEGATION**
☐ I wish to use my solar generation onsite with any surplus generation flowing to the grid without benefit.
☐ I wish to use my solar generation onsite and sell any surplus generation through _____ _____ program.
☐ I wish to sell 100% of my solar generation through _____ program.

**LOCAL POWER COMPANY (LPC)**
*Name: _____

**PARTICIPANT**
*Name: _____
*Service Address
of System: _____
*City: _____ *State: _____ *Zip: _____
Mailing Address
(if different from service address): _____
*City: _____ *State: _____ *Zip: _____
*Telephone: _____ *Email Address: _____
*Electric Account Number: _____
Owner of Building (if different than the customer/participant): _____

**PROJECT CONTACT (IF DIFFERENT FROM PARTICIPANT)**
Name: _____
Address: _____
*City: _____ *State: _____ *Zip: _____
Telephone: _____ Fax: _____
Email Address: _____

**PROPERTY OWNER (IF DIFFERENT FROM PARTICIPANT)**
Name: _____
Address: _____
*City: _____ *State: _____ *Zip: _____
Telephone: _____ Fax: _____
Email Address: _____

**QUALITY CONTRACTOR NETWORK (QCN) INSTALLER**
*Company: _____
*Mailing Address: _____
*City: _____ *State: _____ *Zip: _____
*Representative: _____
*Telephone: _____ *Email Address: _____
*Business License #: _____ *City/County/State: _____

7 | P a g e

**INTERCONNECTION CUSTOMER SIGNATURE**

I hereby certify that, to the best of my knowledge, the information provided in this Application is true. I understand that the generation system cannot be operated in parallel with the LPC's system until I have received written approval from the LPC. I understand this project cannot begin technical review until I have paid the Application Fee. I understand that I may incur additional interconnection costs which must be paid before interconnection/construction work can begin. I understand that submitting this document does not obligate me to proceed with the project.

Signed: _____

Printed Name: _____ Date: _____

**A complete submittal package includes the following:**

1. Application for Interconnection of Distributed Generation, signed
2. Manufacturer's specification sheets
3. Single-line diagram
4. Detailed overhead site map
5. Payment of Application fee: $50

Materials must be submitted through the Green Connect Hub (if electronic submittal is available).

3.1. LPC and Participant agree to interconnect the Qualifying System at the Point of Interconnection in accordance with this Agreement and local codes, based on the approved single-line diagram.

## 4. General Responsibilities of the Parties

4.1. LPC has reviewed the proposed generation and related equipment as described in the Application to ensure compliance with LPC's interconnection requirements and approved the Qualifying System for interconnection based on one of the following conditions:

4.1.1. Qualifying System has been reviewed by LPC based on the applicable codes and standards and has passed any applicable screening process for Renewable Distributed Generation, or

4.1.2. LPC, in agreement with Participant, has conducted additional engineering evaluations or detailed impact studies and any necessary System upgrades or changes identified by these additional studies have been implemented and Participant has paid for such changes where necessary.

4.2. Participant shall comply with all applicable laws, regulations, zoning codes, building codes, safety rules and environmental restrictions, including the latest version of the National Electrical Code, and standards issued by Underwriters Laboratories ("UL"), the Institute of Electrical and Electronics Engineers ("IEEE"), and the American National Standards Institute ("ANSI") that are applicable to the design, installation, operation, and maintenance of its Qualifying System.

4.3. LPC shall, at Participant's expense, provide and install such Metering Installation as in LPC's judgment is needed to measure the electrical output from the Qualifying System. Thereafter, LPC shall, at Participant's expense, test, calibrate, operate, maintain, and, if necessary, replace the meter(s) in the Metering Installation. The Metering Installation shall conform to applicable industry standards and shall be for LPC's exclusive use and control unless otherwise agreed by the Parties. If the Participant is selling the power output of the Qualifying System under a separate program or agreement, the Participant shall notify LPC of any metering requirements of the power purchaser, any costs of which shall be borne by the Participant.

4.4. If applicable, the Participant shall provide the local building code official's inspection and certification of installation forms to the LPC either via hardcopy or electronically. The certification shall reflect that the code official has inspected and certified that the installation was permitted, has been approved, and has met all electrical and mechanical qualifications.

4.5. Prior to parallel operation, the LPC may verify the Qualifying System for compliance with standards which may include testing the Qualifying System in the presence of the Participant and/or installer. Participant shall not begin parallel operation before LPC provides written authorization.

4.6. Participant shall operate its Qualifying System in compliance with all aspects of the Rules and in accordance with industry standard prudent engineering practice, and must comply with IEEE 519, UL 1741, IEEE 1547, and any other codes and standards of ANSI, IEEE, and UL, that are currently applicable at the time of this Agreement.

4.7. The Participant shall be responsible for protecting its renewable generation equipment, inverters, protective devices, and other system components from damage from normal and abnormal conditions and operations that occur on the System in delivering and restoring power. The Participant shall be responsible for ensuring that the Qualifying System is inspected and maintained on an ongoing basis in accordance with the manufacturer's instructions to ensure that it is operating correctly and safely.

## 5. Installation Verification and Ongoing Compliance

5.1. LPC will provide Participant with as much notice as reasonably practicable, either in writing, email, or by phone, as to when LPC may conduct installation verification and/or document review. Upon reasonable notice, or at any time without notice in the event of an emergency or hazardous condition, LPC shall have access to the Participant's premises for the purpose of accessing the manual disconnect switch,

## 9. Indemnity

9.1. Participant agrees to release, indemnify, and save harmless LPC, TVA, and their respective agents and employees from all liability, claims, demands, causes of action, costs, or losses for personal injuries, property damage, or loss of life or property, sustained by Participant, Participant's agents and family, or third parties arising out of or in any way connected with the installation, testing, operation, maintenance, repair, replacement, removal, defect, or failure of Participant's Qualifying System except for negligence or intentional misconduct of LPC, TVA, or their respective agents and employees. The obligations of this section 9.1 shall survive termination of this Agreement.

## 10. Assignment

10.1. This Agreement shall not be assignable to another Participant.

10.2. Change in ownership shall require a new Interconnection Agreement with the same language as the original agreement.

## 11. Insurance

11.1. The Participant is encouraged to obtain an insurance policy to protect the Qualifying System equipment and an additional liability policy for Personal Injury and Property Damage to cover the Participant's potential liability under this agreement.

## 12. Effective Term and Termination Rights

12.1. This Agreement becomes effective when executed by both Parties and shall continue in effect as long as the Qualifying System is capable of operation and connected to LPC's System, notwithstanding any termination of any power purchase agreement for some or all of the Qualifying System's output. LPC reserves the right to terminate this Agreement if the Participant is non-compliant with any terms of this Agreement or LPC's interconnection procedures.

## 13. Entirety of Agreement and Prior Agreements Superseded

13.1. This Agreement, including the Rules and all attached Exhibits made a part hereof for all purposes, constitutes the entire agreement and understanding between the Parties with regard to the interconnection of the Qualifying System at the Point of Interconnection expressly provided for in this Agreement. The Parties are not bound by or liable for any statement, representation, promise, inducement, understanding, or undertaking of any kind or nature (whether written or oral) with regard to the subject matter hereof not set forth or provided for herein, in the Participant's Application, or other written information provided by the Participant in compliance with the Rules.

## 14. Notices

14.1. Notices given under this Agreement are deemed to have been duly delivered if hand delivered, delivered electronically, or sent by United States certified mail, return receipt requested, postage prepaid, to:

    (a)    If to LPC:

    _____

    _____

13 | P a g e

18.3. The headings in this Agreement are solely for the convenience of the Parties in locating provisions in this Agreement. The headings themselves are not part of this Agreement and shall not affect the meaning or interpretation of this Agreement.

18.4. In any action, suit, or proceeding to enforce or interpret the terms of this Agreement, the prevailing Party shall be entitled to reimbursement for all costs and expenses reasonably incurred in enforcing, defending, or interpreting its rights hereunder, including, but not limited to, all collection and court costs, and all attorneys' fees, whether incurred out of court, in the trial court, on appeal, or in bankruptcy or administrative proceedings.

## 19. Generation Sales

19.1. Surplus Generation Power Purchase Agreement:

☐ Participant does not intend to sell surplus generation.
☐ Participant intends to sell surplus generation.  Participant agrees to contact LPC when power purchase agreement is executed.

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be signed by their respective duly authorized representatives.

[LPC]                                                    [PARTICIPANT]

BY: _____        BY: _____

TITLE: _____

DATE: _____        DATE: _____

**15 |** P a g e

# Section 2: QUALITY CONTRACTOR NETWORK
# (QCN) MATERIALS

# QCN Privileges

QCN membership includes privileges, as well as responsibilities. All QCN privileges will be thoroughly discussed throughout this Manual. As described in detail below, privileges include but are not limited to:

- TVA Master QCN List
- LPC Local QCN Lists
- TVA QCN Logo
- QCN Training
- Green Connect Reimbursements (if applicable)
- QCN Awards

## TVA Master QCN List

Upon completion of all requirements for new QCN Members, the new QCN members will be listed on TVA's master QCN list. This list is held and managed by TVA and will be made available to LPCs, TVA's Program Administrator, and end-use customers. Access to this master QCN list will be available on the Green Connect Hub. It is the responsibility of each QCN member to maintain accurate company information and up-to-date QCN membership requirements with TVA.

## LPC Local QCN Lists

LPCs may make available the list of QCN members who elect to install within their service territory to any customer who is interested in completing work through the Green Connect Program. The privilege of being listed on the local QCN lists is intended as a convenience for program participants. Inclusion on an LPC's local QCN list is subject to LPC approval, as further explained in the New QCN Member section of this Manual.

## TVA QCN Logo

As a privilege of QCN membership, QCN members will have access to Green Connect and QCN branding and recognition. QCN members are permitted to use this logo for company marketing efforts, if the advertising or promotional materials are approved by TVA in advance. Logo is provided for download on demand on the QCN Hub.

## QCN Training

TVA is committed to providing valuable training opportunities to QCN members. Each year, TVA will identify optional/mandatory training needs and publish online training modules. Online training is available 24/7 to QCN members. To view the training material, visit the QCN Hub and click on the training link. QCN members are encouraged to take advantage of this opportunity. QCN members are required to complete all mandatory training.

Case 3:23-cv-00046-DCLC-JEM   Document 11-15   Filed 02/06/23   Page 14 of 51   PageID #: 2276

# New QCN Members

An installer requesting membership in the QCN must initiate the process by going online to the Green Connect Hub and completing the online application process. After an installer has completed the application process online, TVA will review the installer's information and determine eligibility for QCN membership. TVA reserves the right to accept or reject, in its sole discretion, any installer.

At all times during QCN membership, QCN members are required to maintain accurate and up-to-date QCN documents and profile details in the QCN Hub. The following items and requirements must be successfully completed and submitted with each QCN membership application:

1. **General Company Information**

   The installer requesting QCN membership must accurately fill out general company information requested on the membership application, such as business address, contact information, type of business, number of employees, federal tax ID, years in business, etc.

2. **Participation Terms of Use**

   Installers applying for QCN membership must review and digitally agree to TVA's Green Connect Program terms and conditions, which include the QCN Participation Criteria section of this Manual.

3. **Business License**

   The applicant must upload a current valid business license to the QCN Hub. QCN members will be responsible for maintaining an up-to-date business license on the Hub as part of their ongoing QCN membership responsibilities. All applicants must have been in business for at least one year to qualify as a QCN member.

4. **NABCEP Certification**

   The applicant must upload a current valid NABCEP Board Certification for an authorized officer of the company. Each applicant must have at least one staff member (authorized officer) with NABCEP Board Certification to qualify as a QCN member.

5. **Financial Information**

   The Green Connect Program requires direct deposit services for Green Connect Reimbursements. For this reason, bank information (including a voided check or deposit slip) must be provided along with IRS Form W-9.

6. **Certificate of Insurance**

   The applicant must upload a Certificate of Insurance provided by an insurance carrier, agent, or broker certifying that a minimum of $1,000,000 general liability insurance is in effect. Applicant must also upload a Certificate of Insurance for worker's compensation insurance that meets minimum coverage as required by state law applicable to the QCN member's principal place of business. In the instance when the applying installer is exempt from worker's compensation insurance requirements, installer must provide written acknowledgement from the state where exempt. The QCN member will be required to maintain up-to-date insurance policies on the QCN Hub as part of its ongoing QCN responsibilities.

Case 3:23-cv-00046-DCLC-JEM   Document 11-15   Filed 02/06/23   Page 15 of 51   PageID #: 2277

# QCN Participation Criteria

TVA and its affiliated LPCs are committed to promoting the highest level of professionalism, integrity, quality, and expertise to their customers. Each QCN member shall strive to uphold the Green Connect Program guidelines and standards for scope of work, quality of work, and professional conduct for applicable projects. Below are the summarized expectations and standards of conduct that apply to all QCN members and their employees. Failure to abide by all applicable terms may result in suspension or termination from TVA QCN membership, removal from all QCN lists, and loss of all QCN privileges.

**Professionalism**

QCN members shall not engage in any unacceptable behavior against a customer, TVA, TVA's Program Administrator, LPCs, or any person cooperating in any investigation, dispute resolution attempt, or other activity involving a program-related dispute, including but not limited to:

- Intimidation
- Harassment
- Retaliation
- Kickbacks
- Bribery
- Attempted bribery

QCN members shall perform work in a manner exemplifying the highest degree of professional conduct and shall refrain from any action negatively impacting the program or that would result in a negative perception of the program, TVA, TVA's Program Administrator, an LPC, or the QCN. These actions include but are not limited to:

- Failure to respond to customer request
- Failure to correct a failed installation within 30 days after notice of a failed installation verification
- Failure to remedy damage to a participant's property, at no cost to the participant, directly attributed to QCN member's installation activities
- Discouraging an eligible customer from participating in the TVA Green Connect program
- Failure to honor any and all warranties sold to the customer
- Failure to submit requested documents to TVA's Program Administrators in a timely manner (for example, if Program Administrator requests documentation or submission of an application, then QCN member shall resolve the request within 15 business days after the request is made), and
- Performing any program services while under the influence of drugs or alcohol

QCN members must meet all installation requirements prescribed by the manufacturer, the TVA Standards, and local codes.

**Responsibility to Customer**

- QCN members shall ensure that their suppliers and subcontractors do not place any liens against a participant's property resulting from a QCN member's failure to pay the supplier or subcontractor in a timely manner for equipment, material, or labor for an installation under the TVA program.
- Local (municipal) codes, TVA Standards, and the interconnection agreement requirements shall be strictly followed.
- QCN members shall communicate fairly and accurately with the customer in regard to the scope and extent of their contracts.
- QCN members shall conduct business with all customers fairly, consistently, and in a non-discriminatory manner.
- QCN members shall in no instance install a product in such a manner as would void the consumer's warranty.

23 | P a g e

**Performance Data**

Performance data is summarized at the beginning of the second and fourth quarters of each calendar year and will encompass QCN performance for the previous four complete quarterly periods. The QCN members' performance data will be made available to participants in the Green Connect Program. QCN members will be able to view their own performance data on the QCN Hub to help evaluate their own performance in the Green Connect Program and availability of Green Connect Reimbursements. The following two types of performance data will be measured for each QCN member: 1) Installation Verification Pass Rate and 2) Document Pass Rate.

**Installation Verification Pass Rate**

QCN members are required to maintain a minimum 80% Installation Verification Pass Rate on initial installation verifications during the immediately preceding four complete quarterly periods. If a QCN member has fewer than 10 projects in that period, then previous quarters' work will be evaluated until at least 10 projects are evaluated. Failure to meet this minimum requirement will result in the installer being suspended from QCN membership, removal from all QCN lists, and loss of all QCN privileges. All installation verifications will be held to the TVA Standards which are included in this Manual. In the event that a job fails an installation verification, the Home Energy Advisor will notify the QCN member within 24 hours of the required corrections. The QCN member is responsible for correcting the work and notifying TVA's Program Administrator of the work corrections within 30 days after the date of the failed installation verification. The re-verification of the work corrections will not count towards the QCN member's calculated Installation Verification Pass Rate. Each QCN member's calculated Installation Verification Pass Rate will be visible on the Green Connect Hub.

**Document Pass Rate**

QCN members will be expected to maintain a minimum 80% Document Pass Rate during the immediately preceding four complete quarterly periods. Failure to meet this minimum requirement will result in the installer being suspended from QCN membership, removal from all QCN lists, and loss of all QCN privileges. The Document Pass Rate will be determined by the total number of complete, correct, and compliant applications for interconnection submitted divided by the total number of applications submitted during the preceding twelve month period. Missing, incomplete, or incorrect paperwork will result in a failed document score for that particular application. To ensure that the correct paperwork is used and submitted for each system, QCN members should reference the Application Requirements section of this Manual. Each QCN member's Document Pass Rate will be visible on the Green Connect Hub.

**Customer Satisfaction Data**

TVA also will collect customer satisfaction data and provide this information to the QCN member. Customers who participate in the Green Connect Program will be given the opportunity to complete a survey. Surveys will be administered by a TVA representative after work completion and/or directly by the customer on the Customer Hub. Each QCN's Customer Satisfaction Data will be visible on the Green Connect Hub.

Case 3:23-cv-00046-DCLC-JEM   Document 11-15   Filed 02/06/23   Page 17 of 51   PageID #: 2279

# Removal Process

TVA may remove any participating QCN member from QCN membership and suspend the QCN member from all TVA and local LPC QCN lists when TVA determines, in its sole discretion, that a QCN member has failed to comply with any terms of the QCN Participation Criteria or Performance Requirements. All QCN privileges are lost upon removal. As described in more detail below, there are four different tiers of removal within the Green Connect Program. They are:

1. Temporary Suspension
2. 3-Month Suspension
3. 1-Year Suspension
4. Termination

TVA will use reasonable efforts to provide notice of any failure and allow the QCN member a reasonable opportunity to remedy the failure, as determined by TVA in its sole discretion, prior to initiating the removal process. When TVA or its Program Administrator determines that adequate grounds exist for removal, the QCN member involved will be notified of the removal with an email or a certified letter. The letter will provide grounds for the removal, the tier of removal, the date of removal, and required instructions for responding to TVA. The installer has fifteen (15) calendar days beginning from the date of email or postmarked date of the certified letter to respond to TVA. QCN members are required to follow the instructions for responding to TVA contained within the email or letter. Under certain circumstances, the QCN member's response must include a list of all work in progress in all TVA Programs for which there is a signed <u>sales agreement</u> between the QCN member and a <u>participant</u>, dated on or before the email date or postmark date of the certified letter.

**4 Tiers of Removal:**

**1) Temporary Suspension**

A QCN member may be subject to a Temporary suspension from QCN membership when any of the following conditions exist:

- Expired insurances, licenses, or certifications required for QCN membership
- Failure to attend all mandatory training sessions and meetings
- Failure to resolve a failed job within 30 days after notice of a failed <u>installation verification</u>
- Failure to resolve incomplete documentation within 30 days after notice of incomplete documentation

**2) 3-Month Suspension**

A QCN member may be subject to a 3-month suspension from QCN membership when any of the following conditions exist:

- Failure to meet minimum Performance Requirements (verification pass rate or document pass rate)
- Failure to respond to customer request
- Failure to remedy damage to a <u>participant's</u> property resulting from an installation at no cost to the <u>participant</u>

# Reinstatement Process

If an installer is subject to **Temporary** suspension from QCN membership, then the installer may be reinstated to QCN membership at any time after correcting applicable deficiencies as required by the program (e.g., uploading current insurances, licenses, and certifications required for QCN membership, completing mandatory training sessions).

If an installer is subject to **3-Month** suspension from QCN membership, then after the 3-month suspension period has expired, the installer will be reinstated after providing evidence satisfactory to TVA that any problems that led to removal have been remedied.

If an installer is subject to a **1-Year** suspension from QCN membership, then after the 1-year suspension period has expired, the installer may apply for reinstatement to QCN membership. A suspended installer may not be reinstated until all of the following conditions have been met:

- The installer must meet all QCN membership requirements.
- The installer must provide evidence satisfactory to TVA that any problems that led to removal have been remedied.
- All outstanding work must have been completed in accordance with all applicable program standards and requirements.
- In the event that TVA had to pay money in order to repair any of the QCN member's unsatisfactory or unfinished work, then the QCN member must pay TVA the full cost of completing or correcting that work.

**Termination** from QCN membership is permanent. Installers that have been terminated from QCN membership are not eligible for reinstatement to QCN membership.

# Overview of TVA Standards Documents

TVA has developed the TVA Standards and supporting documentation for use in the TVA Green Connect Program. The TVA Standards is the prevailing document of materials, installation, and application requirements. If you have any questions, please contact the TVA Green Connect team at 1-866-673-4340.

Below is a full description of each type of TVA Standards document:

**TVA Standards:** TVA develops Standards and Best Practices to support the safe and effective installation of <u>solar PV systems</u> with or without <u>battery storage</u> in residential homes. The TVA Standards are included in the Green Connect Reference Manual. When installing a <u>solar PV system</u> that may be eligible for program participation, <u>QCN</u> members are required to follow: (a) all applicable TVA Standards, (b) manufacturer's recommended installation instructions, and (c) all applicable local, state, and federal codes and regulations affecting the work. **TVA Standards are stated as requirements using the word "shall". The word "shall" mean that the action specified is mandatory and must be accomplished by the <u>QCN</u> member.** Within the TVA Standards, each individual TVA Standard is assigned a unique alpha-numeric Standard Code (for example, SPS-02) that can be easily referenced during the <u>Installation Verification</u> Process (page 8) and trainings.

There are three different types of TVA Standards:

- **Materials standards** define the performance characteristics of certain materials. Material standards may include testing methods used to qualify the materials and products, and/or a description of the required performance characteristics of certain materials under specific conditions. Material standards generally apply to manufacturers of materials and include requirements that must be met by the manufacturers, sometimes including specific labeling or documentation that must be provided by the manufacturer.

- **Installation standards** define required methods and procedures for installing specific materials or products. Installation standards are applicable for all locations and all purposes for which the materials are installed. Installation standards define all methods and procedures that are required to properly install the materials, sometimes including health and safety requirements for the installing contractor.

- **Application standards** define requirements for a specific purpose of an installation and may include references to material standards and installation standards. Examples of application standards are included in the System Construction section of the TVA Green Connect Standards. These standards describe all of the requirements necessary for the installation to serve its intended purpose at a particular location. The TVA Standards also include Best Practices for installing <u>solar PV systems</u> with or without <u>battery storage</u>. <u>QCN</u> members are encouraged, but not required to follow all Best Practices contained in the TVA Standards when installing applicable installations. **Best Practices are stated in the TVA Standards using words such as "should" and "recommend". Best Practices and other non-mandatory material contained in the Commentary column for each installation appear in the TVA Standards in italic font.**

Case 3:23-cv-00046-DCLC-JEM   Document 11-15   Filed 02/06/23   Page 20 of 51   PageID #: 2282

# Verification Process

Installations of solar PV systems with or without battery storage in the TVA Green Connect Program receive an installation verification following the installation. Verifications will not be scheduled until after TVA's Green Connect team or the Local Power Company (LPC) confirms that all required data and paperwork in connection with the system(s) has been properly submitted.

Verifications are provided as a service to participants, but neither the LPC, TVA, nor TVA's Program Administrators guarantees or warranties the cost, adequacy, or effectiveness of any work performed. Home Energy Advisors shall not represent themselves as safety or code inspectors and shall not indicate to any participant that an installation verification under the TVA Green Connect Program serves the purpose of any required electrical code, building code, fire safety or other regulated inspection.

Utilizing applicable sections of the TVA Standards as a checklist, Home Energy Advisors shall verify each installed solar PV system with or without battery storage included in the application for interconnection for compliance with applicable TVA Standards. Every feasible attempt shall be made to identify any deficiencies during the initial visit to eliminate the need for multiple visits to correct items.

If a system requires repair, correction, or completion, then the Home Energy Advisor shall determine the applicable Code(s) for the portion of the TVA Standards that is not met (see Codes in the Green Connect Reference Manual), and the Home Energy Advisor shall record the Code(s) in the Green Connect Installation Verification Form. Upon completion of an installation verification, Home Energy Advisors shall assign one of the following installation verification scores to the system.

**P1 - Passes TVA Standards:** The installation was satisfactorily completed as stated in the application for interconnection and in compliance with the TVA Standards no later than at the time of initial installation verification.

**V1 - Passes TVA Standards:** Per a virtual verification, the installation appears to be satisfactorily completed as stated in the application for interconnection and in compliance with the TVA Standards no later than at the time of initial installation verification, but some parts of the installation could not be fully verified due to limited access or visibility.

**P2 - Passes TVA Standards with Technical Assistance:** The installation passed the TVA Standards, but the Home Energy Advisor had to either have the QCN member correct deficiencies or provide technical assistance to the QCN member to correct deficiencies before the initial installation verification was complete.

**F3 - Installation Failed - Normal Response Needed:** Home Energy Advisor identifies minor problems with the quality of the installation and/or items appear to have been overlooked by the QCN member that have only minor impacts on the overall quality of the installation. This includes, but is not limited to, items such as:

- Failing to conform to Program administrative procedures (e.g., necessary forms not properly completed).

- Quality of installation issues observed for installed solar PV system with or without battery storage.

Case 3:23-cv-00046-DCLC-JEM   Document 11-15   Filed 02/06/23   Page 21 of 51   PageID #: 2283

# Post-Verification Procedures

At the end of each installation verification, QCN members will be required to perform certain actions depending on the score assigned to the installation.

**If score is P1 or V1, then no action is required.**

**If score is P2, then the following steps shall be taken:**

- Home Energy Advisor notifies QCN member that solar PV system with or without battery storage will be approved without the requirement for a re-verification, but with a score of P2.
- QCN member receives an email with a notice of the required repairs identified including a picture of the work that needed repair, the applicable standard, and notes from the Home Energy Advisor.

**If score is F3, then the following steps shall be taken:**

- Home Energy Advisor contacts the QCN member within one business day to inform him or her that the job needs corrective action, including instructions for making repairs that must be completed within thirty (30) days.
- Home Energy Advisor informs QCN member that the system is not authorized for parallel operation until corrective action is taken and the job has passed re-verification.
- QCN member receives an email with a notice of the required repairs including a picture of the work that needs repair, the applicable standard, and notes from the Home Energy Advisor.
- QCN member contacts participant and schedules an appointment for making corrections within one (1) week of notice of required repairs. The QCN member will be responsible for correcting all problems and bringing all work into compliance with TVA Standards at no additional charge to the participant.
- QCN member informs the TVA Green Connect team or LPC after corrections are complete, and the TVA Green Connect team or LPC will schedule a re-verification of installation.

**If score is F4, then the following steps shall be taken:**

- Home Energy Advisor contacts the QCN member immediately to explain the type of urgent priority response needed, including instructions for making repairs that must be completed.
- Home Energy Advisor informs QCN member that the interconnection agreement will not be effective until corrective action is taken and the job has passed re-verification.
- QCN member receives an email with a notice of the required repairs including a picture of the work that needs repair, the applicable standard, and notes from the Home Energy Advisor.
- QCN member must return ASAP to correct an emergency resulting from installations performed by that contractor. The QCN member will be responsible for correcting all problems and bringing all work into compliance with TVA Standards at no additional charge to the participant.
- QCN member informs TVA's Green Connect team or LPC after corrections are complete, and TVA's Green Connect or LPC will schedule a re-verification of installation.

# Health and Safety

QCN members are required to perform all work in compliance with applicable codes, regulations, laws and OSHA standards. This manual does not address all potential safety issues associated with applicable system installations and associated regulatory requirements. QCN members shall determine the application of regulatory limitations before performing work. All QCN members shall have an appropriate company health and safety plan, and their employees and subcontractors shall comply with the specifications of the plan.

**Occupant and Structure:** QCN members shall use appropriate caution when installing solar PV systems with or without battery storage to protect the health and safety of occupants of participant homes. All QCN members shall visually evaluate existing conditions and communicate potential issues with the participant so that they can be rectified before beginning work. If potential hazards cannot be rectified, the QCN member may elect not to do the work.

In addition to the above requirements, the following Health and Safety guidelines are recommended for all evaluation, installation, and verification work in connection with the TVA Green Connect Program:

**Employees:** QCN members should ensure that all employees are familiar with the following Health and Safety guidelines. QCN members should supply Material Safety Data Sheets (MSDS) when requested for products and materials used by their crews.

**Hazardous Materials and Animals (if applicable):** Asbestos, mold, lead, radon, animal feces, live animals, and other substances are all possible hazardous items that could be found in an attic, crawlspace, or other parts of a dwelling during installation of solar PV systems with or without battery storage. Proper removal of such hazardous materials should occur as warranted.

- *Asbestos*: When asbestos is discovered at a participant's home, the QCN member or Home Energy Advisor should instruct the participant to follow EPA guidelines, which say not to disturb the material. See brochure at: http://www.epa.gov/asbestos. Suspected rigid or fixed asbestos materials do not automatically disqualify a home from installation work unless work causes the asbestos particles to become airborne by activities such as sawing, drilling, etc. Examples of rigid or fixed asbestos include, but are not limited to: house siding, shingles, fire stop boards, flue pipes, chimneys, etc. Under no circumstances should the QCN member saw, cut, break, tear, sand, scrape, strip, drill, dust, sweep, or vacuum materials containing suspected asbestos while performing work for the TVA Green Connect Program. If any suspected asbestos containing siding shakes are damaged during removal they should be handled and disposed of in accordance with all applicable regulations. QCN members should infill gaps with siding taken from inconspicuous locations on the house and provide non-asbestos-containing replacement shakes matching the size, bottom (straight or wavy), and texture (wood grain or flat).

- *Mold:* Appropriate remediation should be completed before installation. See brochure at: http://www.epa.gov/mold.

- *Radon:* **Current** EPA guidelines for radon should be followed to complete installation without increasing occupant exposure to radon.

- *Special Safety Considerations:* Working in an attic or crawlspace has certain inherent hazards. The following is a list of special safety concerns that QCN members and Home Energy Advisors should be aware of when working in an attic space:

  - *Extreme Heat:* During summer months and sunny conditions, the temperature in the attic can climb as high as 150+ degrees. Appropriate ventilation, hydration, rest breaks, and cooling equipment should be used to avoid heat stroke, heat stress, and cold stress related injuries. During these periods, workers should limit their time in the attic to 15 minutes on and 15 minutes off. During off times workers should drink plenty of fluids and be assessed for signs of heat related illnesses. Dial 911 when necessary.

  - *Electric Shock Hazard:* Exposed wires, uncovered boxes, perspiration caused by extreme heat and exertion can combine to create a dangerous situation. Adequate lighting should be provided, and

# Sources and References

The **TVA Standards and Best Practices** contained in this manual are a compilation from the following certifications, standards, and sources:

- National Electric Code (latest revision) (NEC)
- International Residential Code (IRC)
- American National Standards Institute (ANSI)
- Canadian Standards Association (CSA)
- ASHRAE Handbook of Fundamentals (latest revision); American Society of Heating, Refrigeration and Air- Conditioning Engineers (ASHRAE)
- ASHRAE Standard 90-75 (ASHRAE)
- American National Standard ANSI/AHAM RAC-1 (latest revision) (AHAM)
- American Society for Testing and Materials (ASTM) standard E-84, and C-553
- Standard Mechanical Code (latest revision); Southern Building Code Congress International, Inc.
- National Fire Protection Association (NFPA)
- Standards 90A and 908 (latest revision) (NFPA)
- Standards for Safety, UL-303, 465, 559, and 1096 (latest revision); Underwriters' Laboratories, Inc.
- Oak Ridge National Laboratory, Radiant Barrier Fact Sheet, Building Envelope Research Program

Case 3:23-cv-00046-DCLC-JEM   Document 11-15   Filed 02/06/23   Page 24 of 51   PageID #: 2286

## Green Connect: Participation Requirements and System Sizing

| Title | Specification(s) | Commentary |
|---|---|---|
| **SPS-1**<br><br>**Participation Requirements** | Participant shall be in the residential rate class and served by a local power company (LPC) that distributes TVA power and participates in the TVA Green Connect Program. | |
| **SPS-2**<br><br>**Quality Contractor Network (QCN)** | Installations shall be sized, specified, and installed by contractors listed as QCN members qualified and approved to install qualifying solar PV systems with or without battery storage in the LPC's service area. | QCN member certification begins following approval from TVA. |
| **SPS-3**<br><br>**Education** | Participant should complete all relevant education modules before application for interconnection.<br><br>QCN member shall inform participants of how "Behind the Meter" solar PV systems work, with or without battery storage. | Education modules are located in the hub. |
| **SPS-4**<br><br>**Load Calculation and System Location** | Reasonable estimates of onsite vs. export rate (the rate the participant will offset by using the generation onsite vs. the rate the customer will be paid, if any, to export power to the grid) must be distinguished in any financial analysis presented to a participant; net metering rates shall not be used in any financial analysis for a Green Connect solar PV system with or without battery storage. Load mismatch should be explained when applicable. QCN member shall present to the participant an estimated offset of a customer's system based on historic usage and/or present the capabilities of a solar PV system with or without battery storage.<br><br>Shade analysis and production estimate shall be performed by the QCN member for the proposed location of the solar arrays, and results shall be presented to the participant.<br><br>Excess energy estimation and shade adjusted production shall be completed prior to or in conjunction with a sales agreement with participant. Any increases in home or property value presented to a participant must be called out separately in any financial analysis. | Participant should submit to installer their 12-month historic annual usage (except for new construction projects).<br><br>Solar PV system estimations should include calculations and estimates considering, tilt, azimuth, module degradation, and potential shading impacts.<br><br>Estimating software will leverage historic TMY2/3 data and will give location specific estimates for output. QCN member is responsible for using reasonable assumptions for system losses and performance. |

Case 3:23-cv-00046-DCLC-JEM   Document 11-15   Filed 02/06/23   Page 25 of 51   PageID #: 2287

**Green Connect: System Construction**

| | | |
|---|---|---|
| **SPS-20**<br><br>**Manufacturer Certified Installer** | Solar PV system with or without battery storage shall be installed by a QCN member who has successfully completed applicable manufacturer training and is a manufacturer authorized installer.<br><br>Installation shall comply with manufacturer's instructions, including any recommended parts and accessories. | |
| **SPS-21**<br><br>**Manufacturer Application** | Equipment shall be new, must operate within manufacturer's specifications, and must be approved for that use by the equipment manufacturer. | |
| **SPS-22**<br><br>**Qualifying System** | Qualifying system must meet all program requirements and applicable codes and standards including, but not limited to: IEEE 1547, 1547.2, UL 1741, and the NEC.<br><br>Qualifying system (including all interconnection-related equipment) must have been tested and listed by a nationally recognized testing laboratory for continuous interactive operation with an electric distribution system in compliance with IEEE 1547 (Standard for Interconnecting Distributed Resources with Electric Power Systems), IEEE 1547.2 (Standard Conformance Test Procedures for Equipment Interconnecting Distributed Resources with Electric Power Systems), and UL 1741 (Inverters, Converters, and Controllers for use in Independent Power Systems) prior to entering into an interconnection agreement with LPC.<br><br>Qualifying system must be manufactured (if a packaged system) and installed in compliance with all requirements of the National Electric Code (American National Standards Institute/National Fire Protection Association-70) and rapid shutdown requirements applicable with the authority having jurisdiction (AHJ).<br><br>Solar PV system and all associated equipment shall be rated/listed to withstand any environmental forces that could reasonably occur and shall be installed per the equipment data sheet specifications. | *Solar PV system should have a monitoring system that meets the ANSI C12.20 standard.*<br><br>*A monitoring system will allow for the participant and/or provider to promptly identify and correct performance issues.* |

| SPS-28 | All wiring under panels shall be secured to the panels or racking. | QCN member ensures wiring does not sag or contact roof. |
|---|---|---|
| **Wire Management** | | |
| | | |

## Green Connect: Post-Installation Information

| | | |
|---|---|---|
| **SPS-40**<br><br>**System Controls and Basic Operation** | QCN member shall educate the participant on how to operate the system and provide the participant with written operation instructions.<br><br>*Proper operation of system controls should be explained.* | *QCN member should ensure participant can operate system controls.*<br><br>QCN member shall ensure participant has a reasonable expectation of the capability of the equipment.<br><br>QCN member shall ensure equipment and controls operate as designed. |
| **SPS-41**<br><br>**Routine Maintenance** | QCN member shall explain to the participant the importance and timing of routine professional maintenance.<br><br>QCN member shall explain to the participant the importance of keeping outside unit clear of debris, vegetation, decks and other blockage. | QCN member shall ensure equipment operates as designed.<br><br>*Participant should be advised of any recommended maintenance procedures and offered a maintenance service package.* |
| **SPS-42**<br><br>**System Protection** | *QCN member should advise participant that use of system should not be allowed if electrical work is being done at the residence.* | *QCN member and participant should be educated on necessity of protecting equipment.* |
| **SPS-43**<br><br>**Quality Assurance** | Any structural damage or imperfections caused by the installations, such as holes in roofing, shall be repaired by QCN member.<br><br>Final cleanup of all construction debris shall be collected and removed by QCN member. | *QCN member should confirm that no voids or hidden air flows remain.*<br><br>QCN member shall ensure house is returned to watertight and clean condition. |

# Section 4: COLLATERAL

## Please, handle with care.

**The TVA Green logotype is a representative symbol of the programs, services and initiatives designed to support local power companies and the businesses and residents of the communities they serve.**

It is important that the logotype be handled with care to maintain clarity and consistency in building the brand. The logotype has been refined to represent the essential role of TVA Green in carrying out the TVA mission.

Used consistently and with care, the logo becomes a recognizable *symbol of care, service and partnership.*

Case 3:23-cv-00046-DCLC-JEM   Document 11-15   Filed 02/06/23   Page 30 of 51   PageID #: 2292

## Visibility

To ensure visibility of the logotype, it should be surrounded by a minimum "safety area" or "clear space." The more space, the better.

This safety area also applies to the space between "TVA" and "Green"

**This distance is determined by the width of the "G" in the word "Green."**

Case 3:23-cv-00046-DCLC-JEM   Document 11-15   Filed 02/06/23   Page 31 of 51   PageID #: 2293

## Co-branding

When co-branding the TVA Green Program for residential customers of a Local Power Company, aim for balance between the two logos.

This is best achieved by making sure the Local Power Company logo appears no more than 30% larger in height than the TVA Blue Square icon in the logo aligned at the vertical centers as indicated below.

The "clear space" distance between the Green logo and the LPC logo is determined by the width of two of the letter "G" in the word "Green" with a .25-point breaker between.



## Questions?

Contact the TVA Green Connect team with any questions about logo usage for your specific marketing and communication needs.

1-866-673-4340
renewables@tva.gov

57 | P a g e



# Green Connect

QCN Training 2021-2022

TVA / GREEN



LETS TALK ABOUT THE QCN

GREEN CONNECT 1:3

IM Green

# What are the benefits?

 Quality Contractor Network Membership

TVA Approved Installer

Program Standards

Customer Satisfaction

Green Connect Reimbursements



# Installer Hub



- Submit Installations
- Manage Documentation
- Reimbursements
- Review Performance Data
- Survey Scores
- Job Files

Green

# Quality Contractor Responsibilities

- Know Local Power Company requirements
- Confirm customer eligibility to participate
- Ensure work completed meets TVA Standards
- Upload documents if requested
- Submit installations
- Leave the house as it was found or better
- Honor standard service and warranty commitments

Know

Confirm

Ensure

Upload

Submit

Leave

Honor

GREEN CONNECT | 9

TVA Green



# QCN Complaints

- Misrepresentation of TVA and/or LPC offerings
- False advertising
- Misleading sales tactics
- Signing for customer on interconnection documents
- Modifying LPC Interconnection Agreements without authorization

GREEN CONNECT III

IWA Green



PROGRAM STANDARDS

TW Green

GREEN CONNECT 1116

# What do the program standards cover?

Categories

- Participation Requirements & System Sizing
- Interconnection & Site Design
- System Construction

- System Labeling & Documentation
- Post-Installation Procedures
- Battery Storage Guidelines

STANDARDS TIPS

- Use the most up-to-date program manual located in your installer portal.

- Check your portal and your email regularly

- Reach out to your Account Manager

GREEN CONNECT | 17    Green

# Standard Example

## Green Connect: Participation Requirements and System Sizing

| SPS-3 | *Participant should complete TVA Solar education modules before application for interconnection is submitted to ensure that participant understands the financial implications of excess generation and system sizing.* | *TVA Solar education modules may be located in the portal.[* |
|---|---|---|
| Education | QCN Member shall inform participants of how "Behind the Meter" systems work, with or without battery storage. | |

GREEN CONNECT | 10

W Green

# Model Differences

Green Connect is a voluntary program and the LPC chooses how they want to implement it in their territory.

Some ask TVA to administrate the program for them. This is called "Turnkey." Some want to administrate the program themselves, and this is called LPC Managed.

TVA Green

| | Turnkey | LPC Managed |
|---|---|---|
| Interconnection Application and Agreement | Green Connect Hub | Directly through LPC |
| Engineering Packet (single-line, specs, etc) | Green Connect Hub | Green Connect Hub and through LPC |
| Additional Requirements and fees | Directly through LPC | Directly through LPC |

**Refer to your "About Program" tab in your Contractor Hub to see the available LPCs and their model selections.



INSTALLATION VERIFICATION

# What is the installation verification?

PROCESS

The Home Energy Advisor or local utility representative will review the installation, and the installer will be required to perform an outage test. If any deficiencies are seen, they will be notated in the inspection.

ITS PURPOSE

Installation verifications utilize the Green Connect checklist to verify the installation complies with the program standards, and to ensure all required data and paperwork has been submitted.

GREEN CONNECT | 25    TVA Green



Installation Verification Checklist — table with columns: Yes | No | N/A

THEIR PURPOSE

Account managers are there to help guide you through the program and will be a main point-of-contact.

GREEN CONNECT | 27

TM Green

# Lean on your Account Manager!



Why do I get these reimbursements?

Green Connect reimbursements can help offset the cost of participation in the program.

TVA Green

# Reimbursements

ELIGIBLE SYSTEMS?    Solar PV Systems with or without battery storage

HOW MUCH?    $250 per submitted installation

HOW OFTEN?    Reimbursements are paid weekly

**TVA Green**

QUESTIONS?

Contact (866) 673-4340 or renewables@tva.gov
www.tvagreenconnect.com

*Green Connect*
*PO Box 290198*
*Nashville, TN 37214*
*866-673-4340 ● renewables@tva.gov*



February 7, 2022

Solar Titan USA
Attn: Sarah Kirkland
414 N. Peters Rd
Knoxville, TN 37922

Solar Titan USA (Sarah Kirkland):

Thank you for being part of TVA's Green Connect Quality Contractor Network (QCN). We regret that this letter is to notify you that your company, Solar Titan USA, is being suspended from the Green Connect Quality Contractor Network. The suspension becomes effective fifteen (15) calendar days from the postmark date of this letter. This action under the Removal Process for QCN contractors is based on:

➢ Failure to submit requested documents to TVA's Program Administrator in a timely manner
➢ Failure to resolve jobs with incomplete documentation within 30 days after notice of incomplete documentation

Any existing projects that are active in the system (this includes jobs under your "agreements" and "projects" tab) must be finalized, and Solar Titan USA will receive eligible contractor reimbursements for these existing projects to the bank account on file. All future projects must be submitted directly to the applicable Local Power Company in the territory that you are servicing.

Upon removal, your company will not be entitled to submit any projects in the Green Connect Program for a period of one (1) year, subject to the Reinstatement Process on page 29 of the Green Connect Reference Manual. After the one-year suspension period has expired, your company will have the opportunity to become reinstated in the Green Connect QCN if you meet the following additional requirements:

- The installer must meet all QCN membership requirements
- The installer must provide evidence satisfactory to TVA that any problems that led to removal have been remedied

 **TENNESSEE VALLEY AUTHORITY**

400 West Summit Hill Drive, Knoxville, Tennessee 37902-1401

---

June 22, 2022

<u>EMAIL DELIVERY</u>

Mr. Dale Roden
Solar Titan USA
414 North Peters Road
Knoxville, Tennessee 37922

Re:   Reference to TVA on Website

Dear Mr. Roden:

I am writing to bring to your attention the Tennessee Valley Authority's concern with regard to Solar Titan's reference to itself as a "TVA approved installer" (found at <u>About - Solar Titan USA</u>).  TVA has an obligation under applicable trademark law to police its marks against anyone who may use it without TVA's permission.  TVA now asks you to immediately cease and desist your reference to TVA in this manner or your use of TVA's logo without its permission on your website page(s) or any other social media outlets, marketing arms, or otherwise.

By the signature of an appropriate representative of Solar Titan where indicated below, you indicate, without making any admissions prejudicial to the legal position of your organization, that you will forthwith stop, or have already stopped, making reference to Solar Titan as a TVA approved installer (Green Connect Quality Contractor Network) and/or making any other unauthorized use of TVA's name or logo.