# Exhibit Z

Email Conversations between Tenn. Counsel and SEIA Deputy Counsel Amir Yadzi

**Samuel D. Keen**

| | |
|---|---|
| **From:** | Amir Yazdi <AYazdi@SEIA.org> |
| **Sent:** | Tuesday, September 6, 2022 4:31 PM |
| **To:** | Samuel D. Keen |
| **Cc:** | Alicia Daniels-Hill |
| **Subject:** | RE: Solar Titan's use of SEIA logo |

Hi Sam,

Solar Titan removed our logo after we reached out to them.

Amir

F r nẃ̂ f¡ir̂%

I juzy–%Ljsjwẇ̂ḑHtzsxjq̂

  


Direct: (202) 469-3740
1425 K Street, NW | Suite 1000
Washington, D.C. | 20005

**What's Happening at SEIA:**
RE+ 2022 | September 19 - 22 | Anaheim, CA

SEIA helped deliver the most transformational bill in clean energy history.
Now the real work begins.

NOTICE: This message is intended only for the use of the individual(s) named above, and may be attorney/client privileged and confidential. If you are not the intended recipient, please notify the sender at (202) 682-0556 and delete this e-mail. Any unauthorized use, distribution or reproduction of this message and any attachment is strictly prohibited and may be unlawful.

**From:** Samuel D. Keen <Samuel.Keen@ag.tn.gov>
**Sent:** Friday, September 2, 2022 2:03 PM
**To:** Amir Yazdi <AYazdi@SEIA.org>
**Cc:** Alicia Daniels-Hill <Alicia.Daniels-Hill@ag.tn.gov>
**Subject:** Solar Titan's use of SEIA logo

Hi Amir,

I was just perusing the Solar Titan website and noticed they have removed the SEIA logo. Did y'all send them a cease and desist or is that something they did on their own? If y'all did send them a cease and desist, would you mind providing me with a copy of that letter?

Best,
Sam

1

Samuel Keen | Assistant Attorney General
Consumer Protection Division
Office of the Tennessee Attorney General
P.O. Box 20207, Nashville, Tennessee 37202
p. (615) 837-5155  f. (615) 532-2910
e. samuel.keen@ag.tn.gov



This e-mail message, as well as any attachments, may contain attorney-client privileged and/or confidential information. If you believe that you have received this communication in error, please delete it and notify the sender immediately by reply e-mail or by telephone. Any unauthorized use, disclosure, dissemination, and/or distribution of this communication or its attachments is strictly prohibited. Unintended transmission does not constitute waiver of confidentiality or any applicable privilege.

## Samuel D. Keen

| | |
|---|---|
| **From:** | Amir Yazdi <AYazdi@SEIA.org> |
| **Sent:** | Tuesday, August 23, 2022 2:37 PM |
| **To:** | Alicia Daniels-Hill |
| **Cc:** | Samuel D. Keen |
| **Subject:** | RE: Follow Up after NAAG Presentation |

Definitely don't see anything on Ideal Horizon Benefits. Talk to you tomorrow.

F r n⅔ f¡ir⅔

I juzy-⅃jsjw£¢Htzsxj¢⅔

avazdi@seia.org

Direct: (202) 469-3740
1475 K Street, NW | Suite 1000
Washington, D.C. | 20005

**From:** Alicia Daniels-Hill <Alicia.Daniels-Hill@ag.tn.gov>
**Sent:** Tuesday, August 23, 2022 3:16 PM
**To:** Amir Yazdi <AYazdi@SEIA.org>
**Cc:** Samuel D. Keen <Samuel.Keen@ag.tn.gov>
**Subject:** Re: Follow Up after NAAG Presentation

That is great. I will send out the calendar invitation.

Solar Titan is Ideal Horizon Benefits, LLC's assumed name according to the TN SOS, so you may also want to look for Ideal Horizon Benefits. It's also possible that Solar Titan never applied for membership with the SEIA, though.

**Alicia Daniels-Hill**

Practicing Pending Admission

Consumer Protection Division

Office of the Tennessee Attorney General

Physical Address:

UBS Building, 19th Floor

315 Deaderick Street, Nashville, TN 37243

Mailing Address:

1

P.O. Box 20207, Nashville, TN 37202

615-253-3819

alicia.daniels-hill@ag.tn.gov



---

**From:** Amir Yazdi <AYazdi@SEIA.org>
**Sent:** Tuesday, August 23, 2022 2:09 PM
**To:** Alicia Daniels-Hill <Alicia.Daniels-Hill@ag.tn.gov>
**Cc:** Samuel D. Keen <Samuel.Keen@ag.tn.gov>
**Subject:** RE: Follow Up after NAAG Presentation

10am tomorrow on Teams works well.

I don't see any record of them in Salesforce much less ever being a member of SEIA. I'll dig a bit more through our records in case Solar Titan changed their name.

Fr nŵ f¦ir̃

Ijuzy~ℒjsjw£¢Htzsxj¢

ayazdi@seia.org

Direct: (202) 469-3740
1425 K Street, NW | Suite 1000
Washington, D.C | 20005

**From:** Alicia Daniels-Hill <Alicia.Daniels-Hill@ag.tn.gov>
**Sent:** Tuesday, August 23, 2022 3:00 PM
**To:** Amir Yazdi <AYazdi@SEIA.org>
**Cc:** Samuel D. Keen <Samuel.Keen@ag.tn.gov>
**Subject:** Re: Follow Up after NAAG Presentation

The company is Solar Titan USA.

It sounds like 10:00 am ET tomorrow works for you then? I can send a teams calendar invitation if you have no issues with using teams.

Alicia

**Alicia Daniels-Hill**

2

Practicing Pending Admission

Consumer Protection Division

Office of the Tennessee Attorney General

Physical Address:

UBS Building, 19th Floor

315 Deaderick Street, Nashville, TN 37243

Mailing Address:

P.O. Box 20207, Nashville, TN 37202

615-253-3819

alicia.daniels-hill@ag.tn.gov



---

**From:** Amir Yazdi <AYazdi@SEIA.org>
**Sent:** Tuesday, August 23, 2022 1:46 PM
**To:** Alicia Daniels-Hill <Alicia.Daniels-Hill@ag.tn.gov>
**Cc:** Samuel D. Keen <Samuel.Keen@ag.tn.gov>
**Subject:** RE: Follow Up after NAAG Presentation

Hi Alicia,

Thanks for reaching out. Could you share the name of this company?

Here are some available time slots for the rest of the week:
- Wed (8/24): Before 1pm (ET)
- Thursday: 10am to 3pm (ET)
- Friday: After 2pm (ET)

Amir

Fr n⳰ f;in

3

Ijuzy-Zjsjw£qHtzsxjq



SEIA Solar Energy Industries Association®

ayazdi@seia.org
Direct: (202) 469-3769
1425 K Street, NW | Suite 1000
Washington, D.C. | 20005

**What's Happening at SEIA:**
RE+ 2022 | September 19 - 22 | Anaheim, CA



NOTICE: This message is intended only for the use of the individual(s) named above, and may be attorney/client privileged and confidential. If you are not the intended recipient, please notify the sender at (202) 682-0556 and delete this e-mail. Any unauthorized use, distribution or reproduction of this message and any attachment is strictly prohibited and may be unlawful.

**From:** Alicia Daniels-Hill <Alicia.Daniels-Hill@ag.tn.gov>
**Sent:** Tuesday, August 23, 2022 2:36 PM
**To:** Amir Yazdi <AYazdi@SEIA.org>
**Cc:** Samuel D. Keen <Samuel.Keen@ag.tn.gov>
**Subject:** Re: Follow Up after NAAG Presentation

Good Afternoon Mr. Yazdi,

Thank you for taking the time to present about the SEIA to NAAG last week. During the presentation, you mentioned that you might be willing to talk to some offices about concerns with specific solar companies and any prior membership history that the company may have had with the SEIA. Are you available sometime in the next week or so to have a call regarding one of the companies we have received complaints about in the past year? The company has on its website that it is partnered with the SEIA, but it does not show up as a member on the SEIA membership directory.

I have cc'd my co-counsel, Samuel Keen, who has been working with me on this matter. Please reply all so that if he wants to participate in the discussion, he can provide his availability.

Alicia

**Alicia Daniels-Hill**

Practicing Pending Admission

Consumer Protection Division

4

Office of the Tennessee Attorney General

Physical Address:

UBS Building, 19th Floor

315 Deaderick Street, Nashville, TN 37243

Mailing Address:

P.O. Box 20207, Nashville, TN 37202

615-253-3819

alicia.daniels-hill@ag.tn.gov

