# Exhibit AA

Deed from Nov. 15, 2022 Sale of Home at 3411 Tooles Bend Road

| This Instrument Prepared By and Returned To: | I hereby swear or affirm that the actual consideration for this transfer, or the value of the Premises, whichever is greater, is $9,750,000.00; which is equal to or greater than the amount the Premises would command at a fair and voluntary sale. |
|---|---|
| Signature Title<br>5616 Kingston Pike Ste. 201<br>Knoxville, TN 37919<br>File No. S20220665 | *[signature]* Affiant |
| After Recording Return To The Above. | Sworn to and subscribed before me this 15th day of November, 2022.<br>*[notary seal: JILL M. SUBLETT, STATE OF TENNESSEE, NOTARY PUBLIC, KNOX COUNTY]*<br>*[signature]* Notary Public<br>My Commission Expires: 5/31/26 |

# WARRANTY DEED

THIS INDENTURE, made this 15th day of November, 2022, among:

## RICHARD MICHAEL ATNIP AND HUSBAND, CRAIG ALLEN KELLEY

of Knox County, Tennessee, their trustees, executors, heirs, successors and/or assigns (the "**Grantor**")

AND

## ROBYN J. ASKEW, TRUSTEE OF THE CLARITY LIGHT 24 TRUST DATED NOVEMBER 10, 2022

of Knox County, Tennessee, their trustees, executors, heirs, successors and/or assigns (the "**Grantee**").

## WITNESSETH:

THAT the Grantor, for and in consideration of $10.00 Dollars and other good and valuable consideration, paid in hand, the receipt and sufficiency of which is hereby acknowledged, does grant, bargain, sell, transfer, convey and set over unto Grantee the following described real property hereinafter referred to as the "**Premises**".

> SITUATED in the Sixth (6th) Civil District of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, being known and designated as Lot 1R, FINAL PLAT OF RESUB. OF LOT 1 & 2 OF FLORA LONG S/D, as shown by plat of record in Instrument No. 201406230072309, in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more particular description.
>
> BEING the same property conveyed to Richard Michael Atnip, a married man by Warranty Deed dated April 4, 2022, of record in Inst. No. 202204050076230, in the Register's Office for Knox County, Tennessee.

```
Knox County, TN                    Page: 1 of 2
REC'D FOR REC 11/17/2022 10:35 AM
RECORD FEE: $13.00             T2022CE57169
S. TAX: $0.00  T. TAX: $36,075.00
              2022111700029784
```

FURTHER being the same property conveyed to Gregory F. Coleman by Quitclaim Deed dated May 28, 2021, of record in in Inst. No. 202105180095098, in the Register's Office for Knox County, Tennessee.

FURTHER being the same property conveyed to Gregory F. Coleman and Candis D. Coleman, husband and wife, by Warranty Deed dated November 21, 2018, of record in Inst. No. 201812040034189, in the Register's Office for Knox County, Tennessee.

TOGETHER WITH AND SUBJECT TO all hereditaments and appurtenances deriving therefrom or appertaining thereto including, without limitation, matters filed for record with the aforesaid Register's Office and/or shown on plats or maps of same, if any; further releasing all claims to homestead and dower therein. TO HAVE AND TO HOLD THE Premises by the Grantee, their heirs and assigns forever.

SUBJECT TO all applicable restrictions, easements, agreements, notations, setback lines and/or matters affecting the Premises filed for record in the aforesaid Register's Office.

FURTHERMORE, the Grantor hereby covenants with Grantee that they are lawfully seized in "fee simple" of the Premises, have full power, authority and right to convey the same; that the Premises are free from all liens, other than those described above and property taxes for the current year, which shall be prorated between the parties on the date title to the Premises is transferred to Grantee, the payment of which shall be the responsibility of Grantee; and that Grantor will forever warrant and defend the Premises and title thereto against lawful claims of ALL PERSONS WHOMSOEVER.

THE SOURCE of the above description is derived from the previous deed of record, no boundary survey having been made at the time of this conveyance.

WHENEVER in this instrument a pronoun is used it shall be construed to represent either singular or plural, as the case may demand.

IN WITNESS WHEREOF the undersigned have executed this instrument on the date first above written.

_____          _____
Richard Michael Atnip                              Craig Allen Kelley

State of TENNESSEE
County of KNOX

Personally appeared before me, the undersigned authority, a Notary Public in and for said County and State aforesaid, *Richard Michael Atnip and Craig Allen Kelley*, the within named bargainor(s), with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that he/she/they executed the within instrument for the purposes therein contained.

Witness my hand and official seal this 15th day of November, 2022.

_____
Notary Public
My Commission Expires: 8-31-2024

[Notary Seal: KNOX COUNTY, STATE OF TENNESSEE, NOTARY PUBLIC, MARY HELEN STORY]

**Owner Name & Property Address:**                **Responsible Party For Taxes:**

Clarity Light 24 Trust dated November 10, 2022         SAME
3411 Tooles Bend Rd
Knoxville, TN 37922-6453

Tax ID: 165 00305