# Exhibit BB

## Deed from Oct. 27, 2022 Sale of Home at
## 11913 Grigsby Chapel Road

## WARRANTY DEED

*Nick McBride*
Register of Deeds
Knox County

|||||||||||||||||||||||||||||||||||
Knox County, TN                    Page: 1 of 2
REC'D FOR REC 11/4/2022 11:28 AM
RECORD FEE: $13.00        T20220055334
M. TAX: $0.00 T. TAX: $2,035.00

**202211040027243**

**THIS INSTRUMENT WAS PREPARED BY**
*Admiral Title, Inc., 8517 Kingston Pike, Knoxville, TN 37919*

File # 224198

STATE OF TENNESSEE
COUNTY OF ___Knox___

The actual consideration or value, whichever is greater, for this transfer is $550,000.00.

AFFIANT

Subscribed and sworn to before me this the ___ day of October, 2022.

NOTARY PUBLIC

My commission expires: _____

THOMAS A. BURNETT
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF KNOX
MY COMM. EXPIRES 10/07/2024

*(AFFIX SEAL)*

| ADDRESS NEW OWNER(S) AS FOLLOWS:<br>Susan Worthington | SEND TAX BILLS TO:<br>SAME | MAP-PARCEL NUMBERS |
|---|---|---|
| (NAME)<br>11913 Grigsby Chapel Rd | (NAME) | 142GH-008 |
| (ADDRESS)<br>Knoxville, TN 37934 | (ADDRESS) | |
| (CITY)      (STATE)      (ZIP) | (CITY)      (STATE)      (ZIP) | |

FOR AND CONSIDERATION OF THE SUM OF TEN DOLLARS, CASH IN HAND PAID BY THE HEREINAFTER NAMED GRANTEE(S), AND OTHER GOOD AND VALUABLE CONSIDERATIONS, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, WE, **Richard M. Atnip, Married,** HEREINAFTER CALLED THE GRANTOR(S), HAVE BARGAINED AND SOLD, AND BY THESE PRESENTS DO TRANSFER AND CONVEY UNTO **Susan Worthington, Unmarried,** HEREINAFTER CALLED THE GRANTEE(S), THEIR HEIRS AND ASSIGNS, A CERTAIN TRACT OR PARCEL OF LAND IN KNOX COUNTY, STATE OF TENNESSEE, DESCRIBED AS FOLLOWS, TO-WIT:

SITUATED in District No. Six (6) of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as all of Lot 54, WOODCHASE SUBDIVISION, UNIT 2, as shown on the map of same of record in Map Cabinet E, Slide 313-D, in the Register's Office for Knox County, Tennessee, to which map specific reference is hereby made for a more particular description.

LESS AND EXCEPT the property conveyed to Town of Farragut of record in Book 2217, Page 941, in the Register's Office for Knox County, Tennessee.

BEING the same property conveyed to Richard M. Atnip, married by Warranty Deed from Matthew A. Morelock and Brittany N. Morelock, husband and wife, dated June 23, 2021, recorded June 25, 2021 and of record in Instrument No. 202106250105974, in the Register's Office for Knox County, Tennessee.

THE FIRST PARTY HEREIN STATES THAT THE ABOVE DESCRIBED PROPERTY IS NOT AND HAS NOT EVER BEEN USED BY HIM, HIS SPOUSE OR DEPENDENTS AS A PRINCIPAL PLACE OF RESIDENCE .

THIS CONVEYANCE is made subject to applicable restrictions, building setback lines, existing easements, and all conditions of record.

THE ABOVE DESCRIPTION IS THE SAME AS THE PREVIOUS DEED OF RECORD; NO BOUNDARY SURVEY HAVING BEEN MADE AT THE TIME OF THIS CONVEYANCE.

DESIGNATED as Tax ID: 142GH-008

This is
unimproved ☐
improved ☒  property known as _____ 11913 Grigsby Chapel Rd, Knoxville, TN 37934 _____

                                       (House Number)    (Street)    (P.O. Address)    (City or Town)    (Postal Zip)

    TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEE(S), their heirs and assigns forever; and we do covenant with the said GRANTEE(S) that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEE(S), their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

    WITNESS my hand this the 27 day of October, 2022.

                                    Richard M. Atnip

STATE OF TENNESSEE
COUNTY OF _KNOX_

    BEFORE ME, the undersigned authority, a notary of the aforesaid County and State, personally appeared **Richard M. Atnip**, the within named bargainor(s), with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that such person(s) executed the within instrument for the purposes therein contained.

    WITNESS my hand and official seal, this the 27 day of October, 2022.

                                    Notary Public

My Commission Expires:

AMBER PORTER
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF KNOX
MY COMM. EXPIRES 04/05/2025