# Exhibit CC

## Deed from June 28, 2022 Sale of Home at 3017 Club Drive

THIS INSTRUMENT PREPARED BY,
RECORDED AND RETURN TO:
The Critzer Law Firm PA
Attorneys and Counselors at Law
12889 US Highway 98 West
Unit 110A
Miramar Beach, FL 32550

This is a purchase and sale transaction and Florida Documentary tax stamps were calculated on the purchase price of $1,715,000.00, and $12,005.00 was collected on this transaction.

Parcel ID No. 23-2S-21-42800-000-3555        [SPACE ABOVE RESERVED FOR CLERK USE]

# WARRANTY DEED

STATE OF FLORIDA

COUNTY OF WALTON

THIS WARRANTY DEED, is made this 28th day of June, 2022, by and between **Richard M. Atnip, a married person**, whose address is: 11205 Outlet Drive, Knoxville, TN 37932, hereinafter referred to as "Grantor," and

**Joseph R. Nacarato and Beth S. Nacarato, Husband and Wife**, whose post office address is: 3017 Club Dr., Miramar Beach, FL 32550, hereinafter referred to as the "Grantee."

WITNESSETH, that Grantor, for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration to Grantor in hand paid by Grantee, the receipt of which is acknowledged, conveys to Grantee, Grantee's successors and assigns forever, the following legally described land, situate, lying and being in **Walton County, Florida** (the "Property"):

**Lot 3555, Preserve at Burnt Pine, according to plat thereof as recorded in Plat Book 14, Page 67, of the Public Records of Walton County, Florida.**

**THE PROPERTY IS NOT THE HOMESTEAD OF THE GRANTOR(S).**

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

1

And the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to January 1, 2022 reservations, restrictions and easements of record, if any.

Signed, Sealed and Delivered
in the Presence of:

Witness No. 1 Printed Name: Meri Kate Mollitor

Richard M. Atnip

Witness No. 2 Printed Name: S. Scott Critzer

State of Florida
County of Walton

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this 28th day of June, 2022 by Richard M. Atnip who [ ] is personally known or [X] has produced a driver's license as identification.

[Seal]

LISA K. MOLLITOR
MY COMMISSION # GG 332072
EXPIRES: June 22, 2023
Bonded Thru Notary Public Underwriters

Notary Public
Print Name: Lisa K. Mollitor
My Commission Expires: 6-22-2023

2