UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE,<br>*ex rel.* JONATHAN SKRMETTI,<br>ATTORNEY GENERAL and REPORTER,<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* DANIEL CAMERON,<br>ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a<br>SOLAR TITAN USA, *a Tennessee Limited Liability Company*,<br><br>CRAIG KELLEY, RICHARD ATNIP,<br>and SARAH KIRKLAND, *individually and as officers of Solar Titan USA*,<br><br>and<br><br>SOLAR MOSAIC, LLC d/b/a MOSAIC,<br>*a California Limited Liability Company*,<br><br>Defendants,<br><br>and<br><br>SOLAR TITAN CHARTERS, LLC d/b/a<br>TITAN CHARTERS, *a Florida Limited Liability Company*,<br><br>Relief Defendant. | JURY TRIAL DEMANDED<br><br><br><br><br><br>CASE NO. 3:23-cv-00046-DCLC-JEM |

## ORDER TEMPORARILY SEALING ENTIRE FILE

This matter came before the Court on the motion of Plaintiffs State of Tennessee and Commonwealth of Kentucky ("Plaintiffs") for a temporary seal of the docket, filings, and proceedings in this case pursuant to Local Rule 26.2(b). The Court, having reviewed the motion, the memorandum in support, the contents of the file, and the arguments of counsel, if any, is of the opinion that Plaintiff has shown good cause and that the motion is well-founded and should be GRANTED.

IT IS THEREFORE ORDERED that these proceedings, the pleadings, motions, memoranda, all orders, and all other filings shall be temporarily sealed until the earlier of the following:

1. Executed returns of service or waivers of service are filed, whereupon, the Clerk is ORDERED to unseal this matter;

2. Counsel for Plaintiffs files a Notice of Status that because one or more of the defendants in the action have sufficient notice of this action, further sealing is unnecessary, whereupon, the Clerk is ORDERED to unseal the matter; or

3. If neither occurs before 5:00 p.m. EST on the fifth business day following entry of this Order (not including the date of entry), the Clerk is ORDERED to unseal the matter at that time

This Order shall not be construed to prohibit service or other disclosure by Plaintiffs, or those acting at Plaintiffs' direction, of the *Ex Parte* Temporary Restraining Order, Appointment of Temporary Receiver, and Order to Show Cause, and any papers filed in support thereof to: (1) the parties; (2) non-party financial institutions that may be holding the Defendants' assets; (3) any domestic or foreign law enforcement agency; or (4) any credit reporting agency.

**DATED,** this  6th  day of  February , 2023.    s/ Clifton L. Corker
United States District Court Judge
Eastern District of Tennessee

1