UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE,<br>*ex rel.* JONATHAN SKRMETTI,<br>ATTORNEY GENERAL and REPORTER,<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* DANIEL CAMERON,<br>ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a<br>SOLAR TITAN USA, *a Tennessee Limited<br>Liability Company*,<br><br>CRAIG KELLEY, RICHARD ATNIP,<br>and SARAH KIRKLAND, *individually<br>and as officers of Solar Titan USA*,<br><br>and<br><br>SOLAR MOSAIC, LLC d/b/a MOSAIC,<br>*a California Limited Liability Company*,<br><br>Defendants,<br><br>and<br><br>SOLAR TITAN CHARTERS, LLC d/b/a<br>TITAN CHARTERS, *a Florida Limited<br>Liability Company*,<br><br>Relief Defendant. | JURY TRIAL DEMANDED<br><br><br><br>CASE NO. 3:23-cv-00046-DCLC-JEM |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES

This matter came before the Court on the motion of Plaintiffs State of Tennessee and Commonwealth of Kentucky ("Plaintiffs") motion for leave to file excess pages in Plaintiffs' Memorandum in Support of Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of Receiver, Other Equitable Relief, and an Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Memorandum"). The Court, having reviewed the motion, is of the opinion that Plaintiff has shown good cause and that the motion is well-founded and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs may file an additional 33 pages as part of their TRO Memorandum.

**DATED,** this __6th__ day of __February__, 2023.

s/ Clifton L. Corker
United States District Court Judge
Eastern District of Tennessee

1