| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JOHNATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL<br><br>    Plaintiff,<br><br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, et. al.<br><br>    Defendants. | No. 3:23-cv-00046-DCLC-JEM |

## DEFENDANT SARAH KIRKLAND'S NOTICE OF SERVICE OF FINANCIAL DISCLOSURES

Defendant Sarah Kirkland ("Ms. Kirkland"), by and through counsel, gives notice that she served her financial disclosure forms in compliance with Section V of the Court's Opinion and Order (Doc. 21) and this Court's Order instructing Ms. Kirkland to deliver the completed financial statements to counsel for Plaintiffs and the Receiver on or before February 13, 2023. (Doc. 35).

                                              Respectfully submitted,

                                              /s/ Gregory Brown
                                              Gregory Brown (BPR #027944)
                                              W. Scott Hickerson (BPR #026369)
                                              Hugh B. Ward (BPR #015071)
                                              G. Alan Rawls (BPR #038300)
                                              900 South Gay Street, Suite 2102
                                              Knoxville, TN 37902
                                              P: (865) 521-6527
                                              F: (865) 637-0540
                                              gb@lyblaw.net
                                              wsh@lyblaw.net

hbw@lyblaw.net  
gar@lyblaw.net  
*Counsel for Defendant Sarah Kirkland*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Gregory Brown

4889-7608-0720, v. 1