IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

# CIVIL MINUTES: *MOTION HEARING*

Date February 16, 2023   Time 1:26 P.M.   To   1:40 P.M.

Case No. 3:23-CV-46, STATE OF TENNESSEE, ET AL vs. IDEAL HORIZON BENEFITS, LLC, ET AL

================================================================

The Honorable CLIFTON L. CORKER, U.S. District Judge, Presiding

Courtroom Deputy KIM OTTINGER                Court Reporter KAREN BRADLEY

**PARTIES**

**COUNSEL**

| PARTIES | COUNSEL |
|---|---|
| STATE OF TENNESSEE | ALICIA DANIELS-HILL |
|  | J. DAVID MCDOWELL |
|  | **SAMUEL DAVID KEEN** |
| COMMONWEALTH OF KENTUCKY | LYNDSEY ANTOS |
| Plaintiffs | PAUL FATA |
| vs. | PHILIP HELERINGER |
| IDEAL HORIZON BENEFITS, LL |  |
| CRAIG KELLEY | CHARLES W. GILBREATH, II |
|  | STEPHAN R. WRIGHT |
| RICHARD ATNIP | SAMUEL BLINK |
|  | WILLIAM C. KILLIAN |
| SARAH KIRKLAND | **GREGORY BROWN** |
|  | HUGH B. WARD, JR. |
|  | GREGORY ALAN RAWLS |
|  | WILLIAM SCOTT HICKERSON |
| SOLAR MOSAIC, LLC. |  |
| SOLAR TITAN CHARTERS, LLC |  |
| Defendants |  |
| RICHARD RAY |  |
| Receiver |  |

**PROCEEDINGS:**

**RE:    Motion to Dissolve Temporary Restraining Order [Doc. 52]**

Opening statements by the Court

Oral argument by Attorney Samuel Keen and Attorney Gregory Brown; Order to enter