UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

STATE OF TENNESSEE, *ex rel.*
JOHNATHAN SKRMETTI, ATTORNEY
GENERAL and REPORTER; and
COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY
GENERAL,

    Plaintiffs,

v.

IDEAL HORIZON BENEFITS, LLC d/b/a
SOLAR TITAN USA, et al,

    Defendants.

No. 3:23-cv-46-DCLC-JEM

### JOINT MOTION OF PLAINTIFFS AND DEFENDANT SARAH KIRKLAND FOR LIMITED RELEASE OF FUNDS

The Plaintiffs and Defendant Ideal Horizon Benefits, LLC d/b/a Solar Titan USA, *ex rel.* Receiver Richard Ray ("Receiver"), and Defendant Sarah Kirkland ("Ms. Kirkland") jointly move the Court to amend its Opinion and Order (ECF Doc# 21, PageID: 2358). Per the Opinion and Order, the Receiver is required to disburse $3,500.00 from the Receivership Estate to Ms. Kirkland for each month wherein Ms. Kirkland's assets are subject to the Opinion and Order's asset freeze.

The Receiver, the Plaintiffs, and Ms. Kirkland have agreed that, in lieu of receiving $3,500.00 from the receivership estate for the month of February 7, 2023 to March 7, 2023, Ms. Kirkland may make a one-time withdrawal of $10,000.00 from her Pinnacle bank account (Account No. ********0536). This serves to preserve the limited assets of the receivership estate and also allows Ms. Kirkland to pay more of her monthly bills, which exceed the amount to be disbursed by the Receiver.

1

WHEREFORE, the Plaintiffs, the Receiver, and Ms. Kirkland request that the Court amend its order and allow Ms. Kirkland to make a one-time withdrawal of $10,000.00 from her bank account in lieu of receiving $3,500.00 from the Receivership Estate for the period of February 7, 2023 – March 7, 2023. Once the $10,000.00 withdrawal is made, Ms. Kirkland will provide Plaintiffs and the Receiver with a receipt showing the withdrawal and the remaining account balance.

Respectfully submitted,

/s/ Gregory Brown
Gregory Brown (BPR #027944)
Hugh B. Ward (BPR #015071)
W. Scott Hickerson (BPR #026369)
G. Alan Rawls (BPR #038300)
900 South Gay Street, Suite 2102
Knoxville, TN 37902
P: (865) 521-6527
F: (865) 637-0540
gb@lyblaw.net
wsh@lyblaw.net
hbw@lyblaw.net
gar@lyblaw.net
*Counsel for Defendant Sarah Kirkland*

/s/ Ryan E. Jarrard
Ryan E. Jarrard, Esquire BPR 024525
Counsel for Receiver Richard F. Ray
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
(865) 524-1873

/s/ Samuel Keen
Samuel Keen (Admitted *Pro Hac Vice*)
Office of The Tennessee Attorney General
315 Deaderick Street, 19th Floor
Nashville, TN 37243
P: (615) 837-5155
sdkeen@gmail.com
*Counsel for Plaintiff State of Tennessee*

/s/ Paul Fata
Paul Fata (Admitted *Pro Hac Vice*)
Office of the Kentucky Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
P: (502) 696-5578
paul.fata@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Gregory Brown

4891-2653-2689, v. 1