UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TENNESSEE, *ex rel.* | ) | |
| JOHNATHAN SKRMETTI, ATTORNEY | ) | |
| GENERAL and REPORTER, and | ) | |
| COMMONWEALTH OF KENTUCKY, | ) | |
| *ex rel.* DANIEL CAMERON, ATTORNEY | ) | 3:23-CV-00046-DCLC-JEM |
| GENERAL | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| IDEAL HORIZON BENEFITS, LLC | ) | |
| d/b/a SOLAR TITAN USA, *et. al.* | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiffs State of Tennessee ("Tennessee") and Commonwealth of Kentucky ("Kentucky") (collectively the "Plaintiffs") along with Defendant Sarah Kirkland ("Ms. Kirkland") have filed a Joint Motion for the limited release of funds to Ms. Kirkland [Doc. 61]. Upon review of the Joint Motion and upon finding that the Plaintiffs, Ms. Kirkland, and the Receiver are all in agreement that Ms. Kirkland may make a one-time withdrawal of $10,000.00 from her Pinnacle bank account (Account No. ********0536) in lieu of receiving $3,500.00 from the receivership estate for the month of February 7, 2023 to March 7, 2023, the Court is of the opinion that, to preserve the limited assets of the receivership estate and to allow Ms. Kirkland to pay more of her monthly bills, there is good cause to amend the Court's prior Opinion and Order [Doc. 21].

1

It is, therefore, ordered that, in lieu of receiving $3,500.00 from the receivership estate for the month of February 7, 2023 to March 7, 2023, Ms. Kirkland may make a one-time withdrawal of $10,000.00 from her Pinnacle bank account (Account No. ********0536).

It is further ordered that, once the $10,000.00 withdrawal is made, Ms. Kirkland shall provide Plaintiffs and the Receiver with a receipt showing the withdrawal and the remaining account balance.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge