# CONSUMER MEDIATION REQUEST FORM

RECEIVED

AUG 18 2022

OFFICE OF SENIOR PROTECTION

OFFICE OF THE ATTORNEY GENERAL

RETURN TO:
Office of the Attorney General
Office of Senior Protection and Mediation
1024 Capital Center Drive • Frankfort, KY 40601
Hotline: 1-888-432-9257 • FAX: 502-573-7151
www.ag.ky.gov

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ☑ Mr ☐ Mrs ☐ Ms ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City ▓▓▓▓▓ State ▓▓▓ Zip Code ▓▓▓▓ County ▓▓▓▓

Home phone _____ Work/Cell Phone ▓▓▓▓▓▓▓

Email Address ▓▓▓▓▓▓▓▓▓▓▓▓

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Company your complaint is against? Solar Titan USA

Address 11205 Outlet Dr. or 2333 Alexandria Dr., Lexington Ky 40504

City Knoxville State TN Zip 37932 County _____

Phone 865 - 392 - 1054

---

*Please fill in this section completely.*

Was a contract signed? ☑ YES ☐ NO (If yes, please attach a copy of your contract)

Where was the contract signed? ☑ In your home ☐ At the business ☐ Other _____

Date(s) of transactions 5/4/2021 Product/Service Involved 8Kw Solar / PV System

Total Price $ 45,000 Amount Paid $ 3,792.32/100 Was product/service advertised ☑ YES ☐ NO

How was service advertised? ☐ Newspaper ☑ TV ☐ Radio ☐ Mail ☐ Phone ☑ Email ☑ Internet ☐ Other _____

With what other agencies have you filed this complaint? N/a

What action was taken? N/a

Have you hired or retained a private attorney? ☐ YES ☑ NO    Have you started court action? ☐ YES ☑ NO
*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? Our PV System has ___ only partially Installed, and did not Initially Include installation of essential components ie, _____ Are Without full benefit of this System after 19 months of

*Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.*

payments on a $45,000 system, which I think is unacceptable
& possibly a breach of contract. Also we were led to believe,
that we would get a $11,400 Green Energy Federal Rebate,
that would apply to our loan with Mosaic on 11/10/22 -
When we had our Accountant prepare our 2021 taxes we were
informed that it was not a Rebate but a tax Credit. This
is "Sales pitch" is what sold us on the purchase. We think we were
Deliberately mislead. We want this PV System to work, &
Rebate of $11,400 to cover the balloon payment, & 14 months
of payments to offset our electrical costs.

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

_____     8/16/2022
Signature                            Date

---

### AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information _____

_____

Account/Loan Number _____

Email address _____

#### HIPAA Privacy Authorization  - Authorization for Use or Disclosure of Protected Health Information

I authorize _____ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

_____          _____
Signature                                Date

### OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15  ☐16-25  ☑ 26-39  ☐40-59  ☐60-75  ☐76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.*

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Skaggs, Clay J (KYOAG) on behalf of Attorney General (KYOAG) |
| **Sent:** | Monday, March 14, 2022 11:51 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FW: AGDC1 From Website |

## L. James Clay Skaggs

Director of Constituent Services
*Kentucky Office of the Attorney General Daniel Cameron*
*700 Capital Avenue*
*Frankfort, Kentucky 40601*
*Office phone: 502.696.3851*
*Cell phone: 502.892.1044*
Clay.Skaggs@ky.gov

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Wednesday, March 2, 2022 12:30 PM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Prefix: Ms.
Name█████████
Email Address:█████████
Reason for Contacting: Solar Titan Knoxville TN
Address Line 1█████████
Address Line 2:
City:█████████
State:████
Zip Code:█████
County:
Country:
Phone:█████████
Message: I am having a very serious problem with this company. I have purchased a solar system from them and as of now it has not started producing electricity for my home. I talked to the sales person in the summer and agreed to purchase the system. Finally heard from them to (install system) on 11/09/21 when I was on vacation. They only installed the solar panels was informed that they would contact me for the battery/converter installation. When I purchased the system there was no mention of several installations. When they said installed I assumed it would be EVERYTHING! They contacted me and scheduled the battery/converted installation on 12/17/21 I believe. I could not be there due to work so my sister had to be there so they could get into my house for the electrical box. Again no mention I would not be generating my own electricity. Was informed the state inspector would have to sign off on the installation before they could hook up the wires to start generating my electricity. As of this date 3/2/22 I am still not generating electricity. I have made numerous phone calls to the company and leave voice messages to call me or if I actually get a live person and ask for the last person who I talked to, they tell me that person no longer works here. I have been calling and being ignored since 12/18/21. I have talked to the state inspector █████████ or the county I live in and he told me that he has received the payment for the inspection but they have not contacted him to do the inspection. In the meantime I am a single person with a single income coming into my household and I am paying for the solar system and also for an electric bill for the past 3 months. I am beginning to feel like I have been taken advantage of. I hope you are

able to help me in some way! Thank you for your time. Sincerely, █████████

User Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36

Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx





# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **0c62f8ce-f1bd-4ff3-b1cd-517caa811ae2**

Completion Date    **8/3/2022 2:09:26 PM**

## Information
## Consumer

First Name    ██████

Last Name    ███████

Address    █████████████████

City    ████████

State    ███████

Zip Code    ███████

County    ████

Phone Number    █████████

Email Address    ███████████

What is your age?    **60+**

Are you a Veteran?    **No**

## How You Were Scammed

Phone Number of Caller

Was it an automated call?

Were you provided a call back number?

If yes, please provide the phone number

Website Address (if known)

Email Address of Sender

Name of Sender

Address of Sender

Description or Name of Scammer, if known: **SOLAR TITAN CAME TO OUR HOUSE ON 4/18/2022 ABOUT SOLAR FOR OUR HOUSE HIS NAME WAS JUSTIN GIRDLER. WE LIKED THE IDEA OF SOLAR SO WE**

Location Where Scam Occurred:

## Type of Scam

Please Select **Other**

If the scam you experienced is not listed above, please select "other" and briefly explain **SOLAR TITAN TALKED US INTO A 5 KW PANEL SYSTEM AND TOLD US THEY WOULD DO THE PERMITS, SO WE AGREED AND WERE TOLD IT WOULD BE 4-5 WEEKS BEFORE THEY CAN DO AN INSTALL. THE PANEL INSTALLED CAME ON 4/26/22 TO INSTALL 10 PANELS ON OUR ROOF. IT IS NOW 8/3/22 AND NO ELECTRICAL PANEL HAS NOT BEEN INSTALLED AFTER SEVERAL CALLS FOR INSTALLATIONS WITH PROMISED DATES. NOW WE HAVE BEEN TOLD BY SCOTT COUNTY PERMITTING THAT THEY HAVE NOT ISSUED A PERMIT AND WILL NOT BECAUSE OF MANY OPEN PERMITS TO ALLOW THEM TO INSTALL OUR SYSTEM.**

Did you lose money? **Yes**

If so, how much? **$8,000.00 FOR THE PANELS**

How did you send the money? **MOSAIC loanservicing@joinmosaic.com 855-746-5551**

## Further Information

Please briefly describe your situation involving the scam or potential identity theft . You may also attach any copies of documents you received or copies of receipts you may have. **Solar Titan USA installed 10 panels on our roof without a permit for ▇▇ County building approval we now owe $8000.00 for the panels which can not be completed because permits will not happen. we would like to get out of the agreement and get the panels to be removed.**

## Documents List

### Filename

Connexus Solar Panels loan-agreement-431881.pdf                    Download

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?

Were you contacted by a company or agency regarding a data breach?

If yes, who contacted you?

Was your identity used to open new accounts, etc.?

If other, please explain

## What To Do Next?

## Signature

**#129.87**

 ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **a3914fdb-1ea4-4c59-8ca4-b891e5038b7c**

Completion Date    **7/18/2022 12:07:08 PM**

## Consumer Complaint and Mediation Form

Name    ██████████████

Address    ████████████

City    ████████████

State    ████

ZIP/Postal Code    ██████████████

Country    ████████████

Home Phone

Mobile Number    ████████████████

E-Mail    ████████████████████████

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 North Peters Road , Tennessee 37922**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **2/10/2022**

Product or service involved    **Solar Panels**

Total Price  **$25,000 usd**

Amount Paid  **$425.55**

How did you hear about this product or service?  **salesman**

With what other agencies have you filed a complaint?  **BBB**

What action was taken by those agencies?  **not yet**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **First id like the job finished and then I'd like this company to be ran out of state only to never be allowed back.**

Briefly state the facts of your complaint  **This company has been deceptive from the beginning. They installed the panels on my roof without a structural permit. Then they installed and connected the panels to my electrical breaker without an electrical permit. Now we are waiting on the KY state electrical inspector to come out and do his job, but we can't talk to anyone at Solar Titan that knows when that will be. We are paying monthly payments to them for a product that isn't permitted, inspected, connected to my meter or much less working at all.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ██████████

Date  **7/18/2022**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

**#129.89**



# ATTORNEY GENERAL
# **DANIEL CAMERON**

## **Secure Online System**



RECEIVED
JUL 14 2022
CONSUMER PROTECTION DIVISION
LOUISVILLE

## Application Information

Submission Id  **e858d176-a9a8-4ace-9264-6fd8a22a851c**

Completion Date  **7/13/2022 12:54:19 PM**

## **Consumer Complaint and Mediation Form**



| | |
|---|---|
| Name | ▉▉▉▉▉▉▉ |
| Address | ▉▉▉▉▉▉▉ |
| City | ▉▉▉▉▉▉▉ |
| State | ▉▉▉ |
| ZIP/Postal Code | ▉▉▉▉ |
| County | ▉▉▉▉▉▉ |
| Home Phone | ▉▉▉▉▉ |
| Mobile Number | ▉▉▉▉▉▉ |
| E-Mail | ▉▉▉▉▉▉▉▉ |

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **414 N Peters Road**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail  **cheyennegies@solartitanusa.com**

Was a contract signed?  **True**

Date(s) of transaction  **9/20/2021**

Product or service involved  **solar panels**

Total Price  **$43,500.00**

Amount Paid  **$3000.00 about**

How did you hear about this product or service?  **television**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?  **none**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I would like to receive the service I signed the contract for. I want a price reduction. It would be appropriate due to misleading information.**

Briefly state the facts of your complaint  **Solar Panels were installed (not sure what date of installation was, maybe Nov 2021) solar panels are not working, never has worked but I have been paying for the Panels since December 2021. I have called several times and each time I speak with someone they always say I will let our customer service department get back with you, and it has not happened yet! Panels were installed by Ideal Horizon Benefits LLC**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ████████████

Date  **July 13, 2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Mosaic**

Account/Loan Number

Email Address  **loanservicing@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

**Secure Online System**

## Application Information

Submission Id   **1e079f48-4353-486c-a4eb-17cf0dc679e7**

Completion Date   **5/24/2022 10:05:10 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮▮

State ▮▮

ZIP/Postal Code ▮▮▮▮▮▮▮

County ▮▮▮▮▮▮

Home Phone ▮▮▮▮▮▮▮▮▮▮

Mobile Number ▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮▮



Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan, USA**

Company Address   **11205 Outlet Drive**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37932**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **12/21/2021**

Product or service involved   **Solar Panels**

Total Price **57,000**

Amount Paid **solar financed 57,000**

How did you hear about this product or service? **Internet**

With what other agencies have you filed a complaint? **none yet**

What action was taken by those agencies?

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **After 2 months of calling and getting no results, I agreed to talk to [REDACTED] at WHAS11. After his FOCUS report, they finally agreed to pay me the interest charged over the 4 and a half months it took them to get the permit and activate the panels. That took care of my main issue, but I wanted to file the complaint to go on record for anybody else looking into using Solar Titan. I also think their panels are overpriced.**

Briefly state the facts of your complaint **Installed panels on house without getting required permits first, so job could not be inspected nor panels activated. But they collected full price for completed installation. They guaranteed me on phone that they had permits and I needed to let them install. They lied, but they got their money and I was charged the interest by the finance company.**

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signature [REDACTED]

Date **5/24/22**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id **e29ae5c1-0b40-4b0b-8bf9-92b56884f3c8**

Completion Date **12/7/2021 10:49:40 AM**

## Consumer Complaint and Mediation Form

Name █████████

Address ████████████

City ███████

State ███

ZIP/Postal Code ████████

County ██████

Home Phone ████████

Mobile Number █████████

E-Mail ████████████

Are you Active Duty Military? **No**

Company or person your complaint is against **Titan Solar USA**

Company Address **414 N. Peter's Road**

Company City **Knoxville**

Company State **TN**

Company ZIP **37922-2332**

Company Phone **865-392-1036**

Company E-Mail **Solartitanusa.com**

Was a contract signed? **True**

Date(s) of transaction **August of 2021**

Product or service involved **Solar panels**

https://secure.kentucky.gov/formservices/AttorneyGeneral/ConsumerMediationForm/Admin

Total Price   **$18,000.00**

Amount Paid   **$108.00**

How did you hear about this product or service?   **Internet**

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Take panels off roof and fix holes in roof, plus put KU cable out of garage, inspector told us we could not have them in garage.**

Briefly state the facts of your complaint   **They have not installed the solar, we have had them inspected twice and failed both times. This has been going on for 4 months and after the last failed inspection they said it would be another 1 to 2 months. The salesman said it would take 4 to 6 weeks. We cannot get anyone to call us back, they said we have to continue to pay even though we do not have the solar. We finally was able to talk to a manager and she told us they would not come and get the panels after they were installed. We had only 3 days to decline back in August but they had not even started the work yet. They have messed up every job they have tried to do here plus sent duplicate crews out, only delaying it more. Came out 3 times to install the panels bringing the wrong brackets. After this last failure of 5 different problems with the electrical work we have called the finance company, installers and Titan. They all give us the run around with wrong numbers for the installers.**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   ███████████

Date   **12/07/2021**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

**#129.95**



## ATTORNEY GENERAL
# DANIEL CAMERON

### Secure Online System

## Application Information

Submission Id   **9406ae8c-94a5-4c30-9d7d-234a5a367aa2**

Completion Date   **11/21/2021 6:52:24 PM**

## Consumer Complaint and Mediation Form

| | |
|---|---|
| Name | ███████ |
| Address | ███████ |
| City | ███ |
| State | ██ |
| ZIP/Postal Code | ███████ |
| County | ████ |
| Home Phone | ██████ |
| Mobile Number | ██████ |
| E-Mail | ████████ |

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar titan usa**

Company Address   **11205 outlet dr**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37932**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **May 2021**

Product or service involved   **Solar system**

**#129.96**

https://secure.kentucky.gov/formservices/AttorneyGeneral/ConsumerMediationForm/Admin   1/3

Total Price  **42,500.00**

Amount Paid  **42,500.00**

How did you hear about this product or service?  **Google**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **None**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I want a refund for the system, it is defective. Plus an additional 3000.00 to cover the cost of roof repair and the rest we will take as a loss!**

Briefly state the facts of your complaint  **The solar panel system is not producing half of what it suppose to be producing, I called the company over and over, after multiple phone calls which I do have all documented and text messages, they referred us to our electric company stating they was not reading it accurately, but Aep's information matched up with what our app of the panels was stating we was producing, since then we have made phone call after phone call, sent message after message, now they are just avoiding our phone calls I was promised a 100% coverage even inquired about a battery and was advised to wait jr Buchanan had told us the price would bottom out and could get them much cheaper later on, he also notified us that if we build anything that required more electric he had it fixed to where they could do the install at no additional charge, we was promised no more Aep bills, our electric bill has dropped around 25% we are still trying to contact, by phone calls, text messages with no success! Pls help us**

## Documents List

### Filename

C241D470-3143-4EFD-9E4A-AF68AAF9DE27.png                                                    Download

1BF3FD39-6DF1-40DD-BB4C-7F3E2B289EF4.png                                                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **11/21/2021**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Mosaic**

Account/Loan Number  

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

https://secure.kentucky.gov/formservices/AttorneyGeneral/ConsumerMediationForm/Admin                                        2/3

Electronic Signature    ████████████

Date    **11/21/2021**

Verification    **PASS**

File no: 21604.00
Co Name: Solar Titan USA

~~[redacted]~~ This is our written response within the
10 day period and their response does NOT resolve the dispute!

The correspondence from Solar Titan
was not resolved, they sent you the same
information they have given us for 6 months
if you can provide me with a diret email
or fax, I can send you pictures where
Dale Roden and Shawna Hilton are avoiding
us, and the only reason they know its producing
is because we told them, but its a faulty
system its only producing 30% of what it
should be, I have tried calling them again
after this notification and I did tell them
I'm going to get a lawyer 2 months ago, but
we are to the point we are going to have to
file bankruptcy and the last time I
called, we was told that from that point
on they will only speak with an attorney
and I cannot understand why they would
want to only speak with that type of
attorney, they still have not contacted us
I truly believe their response was a
way to postpone or delay long enough till
they are in the clear, Dale was notified
what it was producing Sept 24th 20__ (____
response), I have recordings

RECEIVED
JAN 18 2022
OFFICE OF SENIOR PROTECTION

#129.99

of them just saying they would call us back, I have pictures of the messages from Dale and Shana, all we have got from the company is we will reach back out to you or AEP is not reading it, but AEP is getting the same readings that the app to the system is stating JR Buchanan said it would cover 90-100% of the utility and there would be a carry over credit for winter months, they got us the loan, told me what our interest rates would be, what our payments would be, but since then we are still paying 80% of our electric bill plus an additional 255.⁰⁰ per month, we have a 5yr old and 7yr old, because of this I haven't had money to send with them for break or Kohona ice day for Christmas, they got 2-10.⁰⁰ gifts each from the dollar store, I can't speak about the situation without crying, and yes Solar Titan has been made aware, an attorney named ▮▮▮▮ that works with ▮▮▮▮ office is the one who referred me to the Attorney General Consumer protection, she was

the one that gave me the number, but is going to be the one to do our bankruptcy. She told me they wasn't suppose to forward our personal information to loan companies, I just assumed it was like a car dealership. I don't care about any of that, I just want the system to work properly, to produce what we was promised, we have a 10Kw system which should produce 29-46 Kwh per day, today is Jan 11th 2022 it has had full sun, no clouds it has produced 17.96 Kwh, since May it has produced 6.81 MWh, at the rate its producing it will take 80 years for the system to pay for itself, something is wrong, please I don't know whereelse to turn, Solar Titan is still avoiding us, ignoring messages, ignoring phone calls, or absolutely abject to speaking to us, I have notified them of everything, they are using them term, "We will get back to them," as a deflection, a defense mechanism, a way to escape the problem they created, and their production manager is just trying to project the problem onto another company. I can provide recorded

phone calls, text messages, documentation from AEP and screenshots from the app. I can fax, mail, I can facetime so you can hear the recordings, I'm stressed, torn, pressured, and broke to a point I'm getting depressed, disheartened, and just grieving when a paycheck comes in, every month passing we are going deeper, worst time was christmas when my little girl caught me crying and I guess she heard what was being said and went to her bedroom and got her lil piggy bank and said mom I can help and that hurt, but Solar Titan says don't worry we will get back with you, so a big shout out to them, I need more then we will call you back.

File No: ▉▉▉▉▉▉
Co Name: Solar Titan USA



## ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **cfe851bb-0687-4dac-ae77-9773093b12b3**

Completion Date    **8/11/2022 7:00:04 PM**

## Consumer Complaint and Mediation Form



Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan**

Company Address    **42 Bray Creek Rd**

Company City    **Manchester**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-932-1036**

Company E-Mail    **aalesforce@solartitanusa.com**

Was a contract signed?    **True**

Date(s) of transaction    **2/25/23**

Product or service involved    **Solar Energy System**

Total Price  **55,000**

Amount Paid  **937.02**

How did you hear about this product or service?  **Google search**

With what other agencies have you filed a complaint?  **BBB,**

What action was taken by those agencies?  **Waiting to hear back**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I feel legal action need to be taken against this company I would be will to take part of a class action suit.**

Briefly state the facts of your complaint  **Entered into contract 2/25/22 for a $55,000 solar system installation started in 4/22 as of 8/11/22 still not functional. Payments on auto draft 3 months debited one reimbursed after being talked into using docusign on my phone I wasn't comfortable using but I was told that as long as I sign the letter it would give them permission to send me my money back because it come from a loan company. Unfortunately for our house hold we had the misfortune of dealing with a very unprofessional inexperienced group of employees from solar titan who have very little disregard for our property. The type of employees that have sent to work on our property have questionable experience they are a good percentage newly hired by solar titan. We have heard many complaints from there own crews about work procedures being performed in the field. They have been out to the house 12 times at this point and the system is still not in working order there is not enough voltage to run our system.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **8/11/22**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Mosaic Loan**

Account/Loan Number  

Email Address  **support@joinmosaic.com**

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **09cfe440-2be0-4eab-8311-ad144b1539bf**

Completion Date   **11/24/2022 7:10:36 PM**

## Consumer Complaint and Mediation Form



Name   ███████████████

Address   █████████████████████

City   ███████████

State   ████████

ZIP/Postal Code   ████████████

County   ██████████

Home Phone   ████████████

Mobile Number   ██████████████

E-Mail   ███████████████

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titon**

Company Address   **6414 N Peters Rd,**

Company City   **Knoxville,**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   ████████████████

Was a contract signed?   **True**

Date(s) of transaction   **August 2022**

Product or service involved   **solar panels**

Total Price  **no total given no contract delivered and now a loan company is saying we owe 44,000 dollars.**

Amount Paid  **nothing yet**

How did you hear about this product or service?  **they came to our house**

With what other agencies have you filed a complaint?  **filing with attonrey general and comsumer protection and Ky public protection**

What action was taken by those agencies?  **just filing**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **to stop the loan, no work has been done, no permits pulled the solar titon left our house and stuck us with a loan and nothing has been delivered. the roof will not support a solar panel and we have no contract or paper and they ordereed in August thousands of dollars of materials and we do not have anything.**

Briefly state the facts of your complaint  **solar titon has not followed trhu and they ordered materials under our name and a company is wanting payment for something we never received. when you contact the companies they blame the other company.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **11/24/2022**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

**Secure Online System**

## Application Information

Submission Id   **62f19259-601e-4ab1-b01a-8abc70d35ca0**

Completion Date   **9/30/2022 5:28:32 PM**

## Consumer Complaint and Mediation Form

Name   ███████████████

Address   ████████████████

City   █████████

State   ████

ZIP/Postal Code   ██████████

County   ██████████

Home Phone

Mobile Number   ███████████

E-Mail   ████████████████

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titans USA**

Company Address   **414 North Peters Road Knoxville, Tennessee 37922**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   **media@solartitanusa.com**

Was a contract signed?   **False**

Date(s) of transaction   **October 2022**

Product or service involved   **Solar panels**

Total Price **44000**

Amount Paid **44000**

How did you hear about this product or service? **Internet**

With what other agencies have you filed a complaint? **None**

What action was taken by those agencies?

Have you hired or retained an attorney? **False**

Have you started court action? **True**

What action will resolve your complaint? **I would like for them to come get the faulty equipment and refund my money.**

Briefly state the facts of your complaint **We paid 44000 dollars for solar panels that do not work. I have had 5 of their employees admit that we had faulty solar panels. They have not worked from the first day. We have called almost every month trying to get help from them. They have sent out technicians that have never fixed the problem.**

Document Upload

# Electronic Signature

I Acknowledge **True**

Electronic Signature ████████████████

Date **09/30/2022**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information **Mosaic**

Account/Loan Number ███████

Email Address **loanservicing@joinmosaic.com**

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification **PASS**

# Utility Complaint Form Admin

## Application Information

Submission Id   **d3f13453-e61e-45bd-861a-e0d32fc23165**

Completion Date   **12/19/2022 11:19:59 AM**

If you wish to remain anonymous, please check this box.   **False**

First Name   ████

Last Name   ████

Your business (if applicable)

Primary Phone   ████████

Mobile Number   ██████

Address   ██████

Address 2

City   ████

County   ████

ZIP/Postal Code   ████

E-Mail   ████████

Against what company or business is your complaint?   **Solar Titan**

Business Phone   **865-392-1036**

Business Address   **2333 Alexandria Dr**

Business Address 2

Business City   **Lexington**

Business ZIP   **40504**

Type of utility (if applicable)   **Solar Electricity**

Was a contract signed?   **Yes**

Have you contacted the company or person regarding your complaint?   **Yes**

If yes, with whom did you speak and what resulted from the contact? (include dates)   **There have been no less than 30 phone calls, 5 in person visits (at our location) where complaints have been lodged. Since April 2022**

Have you contacted a private attorney regarding your complaint?   **No**

Have you contacted any other agency regarding your complaint?    **No**

If yes, who?

Additional details   **The system we were sold has been completely inoperable several times since insulation. We were mislead on ability of system to generate enough solar energy to meets our monthly usage needs. We were also mislead on ability of back up battery to maintain power in house during an extended power outage. We never received a copy of our contract despite asking several times. We have complained about the position of our solar panels not being optimal since the design phase and have repeatedly been told we were wrong although I presented picture proof to the company. Several service calls were no call no shows even knowing we were traveling from out of state to meet service technicians. Countless unreturned phone calls and voicemails. Deceptive and predatory business tactics using my disabled veteran status as a selling point for a "veteran owned" company.**

Verification   **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **6517035e-d395-4716-af33-5b643d9529b7**

Completion Date  **6/2/2022 3:20:48 PM**

## Consumer Complaint and Mediation Form

Name ███████████████

Address ██████████████

City ███████

State ██

ZIP/Postal Code ████

County ███████

Home Phone ████████████

Mobile Number

E-Mail ████████████████

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **2333 Alexandria Drive**

Company City  **Lexington**

Company State  **KY**

Company ZIP  **40504**

Company Phone  **865-392-1036**

Company E-Mail ███████████████

Was a contract signed?  **True**

Date(s) of transaction  **3-1-22**

Product or service involved  **solar panels**

Total Price **52,500**

Amount Paid **0**

How did you hear about this product or service? **youtube**

With what other agencies have you filed a complaint? **0**

What action was taken by those agencies? **0**

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **I want out of contract**

Briefly state the facts of your complaint **I was told it would be up and running in a couple of weeks. they did show up and put the panels on but that been it. 3 months later now they want me to start paying. I was told when I sign the contract that payment would start 2 weeks after everything was up and running. It's not, I can not afford to pay that bill and my LG&E.**

Document Upload

# Electronic Signature

I Acknowledge **True**

Electronic Signature    ███████████

Date **6-2-2022**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id **28ce01ea-e93d-4f33-a588-a1d7cb789374**

Completion Date **10/12/2022 9:01:26 PM**

## Consumer Complaint and Mediation Form

Name ███████████████

Address ████████████

City ████████

State ███

ZIP/Postal Code ██████████

County ████████

Home Phone ██████████████

Mobile Number

E-Mail ████████████████████

Are you Active Duty Military? **No**

Company or person your complaint is against **Solar Titan USA**

Company Address **11205 outlet drive**

Company City **knoxville**

Company State **TN**

Company ZIP **37932**

Company Phone **865-392-1036**

Company E-Mail **johnc@solartanusa.com**

Was a contract signed? **True**

Date(s) of transaction **7/17/21**

Product or service involved **solar panels**

Total Price **34,000**

Amount Paid

How did you hear about this product or service? **they knocked on the door**

With what other agencies have you filed a complaint? **BBB**

What action was taken by those agencies? **they sent an Email**

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **we are in more debt than we were before and still paying the same as before on electric bills. we would like them to reimburse us for the total amount for false advertising, not evaluating our property correctly to make sure we have the right equipment. they have lied to us many times and we have been fighting with them for so long we just want to be reimbursed.**

Briefly state the facts of your complaint **we purchased the panels and had to wait for months to even have the right meter to read the system and then we have been calling them off and on now for a year because our electric bill is still so high and they just now recently told us that the system they installed was not adequate enough to even off set the electric bill. this is ridiculous . we filed many complaints with the B B B they have told us they will call us and get it fixed and we have even taken off work expecting them to be at our home then they say they are not coming. We were also lied to about the financing was had a loan with daily interest so we refinanced it through our bank.**

## Documents List

### Filename

IMG_20221012_205420.jpg                              Download

IMG_20221012_205407.jpg                              Download

IMG_20221012_205547.jpg                              Download

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signature ███████████

Date **10/12/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

# CONSUMER MEDIATION REQUEST FORM

RETURN TO:

Office of the Attorney General
Office of Senior Protection and Mediation
1024 Capital Center Drive ● Frankfort, KY 40601
Hotline: 1-888-432-9257 ● FAX: 502-573-7151
www.ag.ky.gov

OFFICE OF THE ATTORNEY GENERAL

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ☐ Mr ☑ Mrs ☐ Ms ███████████████

Address ████████████████

City ████████████ State ██████ Zip Code ██████ County _____

Home phone ██████████ Work/Cell Phone *N/A*

Email Address _____

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Company your complaint is against? *Solar Titan*

Address _____

City _____ State _____ Zip _____ County _____

Phone _____

*Please fill in this section completely.*

Was a contract signed? ☑ YES ☐ NO  (If yes, please attach a copy of your contract)

Where was the contract signed? ☑ In your home ☐ At the business ☐ Other _____

Date(s) of transactions _____ Product/Service Involved _____

Total Price $_____ Amount Paid $_____ Was product/service advertised ☑ YES ☐ NO

How was service advertised? ☐Newspaper ☑TV ☐Radio ☐Mail ☐Phone ☑Email ☑Internet ☐ Other _____

With what other agencies have you filed this complaint? *None*

What action was taken? _____

Have you hired or retained a private attorney? ☐ YES ☑ NO    Have you started court action? ☐ YES ☑ NO

*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? *Solar Titan to take the installation charges off as it was supposed to*

*they said they never due — supposed to get 1610*

*Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.*

back from govt when taxes were filed + then apply it to loan. My accountant said that was a lie — as the govt doesn't work it that way. KU was supposed to buy back excess electricity + they do not. Cannot have unit removed due to some small print in contract. KU still hasn't passed the units + it is a year later. The whole contract should be null + void. — I'm 78yrs old + all the salesmen did was lie + put alot of pressure on me to sign it.

**I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.**

Signature _____

Date 5/1/2022

---

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information MOSAic, PO Box 78080,

Phoenix, AZ 85062-8080 phone # 1855-746-5551

Account/Loan Number _____

Email address _____

### HIPAA Privacy Authorization - Authorization for Use or Disclosure of Protected Health Information

I authorize Mosaic _____ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

Signature _____

Date 5/1/2022

---

### OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15 ☐16-25 ☑26-39 ☐40-59 ☐60-75 ☑76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.*

# CONSUMER MEDIATION REQUEST FORM

OFFICE OF THE ATTORNEY GENERAL.

RETURN TO:
Office of the Attorney General
Office of Senior Protection and Mediation
1024 Capital Center Drive ● Frankfort, KY 40601
Hotline: 1-888-432-9257 ● FAX: 502-573-7151
www.ag.ky.gov

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ☐ Mr ☐ Mrs ☐ Ms ███████████████████

Address ███████████████████

City ████████  State ████████  Zip Code ████████  County ████████

Home phone ███████████████  Work/Cell Phone ███████████████

Email Address ███████████████████

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Company your complaint is against? Solar Energy Solar Titan USA

Address 725 Cool Springs Blvd. Nashville TN

City Nashville  State TN  Zip 37067  County

Phone 833 - 212 - 8715

*Please fill in this section completely.*

Was a contract signed? ☑ YES  ☐ NO (If yes, please attach a copy of your contract)

Where was the contract signed? ☑ In your home  ☐ At the business  ☐ Other _____

Date(s) of transactions _____  Product/Service Involved _____

Total Price $ 19400  Amount Paid $ _____  Was product/service advertised ☑ YES  ☐ NO

How was service advertised? ☐ Newspaper ☐ TV ☐ Radio ☐ Mail ☐ Phone ☐ Email ☑ Internet ☐ Other _____

With what other agencies have you filed this complaint? _NoNe_

What action was taken? _____

Have you hired or retained a private attorney? ☐ YES  ☑ NO     Have you started court action? ☐ YES  ☑ NO

*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? For them to follow the Agreement we signed the agreement was for $19400 - payments at $116 a month and payment was were not to change. They put a 2nd

Mrs. Betty Slaven

Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.

_then it is $1167.00 we did not agree to. There was a lot of things we BS & JS Y it was on my phone did not give us the time to read. They Financed with Sunlight & since we get it pay for it will be $38,402.24 at 7.49% They put a 2nd Mortgage on our home. They can come get them & fix my roof. They put them on my roof with out a permit & they just got them changed November 16 & they have been on there August 8_

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

| | |
|---|---|
| ▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11-22-2022 |
| Signature | Date |

---

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information ___ Solar Titan USA ___

Account/Loan Number ___ ▉▉▉▉▉▉▉▉▉ ___

Email address _____

### HIPAA Privacy Authorization  - Authorization for Use or Disclosure of Protected Health Information

I authorize ___ ▉▉▉▉▉▉▉▉▉ ___ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

| | |
|---|---|
| ▉▉▉▉▉▉▉▉▉▉▉▉ | 11-22-2022 |
| Signature | Date |

---

### OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15  ☒16-25  ☐ 26-39  ☐40-59  ☒60-75  ☐76-over

The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in programs and activities.

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Dupre, Austin I (KYOAG) |
| **Sent:** | Wednesday, July 13, 2022 12:55 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | Fw: AGDC1 From Website |



**Austin Dupré**
Constituent Services
Office of the Attorney General
700 Capitol Ave.
Frankfort, KY 40601
502-696-5631
Austin.Dupre@ky.gov

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Wednesday, June 29, 2022 7:08 PM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Name: █████████████████████
Email Address: ████████████████████████
Reason for Contacting: Complaint Against Solar Titan USA
Address Line 1: ███████████████████
Address Line 2:
City: ████████
State: ██████
Zip Code: ████████
County:
Country:
Phone: █████████████
Message: I'm complaining about Solar Titan USA installing equipment on my house that i cant legally use. The Inspector claims they can inspect the work without the electrician that did it, but also told me that the electrician is no longer associated with Solar Titan USA.
User Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0
Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx

1



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id     **c301cb27-fc0b-4eac-9f24-cc6b5e86052c**

Completion Date     **11/7/2022 9:06:02 PM**

## Consumer Complaint and Mediation Form

Name   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Address   ▮▮▮▮▮▮▮▮▮▮▮

City   ▮▮▮▮

State   **KY**

ZIP/Postal Code   ▮▮▮▮▮▮▮▮

County   ▮▮▮▮▮▮

Home Phone

Mobile Number   ▮▮▮▮▮▮▮▮

E-Mail   ▮▮▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan**

Company Address   **414 N Peters Road**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **False**

Date(s) of transaction   **April 24, 2022**

Product or service involved   **Solar Panels**

**#129.122**

Total Price

Amount Paid

How did you hear about this product or service?   **A friend**

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **For our solar panels to be active and to be reimbursed for the 5 months payment where we have had to pay for solar and our electric bill.**

Briefly state the facts of your complaint   **We signed the contract agreement on April 24, 2022 for Solar panels. The agreement was that the panels would be active in 6-8 weeks and that we would have to pay 1 maybe 2 payments on the solar panels and our regular power bill before they were active. It is now November 7, 2022 and our solar panels are still not active and it has created a major hardship on my family paying for both, with Christmas and property tax time approaching quickly. The company stated they would reimburse us for all payments after the second one but we have still not received any reimbursement. I know there is an active case against Solar Titan USA, so I figured this would be our best plan of action to get something resolved.**

Document Upload

## Electronic Signature

I Acknowledge   **False**

Electronic Signature   ███████████

Date   **November 7, 2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

| | |
|---|---|
| **From:** | Dupre, Austin I (KYOAG) |
| **Sent:** | Friday, July 8, 2022 9:25 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | Fw: AGDC1 From Website |

I believe this goes to you, but he doesn't give many details of the issue he's facing.

**Austin Dupré**
Constituent Services
Office of the Attorney General
700 Capitol Ave.
Frankfort, KY 40601
502-696-5631
Austin.Dupre@ky.gov

---

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Friday, June 17, 2022 12:26 AM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Prefix: Mr.
Name: ███████████
Email Address: ███████████████
Reason for Contacting: Solar Titan USA
Address Line 1 ███████████████
Address Line 2:
City: ████████████
State: ██
Zip Code: ███████
County:
Country:
Phone: ██████████
Message: Paid $15000 , loan 30500 in July 2021, have damage to my house and they have not completed they system yet. Have been paying both the electric bill and the loan for about 8 months now. I have made complaints with all companies connected with this purchase. Solar Titan does not answer emails
User Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.124 Safari/537.36 Edg/102.0.1245.41
Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx

1

# CONSUMER MEDIATION REQUEST FORM

**RETURN TO:**
Office of the Attorney General
Office of Senior Protection and Mediation
1024 Capital Center Drive • Frankfort, KY 40601
Hotline: 1-888-432-9257 • FAX: 502-573-7151
www.ag.ky.gov

DANIEL CAMERON
ATTORNEY GENERAL



RECEIVED
JUL 11 2022
OFFICE OF SENIOR PROTECTION

---

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ☑ Mr ☐ Mrs ☐ Ms ████████████

Address ████████████████████████

City ████████ State **Ky** Zip Code ████████ County _____

Home phone ████████ Work/Cell Phone ████████

Email Address ████████████████

---

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Company your complaint is against? **Solar Titan U.S.A**

Address **414 North Peters Road**

City **Knoxville** State **Tennessee** Zip **37922** County **USA**

Phone **1-865-392-1036**

---

*Please fill in this section completely.*

Was a contract signed? ☑ YES ☐ NO (If yes, please attach a copy of your contract)

Where was the contract signed? ☑ In your home ☐ At the business ☐ Other _____

Date(s) of transactions **4-9-22** Product/Service Involved **Solar Service, Solar Power System**

Total Price $ **32,000.** Amount Paid $ **32,000.00** Was product/service advertised ☑ YES ☐ NO

How was service advertised? ☐Newspaper ☐TV ☐Radio ☐Mail ☐Phone ☐Email ☑Internet ☐ Other _____

With what other agencies have you filed this complaint? **Better Business ~~Burau~~ Bureau**

What action was taken? **None, No responce**

---

Have you hired or retained a private attorney? ☐ YES ☑ NO     Have you started court action? ☐ YES ☑ NO

*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? **full reimbursment. Solar Titan USA to return and get their equipment. two Parties (solar titan USA, and myself) to terminate contract.**

*Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.*

salesmon sold me solor service, Solar Titan USA put the panels on my roof, but did not return to finish installation (send solar power to the grid via converter unit) I have made MANY phonecalls with no return call. finally was told i'm not a priority or on the "priority list". I have made 2 payments, 3 payments as of July 19 2022. SalesmAN Told me their electrical team (solar titan USA) would professionally install. Customer service finally told me, they don't have an electrical team, they'll get a third party.

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

**7-6-22**

S▓▓▓▓▓                                    Date

---

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information   Sunlight financial

Account/Loan Number   ▓▓▓▓▓▓▓

Email address   info@sunlightfinancial.com

### HIPAA Privacy Authorization  - Authorization for Use or Disclosure of Protected Health Information

I authorize _____ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

▓▓▓▓▓                                    **7-6-22**

Signature                                 Date

---

### OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION:  ☐ 0 -15   ☐ 16-25   ☐ 26-39   ☐ 40-59   ☐ 60-75   ☐ 76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of services, and provides, upon request, reasonable accommodation including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in our programs and activities.*

**#129.126**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **b71e2d8d-9765-4a4a-acab-c0d66e88ae69**

Completion Date    **10/27/2021 6:38:45 PM**

## Consumer Complaint and Mediation Form

Name    ███████████

Address    ███████████

City    ████████

State    ████████

ZIP/Postal Code    ████████

County    ██████

Home Phone

Mobile Number    ██████████

E-Mail    █████████████

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **2333 Alexandria Drive**

Company City    **Lexington**

Company State    **KY**

Company ZIP    **40504**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **6/19/21**

Product or service Solar Panels

Total Price  **$36,000**

Amount Paid  **$649**

How did you hear about this product or service?  **Advertising**

With what other agencies have you filed a complaint?  **Solar Titan, Mosaic (Loan Service)**

What action was taken by those agencies?  **So far they have taken no action on my complaint other than passing me from one phone number to another with no one answering the phones and all voicemails are full.**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **We would like to receive more solar panels to meet the 8KW monthly as presented by the sales man for the same price we were sold ($216 a month) or they can come get the solar panels and buy us a new roof, since they can't taken them off without ripping our shingles off and leaving holes. (We know it will remove shingles and leaves holes because we had them come out to make a previous change and they advised us they couldn't get the brackets off because it was ripping the shingles off.)**

Briefly state the facts of your complaint  **I was told the system would product 8,000KW a month based on my monthly usage of 2500KW. The sales man talked to his manager on the phone with me sitting there and the manager told the sales man that we would receive 80-90% return with an 8KW system. Once the panels were installed and I received my first bill, I realize it was not covering 80-90%. After calling Solar Titan, they said that it is actually 8KW per year not month, in which the panels were falsely sold to me.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▬▬▬▬▬▬

Date  **10/27/2021**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **eadcc316-efca-4895-85b6-7c3e3f83d156**

Completion Date  **9/22/2022 12:53:42 PM**

## Consumer Complaint and Mediation Form



Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titian USA**

Company Address  **414 n peters Rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail  **solartitianusa.com**

Was a contract signed?  **True**

Date(s) of transaction  **06-27-22**

Product or service involved  **solar panels**

Total Price   **$26,250.00**

Amount Paid   **$26,250.00**

How did you hear about this product or service?   **online**

With what other agencies have you filed a complaint?   **none**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Cancel contract with Solar Titian USA and cancel loan with Mosaic Loan Co.**

Briefly state the facts of your complaint   **I am an 80 year old widow. I was convinced to sigh a contract with Solar Titian USA to install Solar panels on the ground in my backyard. I signed a contract with Solar Titian USA and later discovered it was also a loan with a company called Mosaic Loan Co. to pay for the solar panels. The loan company says they have paid Solar Titian USA and is now demanding payment but I have not received any Solar Panels. Not one thing has been done and it has been months since the work was scheduled to begin. I called Solar Titian USA and told them to cancel the job. I contacted Mosaic to cancel the loan and they say the Solar Titian USA has t agree to cancel it. I feel this is a SCAM.**

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ▇▇▇▇▇▇

Date   **9/22/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic Loan company**

Account/Loan Number   **Case Number** ▇▇▇▇▇

Email Address   **loanservicing@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

**#129.130**

# Utility Complaint Form Admin

## Application Information

Submission Id   **3de8ea27-e112-44e6-868d-fef871cc741d**

Completion Date   **11/4/2022 9:00:58 PM**

If you wish to remain anonymous, please check this box.   **False**

First Name   █████████

Last Name   ██████

Your business (if applicable)

Primary Phone   █████████████

Mobile Number

Address   ████████████████

Address 2

City   ██████

County   ████████████

ZIP/Postal Code   ██████████

E-Mail   ████████████████████

Against what company or business is your complaint?   **Solar Titan USA**

Business Phone   **865-392-1036**

Business Address   **414**

Business Address 2   **414 N Peters rd**

Business City   **Knoxville**

Business ZIP   **37922**

Type of utility (if applicable)   **Solar**

Was a contract signed?   **Yes**

Have you contacted the company or person regarding your complaint?   **Yes**

If yes, with whom did you speak and what resulted from the contact? (include dates)   **Installed but took over 5 months and several calls in to multiple reps to get an inspection done all while paying both the payments and the regular electric bill. Even when we started to see the electric bill drop it was no where near the 90% they promised. At best we have seen 50% decrease, and that was over 6 months after installing a battery. Also in-spite if advertising free battery which we were told wasn't available upon purchase. Called back 6 months later and were told we had to buy one for $14,000 more dollars and that would resolve our issue, but it didn't.**

**We still only saving about 1/2 and now have the 56,000 debt and electricity bills.**

Have you contacted a private attorney regarding your complaint?    **No**

Have you contacted any other agency regarding your complaint?    **No**

If yes, who?

Additional details    **In addition to the complaints listed above they promised a referral payment and we have never gotten it despite contacting them several time for over 5 months they just keep saying that department is behind in processing the payments and we will get it soon, but never do. We were told the referral payments should be over $1000.00**

Verification    **PASS**

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Dupre, Austin I (KYOAG) |
| **Sent:** | Friday, July 8, 2022 9:44 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | Fw: AGDC1 From Website |

Solar Titan again



**Austin Dupré**
Constituent Services
Office of the Attorney General
700 Capitol Ave.
Frankfort, KY 40601
502-696-5631
Austin.Dupre@ky.gov

---

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Thursday, June 16, 2022 4:55 PM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Prefix: Mr.
Name: ███████
Email Address: ███████
Reason for Contacting: Solar Titan USA
Address Line 1: ███████
Address Line 2:
City: ███████
State: ███████
Zip Code: ███████
County:
Country: ███████
Phone: ███████
Message: I signed a contract with Solar Titan USA in February 2022 to have solar panels installed on my home. It is June 2022 and the system is still not complete. Any time we call to get an update we never get a call back. We have made 3 payments on this system already and it does not work. We are requesting the company be investigated into due to false claims. There is a Facebook page called "Solar Titan Screwed Us" that has 181 members, many are claiming the same thing.
User Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Safari/537.36
Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx

| | |
|---|---|
| **From:** | Dupre, Austin I (KYOAG) |
| **Sent:** | Wednesday, July 20, 2022 1:01 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | Fw: AGDC1 From Website |

Solar Titan again.



**Austin Dupré**
Constituent Services
Office of the Attorney General
700 Capitol Ave.
Frankfort, KY 40601
502-696-5631
Austin.Dupre@ky.gov

**From:** no_reply@kentucky.gov <no_reply@kentucky.gov>
**Sent:** Wednesday, July 20, 2022 11:10 AM
**To:** Attorney General (KYOAG) <Attorney.General@ky.gov>
**Subject:** AGDC1 From Website

Prefix: Mrs.
Name: ███████████████
Email Address: ████████████
Reason for Contacting: Solar Titan
Address Line 1: ███████████████
Address Line 2:
City: █████████
State: ████
Zip Code: █████████
County:
Country:
Phone: ███████████
Message: We signed a contract with solar titan in February 2022 and panels where installed in April then electrical was installed in May. They have had excuses after excuses since then why the unit has not been turned on since. Now ever time I call I am hung up on. We need help with this company and after seeing others are complaining to your office we wanted to send you are info
User Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/215.1.452881003 Mobile/15E148 Safari/604.1
Page: https://ag.ky.gov/Contact-Us/Pages/default.aspx

1



# ATTORNEY GENERAL
# **DANIEL CAMERON**

## **Secure Online System**

## Application Information

Submission Id    **09ff044d-4621-4b6a-a7b4-37b634e18fd0**

Completion Date    **5/23/2022 5:55:08 PM**

## **Consumer Complaint and Mediation Form**

Name    ▮▮▮▮▮▮▮

Address    ▮▮▮▮▮▮▮

City    ▮▮▮▮▮

State    ▮▮

ZIP/Postal Code    ▮▮▮▮

County    ▮▮▮▮

Home Phone

Mobile Number    ▮▮▮▮▮

E-Mail    ▮▮▮▮▮▮▮

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 N Peters Rd**

Company City    **knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **8/7/2021**

Product or service involved    **Solar Panel Installation**

RECEIVED

MAY 24 2022

CONSUMER PROTECTION DIVISION
LOUISVILLE

Total Price **21250.00**

Amount Paid    **895.30**

How did you hear about this product or service?    **Youtube AD**

With what other agencies have you filed a complaint?    **Better Business Bureau of** ▊▊▊▊ **Mosaic Loan Company**

What action was taken by those agencies?    **The Loan Company sent them a letter urging them to complete install a few months ago**

Have you hired or retained an attorney?    **False**

Have you started court action?    **False**

What action will resolve your complaint?    **I want them to come out and take these solar panels off my roof and be completely reimbursed for all the payments I have made and to cancel the loan agreement. I want nothing to do with this company. When I talked to their head Manager Dale Roden, he bullied me into staying with the company and told me my lawyer has no case. He said I can either get reimbursed for one month of payments but I would have to completely front the bill on the circuit breaker install which was supposed to be 100% covered by them.**

Briefly state the facts of your complaint?    **I signed up for Solar Titan back in August 2021. My solar panels were installed on my roof in early September, but I need an updated circuit breaker box in order for them to be hooked up to my electrical grid. They have scheduled a technician 4 separate times to come out and do the circuit breaker box upgrade. Each time I was given an excuse, this last time they said their electrician had quit. I have called the Solar Titan Company over 77 times to try to resolve my issue but nothing has been done. I am making payments on my solar panels and having to pay my electrical bill still. Its absolutely killing me having to pay both. Signing up for Solar panels was supposed to take away my Electric bill, now I have to pay my electric and another 127.90 charge a month. Every time I call, they just give me the run around, thats if they even answer the phone or call me back. I have contacted a lawyer but im going to lose money trying to fight this.**

Document Upload

## Electronic Signature

I Acknowledge    **True**

Electronic Signature   

Date   **5/23/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information    **Mosaic**

Account/Loan Number   ▊▊▊▊▊

Email Address    **loanservicing@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **6a2b76d8-3d34-4e9c-85dd-656bcdfb7da8**

Completion Date   **1/3/2023 1:20:24 PM**

## Consumer Complaint and Mediation Form

Name █████████████

Address █████████████████

City █████████

State ███

ZIP/Postal Code ██████████

County ████████

Home Phone ████████████

Mobile Number ████████████

E-Mail ██████████████

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **PO Box 30059 Knoxville, TN 37930**

Company City   **Knoxville**

Company State   **KY**

Company ZIP   **40117**

Company Phone   **865-392-1036**

Company E-Mail   **media@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **May 23, 2022**

Product or service involved   **Solar PV Package with additional battery**

**#129.137**

Total Price   **$66,000**

Amount Paid   **$66,000 (financed)**

How did you hear about this product or service?   **Internet and in home consultation**

With what other agencies have you filed a complaint?   **Solar Titan USA**

What action was taken by those agencies?   **Telephonic assurance that everything was fixed.**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Class Action Lawsuit Against the Company for Fraud**

Briefly state the facts of your complaint   **The company promised that the solar energy provided by the system would erase my electric bill and established an account credit with my electric company** ▮▮▮▮▮▮ **. The system is not producing and storing power as sold. My electric bill is more now that it was previously. For December 2022 the amount was $431.65 an approximate $200 increase. This does not include the $337 I paid for the monthly payment for the system. The aggregate cost for my electricity for December 2022 for both is $768.65. As of January 3, 2023 , Solar Titan USA is not answering their customer service line in person and recommend all inquiries be sent via email. The company promised that the package I was purchasing was sufficient to cover all of my energy needs and would make my household energy independent. They assisted me in contacting the finance company Mosaic for financing. I paid three payments to this company before my system was deemed "operational".**

## Documents List

### Filename

▮▮▮▮nstallation Agreement with Solar Titan USA.pdf                    Download

Loan Company Account Info for ▮▮▮▮▮▮.pdf                    Download

▮▮▮▮▮▮Net Metering Contract.pdf                    Download

Admin Log for Solar Titan USA contract with ▮▮▮▮▮▮.pdf                    Download

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ▮▮▮▮▮▮

Date   **01/03/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

**#129.138**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **1893c3eb-2259-4904-b519-39b87f1086d7**

Completion Date   **1/6/2023 10:14:30 AM**

## Consumer Complaint and Mediation Form

| | |
|---|---|
| Name | ████████████ |
| Address | ████████████████ |
| City | ██████████ |
| State | █████ |
| ZIP/Postal Code | ██████████ |
| County | ████████ |
| Home Phone | ███████████ |
| Mobile Number | ███████████ |
| E-Mail | ████████████████████ |
| Are you Active Duty Military? | **No** |
| Company or person your complaint is against | **Solar Titan USA** |
| Company Address | **318 Valley View Dr** |
| Company City | **KNOXVILLE** |
| Company State | **TN** |
| Company ZIP | **37922** |
| Company Phone | **865-392-1036** |
| Company E-Mail | |
| Was a contract signed? | **True** |
| Date(s) of transaction | **6-10-2022** |
| Product or service involved | **SOLAR SYSTEM** |

**#129.139**

Total Price **45,000.00**

Amount Paid **45,000.00**

How did you hear about this product or service? **RADIO**

With what other agencies have you filed a complaint? **NONE**

What action was taken by those agencies? **N/A**

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **I want them to come take their Solar unit and get out of contract. I have been misled the whole way.**

Briefly state the facts of your complaint **Having this Solar panel and electric bill is double what I would pay. I was told that this would be the size I need to cover my whole house and wouldn't have to pay for electric once this was paid in full, if I did it wouldn't be much. When receiving electric bill this month I have reach out to my electric company for a man at ███████Electric Company, to inform me that there isn't a solar unit big enough for that to happen and I would only be saving 1600 year with the solar Unit. The man at Nolin also said our solar only produces 10 kilowatts. During the raining days we only stored 70 dollars. None of this was told to me prior or after. My husband and I have been trying to get ahold of someone from Solar Titan USA to discuss what's going on with what we have been told for days and keep getting the same recording (" Leave a message and we will get back to you, which you can't, and it keeps repeating until it hangs up. ") Please help me with these issues and help my family.**

## Documents List

### Filename

Loan_Note.pdf                                                              Download

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signature ████████████

Date **1-6-23**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **f1ca9839-b9ea-4350-8733-22d4aa036239**

Completion Date   **1/9/2023 11:01:42 AM**

## Consumer Complaint and Mediation Form

| | |
|---|---|
| Name | ▮▮▮▮▮▮▮▮ |
| Address | ▮▮▮▮▮▮ |
| City | ▮▮▮▮ |
| State | ▮▮ |
| ZIP/Postal Code | ▮▮▮▮▮ |
| County | ▮▮▮ |
| Home Phone | ▮▮▮▮ |
| Mobile Number | |
| E-Mail | ▮▮▮▮▮▮▮ |

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **April 2022**

Product or service involved   **Solar panels**

#129.141

Total Price    **About 39,000**

Amount Paid

How did you hear about this product or service?    **Their website**

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?    **False**

Have you started court action?    **False**

What action will resolve your complaint?

Briefly state the facts of your complaint    **They installed my unit is October and its still not producing electric to my house. Now they wont answer the phone**

Document Upload

# Electronic Signature

I Acknowledge    **True**

Electronic Signature    ███████████

Date    **01/09/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification    **PASS**

#129.142



## ATTORNEY GENERAL
# DANIEL CAMERON

### Secure Online System

## Application Information

Submission Id   **ed26b1d9-b6fa-43c8-b884-aed572ecdd41**

Completion Date   **1/2/2023 2:54:53 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮

State ▮▮▮▮

ZIP/Postal Code ▮▮▮▮▮▮

County ▮▮▮▮▮

Home Phone ▮▮▮▮▮▮▮

Mobile Number

E-Mail ▮▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar titan USA**

Company Address   **PO Box 30059**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail ▮▮▮▮▮▮▮

Was a contract signed?   **True**

Date(s) of transaction   **9/19/21**

Product or service involved   **Solar system**

Total Price   **28,000**

Amount Paid   **1870**

How did you hear about this product or service?   **Advertisement**

With what other agencies have you filed a complaint?   **BBB**

What action was taken by those agencies?   **none yet**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Finish the job they were paid for.**

Briefly state the facts of your complaint   **signed an agreement with solar titan 9/19/21 to have a solar system installed at** ███████████ ███████████ **With the expectation it would be installed and running in two months (per the Sales rep). I have reached out to the company numerous times to finish the project and they haven't done so. I currently have solar panels that are unusable because they aren't hooked up to the electrical grid.**

## Documents List

### Filename

███████████ nstallation Agreement ver..pdf          Download

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ██████████

Date   **1/2/23**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **42bc37c7-235a-45c8-b1b7-f433b00f4c2d**

Completion Date  **1/9/2023 2:10:36 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA, Inc**

Company Address  **414 N Peters Rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **11/18/21, 7/6/22**

Product or service involved  **Solar Panels, Solar Battery**

Total Price **49500**

Amount Paid **49500**

How did you hear about this product or service?  **Website**

With what other agencies have you filed a complaint?  **None Yet**

What action was taken by those agencies?  **N/A**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **10 additional panels, 1 additional battery module, moving the battery inside the garage, and a check for $1685.40, all as agreed to. I have a signed agreement from July 6th. I have call recordings from the agreements as well. Or a full refund of $49,500.**

Briefly state the facts of your complaint  **Was promised 90% efficiency when purchased. Was under sold. Solar Titan has already sent me 1 check in July. I spoke with them in December because my annual production was under 50% and John Carroll agreed to 10 additional panels, 1 additional battery module, and a check for $1685.40. I was told the installation would be done this month. Now they wont answer the phone.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature ██████████████

Date  **1-9-23**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

**#129.146**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **2fd3fbfe-231d-4297-8b49-a5a90db2a343**

Completion Date   **1/4/2023 4:05:42 PM**

## Consumer Complaint and Mediation Form

| | |
|---|---|
| Name | |
| Address | |
| City | |
| State | |
| ZIP/Postal Code | |
| County | |
| Home Phone | |
| Mobile Number | |
| E-Mail | |
| Are you Active Duty Military? | **No** |
| Company or person your complaint is against | **Solar Titan USA** |
| Company Address | **414 N. Peters Rd** |
| Company City | **Knoxville** |
| Company State | **TN** |
| Company ZIP | **37922** |
| Company Phone | |
| Company E-Mail | |
| Was a contract signed? | **True** |
| Date(s) of transaction | **September 30, 2021** |
| Product or service involved | **Solar Panels** |

Total Price  **56,000**

Amount Paid  **6275.48**

How did you hear about this product or service?  **Online**

With what other agencies have you filed a complaint?  **BBB**

What action was taken by those agencies?  **Still waiting**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **We want them removed and loans dissolved. Nothing has been said or done correctly since signing contract in September 2021. We pay for loans and an electric bill.**

Briefly state the facts of your complaint  **We are both retired veterans and thought this VETERAN owned company would be a good choice even though they were new. We wanted to support them. Installation occurred in Oct 2021, but power wasn't up until May 2022 due to several issues. Communication and equipment malfunctions are mostly to blame. A lot of turn over and frustration with paying for the loan and electric bill with no relief from solar generation. We were not getting what they said we would get on power return so we did an upgrade for $11,000 more. They installed those Dec 2022, but no power. We had no idea that there were so many elevated complaints until we could not get a hold of them to finish this recent install. Now we will have an additional loan, but with no power generation. We now have a bad part on the first panels that we can't get fixed because they are not answering phones or returning messages. Our complaints fall inline with all other complaints. Many untrue statements and guarantees.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ███████████

Date  **January 4, 2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

**#129.148**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **2e9a035b-a9eb-4f3f-9459-a6fa4bcad133**

Completion Date   **1/10/2023 8:48:31 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮

State ▮▮▮

ZIP/Postal Code ▮▮▮▮▮▮

County ▮▮▮▮

Home Phone ▮▮▮▮▮▮

Mobile Number ▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   **customercare@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **November 2020 and 2021**

Product or service involved   **Solar system and solar battery**

Total Price  **$20000**

Amount Paid  **$8000 cash financed 12000**

How did you hear about this product or service?  **Internet search**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Remove entire system; refund $8000 for the battery which has never worked; and refund my payments**

Briefly state the facts of your complaint  **Solar Titan USA totally misrepresented their product in November 2020 and the support I would have from them. They lied about how the system would operate and assured me my system would generate power during power outages with just minimal sun. None of that is true. In late spring I paid $8000 cash to Solar Titan USA to install LG Solar battery that would provide power during power outage. It has never kicked on during power outage. Red warning light on my system almost daily. August 2021, ST was told by LG, manufacturer of battery and SolarEdge monitoring , to send technician onsite and then contact them for assistance. ST has given me excuse after excuse and set appointments that were not kept. ST has informed me battery is bad and needs to be replaced. In meantime they know it could be dangerous. They do not let it charge more than 30 to 40 percent and it discharges continuously. ST has not contacted me and is no longer reachable If my system was a car, it would qualify as a lemon.**

## Documents List

### Filename

ECB27A01-198B-4862-8BCE-5FD28058A083.jpeg                                                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **January 10, 2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

**#129.150**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **04bf5a12-e881-4b12-8d2c-01bde8ca36b0**

Completion Date  **1/11/2023 9:03:53 AM**

## Consumer Complaint and Mediation Form

Name  

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **11205 Outlet Dr**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37932**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **04/2022**

Product or service involved  **solar panel system with battery backup**

Total Price  **53000.00**

Amount Paid  **3000.00 is what we have paid in payments as it was financed through Mosaic**

How did you hear about this product or service?  **website**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?  **none**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **We would like the system to work or be online, we are making payments on something that does not work. Or we would like a refund and they have to repair the damages to the roof and house that were made when they installed the system.**

Briefly state the facts of your complaint  **Our system has not been online since the first of the year, we are unable to contact anyone from the company nor have they returned any phone calls from messages left.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ███████████████

Date  **1/11/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

**#129.152**

## Lawson, Jennifer (KYOAG)

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Wednesday, January 11, 2023 8:59 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: solar titan usa. |

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

Report Suspicious

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:



---------------------------------------------

_____, Jan 10, 2023, 4:12 PM
We thought it'd be a great idea to install solar panels for our dairy farm to cut the electric price because we pay an average of $700 monthly. We now not only pay that but we also pay $364 monthly for the solar panels which they have not been fully set up. We've been making payments since April 2022. We are paying for a service we cannot use. We've contacted them dozens of times and rarely talk to anyone and when we do its excuses such as problems with employees then goes on to tell us how they've fired so many because they were not doing their job. They would come and do one thing and then said that so and so has to come back and do this and that and it was on going. My question is what can we do about this? We have these solar panels we can not use and it's through a different company called mosaic. We have paid a total of $3,276.00. The total balance is 59,750. I have no idea what to do. I can't continue to pay this. As a dairy farmer we are barely making ends meet as it is. Please help us.
* * *
Prefix: Mr.
FirstName: ▮▮▮▮▮▮
MiddleName: ▮▮▮▮
LastName: ▮▮▮▮
Address1: ▮▮▮▮▮▮▮▮
Address2:
City: ▮▮▮▮
State ▮▮▮
ZipCode: ▮▮▮▮

1

County:
PhoneNumber: █████████████
EmailAddress █████████████████████
Type: (assign █████)
Name: IP Address
Value: █████████████
Subject: solar titan usa.



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **60f7c90d-fd98-46a6-ae53-b982f9c5ee6a**

Completion Date    **1/16/2023 7:30:09 PM**

## Information
## Consumer

First Name    ███████

Last Name    ███████

Address    █████████████████

City    ████████████

State    ████

Zip Code    ██████

County    ███████

Phone Number    █████████████

Email Address    ██████████████████

What is your age?    **40-59**

Are you a Veteran?    **No**

## How You Were Scammed

Phone Number of Caller

Was it an automated call?    **No**

Were you provided a call back number?

If yes, please provide the phone number

Website Address (if known)

Email Address of Sender

Name of Sender

Case 3:23-cv-00046-DCLC-JEM    Document 67-5    Filed 02/23/23    Page 74 of 81    PageID #: 3360

**#129.155**

Address of Sender

Description or Name of Scammer, if known:

Location Where Scam Occurred:

## Type of Scam

Please Select   **Other**

If the scam you experienced is not listed above, please select "other" and briefly explain   **I bought a solar system from Titan Solar in 2021. I had roof leaks from the system in 2022. Titan Solar sent out a roofing company to fix it. My understanding is they have gone out of business. Who do I call about my warranty issues? My system is financed with Mosiac. Please advise.**

Did you lose money?   **No**

If so, how much?

How did you send the money?

## Further Information

Please briefly describe your situation involving the scam or potential identity theft . You may also attach any copies of documents you received or copies of receipts you may have.

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?   **No**

Were you contacted by a company or agency regarding a data breach?

If yes, who contacted you?

Was your identity used to open new accounts, etc.?

If other, please explain

## What To Do Next?

## Signature

Electronic Signature  ▮▮▮▮▮▮▮▮

Date   **01/16/2023**

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 67-5   Filed 02/23/23   Page 75 of 81   PageID #: 3361

**#129.156**



## ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **ec3487af-8035-4e9b-971a-ff7fe79a35ca**

Completion Date    **1/17/2023 3:54:36 PM**

## Consumer Complaint and Mediation Form

Name    ▮▮▮▮▮▮▮▮▮▮

Address    ▮▮▮▮▮▮▮▮▮▮

City    ▮▮▮▮▮▮▮

State    ▮▮▮▮▮▮▮

ZIP/Postal Code    ▮▮▮▮▮▮

County    ▮▮▮▮▮▮

Home Phone    ▮▮▮▮▮▮▮

Mobile Number    ▮▮▮▮▮▮▮

E-Mail    ▮▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan, USA**

Company Address    **11205 Outlet Drive**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37932**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **09-23-2022**

Product or service involved    **Installation of Solar panels**

**#129.157**

Total Price **32,500.**

Amount Paid **Making payments on it since December 1st. $153.66**

How did you hear about this product or service? **Advertisement**

With what other agencies have you filed a complaint? **None as of now**

What action was taken by those agencies?

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **I would like to receive the six reimbursements as per contract. I would also like to have a working number that I can use, should I need warranty work done.**

Briefly state the facts of your complaint **I have not received a reimbursement neither for the December nor January payment as per contract signed 10-27-2022. I sent them notices both months and have not received an answer. I have tried calling them numerous times and could not leave them a message because their answering machine was full each time. I could not find another number to call. Today, I called several times and each time received the message, that they cannot accept phone calls from private numbers.**

Document Upload

# Electronic Signature

I Acknowledge **True**

Electronic Signature ███████████

Date **01-17-2033**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification **PASS**

**#129.158**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **56d22c59-8901-435c-8da9-80a9d4a66c8c**

Completion Date    **1/17/2023 5:47:43 PM**

## Consumer Complaint and Mediation Form



| | |
|---|---|
| Name | ▉▉▉▉▉▉▉ |
| Address | ▉▉▉▉▉▉ |
| City | ▉▉▉▉▉ |
| State | ▉▉▉ |
| ZIP/Postal Code | ▉▉▉▉ |
| County | ▉▉▉▉ |
| Home Phone | ▉▉▉▉▉ |
| Mobile Number | ▉▉▉▉▉ |
| E-Mail | ▉▉▉▉▉▉ |

Are you Active Duty Military?    **No**

Company or person your complaint is against    **SOLAR TITANS USA**

Company Address    **414 N Peter's Rd.**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail    **Http://solartitansusa.com**

Was a contract signed?    **True**

Date(s) of transaction    **6-21**

Product or service involved    **Residential Solar power**

Total Price  **34,000**

Amount Paid  **2600**

How did you hear about this product or service?  **Online**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **None**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Either working service and reimbursement for months already paid or cancelation of contract and reimbursement for money already lost. And possible damage repair to roof if needed when they take their equipment.**

Briefly state the facts of your complaint  **Had equipment installed later then originally stated by company. Once installed still wasn't functioning for several months. Once the company said it was working, had a black out which resulted in lost of food 2x. Now that I see no credit to my energy bill the company is unreachable but still taking payments for services.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ██████████

Date  **1-17-2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL

# DANIEL CAMERON

**Secure Online System**

## Application Information

Submission Id **a4ca68af-708e-438b-a002-5ad17c110595**

Completion Date **1/17/2023 3:18:15 PM**

## Consumer Complaint and Mediation Form

Name █████████████

Address █████████████████

City ███████████

State ██████

ZIP/Postal Code █████████████

County ██████████

Home Phone

Mobile Number █████████████████

E-Mail ████████████████████

Are you Active Duty Military? **No**

Company or person your complaint is against **Solar Titan USA**

Company Address **2333 Alexandria Dr**

Company City **Lexington**

Company State **KY**

Company ZIP **40504**

Company Phone **865-392-1036**

Company E-Mail **solartitanusa.com**

Was a contract signed? **True**

Date(s) of transaction **07/23/2022**

Product or service involved **solar panels and service**

Total Price  **$42,000**

Amount Paid  **$645**

How did you hear about this product or service?  **mailed advertising**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?

Briefly state the facts of your complaint  **Solar panels were installed on our garage in August of 2022, Trench was cut for wiring 4 week of August, Solar Titan installers came to inspect and install power supply and final connection- upon their inspection, trench was not deep enough and improper wiring and conduit were used in trench. A second trenching crew came out in September and reinstalled conduit and wiring to conform to ▉▉▉▉County codes. This crew left all residual's from first trench. A second connection team came to inspect and activate panels for inspection. they could not, panel connections were not connected to each other. Another crew came, fixed panels and tested system from panels to the house. they had to replace improper fuses, circuit breaker and above ground conduit. They could not get approval from ▉▉▉▉County inspector because wiring schematic and actual installation did not match. KU finally got corrected schematic and installed meter last week. Received 2 of 16 matching $214.83 checks for payment**

## Documents List

### Filename

| | |
|---|---|
| ▉▉▉▉▉▉Shade Report - Garage (2).pdf | Download |
| ▉▉▉▉▉▉Shade Report - Garage (2).pdf | Download |

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▉▉▉▉▉▉▉

Date  **1/17/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **MOSAIC Finance (866-493-6367)**

Account/Loan Number  ▉▉▉▉▉▉

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature