

ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **737a4277-96a6-4a82-9a9f-3d0dfbb0f85b**

Completion Date   **1/18/2023 12:15:20 PM**

## Consumer Complaint and Mediation Form

Name   ▉▉▉▉▉▉▉▉▉▉

Address   ▉▉▉▉▉▉▉▉▉▉

City   ▉▉▉▉▉▉▉▉

State   ▉▉▉▉

ZIP/Postal Code   ▉▉▉▉▉▉▉▉

County   ▉▉▉▉▉▉

Home Phone

Mobile Number   ▉▉▉▉▉▉▉▉▉

E-Mail   ▉▉▉▉▉▉▉▉▉▉

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414N Peters Road**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   **@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction

Product or service involved   **Design, Installation, checkout and start up of a new residential solar power system.**

Total Price  **36,495**

Amount Paid  **36,495 through a 1 year deferred payment plan through Goodleap. the deferrement comes due with payment on 10/22/23**

How did you hear about this product or service?  **Completed solar services on the internet**

With what other agencies have you filed a complaint?  **Tennessee BBB, Goodleap Banking**

What action was taken by those agencies?  **just started, Goodleap has opened an inquiry.**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Option 1 For Solar Titan to fullfill the contract and have system check-out and started up at the direction or help of Kentucky AEP Option 2 Remove all install equipment and totally refund GoodLeap banking.**

Briefly state the facts of your complaint  **On 11/22/22, an agreement was reached and signed for installation of a new residential solar power system. Installation of the system went smooth and was completed early December Next phase was for Solar Titan to complete an electrical inspection, co-ordinate with county electrical inspector and start up with Kentucky AEP. Nothing happened after installation . It became impossible to contact the company as if all phone services had been suspended. It has been over 6 weeks since last communication.**

## Documents List

### Filename

2023_01_18_11_52_05.pdf                                              Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **1/18/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Goodleap**

Account/Loan Number  

Email Address  **customerservice@goodleapsupport.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **ba07a008-6260-40ae-a9ce-b085e00f357c**

Completion Date   **1/18/2023 5:15:31 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮

State ▮▮▮

ZIP/Postal Code ▮▮▮▮▮

County ▮▮▮▮▮

Home Phone

Mobile Number ▮▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Road**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   **DanShank@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **07/11/2022**

Product or service involved   **Solar Power installation**

https://secure.kentucky.gov/formservices/AttorneyGeneral/ConsumerMediationForm/Admin

Total Price  **$24,000.00**

Amount Paid  **$24,000.00**

How did you hear about this product or service?  **Internet**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **None**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **For the company to follow through with their claim of within six months if you're not satisfied you can contact their office for a full refund and they gather their equipment from my residence.**

Briefly state the facts of your complaint  **Solar Titan is not communicating in any way. They are unreachable by their provided phone numbers provided in paperwork or on their website. No way to contact them in order for them to follow through with their promises.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ███████████████

Date  **1-18-2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Mosaic**

Account/Loan Number  ████████████

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date  **1-18-2023**

Verification  **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **0af6084f-32c9-4ed0-bb0b-f6a4c6bd7360**

Completion Date    **1/18/2023 7:32:31 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **11205 Outlet Drive**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37932**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **02-13-2021**

Product or service involved    **Solar system**

Total Price **49500.00**

Amount Paid **4,698**

How did you hear about this product or service? **advertisement**

With what other agencies have you filed a complaint? **none**

What action was taken by those agencies?

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **we just want it working . we paying payment and electric bill now has gone up due to the solar not working.**

Briefly state the facts of your complaint **SOLAR SYSTEM QUIT WORKING Sept.-07-2022, WE CALLED SOLAR EDGE WHICH IS WHERE YOU CALL FOR TROUBLE SHOOTING THE SYSTEM ON OCT.17-2022 . THEY SAID LOOKS LIKE THE INVERTER WAS CAUSING THE PROBLEM. THEY SAID TO CALL SOLAR TITANS FOR MORE DIAGNOSIS. CALLED EVRYDAY FOR A WEEK OR SO AND FINALLY GOT INTOUCH WITH SOMEONE. THEY PERFORMED THEIR DIAG. FROM THIER LOCATION REMOTELY AND CAME UP WITH THE SAME, THAT THE INVERTER HAD FAILED. SOLAR EDGE GAVE ME A CASE #** ▮▮▮▮ **AND A RMA #** ▮▮▮▮▮▮ **FOR RETURN OF FAULTY PART. AFTER 1 OR 2 WEEKS CALLED SEVERAL TIME FINALLY GOT SOMEONE TO ANSWER. WAS TOLD THAT THEY WERE SCHEDULING SOMEONE TO COME OUT. THEY SAID SOMEONE WOULD CALL IN NOVEMBER TO SCHEDULE A DAY. WE NEVER GOT THE CALL. THEY SAID THEY WOULD TRANSFER ME TO SCHEDULING AND NEVER GOT A ANSWER. CALLED BACK AGAIN AND WAS TOLD THEY WERE BACKED UP. I CALLED SOLAR EDGE ABOUT THE PART AND THEY SENT ME THE TRACKING # WHICH SHOWS THEY RECIEVED IT 9/28/22. CALLED AGAIN AND PHONE # WAS SHUT OFF.**

## Documents List

| Filename | |
| --- | --- |
| IMG_4263.PNG | Download |
| IMG_4047.PNG | Download |
| IMG_4049.PNG | Download |
| IMG_4050.PNG | Download |
| IMG_4045.PNG | Download |
| IMG_4262.PNG | Download |
| IMG_4046.PNG | Download |
| IMG_4048.PNG | Download |

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signature ▮▮▮▮▮▮▮▮

Date **1/18/2023**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **c8de2375-7b85-41a2-97bd-e0b48c863ab9**

Completion Date   **1/19/2023 3:35:35 PM**

## Consumer Complaint and Mediation Form

Name ███████████████

Address █████████████████

City ████████

State ████████

ZIP/Postal Code ██████████████

County ████████████

Home Phone ███████████████

Mobile Number ███████████████

E-Mail ████████████████████████

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar titan USA**

Company Address   **414 north peters road p.o.box 30059**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37930**

Company Phone   **865-392-1036**

Company E-Mail   **customercare@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **9-14-22**

Product or service involved   **Solar Titan Usa**

Total Price   **36,000.00**

Amount Paid   **510.36**

How did you hear about this product or service?   **Online**

With what other agencies have you filed a complaint?   **Better Business Bureau**

What action was taken by those agencies?   **None that I know**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Full refund of financing paid and remaining balance**

Briefly state the facts of your complaint   **ProMo indicated they would pay first 6 months payment. They haven't paid any. Final inspection not completed. Can't reach them by phone or email. They will not return calls. Over priced Misrepresented- doesn't produce as they indicated**

## Documents List

### Filename

| | |
|---|---|
| A9A50491-C236-494B-8136-60ED6481D588.png | Download |
| 5056275A-CFAC-4A9A-856F-D7E0789EE12C.png | Download |
| 117B98A3-F10B-4072-A170-771FE1E6DC58.png | Download |
| 850C755E-0AEE-4733-B7DA-1514C1105C2E.png | Download |
| 410C0EBD-F99A-4984-A432-8DA69BE87124.png | Download |
| 58BFC3DC-4BFB-4CF2-BB56-1480A41CC91F.png | Download |
| 624D8F9F-32C4-4589-BC0F-BC6D0C524B92.png | Download |

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ██████████

Date   **01-19-2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 8 of 152   PageID #: 3375

#129.170

# CONSUMER MEDIATION REQUEST FORM

**RETURN TO:**
Office of the Attorney General
Office of Senior Protection and Mediation
1024 Capital Center Drive • Frankfort, KY 40601
Hotline: 1-888-432-9257 • FAX: 502-573-7151
www.ag.ky.gov

**DANIEL CAMERON**
**ATTORNEY GENERAL**

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ☒ Mr ☐ Mrs ☐ Ms ███████████████████████

Address ███████████████████████

City ████████████ State ████████ Zip Code ████████ County ████████

Home phone ████████████ Work/Cell Phone ████████████   *spouse*

Email Address ████████████████████

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Company your complaint is against? **Solar Titan U.S.A.**

Address **11205 Outlet Dr.**

City **Knoxville**   State **TN.**   Zip **37932**   County **Knox**

Phone **1-865-392-1036**

**RECEIVED**
JAN 20 2023
OFFICE OF SENIOR PROTECTION

*Please fill in this section completely.*

Was a contract signed? ☒ YES  ☐ NO  (If yes, please attach a copy of your contract)

Where was the contract signed? ☒ In your home  ☐ At the business  ☐ Other _____

Date(s) of transactions **3-12-21**   Product/Service Involved **12 KW Solar System**

Total Price $ **60500⁰⁰**   Amount Paid $ **60500⁰⁰**   Was product/service advertised ☒ YES ☐ NO

How was service advertised? ☐Newspaper ☐TV ☐Radio ☐Mail ☐Phone ☐Email ☐Internet ☐ Other **family**

With what other agencies have you filed this complaint? **None**

What action was taken? **We have tried since Oct. 2022 to contact Solar Titan for service - battery moved & internet fixed**

Have you hired or retained a private attorney? ☐ YES ☒ NO   Have you started court action? ☐ YES ☒ NO
*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? **battery took care of, internet solved and a service company we can depend on.**

*Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.*

On Another Sheet of paper

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.**

1-9-23

Signatur█████       Date 1-9-23

---

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information _____

_____

Account/Loan Number _____

Email address _____

### HIPAA Privacy Authorization  - Authorization for Use or Disclosure of Protected Health Information

I authorize _____ (healthcare provider) to use and disclose my protected

health information to the Office of the Attorney General for use in my consumer mediation complaint.

_____      _____

Signature           Date

---

## OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15   ☐16-25   ☐ 26-39   ☐40-59   ☐60-75   ☐76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employ-*

Concerning
Solar Titan U.S.A.

We have tried since Oct. 2022 to contact Solar Titan for service on the battery & on internet service. We got our solar in March 2021- we told the salesman (Bruce Cheatham) that we had no internet service & he said we didn't need internet. After it was put in they come up and said we had to have internet so Solar Titan put in a Verizon modem. Internet was needed so Solar Titan & Generac would know when there was a problem. We have never paid the internet bill cause Solar Titan took care of it with us being told we didn't need it. The internet has been off since Nov. 2022. We contacted Solar Titan and Generac concerning all the equipment being outside & if it was weather proof, they both said it was. We then discovered that the battery didn't work when the temp drops below 43°. Battery it self cost $10,000.00. If solars not working & the temp gets below 43° when our power goes out the battery does not come on to back up the house. When the sun comes out the solar system is suppose to recharge itself but

below 43° it doesn't do that either. I have 9 numbers for Solar Titan and workers and none have answered. Messages and emails have been left and there has been no returned messages or calls. The whole system does not work properly when battery and internet aren't working & this causes high electric bills which is why the system was put in to start with. We need a company to be able to contact when maintenance is needed.



ATTORNEY GENERAL
# DANIEL CAMERON

**Secure Online System**

## Application Information

Submission Id   **68574818-c38f-4755-a0bd-2a774343e804**

Completion Date   **1/20/2023 5:59:13 AM**

## Consumer Complaint and Mediation Form

Name            ██████████████████

Address         ██████████████

City            ██████████

State           ████████

ZIP/Postal Code ██████████

County          ████████

Home Phone      ████████████

Mobile Number   ██████████████

E-Mail          ████████████████████

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N. Peters Road**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   **customercare@solartitanuse.com**

Was a contract signed?   **True**

Date(s) of transaction   **07/06/2022**

Product or service involved   **Solar panels**

Total Price    **53,672.92**

Amount Paid    **805.80**

How did you hear about this product or service?    **Online**

With what other agencies have you filed a complaint?    **Better Business Bureau**

What action was taken by those agencies?    **none**

Have you hired or retained an attorney?    **False**

Have you started court action?    **False**

What action will resolve your complaint?    **We want them to take the solar panels off our house and undo any other items that have been installed, to fix the roof and any other exterior or interior damage that will be left after the installation is reversed, and for them to give the money back that they were paid to the crediting agency to get us out of the loan. As of now we are paying our full electric bill and the monthly payment for the loan. Not-to-mention, we would have to pay someone to come make our current system operational if we ever wanted to use it; which we don't. We just want it gone.**

Briefly state the facts of your complaint    **On 7/6/2022 we signed a contract for the installation and a loan agreement in the amount listed above for Solar Titan USA to install a OPERATIONAL solar panel system on our home to help drastically lower our electric bill. They were supposed to install the system before the end of August. It wasn't installed until the end of September by a completely different company that Solar Titan USA outsourced called BIA, and Solar Titan never informed us that their ▮ license had been revoked or approved with us using a different company for installation. On 10/6/2022 our system failed the inspection, and no one has been out to resolve the issues since then. We also have had an extremely difficult time getting anyone from either company to call us back. Plus, the finance company went on and distributed the remainder of the loan amount to Solar Titan USA after we had submitted two formal complaints to them about Solar Titan not completing our install.**

Document Upload

# Electronic Signature

I Acknowledge    **True**

Electronic Signature    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date    **01/20/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification

**#129.176**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **8cc131f1-ea0c-496b-96cc-4fd37b6fb73e**

Completion Date    **1/21/2023 8:25:08 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **11205 Outlet Drive**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37932**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction   **March 12, 2022 contract signed, April 11, 2022 panels installed, Solar Panels turned on June 28, 2022**

Product or service involved   **Solar panels and Generac power cell battery**

**#129.177**

Total Price  **50,000**

Amount Paid  **$2,391.60 plus electric bill**

How did you hear about this product or service?  **Google search**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **For the system to work as promised or for the loan to be paid off.**

Briefly state the facts of your complaint  **We were told that we would get a $14,000 rebate from our IRS taxes to use as we see fit or we could apply the check to our loan. We were also told that with our solar panels would produce enough electricity that we would be getting paid/credits from our electricity company for all the watts we are putting back on the grid. They also told us that solar panels would reduce our dependence on the grid and we would not have an expensive electric bill.**

## Documents List

### Filename

| | |
|---|---|
| image.jpg | Download |
| image.jpg | Download |
| image.jpg | Download |

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  <span style="background:black">     </span>

Date  **1/21/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Corning Credit Union**

Account/Loan Number  <span style="background:black">    </span>

Email Address  **Solarprocessing@corningfcu.org**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Case 3:22-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 16 of 152   PageID #: 3383

**#129.178**

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Tuesday, January 24, 2023 10:30 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar Titans USA. |

| **This Message Originated from Outside the Organization** | Report Suspicious |
|---|---|
| This Message Is From an External Sender. | |

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:



-------------------------------------------------

[REDACTED] Jan 24, 2023, 10:05 AM

We purchased our solar system from them on 01/27/2022. We have never recieved then electricity We were told we would generate with the 26 panels they installed . We tried for months to have someone return our call , finally December the 12th someone saying his name was John returned our call . John had us email him copies of our electric bills for 6 months and a picture of brackets that were not fastened to the roof . He called us back the next day and said he would have service come fix the brackets in January and Doon after they would come and install 13 additional panels at no expense to us take the sales person had mis-calculated the amount of panels we needed. We tried to contact the yesterday and were unable to get anyone to answer I email the address I have for John and didn't receive any reply. We are indebted 47,000 at 6 percent 243.05 for 16 months and unless we recieve a tax credit payment we will have to pay 326.91 for 281 payments a d 1 paymrnt for 324.23 over 25 years . We can't afford the loan payments and our electric bill . We are retired on a fixed income. Solar was supposed to reduce our electric usage to a minimum of 90% and a credit at the end of the year. I pray you can give us some insight as to what to do. Thank you.

\* \* \*

Prefix: Mr.
FirstName: [REDACTED]
LastName: [REDACTED]
Address1: [REDACTED]
Address2:
City: [REDACTED]

1

State: ███
ZipCode: ████
County:
PhoneNumber: ████████
EmailAddress: ███████████
Type: (assign form)
Name: IP Address
Value: ██████
Subject: Solar Titans USA.



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **47113e77-fd00-4335-b1cb-05fc20274ee8**

Completion Date  **1/13/2023 5:50:33 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **414 N Peters road**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **September 7, 2021**

Product or service involved  **Solar panels**

Total Price  **23,750**

Amount Paid  **1,617**

How did you hear about this product or service?  **Targeted adds on social media**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **None**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **This company has done the same thing to many people across multiple states and needs to be held accountable. If at all possible we would like financial compensation. This company needs to stop making false claims about their product.**

Briefly state the facts of your complaint  **Solar Titan USA made a lot of claims that the solar panels would lower electricity bills but all of those claims have been false. Our bills have been higher than normal. When we call the company, no one answers. We have left countless messages. An employe has called back once but they never follow up or fix any issues we have.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▉▉▉▉▉

Date  **01/13/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **72fa1735-131f-4d8b-b21b-36eb0b9e8f6c**

Completion Date  **1/16/2023 9:13:58 PM**

## Consumer Complaint and Mediation Form

Name ███████████

Address █████████████

City ████████

State █████

ZIP/Postal Code ████████

County ██████████

Home Phone

Mobile Number ██████████

E-Mail ██████████████

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan**

Company Address  **414 N Peters Rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail  **info@solartitanusa.com**

Was a contract signed?  **True**

Date(s) of transaction  **07/19/2021**

Product or service involved  **Solar Panels**

Total Price  **27,000**

Amount Paid  **27,000**

How did you hear about this product or service?  **Friend**

With what other agencies have you filed a complaint?  **None yet, but likely the TN attorney general**

What action was taken by those agencies?  **N/A**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **(1) Make the system work right where it will generate credits equal to ~90% of our energy bill, plus install additional panels and a battery backup system (all worth an additional $45K) which a Solar Titan representative promised to us on 10/28/2022, or (2) refund our money in full, remove the panels, repair the roof, and refund us for the double costs we've incurred since installation, since we have barely generated any energy credits and have been paying for the system and our full energy bill.**

Briefly state the facts of your complaint  **We purchased a 6KW solar panel system from Solar Titan and were promised ~90% energy savings. The system was installed timely, but Solar Titan failed to notify ▇▇▇ of the completion of our install, which caused us to lose the dollar for dollar net metering credits. ▇▇ changed the net metering rates between the time they installed our system and when they finally notified ▇▇ to install our new meter. Their mistake compounds over the life of our solar panels; therefore, we need to be compensated for that loss. Also, our system is not generating anywhere near the credits we were promised it would produce, so we are paying double – a loan payment for the panels and an electric bill that has barely changed. We've called no less than 25 times over the last year asking for assistance and to explain why our solar panels are barely generating any credits, but now they are not returning our calls/texts/emails. We are reaching out to you to help us rectify our situation.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▇▇▇▇▇▇▇

Date  **1/16/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Mosaic**

Account/Loan Number  ▇▇▇▇▇

Email Address  ▇▇▇▇▇▇▇▇

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 22 of 152   PageID #: 3389

#129.184



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **7905dd71-63db-4485-8745-93d35bfc18a8**

Completion Date    **1/17/2023 8:45:58 AM**

## Consumer Complaint and Mediation Form

Name  

Address  ▆▆▆▆▆▆▆▆

City  ▆▆▆▆▆▆

State  ▆▆

ZIP/Postal Code  ▆▆▆▆

County  ▆▆▆▆

Home Phone

Mobile Number  ▆▆▆▆▆▆

E-Mail  ▆▆▆▆▆▆▆▆

Are you Active Duty Military?  **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 N Peters Road**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail    **Media@solartitanusa.com**

Was a contract signed?    **True**

Date(s) of transaction    **07/01/2021**

Product or service involved    **Solar Panels**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 23 of 152   PageID #: 3390

#129.185

Total Price  **22000**

Amount Paid  **22000**

How did you hear about this product or service?  **Email concerning** ▬▬▬▬▬▬▬

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Refund of money, Removal of equipment**

Briefly state the facts of your complaint  **Solar panels don't work consistently. They have issues with performing the updates so it is always lagging behind. Now they have disconnected their phones so we have no support whatsoever!**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▬▬▬▬▬▬▬

Date  **January 17, 2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Wednesday, January 25, 2023 4:08 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Titan solar usa. |

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

Report Suspicious

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:

████████████
████████████████
████████████████

------------------------------------------------

████████, Jan 25, 2023, 3:50 PM

I had an evaluation last june, they told me what i needed and to remove trees told them i could get it all done by october 2022. In July they came out promised a 15kwh system for 50,000 if i signed and locked in the price. billing was supposed to start 90 days after the install. In october i was contacted by a collection agency for mosaic. i contacted them they said titan submitted paperwork in july that i was already behind. I contacted Titan they said they made a mistake and would send me a check to cover until my solar panels were installed. i have made several payments to mosaic even explaining issue they reported to my credit went from 700 to 523 as of today. Im dying in debt paying on something that isn't even in my yard. I have no panels, they dont answer the phone anymore, no check and bad credit now that i don't know how to fix. i have tried to find an attorney and they all want 3k retainer. So my options are go into more debt that i don't have or keep paying and have no money. Im at a loss and have no idea what to do.

\* \* \*

FirstName: ████████
LastName: ████████
Address1: ████████████
Address2:
City: ████████████
State: ████
ZipCode: ████████
County:

PhoneNumber ██████████

EmailAddress: ████████████████

Type: (assign form)

Name: IP Address

Value: ████████████

Subject: Titan solar usa.

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Wednesday, January 25, 2023 4:08 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar Titan usa warranty repair. |

| | |
|---|---|
| **This Message Originated from Outside the Organization**<br>This Message Is From an External Sender. | Report Suspicious |

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:

███████████████████████████
██████████████████████
██████████████████

----------------------------------------------
█████████████████ Jan 25, 2023, 3:34 PM
Have a 5 kw solar system and as of 11/24/22 it has quit working. After contact they checked and ststed inverter bad. They then put in a request for one and it was approved. Contacted manufacture and sent out a inverter I think at least a RMA #. Since this I can no longer get in contact with Solar Titan usa for a repair date. Not sure what i need yo do at this time any info would be helpful. Solar Titan usa 414 N Peters Rd Knoxville Tenn. 37932 1-865-392-1036
* * *
Prefix: Mr.
FirstName: ████████
MiddleName: ████████
LastName: ████████
Address1: ██████████████
Address2:
City: ██████████████
State: ███
ZipCode: ██████
County:
PhoneNumber: ████████████
EmailAddress: ████████████████
Type: (assign form)
Name: IP Address

Value: ███████████

Subject: Solar Titan usa warranty repair.





ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id **835882e9-646e-4880-b582-2d8ab99d8fd5**

Completion Date **1/25/2023 6:47:31 PM**

## Information
## Consumer

First Name

Last Name

Address

City

State

Zip Code

County

Phone Number

Email Address

What is your age? **40-59**

Are you a Veteran? **No**

## How You Were Scammed

Phone Number of Caller

Was it an automated call?

Were you provided a call back number?

If yes, please provide the phone number

Website Address (if known)

Email Address of Sender

Name of Sender

Case 3:23-cv-00046-DCLC-JEM    Document 67-6    Filed 02/23/23    Page 29 of 152    PageID #:
3396
#129.191

Address of Sender

Description or Name of Scammer, if known:   **Jason Horton**

Location Where Scam Occurred:   ████████████████████

## Type of Scam

Please Select   **Other**

If the scam you experienced is not listed above, please select "other" and briefly explain   **This guy sold me solar panels (Solar Titan)and got them financed through his company (mosaic finance)which he said they also owned and they have never worked and also caused my roof to leak and won't do anything to try to fix the situation and turned this in on my wife's credit because we haven't made any payments because it's never worked**

Did you lose money?   **Yes**

If so, how much?   **$30,000**

How did you send the money?   **Financed through Mosaic finance company which he said he also owns**

## Further Information

Please briefly describe your situation involving the scam or potential identity theft . You may also attach any copies of documents you received or copies of receipts you may have.   **This guy sold me solar panels (Solar Titan)and got them financed through his company (mosaic finance)which he said they also owned and they have never worked and also caused my roof to leak and won't do anything to try to fix the situation and turned this in on my wife's credit because we haven't made any payments because it's never worked**

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?   **No**

Were you contacted by a company or agency regarding a data breach?   **No**

If yes, who contacted you?

Was your identity used to open new accounts, etc.?   **No**

If other, please explain

## What To Do Next?

## Signature

Electronic Signature   ████████████

Date   **1/24/2023**

Verification

# Utility Complaint Form Admin

## Application Information

Submission Id  **646beb2b-8b7d-4231-9ef6-6bd926df4247**

Completion Date  **1/24/2023 2:58:50 PM**

If you wish to remain anonymous, please check this box.  **False**

First Name  ███████

Last Name  ███████

Your business (if applicable)

Primary Phone  ███████

Mobile Number

Address  ███████

Address 2

City  ██████

County  ██████

ZIP/Postal Code  ██████

E-Mail  ███████

Against what company or business is your complaint?  **Solar Titan USA**

Business Phone  **865-392-1036**

Business Address  **414 North Peters Road**

Business Address 2

Business City  **Knoxville**

Business ZIP  **37922**

Type of utility (if applicable)

Was a contract signed?  **Yes**

Have you contacted the company or person regarding your complaint?  **Yes**

If yes, with whom did you speak and what resulted from the contact? (include dates)  **I've called all numbers given to me and phone are disconnected**

Have you contacted a private attorney regarding your complaint?  **No**

**#129.193**

Have you contacted any other agency regarding your complaint?   **Yes**

If yes, who?   **BBB**

Additional details

Verification   **PASS**

**#129.194**

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Wednesday, January 25, 2023 8:59 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar titan. |

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

Report Suspicious

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:
████████████
████████ ▄▄
████████

------------------------------------------------
████████████ Jan 24, 2023, 4:03 PM
Unable to get ahold of this business. No call back. No email back.
* * *
Prefix: Mrs.
FirstName: ██████
MiddleName: ██
LastName: █████
Address1: ████████████
Address2:
City: █████
State: ████
ZipCode: ██████
County:
PhoneNumber ████████
EmailAddress: ██████████
Type: (assign form)
Name: IP Address
Value: ██████
Subject: Solar titan.

1



# ATTORNEY GENERAL
# DANIEL CAMERON

### Secure Online System

## Application Information

Submission Id   **b244f1e3-0354-4745-bbeb-ba858c877377**

Completion Date   **1/25/2023 8:25:43 AM**

## Consumer Complaint and Mediation Form

Name   ███████████

Address   ███████████

City   ████████

State   ████

ZIP/Postal Code   ███████

County   ██████

Home Phone

Mobile Number   ███████████

E-Mail   ████████████

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Road**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **833-212-8715**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **10-06-2021**

Product or service involved   **Solar Pannels**

Total Price  **33,500.**

Amount Paid  **2,66182**

How did you hear about this product or service?  ██████████ **in-laws**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?  **none**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **.**

Briefly state the facts of your complaint  **Not able to contact Solar Titan or their finance company ( Mosaic Sure Pay ACH). Solar Titan's contract with ██████ is close to ending. I talked with the attorney general's office in Louisville, Heather Napier. There are a lot more affected by this company.**

## Documents List

**Filename**

20230125_081222.jpg                                   Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ██████████████

Date  **1/25/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number  ████████████

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

---

## Application Information

Submission Id    **100c9209-322a-4f90-85df-5d505a38299c**

Completion Date    **1/25/2023 2:12:26 PM**

## Consumer Complaint and Mediation Form

Name    ▉▉▉▉▉▉▉

Address    ▉▉▉▉▉▉▉▉▉

City    ▉▉▉▉▉▉▉

State    ▉▉▉

ZIP/Postal Code    ▉▉▉▉

County    ▉▉▉▉▉

Home Phone    ▉▉▉▉▉▉

Mobile Number    ▉▉▉▉▉▉

E-Mail    ▉▉▉▉▉▉▉▉

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 N Peters Rd**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **May 17, 2022** `

Product or service involved    **Solar power unit with backup generator & installation**

Total Price   **$38,500.00**

Amount Paid   **$1,379.00**

How did you hear about this product or service?   **Internet / TV**

With what other agencies have you filed a complaint?   **None**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **I would like to get out of the contract and debt that I owe.**

Briefly state the facts of your complaint   **I purchased this solar energy unit because I was told that it would practically eliminate all of my electric costs. It has not done this at all. Now I am paying electric as always and the monthly bill on the solar unit. It has not worked correctly since they installed it. I have had them come out several times to repair it. It was never repaired correctly and in fact sometimes it made it worse after they worked on it. The last time I called them to come and check it, they wouldn't even respond to me.**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   ▮▮▮▮▮▮

Date   **1/25/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM    Document 67-6    Filed 02/23/23    Page 37 of 152    PageID #: 3404

**#129.199**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **e84957ff-098d-4f57-808b-937207c38a77**

Completion Date  **1/25/2023 7:16:28 PM**

## Consumer Complaint and Mediation Form

Name ███████████

Address ███████████

City ██████

State ███

ZIP/Postal Code ████████

County ████

Home Phone

Mobile Number ███████████

E-Mail ███████████

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan, USA**

Company Address  **414 N. Peters Road**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **May 2022**

Product or service involved  **Solar panels**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 38 of 152   PageID #: 3405
#129.200

Total Price   **approximately $30,000.00**

Amount Paid

How did you hear about this product or service?   **facebook ad**

With what other agencies have you filed a complaint?   **no**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Since they aren't working and the company won't service them, I want them removed from my house.**

Briefly state the facts of your complaint   **After solar panels were installed on my house, I was promised 70-95% reduction of my electric bill. It has not performed at all. I've called numerous times without anyone answering. I have left several messages and no one has returned my calls. I cannot afford to pay a $400.00 electric bill along with my payment for solar panels. *this is not a generac product.**

## Documents List

### Filename

98E1C486-B74E-4E13-8DFA-75D207248FA1.jpeg                                        Download

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Date   **1/25/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Tuesday, January 31, 2023 11:46 AM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Consumer complaint. |

---

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

Report Suspicious

---

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:

███████████████████████
███████████████
█████████████

----------------------------------------------
████████████████ an 30, 2023, 9:28 PM
I tried to submit a consumer complaint online but it wouldn't except my email address. I am reaching out after discovering Solar Titan USA has permanently closed without notifying me. I am worried about the money I have paid for the system and it's warranty and functionality.
* * *
Prefix: Mrs.
FirstName ███████████
MiddleName █████████
LastName ██████
Address1: ████████████████
Address2:
City: ████████
State: ████
ZipCode ██████████
County:
PhoneNumbe ██████████████
EmailAddress: ██████████████████
Type: (assign form)
Name: IP Address
Value: █████████████

1

Subject: Consumer complaint.

# Utility Complaint Form Admin

## Application Information

Submission Id    **45c7c0be-4f06-4a7d-a377-c0db56962898**

Completion Date    **1/31/2023 2:28:12 PM**

If you wish to remain anonymous, please check this box.    **False**

First Name    █████

Last Name    ███████

Your business (if applicable)

Primary Phone    ████████████

Mobile Number

Address    ████████████

Address 2

City    ██████

County    ██████

ZIP/Postal Code    ████████

E-Mail    █████████████████

Against what company or business is your complaint?    **Solar Titan**

Business Phone    **865-392-1036**

Business Address

Business Address 2

Business City    **Knoxville Tennessee**

Business ZIP

Type of utility (if applicable)    **Solar**

Was a contract signed?    **Yes**

Have you contacted the company or person regarding your complaint?    **Yes**

If yes, with whom did you speak and what resulted from the contact? (include dates)    **I have spoken with many representatives Brianna being one. However no contact is now being made from the company.**

Have you contacted a private attorney regarding your complaint?    **No**

Have you contacted any other agency regarding your complaint?    **No**

If yes, who?

Additional details   **The solar system is not working at all I have seen no change in my usage on my bills nor has my bill price decreased. The company is no longer contacting back but I am still paying the monthly bill to have the product that does not work currently.**

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 43 of 152   PageID #: 3410
#129.205



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **3f2b3275-d03e-4a48-96fe-df773519b3b7**

Completion Date  **1/31/2023 9:03:43 AM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar titan USA**

Company Address  **414 north peters rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **3/25/22 original second set possible June 2022 email paperwork it's gone**

Product or service involved  **Solar panel system**

**#129.206**

Total Price   **33,000**

Amount Paid

How did you hear about this product or service?   **Friend**

With what other agencies have you filed a complaint?   **None**

What action was taken by those agencies?   **None**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **100% refund Currently financed System currently not working**

Briefly state the facts of your complaint   **I was lied to by multiple people at their company It took them over six months to install the system System has not function properly since day of installation System is currently not working properly, and I have no lights in my house because the back up system has shorted out. I was lied to about how it was, financed as far as their how their interest rates worked(system is finance through Mosaic)**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   ██████████

Date   **01/31/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **150bc7c8-02a3-4234-b065-d9e4d6517293**

Completion Date  **1/31/2023 10:30:51 AM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **414 N Peters Rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **2/17/2022**

Product or service involved  **Solar Panels**

Total Price  **$15,750**

Amount Paid  **$983.07**

How did you hear about this product or service?  **internet ad (YouTube)**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?  **na**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Full refund $400 referral fee for referring Kyle K Boss to have them install panels on his house Full loan forgiveness**

Briefly state the facts of your complaint  **Solar panels were quickly installed. After that, the process was very long due to the fact that I had to call Solar Titan USA every step to move onto the next step. I usually had to call after several weeks of hearing nothing from them. I'm not so sure I was told the truth about the questions I had.Specially if I needed a battery. I was told no, therefore I do not have one. FINANCING done through a company called MOSAIC is also a HUGE problem! They are charging $2.71/DAY "finance charge" on top of interest. My loan payment is $89.37/month. That divided by 31 is $2.88/day if a 31 day month. My original loan amount was $15,750. My current loan balance is $15,750! If I were to pay off my loan today, it would be $15,884.69!!!!!!! **your form wouldn't allow me to upload pictures of proof. I have them saved, should you like to see them.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ██████████████

Date  **1/31/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Mosaic**

Account/Loan Number  **222123**

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **82e35590-c239-4afb-a42c-d9f41f15a2fa**

Completion Date   **2/2/2023 6:41:31 PM**

## Consumer Complaint and Mediation Form

Name   ▬▬▬▬▬▬▬▬

Address   ▬▬▬▬▬▬▬

City   ▬▬▬▬▬▬

State   ▬▬

ZIP/Postal Code   ▬▬▬▬▬

County   ▬▬▬

Home Phone

Mobile Number   ▬▬▬▬▬▬

E-Mail   ▬▬▬▬▬▬▬

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **August 7, 2021**

Product or service involved   **4K KW Solar PV System: Hyper Package, W/ Battery backup**

Total Price  **$31,500**

Amount Paid  **$2636.20**

How did you hear about this product or service?  **Advertisement**

With what other agencies have you filed a complaint?  **NA-Talked with lawyer who directed me to file a complain with Ky Attorney General**

What action was taken by those agencies?  **NA**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **-Received $2500 rebate, but have paid $2636.20 to All in Credit Union (P.O. Drawer 8, Daleville, AL, 36322; 334-598-4411) so far. I would like to stop payments, be refunded the full amount above the $2500 rebate I received, including lost time at work($765.00). I would also like to receive payback for 26% of the $31,000 tax incentive if I am required to pay that back. -Solar System needs to be removed, without any damage to the roof.**

Briefly state the facts of your complaint  **-Signed contract in August 2021, began making payments in December 2021, Solar system installed around December 2021, but never passed inspection; Was promised installation would be complete and system would be fully operation in 3 months; -I have been making payments on time since December 2021, and the system is still not functioning or providing power -Payments have been $188.30 per month since December 2021 -Called multiple times throughout 2021 and 2022 regarding system and lack of power, took off 6 days of work to be at home when they were supposed to "fix" the system, however most days they didn't show up, and the problem was never resolved -They came around October 2022 and unhooked the battery, but never resolved the problem; been trying to get ahold of them since, but their phone number went to voicemail, and now it doesn't even go through; tried multiple phone numbers related to Solar Titan USA, but I cannot get in touch with anyone, and my calls have not been returned**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  [redacted]

Date  **02/02/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **All in Credit Union**

Account/Loan Number  [redacted]

Email Address  **cuinfo@allincu.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature  [redacted]

Date  **02/02/2023**

Verification  **PASS**

#129.211



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id **22aa8ea7-3372-40a4-85da-f33517b02b7d**

Completion Date **2/2/2023 2:13:39 PM**

## Consumer Complaint and Mediation Form

Name █████████████

Address ██████████████

City ██████

State ████

ZIP/Postal Code █████████

County ███

Home Phone ██████████

Mobile Number █████████

E-Mail ███████████████

Are you Active Duty Military? **No**

Company or person your complaint is against **Solar Titan USA**

Company Address **414 N Peters Rd**

Company City **Knoxville, TN**

Company State **TN**

Company ZIP **37922**

Company Phone **865-392-1036**

Company E-Mail **Customercare@solartitanusa.com**

Was a contract signed? **True**

Date(s) of transaction **12/1/2021**

Product or service involved **Solar panel system**

Case 3:23-cv-00046-DCLC-JEM    Document 67-6    Filed 02/23/23    Page 50 of 152    PageID #: 3417
#129.212

Total Price **$33,500**

Amount Paid **$2330.16**

How did you hear about this product or service? **Social media**

With what other agencies have you filed a complaint? **Mosaic**

What action was taken by those agencies? **investigation**

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **Have Solar Titan honor their contract and warranty, correct the issues with our system, and reimburse us for the months that the panels have not been working. If they cannot honor the agreed contract then they system removed and pay for damages to the home, along with loan erased.**

Briefly state the facts of your complaint **We purchased solar panels through Solar Titan USA in December of 2021. the install on the panels and back up battery went very smoothly and we were up and running in a couple months after the system was inspected by the electrical inspector. December of 2022 we started having issues with the system where it wasn't working then it would come on finally . I contacted Solar Titan the beginning of December when we started noticing the issues. The lady from the customer care center was very polite and told me a tech would contact me before there were to come out to look at the system. a couple weeks had went by and never heard anything from the tech. So I tried calling back and that is when I found out that their number has been disconnected, will not respond to emails either . We reached out to Mosaic the financial company that Solar Titan recommended that we financed through to inform them of the issue that we could not reach the company, that they are not responding to calls/emails.**

## Documents List

### Filename

| | | |
|---|---|---|
| ▓▓▓▓▓▓ | Installation Agreement ver..pdf | Download |

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signatu ▓▓▓▓▓▓▓▓

Date **2/2/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 51 of 152   PageID #: 3418

**#129.213**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **d12868f6-c12b-43cd-b1ce-b8ab5ef10aa6**

Completion Date   **2/5/2023 9:19:57 PM**

## Consumer Complaint and Mediation Form

Name   ▇▇▇▇▇▇▇▇▇▇

Address   ▇▇▇▇▇▇▇▇▇▇

City   ▇▇▇▇▇▇

State   ▇▇▇▇

ZIP/Postal Code   ▇▇▇▇▇

County   ▇▇▇▇

Home Phone   ▇▇▇▇▇▇

Mobile Number   ▇▇▇▇▇▇

E-Mail   ▇▇▇▇▇▇▇

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan, USA**

Company Address   **11205 Outlet Drive**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37932**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **12/21/2021**

Product or service involved   **Solar Panels**

**#129.214**

Total Price   **57,000**

Amount Paid   **solar financed 57,000**

How did you hear about this product or service?   **internet**

With what other agencies have you filed a complaint?   **none yet**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Solar panels operating as they promised they would. If functioning properly they should cover all of our electric bill. I filed the original complaint in May of 22. This is a follow up. I am still paying my electric bill and also paying the loans on the panels. Mosaic is just as guilty as Solar Titan since their paper work said they would get customer approval that work was completed, but they paid solar titan and charged me without ever asking if work was done. Work was "done", but it was done illegally and should not have been paid for.**

Briefly state the facts of your complaint   **Company was supposed to get all permits before installing. They did not. Panels were on our roof for several months before they ever got the permits so they could be inspected. The only reason it happened then was because I called them almost daily until they finally did what they were supposed to do before ever installing the panels. Once operational, they were not working as promised. We called again multiple times to ask them to send someone to check them out. They told us we had to have 8 months of electric bills with the panels working before they could authorize a tech to come look. They went out of business before 8 months passed.**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   ████████████

Date   **2/5/23**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

**#129.215**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **a9ddccd7-0bf5-4a92-94ce-66a706ee3f78**

Completion Date   **2/5/2023 9:19:51 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮▮

State ▮▮▮

ZIP/Postal Code ▮▮▮▮

County ▮▮▮

Home Phone ▮▮▮▮▮

Mobile Number ▮▮▮▮▮

E-Mail ▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **November 26, 2021**

Product or service involved   **6kw residential Solar system installed**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 54 of 152   PageID #:
3421
#129.216

Total Price   **$30,000.00**

Amount Paid   **$2,040.00**

How did you hear about this product or service?   **Internet search**

With what other agencies have you filed a complaint?   **Better Business Bureau**

What action was taken by those agencies?   **None**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **The company honoring their claims of energy production and updating/repairing system to meet that expectation of production, or uninstall the system and return the money paid, and cancel financial obligations with Mosaic financial.**

Briefly state the facts of your complaint   **On 11/26/21, we signed a contract for a 6kw solar system to be installed at our property at** ███████
██████████████████████ **The install start to finish took a little over a month. We were promised the system would produce enough energy to negate our current energy bill through** ███████████ **and we would essentially have a $0.00 electric bill. Since the system was installed it has not produced nearly the 6kw stated in our contract. We have seen little change to our energy bill, and now we have a $170/month payment for equipment that is under performing. We have reached out to Solar Titan directly numerous times with no answer, and no response to our voicemail messages. We are under the impression they have closed their business.**

## Documents List

**Filename**

Solar Titan Contract.jpg                                                        Download

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ████████████

Date   **2/5/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic**

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

**#129.217**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **9ca8c86f-6bac-4b7e-ae69-a7b3d5829314**

Completion Date    **2/3/2023 3:53:26 PM**

## Consumer Complaint and Mediation Form

Name    ▮▮▮▮▮▮▮▮▮

Address    ▮▮▮▮▮▮▮

City    ▮▮▮▮▮▮▮

State    ▮▮▮▮

ZIP/Postal Code    ▮▮▮▮▮▮

County    ▮▮▮▮▮

Home Phone

Mobile Number    ▮▮▮▮▮▮▮

E-Mail    ▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?    **Yes**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **PO Box 30059**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37930**

Company Phone    **865-392-1036**

Company E-Mail    **customercare@solartitanusa.com**

Was a contract signed?    **True**

Date(s) of transaction    **4 Jun 2022**

Product or service involved    **Solar Panels**

Total Price  **$30,000**

Amount Paid  **$0**

How did you hear about this product or service?  **From a friend**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **NA**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **1. Hand over ownership of all equipment, at no cost to me or my family, so we can find a local solar company or electrician to correct all deficiencies and get the system operating. 2. If first option is not acceptable, remove solar panels and supporting equipment. Replace the roof where solar panels were installed. Replace the siding where solar panel equipment was installed. Fix the sheet rock that was cut to access the breaker panel.**

Briefly state the facts of your complaint  **We do not want to do business with Solar Titan USA. Our system was installed Aug 2022. ST never sent us the engineer plans before install. The installers were late. I had to do problem solving with the installers because they didn't have a plan to do the install. They installed the wrong equipment. ST lied to us and said they installed the right equipment and that the engineers put the wrong equipment on the plan. Did not finish the install (commissioning) and said they would be back in the morning. Never showed. After this interaction, we complained for weeks and wanted out of the contract. ST said no and offered an upgrade to our system instead. We accepted. The system has failed inspection 4 times for multiple reasons. On the last inspection, the inspector literally was able to pull out all wires with his fingertips from the power box. The electric company locked the system in the off position until it can pass inspection. ST hasn't returned phone calls or emails.**

## Documents List

### Filename

██████████  Installation Agreement ver..pdf                                                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ██████████

Date  **3 Feb 2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 57 of 152   PageID #: 3424

#129.219



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **09734e9d-729e-427b-9fa6-bd91e795f183**

Completion Date  **2/3/2023 9:37:11 AM**

## Information
### Consumer

First Name    ███████

Last Name     ███████

Address       █████████

City          ████████

State          ████

Zip Code       █████

County         ████████

Phone Number   ████████

Email Address  ███████████████

What is your age?  **40-59**

Are you a Veteran?  **No**

## How You Were Scammed

Phone Number of Caller

Was it an automated call?

Were you provided a call back number?

If yes, please provide the phone number

Website Address (if known)

Email Address of Sender

Name of Sender

Address of Sender

Description or Name of Scammer, if known:    **SolarTitan**

Location Where Scam Occurred:    

## Type of Scam

Please Select    **Other**

If the scam you experienced is not listed above, please select "other" and briefly explain    **June 2022, I signed a contract with solar titan for over $43,000 for 20 solar panels to be installed on my home to help reduce my and my disable veteran fiancé's electricity bills. The salesman stated we would be saving several hundred dollars a month in electricity bills within a month or two of solar installation, offsetting the solar payment of $250 a month. Within a week or two I had the solar panels installed however, my solar panels were not hooked up or running until late November early December 2022, despite multiple attempts to contact solar titan. Today, February 3, 2023 I noticed sparks coming from the solar panel breakers is in my breaker box. I attempted once again to contact solar titan with no answer. Upon doing further research, I saw multiple similar complaints online and found an article, stating there was several lawsuits against the company in both Tennessee, and Kentucky. I am currently paying for the solar that does not work along with an electricity bill, now having no one to fix the issues that could cause a structure fire to my home. Solar titan made several promises about timely service cost savings to our electricity, bill, and maintenance when needed. Thus far solar titan has been unavailable and neglectful of their contractual obligations, I am still paying full price for my electricity bill along with the monthly solar payment, in total ranging anywhere from $300-$800 a month. My fiancé is currently undergoing treatment for cancer, and this is not a cost we can afford, when the point of installing the solar was to save us money.**

Did you lose money?    **Yes**

If so, how much?    **$44000**

How did you send the money?    **Loan**

## Further Information

Please briefly describe your situation involving the scam or potential identity theft . You may also attach any copies of documents you received or copies of receipts you may have.

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?

Were you contacted by a company or agency regarding a data breach?

If yes, who contacted you?

Was your identity used to open new accounts, etc.?

If other, please explain

## What To Do Next?

## Signature

Electronic Signature    

Case 3:23-cv-00046-DCLC-JEM    Document 67-6    Filed 02/23/23    Page 59 of 152    PageID #: 3426

#129.221

# Utility Complaint Form Admin

## Application Information

Submission Id   **539c6df3-2374-46f4-835b-f8ececa541a6**

Completion Date   **2/1/2023 11:52:16 AM**

If you wish to remain anonymous, please check this box.   **False**

First Name   ▇▇▇▇▇▇

Last Name   ▇▇▇▇▇▇

Your business (if applicable)   **Not applicable**

Primary Phone

Mobile Number   ▇▇▇▇▇▇▇▇

Address   ▇▇▇▇▇▇▇

Address 2

City   ▇▇▇▇▇

County   ▇▇▇▇

ZIP/Postal Code   ▇▇▇▇▇

E-Mail   ▇▇▇▇▇▇▇▇

Against what company or business is your complaint?   **Solar Titan USA**

Business Phone   **833-212-8715**

Business Address   **P.O. Box 37922**

Business Address 2

Business City   **Knoxville TN**

Business ZIP   **37930**

Type of utility (if applicable)   **Solar Panel**

Was a contract signed?   **Yes**

Have you contacted the company or person regarding your complaint?   **Yes**

If yes, with whom did you speak and what resulted from the contact? (include dates)   **After the contract and financing agreement for the installation of solar panels was signed on August 26, 2022, there was no installation or any communication except invoices from the finance company. Starting in September of 2022, I spoke to Stacy Mokks, Tiffany Walker and many others about the delay in the installation; but got nothing but a run around.**

Have you contacted a private attorney regarding your complaint?  **Yes**

Have you contacted any other agency regarding your complaint?  **No**

If yes, who?  **Better Business Bureau in Knoxville TN.**

Additional details

Verification  **PASS**

**#129.223**

# CONSUMER MEDIATION REQUEST FORM

**RETURN TO:**
Office of the Attorney General
Office of Senior Protection and Mediation
1024 Capital Center Drive • Frankfort, KY 40601
Hotline: 1-888-432-9257 • FAX: 502-573-7151
www.ag.ky.gov

**OFFICE OF THE ATTORNEY GENERAL**

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ■ Mr ☐ Mrs ☐ Ms ▬▬▬▬▬

Address ▬▬▬▬▬

City ▬▬▬▬▬  State ▬▬  Zip Code ▬▬  County ▬▬▬▬▬

Home phone ▬▬▬▬▬  Work/Cell Phone ▬▬▬▬▬

Email Address ▬▬▬▬▬

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Company your complaint is against? **Mosaic**

Address **P.O. Box 820**

City **Scottsdale**  State **Arizona**  Zip **85252** (5)  County **Maricopa**

Phone **855-746 5551**

*Please fill in this section completely.*

Was a contract signed? ■ YES  ☐ NO (If yes, please attach a copy of your contract) **I don'T Have iT**

Where was the contract signed? ■ In your home.. ☐ At the business  ☐ Other ▬▬▬▬▬

Date(s) of transactions **May 21**  Product/Service Involved **Solar Panels**

Total Price $ **16,200**  Amount Paid $ ▬▬▬  Was product/service advertised ■ YES  ☐ NO

How was service advertised? ☐Newspaper ☐TV ☐Radio ☐Mail ☐Phone ■Email ■Internet ☐ Other ▬▬▬

With what other agencies have you filed this complaint? **None**

What action was taken? ▬▬▬▬▬

Have you hired or retained a private attorney? ☐ YES ■ NO  Have you started court action? ☐ YES ☐ NO
*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? **I don'T owe iT And Make Sure my CrediT RepORT is STRAighTened OuT**

Below, briefly state the facts of your compla..... (If necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.

I dont Have ANY Papers. I was Going Toget THE TITAN Solar Panel. I Found out I Had Complication with My Cancer and Would No be Able To work. So I Called everyone and Cancelled. I Called TiTint ContracTors AND Mosaic AND They sent Me Confirmation No. I didn Hen any Thing from Anyone for MonThs. So I Burned every Thing. In SIX MONTH I GOT A Bill from Mosaic and They Want Payment on The Money; That I Did Not Get. 16200 They Turned iT over To A Collection Agency. ~~~~ ion ~~~~, I~~~~. Concord P.O. Box 150 ScolTdale, AZ 85252

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

_____ March 2. 2022
Signature                Date

## AUTHORIZATION TO RELEASE INFORMATION

Please complete this section only if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information  Mosaic

Account/Loan Numbe█████████████

Email address  HTPS://Join mosaic. My AcouNT info. Com  ALL LeTTers LowcKASE And Alltoget her

### HIPAA Privacy Authorization - Authorization for Use or Disclosure of Protected Health Information

I authorize ████████████████                (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

_____ March 15 2022
Signature                Date

## OPTIONAL-- COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15  ☐16-25  ☐ 26-39  ☐40-59  ■60-75  ☐76-over

The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to



ATTORNEY GENERAL
# DANIEL CAMERON

---

## Secure Online System

## Application Information

Submission Id  **8e61c801-53a7-4dce-8294-97e93b05a8d7**

Completion Date  **2/7/2023 1:34:28 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮

Address ▮▮

City ▮▮▮▮

State ▮▮

ZIP/Postal Code ▮▮▮▮▮

County ▮▮▮▮

Home Phone ▮▮▮▮▮▮

Mobile Number ▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **414 N Peters Road**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **3/22/2022**

Product or service involved  **Solar Panels and System**

Total Price  **$52,250**

Amount Paid  **$1,874.25**

How did you hear about this product or service?  **Neighbor**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?  **None**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Due to this business's unprofessional and deceitful practices, I feel as if I have been scammed into purchasing very expensive equipment under the guise of energy freedom and financial benefit. I am looking for complete forgiveness of the loan I had to take out to purchase the equipment sold by Solar Titan USA.**

Briefly state the facts of your complaint  **After agreeing to purchase this system, I was told it would be up and running within 60 days. It was not. The agreed purchase of the system was made on 3/22/2022, and the system was not operational until 7/28/2022. Additionally, during the installation process, I was told my current breaker was not strong enough to hold the system that would be installed. This was not told to me upon the engineers' initial inspection of my property. All of this was brought to Solar Titan USA's attention, and they reimbursed me half of the cost of the electrical upgrade and two months of loan payments. On 2/7/2023, I discovered Solar Titan USA is no longer in business. I have purchased their solar panels and equipment, which are still under warranty. I have already had issues where technicians have had to come and replace equipment. Now that the company no longer exists, I have no way to contact anyone in the event I have further issues with the panels or system.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **2/7/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Connexus Credit Union**

Account/Loan Number  ▮▮▮▮▮▮

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

# Utility Complaint Form Admin

## Application Information

Submission Id  **f3c840eb-699e-43c7-9832-a123162db69e**

Completion Date  **2/8/2023 7:08:36 PM**

If you wish to remain anonymous, please check this box.  **False**

First Name  ███████

Last Name  ███████

Your business (if applicable)

Primary Phone  ███████

Mobile Number  ███████

Address  ███████

Address 2

City  ███████

County  ███████

ZIP/Postal Code  ███████

E-Mail  ███████

Against what company or business is your complaint?  **Solar titan and mosaic**

Business Phone

Business Address

Business Address 2

Business City

Business ZIP

Type of utility (if applicable)  **Solar**

Was a contract signed?  **Yes**

Have you contacted the company or person regarding your complaint?  **Yes**

If yes, with whom did you speak and what resulted from the contact? (include dates)  **There were several and now the phone number no longer works**

Have you contacted a private attorney regarding your complaint?  **No**

**#129.228**

Have you contacted any other agency regarding your complaint?     **No**

If yes, who?

Additional details    **Was told the system would almost eliminate my electric bill and they put it up, got it all almost working and then said my main service panel needed upgrading. They contracted a company and they replaced it. The system was working but not producing properly. My spare bedroom used for storage it was cleared out for my oldest to stay in and had no electric. Contacted the contractor and he hung up on me and then blocked me. Solar titan finally came and found the wiring loose to the breakers and arcing almost burning my house down. Solar titan agreed to cover my new roof warranty also and now no longer exists. My bill is higher now than before the solar went up. Had to pay whole loan in order to refinance my house because they took a lien on it. $38,400 and then will get almost none of the tax credit.**

Verification    **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **928268b1-8248-4151-85b1-531f73e80208**

Completion Date    **2/8/2023 5:46:39 AM**

## Consumer Complaint and Mediation Form

Name    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Address    ▮▮▮▮▮▮▮▮▮▮

City    ▮▮▮▮▮▮▮▮▮

State    ▮▮

ZIP/Postal Code    ▮▮▮▮▮▮▮

County    ▮▮▮▮

Home Phone    ▮▮▮▮▮▮▮▮

Mobile Number    ▮▮▮▮▮▮▮▮

E-Mail    ▮▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan**

Company Address    **414 Peters Rd**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **July 2022**

Product or service involved    **Solar system**

Total Price  **45000.00**

Amount Paid  **45000.00**

How did you hear about this product or service?  **Social media**

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I want this system removed**

Briefly state the facts of your complaint  **The promise of considerably lower electric bill, the tax rebate in which it's only a credit. My electric bill since it's been installed has increased not decreased, the company has never returned any calls or emails.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  <span style="background:black">        </span>

Date  **2/08/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

**#129.231**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **57a7217d-0738-4f80-9e49-238ae15e3a70**

Completion Date   **2/8/2023 2:50:06 PM**

## Consumer Complaint and Mediation Form

Name ████████████

Address ████████

City ██████

State ██

ZIP/Postal Code ████████

County ██████

Home Phone ████████

Mobile Number ██████████

E-Mail ████████

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **2333 Alexandria Drive**

Company City   **Lexington**

Company State   **KY**

Company ZIP   **40504**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **1/25/22**

Product or service involved   **Solar panel package**

**#129.232**

Total Price  **30,000**

Amount Paid  **170.32 per month since April 2022**

How did you hear about this product or service?  **Internet**

With what other agencies have you filed a complaint?  **None**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

. What action will resolve your complaint?

Briefly state the facts of your complaint  **We don't know if we are receiving services or not from the solar panels. We got very little help with an explanation from our Electric Company ▊**

## Documents List

### Filename

20230208_144751.jpg                                                    Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▐▬▬▬▬▬▬▬▬

Date  **2/8/23**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **00901227-e2ff-43b6-b35b-1c96cb404dc5**

Completion Date    **2/9/2023 8:33:43 AM**

## Consumer Complaint and Mediation Form



Name          ██████████████

Address       ███████████████████

City          ████████████

State         ████████

ZIP/Postal Code   ████████████████

County        ████████

Home Phone    ████████████████

Mobile Number   ████████████████████

E-Mail        ████████████████████

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 N Peters Road**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922-2332**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **01-04-2022**

Product or service involved    **Solar Power Generator- Utility Bill Reduction**

Total Price  **$40,000**

Amount Paid  **240,000**

How did you hear about this product or service?  **Internet Advertising**

With what other agencies have you filed a complaint?  **N/A**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Complete the Solar Power Generator- Obtain all of the proper permits and inspections and insure that we receive proper tax rebates and credits of selling excess energy to the Plant Board, reimburse my family for the power bills we have paid due to the fraud perpetrated upon us.**

Briefly state the facts of your complaint  **We signed a Contract with a Brittany Marcum of Solar Titan USA- her phone number is /was 859-893-9010. The agreement was for the unit to be installed and for us to create enough electrical energy to pay for our electrical usage and to sell the excess to the Frankfort Plant Board as credit toward all future bills.**

Document Upload

# Electronic Signature

I Acknowledge  **False**

Electronic Signature  ████████████

Date  **02/09/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

**Secure Online System**

## Application Information

Submission Id    **91f2de0a-9ebc-413f-992c-689b3732025a**

Completion Date    **2/9/2023 1:36:33 PM**

## Consumer Complaint and Mediation Form

Name    ▮▮▮▮▮▮▮

Address    ▮▮▮▮▮▮

City    ▮▮▮▮▮

State    ▮▮▮

ZIP/Postal Code    ▮▮▮▮▮

County    ▮▮▮▮▮

Home Phone    ▮▮▮▮▮▮

Mobile Number    ▮▮▮▮▮▮

E-Mail    ▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?    **No**

Company or person your complaint is against    **SOLAR TITAN USA**

Company Address    **P.O. B0X30059**

Company City    **KNOXVILLE**

Company State    **TN**

Company ZIP    **37930**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **False**

Date(s) of transaction    **APRIL 2021**

Product or service involved    **SOLAR PANELS**

Total Price   **18,000**

Amount Paid   **5,000**

How did you hear about this product or service?

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **REMOVAL OF PANEL AND LOAN CANCELLED AND ROOF REPAIRED**

Briefly state the facts of your complaint   **WE BOUGHT SOLAR PANEL IN 2021 AND CANT SEE THAT THEY HAVE HELP OUR ELECTRIC BILL AT ALL. I HAVE TALKED WITH THE COMPANY A NUMBER OF TIMES (JOHN CARROLL) LAST AUG THEY AGREED THEY HAD UNDER SOLD US THE CORRECT NUMBER OF PANELS AND ADDED 3 MORE. I DONT THINK THEY ARE WORKING AT ALL REALLY. IT WAS SUPPOSE TO CUT OUR ELECTRIC BILL IN HALF. NOTHING I KNOW THAT THE COURT IN TENN. HAS TAKED OVER THE COMPANY AND I WANT TO FILE MY COMPAINT WITH ALL THE REST.**

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature

Date   **02/09/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

**Secure Online System**

## Application Information

Submission Id    **349fbbe9-422f-46c5-8440-941dafbd419e**

Completion Date   **2/9/2023 4:53:59 PM**

## Consumer Complaint and Mediation Form

Name ▉▉▉▉▉▉▉▉▉▉

Address ▉▉▉▉▉▉▉▉▉▉

City ▉▉▉▉▉▉▉

State ▉▉▉▉

ZIP/Postal Code ▉▉▉▉

County ▉▉▉▉▉▉

Home Phone

Mobile Number ▉▉▉▉▉▉▉▉▉▉

E-Mail

Are you Active Duty Military? **No**

Company or person your complaint is against  **Solar titan usa**

Company Address   **414 n Peters rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **April 22 2022**

Product or service involved   **Solar panel system**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 76 of 152   PageID #: 3443

#129.238

Total Price  **$33,000**

Amount Paid  **$1,500**

How did you hear about this product or service?  **Social media**

With what other agencies have you filed a complaint?  **Better business bureau and sunlight financial**

What action was taken by those agencies?  **Better business bureau attempted to reach out to solar titan with no response. Sunlight financial has escalated my complaint to the executive team**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I would like the loan canceled and solar panels removed from my house as they have not worked nor passed an inspection and the company has been put under a federal restraining order due to bad business practices.**

Briefly state the facts of your complaint  **I ordered solar panels from solar titan with the expectation of lowering my electric bill. The salesperson said that the process from install to turning the panels on takes 3-6 months. It is now month 11 and I have the panels on my roof but no inspection or communication from the company. I've reached out on a bi weekly basis since July. Everything I called they said they would call back after trying something but never called back or came for an inspection, I don't know if permits were filed correctly, and the company lied to the fiance company saying the solar panels were generating electricity but my internet was messing up monitoring which is untrue as the solar panels are off due to not passing am inspection yet.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ███████

Date  **02/9/2022**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Sunlight financial**

Account/Loan Number  ███████

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification

**#129.239**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id     **26bd0537-0152-4e71-8225-85cb4a2d88d7**

Completion Date   **2/9/2023 11:05:59 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Ideal Horizon Benefits LLC (Solar Titan USA)**

Company Address   **PO Box 30059**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37930**

Company Phone   **865-392-1036**

Company E-Mail   **N/A**

Was a contract signed?   **True**

Date(s) of transaction   **11/20/21**

Product or service involved   **Solar System**

Total Price **49,500**

Amount Paid **3,549.96**

How did you hear about this product or service? **Through an Ad on social media.**

With what other agencies have you filed a complaint? **Just this one complaint. I have call Solar Titan Several times in the last few months and got no responses or help.**

What action was taken by those agencies? **None**

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **Just simply paying off my loan that I now have for ineffective Solar system.**

Briefly state the facts of your complaint **Since the Solar System has not decreased my electric bill and does not work as advertised by the company I believe this to be false advertising. My family is now stuck with a massive electric bill and paying for a solar loan. Makes roughly 800-900 a month coming out of our pockets.**

## Documents List

### Filename

| | |
|---|---|
| Yahoo Mail - Summary of Key Loan Terms.pdf | Download |
| ██████████unding Application ver. 1.pdf | Download |
| Yahoo Mail - Re: Signature requested on %█████nterconnection%22.pdf | Download |
| █████████Installation Agreement ver..pdf | Download |
| Documents_for_your_DocuSign_Signature-2.pdf | Download |
| Yahoo Mail - Re: Administrative Process.pdf | Download |
| Yahoo Mail - Please Review Your Credit Application Decision - Credit Approved.pdf | Download |

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signature ████████████

Date **2/9/23**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information **Corning Credit Union**

Account/Loan Number ████████████

Email Address **mailus@corningfcu.org**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 79 of 152   PageID #: 3446

#129.241





## ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **bc945e4c-a8e1-43ef-8b80-ec893edba664**

Completion Date    **2/9/2023 6:01:36 PM**

## Information
## Consumer

First Name    ▆▆▆▆

Last Name    ▆▆▆▆▆

Address    ▆▆▆▆▆▆▆

City    ▆▆▆▆▆

State    ▆▆▆

Zip Code    ▆▆▆▆

County    ▆▆▆▆

Phone Number    ▆▆▆▆▆▆

Email Address    ▆▆▆▆▆▆▆▆

What is your age?    **40-59**

Are you a Veteran?    **No**

## How You Were Scammed

Phone Number of Caller

Was it an automated call?    **No**

Were you provided a call back number?    **No**

If yes, please provide the phone number

Website Address (if known)    **P.O. Box 30059 Knoxville TN 37930**

Email Address of Sender

Name of Sender

Case 3:23-cv-00046-DCLC-JEM    Document 67-6    Filed 02/23/23    Page 80 of 152    PageID #: 3447

#129.242

Address of Sender: ▮▮▮▮▮▮▮▮▮▮

Description or Name of Scammer, if known: **Solar Titan**

Location Where Scam Occurred: ▮▮▮▮▮▮▮▮▮▮

## Type of Scam

Please Select **Other**

If the scam you experienced is not listed above, please select "other" and briefly explain **Solar titan misrepresents**

Did you lose money? **Yes**

If so, how much? **42000**

How did you send the money? **Bank**

## Further Information

Please briefly describe your situation involving the scam or potential identity theft . You may also attach any copies of documents you received or copies of receipts you may have. **They misrepresented their solar system and said that I would get .97 cents on the dollar for every kilowatt I produced but only got .67 because of law changes and they drug there feet and didn't call LG&E until after the deadline and by the time they called my wife had already called LG&E and had them out here. They damaged my yard,**

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised? **No**

Were you contacted by a company or agency regarding a data breach? **No**

If yes, who contacted you?

Was your identity used to open new accounts, etc.? **No**

If other, please explain

## What To Do Next?

## Signature

Electronic Signature ▮▮▮▮▮▮▮

Date **2/9/2023**

Verification

**#129.243**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **f34c8b6f-d3b2-4333-b8c1-60d036ede49f**

Completion Date    **2/9/2023 11:13:04 AM**

## Information
## Consumer

First Name    ███████████

Last Name    ██████████

Address    ████████████████

City    ███████████

State    ████

Zip Code    ████████

County    ██████

Phone Number    █████████████████

Email Address    ███████████████████████

What is your age?    **60+**

Are you a Veteran?    **No**

## How You Were Scammed

Phone Number of Caller

Was it an automated call?

Were you provided a call back number?

If yes, please provide the phone number

Website Address (if known)

Email Address of Sender

Name of Sender

Address of Sender

Description or Name of Scammer, if known:   **Solar Titan USA**

Location Where Scam Occurred: ███████████

## Type of Scam

Please Select   **Other**

If the scam you experienced is not listed above, please select "other" and briefly explain   **This involves a solar system. it was installed in October 2022 but has not been inspected and is not operational. we were told we would get a tax credit and have yet to find that out. titan was supposed to pay the first six months payments but the bill came in in J anuary. the finance company, mosaic, said we have to pay now. We thought we were doing a good thing but feel like we got ripped off. we just want the job finished and have them clean up the tools and stuff they left.**

Did you lose money?   **No**

If so, how much?

How did you send the money?

## Further Information

Please briefly describe your situation involving the scam or potential identity theft . You may also attach any copies of documents you received or copies of receipts you may have.

Do you have attachments you would like to provide electronically now? This can include receipts, email correspondence, photos or screenshots of cell phone contacts, etc.

## Type of ID Theft

Do you believe your identity or medical information may have been compromised?

Were you contacted by a company or agency regarding a data breach?

If yes, who contacted you?

Was your identity used to open new accounts, etc.?

If other, please explain

## What To Do Next?

## Signature

Electronic Signature   ███████████

Date   **02/09/2023**

Verification   **PASS**

**#129.245**

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Friday, February 10, 2023 12:50 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar Titan. |

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

Report Suspicious

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:

████████████

████████████████

████████████

---------------------------------------------
████████████  Feb 6, 2023, 1:21 PM
We got the solar system from Solar Titan. It worked for maybe a month and a half then quit. They came out and said it needed replacement batteries because it had been hooked up incorrectly. The last contact we had with them they told us they had the parts. We have tried to contact them for over two months with no response. Then we find out they have closed.
* * *
FirstName: ███████
LastName: ████████
Address1: █████████████
Address2:
City: ████████
State: ██████
ZipCode: ████████
County:
PhoneNumber: ████████████
EmailAddress: ███████████████
Type: (assign form)
Name: IP Address
Value: ██████████
Subject: Solar Titan.

1



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **70afa7a2-ef14-48a8-8a47-e5c6d08b4ff0**

Completion Date    **2/10/2023 8:30:42 AM**

## Consumer Complaint and Mediation Form

Name    ▉▉▉▉▉▉▉

Address    ▉▉▉▉▉▉▉▉▉

City ▉▉▉▉▉▉▉

State    ▉▉▉

ZIP/Postal Code    ▉▉▉▉

County    ▉▉▉▉▉

Home Phone

Mobile Number    ▉▉▉▉▉▉

E-Mail    ▉▉▉▉▉▉▉▉

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar titan USA / mosaic**

Company Address    **414 n peters rd Knoxville tn**

Company City    **Solar titan USA**

Company State    **TN**

Company ZIP    **37922**

Company Phone

Company E-Mail

Was a contract signed?    **False**

Date(s) of transaction

Product or service involved    **Solar panels an loan**

Total Price    **22,500**

Amount Paid    **So far about 12,000**

How did you hear about this product or service?    **Mother in law**

With what other agencies have you filed a complaint?    **None**

What action was taken by those agencies?    **N/a**

Have you hired or retained an attorney?    **False**

Have you started court action?    **False**

What action will resolve your complaint?    **Would like to have something done but would like to talk to a lawyer or someone**

Briefly state the facts of your complaint    **Was lied to about amount of electricity bill I would have and the loan rate an fixing my house after they tore it up and other things**

Document Upload

# Electronic Signature

I Acknowledge    **False**

Electronic Signature    ███████████

Date    **2-10-23**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification    **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **351865e1-6ecf-44dd-893e-796b03c9ff79**

Completion Date   **2/11/2023 12:29:11 PM**

## Consumer Complaint and Mediation Form

Name   ▉▉▉▉▉▉▉▉▉

Address   ▉▉▉▉▉▉▉▉▉▉

City   ▉▉▉▉▉▉

State   ▉▉▉

ZIP/Postal Code   ▉▉▉▉▉

County   ▉▉▉▉

Home Phone

Mobile Number   ▉▉▉▉▉▉▉

E-Mail   ▉▉▉▉▉▉▉▉

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **414 N Peters Rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   **customercare@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **7/29/2021**

Product or service involved   **Solar Panel Installation**

**#129.250**

Total Price   **$18,000**

Amount Paid   **loan via Mosaic**

How did you hear about this product or service?   **YouTube ad**

With what other agencies have you filed a complaint?   **none yet**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **A refund of the money we paid**

Briefly state the facts of your complaint   **We were sold a solar power system that was promised to generate power equal to our yearly usage, thus completely offsetting our utility bill. It was promised to be up and running within a month. While it was installed within a week, it did not start operation until several months later. We have had consistent issues with getting the inverter to communicate with the app, and as of Jan. 18, 2023, the systems seems to no longer be functioning. I can't contact anyone to assist in getting it functional again. We feel that we have been lied to and swindled.**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   ▮▮▮▮▮▮▮▮

Date   **2/11/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic**

Account/Loan Number   ▮▮▮▮▮▮

Email Address   **support@joinmosaic.com**

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification

**#129.251**

# CONSUMER MEDIATION REQUEST FORM



**DANIEL CAMERON**
**ATTORNEY GENERAL**

**RETURN TO:**
Office of the Attorney General
Office of Senior Protection and Mediation
1024 Capital Center Drive ● Frankfort, KY 40601
Hotline: 1-888-432-9257 ● FAX: 502-573-7151
www.ag.ky.gov

---

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ☒Mr ☐ Mrs ☐ Ms ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮

City ▮▮▮▮▮  State ▮▮▮  Zip Code ▮▮▮  County ▮▮▮

Home phone ▮▮▮▮  Work/Cell Phone ▮▮▮▮

Email Address ▮▮▮▮

---

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Company your complaint is against? **Solar Titan USA / Ideal Horizon LLC**

Address **11205 Outlet Dr,**

City **Knoxville**  State **Tennessee**  Zip **37932**  County **Knox**

Phone **865-232-4921**

**They also have a lexington address 828 Lane Allen Road Lexington KY 40504**

---

*Please fill in this section completely.*

Was a contract signed? ☒ YES ☐ NO (If yes, please attach a copy of your contract)

Where was the contract signed? ☒In your home ☐ At the business ☐ Other _____

Date(s) of transactions **7/8/22**  Product/Service Involved **Solar System**

Total Price $ **59,500**  Amount Paid $_____  Was product/service advertised ☒YES ☐ NO

How was service advertised? ☐Newspaper ☐TV ☒Radio ☐Mail ☐Phone ☐Email ☒Internet ☐ Other _____

With what other agencies have you filed this complaint? **BBB**

What action was taken? **No**

_____

Have you hired or retained a private attorney? ☐ YES ☒NO    Have you started court action? ☐ YES ☒ NO

*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? **At this point reimbursement for the entire system. They scammed us. And have been totaly unreasonable and unreachable. I have no faith in them nor the system. I am a veteran who is disabled and my wife is disabled we bought this to have be good citizens and have a stable grid system. All I have is a $59ooo loan and electric payments that are rising.**

**#129.252**

*Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.*

Solar Titan/ Ideal Horizon promised to reimburse me for the first 18 payments of the loan. I am 5 payments in and they havent paid one yet. Also the System went down 3 weeks after going live. It took one month to get the new part installed and shortly after installing it the system is now down again. They never return your calls, Phones seem to dead end and change. I was cussed at by the "Head " Guy mr Roden. Now we are being told they are being sold or going out of business. Also the bank that fund them should be looked into. I have complained to them multiple times about Ideal Horizon only to be ridiculed and make to look a fool. They are funding these projects knowing ideal horizon is scamming people. Mosaic Bank should also be held accoutable.

**I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.**

| | |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | 1/2/23 |
| Signature | Date |

---

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section **only** if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information _____

Mosaic / Connexus

Account/Loan Number _____ ▮▮▮▮▮▮▮▮▮▮ _____

Email address _____ loanservicing@joinmosaic.com

### HIPAA Privacy Authorization - Authorization for Use or Disclosure of Protected Health Information

I authorize _____ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

1/2/23

| | |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | |
| Signature | Date |

---

### OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

X

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15  ☐16-25  ☐ 26-39  ☐40-59  ☐60-75  ☐76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.*

# Utility Complaint Form Admin

## Application Information

Submission Id    **fc22d236-9631-40ca-b630-41d1b594b3d9**

Completion Date    **2/13/2023 1:04:01 PM**

If you wish to remain anonymous, please check this box.    **False**

First Name ▮▮▮▮

Last Name ▮▮▮▮

Your business (if applicable)

Primary Phone ▮▮▮▮

Mobile Number

Address ▮▮▮▮

Address 2

City ▮▮▮▮

County ▮▮▮▮

ZIP/Postal Code ▮▮▮▮

E-Mail ▮▮▮▮

Against what company or business is your complaint?    **Titan Solar**

Business Phone

Business Address

Business Address 2

Business City

Business ZIP

Type of utility (if applicable)

Was a contract signed?    **Yes**

Have you contacted the company or person regarding your complaint?    **No**

If yes, with whom did you speak and what resulted from the contact? (include dates)

Have you contacted a private attorney regarding your complaint?    **No**

Have you contacted any other agency regarding your complaint?    **No**

If yes, who?

Additional details   **Our solar panels are paid for. I'm concerned with what happens now since this is on going?**

Verification   **PASS**

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Monday, January 23, 2023 2:37 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar Titan USA. |

---

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

[Report Suspicious]

---

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:

████████████████████
████████████████████████████
▪████████████████

---------------------------------------------

Charles Ballman, Jan 23, 2023, 10:00 AM
Im sure you're office has recieved many issues with this company. I am just curious what can be legally done if the company shuts down or does not return any attempts at contacting them.
* * *
Prefix: Mr.
FirstName: ████████
LastName: ████████
Address1: ████████████
Address2:
City: ████████████
State ██████
ZipCode: ████████
County:
PhoneNumber: ████████████
EmailAddress: ████████████████
Type: (assign form)
Name: IP Address
Value ████████████
Subject: Solar Titan USA.

1

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Monday, January 30, 2023 1:59 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar Titan. |

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

Report Suspicious

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:
████████████████████
████████████████████
██████████████

--------------------------------------------------
Star C Abrahamson, Jan 30, 2023, 1:35 PM
We had solar panels installed and they have not been inspected or turned on.
* * *
Prefix: Mrs.
FirstName:███████
MiddleName:██
LastName:██████
Address1:█████████████████
Address2:
City:███████
State:████
ZipCode:██████
County:
PhoneNumber:████████
EmailAddress:█████████
Type: (assign form)
Name: IP Address
Value:█████████
Subject: Solar Titan.

1



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **7327a33c-f77c-4997-b486-c9d87348ee4d**

Completion Date   **2/13/2023 3:50:14 PM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮▮▮▮▮

State ▮▮▮▮

ZIP/Postal Code ▮▮▮▮▮

County ▮▮▮▮

Home Phone

Mobile Number ▮▮▮▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **P.O Box 30059**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37930**

Company Phone   **865-392-1036**

Company E-Mail   **media@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **11/05/2022**

Product or service involved   **Solar Panels**

**#129.258**

Total Price  **$48,000**

Amount Paid  **none yet**

How did you hear about this product or service?  **John Gibson**

With what other agencies have you filed a complaint?  **Solar Titan USA**

What action was taken by those agencies?  **The Attorneys General of Tennessee and Kentucky sought and obtained a protective order against Ideal Horizon Benefits, the owner in title of Solar Titan USA.**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **We want to be out of our contract.**

Briefly state the facts of your complaint  **In November of 2022, we decided to "Go Solar" after talking with a Solar Titan representative who sold us on the program. We were told our KU electric bill would be almost non-existent because we picked an 8KW system that would do a 90% off-set of our current electric consumption. In reality, our electric bills are suddenly HIGHER and the panels are not remotely performing what was promised. We have tried multiple attempts to get a hold of solar titan to see why our panels are not working properly, but no one has ever gotten back with us and none of the numbers work. The app for the panels will tell us we're producing a certain amount, but when KU reads the meter it's really almost half. So far we have saved about $17.00, for an extra $400 per month payment. We want out of our contract but our loan company, as of 2/13/2023 is stating that Solar Titan is still in operation and that we have to pay for the panels, that don't work.**

## Documents List

### Filename

Solar Titan ▓▓▓▓▓▓▓ Installation Agreement ver_.pdf                                   Download

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▓▓▓▓▓▓▓

Date  **2/13/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **GoodLeap**

Account/Loan Number  ▓▓▓▓▓▓▓

Email Address  **customerservice@goodleapsupport.com**

## HIPAA Privacy Authorization

Healthcare Provider  ▓▓▓▓▓▓▓

Electronic Signature  ▓▓▓▓▓▓▓

**#129.259**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **29c383e7-62a3-4053-b228-8a9da6076871**

Completion Date    **2/13/2023 2:37:22 PM**

## Consumer Complaint and Mediation Form



Name

Address

City

State

ZIP/Postal Cod

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titian USA**

Company Address    **414 N Peters Rd.**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail    **www.solartitianusa.com**

Was a contract signed?    **True**

Date(s) of transaction    **Feb 13, 2022**

Product or service involved    **Solar installation, panels, power, montioring services**

**#129.260**

Total Price  **35,000.00**

Amount Paid  **1787.31**

How did you hear about this product or service?  **refered, checked google, at time of purchase rave reviews**

With what other agencies have you filed a complaint?  **Attorney** ▮▮▮▮▮▮▮ **BBB,** ▮▮▮ **Electric, State Electric Inspector, Solar Mosaic (finance ), Joseph Holsinger (salesman)**

What action was taken by those agencies?  **Tried to get in contact with Solar Titian USA, no response**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **stop current disbursement of funds, no future payments, fix panels to work**

Briefly state the facts of your complaint  **Sold a solar system for 35.000.00 that would provide savings on electric, green for the environment a year ago today, system still not up and running. Pacified with generated phone and emails stating company was working on getting the inspection. For every person I have contacted as well as trying to have an electrician get the system up and running, being willing to pay someone just to get it started to no avail.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  

Date  **02/13/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Solar Mosaic LLC**

Account/Loan Number  

Email Address  **support@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **92581780-15ad-4c3d-ab6a-73fe54b3e352**

Completion Date    **2/14/2023 8:43:54 AM**

## Consumer Complaint and Mediation Form

Name ▮

Address ▮

City ▮

State ▮

ZIP/Postal Code ▮

County ▮

Home Phone ▮

Mobile Number ▮

E-Mail ▮

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 N Peters Road**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **8/1/22**

Product or service involved    **Solar panel installation**

Total Price

Amount Paid

How did you hear about this product or service?   **Friend recommended**

With what other agencies have you filed a complaint?   **None**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Reimbursement of paid funds and loan dissolved and removed from credit report.**

Briefly state the facts of your complaint   **We signed a contract with solar titan USA on 8/1/22. We were told after installation that we would receive reimbursed payments for the first year of our loan. We received one payment reimbursement in December 2022. No other reimbursements have been made. We have attempted to contact solar titan USA multiple times through email and telephone. Messages were left and no return contact or email has been made by solar titan usa.**

Document Upload

# Electronic Signature

I Acknowledge   **False**

Electronic Signature   

Date   **2/14/23**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

**#129.263**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id **8b0571ff-e1fb-4f35-a06f-24766343b8b4**

Completion Date **2/14/2023 11:34:37 AM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮

State ▮▮▮

ZIP/Postal Code ▮▮▮▮▮▮

County ▮▮▮▮▮

Home Phone

Mobile Number ▮▮▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮▮

Are you Active Duty Military? **No**

Company or person your complaint is against **Solat Titan USA**

Company Address **PO Box 30059**

Company City **Knoxville**

Company State **TN**

Company ZIP **37930**

Company Phone **865-392-1036**

Company E-Mail **customercare@solartitanusa.com**

Was a contract signed? **True**

Date(s) of transaction **05/06/2022**

Product or service involved **Solar Panels**

Total Price **60000**

Amount Paid **60000**

How did you hear about this product or service? **Neighbor**

With what other agencies have you filed a complaint? **None**

What action was taken by those agencies?

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **I would like a refund for our panels as the product that was installed does not perform to the level that was promised.**

Briefly state the facts of your complaint **I have never been so cheated in all my life. I feel absolutely duped by what solar titan has done. We trusted them when they came in and sold panels to us. The salesman assured us that we would produce electricity to offset our bill with the 12 kWh system we purchased. We paid $60,000 for this unit. We are currently offsetting about $20 a month on our electric bill. That equates to approximately 5 to 10% of our electric bill every month. At this rate it will take us 250 years to offset the $60,000 we paid for our panels. We had the option of purchasing a system that would offset up to 60% of our electric bill or a system that would offset up to 90% of our electric bill. We opted for the 90%, because we wanted to do, something for our environment. We are nowhere close to either the 60% or 90%. We have been left high and dry by solar titan. I don't know if our project is complete. But we still have pipes sticking up up from our property, indicating where they installed Wiring and cables**

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signature ███████████

Date **02/14/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address ███████████

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **e18692c2-e2ae-4faa-9cf7-eceb1955651f**

Completion Date    **2/14/2023 1:44:48 PM**

## Consumer Complaint and Mediation Form

Name    ▌

Address    ▌

City    ▌

State    ▌

ZIP/Postal Code    ▌

County    ▌

Home Phone    ▌

Mobile Number    ▌

E-Mail    ▌

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Ideal horizon benefits/solar titan/mosaic inc.**

Company Address    **3411 Tooles Bend Road**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **702-412-2586**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **February, 2022**

Product or service involved    **Solar panels system.**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 104 of 152   PageID #: 3471

#129.266

Total Price **40,000.00**

Amount Paid

How did you hear about this product or service? **Recommend by a friend.**

With what other agencies have you filed a complaint? **On their own website now in charge of a Receiver**

What action was taken by those agencies?

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **Get out of the contract with financial institution. (mosaic)**

Briefly state the facts of your complaint   **To whom my concern: I'm a customer of solar titan, and like everyone else I have a complaint about them. I signed up a contract with them for a 8KW system back in 02/21/22 although the system seems to worked for a couple months now 02/13/23 is not doing anything to save us any money on our electric bill, also the installation wasn't done right since my roof is leaking now and with no one to come fix it. Not to mention they promised warranty in their product, now that they are not longer in business we are stuck with a not working system and a 40k debt through a MOSAIC financial company. So please help us all to resolve this issue, we were only trying to better ourselves and help our environment in the process. We are a hard working Kentucky family that only wants peace of mind. Thank you in advance.**

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   <span style="background:black">       </span>

Date   **02/14/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic inc.**

Account/Loan Number   <span style="background:black">       </span>

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **29bd3731-a375-473c-b924-90e42fb733df**

Completion Date    **2/14/2023 1:59:00 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar titan USA**

Company Address    **11205 Outlet drive**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37932**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **2/10/2021**

Product or service involved    **Solar panels**

Total Price  **$21,000**

Amount Paid

How did you hear about this product or service?  **Online**

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **Get out of the contract that I have with them and the financial institution I got the loan from.**

Briefly state the facts of your complaint  **Damage my roof and ceiling And since the company doesn't exist anymore neither the warranty they promised.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▮▮▮▮▮▮

Date  **2/14/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **e16611ce-a3e8-4d59-84f7-344acdc99784**

Completion Date   **2/14/2023 4:25:48 PM**

## Consumer Complaint and Mediation Form

Name ▬▬▬▬▬▬

Address ▬▬▬▬▬▬

City ▬▬▬▬▬▬

State ▬

ZIP/Postal Code ▬▬▬▬

County ▬▬▬▬

Home Phone

Mobile Number ▬▬▬▬▬

E-Mail ▬▬▬▬▬▬▬

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA & Mosaic Lending**

Company Address   **414 N Peters Rd**

Company City   **knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **02/2021**

Product or service involved   **Solar**

Total Price   **21,000**

Amount Paid

How did you hear about this product or service?   **facebook**

With what other agencies have you filed a complaint?   **none**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Refund for everything**

Briefly state the facts of your complaint   **We signed up for solar in Feb. of 2021. It was installed two weeks later. We were GUARENTEED that we would receive the tax credit to put towards or loan. We were told once the the tax credit came through our payments would stay the same of $119 a month for twenty years. If we did not use the tax credit for the solar loan it would then be $219 a month for twenty years. We have been paying $119 a month for the past year. Fast forward to present day 2/14/2023, we received our taxes back stating that we did not qualify for the tax credit. We were NEVER told that there would even be a chance of us not qualifying or else we would've never done it. We close on our home (with the solar panels) on 2/17/23. It is in the contract that we would pay off the solar in order for the house to sell. Now we are suck with a $20k Loan that we do not have the means to pay for seeing that we did not receive the credit.**

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ███████████

Date   **2/14/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic Lending**

Account/Loan Number

Email Address   **Loanservicing@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

**#129.271**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **c4cda38c-edc8-459d-9229-9bf7fbfc4cbc**

Completion Date   **1/2/2023 1:45:34 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Horizon Benefits, LLC Dba Solar Titan USA**

Company Address   **414 N Peters Road**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail   **Salesforce@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **October 2021**

Product or service involved   **Home Solar System**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 110 of 152   PageID #: 3477
0240265

**#129.272**

Total Price   **33,500**

Amount Paid   **16,750**

How did you hear about this product or service?   **Internet**

With what other agencies have you filed a complaint?   **None**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **I would like the incomplete system removed from my property and our money returned.**

Briefly state the facts of your complaint   **Was told in October 2021 that our system would generate what electric we used and would only have to pay the minimum electric bill monthly and would have electric for several hours if there was a power outage, also was told the system would be up and running in 6-8 weeks. Panels was finally turned in in April 2022 but 16 months later our system is still not complete, panel do generate a small amount of electricity but our backup battery system has never worked And over the past several month they haven't even tried to fix them. But even if it all worked it is not what we was told. The company and techs seems to be very unorganized and Unknowledgeable about everything. This is a total scam**

## Documents List

### Filename

21CE1A12-FBCE-41E7-B2CE-C887D048D648.png                                      Download

██████████ Installation Agreement ver..pdf                                      Download

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ██████████

Date   **1-2-2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **ac36d035-a078-47aa-a4f1-be0bc6f73ae0**

Completion Date    **1/4/2023 11:28:21 AM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮

State ▮▮

ZIP/Postal Cod ▮▮▮▮▮▮

County ▮▮▮▮

Home Phone ▮▮▮▮▮▮

Mobile Number ▮▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮▮

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 N Peters Rd**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail    **customercare@solartitanusa.com**

Was a contract signed?    **True**

Date(s) of transaction    **02/11/2022**

Product or service involved    **Solar Power**

Case 3:23-cv-00046-DCLC-JEM    Document 67-6    Filed 02/23/23    Page 112 of 152   PageID #: 3479

#129.274

Total Price    **78,500**

Amount Paid

How did you hear about this product or service?    **Friend recommendation**

With what other agencies have you filed a complaint?    **None**

What action was taken by those agencies?    **N/A**

Have you hired or retained an attorney?    **False**

Have you started court action?    **False**

What action will resolve your complaint?    **Fix the system to full functioning capacity as was advertised. If the system cannot be fixed to full functioning capacity, then I would like any monies paid for the system from contract date through date of resolution reimbursed, the debt for the loan cleared, and any damages resulting from the panels and installation to be fixed.**

Briefly state the facts of your complaint    **February 2022 a salesman spoke to us and advised the solar would allow for 80-90% replacement of current electrical costs. It took until July to get the system functioning and our first power bill was approximately 114.00 for the first month. The second month our power bills was nearly $300.00 and the most recent month the power bill was over $400.00. From the bill in 12/2021 we used 3239 KWh and in Dec 2022 we used 2982 KWh from the power company. This is a difference of about 300 KWh which is far from 80-90% of the electric costs. I have made numerous attempts by phone and email to get someone to contact me about working on the system but cannot get resolution.**

Document Upload

## Electronic Signature

I Acknowledge    **True**

Electronic Signature    

Date    **01/04/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information    **Solar Mosaic**

Account/Loan Number    ▮▮▮▮

Email Address    **loannotices@joinmosaic.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification    **PASS**

# CONSUMER MEDIATION REQUEST FORM

RECEIVED

JAN 23 2023

CONSUMER PROTECTION
LOUISVILLE



DANIEL CAMERON
ATTORNEY GENERAL

RETURN TO:
Office of the Attorney General
Office of Consumer Protection
310 Whittington Parkway, Suite 101 ● Louisville, KY 40222
Hotline: 1-888-432-9257 ● Phone: 502-429-7134
FAX: 502-429-7129 ● www.ag.ky.gov

*TYPE OR PRINT NEATLY. SUBMIT TWO COPIES OF THE COMPLAINT AND TWO COPIES OF ANY DOCUMENTS SUBMITTED.*

Name ☒ Mr ☒ Mrs ☐ Ms _____

Address _____

City _____ State _____ Zip Code _____ County _____

Home phone _____ Work/Cell Phone _____

Email Address _____

*PLEASE NOTE WE ARE UNABLE TO OFFER MEDIATION SERVICES WITHOUT COMPLETE INFORMATION IN THIS SECTION.*

Owner: Richard Atnip                    As of December 7, 2022
                                        address changed to:
Company your complaint is against? Solar Titan USA    414 N. Peters Road
                                                     Knoxville, TN 37932
Address  11205 Outlet Drive

City Knoxville   State TN   Zip 37932   County Knox
Del Rodden - Technical Operations Manager - Cell phone # (865) 606-0561      (865)
Phone (865) 288-4735  or  (865) 392-1036  or (865) 288-4740 or 232-8
                                                              Kay s:
Justin Girdler - Energy Consultant/Sales Representative (606) 875-8621   (833) 212-
Ideal Horizons Benefits (Installers) (865) 233-6917                        8

## Please fill in this section completely.

Was a contract signed? ☒ YES  ☐ NO  (If yes, please attach a copy of your contract)

Where was the contract signed? ☒ In your home  ☐ At the business  ☐ Other _____
                                                Solar Panel System SE-5000 (5 kw - kilowatt)
Date(s) of transactions 9/3/2021 and 12/27/2021  Product/Service Involved 13 Modules (solar panels)

Total Price $ 25,000.00  Amount Paid $ 1418.70  Was product/service advertised ☐ YES ☐ NO
                                              December 7, 2021 through September 7, 2022
How was service advertised? ☐Newspaper ☐TV ☐Radio ☐Mail ☐Phone ☐Email ☐Internet ☒ Other neighbor

With what other agencies have you filed this complaint? _____ none

What action was taken? n/a

Have you hired or retained a private attorney? ☐ YES  ☒ NO     Have you started court action? ☐ YES  ☒ NO
*If you have retained a private attorney or this matter is pending before or has been decided in the courts, our office will be unable to offer mediation services.*

What action will resolve your complaint? Removal of the Solar Panel System from our
SE-5000 (5-kw-kilowatt) 13 Modules (solar panels); refund of $1418.70
paid for monthly payments starting December 7, 2021 through September 7, 2022;
to close account with MOSAIC (Lender of the Solar Panels) immediately
to stop any future payments that are paid monthly until paid off
to zero, to bring current balance to ZERO so we are no
longer responsible for

*Below, briefly state the facts of your complaint (if necessary, use additional paper). Please attach copies of any papers involved (order blanks, warranties, credit card receipts or statements, contracts, advertisements, canceled checks, etc.). The information you provide will be used in our effort to resolve your problem and may be shared with the party against which you have complained. It may also be used to enforce applicable state laws. Under Kentucky's Open Records Act, this complaint will be available for public view upon request. Certain personal information such as account numbers are not subject to the Open Records Act.*

See "ATTACHMENT A"

I authorize that the information submitted on this consumer mediation complaint form is true and accurate to the best of my knowledge.

01-18-2023

Signature ███████████████████  Date 01-18-2023

## AUTHORIZATION TO RELEASE INFORMATION

*Please complete this section only if your complaint involves a financial institutions, mortgage /loan concerns, a debt collector, a medical provider or other issues that require a third party authorization. This is a voluntary release of information and is not required to file a mediation complaint, however in order for the business entity to disclose personal information with our office a release is needed.*

The undersigned has submitted a consumer complaint and is currently working with the Kentucky Office of the Attorney General through the mediation process and hereby authorizes the company listed below (and its employees) to speak with and discuss my account/loan/mortgage on my behalf with the Kentucky Office of the Attorney General. The parties listed are each authorized to share with the other any and all information concerning my account, including but not limited to, financial information, without further authorization and until this matter is closed by the Office of the Attorney General or the Authorization is revoked.

Name of Company/Agency Authorized to Release Information  Solar Titan USA                and

MOSAIC (Lender financing Solar Panels)

Account/Loan Number _____

Email address  Customer Care @ Solartitanusa.com                    and

loanservicing @ join.mosaic.com

HIPAA Privacy Authorization  - Authorization for Use or Disclosure of Protected Health Information

I authorize ____ n/a ____ (healthcare provider) to use and disclose my protected health information to the Office of the Attorney General for use in my consumer mediation complaint.

01-18-2023

Signature ███████████████████  Date 01-18 2023

## OPTIONAL– COMPLETION OF THIS SECTION IS VOLUNTARY

AGE OF THE PERSON INVOLVED IN THE TRANSACTION: ☐0 -15   ☐16-25   ☐ 26-39   ☐40-59   ☒60-75   ☐76-over

*The Office of the Attorney General does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service and provides, upon request, reasonable accommodations including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.*

**"ATTACHMENT A"**

Our complaint is with Solar Titan USA, Ideal Horizon Benefits (Installers) and MOSAIC (Lender of the Solar Panel System) because of the Solar Panel System installed on December 27, 2021 and ongoing issues of the Solar Panel System, false, misleading and deceptive acts/practices and customer service issues;

We were misrepresented and set-up for failure since day one when the sales representative told us on September 2, 2021 that we could expect large savings on our electricity/utility bills after the Solar Panel System is installed. The sales representative even told us that the solar power would provide the majority of the energy needed/used by our home and sometimes OVERPRODUCE which would result in us getting a credit from our power company.

After we signed the contract, we experienced delays in getting our Solar Panel System activated due to installation, inspection and equipment issues. Finally, once turned on, December 27, 2021; the Solar Panel System was UNDER PRODUCING from the expectations we were told by the sales representative. We have attempted to bring these issues to Solar Titan USA, Ideal Horizon Benefits' attention immediately without any success since installed on December 27, 2021. We also experience communication issues such as long hold times on the phone, only to be hung up on during multiple transferring of the call and then having to call back and start the process over again with someone else. Also, lack of response to emails and phone calls, or stating that they have contacted us and everything was taken care – which is NOT TRUE. They come out to inspect that system only to say that everything is working as it should be; but it IS NOT as I continue to pay electric bills with very, very little / no credit from the Solar Panel System.

We have asked for the Solar Panel System to be removed and to cancel our contract due to misrepresentation of the Solar Panel System since day one and the FACT of UNDERPRODUCING of solar power for our home; as this is the right thing for Solar Titan USA and Ideal Horizon Benefits (Installers) can do to resolve the situation that has been set-up for FAILURE since day one. I CANNOT continue paying for the Solar Panel System as we were told that the monthly payment to MOSIC (Lender) would cover our electric bill and sometimes OVERPRODUCE which would result in us getting a credit from our power company; but according to ███████████████ explained to me that the Solar Panel System is set-up to only produce 1/3 of the power that is needed/used by our home.

I have even spoke with MOSAIC (LENDER financing the Solar Panel System) about the situation on many, many attempts and the financial hardship this is causing our fixed monthly income. Their response last response on 1/17/2023 was … "Please note that Mosaic assisted with the financing for your home improvement project; we are not in a position to solve technical, servicing, performance, or installation issues". I received letter dated 01/10/2023 that our account was referred to CONCORD SERVICING CORPORATION ("CONCORD"), acting as the loan servicer and debt collector for MOSAIC concerning the Solar Loan. They can be reached at 800-451-0830 or 481-214-9438 or email correspondence to loanservicing@joinmosaic.com; or mailing address: MOSAIC, PO BOX 78080; PHOENIX AZ 85062-8080.

Please, your immediate attention to this matter is needed; as I have exhausted all my efforts to get help and assistance to fix the issues which I have found out cannot be completed due to misrepresentation of the Solar Panel System since day one and the FACT OF UNDERPRODUCING of solar power that is needed/used for our home. Again, we ask for the Solar Panel System to be removed; payments of $1,418.70 be refunded and to cancel our contract with MOSAIC (LENDER of the solar panels) for Total Payoff Balance of $25,613.45 (as of 01/10/2023) that is due and payable; as this is the right thing for Solar Titan USA, Ideal Horizon Benefits' (Installer) and MOSAIC to do to resolve the situation that has been set-up for FAILURE since day one.

Respectfully yours,

*Dup. 21604.∞*



## ATTORNEY GENERAL
# DANIEL CAMERON

### Secure Online System

## Application Information

Submission Id    **3edf11e2-dccf-4948-a04c-f0fe7d630642**

Completion Date    **2/16/2023 4:23:11 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA d/b/a Horizon Benefit and Mosaic Finance**

Company Address    **414 N. Peters Rd,**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **False**

Date(s) of transaction    **2/15/22**

Product or service involved    **Solar house system**

**#129.279**

Total Price    **90,000**

Amount Paid   **$36,000**

How did you hear about this product or service?   **Online**

With what other agencies have you filed a complaint?   **TN BBB, KY BBB, KY Attorney General, Kentucky Dept. Of Consumer Affairs**

What action was taken by those agencies?   **None only took facts of what experience we had.**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **I would like the predatory loan that we unknowingly signed to be forgiven not only for the deceitful and predatory practice but it took over a year to have system installed and now if company defunct we have no warranty as promised. So we are paying for a system and services we never fully got so they broke contract and warranty in our opinion.**

Briefly state the facts of your complaint   **The amounts of loan and total price was not as represented. They were not to start payment until system hooked up and they started loan immediately. It took about a year to get Solar Titan to install the system which they also did illegally not pulling permits and getting inspection as per building code. If it weren't for my persistence and knowledge of building codes it would not have finally got done. Also the battery they knew doesn't work under 40 degrees and didn't tell us until after installation. No relief from Mosaic and they pushed lending and false statements at sales pitch about monthly and total cost of system. Now we are stuck with it and we are one of few that even have a system installed but no no coverage for repairs etc. It was a hard battle and emotional struggle to deal with this companies and really unscrupulous company. We would at least like to be released of our loan from Mosaic their finance company. They worked in tandem with Solar Titan.**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   ██████████

Date   **2/16/24**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Mosaic**

Account/Loan Number   ██████████

Email Address   ██████████

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

**#129.280**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id   **a1f2f046-13a3-40c3-9441-8d26dcf5c1e4**

Completion Date   **2/16/2023 10:33:05 AM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan USA**

Company Address   **11205 Outlet drive**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37932**

Company Phone   **865-392-1036**

Company E-Mail   **Shawna@solartitanusa.com**

Was a contract signed?   **True**

Date(s) of transaction   **7/30/2020**

Product or service involved   **Solar installations**

**#129.281**

Total Price **30,000.00**

Amount Paid **31,123.15**

How did you hear about this product or service? **Internet reading**

With what other agencies have you filed a complaint? **None**

What action was taken by those agencies?

Have you hired or retained an attorney? **False**

Have you started court action? **False**

What action will resolve your complaint? **If we have a resolution it would be possibly the $179.34 x 3 before we were fully functional (October - December) when we were paying our debt back. Additionally we would be happy if this did not happen to anyone else.**

Briefly state the facts of your complaint **We signed contract in July, work started slowly in August, it was always very hard to reach anyone to talk to. The things the representative, Shawna Helton told us were mainly untrue. We were told our power bill would be practically eliminated. Nothing was said about ▮▮▮▮▮▮electric (coming out of Tennessee instead of Kentucky) they. Have all different rules. Then the solar got connected without any permits and the system was running.Then the power company came out our unplugged us for the violations. Our calls to solar titan were mostly unanswered. With the help of our daughter who helped us coordinate getting the system inspected and turned back on. It was December 2020 before we were fully functional. We were not told anything about having a million dollar policy on our homeowners insurance either. We had no knowledge about getting the permits required it was taken "care of by solar titan" We have also been fortunate enough to speak with Lyndsey M Antos @ky.gov. Via zoom call**

Document Upload

# Electronic Signature

I Acknowledge **True**

Electronic Signature ▮▮▮▮▮▮▮▮

Date **February 16, 2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **8ed1e533-5367-40e3-8bf7-cb9ad6200392**

Completion Date    **2/16/2023 3:14:45 PM**

## Consumer Complaint and Mediation Form

Name    ███████████████

Address    ██████████

City    ████████

State    ███

ZIP/Postal Code    ██████

County    █████

Home Phone

Mobile Number    ██████████

E-Mail    ████████████

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **414 N Peters Rd, Knoxville, TN 37922**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **False**

Date(s) of transaction    **August 2022**

Product or service involved    **Solar system**

Total Price   **37,000**

Amount Paid   **37,000**

How did you hear about this product or service?   **Was all over the internet**

With what other agencies have you filed a complaint?   **Tennessee attorney General and the BBB**

What action was taken by those agencies?

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **A refund**

Briefly state the facts of your complaint   **We got a $37,000 system from them which has not been completely installed, and is still not running, over 6 months later. We are now also finding out that they damaged our roof as well. Have been paying both bills ever since. No answers on phone or email.**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   ■■■■■■■■■■■■

Date   **02/16/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

**#129.284**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id **3bf7f0aa-2661-4925-8541-57ef4981b387**

Completion Date **2/16/2023 8:52:20 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military? **No**

Company or person your complaint is against **Solar Titan USA**

Company Address **414 N. Peters Rd.**

Company City **Knoxville**

Company State **TN**

Company ZIP **37922**

Company Phone

Company E-Mail

Was a contract signed? **True**

Date(s) of transaction **9/4/2022**

Product or service involved **Solar panels and installation**

**#129.285**

Total Price   **$24,000**

Amount Paid   **4 payments of $116.00**

How did you hear about this product or service?   **Facebook**

With what other agencies have you filed a complaint?   **Mosaic solar**

What action was taken by those agencies?   **Nothing**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Solar panels removed from the roof of my house and damaged roof panels replaced as well as all incurring debt elemenated.**

Briefly state the facts of your complaint   **The installation of the solar system has caused the roof of my house to leak causing water damage to the inside. Solar Titan lied and said they had pulled the permits to install the system. Solar Titan has not returned any phone calls or emails concerning the issue. Mosaic keeps calling wanting the payments of money owed but due to a breach in contract I feel I am not obligated to pay said moneys owed.**

Document Upload

# Electronic Signature

I Acknowledge   **True**

Electronic Signature   █████████

Date   **2/16/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

## Lawson, Jennifer (KYOAG)

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Friday, February 17, 2023 12:27 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar Titan USA. |

---

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

[Report Suspicious]

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:



-------------------------------------------------

███████████ Feb 9, 2023, 11:22 AM

I am writing because I was ask to reach out to you concerning my solar system. There has been alot of complaints about this company and their system. I was promised going solar I would have no electric bill. Well I am paying a loan company and a electric bill. I am a single mom and made this decision hoping I would save money and in fact I am losing money. There is complaints from TN. GA. and KY. Attorneys are asking us to reach out to you for help and they are trying to help as well. There is alot of red flags with this company that now has shut down. Maybe you have received more emails about this than myself so hope you can help. Thank you.

* * *

FirstName: ████
LastName: ███████
Address1: ████████████
Address2:
City: ███████
State: ████
ZipCode: ██████
County:
PhoneNumber: ████████████
EmailAddress: ████████████
Type: (assign form)
Name: IP Address

1

Value: ██████

Subject: Solar Titan USA.



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

---

## Application Information

Submission Id  **74675b84-024b-496b-92c9-e25bab5fccdf**

Completion Date  **2/16/2023 3:02:20 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **414 N Peters Rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **8/30/2021**

Product or service involved  **Solar Panels installation and monitoring**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 127 of 152   PageID
#: 3494

#129.289

Total Price   **20,000**

Amount Paid   **1,589**

How did you hear about this product or service?   **I was interested in solar, looked up companies and called them**

With what other agencies have you filed a complaint?   **None. The contract I signed agreed to use arbitration for disputes. I was working toward that when they stopped responding.**

What action was taken by those agencies?   **N/A**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **Completion of project or cancellation of debt.**

Briefly state the facts of your complaint   **The Solar Panels were installed on my roof, but the company never hooked the Solar Panels to the electrical system with my utility provider.**

## Documents List

### Filename

2023-02-16 14-57.pdf                          Download

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   ███████

Date   **2/16/23**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification

Case 3:23-cv-00046-DCLC-JEM    Document 67-6    Filed 02/23/23    Page 128 of 152   PageID #: 3495

#129.290



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **877baef4-9c82-4b3a-b23f-3020191f7ce8**

Completion Date    **2/17/2023 11:46:33 AM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **968 Lakeside Drive**

Company City    **Jackson**

Company State    **TN**

Company ZIP    **37922**

Company Phone    **865-392-1036**

Company E-Mail

Was a contract signed?    **True**

Date(s) of transaction    **7/3/2020**

Product or service involved   **8 kw Solar PV System with inverter panels, racking, roof mounting hardware, electric breaker, diagrams and permits**

Total Price   **$32,000**

Amount Paid   **$5,547.70**

How did you hear about this product or service?   **Facebook ad**

With what other agencies have you filed a complaint?   **Better Business Bureau**

What action was taken by those agencies?   **None**

Have you hired or retained an attorney?   **False**

Have you started court action?   **False**

What action will resolve your complaint?   **At this point, I would prefer the system returned, all money paid on the loan returned, and the loan returned to the responsibility of Solar Titan. The system does not work as promised.**

Briefly state the facts of your complaint   **Installation of the system was a mess, Solar Titan did not contact ▇▇▇▇▇ for permission or evaluation of the electric panel and system prior to installation. System was not metered in first 6 months of installation. System has not generated the verbally assured 90-100% of our electric cost or even the 70% of our costs promised in the contract despite the promise of near total coverage.**

## Documents List

### Filename

| | |
|---|---|
| SolarTitan_EffectiveTermandTerminationRights_▇▇▇.pdf | Download |
| SolarTitanInstallationAgreement▇▇▇.pdf | Download |
| SolarTitan_AllInCreditUnionSolarLoanSummary_▇▇▇.pdf | Download |
| SolarTitan_Flyer_▇▇▇.pdf | Download |
| SolarTitan_PublicProtectionCabinetCertificateofCompliance_▇▇▇.pdf | Download |
| SolarTitan_EquipmentQualifications_▇▇▇.pdf | Download |

Document Upload

## Electronic Signature

I Acknowledge   **True**

Electronic Signature   **Evelyn Hudson**

Date   **2/17/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **8cc1b5d4-d121-436a-be7d-3a4c3610ee7a**

Completion Date  **2/17/2023 2:18:57 PM**

## Consumer Complaint and Mediation Form

Name

Address

City

State

ZIP/Postal Code

County

Home Phone

Mobile Number

E-Mail

Are you Active Duty Military?  **No**

Company or person your complaint is against  **SOLAE TITAN USA**

Company Address  **403 Akers Dr**

Company City  **Wilmore**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **12-22-2022**

Product or service involved  **SOLAR PANELS**

Total Price  **71,000.00**

Amount Paid  **30,000.00**

How did you hear about this product or service?

With what other agencies have you filed a complaint?

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **REFUND OF DEPOSIT**

Briefly state the facts of your complaint  **SIGNED CONTRACT 12-22-2022 AND GAVE 30,000.00 DEPOSIT AND HAVE NOT HEARD FROM THEM SINCE.**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature  ███████

Date  **02-17-2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 133 of 152   PageID #: 3500

**#129.295**



# ATTORNEY GENERAL
# **DANIEL CAMERON**

## **Secure Online System**

## **Application Information**

Submission Id  **5df5cea3-816e-4e4c-9b41-f01d8939c6c7**

Completion Date  **2/19/2023 3:07:22 PM**

## **Consumer Complaint and Mediation Form**

| | |
|---|---|
| Name | ▮▮▮▮▮▮▮▮ |
| Address | ▮▮▮▮▮▮▮▮ |
| City | ▮▮▮▮▮▮▮▮ |
| State | ▮▮▮ |
| ZIP/Postal Code | ▮▮▮▮▮ |
| County | ▮▮▮▮▮ |
| Home Phone | ▮▮▮▮▮ |
| Mobile Number | ▮▮▮▮▮ |
| E-Mail | ▮▮▮▮▮ |

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titan USA**

Company Address  **11205 Outlet Drive**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37932**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **10/05/2021**

Product or service involved  **solar system**

**#129.296**

Total Price    **$55,500.00**

Amount Paid    **$3,765.60**

How did you hear about this product or service?    **Facebook**

With what other agencies have you filed a complaint?    **none**

What action was taken by those agencies?    **none**

Have you hired or retained an attorney?    **False**

Have you started court action?    **False**

What action will resolve your complaint?    **Panels removed, roof repaired, reimbursement**

Briefly state the facts of your complaint    **Signed contract 16 months ago, system still not hooked up, utility bill has tripled, no way of contacting the company.**

## Documents List

### Filename

| Filename | |
|---|---|
| IMG_E3031.JPG | Download |
| IMG_E3032.JPG | Download |
| IMG_E3033.JPG | Download |
| IMG_E3026.JPG | Download |
| IMG_E3027.JPG | Download |
| IMG_E3024.JPG | Download |
| IMG_E3032.JPG | Download |
| IMG_E3029.JPG | Download |
| IMG_E3025.JPG | Download |
| IMG_E3023.JPG | Download |
| IMG_E3030.JPG | Download |

Document Upload

## Electronic Signature

I Acknowledge    **True**

Electronic Signature    ██████████████

Date    **02/15/2023**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information   **Addition Finance**

Account/Loan Number ██████████

Email Address   **info@AdditionFi.com**

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification   **PASS**

Case 3:23-cv-00046-DCLC-JEM   Document 67-6   Filed 02/23/23   Page 136 of 152   PageID
#: 3503
**#129.298**

# Utility Complaint Form Admin

## Application Information

Submission Id   **9713ffc7-df4a-465a-871b-75c87d279d9c**

Completion Date   **2/20/2023 12:01:07 PM**

If you wish to remain anonymous, please check this box.   **False**

First Name   ▇▇▇▇▇▇

Last Name   ▇▇▇▇▇▇

Your business (if applicable)

Primary Phone ▇▇▇▇▇▇

Mobile Number ▇▇▇▇▇▇

Address ▇▇▇▇▇▇

Address 2

City ▇▇▇▇

County ▇▇▇▇▇

ZIP/Postal Code ▇▇▇▇▇

E-Mail ▇▇▇▇▇▇▇

Against what company or business is your complaint?   **Solar Titan USA**

Business Phone   **865-392-1036**

Business Address   **11205 Outlet Drive**

Business Address 2

Business City   **Knoxville**

Business ZIP   **37932**

Type of utility (if applicable)   **Electric Solar Panels**

Was a contract signed?   **Yes**

Have you contacted the company or person regarding your complaint?   **Yes**

If yes, with whom did you speak and what resulted from the contact? (include dates)   **Our original salesperson was Justin Girdler (1/29/22). Phone number: 606-875-8621. Tiffany Walker & Shannon Lynch were contacted several times in March. I was promised an active system within 2 days after activation, but the system was still in the "off position". No one had reached out to me to complete an inspection. I was told they did not have any Electricians in the state but hired 3 new ones who would be fully certified by 5/01/22. I asked if Mosaic would hold off on charging interest during this time and they indicated it was a possibility that they would look into.**

The next communication from them was via email on (4/04/22). Katie Burns (4/20/22) - asked for photos of the interior our home. A dual inspection was made with vendor & ████████County on 10/17/2022. At this time, we were told by customer service to turn the system "on". 1 day later we were told it should be in the "off position". We continue to leave messages w/ no answer. STILL not generating electric per ██████

Have you contacted a private attorney regarding your complaint?    **No**

Have you contacted any other agency regarding your complaint?    **No**

If yes, who?

Additional details   **We are feeling the financial strain of paying the increased bills to ██████Energy AND MOSAIC for the solar panels. We were supposed to be generating our own electric by now. This month we paid over $500 between the 2 systems. We would like to get out from under the financial strain of these solar panels. We can't get in touch with anyone. Messages say Solar Titan is experiencing heavy call volumes and to leave a message. I'm leaving messages but am not receiving return calls. I'm not sure what we should do about the position of the switch for the panels. Should it be on or off? Is this a fire hazard? I have 2 small children in the house & can't get in touch with a representative. It's scary. I spoke to ████Energy and we are not generating electric. We are going to sign and Interconnection agreement while they wait for the Site Drawing/Physical Layout of the system from ST. For something that was supposed to be handled 100% by Solar Titan, I feel disappointed and cheated. Please help!**

Verification   **PASS**

**#129.300**

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Monday, February 20, 2023 12:34 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: Solar Titan USA. |

**This Message Originated from Outside the Organization**
This Message Is From an External Sender.

Report Suspicious

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:

██████████████
████████████████
███████████

-----------------------------------------------
████████████ Feb 10, 2023, 12:55 PM

I'm a customer and bought a solar system. It's been almost a year and my panels are still not hooked up. I just found out that the company was took over by the US District Court. I'm wanting to know more about this and if I was scammed

* * *

FirstName: ████████
MiddleName: ████████
LastName: ████████
Address1: ████████████
Address2:
City: ████████
State: ████
ZipCode: ██████
County:
PhoneNumber: ██████████
EmailAddress: ████████████████
Type: (assign form)
Name: IP Address
Value: ████████████
Subject: Solar Titan USA.

1

2

**#129.302**

**Lawson, Jennifer (KYOAG)**

| | |
|---|---|
| **From:** | Office of Attorney General Daniel Cameron <support@kentucky-attorneygeneral.zendesk.com> |
| **Sent:** | Monday, February 20, 2023 2:36 PM |
| **To:** | Lawson, Jennifer (KYOAG) |
| **Subject:** | FWD: solar titan. |

> **This Message Originated from Outside the Organization**
> This Message Is From an External Sender.
>
> Report Suspicious

Please see attached email.

Can you please let me know when this ticket has been closed by your office?

Thank you.

Constituent information:



-----------------------------------------------
▮▮▮▮▮▮▮▮Feb 15, 2023, 11:50 AM
solar titan told us we would have 90 percent power from panels and only have a 30 dollar electric bill after hooked up. i have nothing but problems from them was suppose to have whole house covered by solar only have 4 breakers done. call and they told us we need 10 more panels and they would be out the end of Januray to put them in still have here anything from them tried to call and cant get anyone. can i stop payment to mosaic for this . and i want to take legal action against both companys
* * *
Prefix: Mr.
FirstName: ▮▮▮▮▮▮
LastName: ▮▮▮▮▮
Address1: ▮▮▮▮▮▮▮▮▮
Address2:
City: ▮▮▮▮▮▮
State: ▮▮▮
ZipCode: ▮▮▮▮▮
County:
PhoneNumber ▮▮▮▮▮▮▮▮
EmailAddress: ▮▮▮▮▮▮▮▮▮
Type: (assign form)
Name: IP Address

1

Value: ████
Subject: solar titan.



ATTORNEY GENERAL
# DANIEL CAMERON

**Secure Online System**

## Application Information

Submission Id **2e093ac7-381e-455a-9f5a-fab6d5eb5045**

Completion Date **5/29/2022 2:36:46 PM**

## Consumer Complaint and Mediation Form

Name   ███████

Address   ███████████

City   ███████

State   ██

ZIP/Postal Code   ████

County   ████████

Home Phone   **5**████████

Mobile Number

E-Mail   ███████████████

Are you Active Duty Military?   **No**

Company or person your complaint is against   **Solar Titan**

Company Address   **414 N Peters Rd**

Company City   **Knoxville**

Company State   **TN**

Company ZIP   **37922**

Company Phone   **865-392-1036**

Company E-Mail

Was a contract signed?   **True**

Date(s) of transaction   **3-23-22**

Product or service involved   **Solar Panels**

| | |
|---|---|
| Total Price | **38,500** |
| Amount Paid | **38,500** |
| How did you hear about this product or service? | **Television** |
| With what other agencies have you filed a complaint? | **N/A** |
| What action was taken by those agencies? | **Phone Calls** |
| Have you hired or retained an attorney? | **False** |
| Have you started court action? | **False** |

What action will resolve your complaint? **The financial company off my credit report as a second mortgage ( I did not consent to a second mortgage on my home for solar panels) and an actual refund. Also, the actual documentation of the actual usage of watts that it takes for electricity in my home**

Briefly state the facts of your complaint **Solar Titan presented me with a contact for placing solar panels on my home. As the representative entered my home, they have seen the Veteran Flag on my desk and asked: "if I was a veteran" and then they stated they were able to make the cost lower. The representative came up with the usage that my house would use as 38.500 electricity watts and that was the price written on the contract. I was not under the impression that it would look as if a second mortgage was taken out on my home for the price of 38,500. Once the panels were installed, the company did not come back to finish the job. No battery or generator was installed for the panels and now I am left paying for panels (that don't work) that are not saving on my electricity bill and a continuous payment for LG&E. Other solar companies have zero out of pocket when starting a new contract. I was under that same impression of zero out of pocket until the contract of 38.500 was presented.**

Document Upload

## Electronic Signature

I Acknowledge **True**

Electronic Signature ██████████

Date **5/29/2022**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification



ATTORNEY GENERAL
# DANIEL CAMERON

**Secure Online System**

## Application Information

Submission Id  **35ae0b48-b6c9-40b2-a977-ecf18861db1c**

Completion Date  **2/4/2023 2:42:01 PM**

## Consumer Complaint and Mediation Form

Name  ██████████

Address  ████████

City  ███████

State  ██

ZIP/Postal Code  ████

County  ██████

Home Phone  ████████

Mobile Number  ████████

E-Mail  ██████████

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar Titans**

Company Address  **PO Box 30059**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37930**

Company Phone  **865-392-1036**

Company E-Mail  **media@solartitanusa.com**

Was a contract signed?  **True**

Date(s) of transaction  **5/29/2023**

Product or service involved  **Solar panels, invertor and controls**

Total Price  **$66,500**

Amount Paid  **$2,064.12**

How did you hear about this product or service?  **had contractor give me presentation**

With what other agencies have you filed a complaint?  **none**

What action was taken by those agencies?  **I have attempted to contact them with questions and to check the system to make sure it is working-
-no response. Phone seems to be disconnected. Have also sent messages via their web site.**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **To hear from the company and it I don't I will place another complaint with you and possibly retain an
attorney**

Briefly state the facts of your complaint  **Just want to hear from company and for them to visit to make panels are working properly at this time.
If not working then will proceed from there. I also have some concerns with the financing company, but want this resolved first.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▇▇▇▇▇▇▇▇

Date  **02/04/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **3b8fe3e7-dfa8-4a4b-af50-2b970845a326**

Completion Date  **2/17/2023 4:52:59 PM**

## Consumer Complaint and Mediation Form

Name  ▮▮▮▮▮▮▮

Address  ▮▮▮▮▮▮▮▮▮

City  ▮▮▮▮▮

State  ▮

ZIP/Postal Code  ▮▮▮

County  ▮▮▮▮▮

Home Phone

Mobile Number  ▮▮▮▮▮▮

E-Mail  ▮▮▮▮▮▮▮▮

Are you Active Duty Military?  **No**

Company or person your complaint is against  **Solar titan**

Company Address  **414 north peters rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail

Was a contract signed?  **True**

Date(s) of transaction  **August 2022**

Product or service involved  **Solar panels**

| | |
|---|---|
| Total Price | **27500** |

| | |
|---|---|
| Amount Paid | **27500** |

| | |
|---|---|
| How did you hear about this product or service? | **Facebook** |

With what other agencies have you filed a complaint?

What action was taken by those agencies?

| | |
|---|---|
| Have you hired or retained an attorney? | **False** |

| | |
|---|---|
| Have you started court action? | **False** |

What action will resolve your complaint?   **I would like to have my money back and these fake solar panels removed and my new roof back to what it was before all these holes were put in it..**

Briefly state the facts of your complaint   **Sold us a package for 17000. Told us we would get 10000 dollar tax credit to help pay for it. Came installed panels. Then told us our electric panel was too small needed to be 200 amps. Still not hooked up. Solar titan permanently closed.**

Document Upload

# Electronic Signature

| | |
|---|---|
| I Acknowledge | **True** |

| | |
|---|---|
| Electronic Signature | ███████ |

| | |
|---|---|
| Date | **2 17 23** |

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

| | |
|---|---|
| Verification | **PASS** |



# ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id    **6abcc07f-f708-49d9-931e-3de01697fc82**

Completion Date    **2/20/2023 11:58:27 AM**

## Consumer Complaint and Mediation Form

Name ▬▬▬▬▬▬

Address ▬▬▬▬▬▬

City ▬▬▬▬

State ▬▬

ZIP/Postal Code ▬▬▬▬▬

County ▬▬▬

Home Phone

Mobile Number ▬▬▬▬▬

E-Mail ▬▬▬▬▬▬

Are you Active Duty Military?    **No**

Company or person your complaint is against    **Solar Titan USA**

Company Address    **P.O Box 30059**

Company City    **Knoxville**

Company State    **TN**

Company ZIP    **37930**

Company Phone    **865-392-1036**

Company E-Mail    **media@solartitanusa.com**

Was a contract signed?    **True**

Date(s) of transaction    **07/30/2021, 08/05/2021 installed panels,**

Product or service involved    **Solar Panel System**

**#129.311**

Total Price  **$34,000**

Amount Paid  **No deposit that day, financing through Addition Financial**

How did you hear about this product or service?  **An advertisement**

With what other agencies have you filed a complaint?  **a simple Google review and the BBB**

What action was taken by those agencies?  **The BBB basically said because they are not a legal agency there is nothing they can do. They did send a copy to the company and put the complaint on file.**

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **I would like to get correct solar panels. We told our sales man that we wanted thermal panels multiple times. We get snow here in Kentucky and didn't want to have to climb up there to scrap off the ice and snow. He assured us that they had and could get us thermal panels. We went through the application process believing that's what we were signing up for. Never saw this sales man again after we signed. Get the panels and the first snow hits and we realized we did not get thermal panels. Called Solar Titan USA, explained what happened. Pretty much told there was nothing they could do because the sales man failed to write on the application that's what were receiving as well and that he no longer worked there.**

Briefly state the facts of your complaint  **Customer service is lacking in all areas. Everyone knows different information. No concise with their information. The residential energy tax credit information they give is not explained efficiently enough. We were told we would get a lump sum $8,840. You do not get it in a lump sum you get it in small increments every year you do taxes and it equals to $8,840. We were given the correct solar panels, we asked multiple times about receiving thermal solar panels and the salesman assured us that's what we were getting. We did not receive those. Company salesman also told us the installations are done through them, no 2nd or 3rd parties. I don't know if that is entirely true. They've had 20 plus 1 and 2 star reviews on the BBB website since my review in Feb of 2022. Google reviews are terrible as well.**

Document Upload

# Electronic Signature

I Acknowledge  **True**

Electronic Signature  ▮▮▮▮▮▮▮▮▮

Date  **02/20/2023**

# Authorization to Release Information

Name of Company/Agency Authorized to Release Information

Account/Loan Number

Email Address

# HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification

**#129.312**



ATTORNEY GENERAL
# DANIEL CAMERON

## Secure Online System

## Application Information

Submission Id  **6f0bf13f-a0a9-4746-8dff-972b3fdb0584**

Completion Date  **2/15/2023 10:22:49 AM**

## Consumer Complaint and Mediation Form

Name ▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮

City ▮▮▮▮▮

State ▮▮

ZIP/Postal Code ▮▮▮▮▮

County ▮▮▮▮▮

Home Phone ▮▮▮▮▮▮

Mobile Number ▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮

Are you Active Duty Military?  **No**

Company or person your complaint is against  **SolatTitan**

Company Address  **414 N Peters Rd**

Company City  **Knoxville**

Company State  **TN**

Company ZIP  **37922**

Company Phone  **865-392-1036**

Company E-Mail  **salesforce@solartitanusa.com**

Was a contract signed?  **True**

Date(s) of transaction  **April 2022**

Product or service involved  **Solar Panels**

RECEIVED

FEB 16 2023

CONSUMER PROTECTION DIVISION
LOUISVILLE

Total Price  **37000.00**

Amount Paid

How did you hear about this product or service?  **Facebook**

With what other agencies have you filed a complaint?  **No**

What action was taken by those agencies?

Have you hired or retained an attorney?  **False**

Have you started court action?  **False**

What action will resolve your complaint?  **We purchased solar panels from solar Titan out of Knoxville Tennessee. We do not know if our panels are even working at this time the company that has the actual panels is solar Edge that is listed on the side the panel at our home.**

Briefly state the facts of your complaint  **We purchase panels from this company we still don't know if the panels are working our electric bill has not changed. Solar Titan should be the ones who fix the panels if there is ever an issue and they have gone out of business. We need a solution as to what we need to do who's going to handle the maintenance or repair that's supposed to be included in our price for the entire time our panels are financed through sunlight Financial**

Document Upload

## Electronic Signature

I Acknowledge  **True**

Electronic Signature   

Date  **02/15/1950**

## Authorization to Release Information

Name of Company/Agency Authorized to Release Information  **Sunlight Financial and Cross River Bank**

Account/Loan Number

Email Address  **support@sunlightfinancial.com**

## HIPAA Privacy Authorization

Healthcare Provider

Electronic Signature

Date

Verification  **PASS**