# EXHIBIT F

Feb. 22, 2023 Email from Ursula Abrams, NABCEP Operations Manager

## RE: Question re: Company Advertising Themselves as a NABCEP Partner

**Ursula Abrams, NABCEP** <uabrams@nabcep.org>
Wed 2/22/2023 9:15 AM
To: Samuel D. Keen <Samuel.Keen@ag.tn.gov>

Hello Sam,

Thanks for taking the time to contact us. The answer to your question is, no. NABCEP maintains a Trademark and Mark Use Policy that clarifies how certified professionals are allowed to display their credentials. If you want to forward the company's URL to me, we can investigate and follow up as necessary. In such cases, the complainant remains anonymous.

Ursula Abrams
Operations Manager
518-289-9685　uabrams@nabcep.org
　　Registration is NOW Open!  Click Here



　　　　www.nabcep.org  |  Career Center | LMS Info  |  LinkedIn |  Twitter  | News  | Online Store

---

**From:** Samuel D. Keen <Samuel.Keen@ag.tn.gov>
**Sent:** Tuesday, February 21, 2023 12:52 PM
**To:** NABCEP Information <info@nabcep.org>
**Subject:** Question re: Company Advertising Themselves as a NABCEP Partner

Hello,

I have a question about a company advertising themselves as a "NABCEP Partner". From what I know, the company only has one employee (who is also the company's owner) who is NABCEP certified. Is this sufficient for the company to be advertising themselves as a NABCEP partner?

Thanks,
Sam


Samuel Keen | Assistant Attorney General
Consumer Protection Division
Office of the Tennessee Attorney General
P.O. Box 20207, Nashville, Tennessee 37202
p. (615) 837-5155  f. (615) 532-2910
e. samuel.keen@ag.tn.gov



This e-mail message, as well as any attachments, may contain attorney-client privileged and/or confidential information. If you believe that you have received this communication in error, please delete it and notify the

sender immediately by reply e-mail or by telephone. Any unauthorized use, disclosure, dissemination, and/or distribution of this communication or its attachments is strictly prohibited. Unintended transmission does not constitute waiver of confidentiality or any applicable privilege.