
# FREEDOM SOLAR SOLUTIONS LLC

| File Annual Report | File Certificate of Assumed Name (DBA) |
| Change Address or Registered Agent | File Withdrawal | File Registered Agent Resignation |
| File Amended Certificate of Authority |

| Printable Forms | Subscribe to changes made to this entity | Certificate of Good Standing |

## General Information

| | |
|---|---|
| Organization Number | 1219448 |
| Name | FREEDOM SOLAR SOLUTIONS LLC |
| Profit or Non-Profit | P - Profit |
| Company Type | FLC - Foreign Limited Liability Company |
| Status | A - Active |
| Standing | G - Good |
| State | IN |
| File Date | 7/12/2022 |
| Organization Date | 6/14/2022 |
| Authority Date | 7/12/2022 |
| Last Annual Report | N/A |
| Principal Office | 9465 Counselors Row Ste 200<br>Indianapolis, IN 46240 |
| Registered Agent | Freedom Solar Solutions<br>1661 S Main St<br>London, KY 40741 |

## Current Officers

### Show Individuals / Entities listed at time Of formation

| | |
|---|---|
| Organizer | SHAWNA HELTON |

Show Images

Show Assumed Names

Show Activities

Contact    Site Map

Privacy    Security    Disclaimer    Accessibility

© Commonwealth of Kentucky
All rights reserved.

Kentucky Unbridled Spirit