

**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name: **Solar 1 USA LLC**

### General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 001304904 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 04/13/2022 5:07 PM | Date Formed: Fiscal Year Close | 04/13/2022 12 |
| Status: | Active | Member Count: | 2 |
| Duration Term: | Perpetual | | |
| Managed By: | Manager Managed | | |

**Registered Agent Address**
UNITED STATES CORPORATION AGENTS, INC.
STE 384
5865 RIDGEWAY CENTER PKWY
MEMPHIS, TN 38120-4032

**Principal Address**
SOLAR 1 USA LLC / SOLAR 1 USA
8913 TOWN AND COUNTRY CIRCLE #1024
KNOXVILLE, TN 37923

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/14/2023 | 2022 Annual Report | B1319-3773 |

Principal Address 1 Changed  From: 800 S GAY ST  To: 8913 TOWN AND COUNTRY CIRCLE #1024
Principal Address 3 Changed  From: No value  To: SOLAR 1 USA LLC / SOLAR 1 USA
Principal Postal Code Changed  From: 37929-9703  To: 37923

| 11/21/2022 | Registered Agent Change (by Agent) | *B1303-1003 |

Registered Agent Physical Address 1 Changed  From: 4295 CROMWELL RD  To: 5865 RIDGEWAY CENTER PKWY
Registered Agent Physical Address 2 Changed  From: STE 308  To: STE 384
Registered Agent Physical City Changed  From: CHATTANOOGA  To: MEMPHIS
Registered Agent Physical County Changed  From: HAMILTON COUNTY  To: SHELBY COUNTY
Registered Agent Physical Postal Code Changed  From: 37421-2163  To: 38120-4032

| 04/13/2022 | Initial Filing | B1199-9070 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|