UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JOHNATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL<br><br>Plaintiff,<br><br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, et. al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:23-cv-00046-DCLC-JEM<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING FIRST STATUS REPORT

Richard F. Ray, as Receiver and pursuant to the terms and provisions of the Memorandum and Order entered on February 7, 2023 [Doc. 21], files this 1st Status Report attached to this notice as Exhibit 1.

Respectfully submitted,

/s/ Ryan E. Jarrard
Ryan E. Jarrard, Esquire BPR 024525
**QUIST, FITZPATRICK & JARRARD PLLC**
2121 FIRST TENNESSEE PLAZA
KNOXVILLE, TN 37929-2121
(865) 524-1873

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance have been served by operation of the Court's ECF System on or about February 24, 2023 as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Ryan E. Jarrard*
ATTORNEY