UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex. rel.* ) <br> JONATHAN SKRMETTI, ATTORNEY ) <br> GENERAL and REPORTER, and ) <br> COMMONWEALTH OF KENTUCKY, ex rel. ) <br> DANIEL CAMERON, ATTORNEY GENERAL ) <br>         Plaintiffs ) <br>   v. ) <br> IDEAL HORIZON BENEFITS, LLC d/b/a ) <br> SOLAR TITAN USA, et al., ) <br>         Defendants ) | 3:23-CV-00046-DCLC-JEM |

IDEAL HORIZON BENEFITS, LLC d/b/a/ SOLAR TITAN USA
INITIAL OPERATING REPORT AS OF FEBRUARY 23, 2023

COMES NOW, Richard F. Ray, Receiver, and herby submits his Initial Monthly Operating Report since his appointment by Order entered February 7, 2023. This report contains the following Schedules:

1. Actions at Case Inception
2. Bank Account Summary
3. Income Tax Return Summary
4. Consumer Complaint Summary
   Receiver Bank Account Activity follows Schedule 4

I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge and belief. I also hereby certify that the original Monthly Operating Report was filed through counsel with the US District Court in accordance with my Order.

Date    23-Feb-23

By: *Richard F Ray* (signature)
Richard F. Ray, Receiver

**IDEAL HORIZON BENEFITS, LLC**  
**dba SOLAR TITAN USA**

ACTIONS AT CASE INCEPTION  
CASE NUMBER: 3:23-CV-00046-DCLC-JEM

SCHEDULE 1  
2/23/2023

**Actions at Case Inception**

1. I participated in the service of the Case Opinion and Order on February 7, 2023 at 10306 Yellow Pine Rd.  One defendant, Sarah Kirkland was present to accept service. 23 employees completed Employee Information Forms providing building and system security information.  Approximately five employees did not complete the information

2. I secured the Yellow Pine Rd warehouse and Hall Rd shop with locksmith services.  The call center at 9111 Cross Park Drive, Knoxville remains under landlord access but has minima furniture and call center computers locked out from the Company system.  I control the post office box at the Cedar Bluff Branch.

3. Our IT team secured the company website and operating systems including salesforce.com and company email.  We (1) posted a notice regarding US District Court directed action at www.solartitanusa.com, (2)  established the solarreceiver@gmail.com email addresss primarily for consumer communication purposes, (3) customized the "contact us" website page to accept new consumer complaints and (4) established an electronic vendor claim form (separate from consumer claims) on the solar titan website.

4. I arranged for Ideal Horizon Benefits LLC Bank account balances at USA Bank totaling $49,321.71 to be transferred to my Receiver Account with details at Schedule 2.

5. I paid the Solar Titan payroll for period ending 2/5/23 through the ADP system including 23 employees having a $22,430.68 total cost, then paid the final $9,406.87 payroll for the two days ending 2/7/23. Those 23 employees were terminated as of February 7 except for the Operations Manager who will continue on payroll until February 28. I plan to transition to independent contracting consultants while the case remains active.

6. I obtained a list of inventory on hand at 10306 Yellow Pine Rd., and assigned an associate to validate the majority items on hand at February 7. The computer generated inventory list totals $834,736 with a manual list of add-on inventory which, when extended, will likely increase the total inventory value to over $1 million at cost.

7. I obtained a list of 36 vehicles described as owned by Ideal Horizon Benefits with an estimated market value of $1.8 million and estimated loan payoff of $1.3 million.  I plan to engage a contractor to  recover vehicles located in multiple locations in Kentucky and Tennessee and controlling recovered vehicles at the Yellow Pine warehouse or Hall Shop location.

8. I obtained the Ideal Horizon Benefits LLC Federal Income Tax Returns for 2019-2021.  See summary at Schedule 3.  The 2021 return identifies a $2,746,144 "Other Receivable" which is based on a ledger account "ST Charter Receivable" which in turn may relate to Solar Titan Charters, LLC dba Titan Charters.  I will further investigate in March.

9. I received listings and consumer complaint documents from Tennessee Consumer Protection Division Office and Kentucky Office of Consumer Protection via respective Offices of Attorneys General, and those filed with the Better Business Bureau. Those complaints currently total 449 at this preliminary stage. See summary at Schedule 4.  In addition, there are a number of projects internally tracked that require final inspection, and consumer complaints accumulated through the SolarReceiver email account.

10. Consolidated Electrical Distributors, Inc. through counsel presented a claim for $589,494.88 securied by a UCC1 lien on all assets including inventory.  I have not assessed the claim but through counsel am working towards a product return for credit in March.

11. I have directed my attorney Ryan Jarrard to coordinate communication with plaintiffs counsels invovling variouis state actions aginst Ideal Horizon Benefits LLC towards referral to this US District Court Action.  I am organizing those actions into a claims log to be included in future receiver reports.

12.  I have received notices of cancellation (nonpayment of premiums) on Ideal Horizon Benefits LLC commercial vehicle, workers compensation, and general liability insurance policies.  I intend to allow the workers compensation and commercial vehicle coverage to terminate, as I will be utilizing contractors as needed for related services including vehicle recovery. I have directed my attorney Ryan Jarrard to provide the Stay of Actions Order to the general liability insurance provider.

13.  Solar Titan USA leased a facility owned by New Horizon Ventures LLC (with common ownership) located at 121 Industry Rd., Richmond, KY.  I am told that the warehouse is empty bu for racks and a forklift.  The warehouse is listed for sale at $800,000.  I will arange an on-site visit in March.

14.  I conducted interviews with the Plaintiffs and Defendants and will include those interview notes in my February 28, 2023 receiver report.

| | IDEAL HORIZON BENEFITS, LLC | BANK ACCOUNT SUMMARY | SCHEDULE 2 |
| | dba SOLAR TITAN USA | CASE NUMBER: 3:23-CV-00046-DCLC-JEM | 2/23/23 |

**Summary Cash Movement**

| Name of Bank | Receiver USA Bank | Pre-Receiver Subject to Asset Freeze USA Bank | | | |
|---|---|---|---|---|---|
| Account Ref | *0376 | *6416 | *6408 | *7530 | Total |
| Beginning balance Feb 7 | $ - | $ 43,701.65 | $ 1,996.22 | $ 3,623.84 | $ 49,321.71 |
| Add: Deposits | 36,025.00 | 0.00 | 0.00 | 0.00 | $ - |
| Less: Disbursements | (33,460.17) | 0.00 | 0.00 | 0.00 | $ - |
| Net Transfers | 49,321.71 | (43,701.65) | (1,996.22) | (3,623.84) | $ (49,321.71) |
| Ending balance Feb 23 | $ 51,886.54 | $ - | $ - | $ - | $ - |

**Court Ordered Special Payments**

| Paid to | Date |
|---|---|
| None | |

**Disbursements Detail**

| Account | Receiver *0376 |
|---|---|
| Payroll | 32,752.71 |
| Administrative Expense | 327.33 |
| Property | 380.13 |
| | $ 33,460.17 |

| IDEAL HORIZON BENEFITS, LLC | INCOME TAX RETURN SUMMARY | | | SCHEDULE 3 |
| --- | --- | --- | --- | --- |
| dba SOLAR TITAN USA | CASE NUMBER: 3:23-CV-00046-DCLC-JEM | | | 2/23/23 |

| 1. Balances Reported in Income Tax Return | 2019 | 2020 (Amended) | 2021 | Three Yr Cum |
| --- | ---: | ---: | ---: | ---: |
| Results from Operations | | | | |
| Revenue | 134,825 | 10,711,341 | 41,618,526 | 52,464,692 |
| Guaranteed Payments to Partners | 16,700 | 192,273 | 623,712 | 832,685 |
| Ordinary Business Income (Loss) | (5,059) | 3,699,550 | 8,306,394 | 12,000,885 |
| Distributions | - | 2,453,015 | 4,895,164 | 7,348,179 |
| | | | | |
| Balance Sheet | | | | |
| Assets | | | | |
| Cash | | 425,474 | 2,461,003 | |
| Accounts Receivable | | - | 3,272,236 | |
| Inventories | | 338,905 | 2,272,805 | |
| Prepaid Expenses (Analysis below) | | | 1,101,687 | |
| Other Receivables (Analysis below) | | 13,970 | 2,752,634 | |
| Fixed Assets (net) | | 152,754 | 1,204,742 | |
| Other Assets | | 37,948 | 45,925 | |
| | - | 969,051 | 13,111,032 | |
| | | | | |
| Liabilities & Partners Capital | | | | |
| Accounts Payable | | - | 791,438 | |
| Debt | | 545,960 | 509,842 | |
| Customer Deposits | | - | 6,161,727 | |
| Other Liabilities | | 9,658 | 1,475,833 | |
| Partners Capital (book basis) | | 413,433 | 4,172,192 | |
| | - | 969,051 | 13,111,032 | |
| | | | | |
| Partners Capital (Tax Basis) | | | | |
| Beginning Capital | 299 | (5,234) | 413,433 | 299 |
| Net Income | (5,234) | 2,871,682 | 7,845,044 | 10,711,492 |
| Adjustments to Capital | | | (537,115) | (537,115) |
| Cash Distributions | (299) | (2,453,015) | (4,895,164) | (7,348,478) |
| Ending Capital | $ (5,234) $ | 413,433 $ | 2,826,198 $ | 2,826,198 |

Source: Ideal Horizon Benefits LLC US Partnership Income Tax Returns as referenced

**2. Accounting Record Analysis of Prepaid Expense and Other Receivables at December 31, 2021**

Prepaid Expense Summary Analysis at December 31, 2021
| | |
| --- | ---: |
| Prepaid Expenses | 717,927 |
| Prepaid Inventory Credit | 383,760 |
| | $ 1,101,687 |

The Prepaid Expense balance mainly arises from December 6, 2021 postings described as "One Time Vendor" amounting to $395,625 and a December 31, 2021 undescribed posting amounting to $219,689.92. Together these positngs comprise $515,315 of the total $717,927 balance

Other Receivables Summary Analysis at December 31, 2021
| | |
| --- | ---: |
| Employee Receivable | 6,490 |
| ST Charter Receivable | 2,746,144 |
| | $ 2,752,634 |

The S-T Charter Receivable balance consists of $50,000 recorded on Dec 7, 2021 and $2,696,143 reclassified from the account Partners Capital-Capital Withdrawals - Solar Titan One

**IDEAL HORIZON BENEFITS, LLC**  
**dba SOLAR TITAN USA**

**CONSUMER COMPLAINT SUMMARY**  
**CASE NUMBER: 3:23-CV-00046-DCLC-JEM**

**SCHEDULE 4**  
2/23/23

|  | Project Status per Internal Records | | |
|---|---|---|---|
| State | Incomplete | In Production | Total |
| Alabama | 7 | 5 | 12 |
| Georgia | 29 | 9 | 38 |
| Kentucky | 129 | 51 | 180 |
| Tennessee | 175 | 40 | 215 |
| Unknown Location | 4 | - | 4 |
|  | 344 | 105 | 449 |

Source: Complaints filed with State Agencies or Better Business Bureau, internally classified

Note 1: The number of complaints could increase based on internal Solar Titan Records showing projects as incomplete and not included above.

Note 2: The SolarReceiver@Gmail.com has received 137 messages. These messages are being crossreferenced to complaints listed above, with an expectation of about 10% new complaints.

| Date | Ref | Received From/Paid To | Description | Account | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|---|
| 2/7/2023 | | Balance | | | | | $ - |
| 2/8/2023 | Transfer | From Solar Titan USA Acct 6416 | Transfer per Receiver Order | Transfer | $43,701.65 | | 43,701.65 |
| 2/8/2023 | Transfer | From Solar Titan USA Acct 6408 | Transfer per Receiver Order | Transfer | 1,996.22 | | 45,697.87 |
| 2/8/2023 | Transfer | From Solar Titan USA Acct 7530 | Transfer per Receiver Order | Transfer | 3,623.84 | | 49,321.71 |
| 2/17/2023 | Deposit | Partners V LLC | Office Lease Deposit Return - 414 N Peters Rd | Return Deposit | 36,025.00 | | 85,346.71 |
| 2/17/2023 | Bank Wire | ADP | Gross Pay W/E Feb 4, 2023 | Payroll & Related | | 22,430.68 | 62,916.03 |
| 2/18/2023 | ACH | State of Tennessee Secretary of State | Update Annual Report incl Reg Agent | Administrative | | 327.33 | 62,588.70 |
| 2/21/2023 | ACH | ADP | Final Gross Payroll W/E Feb 11, 2023 | Payroll & Related | | 9,406.87 | 53,181.83 |
| 2/21/2023 | ACH | Internal Revenue Service | Employer Taxes W/E Feb 11, 2023 | Payroll & Related | | 915.16 | 52,266.67 |
| 2/21/2023 | ACH | First Utility District of Knox County | Yellow Pine Rd Water Service | Property | | 380.13 | 51,886.54 |
| | | | | | $ 85,346.71 | $ 33,460.17 | $ 51,886.54 |