# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: *MOTION HEARING***

Date February 27, 2023   Time 10:09 A.M.   To 1:00 P.M.

Case No. 3:23-CV-46, STATE OF TENNESSEE, ET AL vs. IDEAL HORIZON BENEFITS, LLC, ET AL
================================================================================

The Honorable CLIFTON L. CORKER, U.S. District Judge, Presiding

Courtroom Deputy KIM OTTINGER                     Court Reporter KAREN BRADLEY

**PARTIES**                                                **COUNSEL**

STATE OF TENNESSEE                                  SAMUEL DAVID KEEN

COMMONWEALTH OF KENTUCKY                            PAUL FATA
Plaintiffs

VS.

IDEAL HORIZON BENEFITS, LLC
RICHARD ATNIP                                       WILLIAM KILLIAN / SAMUEL BLINK
SARAH KIRKLAND                                      GREGORY BROWN
CRAIG KELLEY                                        STEPHAN WRIGHT

SOLAR MOSAIC, LLC.                                  TANYA BOWMAN
SOLAR TITAN CHARTERS, LLC.
Defendants

VOLUNTEER VENTURES, LLC.                            BENJAMIN MULLINS
Intervenor

RICHARD RAY                                         RYAN JARRARD
Receiver

**PROCEEDINGS:**

Opening statements by the Court

Opening statements by Plaintiffs; Defendant

Oral argument by Plaintiffs; Defendant

Order to enter