## EXHIBIT A: 9111 CROSS PARK DRIVE ASSETS

| | |
|---|---|
| Shredder | 1 |
| Computers | 33 |
| Monitors | 10 |
| Apple Computer | 1 |
| Office Chairs | 32 |
| Cubicles | Enough for 20 desks |
| File Cabinets | 3 |
| Reception Desk | 1 |
| Phones | 25 |
| Laptops | 5 |
| TV | 3 |
| Couch | 4 |
| Executive Chairs | 5 |
| Refrigerator | 1 |
| Desk | 10 |
| Microwave | 2 |
| Furniture Style Chairs | 7 |
| Misc. Pictures | 30+ |