# Beachside Real Estate Services

290 Dawn LN
Mary Esther, FL
850-259-1744

March 1, 2023

RE: Broker Opinion of Value
    2924 Sand Pine Rd
    Miramar Beach, FL 32550

To Whom It May Concern,

Based on current listings, true comparable sales, current construction prices, and current market conditions, it is the opinion of this broker that the property under construction at 2924 Pine Rd Miramar Beach, FL 32550 should be listed for sale in the range of 4.3 million to 4.6 million.

Sincerely,

Chuck Highers
Broker/Owner
BK589694