**Generac Power Systems**
S45W29290 Highway 59
Waukesha, WI 53189

**P:** (262) 544-4811
**W:** www.Generac.com

May 31, 2022

Dear Valued Solar Titan and Generac Customer,

We appreciate your investment in the PWRcell system to protect your home from outages, help save you money and contribute to powering a smarter, cleaner world.

To the extent you have experienced product concerns with your system, please know that Generac fully stands behind delivering quality products and honoring our warranty, and that Solar Titan has been diligent in bringing these issues to our attention on your behalf. We are aware of these concerns, and together with Solar Titan, we have been tirelessly working on a resolution to address such issues.

Specifically, we understand that in some cases you may have experienced certain issues with a particular Generac component of your solar energy system, the SnapRS801. To address these issues and to help better optimize and enhance the performance of our PWRcell solar + storage systems over the long-term, we are introducing our next-generation rapid shutdown device, the new SnapRS802, which has been designed and engineered to the highest safety and reliability standards.

The new RS802:

- Has been designed to replace the RS801, increasing performance and reliability
- Has been tested in extreme heat and corrosive moisture conditions with exceptional results
- Exceeds the UL 1741 requirements for reliability and safety

Again, we thank you for your patience and understanding as we continue to work to bring you the most effective, reliable and safe renewable energy products for your home. Please know that Generac and Solar Titan are committed to taking care of our customers and resolving your system performance concerns.

Should you have any questions about your system's performance or the new RS802 product, please contact Solar Titan's customer solutions team at (865) 392-1036/ customercare@solartitanusa.com or Generac's Customer Support Center at www.generac.com/service-support/contact-us.

Sincerely,

Keith Merritt
President - Clean Energy
Generac Clean Energy Solutions