UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL, | ) ) ) ) ) ) ) | |
| *Plaintiffs,* | ) ) ) | 3:23-CV-00046-DCLC-JEM |
| v. | ) ) | |
| IDEAL HORIZON BENEFITS, LLC, d/b/a SOLAR TITAN USA, *et al.,* | ) ) ) | |
| *Defendants.* | ) | |

## NOTICE OF APPEARANCE OF MICHAEL A. C. LEE

Please take notice that Michael A. C. Lee, of the law firm Frantz, McConnell & Seymour, LLP, hereby enters his appearance as counsel for intervenor Volunteer Ventures, LLC. Benjamin C. Mullins will remain lead counsel for Volunteer Ventures, LLC.

Dated this, the 17th day of March, 2023.

>  */s/ Michael A. C. Lee*
> Benjamin C. Mullins, Esq.   (BPR No. 20924)
> Michael A. C. Lee, Esq.  (BPR No. 40127)
> **FRANTZ, MCCONNELL & SEYMOUR, LLP**
> 550 W. Main Street, Suite 500
> Knoxville, TN 37902
> E-mail:  bmullins@fmsllp.com
> E-mail:  mlee@fmsllp.com
> (865) 546-9321
> *Attorneys for Volunteer Ventures*

# CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2023, a true and correct copy of the foregoing Notice of Appearance of Michael A. C. Lee was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record, if such counsel is in the system.

                                          */s/ Michael A. C. Lee*
                                          Michael A. C. Lee
                                          **FRANTZ, McCONNELL & SEYMOUR, LLP**

S:\WDOX\Clients\4481\000033\NOTICES\02560828.DOCX