UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL,<br><br>  Plaintiffs,<br><br>  v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, et al.,<br><br>  Defendants. | 3:23-CV-00046-DCLC-JEM |

**MICHAEL ATNIP AND CRAIG KELLEY'S JOINT OPPOSITION TO MOTION FOR LEAVE OF COURT TO FILE COMPLAINT AGAINST DEFENDANT IDEAL HORIZON BENEFITS, LLC D/B/A SOLAR TITAN USA**

Come now Defendants Michael Atnip ("Mr. Atnip") and Craig Kelley ("Mr. Kelley", collectively with Mr. Atnip, the "Individual Defendants") and join in and incorporate by reference the Receiver's Statement in Opposition to Motion for Leave of Court to File Complaint Against Defendant Ideal Horizon Benefits, LLC d/b/a Solar Titan USA [Doc. 115] as its response to [Doc. 97]. Specifically, the Individual Defendants support the establishment of a claims filing and review process in order to determine the substance and validity of the consumer complaints filed in this matter.

| WRIGHT, CORTESI & GILBREATH | DARROWEVERETT LLP |
|---|---|
| BY:   /s/ *Stephan R. Wright*<br>Stephan R. Wright (#031494)<br>2288 Gunbarrel Rd.<br>Ste. 154/Box 247<br>Chattanooga, TN 37421<br>Telephone: (423) 826-6919<br>Facsimile: (423) 826-6929<br>*swright@wcglegal.com*<br>*Attorneys for Craig Kelley* | BY:   /s/ *James G. Atchison*<br>Samuel C. Blink (#036400)<br>James G. Atchison (admitted *pro hac vice*)<br>Fifth Third Center<br>424 Church Street, Suite 2000<br>Nashville, TN 37219<br>(615) 651-7386<br>*sblink@darroweverett.com*<br>*jatchison@darroweverett.com*<br>*Attorneys for Richard Michael Atnip* |
| | BY:   /s/ *William C. Killian*<br>William C. Killian (#002425)<br>801 Broad St., Suite 428<br>Chattanooga, TN 37402<br>(423) 265-8804<br>*billikillian@cawpllc.com*<br>*Attorneys for Richard Michael Atnip* |

**CERTIFICATE OF SERVICE**

  I do hereby certify that the forgoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

  This 24th day of March, 2023.

                BY:   /s/ *James G. Atchison*