UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel*. JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel*. DANIEL CAMERON, ATTORNEY GENERAL,<br><br>      Plaintiffs,<br><br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, et al.,<br><br>      Defendants. | Case No. 3:23-CV-00046-DCLC-JEM |

### REPLY IN SUPPORT OF MOTION FOR LEAVE OF COURT
### TO FILE COMPLAINT AGAINST DEFENDANT

Movants, Vickie Seagle and Page Harrison, Trustee of the Seagle Family Revocable Trust (herein "Movants"), by and through counsel, previously filed a Motion for Leave of Court to File Complaint Against Defendant in Hamilton County, Tennessee (Doc. 97). In response to said Motion, Receiver has filed a Statement in Opposition (Doc. 115), and Movants now file this Reply and response in further support of their Motion for Leave of Court to File Complaint Against Defendant, and submit the following:

    1.    As noted, the Movants are owners of a home and real property located at 6230 Brenda Court, Harrison, Tennessee 37341.

    2.    Movants incorporate the assertions and averments in their previously filed Motion for Leave of Court to File Complaint (Doc. 97) as if set out here in full and verbatim.

3. In its Statement in Opposition (Doc. 115), Receiver contends that any state court filing or proceeding, such as the one proposed by Movants, "…would interfere with the exclusive jurisdiction of this Court…" and "…would strain the resources of the Receivership… ." Movants respectfully assert that such position is not accurate and consistent with the claims asserted by Movants.

4. First, as the Court can review, Movants' proposed Complaint asserts claims and causes of action against a party who is not subject to this Court's Order (Doc. 21); namely, Solar Mosaic, Inc. d/b/a Mosaic.

5. Second, Movants also assert claims and causes of action in their proposed state court Complaint that are not the same or similar to the Civil Enforcement Complaint filed by the State of Tennessee and the Commonwealth of Kentucky (Doc. 3).

6. Third, Movants' claims and causes of action that they assert to include property damage, third-party liability insurance coverage, or general liability insurance coverage, are also not the subject of the Civil Enforcement Complaint (Doc. 3), nor are they addressed or referenced in this Court's Opinion and Order (Doc. 21).

7. Last, as a matter of clarification, Movants further filed the Motion for Leave of Court to File Complaint Against Defendant (Doc. 97) to further preserve the statute of limitations with regard to any claims or causes of action that Movants may have against Defendant and/or the other named parties in Movants' proposed Complaint. It was unclear or uncertain as to whether such leave to preserve the statute of limitations was required at the outset before filing of such Complaint or not, and the Motion was filed for that clarification as well.

2
Case 3:23-cv-00046-DCLC-JEM   Document 122   Filed 03/27/23   Page 2 of 7   PageID #: 5534

8. Aside from the procedural statute of limitations issue, if the claims and causes of action by Movants are made against parties that are not subject to the jurisdiction of this Court, and also include claims and causes of action such as property damage, third-party insurance, or general liability insurance claims or causes of action that may be defended (under reservation of rights or otherwise) and/or covered for defense and/or indemnification by any third-party insurance carrier, then any such claims or causes of action would be outside the jurisdiction of this Court under the Receivership, and further would not usurp or strain the resources of the Receivership as they would be managed as claims under any third-party insurance coverage of the Defendant or proposed Defendnats and Movants' proposed litigation.

9. Accordingly, in reply and as further supplement to their Motion, Movants request the following: An Order allowing Movants to file their Complaint in full to preserve any and all statutes of limitations; an Order allowing the filing and the service of Summons against those proposed Defendants to implicate any third-party or general liability insurance coverage; and an Order allowing the Movants to file said Complaint and pursue any and all claims or causes of action to the extent of applicable insurance coverage, and further, an Order allowing Movants to file said Complaint and any claims or causes of action that are consistent with the Civil Enforcement Complaint (Doc. 3) be stayed, and that the Movants be allowed to participate in the claims process or procedure before this Court with regard to those claims or causes of action; and further, that the Movants be permitted at the same time to pursue any claims or causes of action against other parties based on the proposed Complaint.

Movants request the Court enter an Order accordingly.

(Signature on following page)

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

BY: /s/ Robert J. Uhorchuk
Robert J. Uhorchuk (BPR No. 017599)
Nicholas C. Stevens (BPR No. 030826)
537 Market Street – Suite 203
Chattanooga, TN 37402-1241
Telephone: (423) 756-0262
Facsimile: (423) 756-8489
rju@spicerfirm.com
nstevens@spicerfirm.com
*Counsel for Movants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2023, I electronically filed this document along with any exhibits with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Samuel D. Keen<br>Alicia Daniels-Hill<br>Office of the Tennessee Attorney General<br>Attn: Consumer Protection Division<br>P.O. Box 20207<br>Nashville, TN 37202<br>Samuel.keen@ag.tn.gov<br>Alicia.daniels-hill@ag.tn.gov |
|---|---|
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Paul Michael Fata<br>Lyndsey Antos<br>Philip Heleringer<br>Office of the Kentucky Attorney General<br>Attn: Office of Consumer Protection<br>1024 Capital Center Drive, Suite 200<br>Frankfort, KY 40222<br>Paul.fata@ky.gov<br>Lyndsey.antos@ky.gov<br>Philip.heleringer@ky.gov |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Richard Ray, Receiver<br>Tria Financial Consulting<br>P.O. Box 938<br>Jonesborough, TN 37659<br>rray@triafin.com |

| | |
|---|---|
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | James G. Atchison<br>Darrow Everett LLP<br>One Turks Head Place – 12th Floor<br>Providence, RI 02903<br>jatchison@darroweverett.com |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Samuel Blink<br>Darrow Everett, LLP<br>424 Church Street, Suite 2000<br>Nashville, TN 37219<br>sblink@darroweverett.com |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Tanya Y. Bowman<br>Frost Brown Todd LLC<br>400 West Market Street, Suite 3200<br>Louisville, KY 40202-3363<br>tbowman@fbtlaw.com |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Gregory Brown<br>Lowe, Yeager and Brown<br>900 South Gay Street, Suite 2102<br>Knoxville, TN 37902<br>gb@lyblaw.net |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Charles W. Gilbreath, II<br>The Law Firm of Stephan Wright<br>2288 Gunbarrel Road, Suite 154<br>Box No. 247<br>Chattanooga, TN 37421<br>cgilbreath@stephanwright.com |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Jeremey Goolsby<br>Frost, Brown, Todd LLC<br>The Pinnacle at Symphony Place<br>150 3rd Avenue South, Suite 1900<br>Nashville, TN 37201<br>jgoolsby@fbtlaw.com |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Robert J. Guite<br>Sheppard, Mullin, Richter & Hampton, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>rguite@sheppardmullin.com |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | William Scott Hickerson<br>Lowe, Yeager and Brown<br>900 South Gay Street, Suite 2102<br>Knoxville, TN 37902<br>wsh@lyblaw.net |

| | | |
|---|---|---|
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Ryan Jarrard<br>Quist, Fitzpatrick & Jarrard, PLLC<br>800 S. Gay Street<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929-9711<br>rej@qcflaw.com | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | William C. Killian<br>Cavett Abbott & Weiss, PLLC<br>801 Broad Street, Suite 428<br>Chattanooga, TN 37402<br>billkillian@cawpllc.com | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Hannah Catherine Lackey<br>Frost Brown Todd LLP<br>150 3rd Avenue South, Suite 1900<br>Nashville, TN 37201<br>hlackey@fbtlaw.com | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | J. David McDowell<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202<br>david.mcdowell@ag.tn.gov | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Benjamin C. Mullins<br>Frantz, McConnell & Seymour, LLP<br>550 West Main Avenue, Suite 500<br>Knoxville, TN 37902<br>bmullins@fmsllp.com | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Shannon Z. Petersen<br>Sheppard, Mullin, Richter & Hampton LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130-4092 | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Gregory Alan Rawls<br>Lowe, Yeager and Brown<br>900 South Gay Street, Suite 2102<br>Knoxville, TN 37902<br>gar@lyblaw.net | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Ryan J. Strasser<br>Troutman Pepper Hamilton Sanders LLP<br>1001 Haxall Point<br>15th Floor<br>Richmond, VA 23219<br>ryan.strasser@troutman.com | |
| ☐ Mail<br>☐ Fax | Hugh B. Ward, Jr.<br>Lowe Yeager & Brown, PLLC | |

| | | |
|---|---|---|
| ☐ Email<br>**X EFS** | 900 S. Gay Street, Suite 2102<br>Knoxville, TN 37902<br>hbw@lyblaw.net | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Amy P. Williams<br>Troutman Pepper Hamilton Sanders LLP<br>301 S. College Street, Suite 3400<br>Charlotte, NC 28202<br>amy.williams@troutman.com | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Stephan R. Wright<br>Wright, Cortesi & Gilbreath<br>2288 Gunbarrel Road, Suite 154/Box 247<br>Chattanooga, TN 37421<br>swright@wcglegal.com | |
| ☐ Mail<br>☐ Fax<br>☐ Email<br>**X EFS** | Michael Yaghi<br>Troutman Pepper Hamiltson Sanders LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614 | |

**RUDSTROM,**

**SPICER PLLC**

By: /s/ Nicholas C. Stevens

Robert J. Uhorchuk

Nicholas C. Stevens