FILED
2023 MAR 30 AM 11:59
US DISTRICT COURT
EASTERN DIST. TENN.

Mr. and Mrs. Jerry Simmons
1823 Kimberlin Heights Rd.
Knoxville, TN 37920

Mr. Billy Parish
Mosaic, Inc. (Solar Mosaic)
601 12th Street, Suite 325
Oakland, CA 94607

3:23-cv-46

Dear Sir,

We have been extremely dissatisfied with the solar system we purchased from Solar Titan USA (Solar Titan) as the system has never worked properly. We were promised many things that were just not true. We have called numerous times without any resolution. Without any further options, we stopped paying for the equipment and are now being pursued via collections for a system that has never worked properly.

We were promised that the system would save so much money on our electric bill that it would pay for itself. That has not happened, in fact our bill has increased. We were promised that it would run our entire house. That is not correct either. Nothing we were told was correct.

We did sign the installation agreement on July 28, 2021 for $29,500. However, we never signed a credit application, never signed a loan contract, never seen any finance documentation including interest rate, APR, etc. The system was not officially "turned on" for a whole year. Ever since, we have been calling Solar Titan to get the system working and nothing. Earlier this year, we did have some crew come out, do something on the unit without telling us what they did, and it still doesn't work.

We are happy to pay for the system, but only if it is working. Until then we will not pay another dime. If you are unable to get the system to work, feel free to come an get it. But you should not penalize us via collections of $31,300.65 for a system that was never functional. We have filed a complaint on the system.

We can be reached at 865-577-0004.

Sincerely,

Jerry D. Simmons

Edith Kay Simmons

Cc: Asset Recovery Solutions, LLC
2200 E. Devon Ave. Ste 200
Des Plaines, IL 60018-4501

Jerry Simmons
1823 Kimberlin Heights Rd
Kimberlin Heights, TN 37920-9737

**CERTIFIED MAIL**

7022 0410 0000 5296 0516

U.S. POSTAGE PAID
FCM LETTER
KNOXVILLE, TN
37920
MAR 27, 23
AMOUNT
$4.78
R2305M143344-8

United States District Court for the
Eastern District of Tennessee
Howard H. Baker Jr. United States Courthouse
800 Market St.
Knoxville, TN 37902

RECEIVED
MAR 30 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

37902-230330