# THRIFT MCLEMORE

Joseph Williams, Esq.
678.369.3331
JWilliams@THRIFTLEGAL.COM
ADMITTED IN GEORGIA

March 23, 2023

FILED
APR 11 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

TO:
ATTN: Richard Ray
United States District Court
800 Market Street Suite 311
Knoxville, Tennessee 37902

RE: Our client: Maria Allen, **Solar Titan USA Customer**
Address: 1390 Roach Hollow Rd Ringgold, GA 30736
State of Tennessee Suit Against Solar Titan USA.

Dear Mr. Ray,

Our office represents the above client regarding their contract and dealings with Solar Titan USA.

My client is having to make payments on solar panels that have never worked or functioned since their installation in or around January of 2022. Her loan is for $31,500.00 with a 6.29% interest rate. The total of her payments will be $56,426.41. My client's solar system was financed through Mosaic. We have been unable to receive any response from our contact attempts.

I am sending this letter to make you aware of my client's situation. If there is anything at all that you need from me or my client, please let me know.

Thank you for your kind assistance in this matter.

Sincerely,

*Joe Williams*

Joseph Williams Esq.

1000 PARKWOOD CIRCLE SE, SUITE 375, ATLANTA, GA 30339
OFFICE: 678.784.4150 | FAX: 678.784.4001
WEB: WWW.THRIFTLEGAL.COM

501 E LOS OLAS BLVD, SUITE 200, FORT LAUDERDALE, FL 33301
OFFICE: 954.281.5578 | FAX: 954.281.5568
EMAIL: INFO@THRIFTLEGAL.COM



THRIFT MCLEMORE
1000 PARKWOOD CIRCLE SE, SUITE 375
ATLANTA, GA 30339

ATLANTA METRO 301
24 MAR 2023 PM 10 L



$0.60
US POSTAGE
FIRST-CLASS
062S0014950408
FROM 30339

3:23-CV-00046 DCLC-JEM ?

ATTN: Richard Ray
United States District Court
800 Market Street, Suite 311
Knoxville, Tennessee 37902

RECEIVED
MAR 28 2023
U.S. PROBATION OFFICE
KNOXVILLE, TN

37902-234366

Case 3:23-cv-00046-DCLC-JEM   Document 143   Filed 04/11/23   Page 2 of 2   PageID #: 5862