# LA
## LANDRY & AZEVEDO
### ATTORNEYS AT LAW

**DUSTIN R. LANDRY**
DUSTIN@LALAWKNOXVILLE.COM

**MARIO L. AZEVEDO II**
MARIO@LALAWKNOXVILLE.COM
RULE 31 LISTED FAMILY LAW MEDIATOR

**ABIGAIL E. RUIZ**
ABIGAIL@LALAWKNOXVILLE.COM

**REBECCA E. REFNER**
REBECCA@LALAWKNOXVILLE.COM

**KAYLOR R. HENSLEY**
KAYLOR@LALAWKNOXVILLE.COM
PRACTICE MANAGER

April 21, 2023

U.S. District Court for the Eastern District of Tennessee
Attn: LeAnna Wilson, Clerk of Court
800 Market Street, Suite 311
Knoxville, TN 37902

*Via U.S Regular Mail*

**Re:**   My Client, Michael Moore, Solar Titan Customer
State of Tennessee v. Ideal Horizon Benefits et. al
E.D.T.N. Case No. 3:23-CV-46

Dear Ms. Wilson:

I am writing to notify this Court that my firm represents Mr. Michael Moore regarding his transaction with Ideal Horizon Benefits, LLC, d/b/a Solar Titan USA, as well as his loan with Solar Mosaic. We filed a Complaint in July of 2022 seeking damages for breach of contract, misrepresentation, and violation of the Tennessee Consumer Protection Act, among other various claims. This matter is still pending in the Circuit Court for Blount County, Tennessee, Case No. L-21007. My client's initial contract, financed by Solar Mosaic, had a principal balance of $42,250, plus an additional $7,000 he had to finance due to Solar Titan's misrepresentations about the capacity of the batteries he purchased under the initial contract.

Please let me know if there is any additional information that you need from me at this time. I appreciate your time and attention to this matter.

Sincerely,

*Rebecca E. Refner*

Rebecca E. Refner
rebecca@lalawknoxville.com

859 EBENEZER ROAD • KNOXVILLE, TN 37923
LALAWKNOXVILLE.COM   PHONE 865.851.7050 • Fax 865.851.9524



**LANDRY & AZEVEDO**
ATTORNEYS AT LAW

859 EBENEZER ROAD
KNOXVILLE, TN 37923



KNOXVILLE TN 377

21 APR 2023  PM 2  L

PITNEY BOWES
$0.60 9
US POSTAGE
FIRST-CLASS
028W0004697811
2000299750
ZIP 37923
APR 20 2023

RECEIVED
FILED

APR 2 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**U.S. District Court for the Eastern District of Tennessee**
**Attn: LeAnna Wilson, Clerk of Court**
**800 Market Street, Suite 311**
**Knoxville, TN 37902**

37902-234386