IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE,<br>*ex. rel.* JONATHAN SKRMETTI,<br>ATTORNEY GENERAL and<br>REPORTER<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex. rel.* DANIEL CAMERON,<br>ATTORNEY GENERAL,<br><br>    Plaintiffs,<br><br>vs.<br><br>IDEAL HORIZON BENEFITS, LLC<br>d/b/a SOLAR TITAN USA, *a Tennessee Limited Liability Company*,<br><br>CRAIG KELLEY, RICHARD ATNIP,<br>and SARAH KIRKLAND, *individually and as officers of Solar Titan USA,*<br><br>and<br><br>SOLAR MOSAIC, LLC d/b/a MOSAIC,<br>*a California Limited Liability Company,*<br><br>    Defendants. | No. 3:23-cv-00046-DCLC-JEM<br><br>**Jury Demanded** |

**AMENDED STIPULATION TO EXTEND TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendant Solar Mosaic, LLC ("Mosaic") shall have up until and through May 5, 2023, by which to file an answer and/or otherwise plead in response to Plaintiffs' Complaint.

On April 14, 2023, the parties hereto filed a Stipulation to Extend Time to Respond to Plaintiffs' Complaint (the "Stipulation") [Dkt. 149] and agreed to a 14-day extension up to and through April 28, 2023, for Mosaic to file an answer and/or otherwise plead in response to the Complaint. Pursuant to the United States District Court for the Eastern District of Tennessee, LR 12.1, the parties may agree to a 21-day initial extension as a matter of right. The parties agree that the Stipulation [Dkt. 149] should be amended to allow for the full 21-day extension of time as a matter of right to allow Plaintiffs and Solar Mosaic additional time to continue to engage in meaningful settlement discussions in lieu of litigation, thus preserving judicial resources.

[Remainder of the page intentionally left blank.]

Respectfully submitted,

| | |
|---|---|
| */s/ Samuel Keen – with permission* | */s/ Tanya Bowman* |
| Samuel Keen, TN BPR No. 033865 | Tanya Bowman, KY Bar No. 89772 |
| (Admitted *Pro Hac Vice*) | (Admitted *Pro Hac Vice*) |
| Alicia Daniels-Hill, TN BPR No. 04672 | Hannah Catherine Lackey, TN BPR No. 39345 |
| (Admitted *Pro Hac Vice*) | FROST BROWN TODD LLP |
| David McDowell, No. 024588 | 150 3rd Avenue South, Suite 1900 |
| Office of the Tennessee Attorney General | Nashville, TN 37201 |
| P.O. Box 20207 | 615-251-5550 Telephone |
| Nashville, TN 37202 | 615-251-5551 Facsimile |
| p. (615) 837-5155 (Keen) | tbowman@fbtlaw.com |
| p. (615) 253-3819 (Daniels-Hill) | hlackey@fbtlaw.com |
| e. samuel.keen@ag.tn.gov | |
| e. alicia.daniels-hill@ag.tn.gov | Robert J. Guite |
| State of Tennessee | (Admitted *Pro Hac Vice*) |
| | Shannon Petersen |
| */s/ Paul Fata – with permission* | (Admitted *Pro Hac Vice*) |
| Paul Fata, KY No. 99528 | Sheppard Mullin Richter & Hampton LLP |
| (Admitted *Pro Hac Vice*) | Four Embarcadero Center, 17th Floor |
| Lyndsey Antos, KY No. 99971 | San Francisco, CA 94111 |
| (Admitted *Pro Hac Vice*) | (415) 774-3176 Telephone |
| Office of the Kentucky Attorney General | (415) 403-6014 Facsimile |
| 1024 Capital Center Drive, Suite 200 | rguite@sheppardmullin.com |
| Frankfort, Kentucky 40601 | spetersen@sheppardmullin.com |
| p. (502) 696-5578 (Fata) | |
| p. (502) 696-5641 (Antos) | Amy Williams |
| e. paul.fata@ky.gov | (Admitted *Pro Hac Vice*) |
| e. lyndsey.antos@ky.gov | Michael Yaghi |
| Commonwealth of Kentucky | (Admitted *Pro Hac Vice*) |
| | Ryan J. Strasser |
| *Attorney for Plaintiffs* | (Admitted *Pro Hac Vice*) |
| | Troutman Pepper Hamilton Sanders LLP |
| | 301 S. College Street, |
| | Charlotte, NC 28202 |
| | (704) 998-4050 |
| | Amy.Williams@troutman.com |
| | Michael.Yaghi@troutman.com |
| | Ryan.strasser@troutman.com |
| | |
| | *Attorneys for Solar Mosaic LLC* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2023, I electronically filed the foregoing document with the clerk of the court by using CM/ECF system. I further certify that Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's electronic filing system.

                                        */s/ Tanya Bowman*
                                        Tanya Bowman

0151699.0762275  4886-3335-4848