IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE,<br>*ex. rel.* JONATHAN SKRMETTI,<br>ATTORNEY GENERAL and<br>REPORTER<br><br> and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex. rel.* DANIEL CAMERON,<br>ATTORNEY GENERAL,<br><br>  Plaintiffs,<br><br>vs.<br><br>IDEAL HORIZON BENEFITS, LLC<br>d/b/a SOLAR TITAN USA, *a Tennessee Limited Liability Company*,<br><br>CRAIG KELLEY, RICHARD ATNIP,<br>*and* SARAH KIRKLAND, *individually and as officers of Solar Titan USA,*<br><br> and<br><br>SOLAR MOSAIC, LLC d/b/a MOSAIC,<br>*a California Limited Liability Company,*<br><br>  Defendants. | No. 3:23-cv-00046-DCLC-JEM<br><br>**Jury Demanded** |

## AGREED ORDER EXTENDING TIME

Upon the Joint Motion for Extension of Time, by agreement of Defendant, Solar Mosaic LLC ("Mosaic"), and Plaintiffs, the State of Tennessee *ex rel.* Jonathan Skrmetti and the Commonwealth of Kentucky *ex rel.* Daniel Cameron (collectively, the "Plaintiffs"), and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Mosaic shall have up until and through **September 29, 2023**, by which to file an answer and/or otherwise plead in response to Plaintiffs' Amended Complaint [Doc. 124]. The parties further stipulate that they are not requesting that this extension affect any decision by the Court to issue a scheduling order under Federal Rule of Civil Procedure 16.

**IT IS SO ORDERED:**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge

AGREED TO BY:

/s/ Alicia Daniels-Hill - (w/permission)
Alicia Daniels-Hill, TN BPR No. 04672
David McDowell, No. 024588
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
p. (615) 837-5155 (Keen)
p. (615) 253-3819 (Daniels-Hill)
e. alicia.daniels-hill@ag.tn.gov
State of Tennessee

/s/ Paul Fata - (w/permission)
Paul Fata, KY No. 99528
(Admitted *Pro Hac Vice*)
Lyndsey Antos, KY No. 99971
(Admitted *Pro Hac Vice*)
Office of the Kentucky Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
p. (502) 696-5578 (Fata)
p. (502) 696-5641 (Antos)
e. paul.fata@ky.gov
e. lyndsey.antos@ky.gov
State of Kentucky

*Attorney for Plaintiffs*

/s/ Tanya Bowman
Tanya Bowman, KY Bar No. 89772
(Admitted *Pro Hac Vice*)
Hannah Catherine Lackey, BPR No. 39345
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
615-251-5550 Telephone
615-251-5551 Facsimile
tbowman@fbtlaw.com
hlackey@fbtlaw.com

Robert J. Guite
(Admitted *Pro Hac Vice*)
Shannon Petersen
(Admitted *Pro Hac Vice*)
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 774-3176 Telephone
(415) 403-6014 Facsimile
rguite@sheppardmullin.com
spetersen@sheppardmullin.com

Amy Williams
(Admitted *Pro Hac Vice*)
Michael Yaghi
(Admitted *Pro Hac Vice*)
Ryan J. Strasser
(Admitted *Pro Hac Vice*)
Troutman Pepper Hamilton Sanders LLP
301 S. College Street,
Charlotte, NC 28202
(704) 998-4050
Amy.Williams@troutman.com
Michael.Yaghi@troutman.com
Ryan.Strasser@troutman.com

*Attorneys for Solar Mosaic LLC*