UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| STATE OF TENNESSEE, *ex rel.* | ) | |
|---|---|---|
| JONATHAN SKRMETTI, ATTORNEY | ) | |
| GENERAL and REPORTER, and | ) | |
| COMMONWEALTH OF KENTUCKY, *ex* | ) | |
| *rel.* DANIEL CAMERON, ATTORNEY | ) | 3:23-CV-00046-DCLC-JEM |
| GENERAL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IDEAL HORIZON BENEFITS, LLC d/b/a | ) | |
| SOLAR TITAN USA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 218], in which the magistrate judge recommends that Plaintiffs' Motion to Strike [Doc. 166] the affirmative defenses of Defendants Atnip and Kelley and Defendant Kirkland be granted in part and denied in part. The parties failed to file objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. Accordingly, it is hereby **ORDERED** that the R&R [Doc. 218] is **ADOPTED**, and Plaintiffs' motion to strike [Doc. 166] is **GRANTED IN PART** and **DENIED IN PART**. Defendants Atnip and Kelley's Second, Third, Fourth, Sixth,

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

Seventh, and Twelfth affirmative defenses and Defendant Kirkland's Third, Fourth, Fifth, Seventh and Twelfth affirmative defenses are hereby **STRIKEN** from their Answers.

  **SO ORDERED:**

s/ Clifton L. Corker
United States District Judge
