UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JOHNATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL<br><br>    Plaintiff,<br><br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, et. al.<br><br>    Defendants. | No. 3:23-cv-00046-DCLC-JEM |

## NOTICE OF SALE AND APPLICATION OF RECEIVER FOR DISBURSEMENT OF FUNDS

Richard F. Ray, as Receiver and pursuant to the terms and provisions of the Memorandum Opinion and Order entered on February 28, 2023 [Doc. 78] and as amended most recently on May 25, 2023 [Doc. 159], and the court's order approving the Receiver to sell assets of Ideal Horizon Benefits [Docs. 150, 208] and files this notice and report of sale, and for permission to disburse funds:

  1. Under the Court's Order of February 7, 2023 [Doc. 21] and February 28, 2023 [Doc. 78], the Court granted the motion of the Plaintiffs for a receiver and to issue a preliminary injunction. As a result, Richard F. Ray was appointed to serve as Receiver for Ideal Horizon Benefits d/b/a Solar Titan (hereinafter "Solar Titan") in this matter.

  2. The Court previously approved the Receiver's request to sell assets of Solar Titan at an auction conducted by Furrow Auction [Docs. 150, 208]. Collective Exhibit A contains personal property closing statements from auctions that were conducted on June 14, 2023 and August 10, 2023 by Furrow Auction.

3. Attached as Exhibit B to this motion, the Receiver has prepared a summary of the sales and proposed distributions to secured creditors and the estate. The proposed distributions to secured creditors are as follows:

a. $29,970.00 to US Bank and Equipment Finance Contract 71106 for a Toro Dingo & Attachments;

b. $54,000.00 to US Bank and Equipment Finance Contract 71106 for a truck with vin No. ending in 62632;

c. $48,600.00 to US Bank and Equipment Finance Contract 71106 for a truck with vin No. ending in 62629;

d. $48,600 to US Bank and Equipment Finance Contract 71106 for a truck with vin ending in 93605;

e. $14,100.53 to Wells Fargo Equipment Finance Acct. 8-002 for a Toyota Forklift 70271.

4. As discussed the previous motions to sell, CED claims a security interest in the fixtures and inventory of Ideal Horizon Benefits. Although the Receiver disputes that CED still has a claim at this point and believes they have been paid in full, the Receiver requests that $282,768.21 be placed in reserve pending further actions determining the validity of this claim.

5. As a result, the Receiver requests that the Receivership take possession of $162,965.34 for ongoing operations, which represents the net proceeds of the sale, aside from the CED reserve.

6. Additionally, the Receiver request a secured claim in the amount of $57,826.52 (see attached Exhibit C) in the proceeds to pay for fees and expenses incurred in conducting the auctions sales, and for the court's permission to pay this secured claim at the Receiver's discretion.

7. Finally, the Receiver requests any additional relief that the court deems necessary with respect to the conclusion of these sales.

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard,
BPR No. 024525
Attorney for Richard F. Ray, Receiver
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Horizon Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873 ext. 232
rej@qcflaw.com

CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Notice of Sale & Application have been served by operation of the Court's ECF System on or about October 20, 2023 as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                 */s/ Ryan E. Jarrard*
                                                 ATTORNEY