UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, *et al.*,<br><br>Defendants. | 3:23-CV-00046-DCLC-JEM |

## ORDER

The parties have filed their Rule 26(f) Planning Meeting Report [Doc. 320]. A telephonic scheduling conference is hereby set for **Thursday, January 30, 2025, at 3:00 p.m. EST.** The parties shall call the Court's conference line at 423-212-5515 and enter access code 8036938 at the appointed time.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge