UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL<br>　　　Plaintiffs,<br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, *et al.*,<br>　　　Defendants. | 23-CV-00046-DCLC-JEM |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to E.D. Tenn. L.R. 83.4(f), James G. Atchison hereby withdraws as counsel to Defendant Richard Atnip, whom continues to be represented by other counsel of record.

Respectfully Submitted,

/s/ *James G. Atchison*
James G. Atchison, Esq. (*Pro Hav Vice*)
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
(857) 241-1355
atchison@casneredwards.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, a copy of the foregoing was filed electronically and will be sent by the electronic filing system to all parties indicated in the electronic filing receipt.

/s/ *James G. Atchison*