UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* RUSSELL COLEMAN, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, et al.,<br><br>Defendants. | 3:23-CV-00046-DCLC-JEM |

## STATUS REPORT

Comes now counsel Samuel Blink, on behalf of Richard Michael Atnip ("Atnip"), and provides this status report pursuant to the June 10, 2025 Order [343]. Counsel Samuel Blink will remain attorney for Atnip. However, counsel has recently moved law firms and provides his updated contact information as follows:

Samuel Blink, TN Bar No. 036400
Midtown Legal, LLC
102 Hartmann Dr., Ste. G321
Lebanon, TN 37087
sblink@midtownlegal.co
(989) 307-8445

The law firm DarrowEverett, LLP should be withdrawn from and further obligations on this matter and no longer represents Mr. Atnip. Please use the above contact information when serving or contacting attorney Samuel Blink.

Respectfully submitted,

/s/ Sam Blink
Samuel Blink, #036400
Midtown Legal, LLC
102 Hartmann Dr., Ste. G321
Lebanon, TN 37087
sblink@midtownlegal.co
(989) 307-8445

**CERTIFICATE OF SERVICE**

    I do hereby certify that on June 17, 2025, the forgoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

BY:   /s/ *Samuel Blink*
        Samuel Blink, Esq.