UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:23-CV-46-DCLC-JEM ) |
| IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Motion to Withdraw and Memo of Legal Authority [Doc. 327], and the Amended Motion to Withdraw, Memo of Legal Authority and Declaration of William C. Killian in Support of Motion to Withdraw as Counsel for Richard Atnip [Doc. 332], filed by William C. Killian ("Movant"), counsel for Defendant Richard Atnip ("Defendant Atnip"). The latter motion seeks "permission to amend [the] Motion to Withdraw filed on March 19, 2025 [Doc. 327] to add . . . [the] Declaration and Consent of Richard Atnip" [Doc. 332 p. 1]. The Court **GRANTS** this motion [**Doc. 332**].

In the former motion, Movant seeks leave to withdraw from representing Defendant Atnip [Doc. 327 p. 1]. "[Movant] has incurred approximately $4,600 in past legal invoices for work done

on behalf of [Defendant] Atnip" [*Id.*]. Defendant Atnip has not paid Movant [*Id.*]. Movant states that he "cannot afford to continue to provide representation to [Defendant] Atnip without compensation for his time, knowledge, and experience" [*Id.* at 2]. He adds that releasing the funds that are frozen would compensate him [*Id.* at 3]. Movant seeks to withdraw from representing Defendant Atnip, "provided no order is entered in the interim authorizing the release of some funds for the purpose of representation" [*Id.* at 4].

On June 9, 2025, United States District Judge Clifton Corker adjudicated the motion to modify the asset freeze, filed by Defendants Craig Kelley ("Defendant Kelley") and Atnip [Doc. 342]. With respect to past due legal fees, Judge Corker denied without prejudice Defendants Kelley's and Atnip's request to unfreeze assets to pay those fees [*Id.* at 7–10]. Given that, the Court ordered the Movant to provide a status update on the motion to withdraw and address whether Attorney Samuel Blink will remain as counsel of record for Defendant Atnip [Doc. 343].

On June 17, 2025, Attorney Stephan Wright, counsel for Defendant Kelley, filed a status report, stating that the Motions to Withdraw [Docs. 327 and 332] "remain pending and are ripe for review" [Doc. 345 p. 1]. In addition, Attorney Samuel Blink filed a Status Report, stating that he will remain as counsel of record for Defendant Atnip [Doc. 344].

Pursuant to Local Rule 83.4(f), "Where a party is represented by multiple counsel of record, any attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal." E.D. Tenn. L.R. 83.4(f). Because continuity of counsel is ensured, the Court therefore **GRANTS** Movant's motion [**Doc. 327**]. Movant is

**RELIEVED** of his duties as counsel of record for Defendant Atnip. Attorney Blink will remain as counsel of record for this Defendant.

    **IT IS SO ORDERED.**

    ENTER:

_____
Jill E. McCook
United States Magistrate Judge