UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* DANIEL CAMERON, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, *et al.*,<br><br>Defendants. | 3:23-CV-00046-DCLC-JEM |

**ORDER**

This matter is before the Court on Defendants Michael Atnip and Craig Kelley's Joint Motion to Modify the Asset Freeze and Memorandum Opinion and Order [Doc. 352]. Plaintiffs do not oppose either request [*See* Doc. 353].

First, Defendants seek to modify the Memorandum Opinion and Order dated June 9, 2025 [Doc. 342]. In the Memorandum Opinion and Order, the Court granted Defendants motion to release $35,321 to pay HOA fees and real estate taxes from Defendants' First Horizon Bank account ending in 0039. These funds were ordered to be deposited into the DarrowEverett, LLP IOLTA account, whereby counsel was authorized to use those funds only to pay the HOA fees and real estate taxes. Here, Defendants request that the $35,321 instead be paid through Midtown Legal's IOLTA account ending in 9659. DarrowEverett, LLP has withdrawn from the case and counsel, Sam Blink, is a member of the Midtown Legal law firm.

1

Case 3:23-cv-00046-DCLC-JEM    Document 357    Filed 09/15/25    Page 1 of 2
PageID #: 9431

Second, Defendants request to modify the Asset Freeze [Doc. 159] to allow for the release of $15,652.57 to pay the federal tax liabilities currently owed by the Individual Defendants. Defendants request that this payment also go through Midtown Legal's IOLTA account ending in 9659. In support, Defendants have provided a letter from the IRS stating their 2022 and 2023 1040 liability is $15,652.57. Because Defendants have provided documentation that states their actual tax liabilities, this request is now appropriate. Allowing a release of funds to pay outstanding federal income taxes does not flout the purpose of the asset freeze.

For the reasons foregoing, Defendants' motion [Doc. 352] is well-taken and **GRANTED**. Accordingly, it is hereby **ORDERED**:

1. The Memorandum Opinion and Order [Doc. 342] shall be modified to allow the transfer of $35,321 solely for the payment of HOA fees and real estate taxes. This payment shall go through Midtown Legal's IOLTA Account ending in 9659.

2. The Asset Freeze [Doc. 159] shall be modified to allow for the release of $15,652.57 solely for the payment of Defendant Atnip and Kelley's federal tax liability. This payment shall also go through Midtown Legal's IOLTA Account ending in 9659.

**SO ORDERED:**

s/ Clifton L. Corker  
United States District Judge