# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* RUSSELL COLEMAN, ATTORNEY GENERAL<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, *et al.*<br><br>　　　　　Defendants. | 3:23-CV-00046-DCLC-JEM |

## DECLARATION IN SUPPORT OF JOINT MOTION
## TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL

1. My name is Steven Narsutis. I am over the age of 21 years old and am competent to testify to the matters stated herein.

2. I am President of Olive Advisors, LLC.  As further described below, Olive Advisors, LLC was appointed as the Plan Administrator for certain debtors, including the defendant in this case, Solar Mosaic LLC ("Mosaic") as part of a confirmed bankruptcy plan in September 2025.

3. On June 6, 2025, Mosaic and four of its affiliated entities filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").  The cases are jointly administered under *In re Mosaic Sustainable Finance Corporation*, Case No. 25-90156-CML (Bankr. S.D. Tex) (the "Bankruptcy Case").

-1-

4. On September 5, 2025, the Bankruptcy Court entered its Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Mosaic Sustainable Finance Corporation and Certain of its Affiliated Debtors (the "Confirmation Order") confirming the Fourth Amended Joint Chapter 11 Plan of Mosaic Sustainable Finance Corporation and Certain of its Affiliated Debtors (the "Plan").

5. The Plan, among other things, provided for the appointment of the Plan Administrator for four of the five Debtors: Mosaic; Modern Home LLC; Mosaic Funding Holdings LLC; and SMCTX LLC (collectively, the "Wind Down Debtors") upon the Plan's "Effective Date," as that term is defined in the Plan. The Plan's Effective Date occurred on September 22, 2025.

6. The Plan Administrator's duties under the Confirmation Order and Plan include, among other things, managing the Wind Down Debtors, acting as fiduciary and as necessary, judicial substitute for, the Wind Down Debtors; and the efficient wind down of the Wind Down Debtors' estates and administration of claims asserted against those estates. This includes defending (as appropriate) and resolving or providing for the resolution of all claims and pending litigation against Mosaic, including this matter.

7. From the time of the bankruptcy petition through the appointment of the Plan Administrator in the Bankruptcy Case and the Confirmation Order, and thereafter as I became familiar with the engagement as Plan Administrator and familiar with the disputes, Mosaic's ability to incur fees and costs and to defend claims was impacted by the bankruptcy estate's constraints on expenditures for legal fees and its rejection of a contract between Solar Mosaic and its eDiscovery vendor. Thus, during this time, work on litigation matters, including this one, was substantially slowed.

-2-

Docusign Envelope ID: 8FE43614-7F8D-4599-9B8A-EE966132B5CD

8. Following the bankruptcy petition and as part of the administration of the bankruptcy, which culminated in the wind down and the cessation of all operations and the appointment of the Plan Administrator, almost all of Mosaic's workforce was let go, which further reduced the ability of Mosaic to meaningfully participate in the defense of disputes, including this action. The remaining loan servicing and skeletal staff was terminated as of the Effective Date of September 22, 2026.

9. After being appointed, the Plan Administrator worked diligently to become familiar with the litigation facing Mosaic and the associated resource requirements. This required a substantial amount of time because as of the bankruptcy filing, Mosaic was subject to hundreds of private arbitration or litigation proceedings in addition to this lawsuit and a lawsuit brought by the state of Minnesota. The bankruptcy plan does not stay or discharge the claims in this action.

10. The Plan Administrator also had to reach an agreement with Mosaic's eDiscovery vendor so that work for collection and review of documents could be re-started. This was done in late October 2025, and I understand that work has been ongoing since that time.

11. Relatedly, Mosaic was not in a position to engage or fund expert witnesses until the Confirmation Order and the appointment of the Plan Administrator. The expert witness work is now underway.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 4, 2026.

_____
Steven Narsutis
President, Olive Advisors, LLC
Plan Administrator for Solar Mosaic LLC

-3-