UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* RUSSELL COLEMAN, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, *et al.*,<br><br>Defendants. | 3:23-CV-00046-DCLC-JEM |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order and Continue Trial Date [Doc. 382]. In the motion, the parties provide good cause to modify the scheduling order due to the delays caused by Defendant Solar Mosaic LLC's bankruptcy proceedings. The motion is well-taken and **GRANTED**. The January 31, 2025 Scheduling Order [Doc. 323] is modified as follows:

| Important Scheduling Dates | |
|---|---|
| Trial Date | March 23, 2027, at 9 a.m. |
| Final Pretrial Conference | March 9, 2027, at 1:30 p.m. |
| Non-dispositive Motions Due | January 25, 2027 |
| Dispositive Motions Due and Daubert Challenge Deadline | November 20, 2026 |
| Fact and Expert Discovery Cut-Off | October 12, 2026 |
| Expert Disclosure Deadlines | Plaintiff: May 1, 2026<br>Defendant: July 2, 2026<br>Rebuttal: August 21, 2026 |

1

| Amendment of Pleadings/Joinder | November 19, 2026 |

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge