**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* RUSSELL COLEMAN, ATTORNEY GENERAL<br><br>Plaintiffs,<br><br>vs.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, *et al.*<br><br>Defendants. | 3:23-CV-00046-DCLC-JEM |

**MOTION TO EXTEND TRIAL DATE**
**AND AMEND SCHEDULING ORDER**

For good cause in accordance with Fed. R. Civ. P. 16(b)(4), and L.R. 38.2, Plaintiffs State of Tennessee *ex rel.* Jonathan Skrmetti, Attorney General and Reporter, and Commonwealth of Kentucky, *ex rel.* Russell Coleman, Attorney General (collectively, the "Plaintiffs"), Defendants Michael Atnip ("Atnip"), Craig Kelley ("Kelley"), and Sarah Kirkland ("Kirkland") (collectively, the "Individual Defendants"), and counsel for Defendant Ideal Horizon Benefits, LLC, d/b/a Solar Titan USA, LLC ("Solar Titan") (collectively with the Plaintiffs and Individual Defendants, the "Moving Parties"), respectfully move the Court to extend the trial date and amend the operative Scheduling Order originally entered January 31, 2025 (Dkt. No. 323), as previously amended on March 10, 2026 (Dkt. No. 383). Defendant Solar Mosaic LLC ("Mosaic") does not join in this Motion, for the reasons explained below. The Moving Parties respectfully submit that, for the reasons set forth herein, good cause exists for the requested modification and that the deadlines

should be adjusted as contemplated and permitted by section 5(i) of the Scheduling Order. In support of this request, the Moving Parties state that:

1. On January 31, 2025, this Court issued the Scheduling Order governing, among other things, expert and fact discovery, motions practice, and the trial date, which originally set trial for September 22, 2026 (Dkt. No. 323).

2. On June 6, 2025, Mosaic filed for Chapter 11 Bankruptcy in the Southern District of Texas. *In re Mosaic Sustainable Finance Corp. & Solar Mosaic LLC*, No. 25-90156 (Bankr. S.D. Tex. June 6, 2025) ("Bankruptcy Proceeding"). The Bankruptcy Proceeding caused delay in this litigation.

3. As a result of that delay, on March 2, 2026, the Parties filed a Joint Motion to Modify Scheduling Order and Continue Trial, which the Court granted (Dkt. No.'s 323 & 383), resetting the trial date to March 23, 2027 and adjusting the corresponding pretrial deadlines accordingly. That was the only prior modification of the Scheduling Order in this case.

4. The Moving Parties now respectfully request a second, limited modification of the Scheduling Order for the reasons set forth herein.

5. Jillian McGough is one of only two attorneys of record representing Defendants Atnip and Kelley in this matter. Ms. McGough is pregnant and is expecting to give birth on February 27, 2027 — less than four weeks before the current trial date of March 23, 2027.

6. Given the proximity of Ms. McGough's due date to the current trial date, and her essential role as one of only two attorneys representing Defendants Atnip and Kelley in a case of this magnitude, additional time is necessary to allow Ms. McGough adequate time to recover from childbirth and to allow the Defendants' counsel adequate time to prepare for trial thereafter.

7. Accordingly, the Moving Parties respectfully request that the Court extend the trial date by sixty (60) days, from March 23, 2027, to May 24, 2027.

8. The Moving Parties also request extensions of a few pretrial deadlines: fact and expert discovery cutoff, dispositive motions, non-dispositive motions, and pretrial conference. The Parties do not seek extensions in expert disclosure deadlines or amendment of pleadings deadlines. The requested extension of the interim pretrial deadlines also accommodates Hollie Parrish, counsel for Plaintiff State of Tennessee, who is due to give birth in October 2026 and anticipates taking maternity leave during a portion of the remaining pretrial schedule.

9. This Motion is made in good faith and not for the purpose of delay, and no party will be prejudiced by the requested extension.

10. In light of the foregoing, the Moving Parties respectfully request that the Court modify the Scheduling Order as follows:

| | | |
|---|---|---|
| **Event** | **Current Scheduling Order** | **Proposed Amended Scheduling Order** |
| Trial Date | **March 23, 2027, at 9:00 a.m. EST** | **May 24, 2027, at 9:00 a.m. EST** |
| Estimated Length of Trial | **10 days** | **10 days** |
| Final Pretrial Conference | **March 9, 2027, at 1:30 p.m.** | **May 9, 2027, at 1:30 p.m.** |
| Non-dispositive Motions Due | **January 25, 2027** | **March 25, 2027** |
| Dispositive Motions Due and Daubert Challenge Deadline | **November 20, 2026** | **January 20, 2027** |
| Fact and Expert Discovery Cut-Off | **October 12, 2026** | **November 12, 2026** |
| Expert Disclosure Deadline: | **Plaintiff: May 1, 2026**<br>**Defendant: July 2, 2026**<br>**Rebuttal: August 21, 2026** | **Plaintiff: May 1, 2026**<br>**Defendant: July 2, 2026**<br>**Rebuttal: August 21, 2026** |
| Amendment of Pleadings/Joinder | **November 19, 2026** | **November 19, 2026** |

11. Deadlines in the Scheduling Order that are tied to specific events shall maintain the same time intervals relative to those events.

12. Mosaic does not join in or oppose this Motion. On September 16, 2026, the Court granted Mosaic's Motion to Approve Settlement (Dkt. No. 401) and entered the *Consent Judgment and Order Between Plaintiffs, the State of Tennessee and Commonwealth of Kentucky, and Defendant Solar Mosaic LLC* (Dkt. No. 404). Mosaic has taken no position on the relief requested herein.

13. Based on the foregoing, the Moving Parties respectfully submit this Motion to Extend Trial Date and Amend Scheduling Order as outlined herein.

DATED: October 14, 2026 Respectfully Submitted,


/s/ *Kelly A. Mizhir*
Kelly Mizhir
(TN BPR #: 039554)
Rainey Lankford
(TN BPR # 036854)
Hollie Parrish
(TN BPR # 037888)
Daimon Duggar
(TN BPR # 041888)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
615-741-5857 (Walker)
615-253-5808 (Lankford)
615-741-8086 (Parrish)
(615) 253-5830 (Duggar)
kelly.walker@ag.tn.gov
rainey.lankford@ag.tn.gov
hollie.parrish@ag.tn.gov
daimon.duggar@ag.tn.gov

*Attorneys for Plaintiff State Of Tennessee*

/s/ *Paul Fata*
Paul Fata
(Admitted *Pro Hac Vice*; KY BAR #: 99528)
Lyndsey Antos
(Admitted *Pro Hac Vice*; KY BAR #: 99971)
Office of the Kentucky Attorney General
1024 Capital Center Drive
Frankfort, Kentucky 40601, Suite 200
502-696-5578 (Fata)
502-696-5641 (Antos)
paul.fata@ky.gov
lyndsey.antos@ky.gov
*Attorneys for Plaintiff Commonwealth of Kentucky*

/s/ *Jillian G. McGough (PHV)*
Jillian McGough
Samuel Blink

/s/ *Hugh Ward (with permission)*
Hugh B. Ward
William Scott Hickerson
Gregory Brown

Midtown Legal, LLC
102 Hartmann Dr., Ste. G321
Lebanon, TN 37087
401-453-1200
sblink@midtownlegal.co

Jillian G. McGough, *PHV* (FBN 1014590)
Midtown Legal LLC
7711 North Military Trail, #471
Palm Beach Gardens, Florida 33410
jmcgough@midtownlegal.co
*Attorney for Defendants Richard Atnip and Craig Kelley*

/s/*Ryan Jarrard (with permission)*
Ryan Jarrard
Quist, Fitzpatrick & Jarrard, PLLC
800 S. Gay Street
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
(865) 524-1873
rej@qcflaw.com
*Attorney for Receiver of Defendant Solar Titan*

Lowe Yeager & Brown PLLC
920 Volunteer Landing Ln
Ste 200
Knoxville, TN 37915
865-521-6527
hbw@lyb.low
gb@lyb.law
*Attorney for Defendant Sarah Kirkland*

*Defendant Solar Mosaic LLC does not join in this Motion (see ¶ 12, above). Mosaic's counsel of record:*

Amy P. Williams
Troutman Pepper Hamilton Sanders LLP (Charlotte)
301 S. College Street
Suite 3400
Charlotte, NC 28202
704-998-4102
amy.williams@troutman.com

Michael Yaghi
Troutman Pepper
5 Park Plaza
Suite 1400
Irvine, CA 92614
949-622-2735
michael.yaghi@troutman.com

Robert J Guite
Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415-774-3176
415-434-3947 (fax)
rguite@sheppardmullin.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on October 14, 2026, the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

BY: /s/ *Jillian G. McGough*, (PHV) FBN 1014590
*Attorney for Defendants, Atnip and Kelley*