UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TENNESSEE, *ex rel.* JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, and COMMONWEALTH OF KENTUCKY, *ex rel.* RUSSELL COLEMAN, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>IDEAL HORIZON BENEFITS, LLC d/b/a SOLAR TITAN USA, *et al.*,<br><br>Defendants. | ) | 3:23-CV-00046-DCLC-JEM |

**ORDER**

This matter is before the Court on Receiver Richard Ray's Motion to Set Claims Bar Deadline [Doc. 405]. No party has responded in opposition.

It is hereby **ORDERED**:

1. The Receiver's Motion to Set Claims Bar Deadline [Doc. 405] is **GRANTED**.
2. The Receiver shall issue notices along with the Claim Form [Doc. 405-2] to Ideal Horizon Benefits, LLC d/b/a Solar Titan USA's known possible creditors.
3. The deadline for receipt of claims is **60 days** from the mailing of the Claim Form [Doc. 405-2] to known possible creditors.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge